

**Exhibit A**