


# POLYMER PISTOLS

## General Safety, Operating Instructions and Limited Warranty

**READ CAREFULLY BEFORE USING YOUR FIREARM**

**Important: Keep this manual with your firearm.**

The information contained in this manual is useful, both for beginners and experienced shooters. In addition to important information about functioning, cleaning and care of the gun, the manual contains instructions that may be very helpful in shooting properly.

The most important rule of safe gun handling is always keep the muzzle pointed in a safe direction!

Exhibit C

## THIS BOOKLET

The safety warnings in this booklet are important. By understanding the dangers inherent in the use of any firearm, and by taking the precautions described herein, you can enjoy complete safety in the use of your Taurus revolver or pistol. Failure to heed any of these warnings may result in serious injury to you or others, as well as severe damage to the firearm or other property.

## DANGEROUS WEAPONS

REVOLVERS and PISTOLS are classified as FIREARMS or DANGEROUS WEAPONS and are sold by us with the specific understanding that we are not responsible in any manner whatsoever for thein improper or negligent handling or resale under local laws and regulations.

TAURUS shall not be responsible in any manner whatsoever for malfunctioning of the firearm, or for physical injury or property damage, resulting in whole or in part from (1) criminal or negligent discharge, (2) improper or careless handling, (3) unauthorizad modifications, (4) defective, improper hand-loaded, or reloaded ammunition, (5) neglect, or (6) other influences beyond our direct and immediate control. This limitation applies regardless of whether liability is asserted on the basis of contract, negligence or strict liability (including any failure to warn). Under no circumstance shall Taurus be liable for incidental or consequential damages, such as loss of use of property, commercial loss and loss of earnings or profits.

## SAFETY WARNINGS

NOT JUST FOR BEGINNERS

Regardless of your familiarity or experience with firearms, you need to study this manual

The safe handling of firearms requires specialized training, discipline and caution. Firearms, by their nature and intended function, are deadly instruments. Accidental death or serious injury can result if they are handled improperly or carelessly.

Firearms rarely cause accidents. Firearms accidents almost always are caused by a failure to obey the basic rules of gun safety. Unfortunately, experienced shooters seem to violate these rules as frequently as beginners. Thus the basics of safe firearms handling cannot be repeated too often. Read, re-read and practice the basic principles of firearms safety until they become second nature: habits that you don't forget.

If you have any question about your knowledge or ability to use this or any other firearm with complete safety you should seek supervised instruction. Personalized instruction is often available from firearms dealers, gun clubs, state hunter safety programs or police departments in the United States. If none of these sources is accessible, write to the National Rifle Association, 11250 Waples Mill Road, Fairfax, VA 22030. THEY WILL ASSIST YOU.

A person with a firearm in his possession has a full-time responsibility. He must KNOW how to keep and use his firearm safely, and then must always TAKE the precautions necessary -all of them. He cannot guess; he cannot forget. This responsibility is his alone. It cannot be passed off to someone else.

Remember: no firearm can be made accident-proof. A firearm is just a machine, with no judgement of its own. It responds to your actions, whether wise or foolish. The only truly effective safety device is the mind of a cautious shooter who never forgets that a moment's carelessness can produce permanent tragedy.

## FIREARMS ARE NOT ALL ALIKE

Many makes and models of firearms might LOOK nearly the same. However, they differ widely in design and operation, and in the location and function of various controls.

Study this manual thoroughly. Educate yourself on the characteristics and operation of your particular firearm before attempting to handle it. Do not permit others to handle it - unless they also have done so.

You should have an instruction manual for every firearm you own. If you do not, write the manufacturer and obtain one. Most manufacturers will gladly send you one free. If for any reason a manual is not available, visit your public library. Many books have been published which contain detailed information on obsolete or discontinued firearms.

Your knowledge can prevent injuries.

**Taurus firearms are designed and made to offer maximum safety when correctly used. However, as with any other weapon, it is not foolproof, and may become very dangerous if the following basic recommendations are not RIGIDLY observed:**

## ATTENTION

NOTICE: Get instruction from a competent firearms instructor before using any firearm.

DANGER: Never, never-ever point any firearm, loaded or unloaded, at anything you do not intend to shoot.

DANGER: Load and unload with the muzzle pointed in a safe direction.

DANGER: When receiving a firearm always check that it is unloaded (Pistols: Remove magazine and open slide to check if chamber is empty. Revolvers: Open cylinder to check if it is empty), even if you saw it done previously.

DANGER: Never put your hand over the muzzle of a firearm.

DANGER: Check ammunition to be sure it is the right size and caliber, and that it is not dented.

DANGER: WHILE HANDLING ANY FIREARM, NEVER ALLOW IT TO POINT AT ANY PART OF YOUR BODY OR AT ANOTHER PERSON. NO HARM SHOULD RESULT IF YOU OBEY THIS RULE, EVEN IF AN INVOLUNTARY DISCHARGE OCCURS.

DANGER: Don't try to change your firearm's trigger pull, because alteration of trigger pull usually affects sear engagement and may cause accidental discharge.

DANGER: Never engage a gun lock on a loaded firearm.

DANGER: This product is not intended for use by criminals, for use in the commission of crimes or for any other wrongful purpose. Such uses constitute a misuse of the product and have a high likelihood of serious bodily injury or death for the criminal, the wrongdoer, law enforcement officers and/or innocent bystanders.

**WARNING:** Always treat every firearm as if it were loaded.

**WARNING:** Keep your finger off the trigger until you are actually aiming at the terget ready to shoot.

**WARNING:** Be certain the firearm is unloaded before cleaning.

**WARNING:** To properly apply the manual safety lever, the trigger **must be** in its forward-most position, otherwise the lever can be moved upwards, but will **not be fully engaged.** (See page 19)

**WARNING:** Always empty firearms before entering a place where there are people.

**WARNING:** Don't test the safety by pulling the trigger while the safety is on unless you are absolutely sure the firearm is empty and you are pointing away from averyone.

**WARNING:** Firearms and alcohol or drugs don't mix. Do not shoot or handle firearms after consuming beer, wine, other alcoholic beverages or any medications or other drugs that may affect your ability.

**WARNING:** Never pull a firearm towards you by the muzzle. Don't climb a rree or cross a fence with a loaded firearm.

**WARNING:** Old or reloaded ammunition may be dangerous. We recommend against using it.

**WARNING:** Never carry any handgun in your pocket, purse or waist-band. Use a pistol case or proper holster with safety flap or strap.

**WARNING:** The gun can fire with magazine removed.

**CAUTION:** If there is any reason to suspect that a bullet is obstructing the barrel, immediately unload the firearm and look through the bore. It is not sufficient to merely look in the chamber.

**SAFETY FIRST:** The safety is only a mechanical device, not a substitute for common sense.

**SAFETY FIRST:** Never leave a loaded firearm unattended.

**SAFETY FIRST:** Store firearms and ammunition separately beyond the reach of children.

**SAFETY FIRST:** Be sure of your target and backstop before you shoot.

**SAFETY FIRST:** If a firearm fails to fire when the trigger is pulled, keep it pointed at the target for at least 30 seconds. Sometimes slow primer ignition will cause a "hang" fire and the cartridge will go off after a short pause.

**SAFETY FIRST:** Never shoot at hard flat surfaces or water.., bullet may ricochet.

**SAFETY FIRST:** Use a proper holster and draw only if you intend to shoot.

**SAFETY FIRST:** Dry firing is bad for this firearm, whether the hammer block is engaged or not.

**SAFETY FIRST:** Treat this firearm as a precision instrument.

**SAFETY FIRST:** Write to us concerning any items or circumstances which might relate to your safety and the operation of our products.

## WARNING

Taurus pistols were manufactured to perform properly with the original parts as designed. It is your duty to make sure any parts you buy are installed correctly and that neither replacentents nor originals are altered or changed. Your firearm is a simple tool but it has many parts that must relate correctly to other parts. Putting a firearm together wrong or with modified parts can resulr in a damaged firearm, danger and injury or death to you and others through malfunction.
Always have a qualified gunsmith work on your firearm.

## DANGER: PROTECT YOUR EYE AND EARS

Always wear adequate shooting glasses and ear plugs or "ear muff" type protectors whenever you are shooting. Always make certain that persons close to you are similarly protected. Unprotected eyes may be injured by powder, gas, carbon residue, lubricant, metallic particles or similar debris which may emanate occasionally from any firearm in normal use. Without ear protection, repeated exposure to shooting noise may lead to cumulative, permanent hearing loss.



## DANGER:

This pistol will fire with the magazine removed. Injury or death may result. Never point a loaded pistol at anyone or anything you do not intend to shoot.

## WARNING:

To prevent injury or death, it is imperative that you must keep your firearm unloaded, uncocked and securely locked, with ammunition in a separate location. In addition, take any other reasonable steps to limit the possibility of theft, crime, accident or suicide.

## WARNING: AMMUNITION

1. Use only high quality, original, factory-manufactured ammunition. Do not use cartridges that are dirty, wet, corroded, bent or damaged. Do not oil cartridges. Do not spray aerosol-type lubricants, preservatives, or cleaners directly onto cartridges or where excess spray may flow into contact with cartridges. Lubricant or other foreign matter on cartridges can cause potentially dangerous ammunition malfunctions. Use only ammunition of the caliber for which your firearm is chambered. The proper caliber is permanently engraved on your firearm; never attempt to use ammunition of any other caliber.

2. The use of reloaded, "remanufactured", hand-loaded, or other non-standard ammunition voids all warranties. Improperly loaded ammunition voids all warranties. Improperly loaded ammunition can be extremely dangerous. Severe damage to the firearm and serious injury to the shooter or to others may result. Always use ammunition that complies with the industry performance standards established by the Sporting Arms and Ammunition Manufacturers Institute, Inc., of the United States, (SAAMI) or the equivalent from other countries.

3. Firearms may be severely damaged and serious injury to the shooter or to others may result from any condition causing excessive pressure inside the chamber or barrel during firing. Excessive pressure can be caused by obstructions in the barrel, propellant powder overloads, or by the use of incorrect cartridges or defectively assembled cartridges. In addition, the use of a dirty, corroded, or damaged cartridge can lead to a burst cartridge case and consequent damage to the firearm and personal injury from the sudden escape of high-pressure propellant gas within the firearm's mechanism.

4. Immediately stop shooting, wait 30 seconds with the barrel pointed in a safe direction and check the barrel for a possible obstruction whenever:

* You have difficulty in, or feel unusual resistance in, chambering a cartridge, or
* A cartridge misfires (does not go off), or
* The mechanism fails to extract a fired cartridge case, or
* Unburned grains of propellant powder are discovered spilled in mechanism, or
* A shot sounds weak or abnormal.

In such cases it is possible that a bullet is lodged part way down the barrel. Firing a subsequent bullet into the obstructed barrel can wreck the firearm and cause serious injury to the shooter or to bystanders.

5.Bullets can become lodged in the barrel.

* If the cartridge has been improperly loaded without propellant powder, or if the powder fails to ignite (Ignition of the cartridge primer alone will push the bullet out the cartridge case, but usually does not generate sufficient energy to expel the bullet completely from the barrel).
* If the bullet is not properly seated tightly in the cartridge case.

When such a cartridge is extracted from the chamber without being fired, the bullet may be left behind in the bore at the point where the rifling begins. Subsequent chambering of another cartridge may push the first bullet further into the bore.

6. If there is any reason to suspect that a bullet is obstructing the barrel, immediately unload the firearm and look through the bore. It is not sufficient to merely look in the chamber. A bollet may be lodged some distance down the barrel where it can not easily be seen.

IF A BULLET IS IN THE BORE, DO NOT ATTEMPT TO SHOOT IT OUT BY USING ANOTHER CARTRIDGE, OR BY BLOWING IT OUT WITH A BLANK OR ONE FROM WHICH THE BULLET HAS BEEN REMOVED. SUCH TECHNIQUES CAN GENERATE EXCESSIVE PRESSURE, WRECK THE FIREARM AND CAUSE SERIOUS PERSONAL INJURY.
If the bullet can be removed with a cleaning rod, clean any unburned powder grains from the bore, chamber, and mechanism before resuming shooting. If the bullet cannot be dislodged by tapping it with a cleaning rod, take the firearm to a gunsmith.

7. Dirt, corrosion, or other foreign matter on a cartridge can impede complete chambering and may cause the cartridge case to burst upon firing. The same is true of cartridges which are damaged or deformed.

8. Do not oil cartridges, and be sure to wipe the chamber clean of any oil or preservative before commencing to shoot. Oil interferes with the friction between cartridge case and chamber wall that is necessary for safe functioning, and subjects the firearm to stress similar to that imposed by excessive pressure.

9. Use lubricants sparingly on the moving parts of your firearm. Avoid excessive spraying of any aerosol firearm care product, especially where it may get on ammunition. All lubricants and aerosol spray lubricants in particular, can penetrate cartridge primers and cause misfires. Some highly penetrative lubricants can also migrate inside cartridge cases and cause deterioration of the propellant powder; on firing, the powder may not ignite. If only the primer ignites, there is danger that the bullet may become lodged in the barrel.

Taurus pistols were designed to use cartridges loaded to the limits shown below. Other cartridges of various types or bullet weights may or may not function acceptably; such ammunition should be thoroughly tested by the user before relying on it. Because of the widely differing specifications of such other ammunition, Taurus cannot be responsible for malfunctions resulting from its use.

| CALIBER | BULLET WEIGHT | MUZZLE VELOCITY |
|---|---|---|
| .32 ACP | 71 GR FMJ | 905 FPS |
| .380 ACP | 95 GR FMJ | 1000 FPS |
| 9 mm PARA | 124 GR FMJ | 1225 FPS |
| .40 S&W | 180 GR FMJ | 985 FPS |
| .45 ACP | 230 GR FMJ | 835 FPS |

GR = grains
FMJ = Full metal jacketed bullet
FPS = Feet per second

"Plus-P', "Plus-P-Plus" or other ultra or high velocity ammunition generates pressures significantly in excess of the pressures associated with standard ammunition. Such pressures may affect the useful life of the firearm or exceed the margin of safety built into many pistols and could therefore be DANGEROUS.

**CAUTION**
Discharging firearms in poorly ventilated areas, cleaning firearms, or handling ammunition may result in exposure to lead and other substances known to cause birth defects, reproductive harm, and other serious physical injury. Have adequate ventilation at all times. Wash hands thoroughly after exposure.

## AIMING

Align the rear and front sights carefully. The top of the front sight must be leveled with the top of the rear sight and set in the middle of the rear sight notch. The bullseye should rest on the top of the sights.

## SQUEEZE OF THE TRIGGER

Squeeze the trigger very carefully with index-finger, keeping sight aligned with the target. If the trigger is jerked, the target will possibly be missed due to the movement of the firearm. The pressure should be applied between the tip and the first joint of the finger. Press slowly and carefully. More speed will be gained with practice.

## CARE AND MAINTENANCE

A. The firearm may be cleaned and lubricated under normal conditions without the need of any disassembly.

B. In special conditions, such as repairs, when disassembling is necessary, it is recommended the firearm be returned to the factory or sent to a competent gunsmith or to the importer.

C. In order to keep a firearm in perfect condition it must be kept clean and covered with a slight film of good quality oil to prevent corrosion. This is especially necessary after use.

D. For normal cleaning of handgun not used or kept in storage for some time, it is necessary to rub it with a lightly oiled cloth. In the same way proceed with the bore of the barrel. The excess of oil must be removed, but a thin protecting film should remain. Also the dust should be removed from all crevices with a small, clean brush.

E. For cleaning after shooting, it is of special importance that all residues of powder be removed from barrel and other adjacent areas subject to such deposits, using an appropriate brush. If particles of lead are detected in barrel they must be scrubbed with a brass brush, drenched with oil. Once cleaned lubrication should be done as above described.

**WARNING:** Every time you shoot your firearm, it must be cleaned regardless of the number of shots fired. If you shoot more than 200 shots in a day, clean your firearm every 200 shots.

F. Do not keep handguns in contact with materials that attract moisture or possess a certain degree of acidity, or in environments with great variation of temperature or of humidity. Avoid the use of holsters of cloth or of any other material except natural leather appropriately cured.

G. If the weapon is to be stored for a long period of time, extreme care should be taken with metal surfaces, in order to protect them against corrosion.

H. If magazine becomes dirty, which usually happens after 200 shots, it should be disassembled and thoroughly cleaned. To do so, use a punch to press in on magazine spring plate where it protrudes into the hole in the magazine floorplate. Slide the magazine floorplate toward the front of the magazine, taking care to prevent the forcible ejection of the magazine spring plate and compressed magazine spring. Withdraw magazine spring plate and magazine spring from magazine body. Turn magazine upside down and remove magazine follower (fig. 1).
For PT 24/7 .45 ACP magazine disassembly see fig. 2.
Reassemble in reverse order.

**WARNING:** Damaged or improperly assembled magazines should not be used. They can cause the pistol to malfunction.

**NOTICE:** The grips of some pistols have a rubber overmold and should not come into contact with oil or solvent. Doing so may damage your firearm and may create a hazardous situation.









ALWAYS KEEP THE MUZZLE POINTED IN A SAFE DIRECTION
AND FINGER OFF THE TRIGGER.

## TAURUS LIMITED WARRANTY

***What Does This Warranty Cover?***
This warranty covers any service and repair needed by any product manufactured by Forjas Taurus SA., And imported by Taurus international Manufacturing, Inc. or manufactured in the United States by Taurus International Manufacturing, Inc.

***How Long Does Coverage Last?***
This warranty is of unlimited duration.

***What Will We Do?***
Taurus will service and/or repair all covered products free of charge.

***What Does This Warranty Not Cover?***
This warranty does not cover grips, sights, accessories, cosmetic defects after one year, or damage caused by customer abuse at any time. This express limited warranty is the only warranty on this product. This product is sold "as is" and has no implied warranties of merchantability or fitness for a particular purpose. There are no warranties which extend beyond the description on the face hereof.

***How Do I Get Service?***
To simplify repair and service Forjas Taurus and Taurus International products are serviced and repaired by Taurus International. Questions regarding the products of either company can be directed to Taurus International in Miami, Florida at 1-305-624-1115 or in writing to:

16175 NW. 49th Avenue
Miami, Florida 33014
in care of the Consumer Affairs Department.

In order to obtain warranty service or repair you must first complete and return the enclosed warranty registration card within 10 days of the date of purchase. Then, if a problem should arise, describe the problem in writing and send the firearm to Taurus International at the above address, insured and pre-paid with the written description of the problem enclosed. Within 4 business days of our receipt of your firearm our Customer Service Department will contact you in writing advising you of when to expect your firearm back. We will ship guns serviced because of defect in materials or workmanship insured and pre-paid. We will ship guns repaired out of warranty COD. There will, of course, be no charge for parts or labor if the repair work performed is covered by this express warranty.

***How Does State Law Apply?***
This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

## LOADING

1. DANGER: Always make sure the muzzle is pointed in a safe direction and your finger is off the trigger.

2. SAFETY FIRST: Never attempt to load or unload any firearm inside a vehicle, building or other confined space (except a properly constructed shooting range). Enclosed areas frequently do not offer a completely safe direction to point the firearm; if an accidental discharge occurs, there is a great risk of injury or property damage.

3. SAFETY FIRST: Before loading, always clean all grease and oil from the bore and chamber, and check to be certain that no obstruction is in the barrel. Any foreign matter in the barrel could result in a bulged or burst barrel or other damage to the firearm, and could cause serious injury to the shooter or to others.

## FIRING

1. WARNING: Always wear adequate shooting glasses and ear plugs.

2. DANGER: Keep the muzzle pointed in a safe direction and your finger away from the trigger when cocking any firearm.

3. DANGER: If while shooting, your firearm develops ANY mechanical malfunction or binding, or "spits" powder, gas, or if a cartridge primer is punctured or a cartridge case is bulged or ruptured, or if the report on firing does not sound quite right, STOP SHOOTING IMMEDIATELY. It may be dangerous to continue. UNLOAD THE FIREARM. DO NOT try "one more shot". Take the firearm and ammunition to a gunsmith for examination.

4. WARNING: Never carry, handle or leave unattended any firearm with the safety not engaged. When the safety is not engaged, it will fire from slight pressure on the trigger. An accidental discharge could easily result if you fall or drop the firearm, or if the firearm is struck or disturbed by someone or something.

5. WARNING: Never fire any semi-automatic firearm with your finger, hand, face, or other part of your body over or adjacent to the ejection port, or in any position where you may be struck by reciprocating movement of the slide (or bolt). Both the ejection of empty cartridge cases and the movement of the slide (or bolt) are part of the normal operating cycle of semi-automatic firearms, and pose no safety hazard to the shooter if the firearm is held in a normal grip and fired at arm's length (in the case of a handgun) as intended by its design.

6. CAUTION: Never allow other persons to stand beside you where they might be struck by an ejected cartridge case. The case is hot, and may be ejected with sufficient force to cause a burn or cut or injury to an unprotected eye. Make certain there is a clear, unobstructed path for safe ejection of the fired case. Remember, the case may bounce off a hard object nearby and strike you or someone else.

7. SAFETY FIRST: While shooting any semi-automatic firearm, an unfired cartridge case may occasionally become jammed between the slide (or bolt) and the barrel. Clear the jam as follows, WHILE KEEPING THE MUZZLE POINTED IN A SAFE DIRECTION AND FINGER OFF THE TRIGGER remove the magazine, then pull back the slide (or bolt) and hold or lock it to the rear. The jammed cartridge or case now can be removed by shaking it out or by picking it out.

## SEMI-AUTOMATIC PISTOLS

1. SAFETY FIRST: Risk of an accident is greatly increased when any semi-automatic pistol, no matter how safety designed, is carried with a cartridge in the chamber. THIS PRACTICE IS NOT RECOMMENDED AND MAY BE JUSTIFIED ONLY IN CIRCUMSTANCE OF CLEAR AND PRESENT DANGER WHEN THE PISTOL MAY IMMEDIATELY HAVE TO BE USED IN SELF-DEFENSE. By far the safest procedure when carrying a loaded pistol is to leave the chamber empty.

2. SAFETY FIRST: Never carry the pistol with a cartridge in the chamber unless the safety is "on" until you are ready to shoot and the firearm is pointed at the target.

**WARNING: THE SAFETY LEVER MUST BE FULLY ENGAGED OR DISENGAGED. THE FIREARM SHOULD NOT BE OPERATED WITH THE LEVER IN BETWEEN THE ON AND OFF POSITIONS. FAILURE TO MAKE SURE THAT THE LEVER IS ALL THE WAY UP OR ALL THE WAY DOWN WILL RESULT IN DAMAGE TO YOUR FIREARM AND CAN RESULT IN ACCIDENTAL DEATH OR SERIOUS INJURY.**

3. SAFETY FIRST: Always point the muzzle in a safe direction when manually operating the slide to load the first cartridge from tge magazine into the chamber. Malfunctions which allow the pistol to fire without the trigger being pulled when the slide snaps closed are rare but can happen. Always grip the slide so that your fingers, hand, elbow, and other parts of your body are BEHIND the pistol and your finger is off of the trigger.

## OPERATION

1. To remove the magazine press the MAGAZINE RELEASE BUTTON, located near the TRIGGER GUARD, with your thumb.



2. Hold the MAGAZINE with one of your hands and with the other one insert the cartridges one at a time, pressing them down and to the rear. Insert the MAGAZINE into the pistol until it is held by the MAGAZINE CATCH.



3. Hold the pistol with one hand keeping your finger away from the TRIGGER. With the other hand pull the SLIDE to its limit and release it. You may depress the SLIDE CATCH, and the SLIDE will go forward under RECOIL SPRING pressure and will insert one cartridge in the chamber.



4. The pistol is now ready to fire by pulling the TRIGGER. After firing, the SLIDE will recoil from gas pressure and will eject the empty cartridge case and feed another cartridge into the chamber. The pistol will be ready to fire again.



5. After the last round, the SLIDE will remain in the open position held by the SLIDE CATCH. In order to make It return to its rest position, press the SLIDE CATCH downward just above the LEFT GRIP.



6. If you want to stop shooting before firing the last cartridge of a magazine, push the safety lever in the up (on) position.



**WARNING: These Taurus pistols do not have a magazine disconnect (safety). They will fire the round in the chamber with the magazine removed.**

## ACTION

Normally SA/DA version operates as a conventional Single Action system e.g. every time the slide cycles it pre-cocks the firing pin.
Nevertheless, if an ammunition failure occurs and a misfire happens, the system automatically goes to double action condition allowing you to fire again with no need to cycle the slide manually just pull the trigger again.

## SAFETY AGAINST ACCIDENTAL FIRING FROM DROPPING

Like any other precision instrument of small size, this pistol can be damaged or broken by unusual abuse, such as by severe impact on a hard surface. If dropped from a height at which the pistol is normally used, the manual safety and automatic safety together provide double strong resistance against accidental firing caused by such impact, BUT THE MANUAL SAFETY MUST BE "ON" TO FULFILL ITS FUNCTION. A user who neglects to apply the manual safety runs a greater risk of accidental firing.
It is important to recognize that it is impossible to make any small firearm absolutely foolproof against drop firing under all circumstances, so long as a cartridge is loaded in the chamber.
The risk is virtually eliminated by the simple precaution of leaving the chamber empty until you are ready to shoot. In the event of a severe drop, the pistol should be checked by a competent gunsmith to ensure that no internal damage has occurred which may impair its safety or reliability.

## DANGER:
## USE OF SAFETY

1. Your firearm comes equipped with an effective, well designed safety device. HOWEVER, NEVER RELY COMPLETELY ON ANY SAFETY MECHANISM. The best safety mechanism is your own common sense: USE IT! Always handle your firearm as though you expect the safety NOT to work.

2. While handling any firearm, never allow it to point at any part of your body or at another person. No harm will result if you obey this rule, even if an accidental discharge occurs.

3. Leave the safety "on" until you are ready to shoot and the firearm is pointed at the target.

4. Always keep your finger off the trigger and point the muzzle in a safe direction when turning the safety "on" or "off".

5. When applying the safety, be certain to move it fully into position. On some firearms a red warning dot is located beside the safety; when the safety is fully "on", the red dot should be completely covered. Always remember, "Half-safe" is NOT SAFE.

6. Never carry any firearm with a cartridge in the chamber without placing the safety "on".

7. For maximum safety never carry a firearm with a cartridge in the chamber.

8. TAURUS polymer pistols are equipped with the following. (see page 19)

- TRIGGER LOCK
- FIRING PIN BLOCK
- MANUAL SAFETY
- LOADED CHAMBER INDICATOR
- TAURUS SECURITY SYSTEM

## WARNING

NEVER RELY COMPLETELY ON ANY SAFETY MECHANISM. It is NOT a substitute for cautious firearm handling. NO safety, however positive or well-designed, should be totally trusted. Like all mechanical devices, the safety is subject to breakage or malfunction and can be adversely affected by wear, abuse, dirt, corrosion, incorrect assembly, improper adjustment or repair, or lack of maintenance. Moreover, there is no such thing as a safety which is "childproof" or which can completely prevent accidental discharge from improper usage, carelessness, or "horseplay". The automatic safety can provide only partial protection against mishaps. By itself it is not a complete safety system. To prevent accidents, it is absolutely essential to consistently and correctly use the manual safety lever also. If water, sand, or other foreign matter enters the internal mechanism, the firearm should be dismantled for complete and thorough cleaning. Failure to keep your firearm clean and in proper working order can lead to a potentially dangerous condition.

## SAFETY DEVICES

### Trigger Lock



This device is designed to preclude the backward movement of the trigger so as to prevent an accidental discharge in case the firearm is dropped. The system is disengaged when the trigger is pulled to the rear.

### Firing Pin Block



The firing pin block, which is designed to prevent the firing pin from going forward and striking the primer is engaged until the trigger is in its final rearward position. This device is designed to preclude an accidental discharge should the firearm be dropped.

### Manual Safety Lever



By moving the safety upward you will block the firing mechanism. Keep the safety on while not using the pistol.

**WARNING:** To properly apply the manual safety lever, the trigger **must be** in its forward-most position, otherwise the lever can be moved upwards, but will **not be fully engaged.**

**Keep your finger off the trigger while moving the lever upward.**

### Loaded Chamber Indicator



When a cartridge is loaded in the chamber the loaded chamber indicator end protrudes.

### Taurus Security System

**CAUTION:**

Never engage the Taurus Security System on your Taurus Pistol with the slide in the open (rearward) position. This will result in permanent damage to your firearm.

**CAUTION:**

Never engage the Taurus Security System when the firing pin is cocked.

**CAUTION:**

Never attempt to engage the Taurus Security System on a Taurus pistol with a cartridge in the chamber.

Proceed as follow:

- Remove the magazine;
- Unload the gun by cycling the slide. MAKE SURE THE CHAMBER IS EMPTY;
- Pull the trigger to decock the firing pin;
- Engage the Taurus Security System;
- You may reinsert the magazine.

## Engagement (secure)

Insert the key into the mechanism and turn clockwise until a click is felt or heard. The mechanism now partially protrudes above the surface of the slide. The action is locked in place and cannot function.



## Disengagement (ready-to-fire)

To place the pistol in a firing condition, insert the key into the mechanism and turn it counter-clockwise. The mechanism is now virtually flush with the surface of the slide. The pistol can now be fired.

**WARNING:**
Securing your firearm may inhibit access to it in a defense situation and result in injury or death.

**WARNING:**
Failure to properly secure a firearm may result in injury or death.

## DISASSEMBLY

**NOTICE:** Some model pistols feature a takedown pin rather than a disassembly latch. Instructions for the pin, where these instructions differ, are in blue.



1. Remove the MAGAZINE by pressing the MAGAZINE RELEASE BUTTON; be sure that the chamber is EMPTY.

2. Pull SLIDE fully to the rear and push up the SLIDE CATCH LEVER.

3. With left thumb, rotate SLIDE DISASSEMBLY LATCH clockwise until it stops.

   Use the key for Taurus Security System to gently push the pin from the right side of the pistol.



**ALWAYS KEEP THE MUZZLE POINTED IN A SAFE DIRECTION AND FINGER OFF THE TRIGGER.**

4. With left hand, pull SLIDE DISASSEMBLY LATCH or TAKE-DOWN PIN out of frame.

Alternatively release the slide catch, pull back the slide again and push up the slide catch lever. This movement frees the DISASSEMBLY LATCH.





5. Carefully release SLIDE CATCH, pull SLIDE forward off of frame while pulling the trigger back.



6. Carefully remove SLIDE SPRING and GUIDE from its position on the bottom of the BARREL. SPRING is under compression so it must be kept under control until removed.



7. Remove BARREL from SLIDE by pulling up and to the rear.

**ATTENTION:** No further disassembly is recommended unless done by a skilled gunsmith.

## ASSEMBLY

In order to assemble the pistol, proceed by reversing the disassembling procedure while observing the following details:




1. Replace the barrel in the slide pushing it to the rearward position. Insert the spring/guide rod sub-assembly into the slide over the barrel, compressing the spring slightly to get it into position.

2. The SLIDE should be mounted on the frame and pulled fully to the rear and the SLIDE CATCH must be moved upward to hold the SLIDE to the rear.

3. When reinstalling the SLIDE DISASSEMBLY LATCH or TAKEDOWN PIN, you must make sure that the barrel is fully forward in the slide so that when you insert the latch, with the lever pointing to the rear, the horizontal round part of the latch must be pushed through the frame and the mating portion of the bottom of the barrel. Once these parts have been lined up, and you gently push the latch in, a click will be heard indicating that the latch pin is secured in place.

4. The SLIDE CATCH then can be depressed which allows the SLIDE to go forward.

5. You should cycle the SLIDE several times, with no magazine inserted and no rounds in the chamber, to insure that the barrel/slide/frame relationship is correct.



ALWAYS KEEP THE MUZZLE POINTED IN A SAFE DIRECTION AND FINGER OFF THE TRIGGER.



**ADVICE:**

The slide may stick on the frame before going fully to the rear, or the barrel may ride with it to the rear. Begin again and press down with the finger onto that rear portion of the barrel accessible through the ejection port.



When the barrel depresses and locks to the frame, continue moving the slide fully to the rear and engage the slide catch lever.

## SAFETY FIRST: PARTS

All firearms require periodic maintenance and inspection which may reveal a need for adjustment or repair. Have your firearm checked by a competent gunsmith annually, even if it seems to be working well, since breakage, improper functioning, undue wear, or corrosion of some components may not be apparent from external examination. If you notice ANY mechanical malfunction, do NOT continue to use the firearm. UNLOAD the firearm and take it to a competent gunsmith immediately.

Our Service Department maintains a full complement of replacement parts for our firearms of current manufacture. Even though most gunsmiths have the knowledge, training and ability to make the necessary repairs to your firearm, the skill and workmanship of any particular gunsmith is totally beyond our control. Should your firearm ever require service, we strongly recommend that you return it to Taurus. Follow the instructions outlined below. Remember, unauthorized adjustments or parts replacement can void your warranty.

It is the responsibility of the purchaser to be absolutely certain that any parts ordered from Taurus are of the correct type and are properly fitted and installed by a competent person.

THIS FIREARM IS A PRECISION MECHANISM AND THE IMPROPER FITTING OF PARTS OR IMPROPER MECHANICAL ADJUSTMENT MAY RESULT IN A DANGEROUS MALFUNCTION, DAMAGE TO THE FIREARM, AND POSSIBLE SERIOUS INJURY TO THE SHOOTER OR TO OTHERS. Therefore, the purchaser and/or installer of parts musr accept full responsibility for the correct adjustment of and function of the firearm after such installation has been made or attempted.

## TAURUS SERVICE POLICY

Before shipment, your firearm was carefully inspected and test fired in order to ensure that it conformed to our specifications and standards. Should your firearm require adjustment or repair, we strongly recommend that you return it to Taurus for factory service.

If there is any question regarding the performance of your firearm, please write to our Service Department fully describing all circumstances and conditions involved. If our Service Department makes the determination that your firearm requires factory service, you will be so advised and will be given instructions for the most expeditious handling of your shipment.

Our Service Department will give your firearm a complete inspection, and evaluate the problem(s) specified in your letter. If the work required is not covered under the terms of our Warranty (when applicable) you will receive an actual cost quotation, not an estimate. Any repair work must be authorized by you, and no work will be done without your expressed approval.

Please follow these suggestions to expedite service in the United States of America to return any firearm to us for adjustment or repair.

1. Federal law permits you to return your firearm to the manufacturer for service via common carriers. However, state and local firearms laws vary greatly; you should consult your local prosecuting attorney regarding any restrictive laws in your jurisdiction regarding your shipment or receipt of firearms. With the above in mind, it is strongly recommended that any firearm sent to us for repair be sent through a Federally licensed dealer.

2. All firearms must be shipped to us prepaid. WE WILL NOT ACCEPT COLLECT SHIPMENTS.

3. Be sure to enclose a letter stating your name, address and telephone number, serial number, caliber and barrel length of your firearm. Also state nature of trouble experienced or work required. Merely stating "defective" or "repair as necessary" is inadequate information. Be specific and enclose copies of any previous correspondence. Work (other than warranty repair) will bear minimum labor charge of $ 10.00.

4. FIREARMS MUST BE SHIPPED UNLOADED. Double check the chamber of your firearm before shipping. If firearms are sent to Taurus in a loaded condition, we are required by law to notify the Federal authorities.

5. DO NOT include telescopic sights; custom grips, holsters, or other accessories with any firearm shipped to us.

## TAURUS PISTOL MAGAZINES

| PISTOL MODEL # | MAGAZINE ORDER # | MAGAZINE CAPACITY | FIREARM CALIBER | RETAIL PRICE |
|---|---|---|---|---|
| PT-24/7 | 5-24740-15 | 15 Rounds | .40 S&W | $36 |
| PT-24/7 | 5-24740 | 10 Rounds | .40 S&W | $36 |
| PT-24/7 | 5-24709-17 | 17 Rounds | 9mm | $36 |
| PT-24/7 | 5-24709 | 10 Rounds | 9mm | $36 |
| PT-24/7 | 5-24745-12 | 12 Rounds | .45 ACP | $36 |
| PT-24/7 | 5-24745 | 10 Rounds | .45 ACP | $36 |
| PT-111 | 5-11101 | 10 Rounds | 9mm | $36 |
| PT-111PRO | 5-11101PRO-12 | 12 Rounds | 9mm | $36 |
| PT-111PRO | 5-11101PRO | 10 Rounds | 9mm | $36 |
| PT-132 | 5-13201 | 10 Rounds | .32 ACP | $36 |
| PT-132PRO | 5-13201PRO | 10 Rounds | .32 ACP | $36 |
| PT-138 | 5-13801 | 10 Rounds | .380 ACP | $36 |
| PT-138PRO | 5-13801PRO-12 | 12 Rounds | .380 ACP | $36 |
| PT-138PRO | 5-13801PRO | 10 Rounds | .380 ACP | $36 |
| PT-140 | 5-10140 | 10 Rounds | .40 S&W | $36 |
| PT-140PRO | 5-10140PRO | 10 Rounds | .40 S&W | $36 |
| PT-145 | 5-10145 | 10 Rounds | .45 ACP | $36 |

Taurus Pistol Magazines are available from your local dealer or from Taurus Customer Service at 305-624-1115. Retail Price is effective with the revision date on the back of this manual and subject to change without notice.

**NOTICE:** Your purchase and/or receipt of these full capacity magazines is dependent on the provisions of your state and local laws. Availability of such magazines is subject to federal law.

## EXPLODED VIEW OF MODELS PT111 PRO, PT111 PRO Ti, 132PRO, PT138PRO, PT140 PRO, PT145 PRO & PT745 PRO



SA/DA version

| | PT111 PRO PT111 PRO Ti | PT132 PRO | PT138 PRO | PT140 PRO | PT145 PRO | PT745 PRO |
|---|---|---|---|---|---|---|
| Caliber | 9 mm PARA. | .32 ACP | .380 ACP | .40 | .45 ACP | .45 ACP |
| Mechan. | Striker | | | | | |
| Action | Double action only or single and double action | | | | | |
| Number of shots | 12+1 | 10+1 | 12+1 | 10+1 | 10+1 | 6+1 |
| Barrel | 3.30" | 3.30" | 3.30" | 3.30" | 3.30" | 3.30" |
| Total Length | 6.00" | 6.00" | 6.00" | 6.00" | 6.10" | 6.10" |
| Weight | 20.1 oz. 16.22 oz. | 20.4 oz. | 20.8 oz. | 21.01 oz. | 22.22 oz. | 22 oz. |
| Front Sight | Square, dovetailed to slide | | | | | |
| Rear Sight | Square notch, dovetailed to slide | | | | | |
| Grips | Polymer | | | | | |
| Finish | Blue, Stainless or Titanium Shadow Gray (PT111Ti only) | | | | | |

NOTICE: Your purchase and/or receipt of these full capacity magazines is dependent on the provisions of your state and local laws. Availability of such magazines is subject to federal law.



**ALWAYS KEEP THE MUZZLE POINTED IN A SAFE DIRECTION AND FINGER OFF THE TRIGGER.**

## PART LIST OF MODELS PT111 PRO, PT111 PRO Ti, 132PRO, PT138PRO, PT140 PRO, PT145 PRO & PT745 PRO

### PART LIST

| ITEM | NAME |
|---|---|
| 1 | SLIDE ASSEMBLY |
| 1.1 | SLIDE |
| 1.2 | REAR SIGHT SCREW/FRONT SIGHT SCREW |
| 1.3 | FRONT SIGHT |
| 1.4 | REAR SIGHT |
| 1.5 | EXTRACTOR |
| 1.6 | EXTRACTOR SPRING |
| 1.7 | EXTRACTOR PIN |
| 1.8 | LOADED CHAMBER INDICATOR |
| 1.9 | LOADED CHAMBER INDICATOR SPRING |
| 1.10 | FIRING PIN GUIDE |
| 1.11 | FIRING PIN RETURN SPRING |
| 1.12 | FIRING PIN |
| 1.13 | CAPTIVE FIRING PIN SPRING ASSEMBLY |
| 1.14 | FIRING PIN RETAINING |
| 1.15 | SLIDE CAP |
| 1.16 | FIRING PIN LOCK |
| 1.17 | FIRING PIN SAFETY SPRING |
| 1.18 | KEY LOCK |
| 1.19 | KEY LOCK SPRING |
| 1.20 | KEY LOCK BALL |
| 1.21 | KEY LOCK PIN |
| 2 | BARREL |
| 3 | CAPTIVE RECOIL SPRING ASSEMBLY |
| 4 | FRAME ASSEMBLY |
| 4.1 | FRAME |
| 4.2 | FRAME BUSHING |
| 4.3 | DISASSEMBLING LATCH |
| 4.4 | TRIGGER BAR RAMP |
| 4.5 | TRIGGER BAR RAMP PIN |
| 4.6 | TRIGGER BAR RAMP PIN - ELASTIC |
| 4.7 | EJECTOR |
| 4.8 | EJECTOR PIN |
| 4.9 | EJECTOR PIN - ELASTIC |
| 4.10 | TRIGGER BAR |
| 4.11 | TRIGGER BAR PIN |
| 4.12 | SLIDE CATCH |
| 4.13 | SLIDE CATCH SPRING |
| 4.14 | TRIGGER |
| 4.15 | TRIGGER SAFETY |
| 4.16 | TRIGGER SPRING |
| 4.17 | TRIGGER PIN |
| 4.18 | TRIGGER SUPPORT |
| 4.19 | TRIGGER SUPPORT PIN |
| 4.20 | TRIGGER SUPPORT SPRING |
| 4.21 | SLIDE RETAINER (a) |
| 4.22 | SLIDE RETAINER SPRING (a) |
| 4.23 | MANUAL SAFETY (OPTIONAL) |
| 4.24 | MANUAL SAFETY SPRING (OPTIONAL) |
| 4.25 | MANUAL SAFETY SPRING BALL (OPTIONAL) |
| 4.26 | CENTRAL SUPPORT |
| 4.27 | LINK PIVOT (b) |
| 4.28 | SEAR PIN (b) |
| 4.29 | LINK (b) |
| 4.30 | SEAR (b) |
| 4.31 | SEAR SPRING (b) |
| 5 | GRIP ASSEMBLY |
| 5.1 | GRIP |
| 5.2 | GRIP PIN |
| 5.3 | MAGAZINE RELEASE |
| 5.4 | MAGAZINE RELEASE SPRING |
| 6 | MAGAZINE ASSEMBLY |
| 6.1 | MAGAZINE BODY |
| 6.2 | FOLLOWER |
| 6.3 | MAGAZINE SPRING |
| 6.4 | MAGAZINE SPRING PLATE |
| 6.5 | MAGAZINE BOTTOM |

(a) DAO versions
(b) SA versions

## EXPLODED VIEW OF MODEL 24/7 (DAO)



| | PT24/7-9 | PT24/7-40 | PT24/7-45 |
|---|---|---|---|
| Caliber | 9 mm PARA. | .40 | .45 ACP |
| Mechanism | Striker | | |
| Action | Double action only | | |
| Number of shots | 17+1<br>10+1 | 15+1<br>10+1 | 12+1<br>10+1 |
| Barrel | 4.20" | 4.20" | 4.20" |
| Total Length | 7.16" | 7.16" | 7.16" |
| Weight | 27.6 oz. | 27.1oz | 26.8 oz. |
| Front Sight | Square, dovetailed to slide attached with set screw | | |
| Rear Sight | Square notch, dovetailed to slide attached with set screw | | |
| Grips | Polymer or Polymer with Overmold Ribber Grip | | Polymer grip |
| Finish | Blue or Stainless Slide | | |

NOTICE: Your purchase and/or receipt of these full capacity magazines is dependent on the provisions of your state and local laws. Availability of such magazines is subject to federal law.



**ALWAYS KEEP THE MUZZLE POINTED IN A SAFE DIRECTION AND FINGER OFF THE TRIGGER.**

## EXPLODED VIEW OF MODEL 24/7 PRO (SA/DA)



| | PT24/7-9 PRO | PT24/7-40 PRO | PT24/7-45 PRO |
|---|---|---|---|
| Caliber | 9 mm PARA. | .40 | .45 ACP |
| Mechanism | Striker | | |
| Action | Single and Double Action | | |
| Number of shots | 17+1<br>13+1<br>10+1 | 15+1<br>11+1<br>10+1 | 12+1<br>10+1 |
| Barrel | 3.25", 4.20" or 5.20" | 3.25", 4.20" or 5.20" | 4.20" or 5.20" |
| Total Length | 6.30", 7.16" or 8.16" | 6.30", 7.16" or 8.16" | 7.16" or 8.16" |
| Weight | 19.5, 24.7, 29.1 or 31.9oz | 24.3, 28.2 or 31.2oz | 26.8oz or 29.6oz |
| Front Sight | Square, dovetailed to slide attached with set screw | | |
| Rear Sight | Square notch, dovetailed to slide attached with set screw | | |
| Grips | Polymer or Polymer with Overmold Ribber Grip | | Polymer grip |
| Finish | Blue or stainless slide | | |

NOTICE: Your purchase and/or receipt of these full capacity magazines is dependent on the provisions of your state and local laws. Availability of such magazines is subject to federal law.

## PT 24/7 PART LIST

| ITEM | NAME |
|---|---|
| 1 | SLIDE ASSEMBLY |
| 1.1 | SLIDE |
| 1.2 | REAR SIGHT SCREW/FRONT SIGHT SCREW |
| 1.3 | FRONT SIGHT ASSEMBLY |
| 1.4 | REAR SIGHT |
| 1.5 | EXTRACTOR |
| 1.6 | EXTRACTOR SPRING |
| 1.7 | EXTRACTOR PIN |
| 1.8 | LOADED CHAMBER INDICATOR |
| 1.9 | LOADED CHAMBER INDICATOR SPRING |
| 1.10 | FIRING PIN GUIDE |
| 1.11 | FIRING PIN RETURN SPRING |
| 1.12 | FIRING PIN |
| 1.13 | CAPTIVE FIRING PIN SPRING ASSEMBLY |
| 1.14 | FIRING PIN RETANING |
| 1.15 | SLIDE CAP |
| 1.16 | FIRING PIN LOCK |
| 1.17 | FIRING PIN SAFETY SPRING |
| 1.18 | KEY LOCK |
| 1.19 | KEY LOCK SPRING |
| 1.20 | KEY LOCK BALL |
| 1.21 | KEY LOCK PIN |
| 2 | BARREL |
| 3 | CAPTIVE RECOIL SPRING ASSEMBLY |
| 4 | FRAME ASSEMBLY |
| 4.1 | FRAME |
| 4.2 | FRAME BUSHING |
| 4.3 | DISASSEMBLING LATCH |
| 4.4 | TRIGGER BAR RAMP |
| 4.5 | TRIGGER BAR RAMP PIN |
| 4.6 | TRIGGER BAR RAMP PIN - ELASTIC |
| 4.7 | EJECTOR |
| 4.8 | EJECTOR PIN |
| 4.9 | EJECTOR PIN - ELASTIC |
| 4.10 | TRIGGER BAR |
| 4.11 | TRIGGER BAR PIN |
| 4.12 | SLIDE CATCH |
| 4.13 | SLIDE CATCH SPRING |
| 4.14 | TRIGGER |
| 4.15 | TRIGGER SAFETY |
| 4.16 | TRIGGER SPRING |
| 4.17 | TRIGGER PIN |
| 4.18 | TRIGGER SUPPORT |
| 4.19 | TRIGGER SUPPORT PIN |
| 4.20 | TRIGGER SUPPORT SPRING |
| 4.21 | SLIDE RETAINER (a) |
| 4.22 | SLIDE RETAINER SPRING |
| 4.23 | MANUAL SAFETY |
| 4.24 | MANUAL SAFETY SPRING |
| 4.25 | MANUAL SAFETY SPRING BALL |
| 4.26 | CENTRAL SUPPORT |
| 4.27 | LINK PIVOT (b) |
| 4.28 | SEAR PIN (b) |
| 4.29 | LINK (b) |
| 4.30 | SEAR (b) |
| 4.31 | SEAR SPRING (b) |
| 5 | GRIP ASSEMBLY |
| 5.1 | GRIP |
| 5.2 | GRIP PIN |
| 5.3 | MAGAZINE RELEASE |
| 5.4 | MAGAZINE RELEASE SPRING |
| 6 | MAGAZINE ASSEMBLY |
| 6.1 | MAGAZINE BODY |
| 6.2 | FOLLOWER |
| 6.3 | MAGAZINE SPRING |
| 6.4 | MAGAZINE SPRING PLATE |
| 6.5 | MAGAZINE BOTTOM |
| | (a) DAO versions |
| | (b) SA versions |



ALWAYS KEEP THE MUZZLE POINTED IN A SAFE DIRECTION AND FINGER OFF THE TRIGGER.




This trademark, forged for over 60 years of hard and dedicated work, became a symbol of quality in handguns for civilian, police and military use. This outstanding quality is the result of constant technological evolution and from the devoted work of expert gunsmiths and highly specialized professionals, which makes TAURUS a respected name in more than 75 countries all over the world.

## A WORD TO THE WISE

MOST FIREARMS ACCIDENTS HAPPEN BECAUSE THE SHOOTER CARELESSLY VIOLATES THE SINGLE MOST IMPORTANT RULE OF SAFE FIREARM HANDLING:
ALWAYS KEEP THE MUZZLE POINTED IN A SAFE DIRECTION AND FINGER OFF THE TRIGGER!

IMPORTANT:
**DO NOT DISCARD**
KEEP THIS MANUAL WITH YOUR FIREARM. UPON CHANGE OF OWNERSHIP, TRANSFER THIS MANUAL WITH THE FIREARM.




Forjas Taurus S.A.
Av. do Forte, 511
Fone: 55-51-30213000 - Fax: 55-51-30213110
91360-000 - Porto Alegre - RS - Brasil




Taurus International Manufacturing, Inc.
16175 NW 49 Avenue
Miami, Florida 33014
Telephone: (305) 624 1115 - Fax: (305) 624 1126

Cod: 50062115 03/07