1

1                      IN THE CIRCUIT COURT OF

2                           ETOWAH COUNTY

3

4    ADAM MARONEY, an individual,

5         Plaintiff,

6         vs.                              CASE NUMBER:

7    TAURUS INTERNATIONAL                  CV-07-073-ACH

8    MANUFACTURING, INC.,

9         Defendant.

10

11                           JURY TRIAL

12

13                            CAPTION

14        THE ABOVE ENTITLED CAUSE came on to be heard

15        before the Honorable Anthony Clark Hall,

16        Circuit Judge of the Sixteenth Judicial

17        Circuit of Alabama, beginning at the hour of

18        1:00 p.m., on the 7th day of October, 2009,

19        continuing on to the 15th day of October, at

20        the Etowah County Judicial Building, 801

21        Forrest Avenue, Gadsden, Alabama.)

22

23           SHELIA L. FORD, RPR, ACCR #310

24              BETH C. WORD, ACCR #376

25                      COURT REPORTERS

**Exhibit D**

```
 1    Q.   No, sir.  Please read the question.
 2    A.   My answer to the question if you are referring
 3         to all PT 111s, it is I believe that they can
 4         go off if dropped.
 5    Q.   So that has changed since your deposition in
 6         January of '09.
 7    A.   No, sir.  This was regarding Mr. Maroney's
 8         gun.  It is still my contention that his did
 9         not discharge.  But it is possible that a
10         PT 111 can discharge if dropped.
11    Q.   That's a change from your deposition
12         testimony, isn't it?
13    A.   No, sir.
14    Q.   Now, it's also true that Taurus puts in the
15         manual irregardless of what you said under
16         oath -- now, you realized you were testifying
17         under oath in Connecticut, right?
18    A.   About Mr. Maroney's pistol, yes, sir.
19    Q.   That's not what it says.  I will let the jury
20         decide about that.
21    A.   Well, you're --
22    Q.   Mr. Morrison, please answer the questions.
23         Now, you also, you as the president of Taurus
24         are responsible for everything in the manual,
25         correct?
```

```
 1    A.    When you finally submitted a report that gave
 2          evidence that our firearm might have been
 3          present at the scene.  When you interviewed me
 4          back in January, there was no such evidence.
 5    Q.    That you had seen.
 6    A.    I beg your pardon?
 7    Q.    None that you had seen.
 8    A.    None that you had shown in discovery, sir.
 9    Q.    Okay.  Now, when your attorney made opening
10          statements -- when I deposed you, you told me
11          there had been about ninety-six thousand,
12          three hundred roughly PT 111s sold in the last
13          ten years.  But that number is up to about a
14          hundred thousand; is that correct?
15    A.    I don't have an exact figure, but let's say
16          more or less, yes, sir.
17    Q.    More or less a hundred thousand?
18    A.    Yes.
19    Q.    Okay.  Now, you were in the courtroom this
20          morning.  Did you hear your lawyer say that we
21          invented the term "pocket pistol"?
22    A.    I did hear that.
23    Q.    Is that true?
24    A.    I don't know.
25    Q.    You don't know?  Now, you have been president
```