

# AFFORDABLE QUALITY

## LIMITED WARRANTY

This limited warranty, effective July 4, 1975, supersedes any and all other warranty statements.

Handguns manufactured by Taurus are warranted to be free from defects in material and workmanship. Any such defect should be reported to Taurus International Manufacturing, Inc. by written notice as provided below within twelve months and ten days from te date of first purchase by the original consumer and will be remedied by Taurus International Manufacturing, Inc. without charge.

This warranty is guaranteed by Taurus International Manufacturing, Inc. It extends to any owner of a Taurus, handgun manufactured after July 3, 1975, and supersedes all previous warranty statements.

Warranty claims (in writing) and the gun concerned should be directed (transportation charges prepaid) to Taurus International Manufacturing, Inc. Warranty claims should state the model and serial number of the gun concerned, a discription of the difficulty experienced, and the date, place and proof of purchase. It is recommended that shipments be insured by owner, since Taurus International Manufacturing, Inc. will accept no responsibility for loss or damage in transit.

Transportation and insurance charges for return to owner will be paid by Taurus International Manufacturing, Inc. if the related claim is accepted by Taurus International Manufacturing, Inc. for warranty work.

UNDER NO CIRCUMSTANCES SHALL TAURUS INTERNATIONAL MANUFACTURING, INC. BE RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES WITH RESPECT TO ECONOMIC LOSS OR INJURY TO PROPERTY, WHETHER AS A RESULT OF BREACH OF EXPRESS OR LIMITED WARRANTY, NEGLIGENCE OR OTHERWISE. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSIONS MAY NOT APPLY TO YOU.

TAURUS INTERNATIONAL MANUFACTURING, INC. WILL NOT BE RESPONSIBLE FOR THE RESULTS OF ABUSE, CARELESS HANDLING, UNAUTHORIZED ADJUSTMENTS AND/OR MODIFICATIONS OTHER THAN BY A FACTORY AUTHORIZED REPAIR AGENT OR THE MANUFACTURER, DEFECTIVE OR IMPROPER AMMUNITION, CORROSION NEGLECT, ORDINARY WEAR AND TEAR, OR UNREASONABLE OR UNAUTHORIZED USE.

This warranty gives you specific legal rights, and you may also have other rights which may vary from state to state.

PLEASE NOTE: Handguns are classified as FIREARMS or DANGEROUS WEAPONS. Guns are surrendered by Taurus International Manufacturing, Inc. with the express understanding that it assumes no responsibility for resale or safe handling under local laws and regulations.

The information card packed with each gun shall be promptly read, understood and, completed upon purchase then returned to Taurus International Manufacturing, Inc. prior to any warranty becoming effective.

Exhibit E