AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. **13-24583-CIV-SEITZ/SIMONTON** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Taurus International Manufacturing, Inc.
c/o Angelo & Banta, P.A.
515 East Las Olas Boulevard
Suite 850
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, FL 33301
Tel: (954) 765-0537
Fax: (954) 765-0545 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**DECEMBER 20, 2013**

Date: _____~~XXXXX~~_____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **13-24583-CIV-SEITZ/SIMONTON** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Forjas Taurus S.A.
Avenida do Forte, # 511
Porto Alegre - RS
91360-000
BRAZIL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, FL 33301
Tel: (954) 765-0537
Fax: (954) 765-0545 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **DECEMBER 20, 2013**
     XXXXXX



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendant(s)* | Civil Action No. **13-24583-CIV-SEITZ/SIMONTON** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Taurus Holdings, Inc.
c/o Angelo & Banta, P.A.
515 East Las Olas Boulevard
Suite 850
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, FL 33301
Tel: (954) 765-0537
Fax: (954) 765-0545 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **DECEMBER 20, 2013** ~~XXXXXXXX~~



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts