FILING FEE

PAID $ 1500

pro hac
vice FLS000004683

Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.



FILED BY _____ D.C.

JAN - 7 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Case No. 1:13-cv-24583 Seitz

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## MOTION TO APPEAR *PRO HAC VICE*,
## CONSENT TO DESIGNATION, AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admissions and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission *pro hac vice* of David L. Selby, II, of the law

firm of Bailey & Glasser LLP, 3000 Riverchase Galleria, Suite 905, Birmingham, Alabama

35244, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case

only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David L.

Selby, II, to receive electronic filings in this case, and in support thereof states as follows:

665965

1.      David L. Selby, II, is not admitted to practice in the Southern District of Florida and is a member in good standing of the Alabama State Bar and the United States District Court for the Northern District of Alabama.

2.      Movant, Angelo Marino, Jr., Esquire, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that must be filed electronically, and who shall be responsible for filing documents in compliance with CM/ECF Administrative Procedures.   *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, David L. Selby, II, has made payment of this Court's $75.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      David L. Selby, II, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David L. Selby, II, at email address: dselby@baileyglasser.com.

WHEREFORE, Angelo Marino, Jr., moves this Court to enter an Order permitting David L. Selby, II, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David L. Selby, II.

Date: ___1/7/14___

Respectfully submitted,

Angelo Marino, Jr.
FL BAR NO: 151934
645 SE 5 Terrace
Ft. Lauderdale, FL  33301
(954) 765-0537
(954) 765-0545 Facsimile
amjrpamail@aol.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No.

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## CERTIFICATION OF DAVID L. SELBY, II

David L. Selby, II, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that:  (1) I have studied the Local Rules of

the United States District Court for the Southern District of Florida; and (2) I am a member in

good standing of the Alabama State Bar and United States District Court for the Northern

District of Alabama.

_____

David L. Selby, II

665965

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by the Court's _____, on this ___7___ day of _Jmuary_, 2014, on the following parties and/or counsel of record:

> Forjas Taurus S.A.
> Avenida do Forte, # 511
> Porto Alegre - RS
> 91360-000
> BRAZIL
>
> Taurus International Manufacturing, Inc.
> c/o Angelo & Banta, P.A.
> 515 East Las Olas Boulevard
> Suite 850
> Fort Lauderdale, FL 33301
>
> Taurus Holdings, Inc.
> c/o Angelo & Banta, P.A.
> 515 East Las Olas Boulevard
> Suite 850
> Fort Lauderdale, FL 33301

Angelo Marino, Jr.
FL BAR NO: 151934
645 SE 5 Terrace
Ft. Lauderdale, FL  33301
(954) 765-0537
(954) 765-0545 Facsimile
amjrpamail@aol.com

665965

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants.*

Case No.

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

David L. Selby, II, Consent to Designation and Request to Electronically Receive Notices of

Electronic Filings ("the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures.  The Court having considered the motion

and all other relevant factors, it is hereby **ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED**.  David L. Selby, II, may appear and participate in this action

on behalf of **PARTY**.  The Clerk shall provide electronic notification of all electronic filings to

David L. Selby, II, at dselby@baileyglasser.com.

665965

**DONE AND ORDERED** in Chambers at _____, Florida, this

_____ day of _____.


_____
Judge Patricia A. Seitz
United States District Judge

Copies furnished to:
All Parties and/or Counsel of Record

665965