IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 13-24583-CIV-SEITZ/SIMONTON |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff CHRIS P. CARTER ("Plaintiff"), individually and on behalf of all others similarly situated, for this class action complaint against Defendants Forjas Taurus, S.A., Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. (collectively, "Taurus" or the "Taurus Defendants"), by and through his attorneys, hereby files this Notice of Filing Proof of Service on Defendants, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.

Notice is hereby given that plaintiff has served the Summons and Complaint in the above captioned action on defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc., as evidenced by the two (2) Proof of Service of Summons and Complaint attached hereto, which are being filed with the Court.

A copy of this Notice has been sent to all counsel of record in the certificate of service.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using CM/ECF filing and a copy was served via e-mail to all counsel of record listed below.

Dated: January 14, 2014.

Respectfully submitted by:

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel: (954) 765-0537
Fax: (954) 765-0545
Email: amjrpamail@aol.com
       amjrpa1@hotmail.com


Counsel of Record for Service of Pleadings:

David L. Selby, II, Esq.
of Bailey & Glasser, LLP
*Co-Counsel for Plaintiff*
3000 Riverchase Galleria,
Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com


Todd Wheeles, Esq.
of Morris, Haynes, Hornsby & Wheeles
*Co-Counsel for Plaintiff*
3500 Colonnade Parkway
Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendant(s)*

Civil Action No. **13-24583-CIV-SEITZ/SIMONTON**

# 782
1/8/14
4:10 pm

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Taurus Holdings, Inc.
c/o Angelo & Banta, P.A.
515 East Las Olas Boulevard
Suite 850
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, FL 33301
Tel: (954) 765-0537
Fax: (954) 765-0545 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DECEMBER 20, 2013**
Date: XXXXXXXX



Steven M. Larimore
Clerk of Court

## SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 13-24583-CIV-SEITZ/SIMONTON

Plaintiff:
**Chris P. Carter, Individually and on behalf of all others similarly situated**

vs.

Defendant:
**Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.**

For:
Angelo Marino
Angelo Marino Jr, Esq
645 S.E. 5th Ter
Ft Lauderdale, FL 33301

Received by Advantage Messenger & Process on the 8th day of January, 2014 at 9:47 am to be served on **Taurus Holdings, Inc. c/o Angelo & Banta, P.A., 515 East Las Olas Boulevard, Suite 850, Fort Lauderdale, FL 33301**.

I, Donna M Rocco, do hereby affirm that on the **8th day of January, 2014 at 4:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Eric Edison as Attorney/Authorized To Accept** for **Taurus Holdings, Inc.**, at the address of: **515 East Las Olas Boulevard, Suite 850, Fort Lauderdale, FL 33301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.                    NOTARY
NOT REQUIRED PURSUANT TO F.S.92.525(2).

Donna M Rocco
782

**Advantage Messenger & Process**
**7378 W Atlantic Blvd**
**Ste 113**
**Margate, FL 33063**
**(954) 818-6555**
Our Job Serial Number: AMV-2014000093

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Taurus Holdings, Inc.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Eric Edison_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Taurus
Holdings Inc_____ on *(date)* __1/8/14__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: __1/8/14__

_____
Server's signature

__Donna M Rocco__
Printed name and title

__Process Server__

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,

*Defendant(s)*

Civil Action No. **13-24583-CIV-SEITZ/SIMONTON**

# 782
1/8/14
4:10 pm

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Taurus International Manufacturing, Inc.
c/o Angelo & Banta, P.A.
515 East Las Olas Boulevard
Suite 850
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, FL 33301
Tel: (954) 765-0537
Fax: (954) 765-0545 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DECEMBER 20, 2013**
Date: ~~XXXXXX~~



Steven M. Larimore
Clerk of Court

## SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 13-24583-CIV-SEITZ/SIMONTON

Plaintiff:
**Chris P. Carter, Individually and on behalf of all others similarly situated**

vs.

Defendant:
**Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.**

For:
Angelo Marino
Angelo Marino Jr, Esq
645 S.E. 5th Ter
Ft Lauderdale, FL  33301

Received by Advantage Messenger & Process on the 8th day of January, 2014 at 9:47 am to be served on **Taurus International Manufacturing, Inc. c/o Angelo & Banta, P.A., 515 East Las Olas Boulevard, Suite 850, Fort Lauderdale, FL 33301.**

I, Donna M Rocco, do hereby affirm that on the **8th day of January, 2014** at **4:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Eric Edison** as **Attorney/Authorized To Accept** for **Taurus International Manufacturing, Inc.**, at the address of: **515 East Las Olas Boulevard, Suite 850, Fort Lauderdale, FL 33301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.                                                                                              NOTARY
NOT REQUIRED PURSUANT TO  F.S.92.525(2).

Donna M Rocco
782

**Advantage Messenger & Process**
7378 W Atlantic Blvd
Ste 113
Margate, FL 33063
(954) 818-6555
Our Job Serial Number: AMV-2014000092

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Taurus International Manufacturing, Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Eric Edison , who is
designated by law to accept service of process on behalf of *(name of organization)* Taurus Int.
Manufacturing IC on *(date)* 1/8/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/9/14

*Server's signature*

Donna M Rocco
*Printed name and title*

Process Server

*Server's address*

Additional information regarding attempted service, etc: