UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.
_____/

Case No. 1:13-CV-24583

CLASS ACTION

JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE

John P. Marino and David A. Mobley, with the law firm of Smith, Gambrell and Russell, LLP, enter their appearance as counsel for Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc., and request that copies of all future pleadings and notices in this case be sent to the undersigned.

Dated: January 28, 2014

/s/ John P. Marino
John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell (FNB 678783)
EMAIL: ltrowell@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6300

and

David A. Mobley (FBN 571571)
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
Promenade, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
Telephone: (404) 815-3712
Facsimile: (404) 685-7012

Attorneys for Defendants, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.

## CERTIFICATE OF SERVICE

I certify that on January 28, 2014, the foregoing document is being served on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

**Angelo Marino, Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby, II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

/s/ John P. Marino
Attorney