UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

      *Plaintiff,*

                                    **Case No. 1:13-CV-24583**

v.

                                      CLASS ACTION

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

                                      JURY TRIAL DEMANDED

      *Defendants.*

_____/

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT AND SUPPORTING MEMORANDUM**

Defendants, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. (collectively, "Defendants"), move for entry of an order extending the deadline to respond to Plaintiff's Class Action Complaint ("Complaint") through February 12, 2014. Defendants state as follows in support of this agreed motion:

1.     On January 8, 2014, Plaintiff's Complaint was served on Defendants.

2.     Defendants' response to Plaintiff's Complaint is currently due January 29, 2014.

3.     Due to the need to conduct additional investigation regarding Plaintiff's allegations, and pursuant to an agreement between the parties, Defendants request a short extension of time to respond to Plaintiff's Complaint.

4.     The requested extension will not delay this case or prejudice any party.

5.     Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit "A" to this motion.

6.     Pursuant to Local Rule 7.1(a)(3), Defendants' counsel conferred with Plaintiff's counsel. Plaintiff's counsel consents to the requested extension of time.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . ." Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings for good cause. *See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

Good cause exists for, and no party will be prejudiced by, the requested extension as established above.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Defendants' counsel conferred with Plaintiff's counsel regarding the extension of time requested by this motion. Plaintiff's counsel consents to the requested extension of time.

WHEREFORE, Defendants respectfully request that the time to respond to Plaintiff's Complaint be extended through February 12, 2014, together with such further relief as the Court deems proper.

/s/ John P. Marino
John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell  (FNB 678783)
EMAIL: ltrowell@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   (904) 598-6100
Facsimile:    (904) 598-6300

and

David A. Mobley (FBN 571571)
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
Promenade, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA  30309
Telephone: (404) 815-3712
Facsimile:   (404) 685-7012

Attorneys for Defendants, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.

## CERTIFICATE OF SERVICE

I certify that on January 28, 2014, the foregoing document is being served on the counsel

of record as indicated below, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized

to receive Notices of Electronic Filing via the CM/ECF system:

**Angelo Marino , Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby , II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

/s/ John P. Marino
Attorney