# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.
_____/

Case No. 1:13-CV-24583

CLASS ACTION

JURY TRIAL DEMANDED

**ORDER GRANTING AGREED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter came before the Court on Defendants, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. (collectively, "Defendants"), Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint and Supporting Memorandum (the "Agreed Motion"). The Court being fully advised in the premises, it is

**ORDERED:**

A.    The Agreed Motion is granted.

B.    The deadline for Defendants to respond to Plaintiff's Complaint is extended through February 12, 2014.

DONE and ORDERED in Chambers, in Miami, Florida, this ____ day of _____, 2014.

                                                                                         _____
                                                                                         Honorable Patricia A. Seitz

Copies to: All Counsel of Record