



FILING FEE
PAID _____ #75.00
pro hac _____
vice _____ 72390
Steven M. Larimore, Clerk

FILED by _____ B.S.
JAN 29 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

      *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

      *Defendants.*

_____/

**Case No. 1:13-CV-24583**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## MOTION TO APPEAR *PRO HAC VICE,* CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Timothy A. Bumann of the law firm of Smith, Gambrell & Russell, LLP., 1230 Peachtree St., N.E., Atlanta, Georgia 30309, for purposes of appearance as co-counsel on behalf of Defendants, Taurus International Manufacturing, Inc. ("TIMI") and Taurus Holdings, Inc. ("Taurus Holdings"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Timothy A. Bumann to receive electronic filings in this case, and in support thereof states as follows:

    1.    Timothy A. Bumann is not admitted to practice in the Southern District of

Florida and is a member in good standing of the Georgia State Bar, Supreme Court of Georgia, United States District Court for the Northern District of Georgia, United States District Court for the Middle District of Georgia, Eleventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Second Circuit Court of Appeals, Third Court of Appeals, United States District Court for the Northern District of Indiana and the United States Supreme Court.

2.      Movant, John P. Marino, of the law firm of Smith Gambrell & Russell, 50 N. Laura St., Suite 2600, Jacksonville, FL 32202, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.   See Section 2B of the CM/ECF Administrative Procedures.

3.      Pursuant to the local rules of this Court, Timothy A. Bumann has made payment of this Court's $75 admission fee.   A certification in accordance with Rule 4(b) is attached hereto.

4.      Timothy A. Bumann,  through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, requests the Court to provide Notice of Electronic Filings to Timothy A. Bumann at email address: tbumann@sgrlaw.com.

WHEREFORE, John P. Marino, moves this Court to enter an Order permitting Timothy A. Bumann, to appear before this Court on behalf of TIMI and Taurus Holdings, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Timothy A. Bumann.

Respectfully submitted,

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell  (FNB 678783)
EMAIL: ltrowell@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   (904) 598-6100
Facsimile:   (904) 598-6300

*Attorneys for Defendants, Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January **28**, 2014, the foregoing document is being served on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

**Angelo Marino , Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby , II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

_____
Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CHRIS P. CARTER**,

Individually and on behalf of all
others similarly situated,

*Plaintiffs,*

v.

    Case No. 1:13-CV-24583

**FORJAS TAURUS S.A.,**
**TAURUS INTERNATIONAL**
**MANUFACTURING, INC., and**
**TAURUS HOLDINGS, INC.,**

    **CLASS ACTION**

    **JURY TRIAL DEMANDED**

*Defendants.*

_____/

### CERTIFICATION OF TIMOTHY A. BUMANN

    Timothy A. Bumann, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of

the United States District Court for the Southern District of Florida; and (2) I am a member in

good standing of the Georgia State Bar, Supreme Court of Georgia, United States District

Court for the Northern District of Georgia, United States District Court for the Middle District

of Georgia, Eleventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Second

Circuit Court of Appeals, Third Court of Appeals, United States District Court for the Northern

District of Indiana and The United States Supreme Court.

                                                   Timothy A. Bumann

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

     *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

     *Defendants.*

_____/

**Case No. 1:13-CV-24583**

CLASS ACTION

JURY TRIAL DEMANDED

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE,* CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion to Appear Pro Hac Vice for Timothy

A. Bumann, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida

and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the

motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Timothy A. Bumann may appear and participate in this

action on behalf of Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. The

Clerk shall provide electronic notification of all electronic filings to Timothy A. Bumann at tbumann@sgrlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2014.

_____
Judge Patricia A. Seitz
United States District Judge

Copies furnished to: All Counsel of Record

*Bank of America Tower*
*50 North Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Main: 904 598-6100*
*Fax: 904 598- 6300*
*www.sgrlaw.com*

# SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

*Francie L. DePaolo, C.P.*
*Direct Tel:  (904) 598-6114*
*Direct Fax: (904) 598-6214*
*fdepaolo@sgrlaw.com*

January 28, 2014

**<u>VIA FEDERAL EXPRESS</u>**
(305) 523-5100

Clerk of the Court
U.S. District Court for the Southern District of Florida
Miami Division
400 N. Miami Avenue
Miami, FL 33128

> Re:   Chris P. Carter v. Forjas Taurus, et al.; Case No.: 13-24583; United States
>         <u>District Court for the Southern District of Florida; Miami Division</u>

Dear Sir or Madam:

Enclosed for filing in connection with the above matter is an original Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), along with our firm's check in the required fee amount of $75.00.

Please call if you have any questions, require any additional information or have any concerns about the enclosed.

Very truly yours,

Francie L. DePaolo, C.P., FRP
Certified Paralegal/Florida Registered Paralegal

/fld
Enclosures
cc:   John P. Marino, Esq. (w/out encls., via email only)

SGR/11638366.1



*Atlanta, Georgia | Frankfurt, Germany | Jacksonville, Florida | New York, New York | Stamford, Connecticut | Washington, D.C.*