**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

      Plaintiff,

vs.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL MANUFACTURING,
INC., and TAURUS HOLDINGS, INC.,

      Defendants.

**CASE NO.: 1:13-cv-24583-PAS**

**CLASS ACTION**

**DEFENDANT TAURUS HOLDING, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S CLASS ACTION COMPLAINT**

      Defendant, Taurus Holdings, Inc. ("Taurus Holdings"), responds as follows to Plaintiff's

Class Action Complaint ("Complaint") (Dkt. 1):

**RESPONSE TO INTRODUCTORY PARAGRAPH**

      The introductory paragraph of the Complaint improperly defines Taurus Holdings,

Defendant Forjas Taurus, S.A. ("Forjas Taurus"), and Defendant Taurus International

Manufacturing, Inc. ("TIMI") collectively.  Several paragraphs and allegations of the Complaint

likewise attempt to define and treat these Defendants collectively.   These entities are separate

and distinct entities, and are not the same for any purpose.  Any such allegation or inference in

the Complaint that these entities are the same or may be treated collectively is specifically

denied.

## RESPONSE TO NUMBERED PARAGRAPHS

Taurus Holdings responds to the correspondingly numbered paragraphs of the Complaint as follows:

## INTRODUCTION

1.      Taurus Holdings admits that Plaintiff attempts to bring nationwide class action claims, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted against Taurus Holdings or that class treatment of any of Plaintiff's alleged claims is appropriate.[1] Taurus Holdings denies all other allegations in this paragraph. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

2.      The first sentence of this paragraph does not contain a factual allegation to which a response is required, and is denied. Taurus Holdings denies the second sentence of this paragraph. Taurus Holdings is without information or knowledge sufficient to either admit or deny the statement in the third sentence that "this lawsuit is brought by and on behalf of individuals who have lawfully exercised their Second Amendment right to bear arms," and the remainder of the sentence contains no factual allegation to which a response is required, so the entire sentence is denied.

3.      Taurus Holdings admits that Plaintiff attempts to bring claims for himself and purported Class Members, but denies that Plaintiff and purported Class Members have stated any

---

[1] Taurus Holdings reserves the right to challenge the sufficiency of Plaintiff's class allegations, and the class treatment of Plaintiff's alleged claims, at the appropriate stage of this case.

SGR/11659643.3

claims for which relief can be granted or are entitled to any relief against Taurus Holdings or that class treatment of any of Plaintiff's alleged claims is appropriate. The remainder of this paragraph does not contain a factual allegation to which a response is required, and is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

4.     Taurus Holdings admits that Plaintiff attempts to seek an order permanently enjoining Taurus Holdings from lawfully conducting business, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted or are entitled to any such relief. The remainder of this paragraph does not contain a factual allegation to which a response is required, and is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

5.     Taurus Holdings denies all allegations in this paragraph.

6.     Taurus Holdings admits that it has never issued a recall of the Plaintiff's pistol, or any other pistols, because it does not design, manufacture, assemble, test, sell, market, supply, distribute, service or warrant any firearms.  Taurus Holdings denies all remaining allegations in this paragraph. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

7.     Taurus Holdings denies all allegations in this paragraph.

8.     Taurus Holdings denies all allegations in this paragraph.

9.     Taurus Holdings denies all allegations in this paragraph.

10.     Taurus Holdings denies all allegations in this paragraph.

11.     Taurus Holdings denies all allegations in this paragraph.

SGR/11659643.3

## JURISDICTION AND VENUE

12.     Taurus Holdings admits that this Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005. Taurus Holdings is otherwise without knowledge or information sufficient to either admit or deny the allegations in this paragraph related to the amount in controversy, and all such allegations are denied. The remainder of this paragraph contains legal conclusions to which no response is required.

13.     Taurus Holdings admits that it is not located in Iowa, that it is incorporated in the State of Florida, and that its headquarters and principal place of business as identified with the Secretary of State is located in the State of Florida. The remainder of this paragraph contains legal conclusions to which no response is required. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

14.     This paragraph contains a legal conclusion to which no response is required. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

15.      Taurus Holdings denies that it is involved in any of the activities identified in this paragraph. The remainder of this paragraph contains legal conclusions to which no response is required. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

16.     The allegations contained in this paragraph are directed to another Defendant. Taurus Holdings is without knowledge or information sufficient to either admit or deny the allegations in this paragraph, and all such allegations are denied.

4

17.     The allegations contained in this paragraph are directed to another Defendant. Taurus Holdings is without knowledge or information sufficient to either admit or deny the allegations in this paragraph, and all such allegations are denied.

18.     The allegations contained in this paragraph are directed to another Defendant. Taurus Holdings is without knowledge or information sufficient to either admit or deny the allegations in this paragraph, and all such allegations are denied.

19.     This paragraph does not contain a factual allegation to which a response is required, and is denied.

20.     Taurus Holdings denies that it is involved in any of the activities identified in this paragraph.  The remainder of this paragraph contains legal conclusions to which no response is required.  Taurus Holdings denies the factual allegations in this paragraph to the extent directed to it.  Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

## PARTIES

21.     Taurus Holdings denies that it designed, manufactured, assembled, "to be [sic] tested," marketed, imported, warranted, distributed or sold the pistol identified in this paragraph, and denies that it had anything to do with, or any involvement with, the pistol.  Taurus Holdings is without information or knowledge sufficient to either admit or deny the remaining allegations in this paragraph, and they are denied.

22.     Taurus Holdings is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied.

23.     Taurus Holdings admits that it is a corporation, that its headquarters is located in the State of Florida, and that it is validly operating and conducting business in the State of

SGR/11659643.3

Florida. Taurus Holdings admits that its principal place of business is in the State of Florida, but denies the remaining allegations in the second sentence of this paragraph. Taurus Holdings admits that it is the sole shareholder of TIMI, but denies any the remaining allegations of the third sentence of this paragraph. Taurus Holdings denies the fourth sentence of this paragraph. Taurus Holdings denies all remaining allegations in this paragraph. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

24.    Taurus Holdings denies this paragraph.  Taurus Holdings further states that Taurus Holdings, TIMI, and Forjas Taurus separate and distinct entities, and are not the same for any purpose, and any such allegation or inference in the Complaint is specifically denied.

## COMMON FACTUAL ALLEGATIONS

25.    Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

26.    Taurus Holdings denies the allegations in this paragraph to the extent directed to it.  Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

27.    Taurus Holdings denies all allegations in this paragraph.

28.    Taurus Holdings denies the allegations in this paragraph to the extent directed to it. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

29.    Taurus Holdings denies the allegations in this paragraph to the extent directed to it. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

SGR/11659643.3

30.     Taurus Holdings denies all allegations in this paragraph.

31.     Taurus Holdings denies the allegations in this paragraph to the extent directed to it. Taurus Holdings is without information or knowledge sufficient to either admit or deny the remaining allegations in this paragraph, and they are denied.

32.     Taurus Holdings denies all allegations in this paragraph.

33.     Taurus Holdings denies all allegations in this paragraph.

34.     Taurus Holdings denies all allegations in this paragraph.

35.     Taurus Holdings denies all allegations in this paragraph.

36.     Taurus Holdings denies the allegations in this paragraph to the extent directed to it. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

37.     Taurus Holdings is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

38.     Taurus Holdings is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

39.     Taurus Holdings is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

SGR/11659643.3

40.     Taurus Holdings is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

41.     Taurus Holdings is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

42.     Taurus Holdings is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

43.     Taurus Holdings denies all allegations in this paragraph.

44.     Taurus Holdings admits that Plaintiff attempts to bring nationwide class action claims, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted against Taurus Holdings or that class treatment of any of Plaintiff's alleged claims is appropriate. The remainder of this paragraph does not contain a factual allegation to which a response is required, and is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph related to the other Defendants, and all such allegations are denied.

45.     Taurus Holdings denies all allegations in this paragraph.

46.     Taurus Holdings denies all allegations in this paragraph.

8

## PLAINTIFF CHRIS CARTER FACTS

47.     Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

48.     Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

49.     Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

50.     Taurus Holdings denies that the design of the Plaintiff's pistol is defective, and is without knowledge or information sufficient to either admit or deny the remaining allegations in this paragraph, and they are denied.

## CLASS DEFINITION AND CLASS ACTION ALLEGATIONS

51.     Taurus Holdings admits that Plaintiff seeks to bring this suit as a nationwide class action, but denies that class treatment of any of Plaintiff's alleged claims is appropriate.  The remainder of this paragraph contains Plaintiff's definition of a purported class that Plaintiff seeks to represent, to which no response should be required.  To the extent that a response is deemed required, Taurus Holdings denies that the purported class defined by Plaintiff is ascertainable, and otherwise denies the appropriateness of certifying the purported class defined by Plaintiff.

52.     Taurus Holdings is without knowledge or information sufficient to either admit or deny the first sentence of this paragraph, and it is denied.  The remainder of this paragraph contains exclusions to Plaintiff's definition of a purported class that Plaintiff seeks to represent, to which no response should be required.  To the extent that a response is deemed required, Taurus Holdings denies that the purported class defined by Plaintiff is ascertainable, and otherwise denies the appropriateness of certifying the purported class defined by Plaintiff.

SGR/11659643.3

53.     Taurus Holdings is without knowledge or information sufficient to either admit or deny the allegations contained in the third and fourth sentences in this paragraph, and all such allegations are denied.  Taurus Holdings denies all remaining allegations in this paragraph.

54.     Taurus Holdings denies the first and second sentences in this paragraph.  The remainder of this paragraph contains Plaintiff's legal conclusions regarding the satisfaction of certain necessary elements for class certification to which no response should be required.  To the extent that a response is deemed required, Taurus Holdings denies the appropriateness of certifying the purported class defined by Plaintiff.  To the extent that the remainder of this paragraph are deemed to contain factual allegations, they are denied.

55.     This paragraph contains Plaintiff's legal conclusions regarding the satisfaction of certain necessary elements for class certification to which no response should be required.  To the extent that a response is deemed required, Taurus Holdings denies the appropriateness of certifying the purported class defined by Plaintiff.  To the extent that this paragraph is deemed to contain factual allegations, they are denied.

56.     Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

57.     This paragraph contains Plaintiff's legal conclusions regarding the satisfaction of certain necessary elements for class certification to which no response should be required.  To the extent that a response is deemed required, Taurus Holdings denies the appropriateness of certifying the purported class defined by Plaintiff.  To the extent that this paragraph is deemed to contain factual allegations, they are denied.

## <u>ESTOPPEL AND TOLLING OF STATUTE OF LIMITATIONS</u>

58.     Taurus Holdings denies all allegations in this paragraph.

SGR/11659643.3

59.     Taurus Holdings denies all allegations in this paragraph.

## CAUSES OF ACTION AND CLAIMS FOR RELIEF

### Count One
### Violation of the Florida Deceptive and Unfair Trade Practices Act

60.     Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.  Any other allegation is denied, and Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

61.     Taurus Holdings admits that Plaintiff and the purported Class Members attempt to bring an action pursuant to the Florida Deceptive and Unfair Trade Practices Act, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted against Taurus Holdings.  The remainder of this paragraph does not contain factual allegations to which responses are required, and is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph related to the other Defendants, and all such allegations are denied.

62.     This paragraph does not contain factual allegations to which responses are required, and is denied.

63.     This paragraph does not contain factual allegations to which responses are required, and is denied.

64.     This paragraph does not contain factual allegations to which responses are required, and is denied.

65.     Taurus Holdings denies all allegations in this paragraph.

66.     Taurus Holdings denies all allegations in this paragraph.

67.     Taurus Holdings denies all allegations in this paragraph.

SGR/11659643.3

68.     Taurus Holdings denies all allegations in this paragraph.

69.     Taurus Holdings denies all allegations in this paragraph.

70.     Taurus Holdings denies all allegations in this paragraph.

71.     Taurus Holdings denies all allegations in this paragraph.

72.     Taurus Holdings denies all allegations in this paragraph.

73.     Taurus Holdings denies all allegations in this paragraph.

74.     Taurus Holdings denies all allegations in this paragraph.

75.     Taurus Holdings denies all allegations in this paragraph.

76.     Taurus Holdings denies all allegations in this paragraph.

77.     Taurus Holdings denies all allegations in this paragraph.

78.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

## Count Two
## Negligence

79.     Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied.  Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

80.     Taurus Holdings denies all allegations in this paragraph

81.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

SGR/11659643.3

## Count Three
## Strict Liability in Tort – Restatement (Second) of Torts § 402A

82.     Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

83.     Taurus Holdings denies all allegations in this paragraph.

84.     Taurus Holdings denies all allegations in this paragraph.

85.     Taurus Holdings denies all allegations in this paragraph.

86.     Taurus Holdings denies all allegations in this paragraph.

87.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

## Count Four
## Breach of Express Warranty

88.     Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

89.     Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

90.     Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

SGR/11659643.3

91.     Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

92.     Any allegation that a particular statement qualifies as a "warranty" is a legal conclusion, is not a factual allegation to which a response is required, and all such allegations are denied.  Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph that any warranty was made to Plaintiff or the purported Class Members, and all such allegations are denied. Taurus Holdings denies any remaining allegations in this paragraph.

93.     Taurus Holdings denies that it breached any warranties to Plaintiff or the purported Class Members, or that damages resulted from any such breach. The allegation that a particular statement qualifies as a "warranty" is a legal conclusion, is not a factual allegation to which a response is required, and all such allegations are denied.  Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph that any warranty was made to Plaintiff or the purported Class Members, and all such allegations are denied. Taurus Holdings denies all remaining allegations in this paragraph.

94.     Taurus Holdings hereby incorporates its responses to paragraphs 87 through 91 as though set forth fully herein, and is without knowledge or information sufficient to either admit or deny the allegations in this paragraph, and all such allegations are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

95.     Taurus Holdings hereby incorporates its responses to paragraphs 87 through 91 as though set forth fully herein, and is without knowledge or information sufficient to either admit or deny the allegations in this paragraph, and all such allegations are denied. Taurus Holdings is

14

without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

96.     Taurus Holdings denies all allegations in this paragraph.

97.     Taurus Holdings denies all allegations in this paragraph.

98.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

<div align="center">

**Count Five**
**Breach of Implied Warranty of Merchantability**

</div>

99.     Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

100.    Taurus Holdings denies all allegations in this paragraph.

101.    Taurus Holdings denies all allegations in this paragraph.

102.    Taurus Holdings denies all allegations in this paragraph.

103.    Taurus Holdings denies all allegations in this paragraph.

104.    Taurus Holdings denies all allegations in this paragraph.

105.    Taurus Holdings denies all allegations in this paragraph.

106.    Taurus Holdings denies all allegations in this paragraph.

107.    The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

## Count Six
## Magnuson-Moss Warranty Act

108.    Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

109.    The statement contained in this paragraph is a legal conclusion to which a response is not required, and all such allegations are denied.

110.    The statement contained in this paragraph is a legal conclusion to which a response is not required, and all such allegations are denied. Taurus Holdings hereby incorporates its responses to Counts Four and Five as though set forth fully herein, and is without knowledge or information sufficient to either admit or deny any remaining allegations in this paragraph, and all such allegations are denied.

111.    The statements contained in this paragraph are legal conclusions to which a response is not required, and all such allegations are denied.

112.    The statements contained in this paragraph are legal conclusions to which a response is not required, and all such allegations are denied.

113.    Taurus Holdings denies all allegations in this paragraph.

114.    Taurus Holdings denies all allegations in this paragraph.

115.    Taurus Holdings denies all allegations in this paragraph.

116.    The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

SGR/11659643.3

**Count Seven**
**Fraudulent Suppression and/or Inducement**

117.    Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

118.    Taurus Holdings denies all allegations in this paragraph.

119.    Taurus Holdings denies all allegations in this paragraph.

120.    Taurus Holdings denies all allegations in this paragraph.

121.    Taurus Holdings denies all allegations in this paragraph.

122.    Taurus Holdings denies all allegations in this paragraph.

123.    Taurus Holdings denies all allegations in this paragraph.

124.    Taurus Holdings denies all allegations in this paragraph.

125.    Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

126.    Taurus Holdings denies all allegations in this paragraph.

127.    Taurus Holdings denies all allegations in this paragraph.

128.    The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

**Count Eight**
**Negligent Failure to Disclose, Failure to Warn, Concealment and Misrepresentation**

129.    Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed

17

therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

130.    Taurus Holdings denies all allegations in this paragraph.

131.    Taurus Holdings denies all allegations in this paragraph.

132.    Taurus Holdings denies all allegations in this paragraph.

133.    Taurus Holdings denies all allegations in this paragraph.

134.    Taurus Holdings denies all allegations in this paragraph.

135.    Taurus Holdings denies all allegations in this paragraph.

136.    The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

<u>**Count Nine**</u>
<u>**Fraudulent Concealment and Intentional Failure to Warn**</u>

137.    Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

138.    Taurus Holdings denies all allegations in this paragraph.

139.    Taurus Holdings denies all allegations in this paragraph.

140.    Taurus Holdings denies all allegations in this paragraph.

141.    Taurus Holdings denies all allegations in this paragraph.

142.    The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

SGR/11659643.3

**Count Ten**
**Wrongful and/or Unjust Enrichment**

143.    Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

144.    Taurus Holdings denies all allegations in this paragraph.

145.    Taurus Holdings denies all factual allegations in this paragraph. The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

**Count Eleven**
**Declaratory Relief**

146.    Taurus Holdings hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein, and any other allegation not addressed therein is denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

147.    Taurus Holdings denies all allegations in this paragraph.

148.    Taurus Holdings denies all allegations in this paragraph.

149.    The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Taurus Holdings denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied. Taurus Holdings is without knowledge or information sufficient to either admit or deny any allegation in this paragraph related to the other Defendants, and all such allegations are denied.

SGR/11659643.3

Taurus Holdings further denies any allegations contained in the Complaint which are not specifically admitted above.

Taurus Holdings further denies that Plaintiff and the purported Class Members are entitled to any of the relief sought in the Complaint, and that any of the alleged claims are proper for class treatment.

## **AFFIRMATIVE DEFENSES**

Without assuming the burden of proof as to any matter on which Plaintiff or any purported Class Members bear the burden, Taurus Holdings asserts the following affirmative defenses to the Complaint:

### FIRST DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by a failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

Taurus Holdings did not design, assemble, manufacture, market, distribute, sell or otherwise have any contact with the pistols identified in the Complaint.

### THIRD DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the statutes of limitations or statutes of repose applicable to their respective claims.

### FOURTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the economic loss doctrines applicable to their respective claims.

SGR/11659643.3

<u>FIFTH DEFENSE</u>

Plaintiff's and/or the purported Class Members' claims are barred by Iowa Code § 668.12, Iowa law governing state of the art, and the comparative law and doctrines applicable to any of the purported Class Members' respective claims. Among other things, the design of Plaintiff's and purported Class Member's pistols were state of the art and/or conformed to the state of the art in existence at the time the products were designed, tested, manufactured, formulated, packaged, and provided with a warning or labeled.

<u>SIXTH DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred by assumption of risk doctrines applicable to their respective claims.

<u>SEVENTH DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred by the fact that the firearms were not in a defective condition when they left TIMI's control and/or entered the stream of commerce.

<u>EIGHTH DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred by their inability to demonstrate a reasonable alternative safer design that was omitted, or that would have reduced or avoided the foreseeable risks of harm allegedly posed by the products.

<u>NINTH DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred by their inability to show that the subject pistols were defective or not reasonably safe, in their manufacture, in their design or by reason of their warnings.

SGR/11659643.3

<div align="center">TENTH DEFENSE</div>

Plaintiff's and/or the purported Class Members' claims are barred by Iowa Code § 613.18, Iowa law governing the liability of product sellers, and comparative laws and doctrines applicable to any of the purported Class Members' respective claims.

<div align="center">ELEVENTH DEFENSE</div>

Plaintiff's and/or purported Class Members' claims are barred because they misused the products.

<div align="center">TWELFTH DEFENSE</div>

Plaintiff's and/or purported Class Members' misuse of the products was the factual and proximate cause of any injury suffered by them.

<div align="center">THIRTEENTH DEFENSE</div>

If a subject pistol malfunctioned, which Taurus Holdings denies, the malfunction did not occur during normal use.

<div align="center">FOURTEENTH DEFENSE</div>

Plaintiff's and/or purported Class Members' claims are barred because the risks attendant with the reasonable, foreseeable and expected use of the products do not exceed the utility of the products.

<div align="center">FIFTEENTH DEFENSE</div>

Plaintiff's and/or purported Class Members are barred to the extent that they did not purchase the subject pistols "new."

<div align="center">22</div>

## SIXTEENTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred because the dangers of handling, manipulating or pointing a loaded or cocked pistol, with the muzzle pointed in a direction that can cause damage, are known and obvious.

## SEVENTEENTH DEFENSE

Plaintiff and/or purported Class Members failed to heed the warnings which accompanied the subject pistols when they left TIMI's hands and/or entered the stream of commerce.

## EIGHTEENTH DEFENSE

Plaintiff's and/or purported Class Members' failure to heed the warnings which accompanied the subject pistols when they left TIMI's hands and/or entered the stream of commerce is the proximate and factual cause of any injury suffered by Plaintiff and/or purported Class Members.

## NINETEENTH DEFENSE

Plaintiff's and/or purported Class Members' recovery is barred by the doctrines of comparative negligence applicable to their respective claims.

## TWENTIETH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of contributory negligence applicable to their respective claims.

## TWENTY-FIRST DEFENSE

Plaintiff's and/or purported Class Members' fault equals or exceeds any fault of Taurus Holdings.

## TWENTY-SECOND DEFENSE

Plaintiff and/or purported Class Members have failed to mitigate their damages.

23

## TWENTY-THIRD DEFENSE

If Plaintiff's and/or purported Class Members' injury occurred as it is described, which Taurus Holdings denies, the injury resulted from a malfunction, not a defect, and the products were reasonably safe.

## TWENTY-FOURTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred in whole or in part by a lack of causation.

## TWENTY-FIFTH DEFENSE

The forseeable risks of harm posed by the products could not have been reduced or avoided by the adoption of a reasonable alternative design and its omission does not render the products unreasonably safe.

## TWENTY-SIXTH DEFENSE

Any damages incurred by Plaintiff and/or purported Class Members were the result of a failure to inspect and maintain the subject pistols.

## TWENTY-SEVENTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of accord and satisfaction, payment or release applicable to their respective claims.

## TWENTY-EIGHTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of waiver and estoppel applicable to their respective claims.

## TWENTY-NINTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of fraud and illegality applicable to their respective claims.

SGR/11659643.3

## THIRTIETH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of laches applicable to their respective claims.

## THIRTY-FIRST DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of res judicata applicable to their respective claims.

## THIRTY-SECOND DEFENSE

Plaintiff's and/or purported Class Members' claims are barred, in whole or in part, by a lack of subject matter jurisdiction.

## THIRTY-THIRD DEFENSE

Plaintiff's and/or purported Class Members' claims are barred, in whole or in part, by a lack of personal jurisdiction.

## THIRTY-FOURTH DEFENSE

Plaintiff and/or purported Class Members have filed suit in the wrong venue.

## THIRTY-FIFTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred, in whole or in part, by insufficient process or insufficient service of process.

## THIRTY-SIXTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by their failure to join an indispensable party under Rule 19.

## THIRTY-SEVENTH DEFENSE

Plaintiff and/or purported Class Members lack standing to pursue some or all of the claims asserted.

SGR/11659643.3

Taurus Holdings reserves the right to assert additional defenses as its investigation and discovery in this case progresses, including defenses to Plaintiff's and purported Class Members' claims under the applicable laws and jurisdictions governing their purported claims.

WHEREFORE, Taurus Holdings respectfully requests that the Court deny the Prayer for Relief in its entirety, that Plaintiff's Complaint be dismissed and/or that judgment be entered in Taurus Holdings' favor, that Taurus Holdings be awarded its costs and reasonable attorneys' fees as allowed by law, and such further relief as the Court deems proper.

<div style="margin-left:45%">

_/s/ David A. Mobley_
David A. Mobley (FBN 571571)
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  904-598-6100
Facsimile:  904-598-6300
_Attorneys for Defendant Taurus International Manufacturing, Inc._

</div>

SGR/11659643.3

## CERTIFICATE OF SERVICE

I certify that on February 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

David L. Selby , II
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*(Admitted Pro Hac Vice)*

Angelo Marino , Jr.
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

John W. Barrett
Bailey & Glasser, LLp
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*(Admitted Pro Hac Vice)*

Todd Wheeles
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*(Admitted Pro Hac Vice)*

*/s/ David A. Mobley*
Attorney

SGR/11659643.3