IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583

**CLASS ACTION**

**ORDER**

This cause comes before the Court on the Plaintiff's Motion for Court-Directed Alternative Service of Process and Incorporated Memorandum of Law. The Court having considered applicable law and argument finds said motion well-taken and it is hereby **ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED**. Plaintiff is hereby given leave to serve alternative process upon Defendant Forjas Taurus S.A., a citizen of Brazil.

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____.

_____
Judge Patricia A. Seitz
United States District Judge

Copies furnished to:
All Parties and/or Counsel of Record