IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO EXTEND THE TIME
TO FILE THE JOINT SCHEDULING REPORT**

COMES NOW Plaintiff, individually and on behalf of all others similarly situated, and requests the Court to extend the time for the parties to file the Joint Scheduling Report (JSR). Pursuant to the *Court's Order Requiring Joint Scheduling Report*, Plaintiff must file a motion to extend the time for the parties to file the JSR if service has not been effectuated on all defendants by February 26, 2014, i.e. at least forty (40) days from the date of the *Order.* [Doc. #9]

There are three named defendants in this lawsuit - Taurus International Manufacturing, Inc. (TIMI), Taurus Holdings, Inc. (THI), and Forjas Taurus S.A. (Forjas). Defendants TIMI and THI have been served. Defendant Forjas is a citizen of Brazil and has not been served. On February 25, 2014, Plaintiff filed a Motion for Court-Directed Alternative Service of Process and Incorporated Memorandum of Law requesting that the Court enter an Order allowing Plaintiff to serve Forjas via FedEx and email. [Doc. #22]

Plaintiff submits to the Court that he will complete service within fifteen (15) days from the date an Order is entered granting Plaintiff's Motion for Court-Directed Alternative Service of Process and the parties will file the JSR no later than thirty (30) days after Forjas is served.

In the alternative, if the Court denies Plaintiff's Motion for Court-Directed Alternative Service Process, Plaintiff will take steps to effectuate service on Defendant Forjas through the Inter-American Convention on Letters Rogatory and Additional Protocol.  Of course, this process pursuant to the Convention involves service through government channels and the district courts have acknowledged that this process upon Brazilian defendants is problematic. For that reason, should the Court deny Plaintiff's Motion for Court-Directed Alternative Service Process, then the date specified by Plaintiff on which service will be completed is August 15, 2014, and the JSR will be filed on or before September 15, 2014.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff movant has conferred in writing and made an attempt to contact counsel for TIMI and THI by telephone.  Plaintiff movant has not received a response to either communication.  Plaintiff has made reasonable efforts to confer with counsel for TMI and THI but has been unable to do so.

A proposed Order is attached for the Court's consideration.

Date:  ___February 26, 2014___             Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:      (954) 765-0537
Fax:      (954) 765-0545
Email:   amjrpamail@aol.com

David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.: (205) 988-9253
Email: dselby@baileyglasser.com

John W. Barrett *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.: (304) 345-6555
Email: jbarrett@baileyglasser.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "**Plaintiff's Motion to Extend Deadline for Filing of Joint Scheduling Report**" is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.