IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,                                      Case No. 1:13-cv-24583

v.                                                 **CLASS ACTION**

FORJAS TAURUS S.A.,                                **ORDER**
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

_____

        This cause comes before the Court on the Plaintiff's Motion to Extend the Time to File

the Joint Scheduling Report.  The Court having considered applicable law and argument finds

said motion well-taken and it is hereby **ORDERED** and **ADJUDGED** that:

        The Motion is **GRANTED**.  Plaintiff shall complete service within fifteen (15)

days from the date an Order is entered granting Plaintiff's Motion for Court-Directed Alternative

Service of Process and the parties shall file the JSR no later than thirty (30) days after Forjas is

served.

        **DONE AND ORDERED** in Chambers at _____, Florida, this

_____ day of _____.


                                        _____
                                        Judge Patricia A. Seitz
                                        United States District Judge


Copies furnished to:
All Parties and/or Counsel of Record