IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583

## ORDER GRANTING PLAINTIFF'S MOTION FOR COURT-DIRECTED ALTERNATIVE SERVICE OF PROCESS

This cause comes before the Court on the Plaintiff's Motion for Court-Directed Alternative Service of Process. [DE 22]. Upon review, it is

ORDERED THAT

Plaintiff's Motion for Court-Directed Alternative Service of Process is **GRANTED**. [DE 22]. Plaintiff is hereby given leave to serve alternative process upon Defendant Forjas Taurus S.A., a citizen of Brazil. Plaintiff shall serve process by Federal Express no later than **March 7, 2014.** Plaintiff shall also contemporaneously serve Defendant Forjas Taurus S.A. by e-mail. Plaintiff shall serve Defendant by Federal Express and e-mail at the physical address and e-mail address listed on Defendant's website. Once service has been affected, Plaintiff shall file proof of both forms of service

**DONE AND ORDERED** in Miami, Florida, this 26th day of February, 2014.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties and/or Counsel of Record