UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE JOINT SCHEDULING REPORT

This cause comes before the Court on the Plaintiff's Motion to Extend the Time to File the Joint Scheduling Report. [DE 23]. Upon review, it is

**ORDERED** that:

Plaintiff's Motion to Extend the Time to File the Joint Scheduling Report is **GRANTED**. [DE 23]. The parties shall file the JSR by **April 7, 2014**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of February, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties and/or Counsel of Record