IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE
FOR COURT-DIRECTED ALTERNATIVE SERVICE OF PROCESS
UPON FORJAS TAURUS, S.A. BY FEDERAL EXPRESS**

COMES NOW, Plaintiff, individually and on behalf of others similarly situated and moves the Court for an extension of time to effectuate service on Defendant, Forjas Taurus S.A., via Federal Express to the physical address listed on Defendant's website for the reasons listed below:

1. Pursuant to the Court's Order Granting Plaintiff's Motion for Court-Directed Alternative Service of Process, dated February 27, 2014 [Doc. #24], Bailey & Glasser, LLP (Plaintiff's Counsel) immediately contacted Federal Express to arrange for delivery of the Summons and Complaint to the physical address of Forjas Taurus, S.A., listed on their website in Porto Alegre, Brazil.

2. Plaintiff's Counsel was informed by Federal Express that the "Next Flight Division" and services offered by Federal Express is the fastest international delivery. There is a

premium cost for using Next Flight and Plaintiff's Counsel has paid this premium in order to obtain the most expedited delivery Federal Express offers. The Summons and Complaint is being delivered to the Federal Express Next Flight courier today at 6:00 p.m. EST for delivery to Defendant Forjas Taurus S.A.

3. Despite Plaintiff paying for the most expedited method of delivery available Federal Express will not guarantee delivery to Forjas Taurus, S.A. by March 7, 2014. One of the reasons given by Federal Express for the inability to guarantee deliver by March 7, 2014 is due to the fact that Carnival 2014 is taking place in Brazil and this causes a major disruption of services in the country. Carnival 2014 ends next week.

4. In addition, pursuant to the Court's Order Granting Plaintiff's Motion for Court-Directed Alternative Service of Process, dated February 27, 2014 [Doc. #24], Plaintiff's Counsel has already sent via e-mail, the Summons and Complaint, to the email address listed on Defendant's website. (Exhibit A.)

WHEREFORE, Plaintiff wanted to immediately inform the Court of the information provided by Federal Express and respectfully request that the Court extend the deadline for service on Defendant Forjas Taurus, S.A., by Federal Express, for an additional fourteen (14) days until March 21, 2014.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff movant has communicated in writing with counsel for TIMI and THI. Counsel for TIMI and THI have responded and have advised counsel for the Plaintiff that they do not oppose the relief sought by the Plaintiff.

A proposed Order is attached for the Court's consideration.

Date:  __March 3, 2014__                    Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:      (954) 765-0537
Fax:       (954) 765-0545
Email:     amjrpamail@aol.com

David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:      (205) 988-9253
Email:     dselby@baileyglasser.com
John W. Barrett *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:      (304) 345-6555
Email:     jbarrett@baileyglasser.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "**Plaintiff's Motion to Extend Deadline for Court-Directed Alternative Service of Process by Federal Express**" is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.