IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583 |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR COURT-DIRECTED ALTERNATIVE SERVICE OF PROCESS UPON FORJAS TAURUS, S.A. BY FEDERAL EXPRESS**

This cause comes before the Court on the Plaintiff's Motion to Extend Deadline for Court-Directed Alternative Service of Process Upon Forjas Taurus, S.A. by Federal Express. [DE 26]. Upon review, it is ORDERED THAT

Plaintiff's Motion to Extend Deadline for Court-Directed Alternative Service of Process Upon Forjas Taurus, S.A. by Federal Express is **GRANTED**. [DE 26]. Plaintiff is hereby given an extension to serve process by Federal Express no later than **March 21, 2014**. Plaintiff shall still serve Defendant Forjas Taurus S.A by e-mail at the address listed on Defendant's website.

**DONE AND ORDERED** in Miami, Florida, this _____, day of March, 2014.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties and/or Counsel of Record