UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

       Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

       Defendant.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE AND DIRECTING ADDITION TO DOCKET TO RECEIVE NOTICES OF ELECTRONIC FILING

THIS MATTER came before the Court on the Motion for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 18], requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Timothy A. Bumann, Esq., in this matter and request to electronically receive notice of electronic filings. Upon consideration, it is hereby

ORDERED that

(1) The Motion for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 18] is GRANTED. Timothy A. Bumann, Esq. shall be permitted to appear *pro hac vice* on behalf of Defendants, in this matter, solely for purposes of this case;

(2) During the course of this case, Timothy A. Bumann, Esq. shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to adhere to this Court's local rules may result in the revocation of Counsel's *pro hac vice* admission;

(3) John P. Marino, Jr., Esq., of the law firm of Smith Gambrell & Russell, a member of the bar of this Court who maintains an office in this State for the practice of law, shall be Defendants' designated local counsel with whom the Court and Counsel may readily communicate and upon whom papers may be served; and

(4) The request of Timothy A. Bumann, Esq. to electronically receive notices of electronic filings ("NEF") at: tbumann@sgrlaw.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE AND ORDERED in Miami, Florida, this 7th day of April, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record