UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendant.
_____/

## ORDER POSTPONING FILING OF JOINT SCHEDULING REPORT AND SETTING RULE 16(b) SCHEDULING CONFEERENCE

THIS MATTER came before the Court upon a telephone call this afternoon[1] from counsel for all parties. Counsel assert that the current case management schedule, which requires that the parties file a Joint Scheduling Report by today, April 7, 2014 [DE 25], is premature in light of Defendant Forjas Taurus S.A.'s Rule 12(b)(5) motion to dismiss. Defendant Forjas Taurus S.A. filed the motion on March 25, 2014. Plaintiff has not yet responded but advised it will timely do so. Plaintiff's response to the motion to dismiss is due tomorrow. The Court will require Counsel for Defendant Forjas Taurus S.A. to file its reply by Monday, April 14, 2014, and the parties may have until April 17, 2014, to file their Joint Scheduling Report. Accordingly, it is

---

[1] Counsel are advised that the Court's expectation is that problems of this nature should be brought to the Court's attention when, through the exercise of reasonable diligence, they could have been first noticed, and not on the day of a deadline.

ORDERED THAT:

(1) Defendant Forjas Taurus S.A. shall file its reply to Plaintiff's opposition to Defendant Forjas Taurus S.A's 12(b)(5) motion by **April 14, 2014**.

(2) The parties shall file their Joint Scheduling Report by **April 17, 2014**.

(3) The case shall come before the Court for a Rule 16(b) Scheduling Conference at 400 North Miami Avenue, Miami, Florida, **Courtroom 11-4 at 10:00 a.m.** on **April 23, 2014**.

DONE AND ORDERED in Miami, Florida, this 7th day of April, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record