# Exhibit B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LAKE CHARLES CANE LACASSINE MILL, LLC | * * * | CIVIL ACTION NO. 2:07 cv 0667 |
| VERSUS | * * | JUDGE MINALDI |
| SMAR INTERNATIONAL CORPORATION, SMAR RESEARCH CORPORATION AND SMAR EQUIPAMENTOS IND. LTDA. | * * * * * | MAGISTRATE WILSON |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## AFFIDAVIT

**FEDERATIVE REPUBLIC OF BRAZIL**

**STATE OF SÃO PAULO**

BEFORE ME, the undersigned notary, came and appeared,

**LUIZ EDUARDO ARENA ALVAREZ**

who after being duly sworn, deposes and states:

1. I am fully competent to make this affidavit.

2. I am an attorney duly licensed and authorized to practice law in the Federative Republic of Brazil. I have been a member of the bar of Brazilian Bar Association (Ordem dos Advogados do Brasil) licensed to practices law under the laws of the Federative Republic of Brazil since 1988. I am presently a member of the firm of Arena Alvarez Advogados , address: Rua Oscar Freire, 379 - 18° andar, São Paulo, SP. Brasil, cep.01426-001.

3. Based on my knowledge and familiarity with Brazilian law, ~~including more than 2 years of practice~~, I am fully competent to provide the following opinions with respect to Brazilian law applicable to the service of process of legal documents,

Page 1



including the initial pleadings made to commence a legal proceeding, upon corporate citizens of Brazil:

a. Brazilian law mandates that service of process of legal pleadings, instituted by a foreign citizen in a foreign court of law, including a citizen of the United States of America, upon a corporate citizen of Brazil must be conducted by letter rogatory to the appropriate authority in Brazil – Ministry of Foreign Relations.

According:

"Brazilian Federal Constitution – Article 105. It is due to the *Superior Tribunal de Justiça* (Superior Court of Justice): I – process and judge, originally: (…) i) legal ratification of foreign decisions and the grant of *exequatur* to the Letter Rogatory (…)" (translated)

"Civil Code Introductory Law – Article 15. It will be executed in Brazil the decision pronounced abroad, since it fills the following requisites: (…) b) have been the parties summoned or have been legally verified the default." (translated)

Jurisprudence – "*Foreign Sentence: divorce: lack of evidences of regular service of process, required on the lawsuit in which was pronounced the executing decision: brazilian defendant resident in Brazil, the service of process must be conducted by Letter Rogatory. (SEC 6684/EU – UNITED STATES OF AMERICA)*" (translated); *Foreign Sentence confirmation: exigency of service of process on the defendant(…)defendant resident in Brazil, the service of process must be conducted by Letter Rogatory. (SEC 6304/EU – UNITED STATES OF AMERICA)*" (translated)

b. Service of process of legal pleadings/documents instituted by a foreign citizen in a foreign court of law that has been conducted upon a corporate citizen of Brazil by means of Federal Express is null, void and without effect pursuant to Brazilian law.

According:

Jurisprudence – "(…)*Resident in the national territory, the defendant must have been summoned by Letter Rogatory and not by the meanings authorized by the angle-american law(…)(SEC 6684/EU – UNITED STATES OF AMERICA)*"

c. Brazil is a party to the Inter-American Convention on Letters Rogatory, which, akin to Brazilian law, allows for service of process of legal proceedings instituted by foreign citizens upon corporate citizens of Brazil to by conducted by means of letters rogatory.

4. The foregoing statements are true and correct and made upon my personal knowledge of, and experience with, the laws of the Federative Republic of Brazil.

_____
LUIZ EDUARDO ARENA ÁLVAREZ

Sworn to and subscribed before
me, Notary, on this _____ day
of June 2007.

_____
NOTARY PUBLIC

S:\2777\002\PLEADINGS\AFFIDAVIT - ARENA.DOC