IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER DENYING**
**DEFENDANT FORJAS TAURUS S.A.'S MOTION TO DISMISS**

This cause comes before the Court on Defendant Forjas Taurus, S.A.'s Motion to Dismiss (DE 30) (the "Motion"). Upon review, it is **ORDERED THAT** the Motion is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2014.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties and/or Counsel of Record

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing [Proposed] Order Denying Defendant's Motion to Dismiss was served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, on this __15th__ day of April, 2014, on the following parties and/or counsel of record:

>David A. Mobley, Esq.
>SMITH, GAMBRELL & RUSSELL, LLP
>120 Peachtree Street, NE
>Promenade, Suite 3100
>Atlanta, Georgia  30309
>Telephone:	(404) 815-3500
>Facsimile:	(404) 815-3900
>Email:		dmobley@sgrlaw.com

>John P. Marino, Esq.
>SMITH, GAMBRELL & RUSSELL, LLP
>50 N. Laura Street, Suite 2600
>Jacksonville, Florida  32202
>Telephone:	(904) 598-6100
>Facsimile:	(904) 598-6300
>Email:		jmarino@sgrlaw.com

>s/ Angelo Marino Jr.
>Angelo Marino, Jr.
>FL BAR NO: 151934
>645 SE 5 Terrace
>Ft. Lauderdale, FL  33301
>(954) 765-0537 Telephone
>(954) 765-0545 Facsimile
>amjrpamail@aol.com