IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF STRIKING DOCKET ENTRY

Plaintiff, Chris Carter, hereby provides notice that Plaintiff's Proposed Order Denying

Defendant Forjas Taurus, S.A.'s Motion to Dismiss (Docket Entry 36) was incorrectly filed.  The

undersigned requests that the Docket Entry 36 be stricken.

Date:  April 15, 2014

Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:       (954) 765-0537
Fax:       (954) 765-0545
Email:    amjrpamail@aol.com

David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:            (205) 988-9253
Email:          dselby@baileyglasser.com

John W. Barrett *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:            (304) 345-6555
Email:          jbarrett@baileyglasser.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **"Notice of Striking Docket Entry"** is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.