IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF PROPOSED ORDER

Plaintiff, Chris Carter, hereby provides notice of filing of the attached Proposed Order denying Defendant Forjas Taurus, S.A.'s previously filed Motion to Dismiss (DE 30)

Date:  April 15, 2014

Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:       (954) 765-0537
Fax:       (954) 765-0545
Email:    amjrpamail@aol.com

700402

        David L. Selby, II *(admitted pro hac vice)*
        BAILEY & GLASSER, LLP
        3000 Riverchase Galleria, Suite 905
        Birmingham, Alabama 35244
        Tel.:     (205) 988-9253
        Email:  dselby@baileyglasser.com

        John W. Barrett *(admitted pro hac vice)*
        BAILEY & GLASSER, LLP
        209 Capitol Street
        Charleston, West Virginia 25301
        Tel.:     (304) 345-6555
        Email:  jbarrett@baileyglasser.com

        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing **"Notice of Filing of Proposed Order"** is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


        /s/ *Angelo Marino, Jr.*
        Angelo Marino, Jr.

700402