

FILING FEE
PAID $75
Pro hac FLSOOOOO5087
Vice
Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER, <br><br> Individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC., <br><br> *Defendants*. | Case No. 1:13-cv-24583 Seitz/Simonton <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admissions and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Patricia M. Kipnis, of the law firm of Bailey & Glasser, LLP, 135 Kings Highway E., 3rd Fl. E., Haddonfield, NJ 08033, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Patricia M. Kipnis, to receive electronic filings in this case, and in support thereof states as follows:

676499

1. Patricia M. Kipnis, is not admitted to practice in the Southern District of Florida and is a member in good standing of the Pennsylvania and New Jersey State Bars and the United States District Courts for New Jersey and for the Eastern and Western Districts of Pennsylvania.

2. Movant, Angelo "Tony" Marino, Jr., Esquire, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that must be filed electronically, and who shall be responsible for filing documents in compliance with CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Patricia M. Kipnis, has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Patricia M. Kipnis, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Patricia M. Kipnis, at email address: pkipnis@baileyglasser.com.

WHEREFORE, Angelo "Tony" Marino, Jr., moves this Court to enter an Order permitting Patricia M. Kipnis, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Patricia M. Kipnis.

Date: _____

Respectfully submitted,

_____
Angelo "Tony" Marino, Jr.
FL BAR NO: 151934
645 SE 5 Terrace
Ft. Lauderdale, FL 33301
(954) 765-0537
(954) 765-0545 Facsimile
amyrpamail@aol.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No.<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATION OF PATRICIA M. KIPNIS

Patricia M. Kipnis, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Pennsylvania and New Jersey State Bars and the United States District Courts for New Jersey and for the Eastern and Western Districts of Pennsylvania.

*[signature]*
Patricia M. Kipnis

676499

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings for Patricia M. Kipnis was served by _____, on this 17 day of April, 2014, on the following parties and/or counsel of record:

David A. Mobley, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone:   (404) 815-3500
Facsimile:   (404) 815-3900
Email:       dmobley@sgrlaw.com

John P. Marino, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Telephone:   (904) 598-6100
Facsimile:   (904) 598-6300
Email:       jmarino@sgrlaw.com

_____
Angelo "Tony" Marino, Jr.
FL BAR NO: 151934
645 SE 5 Terrace
Ft. Lauderdale, FL 33301
(954) 765-0537
(954) 765-0545 Facsimile
amjrpamail@aol.com

699145

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Patricia M. Kipnis, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings ("the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. The Court having considered the motion and all other relevant factors, it is hereby **ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED**. Patricia M. Kipnis, may appear and participate in this action on behalf of **PLAINTIFF**. The Clerk shall provide electronic notification of all electronic filings to Patricia M. Kipnis, at pkipnis@baileyglasser.com.

699145

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____.

_____
Judge Patricia A. Seitz
United States District Judge

Copies furnished to:
All Parties and/or Counsel of Record

699145