**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

        **Case No. 1:13-CV-24583**

        CLASS ACTION

        JURY TRIAL DEMANDED

**DEFENDANT FORJAS TAURUS, S.A.'s**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Forjas Taurus, S.A. ("Forjas Taurus"), submits this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Forjas Taurus filed a motion dismiss based on improper service by Federal Express and e-mail (DE 30) (the "Motion"), which is still pending at the time of this scheduling report. However, Plaintiff has requested that Forjas Taurus provide these disclosures. This disclosure is made with a reservation of all rights associated with the Motion, is not intended to waive any argument or position associated with the Motion.

Forjas Taurus has no parent company and there is no publicly held company that owns ten percent (10%) or more of Forjas Taurus. Forjas Taurus is a publicly traded company.

<div style="text-align:center">2</div>

<div style="margin-left:40%">

<u>/s/ David A. Mobley</u>
Timothy A. Bumann (Admitted Pro Hac Vice)
EMAIL: tbumann@sgrlaw.com
David A. Mobley (FBN 571571)
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900

and

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  904-598-6100
Facsimile:  904-598-6300

*Attorneys for Defendants, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. And Forjas Taurus, S.A.*

</div>

## CERTIFICATE OF SERVICE

I certify that on April 18, 2014, the foregoing document is being served on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

**Angelo Marino , Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby , II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLp
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

*/s/ David A. Mobley*
Attorney