**CIVIL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE

CASE NO. 13-24583-cv    DATE April 23, 2014

CLERK A. Ravindran    REPORTER Lisa Edwards

TITLE OF CASE Chris P. Carter v. Forjas Taurus S.A. et.al

P. ATTORNEY David Selby, Todd Whellis, Angelo Marino

D. ATTORNEY John Marino, David Mobley, Tim Bumann

REASON FOR HEARING R. 16(b) scheduling conference

TIME ON RECORD 2 hrs 35 mins
RESULT OF HEARING Order to Follow

CASE CONTINUED TO N/A
MISC. N/A