UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendant.
_____/

## ORDER FOLLOWING HEARING

THIS MATTER came before the Court for a Rule 16(b) Scheduling Conference to discuss the Joint Scheduling Report [DE 40] and to resolve Defendant Forjas Taurus S.A.'s Rule 12(b)(5) Motion to Dismiss [DE 30]. Based on the on the parties' counsels' representations, it is

ORDERED that

(1) Counsel for Defendant Forjas Taurus S.A. shall file notice by **April 30, 2014,** advising whether Forjas Taurus S.A. will accept service in accordance with Fed. R. Civ. P. 4(d).

(2) In the interest of more fully complying with the spirit of Brazilian law, no later than **May 7, 2014,** counsel for Plaintiff and Defendant Forjas Taurus S.A. shall have (1) jointly selected a translator and (2) shall have the Complaint (exclusive of exhibits) translated into Portuguese. Counsel are advised that the jointly selected translator should be capable of translating civil litigation concepts from English to Brazilian Portuguese.

(3) Counsel for all parties are further directed to meet and confer to determine how discovery issues can be resolved (including by use of stipulation) so that (1) the deadline for Class Certification can be set for mid-January 2015 as opposed to the proposed date of April 3, 2015 [*see* DE 40, p. 33]; and (2) the deadline for amendment of the pleadings can be set for on or before August 31, 2014, as opposed to December 4, 2014 (*Id*). No later than **May 1, 2014**, the parties shall file a joint notice containing any relevant amendments to the Rule 16(b) scheduling report. The Court will delay entry of a Case Management Order until the meet and confer period expires. If, despite their best efforts, the parties cannot expedite the proposed case management schedule, they should so advise by **May 1, 2014**.

DONE AND ORDERED in Miami, Florida, this 23rd day of April, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Honorable William C. Turnoff
All Counsel of Record