IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

    *Plaintiff*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants*.

Case No. 1:13-cv-24583

**CLASS ACTION**

## JOINT NOTICE OF REVISIONS
## TO RULE 16(B) SCHEDULING REPORT

Pursuant to the *Order Following Hearing* dated April 23, 2014 (DE 44) (the "Order"), Plaintiff Chris Carter, and Defendants Taurus International Manufacturing, Inc., Forjas Taurus S.A., and Taurus Holdings, Inc., jointly file notice to the Court as follows:

    1.    The Parties have met and conferred to determine how discovery issues can be resolved so that the deadlines set forth in the Order can be met.

    2.    An Amended Case Management Deadline Worksheet is attached hereto as Exhibit A.

    3.    As requested by the Court, the Amended Worksheet proposes a revised deadline for amendment of pleadings and joinder of parties of August 31, 2014, and a revised deadline to file a motion for class certification of January 16, 2015. All other dates have been revised accordingly to accommodate those new deadlines.

    4.    Exhibit A attached hereto is intended to replace the existing Exhibit A of the Joint Scheduling Report (DE 40) previously filed by the parties.

Respectfully submitted,

| | |
|---|---|
| /s/ *David L. Selby, II* | /s/ *David A. Mobley* |
| Angelo Marino, Jr. (Florida Bar No. 151934) | Timothy A. Bumann, Esq. (*Admitted Pro Hac Vice*) |
| ANGELO MARINO, JR., P.A. | EMAIL: tbumann@sgrlaw.com |
| 645 S.E. 5th Terrace | David A. Mobley (FBN 571571) |
| Ft. Lauderdale, Florida  33301 | EMAIL: dmobley@sgrlaw.com |
| Tel.:    (954) 765-0537 | SMITH, GAMBRELL & RUSSELL, LLP |
| Fax:    (954) 765-0545 | 120 Peachtree Street, NE |
| Email:  amjrpamail@aol.com | Promenade, Suite 3100 |
| | Atlanta, Georgia 30309 |
| David L. Selby, II *(admitted pro hac vice)* | Telephone: (404) 815-3500 |
| BAILEY & GLASSER, LLP | Facsimile: (404) 815-3900 |
| 3000 Riverchase Galleria, Suite 905 | |
| Birmingham, Alabama 35244 | John P. Marino (FBN 814539) |
| Tel.:    (205) 988-9253 | EMAIL: jmarino@sgrlaw.com |
| Email:  dselby@baileyglasser.com | SMITH, GAMBRELL & RUSSELL, LLP |
| | 50 N. Laura Street, Suite 2600 |
| John W. Barrett *(admitted pro hac vice)* | Jacksonville, FL 32202 |
| BAILEY & GLASSER, LLP | Telephone: 904-598-6100 |
| 209 Capitol Street | Facsimile: 904-598-6300 |
| Charleston, West Virginia  25301 | |
| Tel.:    (304) 345-6555 | *Counsel for Defendants* |
| Email:  jbarrett@baileyglasser.com | |
| | |
| *Counsel for Plaintiffs* | |

EXHIBIT A

Amended Case Management Deadline Worksheet

1. <u>Mandatory Deadlines for Class Actions ONLY:</u>

   <u>12/16/14</u>   Initial discovery, addressing only the issue of class certification, shall be completed.

   <u>01/16/15</u>   Motion for class certification must be filed by this date.

2. <u>Suggested Deadlines for All Actions:</u>

   <u>08/31/14</u>   Joinder of parties and amendment of pleadings.

   <u>01/30/15</u>   Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information.

   <u>02/13/15</u>   Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant.

   <u>03/06/15</u>   Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16. I . K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

   <u>03/13/15</u>   All discovery must be completed.

   <u>04/03/15</u>   All dispositive pretrial motions and memoranda of law must be filed. A **minimum of fifteen (15) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.

   <u>07/17/15</u>   (a) **Joint** pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation**. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**

   (b) **Joint** proposed jury instructions (jury cases) or findings of facts and conclusions of law (non-jury cases) outlining (I) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised; **and**

   (c) **Joint** Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. **The parties shall work together to prepare the Summary**. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

*Carter v. Forjas Taurus, S.A. et al.*<br>*Case No. 1:13-cv-24583*

06/26/15    Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.)

07/10/15    Final proposed jury instructions or findings of fact and conclusions of law must be submitted. (*A copy shall be e-mailed to Chambers in WordPerfect formal at seitz@flsd.uscourts.gov*), each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

07/17/15    Pretrial conference. Usually 50 minutes are allotted for pretrial conference unless the parties or the Court, *sua sponte*, indicate a greater time is needed

09/07/15    Trial Date.

Date of any other deadline the parties adopt as part of their case management plan, including *Daubert* or *Markman* hearing. In cases the parties anticipate a Markman hearing, counsel must provide dates for the exchange of proposed disputed claim terms, and due dates for Plaintiffs brief and Defendant's brief.

05/01/15    All *Daubert* motions shall be filed

07/10/15    All Motions in Limine shall be filed

*Carter v. Forjas Taurus, S.A. et al.*
*Case No. 1:13-cv-24583*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **JOINT NOTICE OF REVISIONS TO RULE 16(B) SCHEDULING REPORT** was served via transmission of Notices of Electronic Filing generated by CM/ECF, on this May 1, 2014, on the following counsel of record.

*/s/ David A. Mobley*
Counsel for Defendants

## SERVICE LIST

David L. Selby , II
*(Admitted Pro Hac Vice)*
dselby@baileyglasser.com
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 682-7575
Facsimile: (205) 733-4896
Attorneys for Plaintiff Chris P. Carter

Angelo Marino, Jr.
amjrpamail@aol.com
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Telephone: (954) 765-0537
Facsimile: (954) 765-0545
Attorneys for Plaintiff Chris P. Carter

John W. Barrett
*(Admitted Pro Hac Vice)*
jbarrett@baileyglasser.com
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
Attorneys for Plaintiff Chris P. Carter

Todd Wheeles
*(Admitted Pro Hac Vice)*
twheeles@mhhlaw.net
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Telephone: (205) 324-4008
Facsimile: (205) 324-0803
Attorneys for Plaintiff Chris P. Carter

Patricia M. Kipinis
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ  08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff Chris P. Carter

*Carter v. Forjas Taurus, S.A. et al.*
*Case No. 1:13-cv-24583*