UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

THIS MATTER came before the Court on Defendant Forjas Taurus S.A.'s Notice Regarding Alternative Service. [DE 46]. As stated in the Notice, Defendant Forjas Taurus S.A. has waived service pursuant to Fed. R. Civ. P. 4(d). [DE 24]. Therefore, it is

ORDERED THAT

(1) Defendant Forjas Taurus S.A.'s Motion to Dismiss [DE 30] pursuant to Fed. R. Civ. P. 12(b)(5) is **DENIED AS MOOT.**

(2) Pursuant to Fed. R. Civ. P. 4(d)(3), Defendant Forjas Taurus S.A. shall serve an answer to the complaint no later than **June 12, 2014.**

DONE AND ORDERED in Miami, Florida, this 2nd day of May, 2014.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
        All Counsel of Record