IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiff*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583-PAS

**CLASS ACTION**

## PARTIES' NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Order of Referral to Mediation dated May 5, 2014 (D.E. 51), Plaintiff Chris P. Carter, Individually and on behalf of all others similarly situated, and Defendants Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc. (the "Parties") hereby give notice that:

1. The Parties have conferred and agreed upon Rodney A. Max as mediator. Mr. Max is on the List of Certified Mediators.

2. Since the mediator is being selected at an early stage of the litigation, the Parties reserve the right to seek leave of the Court to select a new mediator should the circumstances of this case at the time of mediation warrant selection of a different mediator.

1

Respectfully submitted, this 19th day of May, 2014.

| *Counsel for Plaintiffs* | *Counsel for Defendants* |
|---|---|
| /s/ *David L. Selby, II* | /s/ *David A. Mobley* |
| David L. Selby, II *(admitted pro hac vice)* | David A. Mobley (FBN 571571) |
| BAILEY & GLASSER, LLP | Timothy A. Bumann (a*dmitted pro hac vice*) |
| 3000 Riverchase Galleria, Suite 905 | SMITH, GAMBRELL & RUSSELL, LLP |
| Birmingham, Alabama 35244 | 120 Peachtree Street, NE |
| Tel.: (205) 988-9253 | Promenade, Suite 3100 |
| Fax: (205) 733-4896 | Atlanta, Georgia 30309 |
| Email: dselby@baileyglasser.com | Tel.: (404) 815-3500 |
| | Fax: (404) 815-3900 |
| John W. Barrett *(admitted pro hac vice)* | Email: tbumann@sgrlaw.com |
| BAILEY & GLASSER, LLP | dmobley@sgrlaw.com |
| 209 Capitol Street | |
| Charleston, West Virginia 25301 | John P. Marino (FBN 814539) |
| Tel.: (304) 345-6555 | SMITH, GAMBRELL & RUSSELL, LLP |
| Fax: (304) 342-1110 | 50 N. Laura Street, Suite 2600 |
| Email: jbarrett@baileyglasser.com | Jacksonville, FL 32202 |
| | Tel.: 904-598-6100 |
| Angelo Marino, Jr. (FBN 151934) | Fax: 904-598-6300 |
| ANGELO MARINO, JR., P.A. | Email: jmarino@sgrlaw.com |
| 645 S.E. 5th Terrace | |
| Ft. Lauderdale, Florida 33301 | |
| Tel.: (954) 765-0537 | |
| Fax: (954) 765-0545 | |
| Email: amjrpamail@aol.com | |