IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CHRIS P. CARTER,                              **CASE NO.: 13-24583-CV-SEITZ**
Individually and on behalf of all
others similarly situated,                    **CLASS ACTION**

       Plaintiffs,

v.

FORJAS TAURUS, S.A.
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

       Defendants.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL ON BEHALF OF PLAINTIFF

      Thomas Scolaro , Esq. and Carol L. Finklehoffe, Esq., of Leesfield & Partners, P.A., hereby

file this Notice of Appearance as Co-Counsel for Plaintiff, Chris P. Carter, and hereby request that

they be serviced on all future pleadings, motions, notices, orders and other documents filed by the

parties and the Court.

      Dated: June 9, 2014.

                    Respectfully submitted,

                    /s/ Thomas Scolaro_____
                    Thomas Scolaro (FBN: 178276)
                    Email: Scolaro@Leesfield.com
                    /s/ Carol L. Finklehoffe_____
                    Carol L. Finklehoffe (FBN: 0015903)
                    Email: Finklehoffe@Leesfield.com
                    LEESFIELD & PARTNERS, P.A.
                    2350 South Dixie Highway
                    Miami, FL 33131
                    Telephone:   (305) 854-4900
                    Facsimile:   (305) 854-8266

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **June 9, 2014,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Carol L. Finklehoffe
CAROL L. FINKLEHOFFE

## SERVICE LIST

**Angelo Marino, Jr., Esq.**
Email: amjrpamail@aol.com
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Telephone:              (954) 765-0537
Facsimile:  (954) 765-0545
*Attorneys for Plaintiff Chris P. Carter*

**David L. Selby , II, Esq.**
*(Admitted Pro Hac Vice)*
Email:  dselby@baileyglasser.com
BAILEY & GLASSER, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone:              (205) 682-7575
Facsimile:  (205) 733-4896
*Attorneys for Plaintiff Chris P. Carter*

**John W. Barrett, Esq.**
*(Admitted Pro Hac Vice)*
Email: jbarrett@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capital Street
Charleston, WV 25301
Telephone:              (304) 345-6555
Facsimile:  (304) 342-1110
*Attorneys for Plaintiff Chris P. Carter*

**Timothy A. Bumann, Esq.**
*(Admitted Pro Hac Vice)*
Email: tbumann@sgrlaw.com
**David A. Mobley, Esq.**
Email:  dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
 Promenade, Suite 3100
 Atlanta, GA  30309
Telephone:              (404) 815-3500
Facsimile:  (404) 815-3900
*Counsel for Defendants Forjas Taurus S.A.,*
*Taurus International Manufacturing, Inc.,*
*and Taurus Holdings, Inc.*

**John P. Marino, Esq.**
Email: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Counsel for Defendants Forjas Taurus S.A.,*
*Taurus International Manufacturing, Inc.,*
*and Taurus Holdings, Inc.*

**Patricia M. Kipinis, Esq.**
Email: pkipnis@bailyglaser.com
BAILEY & GLASSER, LLP
135 Kings Highway E. , 3d Floor E.
Haddonfield, NJ 08033
Telephone:              (856) 795.0378
Facsimile:  (304) 342.1110
*Attorneys for Plaintiff Chris P. Carter*

**Todd Wheeles, Esq.**
*(Admitted Pro Hac Vice)*
Email: twheeles@mhhlaw.net
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Telephone:              (205) 324-4008
Facsimile:  (205) 324-0803
*Attorneys for Plaintiff Chris P. Carter*