**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

|  |  |
|---|---|
| Plaintiff, | **CASE NO.: 1:13-cv-24583-PAS** |
| vs. | |
| FORJAS TAURUS, S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC., | **CLASS ACTION** |
| Defendants. | |

**DEFENDANT FORJAS TAURUS, S.A.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant, Forjas Taurus, S.A. ("Forjas Taurus"), responds as follows to Plaintiff's Class

Action Complaint ("Complaint") (Dkt. 1):

**RESPONSE TO INTRODUCTORY PARAGRAPH**

The introductory paragraph of the Complaint improperly defines Forjas Taurus,

Defendant Taurus Holdings, Inc. ("Holdings"), and Defendant Taurus International

Manufacturing, Inc. ("TIMI") collectively. Several paragraphs and allegations of the Complaint

likewise attempt to define and treat these Defendants collectively. These entities are separate and

distinct entities, and are not the same for any purpose. Any such allegation or inference in the

Complaint that these entities are the same or may be treated collectively is specifically denied.

## RESPONSE TO NUMBERED PARAGRAPHS

Forjas Taurus responds to the correspondingly numbered paragraphs of the Complaint as follows:

## INTRODUCTION

1.      Forjas Taurus admits that Plaintiff attempts to bring nationwide class action claims, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted against Forjas Taurus, or that class treatment of any of Plaintiff's alleged claims is appropriate.[1] Forjas Taurus admits that it has designed, manufactured, assembled and sold pistols bearing the model numbers specifically identified in Paragraph 51 of the Complaint, but denies that it has designed, manufactured, assembled, marketed, distributed or sold any of those pistols in the State of Florida or other parts of the United States. Forjas Taurus is without knowledge or information sufficient to either admit or deny any remaining allegations in this paragraph, and denies them. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

2.      The first sentence of this paragraph does not contain a factual allegation to which a response is required, and is denied. Forjas Taurus denies the second sentence of this paragraph. Forjas Taurus is without information or knowledge sufficient to either admit or deny the statement in the third sentence that "this lawsuit is brought by and on behalf of individuals who have lawfully exercised their Second Amendment right to bear arms," and the remainder of the

---

[1] Forjas Taurus reserves the right to challenge the sufficiency of Plaintiff's class allegations, and the class treatment of Plaintiff's alleged claims, at the appropriate stage of this case.

sentence contains no factual allegation to which a response is required, so the entire sentence is denied.

3.      Forjas Taurus admits that Plaintiff attempts to bring claims for himself and purported Class Members, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted or are entitled to any relief against Forjas Taurus, or that class treatment of any of Plaintiff's alleged claims is appropriate. The remainder of this paragraph does not contain a factual allegation to which a response is required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

4.      Forjas Taurus admits that Plaintiff attempts to seek an order permanently enjoining Forjas Taurus from lawfully conducting business, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted, or that they are entitled to any such relief. The remainder of this paragraph does not contain a factual allegation to which a response is required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

5.      Forjas Taurus denies all allegations in this paragraph.

6.      Forjas Taurus admits that it has never issued a recall of the Plaintiff's pistol, or any other pistols, and denies all remaining allegations in this paragraph. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

7.      Forjas Taurus denies all allegations in this paragraph.

8.      Forjas Taurus denies all allegations in this paragraph.

9.      Forjas Taurus denies all allegations in this paragraph.

10.     Forjas Taurus denies all allegations in this paragraph.

11.     Forjas Taurus denies all allegations in this paragraph.

## JURISDICTION AND VENUE

12.     Forjas Taurus admits that this Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005. Forjas Taurus is otherwise without knowledge or information sufficient to either admit or deny the allegations in this paragraph related to the amount in controversy, and all such allegations are denied. The remainder of this paragraph contains legal conclusions to which no response is required, and is denied.

13.     Forjas Taurus admits that it is not located in Iowa, and that it is a business entity formed under the laws of Brazil, and that its principal place of business is located at Avenida do Forte, 511, Porto Allegre/RS, Brazil. The remainder of this paragraph that is applicable to Forjas Taurus contains legal conclusions to which no response is required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to other Defendants, and all such allegations are denied.

14.     This paragraph contains a legal conclusion to which no response is required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

15.      Forjas Taurus denies that it is involved in any of the activities identified in this paragraph. The remainder of this paragraph contains legal conclusions to which no response is required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

4

16.     Forjas Taurus admits that it has manufactured in Brazil, and sold to TIMI, pistols bearing the model numbers specifically identified in Paragraph 51 of the Complaint, and that TIMI is located in the State of Florida, but denies all other allegations in this paragraph. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to other Defendants, and all such allegations are denied.

17.     Forjas Taurus admits that it is located in Brazil, has sold pistols to TIMI bearing the model numbers specifically identified in Paragraph 51 of the Complaint, and that TIMI is located in the State of Florida, but denies all other allegations in this paragraph directed to Forjas Taurus. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to other Defendants, and all such allegations are denied.

18.     Forjas Taurus admits that it has sold pistols to TIMI bearing the "Taurus" brand name and model numbers specifically identified in Paragraph 51 of the Complaint, and that TIMI is located in the State of Florida, but denies all other factual allegations in this paragraph directed to Forjas Taurus. The remainder of this paragraph contains a legal conclusion to which no response is required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to other Defendants, and all such allegations are denied.

19.     This paragraph does not contain a factual allegation to which a response is required, and is denied.

20.     Forjas Taurus admits that it has manufactured, and sold to TIMI, pistols bearing the "Taurus" brand name and model numbers specifically identified in Paragraph 51 of the Complaint, and that TIMI is located in the State of Florida, but denies that it is involved in any other activities identified in this paragraph. The remainder of this paragraph contains legal conclusions to which no response is required, and Forjas Taurus denies the remaining factual allegations in this paragraph to the extent directed to it. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

## PARTIES

21.     Forjas Taurus admits that it designed, manufactured, assembled, warranted, and sold to TIMI the pistol identified in this paragraph, but denies all other allegations in this paragraph. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

22.     Forjas Taurus admits that it is a business entity formed under the laws of Brazil, and that its principal place of business is located at Avenida do Forte, 511, Porto Allegre/RS, Brazil. Forjas Taurus admits that it has manufactured, and sold to TIMI, pistols bearing the "Taurus" brand name and model numbers specifically identified in Paragraph 51 of the Complaint, and that TIMI is located in the State of Florida, but denies that it is involved in any other activities identified in this paragraph. Forjas Taurus is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied.

23.     Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph, and all such allegations are denied.

24.     Forjas Taurus denies this paragraph. Forjas Taurus further states that Forjas Taurus, TIMI, and Taurus Holdings are separate and distinct entities, and are not the same for any purpose, and any such allegations or inferences in the Complaint to the contrary are specifically denied.

## COMMON FACTUAL ALLEGATIONS

25.     Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/history.cfm contained a statement that "Forjas Taurus . . . produced its first revolver in 1941.," but any other inference or allegation in the first sentence of this paragraph is denied. Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/history.cfm contained a statement that "In 1968, the company was ready to venture into the U.S. market. This was accomplished by employing the services of a succession of U.S. distributors over the next several years. Their efforts met with only marginal success.," but any other inference or allegation in the second sentence of this paragraph is denied. Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/history.cfm contained a statement that "The next milestone for Taurus came in 1982. This is when the Brazil management decided to 'take the bull by the horns' by opening an affiliated company, Taurus, in Miami, Florida.," but any other inference or allegation in the third sentence of this paragraph is denied. Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/history.cfm contained a statement that "Sales that first year in America were limited as a solid distribution system had to be established. . . . Taurus was truly an unknown commodity in the United States.," but any other inference or allegation in the fourth sentence of this paragraph is denied. Forjas Taurus admits that, at the time of filing this Answer,

the web page associated with the URL http://www.taurususa.com/history.cfm contained a statement that "At the Dallas, Texas S.H.O.T. Show in 1984, Taurus was to make an announcement that was to have a tremendous impact on the entire industry. Taurus became the first company to offer its customers an unqualified LIFETIME REPAIR POLICY.," but any other inference or allegation in the fifth sentence of this paragraph is denied. Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/history.cfm contained a statement that "This one brilliant piece of marketing changed the course of the company in this market. . . In 1984, this daring innovative policy made everyone sit up and take notice of Taurus Firearms.," but any other inference or allegation in the sixth sentence of this paragraph is denied. Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/history.cfm contained a statement that "The U. S. company has posted record years ever since . . .," but any other inference or allegation in the seventh sentence of this paragraph is denied. Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/history.cfm made the statements specifically admitted above, but is without knowledge or information sufficient to either admit or deny any other inference or allegation in the eighth sentence of this paragraph, and therefore denies them. Forjas Taurus denies all remaining allegations in this paragraph. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation related to other Defendants, and all such allegations are denied.

26.     Forjas Taurus admits that, at the time of filing this Answer, the web page associated with the URL http://www.taurususa.com/pdf/2013_taurus_catalog.pdf provided access to the Taurus 2013 Product Catalog, and that Page 4 of the Catalog contained the

statement that "We genuinely believe we manufacture firearms better than anyone else. Unlike other competitors that are merely 'assemblers' of firearms, we manufacture everything: from the firing pins to the magazines to the cutting tools. Every piece and every part are owned by Taurus. This results in higher tolerances, lower costs, faster prototypes and breakthrough innovations.," but any other inference or allegation in this paragraph is denied. Forjas Taurus denies all remaining allegations and inferences in this paragraph. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

27.     Forjas Taurus denies all allegations in this paragraph.

28.     Forjas Taurus admits that Exhibit C to the Complaint, Page 19, contains the two illustrations that are reproduced in this paragraph on Page 11 of the Complaint, but any other inference or allegation is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to the other Defendants, and all such allegations are denied.

29.     Forjas Taurus admits that Exhibit C to the Complaint, Page 17, contains a statement that "If dropped from a height at which the pistol is normally used, the manual safety and automatic safety together provide double strong resistance against accidental firing caused by such impact BUT THE MANUAL SAFETY MUST BE 'ON' TO FULFILL ITS FUNCTION.," but any other inference or allegation in the first sentence of this paragraph is denied. Forjas Tauus is without knowledge or information sufficient to either admit or deny any allegation in the second sentence of this paragraph, and they are denied. The third sentence of this paragraph does not contain a factual allegation to which a response is required, and is

denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to the other Defendants, and all such allegations are denied.

30.     Forjas Taurus denies all allegations in this paragraph.

31.     Forjas Taurus denies the allegations in this paragraph to the extent directed to it. Forjas Taurus is without information or knowledge sufficient to either admit or deny the remaining allegations in this paragraph, and they are denied.

32.     Forjas Taurus denies all allegations in this paragraph.

33.     Forjas Taurus denies all allegations in this paragraph.

34.     Forjas Taurus denies all allegations in this paragraph.

35.     Forjas Taurus denies all allegations in this paragraph.

36.     Forjas Taurus is without knowledge or information sufficient to either admit or deny that it has settled other claims involving alleged defects that are similar to the defects alleged in Plaintiff's and/or the purported Class Members' pistols, and all such allegations are denied. Forjas Taurus denies all remaining allegations in this paragraph.

37.     Forjas Taurus is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

38.     Forjas Taurus is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

39.     Forjas Taurus is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

40.     Forjas Taurus is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

41.     Forjas Taurus is without information or knowledge sufficient to either admit or deny any allegations in this paragraph, and they are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

42.     Forjas Taurus denies that there has been a recall as alleged by Plaintiff. Forjas Taurus further states that there was a report of some firearms discharging in Brazil, and that field technicians investigated the allegations and either found that the firearms worked as intended and had no defects, or that the firearms had been modified or altered. Forjas Taurus is without information or knowledge sufficient to either admit or deny any of the remaining allegations in this paragraph, and they are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

43.     Forjas Taurus denies all allegations in this paragraph.

44.     Forjas Taurus admits that Plaintiff attempts to bring nationwide class action claims, but denies that Plaintiff and purported Class Members have stated any claims for which

11

relief can be granted against Forjas Taurus or that class treatment of any of Plaintiff's alleged claims is appropriate. The remainder of this paragraph does not contain a factual allegation to which a response is required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to the other Defendants, and all such allegations are denied.

45.    Forjas Taurus denies all allegations in this paragraph.

46.    Forjas Taurus denies all allegations in this paragraph.

## PLAINTIFF CHRIS CARTER FACTS

47.    Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

48.    Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

49.    Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

50.    Forjas Taurus denies that the design of the Plaintiff's pistol is defective, and is without knowledge or information sufficient to either admit or deny the remaining allegations in this paragraph, and they are denied.

## CLASS DEFINITION AND CLASS ACTION ALLEGATIONS

51.    Forjas Taurus admits that Plaintiff seeks to bring this suit as a nationwide class action, but denies that class treatment of any of Plaintiff's alleged claims is appropriate. The remainder of this paragraph contains Plaintiff's definition of a purported class that Plaintiff seeks to represent, to which no response should be required. To the extent that a response is deemed

required, Forjas Taurus denies that the purported class defined by Plaintiff is ascertainable, and otherwise denies the appropriateness of certifying the purported class defined by Plaintiff.

52.     Forjas Taurus is without knowledge or information sufficient to either admit or deny the first sentence of this paragraph, and it is denied. The remainder of this paragraph contains exclusions to Plaintiff's definition of a purported class that Plaintiff seeks to represent, to which no response should be required. To the extent that a response is deemed required, Forjas Taurus denies that the purported class defined by Plaintiff is ascertainable, and otherwise denies the appropriateness of certifying the purported class defined by Plaintiff.

53.     Forjas Taurus is without knowledge or information sufficient to either admit or deny the allegations contained in the third and fourth sentences in this paragraph, and all such allegations are denied. Forjas Taurus denies all remaining allegations in this paragraph.

54.     Forjas Taurus denies the first and second sentences in this paragraph. The remainder of this paragraph contains Plaintiff's legal conclusions regarding the satisfaction of certain necessary elements for class certification to which no response should be required. To the extent that a response is deemed required, Forjas Taurus denies the appropriateness of certifying the purported class defined by Plaintiff. To the extent that the remainder of this paragraph is deemed to contain factual allegations, they are denied.

55.     This paragraph contains Plaintiff's legal conclusions regarding the satisfaction of certain necessary elements for class certification to which no response should be required. To the extent that a response is deemed required, Forjas Taurus denies the appropriateness of certifying the purported class defined by Plaintiff. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

56.     Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation in this paragraph, and all such allegations are denied.

57.     This paragraph contains Plaintiff's legal conclusions regarding the satisfaction of certain necessary elements for class certification to which no response should be required. To the extent that a response is deemed required, Forjas Taurus denies the appropriateness of certifying the purported class defined by Plaintiff. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

## ESTOPPEL AND TOLLING OF STATUTE OF LIMITATIONS

58.     Forjas Taurus denies all allegations in this paragraph.

59.     Forjas Taurus denies all allegations in this paragraph.

## CAUSES OF ACTION AND CLAIMS FOR RELIEF

### Count One
### Violation of the Florida Deceptive and Unfair Trade Practices Act

60.     Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

61.     Forjas Taurus admits that Plaintiff and the purported Class Members attempt to bring an action pursuant to the Florida Deceptive and Unfair Trade Practices Act, but denies that Plaintiff and purported Class Members have stated any claims for which relief can be granted against Forjas Taurus. The remainder of this paragraph does not contain factual allegations to which responses are required, and is denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to the other Defendants, and all such allegations are denied.

62.     This paragraph does not contain factual allegations to which responses are required, and is denied.

14

63.     This paragraph does not contain factual allegations to which responses are required, and is denied.

64.     This paragraph does not contain factual allegations to which responses are required, and is denied.

65.     Forjas Taurus denies all allegations in this paragraph.

66.     Forjas Taurus denies all allegations in this paragraph.

67.     Forjas Taurus denies all allegations in this paragraph.

68.     Forjas Taurus denies all allegations in this paragraph.

69.     Forjas Taurus denies all allegations in this paragraph.

70.     Forjas Taurus denies all allegations in this paragraph.

71.     Forjas Taurus denies all allegations in this paragraph.

72.     Forjas Taurus denies all allegations in this paragraph.

73.     Forjas Taurus denies all allegations in this paragraph.

74.     Forjas Taurus denies all allegations in this paragraph.

75.     Forjas Taurus denies all allegations in this paragraph.

76.     Forjas Taurus denies all allegations in this paragraph.

77.     Forjas Taurus denies all allegations in this paragraph.

78.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

## Count Two
## Negligence

79.     Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

80.     Forjas Taurus admits that it owes a general duty of care that is defined by Iowa law, and to the extent the duty claimed by Plaintiff is different, Forjas Taurus denies the same. Forjas Taurus denies all remaining allegations in this paragraph, and is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

81.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

## Count Three
## Strict Liability in Tort – Restatement (Second) of Torts § 402A

82.     Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein

83.     Forjas Taurus denies all allegations in this paragraph.

84.     Forjas Taurus denies all allegations in this paragraph.

85.     Forjas Taurus denies all allegations in this paragraph.

86.     Forjas Taurus denies all allegations in this paragraph.

87.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

## Count Four
## Breach of Express Warranty

88.     Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

89.     Forjas Taurus admits that a "Limited Warranty" subject to certain conditions are contained in manuals shipped with Taurus firearms, but Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation in this paragraph that the "Limited Warranty" was extended to Plaintiff or the purported Class Members, or that they are entitled to such a warranty, and all such allegations are denied. The allegations that any other statements in the "Taurus Manual," the "Taurus Lifetime Repair Policy" or the "Taurus Unlimited Lifetime Repair Policy™, or the www.TaurusUSA.com website qualify as "warranties" are legal conclusions, are not factual allegations to which a response is required, and all such allegations are denied. Forjas Taurus denies all remaining allegations in this paragraph. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

90.     Forjas Taurus is without knowledge or information sufficient to either admit or deny the allegations in the first sentence of this paragraph that the "Limited Warranty" or any other warranty was extended to Plaintiff or the purported Class Members, or that they are entitled to such a warranty, and all such allegations are denied. Any allegation that a particular statement qualifies as a "warranty" is a legal conclusion, is not a factual allegation to which a response is required, and all such allegations are denied. Forjas Taurus denies that it breached any warranties to Plaintiff or the purported Class Members, or that they are entitled to damages. Forjas Taurus denies any remaining allegations in this paragraph.

91.     Forjas Taurus denies that it breached any warranties to Plaintiff or the purported Class Members, that Plaintiff and the purported Class Members were "denied the full benefit of the bargain," that Plaintiff and purported Class Members are in privity of contract with Forjas Taurus, or that damages resulted from any such breach. Forjas Taurus is without knowledge or

information sufficient to either admit or deny any allegations in this paragraph that that any warranty was made to Plaintiff or the purported Class Members, that they are entitled to any particular warranty, or that they are the "express beneficiaries" of any warranty, and all such allegations are denied. Forjas Taurus denies any remaining allegations in this paragraph.

92.     Any allegation that a particular statement qualifies as a "warranty" is a legal conclusion, is not a factual allegation to which a response is required, and all such allegations are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation in this paragraph that any warranty was made to Plaintiff or the purported Class Members, and all such allegations are denied. Forjas Taurus denies any remaining allegations in this paragraph.

93.     Forjas Taurus denies that it breached any warranties to Plaintiff or the purported Class Members, or that damages resulted from any such breach. The allegation that a particular statement qualifies as a "warranty" is a legal conclusion, is not a factual allegation to which a response is required, and all such allegations are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegation in this paragraph that any warranty was made to Plaintiff or the purported Class Members, and all such allegations are denied. Forjas Taurus denies all remaining allegations in this paragraph.

94.     Forjas Taurus hereby incorporates its responses to paragraphs 87 through 91 as though set forth fully herein, and is without knowledge or information sufficient to either admit or deny the remaining allegations in this paragraph, and all such allegations are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

95. Forjas Taurus hereby incorporates its responses to paragraphs 87 through 91 as though set forth fully herein, and is without knowledge or information sufficient to either admit or deny the remaining allegations in this paragraph, and all such allegations are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations related to other Defendants, and all such allegations are denied.

96. Forjas Taurus denies all allegations in this paragraph.

97. Forjas Taurus denies all allegations in this paragraph.

98. The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

<u>**Count Five**</u>
<u>**Breach of Implied Warranty of Merchantability**</u>

99. Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein

100. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph, and all such allegations are denied.

101. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph, and all such allegations are denied.

102. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph, and all such allegations are denied.

103. Forjas Taurus admits that it designed and manufactured pistols bearing the model numbers identified in Paragraph 51 of the Complaint, that it intended the pistols to be used by consumers, that the pistols were merchantable, operated effectively, were safe for normal use, suitable for the ordinary and usual purposes for which they were intended, and would not create

an unreasonable risk of injury to consumers, but denies all remaining allegations in this paragraph.

104.     Forjas Taurus denies all allegations in this paragraph.

105.     Forjas Taurus denies all allegations in this paragraph.

106.     Forjas Taurus denies all allegations in this paragraph.

107.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

<u>**Count Six**</u>
<u>**Magnuson-Moss Warranty Act**</u>

108.     Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

109.     The statement contained in this paragraph is a legal conclusion to which a response is not required, and all such allegations are denied.

110.     The statement contained in this paragraph is a legal conclusion to which a response is not required, and all such allegations are denied. Forjas Taurus hereby incorporates its responses to Counts Four and Five as though set forth fully herein, and is without knowledge or information sufficient to either admit or deny any remaining allegations in this paragraph, and all such allegations are denied.

111.     The statements contained in this paragraph are legal conclusions to which a response is not required, and all such allegations are denied.

112.     The statements contained in this paragraph are legal conclusions to which a response is not required, and all such allegations are denied.

113.     Forjas Taurus denies all allegations in this paragraph.

114.   Forjas Taurus denies all allegations in this paragraph.

115.   Forjas Taurus denies all allegations in this paragraph.

116.   The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

## Count Seven
## Fraudulent Suppression and/or Inducement

117.   Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

118.   Forjas Taurus denies all allegations in this paragraph.

119.   Forjas Taurus denies all allegations in this paragraph.

120.   Forjas Taurus denies all allegations in this paragraph.

121.   Forjas Taurus denies all allegations in this paragraph.

122.   Forjas Taurus denies all allegations in this paragraph.

123.   Forjas Taurus denies all allegations in this paragraph.

124.   Forjas Taurus denies all allegations in this paragraph.

125.   Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph, and all such allegations are denied.

126.   Forjas Taurus denies all allegations in this paragraph.

127.   Forjas Taurus denies all allegations in this paragraph.

128.   The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

<u>**Count Eight**</u>
<u>**Negligent Failure to Disclose, Failure to Warn, Concealment and Misrepresentation**</u>

129.     Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

130.     Forjas Taurus denies all allegations in this paragraph.

131.     Forjas Taurus denies all allegations in this paragraph.

132.     Forjas Taurus denies all allegations in this paragraph.

133.     Forjas Taurus denies all allegations in this paragraph.

134.     Forjas Taurus denies all allegations in this paragraph.

135.     Forjas Taurus denies all allegations in this paragraph.

136.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

<u>**Count Nine**</u>
<u>**Fraudulent Concealment and Intentional Failure to Warn**</u>

137.     Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

138.     Forjas Taurus denies all allegations in this paragraph.

139.     Forjas Taurus denies all allegations in this paragraph.

140.     Forjas Taurus denies all allegations in this paragraph.

141.     Forjas Taurus denies all allegations in this paragraph.

142.     The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied.

**Count Ten**
**Wrongful and/or Unjust Enrichment**

143.    Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

144.    Forjas Taurus denies all allegations in this paragraph.

145.    Forjas Taurus denies all factual allegations in this paragraph. The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all allegations are denied.

**Count Eleven**
**Declaratory Relief**

146.    Forjas Taurus hereby incorporates fully by reference its responses to paragraphs 1 through 59 as though expressly herein.

147.    Forjas Taurus denies all allegations in this paragraph.

148.    Forjas Taurus denies all allegations in this paragraph.

149.    The prayer for relief contained in this paragraph is not a factual allegation to which a response is required, Forjas Taurus denies that Plaintiff and the purported Class Members are entitled to the relief sought, and all such allegations are denied. Forjas Taurus is without knowledge or information sufficient to either admit or deny any allegations in this paragraph related to the other Defendants, and all such allegations are denied.

Forjas Taurus further denies any allegations contained in the Complaint which are not specifically admitted above.

Forjas Taurus further denies that Plaintiff and the purported Class Members are entitled to any of the relief sought in the Complaint, and that any of the alleged claims are proper for class treatment.

**AFFIRMATIVE DEFENSES**

Without assuming the burden of proof as to any matter on which Plaintiff or any purported Class Members bear the burden, Forjas Taurus asserts the following affirmative defenses to the Complaint:

FIRST DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by a failure to state a claim upon which relief can be granted.

SECOND DEFENSE

Forjas Taurus did not market to, distribute to, sell to, or otherwise have any contact or dealings with, the Plaintiff or purported Class Members.

THIRD DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the statutes of limitations or statutes of repose applicable to their respective claims.

FOURTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the economic loss doctrines applicable to their respective claims.

FIFTH DEFENSE

Plaintiff's and/or the purported Class Members' claims are barred by Iowa Code § 668.12, Iowa law governing state of the art, and the comparative law and doctrines applicable to any of the purported Class Members' respective claims. Among other things, the design of

Plaintiff's and purported Class Member's pistols were state of the art and/or conformed to the state of the art in existence at the time the products were designed, tested, manufactured, formulated, packaged, and provided with a warning or labeled.

## SIXTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by assumption of risk doctrines applicable to their respective claims.

## SEVENTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the fact that the firearms were not in a defective condition when they left Forjas Taurus's control and/or entered the stream of commerce.

## EIGHTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by their inability to demonstrate a reasonable alternative safer design that was omitted, or that would have reduced or avoided the foreseeable risks of harm allegedly posed by the products.

## NINTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by their inability to show that the subject pistols were defective or not reasonably safe, in their manufacture, in their design or by reason of their warnings.

## TENTH DEFENSE

Plaintiff's and/or the purported Class Members' claims are barred by Iowa Code § 613.18, Iowa law governing the liability of product sellers, and comparative laws and doctrines applicable to any of the purported Class Members' respective claims.

## ELEVENTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred because they misused the products.

## TWELFTH DEFENSE

Plaintiff's and/or purported Class Members' misuse of the products was the factual and proximate cause of any injury suffered by them.

## THIRTEENTH DEFENSE

If a subject pistol malfunctioned, which Forjas Taurus denies, the malfunction did not occur during normal use.

## FOURTEENTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred because the risks attendant with the reasonable, foreseeable and expected use of the products do not exceed the utility of the products.

## FIFTEENTH DEFENSE

Plaintiff's and/or purported Class Members are barred to the extent that they did not purchase the subject pistols "new."

## SIXTEENTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred because the dangers of handling, manipulating or pointing a loaded or cocked pistol, with the muzzle pointed in a direction that can cause damage, are known and obvious.

## SEVENTEENTH DEFENSE

Plaintiff and/or purported Class Members failed to heed the warnings which accompanied the subject pistols when they left Forjas Taurus's hands and/or entered the stream of commerce.

## EIGHTEENTH DEFENSE

Plaintiff's and/or purported Class Members' failure to heed the warnings which accompanied the subject pistols when they left Forjas Taurus's hands and/or entered the stream of commerce is the proximate and factual cause of any injury suffered by Plaintiff and/or purported Class Members.

## NINETEENTH DEFENSE

Plaintiff's and/or purported Class Members' recovery is barred by the doctrines of comparative negligence applicable to their respective claims.

## TWENTIETH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of contributory negligence applicable to their respective claims.

## TWENTY-FIRST DEFENSE

Plaintiff's and/or purported Class Members' fault equals or exceeds any fault of Forjas Taurus.

## TWENTY-SECOND DEFENSE

Plaintiff and/or purported Class Members have failed to mitigate their damages.

## TWENTY-THIRD DEFENSE

If Plaintiff's and/or purported Class Members' injury occurred as it is described, which Forjas Taurus denies, the injury resulted from a malfunction, not a defect, and the products were reasonably safe.

## TWENTY-FOURTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred in whole or in part by a lack of causation.

### TWENTY-FIFTH DEFENSE

The forseeable risks of harm posed by the products could not have been reduced or avoided by the adoption of a reasonable alternative design and its omission does not render the products unreasonably safe.

### TWENTY-SIXTH DEFENSE

Any damages incurred by Plaintiff and/or purported Class Members were the result of a failure to inspect and maintain the subject pistols.

### TWENTY-SEVENTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of accord and satisfaction, payment or release applicable to their respective claims.

### TWENTY-EIGHTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of waiver and estoppel applicable to their respective claims.

### TWENTY-NINTH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of fraud and illegality applicable to their respective claims.

### THIRTIETH DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of laches applicable to their respective claims.

### THIRTY-FIRST DEFENSE

Plaintiff's and/or purported Class Members' claims are barred by the doctrines of res judicata applicable to their respective claims.

<u>THIRTY-SECOND DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred, in whole or in part, by a lack of subject matter jurisdiction.

<u>THIRTY-THIRD DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred, in whole or in part, by a lack of personal jurisdiction.

<u>THIRTY-FOURTH DEFENSE</u>

Plaintiff and/or purported Class Members have filed suit in the wrong venue.

<u>THIRTY-FIFTH DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred, in whole or in part, by insufficient process or insufficient service of process.

<u>THIRTY-SIXTH DEFENSE</u>

Plaintiff's and/or purported Class Members' claims are barred by their failure to join an indispensable party under Rule 19.

<u>THIRTY-SEVENTH DEFENSE</u>

Plaintiff and/or purported Class Members lack standing to pursue some or all of the claims asserted.

Forjas Taurus reserves the right to assert additional defenses as its investigation and discovery in this case progresses, including defenses to Plaintiff's and purported Class Members' claims under the applicable laws and jurisdictions governing their purported claims.

WHEREFORE, Forjas Taurus respectfully requests that the Court deny the Prayer for Relief in its entirety, that Plaintiff's Complaint be dismissed and/or that judgment be entered in

Forjas Taurus' favor, that Forjas Taurus be awarded its costs and reasonable attorneys' fees as allowed by law, and such further relief as the Court deems proper.

_/s/ David A. Mobley_
David A. Mobley (FBN 571571)
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Attorneys for Defendant Forjas Taurus, S.A.*

## CERTIFICATE OF SERVICE

I certify that on June 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

## SERVICE LIST

David L. Selby , II
*(Admitted Pro Hac Vice)*
dselby@baileyglasser.com
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 682-7575
Facsimile: (205) 733-4896
*Attorneys for Plaintiff Chris P. Carter*

Angelo Marino, Jr.
amjrpamail@aol.com
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Telephone: (954) 765-0537
Facsimile: (954) 765-0545
*Attorneys for Plaintiff Chris P. Carter*

John W. Barrett
*(Admitted Pro Hac Vice)*
jbarrett@baileyglasser.com
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Attorneys for Plaintiff Chris P. Carter*

Todd Wheeles
*(Admitted Pro Hac Vice)*
twheeles@mhhlaw.net
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Telephone: (205) 324-4008
Facsimile: (205) 324-0803
*Attorneys for Plaintiff Chris P. Carter*

Patricia M. Kipinis
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ 08033
Telephone: (856) 795.0378
Facsimile: (304) 342.1110
*Attorneys for Plaintiff Chris P. Carter*

Thomas Scolaro (FBN: 178276)
Email: Scolaro@Leesfield.com
Carol L. Finklehoffe (FBN: 0015903)
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900
Facsimile:  (305) 854-8266
*Attorneys for Plaintiff Chris P. Carter*

        /s/ David A. Mobley
Attorney *(Florida Bar. No. 571571)*

SGR/12124304.1