UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

   Plaintiff,

vs.

FORJAS TAURUS S.A.
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

   Defendants.
_____/

### [Proposed] PROTECTIVE ORDER – CONFIDENTIAL INFORMATION

UPON the request of Plaintiff, Chris P. Carter, individually and on behalf of all others similarly situated, it is hereby

ORDERED THAT

1. <u>Determination of Information as "Confidential"</u>. Any Party may designate as "Confidential" any information that is: a) produced or furnished in this case by the designating Party, and b) deemed in good faith by the designating Party as confidential, personal, or financial information. Nothing in this Order shall preclude a Party from designating as "Confidential" any information that is sought from another Party or a Third-Party through a subpoena to the extent it is necessary to protect the Party's interests under this Order.

2. <u>Definitions.</u> Terms used this Order shall have the following meanings unless otherwise stated:

  a) "Confidential Information" means information designated as "Confidential" whether such information is in writing, electronically stored or oral if recorded as part of a deposition or court proceeding.

b) "Person" means any individual or business entity.

c) "Party" means any Person that is a named party to this litigation and their agents, counsel or representatives.

d) "Third-Party" means any Person that is not a Party, and their agents, counsel or representatives.

3. <u>Identification of Confidential Information.</u> A Party shall designate to the other parties such information that is considered "Confidential" as follows:

a) In the case of a document, the words "CONFIDENTIAL" shall be placed on, or affixed to, each page of the document and each page shall be identified with a bate stamp number and the name of the party designating the document as "Confidential" (e.g. CONFIDENTIAL - Forjas Taurus 0001);

b) in the case of an interrogatory answer or other written response to discovery, the words "CONFIDENTIAL" shall be placed after the specific portion of such answer or response that contains Confidential Information; and

c) with respect to transcribed testimony, by designating the testimony as "Confidential" or "Confidential Information" on the record at the deposition or by giving written notice to all counsel of record designating such portions as Confidential within ten (10) days of receipt of a final transcript.

4. <u>Subsequent Designation of Information.</u> Inadvertent disclosure of Confidential Information shall not waive the confidentiality and protection otherwise attached to the information. When information not initially designated as Confidential Information is so designated in writing at a later date, each Party shall make a reasonable effort to comply with this Order as if the information was originally designated as such, retrieve any documents containing the later-designated Confidential Information from any person not authorized to view or possess that information, and otherwise ensure that persons to whom the Confidential Information has been disclosed will treat the information as contemplated by the designation.

5. <u>Protection of Confidentiality.</u>  Confidential Information and any notes, summaries, memoranda, exhibits, or other documents that include or describe Confidential Information shall be retained by counsel for the Party to whom disclosure of the Confidential Information was made (the "recipient party") and, except as provided in this Order, the information shall not be disclosed to any person or used by counsel for any purpose other than the preparation and trial of this case, any appellate proceeding or settlement arising from this case.  Confidential Information shall not be disclosed except as set forth in this Agreement. Before disclosure, all persons, including, designating and recipient party, to whom access to Confidential Information will be given pursuant to this Order shall execute the Certification attached hereto as Exhibit A, shall agree to keep such information, and any copies, abstracts, or summaries of such information, confidential and secure in accordance with the purposes and intent of this Order, and a copy of the executed Certification shall be retained by counsel responsible for obtaining the Certification.

6. <u>Access to Information Designated Confidential.</u>  Any information designated as "Confidential" shall be retained by counsel and shall not be disclosed to others by any means, nor shall such information be used by anyone other than for the preparation and trial of this case, and any appellate proceeding or settlement arising from this case. Confidential Information may be disclosed by counsel to the following:

   a) any of the lawyers charged with the responsibility for, or engaged in, preparation for trial or the trial of this case, any appellate proceeding or settlement arising from this case;

   b) any litigation assistant or paralegal employed by and assisting such counsel, and stenographic, secretarial or clerical personnel employed by and assisting such lawyers in this case;

   c) any outside expert or consultant retained by the recipient party or designating party to assist in preparation for the trial of this case or who is expected to testify at the trial of this case;

d) any litigation assistant, paralegal, stenographic, secretarial, or other personnel employed by the expert to assist such expert in this case;

e) any court reporter or typist recording or transcribing testimony;

f) any court personnel, including stenographic, secretarial and clerical personnel;

g) the parties to this case and the officers and employees of the parties whose assistance is necessary to counsel in the prosecution or defense of this case; and

h) any individuals or vendors retained to perform class administration functions, including, notices to putative class members.

7. <u>Restriction on use of Confidential Information.</u> The parties shall not disclose by any means, duplicate, or make use of any Confidential Information except for purposes of this litigation. If any Party intends to file with the Court any pleading, interrogatory answer, affidavit, motion, brief, or other paper containing, appending, summarizing, excerpting or otherwise embodying Confidential Information the Party shall file such Confidential Information under seal in accordance with the applicable federal and local rules, if any.

8. <u>Disputes as to Designation.</u> With respect to the propriety of applying the Confidential Information designation, the Party wishing to challenge any designation shall first confer in a good faith effort to resolve the dispute with the designating Party, and if the dispute cannot be resolved, the moving party must follow the *Discovery Procedure For Magistrate Judge William C. Turnoff* as applied to all civil cases assigned to United States District Judge Patricia A. Seitz (Doc. 50). All information and material designated as Confidential Information shall be deemed to be subject to this Order until the Court has ruled to the contrary.

9. <u>Disposition on Termination of this Case.</u> This Order shall survive termination of the case. Within ninety (90) days of the final termination of this case, the Parties must certify

that they have destroyed or returned to the designating Party all documents designated as Confidential.

DONE AND ORDERED in Miami, Florida, this _____ day of _____, 2014.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.: (954) 765-0537
Fax: (954) 765-0545
Email: amjrpamail@aol.com

David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.: (205) 988-9253
Email: dselby@baileyglasser.com

John W. Barrett *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
Tel.: (304) 345-6555
Email: jbarrett@baileyglasser.com

*Counsel for Plaintiffs*

<u>EXHIBIT A</u>
*Confidentiality Stipulation and Protective Order*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A.
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

        Defendants.
_____/

The undersigned does hereby acknowledge, represent and certify that they have read the *Confidentiality and Protective Order* entered by the Court in the above case, that they understand the restrictions upon disclosure of information designated as Confidential and that they may be subject to sanctions by this Court for violations of the Order, and represent that they will abide and be bound by the terms of the Order.

_____
Signed

_____
Print Name

_____
Dated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing [Proposed PROTECTIVE ORDER – CONFIDENTIAL INFORMATION is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, on this 30th day of June, 2014.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.
Counsel for Plaintiffs
Florida Bar No. 151934