IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF STRIKING DOCKET ENTRY

Plaintiff, Chris Carter, hereby provides notice that Plaintiff's Proposed Protective Order-Confidential Information (Docket Entry 61) was incorrectly filed. The undersigned requests that the Docket Entry 61 be stricken.

Date: July 1, 2014                                                Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:       (954) 765-0537
Fax:       (954) 765-0545
Email:    amjrpamail@aol.com

David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:        (205) 988-9253
Email:     dselby@baileyglasser.com

John W. Barrett *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
Tel.:        (304) 345-6555
Email:     jbarrett@baileyglasser.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **"Notice of Striking Docket Entry"** is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.