IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION** |

## NOTICE OF STRIKING DOCKET ENTRY

Defendant Taurus International Manufacturing, Inc., hereby gives notice of striking Docket Entry No. 60, which was inadvertently filed without a notice and will be re-filed.

Respectfully submitted,

  */s/ David A. Mobley*
Timothy A. Bumann, Esq. (*Admitted Pro Hac Vice*)
EMAIL: tbumann@sgrlaw.com
David A. Mobley (FBN 571571)
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF STRIKING DOCKET ENTRY** was served via transmission of Notices of Electronic Filing generated by CM/ECF, on this July 1, 2014, on the following counsel of record identified in the service list below.

/s/ David A. Mobley
Counsel for Defendants
Florida Bar No. 571571

## SERVICE LIST

**Angelo Marino , Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby , II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLp
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Patricia M. Kipinis**
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ  08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

*Carter v. Forjas Taurus, S.A. et al.*
*Case No. 1:13-cv-24583*