IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF PROPOSED ORDER

Plaintiff, Chris Carter, hereby provides notice of filing of the attached Proposed Order Scheduling Mediation.

Date:  July 7, 2014                                        Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:         (954) 765-0537
Fax:         (954) 765-0545
Email:      amjrpamail@aol.com

700402

>David L. Selby, II *(admitted pro hac vice)*
>BAILEY & GLASSER, LLP
>3000 Riverchase Galleria, Suite 905
>Birmingham, Alabama 35244
>Tel.: (205) 988-9253
>Email: dselby@baileyglasser.com
>
>John W. Barrett *(admitted pro hac vice)*
>BAILEY & GLASSER, LLP
>209 Capitol Street
>Charleston, West Virginia  25301
>Tel.: (304) 345-6555
>Email: jbarrett@baileyglasser.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **"Notice of Filing Proposed Order Scheduling Mediation"** is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>/s/ *Angelo Marino, Jr.*
>Angelo Marino, Jr.

700402