UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Rodney Max, Esq., on October

3, 2014, at 10:00 a.m. at the offices of Upchurch, Watson, White & Max, 1111 Brickell Avenue,

Suite 1100, Sabadell Financial Building, Miami, Florida 33131.

DONE AND ORDERED in Miami, Florida, this _8th_ day of July, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
       All Counsel of Record