IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583-PAS

**CLASS ACTION**

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR AMENDMENT OF PLEADINGS

Plaintiff Chris P. Carter ("Plaintiff"), by counsel, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7.1, respectfully request that the Court amend the May 5, 2014 Scheduling Order (Doc. No. 50) in order to extend the deadline for amendment of pleadings by thirty (30) days. Defendants Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc. ("Defendants"), by counsel, consent to this Motion.

In support, the Parties state as follows:

1. Plaintiff filed his Class Action Complaint on December 20, 2013. (Doc. No. 1.)

2. After motion practice regarding the sufficiency of Plaintiff's service on the Brazilian Defendant Forjas Taurus S.A., the Court held a Rule 16(B) Scheduling Conference on April 23, 2014, and entered a Scheduling Order on May 5, 2014. (Doc. No. 50.)

3. At the Rule 16(B) Scheduling Conference, the Court expressed its concern about the potentially large size of the proposed class as defined, and suggested that plaintiff consider narrowing the proposed class to the extent possible. (Hrg. Trans. at 47 (Apr. 23, 2014)).

4. Good cause exists to grant this Motion because the current schedule cannot be met despite the diligence of the party seeking the extension.

5. Plaintiff shares the Court's objective of narrowing the proposed class. To that end, Plaintiff has been engaging in formal and informal discovery efforts designed to appropriately narrow the class. Plaintiff will not be in a position to amend his Complaint by the present deadline for amendment of pleadings of August 31, 2014. Additional time is needed to allow Plaintiff to narrow the proposed class definition as well as the issues for class certification and trial.

6. To that end, Defendants have consented to extend the deadline to amend pleadings to September 21, 2014, and have likewise consented to the filing of an Amended Complaint.

7. Plaintiff has in turn agreed to allow Defendants thirty (30) days to respond to the Amended Complaint.

WHEREFORE, the Plaintiff requests that this Court grant its Unopposed Motion to Extend the Deadline to Amend Pleadings. A Proposed Order is attached hereto as **Exhibit A**.

Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934) **ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.: (954) 765-0537
Fax: (954) 765-0545
Email: amjrpamail@aol.com

David L. Selby, II *(admitted pro hac vice)*
**BAILEY & GLASSER, LLP**
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.: (205) 988-9253
Email: dselby@baileyglasser.com

John W. Barrett *(admitted pro hac vice)*
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, West Virginia 25301
Tel.: (304) 345-6555
Email: jbarrett@baileyglasser.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "**Joint Motion to Continue**" is being served on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.