IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants.*

Case No. 1:13-cv-24583-PAS

**CLASS ACTION**

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR AMENDMENT OF PLEADINGS

This matter came before the Court on the Plaintiff's Unopposed Motion to Extend Deadline for Amendment of Pleadings. [DE 71]. Upon review, it is

ORDERED THAT

(1) Plaintiff's Unopposed Motion to Extend Deadline for Amendment of Pleadings [DE 71] is **GRANTED.** The deadline to amend pleadings is extended to **September 22, 2014.**

(2) Defendants shall respond to the Amended Complaint no later than **October 21, 2014.**

**DONE AND ORDERED** in Miami, Florida, this 20th day of August, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
Hon. William C. Turnoff