**IMPORTANT!**

The attached registration card must be completely filled out and mailed within 10 days of the purchase date to activate the warranty.

If guns are returned for servicing, please do not send custom stocks, holsters or gun cases, as we cannot accept responsibility for possible damage caused in transit.

Orders for parts or correspondence must include complete model number and caliber.



## "THE TAURUS LIFETIME REPAIR POLICY"

Without extending our normal warranty, we will repair, free of charge, any weapon manufactured or distributed by Taurus International.

The terms, conditions and limitations of this unique lifetime repair policy will be contained on the card accompanying each weapon.

Additional copies of this card, explaining our lifetime repair policy are available at our office.

**TAURUS INTERNATIONAL MANUFACTURING, INC.**

16175 N.W. 49 th AVENUE
MIAMI, FLORIDA 33014
TELEPHONE (305) 624.1115
FAX (305) 624.1126

Please specify the model and serial number of your firearm when you contact us.
Excluded from this policy are the following: finish, grips and sights. Unauthorized service, alterations or abuse will nullify this policy.

**Exhibit F**