IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

    Plaintiff,

    v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.

Case No.:
1:13-cv-24583-PAS

Class Action

## JOINT MOTION TO MODIFY PRE-TRIAL SCHEDULING DATES

The Parties in the above-styled case, by and through their undersigned counsel, respectfully move the Court to modify the *Order Setting Trial Date, Pretrial Deadlines and Referral to Magistrate* [DE 50] (the "Scheduling Order") in light of ongoing mediation. In support of this Motion, the Parties offer the following:

1. Pursuant to this Court's *Order of Referral to Mediation* [DE 51], the Parties participated in a mediation session with Rodney A. Max on October 3, 2014.

2. Meaningful progress was made at the session, but additional sessions to continue the mediation process are anticipated. The next session is scheduled for December 8, 2014.

3. In the interest of judicial economy, the Parties have mutually agreed to stay all pending discovery deadlines that occur before the second mediation session, and seek a temporary stay of certain other proceedings, deadlines, and dates set forth in the Scheduling Order that either occur prior to the second mediation session, or would be affected by the mutual temporary stay of discovery deadlines.

4. The Parties request the Court to amend the Scheduling Order in accordance with the *Second Amended Case Management Deadline Worksheet*, which is attached as Exhibit A and identifies revised dates in bold numerals.

5. Among other things, the Parties seek extensions of the current deadline for Defendants to file a response to the Amended Complaint [DE 72], the deadline for Plaintiff's class certification motion, and the deadlines to close discovery [DE 50], but the request would not affect the Trial date, or any dates not identified in bold.

6. The mediator concurs that a stay is in the best interest of the Parties, and the Mediator's Interim Report is attached hereto as Exhibit B.

7. A proposed order is attached as Exhibit C.

WHEREFORE the Parties request this Court to enter an order consistent with this Motion.

Respectfully submitted, this 15th day of October, 2014

*Counsel for Plaintiffs*

/s/ Angelo Marino, Jr.
Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:  (954) 765-0537
Fax:  (954) 765-0545
Email: amjrpamail@aol.com

David L. Selby, II (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:  (205) 988-9253
Fax:  (205) 733-4896
Email: dselby@baileyglasser.com

*Counsel for Defendants*

/s/ David A. Mobley
David A. Mobley (FBN: 571571)
Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:  (404) 815-3500
Fax:  (404) 815-3900
Email:  dmobley@sgrlaw.com
          tbumann@sgrlaw.com
John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:  (904) 598-6100
Fax:  (904) 598-6300
Email: jmarino@sgrlaw.com

John W. Barrett (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:   (304) 345-6555
Fax:   (304) 342-1110
Email: jbarrett@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:   (205) 324-4008
Fax:   (205) 324-0803
Email: twheeles@mhhlaw.net

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Fax:   (305) 854-8266
Email: finklehoffe@leesfield.com
        scolaro@leesfield.com
        leesfield@leesfield.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, a true and correct copy of the foregoing was served upon all counsel of record by filing with the Clerk using the Court's CM/ECF system, which will send notification of such filing and make available the same.

/s/ *David A. Mobley*
David A. Mobley
Counsel for Defendants

3