**<u>EXHIBIT B</u>**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

v.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC. and
TAURUS HOLDINGS, INC.,

        Defendant.

_____/

CASE NO.  1:13-CV-24583-PAS

CLASS ACTION

## MEDIATOR'S INTERIM REPORT TO COURT

Please be advised the above styled case was mediated on October 3, 2014.

Meaningful progress was made for which a follow up meeting is scheduled for December 8, 2014.  Preparation for said follow up meeting is extremely important toward the success of the mediation.

I anticipate the December 8, 2014 meeting to be an interim meeting with follow up reconvened sessions to follow.  Said reconvened sessions cannot be defined at this time and will need to await the progress of December 8, 2014.

The parties and their counsel have joined in authorizing me to request a 90 day stay for further litigation efforts (discovery or otherwise).  As mediator, I believe it is in the best interest of all parties to concur in said stay.

Should there be any questions of the Court please do not hesitate to contact the undersigned and/or the counsel of record.

Respectfully submitted,

Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622