# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>Defendants. | Case No. 1:13-cv-24583-PAS |

## CONSENT ORDER
## GRANTING JOINT MOTION TO MODIFY PRE-TRIAL SCHEDULING DATES

This matter came before the Court on the Parties' *Joint Motion to Modify Pre-Trial Scheduling Dates* (the "Motion"). Upon review, it is hereby

ORDERED as follows:

1.   The Motion is **GRANTED**.

2.   It is further **ORDERED** that the *Order Setting Trial Date, Pretrial Deadlines and Referral to Magistrate* [DE 50] is hereby revised and amended to incorporate the dates set forth in the attached *Second Amended Case Management Worksheet*.

3.   Defendants shall respond to the Amended Complaint [DE 73] no later than **December 19, 2014**.

4.   All other deadlines are unaffected.

**DONE AND ORDERED** in Miami, Florida, this _____ day of October, 2014.

*[SIGNATURES CONTINUED ON FOLLOWING PAGE]*

2

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record
        Hon. William C. Turnoff

Consented to by:

*Counsel for Plaintiffs*                        *Counsel for Defendants*

*/s/ Angelo Marino, Jr.*                      */s/ David A. Mobley*
Angelo Marino, Jr. (FBN: 151934)        David A. Mobley (FBN: 571571)
ANGELO MARINO, JR., P.A.                Timothy A. Bumann (*Admitted Pro Hac Vice*)
645 S.E. 5th Terrace                          SMITH, GAMBRELL & RUSSELL, LLP
Ft. Lauderdale, Florida  33301             120 Peachtree Street, NE
                                              Promenade, Suite 3100
David L. Selby, II (*Admitted Pro Hac Vice*)   Atlanta, Georgia 30309
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905       John P. Marino (FBN: 814539)
Birmingham, Alabama 35244              SMITH, GAMBRELL & RUSSELL, LLP
                                              50 N. Laura Street, Suite 2600
John W. Barrett (*Admitted Pro Hac Vice*)     Jacksonville, Florida 32202
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131

Second Amended Case Management Deadline Worksheet

**12/19/14**   Defendant's shall file Answers or otherwise respond to the Amended Complaint.

**2/16/14**   Initial discovery, addressing only the issue of class certification, shall be completed.

**03/16/15**   Motion for class certification must be filed by this date.

**03/30/15**   Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information.

**04/03/15**   Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant.

**04/10/15**   Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1. K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

**04/24/15**   All discovery must be completed.

**05/04/15**   All *Daubert* motions shall be filed.

05/01/15   Mediation must be completed.

**05/04/15**   All dispositive pretrial motions and memoranda of law must be filed. A **minimum of fifteen (15) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.

08/4/15   (a) **Joint** pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation**. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**

(b) **Joint** proposed jury instructions (jury cases) or findings of facts and conclusions of law (non-jury cases) outlining (I) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised; **and**

(c) **Joint** Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. **The parties shall work together to prepare the Summary**. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

08/18/15   Pretrial conference.

08/24/15   All Motions in Limine shall be filed.

5

09/14/15   Final proposed jury instructions or findings of fact and conclusions of law must be submitted. (*A copy shall be e-mailed to Chambers in WordPerfect formal at seitz@flsd.uscourts.gov*), each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

09/02/15   Calendar Call.

09/08/15   Trial Date.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished via U.S. this 6th day of October, 2014, to the following:

David Selby, Esquire
Bailey & Glasser
3000 Riverchase Galleria Suite 905
Birmingham, AL 35244
205-988-9253 / 205-733-4896
dselby@baileyglasser.com

David A. Mobley, Esquire
Timothy A. Bumann, Esquire
Smith, Gambrell & Russell
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592
404-815-3500 / 404-815-3900
dmobley@sgrlaw.com
tbumann@sgrlaw.com

John W. Barrett, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555 / 304-342-1110
jbarrett@baileyglasser.com

John P. Marino, Esquire
Smith Gambrell Russell, LLP
50 N. Laura Street Suite 2600
Jacksonville, FL 32202
904-598-6104 / 904-598-6204
jmarino@sgrlaw.com

Angelo Marino, Jr., Esquire
Angelo Marino, Jr., P.A.
645 Southeast 5th Terrace
Ft. Lauderdale, FL 33301-3160
954-765-0537 / 954-765-0545
amjrpamail@aol.com

_____
RODNEY A. MAX