UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO MODIFY PRE-TRIAL SCHEDULING DATES

THIS MATTER came before the Court on the parties' Joint Motion to Modify Pre-Trial Scheduling Dates [DE 74]. The parties have advised that they are involved in ongoing mediation. They participated in their first mediation session on October 3, 2014, but additional mediation sessions are required, with the next session scheduled for December 8, 2014. Accordingly, the mediator and the parties request a temporary stay of all pending discovery deadlines, as well as certain other proceedings, deadlines and dates set forth in the Scheduling Order. In order for the Court to have sufficient time to review motions under the new deadlines, however, additional extensions of the deadlines for summary judgment, pretrial stipulation, pretrial conference, and trial are also necessary. Upon review, it is

        ORDERED THAT

(1)     The parties' Joint Motion to Modify Pre-Trial Scheduling Dates [DE 74] **GRANTED**.

(2)     The deadlines in the Order Setting Trial Date, Pretrial Deadlines, and Referral to Magistrate [DE 50] are revised as follows:

| | |
|---|---|
| **December 19, 2014** | Deadline for Defendant to answer or otherwise respond to Amended Complaint. |
| **February 16, 2014** | Initial discovery, addressing only the issue of class certification, shall be completed. |
| **March 16, 2015** | Deadline for Motion for Class Certification. |
| **March 30, 2015** | Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| **April 3, 2015** | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| **April 10, 2015** | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1. K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| **April 24, 2015** | All discovery must be completed. |
| **May 1, 2015** | Mediation must be completed. |
| **May 4, 2015** | All *Daubert* motions shall be filed. Counsel shall submit courtesy copies of all briefs and exhibits. |
| **June 25, 2015** | All dispositive pretrial motions and memoranda of law must be filed. A **minimum of fifteen (15) weeks** is required for the Court |

to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.

**October 8, 2015**  (a) **Joint** pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation**. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**

(b) **Joint** proposed jury instructions (jury cases) or findings of facts and conclusions of law (non-jury cases) outlining (I) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised; **and**

(c) **Joint** Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. **The parties shall work together to prepare the Summary**. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

**October 12, 2015**  All Motions in Limine shall be filed.

**October 22, 2015**  Pretrial conference.

**October 28, 2015**  Final proposed jury instructions or findings of fact and conclusions of law must be submitted. (*A copy shall be e-mailed to Chambers in WordPerfect formal at seitz@flsd.uscourts.gov*), each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

  **October 28, 2015**  Calendar Call.

  **November 2, 2015**  Trial Date.

  (3) **No further extensions** will be granted absent extraordinary circumstances.

DONE AND ORDERED in Miami, Florida, this 20th day of October, 2014.

           /s/ Patricia A. Seitz
           PATRICIA A. SEITZ
           UNITED STATES DISTRICT JUDGE

cc: Honorable William C. Turnoff
   All Counsel of Record