IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

v.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC. and
TAURUS HOLDINGS, INC.,

        Defendant.
_____/

CASE NO.  1:13-CV-24583-PAS

CLASS ACTION

## MEDIATOR'S INTERIM REPORT TO COURT

     Please be advised that the mediation of the above styled case was reconvened on December 8, 2014.

     Progress was made, and we have established a series of mediation exchanges between the parties in the coming weeks.  Counsel for the parties have agreed to meet later in the month of December for the purpose of progressing our mediation dialogue.  A reconvened mediation session has been scheduled for February 2, 2015, in South Florida.

     Please consider this as an additional interim report, and I will file a further report following our February session.

Respectfully submitted,

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished via U.S. this 11th day of December, 2014, to the following:

David Selby, Esquire
Bailey & Glasser
3000 Riverchase Galleria Suite 905
Birmingham, AL 35244
205-988-9253 / 205-733-4896
dselby@baileyglasser.com

David A. Mobley, Esquire
Timothy A. Bumann, Esquire
Smith, Gambrell & Russell
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592
404-815-3500 / 404-815-3900
dmobley@sgrlaw.com
tbumann@sgrlaw.com

John W. Barrett, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555 / 304-342-1110
jbarrett@baileyglasser.com

John P. Marino, Esquire
Smith Gambrell Russell, LLP
50 N. Laura Street Suite 2600
Jacksonville, FL 32202
904-598-6104 / 904-598-6204
jmarino@sgrlaw.com

Angelo Marino, Jr., Esquire
Angelo Marino, Jr., P.A.
645 Southeast 5th Terrace
Ft. Lauderdale, FL 33301-3160
954-765-0537 / 954-765-0545
amjrpamail@aol.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622