IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>     Defendants. | Case No.:<br>1:13-cv-24583-PAS<br><br>Class Action |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Defendants Forjas Taurus, S.A., Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. (collectively, "Defendants"), move pursuant to Local Rule 7.1(c)(2) for entry of an order permitting them to file a memorandum exceeding 20 pages, and in support, Defendants state as follows:

1. The Court has given Defendants until December 19, 2014, to file answers or otherwise respond to the Amended Complaint. DE 75.

2. Pursuant to Local Rule 7.1(c)(2), Defendants are permitted to file motions to dismiss with an incorporated memorandum not exceeding 20 pages in length.

3. To the extent possible, Defendants will endeavor to file a combined motion that does not exceed twenty (20) pages, but given the length and complexity of the Amended Complaint, Defendants may each require up to five (5) additional pages to address the various counts and applicable legal arguments.

4. Plaintiff is not opposed to entry of the relief requested herein.

5. This motion is filed by Defendants in good faith and not for purposes of delay, and no party to this action will be prejudiced should this Court grant the relief sought herein.

6. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached for the Court's convenience as Exhibit A, and a copy will be transmitted in Microsoft Word format via

electronic mail to seitz@flsd.uscourts.gov, pursuant to Rule 3(I)(6) of the CM/ECF Administrative Procedures of the Southern District of Florida.

WHEREFORE Defendants respectfully request entry of the attached order permitting them to each file memoranda of up to 25 pages in support of respective motions to dismiss.

### RULE 7.1(A)(3) CERTIFICATION

Undersigned counsel certifies that, prior to filing this motion, he conferred with counsel for Plaintiff, and counsel for Plaintiff stated that Plaintiff would agree to the filing of an unopposed motion permitting Defendants to each exceed the twenty (20) page limitation by a maximum of five (5) pages.

Respectfully submitted, this 16th day of December, 2014.

/s/ David A. Mobley
David A. Mobley (FBN: 571571)
Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.: (404) 815-3500
Fax: (404) 815-3900
Email: dmobley@sgrlaw.com
tbumann@sgrlaw.com
John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.: (904) 598-6100
Fax: (904) 598-6300
Email: jmarino@sgrlaw.com
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014, a true and correct copy of the foregoing was served upon all counsel of record by filing with the Clerk using the Court's CM/ECF system, which will send notification of such filing and make available the same.

/s/ *David A. Mobley*
David A. Mobley
*Counsel for Defendants*

## **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>    Defendants. | Case No.:<br>1:13-cv-24583-PAS<br><br>Class Action |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

THIS CAUSE is before the Court on Defendants' Unopposed Motion to Exceed Page Limitations [DE-___], in which Defendants seek five (5) additional pages. Upon consideration, it is hereby

**ORDERED** that:

1. Defendants' Unopposed Motion to Exceed Page Limitations [DE-___] is **GRANTED**.

2. Defendants are each hereby authorized to file a motion and incorporated memorandum of up to 25 pages.

**DONE AND ORDERED** in Miami, Florida this _____ of December, 2014.

                                              Honorable Patricia A. Seitz
                                              United States District Judge

*Copies furnished to:*
*Counsel of Record* (Via CM/ECF)