UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

       Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

       Defendant.

_____/

**ORDER GRANTING IN PART DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

THIS MATTER came before the Court on Defendants' Unopposed Motion to Exceed Page Limitations [DE 77]. Defendants are each seeking an additional five pages in support of their respective motions to dismiss, which are due by December 19, 2014. Defendants have advised that they will endeavor to file a combined motion to dismiss, but would require excess pages because of the complexity of the issues. If they file a *combined* motion, Defendants are each granted five additional pages over the twenty-page limit, for a total of thirty-five pages. However, if they file individual motions to dismiss for each Defendant, Defendants' request for five extra pages each is denied. Therefore, it is

    ORDERED THAT

        Defendants' Unopposed Motion to Exceed Page Limitations [DE 77] is **GRANTED IN PART**. Defendants may file a combined motion to dismiss of up to **thirty-five**

**pages**, but if they file individual motions, each Defendant's individual motion is limited to **twenty pages**.

DONE AND ORDERED in Miami, Florida, this 17th day of December, 2014.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Honorable William C. Turnoff
All Counsel of Record