IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>      Defendants. | Case No.:<br>1:13-cv-24583-PAS<br><br>Class Action |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE**

Under Federal Rule of Civil Procedure 6(b), Plaintiff files this motion to extend the time in which to respond to Defendant's motion to dismiss. As required by Local Rule 7.1(a)(3), Plaintiff conferred with Defendant before filing this motion, and Defendant does not oppose the relief Plaintiff seeks.

On December 19, 2014, Defendant filed its motion to dismiss. Plaintiff's response is due January 5, 2015. In light of upcoming holidays and office closures, Plaintiff seeks a brief extension of time – <u>until January 15, 2015</u> — to respond to Defendant's motion. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached.

                                                            **Respectfully submitted,**

                                                            /s/ *Angelo Marino, Jr.*
                                                            Angelo Marino, Jr. (Florida Bar No. 151934)
                                                            **ANGELO MARINO, JR., P.A.**
                                                            645 S.E. 5th Terrace
                                                            Ft. Lauderdale, Florida  33301
                                                            Tel.:       (954) 765-0537
                                                            Fax:       (954) 765-0545
                                                            Email:    amjrpamail@aol.com

David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.: (205) 988-9253
Email: dselby@baileyglasser.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014, "**Plaintiff's Unopposed Motion for Extension of Time to File Response"** was electronically filed with the Clerk of Courts via the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.