UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13-cv-24583-PAS

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

THIS MATTER came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Response [DE 80]. Plaintiff is seeking a ten-day extension of time – until January 15, 2015 – to respond to Defendants' Motion to Dismiss [DE 79] and has advised that Defendants do not oppose such an extension. Accordingly, it is

ORDERED THAT

(1) Plaintiff's Unopposed Motion for Extension of Time to File Response [DE 80] is **GRANTED**.

(2) The deadline to respond to Defendants' Motion to Dismiss [DE 79] is extended to **January 15, 2015**.

DONE AND ORDERED in Miami, Florida, this 5 day of January, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Hon. William C. Turnoff