UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

Case No. 1:13-CV-24583-PAS

CLASS ACTION

## DEFENDANTS' UNOPPOSED MOTION AND SUPPORTING MEMORANDUM FOR EXTENSION OF TIME TO FILE REPLY

Defendants, Forjas Taurus, S.A., Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. (collectively, "Defendants"), move for entry of an order extending the deadline to file a reply in support of their Motion to Dismiss Plaintiff's First Amended Class Action Complaint (Dkt. 79) ("Motion to Dismiss") through February 9, 2015. Defendants state as follows in support of this unopposed motion:

    1.    Defendants filed their Motion to Dismiss on December 19, 2014.

    2.    Plaintiff filed his Response to Defendants' Motion to Dismiss (Dkt. 82) on January 15, 2015.

    3.    Defendants reply in connection with the Motion to Dismiss is currently due on January 26, 2015.

4.     Defendants regrettably inform the Court that one of the Defendants' attorneys, David Mobley, unexpectedly passed away on January 17, 2015.

5.     Mr. Mobley was the principle author of Defendants' Motion to Dismiss, and had primary responsibility for the preparation of Defendants' reply.

6.     The requested extension will not delay this case or prejudice any party.

7.     Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit "A" to this motion.

8.     Pursuant to Local Rule 7.1(a)(3), Defendants' counsel has conferred with Plaintiff's counsel. Plaintiff's counsel consents to the requested extension of time.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . ." Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings for good cause. *See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

Good cause exists for, and no party will be prejudiced by, the requested extension for the reasons set forth above.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Defendants' counsel has conferred with Plaintiff's counsel regarding the extension of time requested by this motion. Plaintiff's counsel consents to the requested extension of time.

WHEREFORE, Defendants request that the time to file a reply in connection with their Motion to Dismiss be extended through February 9, 2015, together with such further relief as the Court deems proper.

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
EMAIL:  jmarino@sgrlaw.com
Lindsey R. Trowell  (FNB 678783)
EMAIL:  ltrowell@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   (904) 598-6100
Facsimile:    (904) 598-6300
            and
Timothy A. Bumann, Esq. (*Admitted Pro Hac Vice*)
EMAIL: tbumann@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
Promenade, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA  30309
Telephone:  (404) 815-3500
Facsimile:   (404) 815-3900

Attorneys for Defendants, Forjas Taurus, S.A.,
Taurus International Manufacturing, Inc. and
Taurus Holdings, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on January 22, 2015, the foregoing document is being served on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

| | |
|---|---|
| **Angelo Marino , Jr.**<br>645 SE 5th Terrace<br>Fort Lauderdale, FL 33301-3160<br>Email: amjrpamail@aol.com<br>Attorneys for Plaintiff | **Todd Wheeles**<br>Morris, Haynes, Hornsby & Wheeles<br>3500 Colonnade Parkway, Suite 100<br>Birmingham, AL 35243<br>Email: twheeles@mhhlaw.net<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* |
| **David L. Selby , II**<br>Bailey & Glasser, LLP<br>300 Riverchase Galleria, Suite 905<br>Birmingham, AL 35244<br>Email: dselby@baileyglasser.com<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* | **John W. Barrett**<br>Bailey & Glasser, LLP<br>209 Capital Street<br>Charleston, WV 25301<br>Email: jbarrett@baileyglasser.com<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* |
| **Thomas Scolaro**<br>Email: scolaro@leesfield.com<br>**Carol L. Finklehoffe**<br>Email: finklehoffe@leesfield.com<br>Leesfield & Partners, P.A.<br>2350 South Dixie Highway<br>Miami, FL 33131<br>Telephone: (305) 854-4900<br>Facsimile: (305) 854-8266<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* | **Patricia M. Kipinis**<br>Email: pkipnis@bailyglasser.com<br>Bailey & Glasser, LLP<br>135 Kings Highway E.<br>3d Fl. E.<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-0378<br>Facsimile: (304) 342-1110<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* |

*/s/ John P. Marino*
Attorney

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

                                                   /

**Case No. 1:13-CV-24583-PAS**

CLASS ACTION

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

THIS MATTER came before the Court upon Defendants' Unopposed Motion for Extension of Time to File Reply [DE 83]. Defendants are seeking a two week extension of time - until February 9, 2015 - to file a reply in connection with Defendants' Motion to Dismiss [DE 79] and have advised that Plaintiff does not oppose such an extension. Accordingly, it is

ORDERED THAT

(1)    Defendants' Unopposed Motion for Extension of Time to File Reply [DE 83] is **GRANTED**.

(2)    The deadline for Defendants to file a reply is extended to February 9, 2015.

**DONE AND ORDERED** in Miami, Florida, this ___ day of January, 2015.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        Hon. William C. Turnoff