UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-24583-PAS

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

THIS MATTER came before the Court upon Defendants' Unopposed Motion for Extension of Time and Supporting Memorandum to File Reply [DE 83]. Due to the unexpected passing of one of Defendants' attorneys, Defendants are seeking a two week extension of time – until February 9, 2015 – to file a reply in connection with Defendants' Motion to Dismiss [DE 79] and have advised that Plaintiff does not oppose such an extension. Accordingly, it is

ORDERED THAT

**(1)** Defendants' Unopposed Motion for Extension of Time and Supporting Memorandum to File Reply [DE 83] is **GRANTED**.

(2) The deadline to file a reply in connection with Defendants' Motion to Dismiss [DE 79] is extended to **February 9, 2015.**

**DONE AND ORDERED** in Miami, Florida, this 26 day of January, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
Hon. William C. Turnoff