

FILING FEE
PAID $75.00
pro hac vice 93881
Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED by TC D.C.

JAN 2 8 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants.*

Case No. 13-CV-24583

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### EMERGENCY MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admissions and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Eric B. Snyder, of the law firm of Bailey & Glasser LLP, 209 Capitol Street, Charleston, West Virginia 25301, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Eric B. Snyder, to receive electronic filings in this case, and in support thereof states as follows:

665965

1. Eric B. Snyder is not admitted to practice in the Southern District of Florida and is a member in good standing of the West Virginia Bar and the United States District Court for the Southern District of West Virginia.

2. Movant, Carol L. Finklehoffe, Esquire, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that must be filed electronically, and who shall be responsible for filing documents in compliance with CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Eric B. Snyder, has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Eric B. Snyder, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Eric B. Snyder at email address: esnyder@baileyglasser.com.

WHEREFORE, Carol L. Finklehoffe, moves this Court to enter an Order permitting Eric B. Snyder, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Eric B. Snyder.

Date: 1·28·15                                    Respectfully submitted,

*[signature]*
Carol L. Finklehoffe
FL BAR NO: 015903
LEESFIELD SCOLARO, P.A.
E-mail: Finklehoffe@leesfield.com
2350 South Dixie Highway
Miami, Florida 33133
Telephone: 305-854-4900
Facsimile: 305-854-8266
*Attorneys for Plaintiff*

665965                                3

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No.<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### CERTIFICATION OF ERIC B. SNYDER

Eric B. Snyder, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the West Virginia State Bar and United States District Court for the Southern District of Alabama.

_____
Eric B. Snyder

665965

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "**Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing**" is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF this 28 day of January, 2015.

*/s/ Carol L. Finklehoffe*
Carol L. Finklehoffe (FBN 015903)

## SERVICE LIST

**Angelo Marino, Jr., Esq.**
Email: amjrpamail@aol.com
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Telephone: (954) 765-0537
Facsimile: (954) 765-0545
*Attorneys for Plaintiff Chris P. Carter*

**David L. Selby, II, Esq.**
*(Admitted Pro Hac Vice)*
Email: dselby@baileyglasser.com
BAILEY & GLASSER, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 682-7575
Facsimile: (205) 733-4896
*Attorneys for Plaintiff Chris P. Carter*

**John W. Barrett, Esq.**
*(Admitted Pro Hac Vice)*
Email: jbarrett@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capital Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Attorneys for Plaintiff Chris P. Carter*

**Timothy A. Bumann, Esq.**
*(Admitted Pro Hac Vice)*
Email: tbumann@sgrlaw.com
**David A. Mobley, Esq.**
Email: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900
*Counsel for Defendants Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*

**John P. Marino, Esq.**
Email: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Counsel for Defendants Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*

665965

**Patricia M. Kipinis, Esq.**
Email: pkipnis@bailyglaser.com
BAILEY & GLASSER, LLP
135 Kings Highway E. , 3d Floor E.
Haddonfield, NJ 08033
Telephone: (856) 795.0378
Facsimile: (304) 342.1110
*Attorneys for Plaintiff Chris P. Carter*

**Todd Wheeles, Esq.**
*(Admitted Pro Hac Vice)*
Email: twheeles@mhhlaw.net
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Telephone: (205) 324-4008
Facsimile: (205) 324-0803
*Attorneys for Plaintiff Chris P. Carter*

665965

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No.<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Eric B. Snyder, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings ("the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. The Court having considered the motion and all other relevant factors, it is hereby **ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED**. Eric B. Snyder may appear and participate in this action on behalf of **PARTY**. The Clerk shall provide electronic notification of all electronic filings to Eric B. Snyder, at esnyder@baileyglasser.com.

665965

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____.

_____
Judge Patricia A. Seitz
United States District Judge

Copies furnished to:

All Parties and/or Counsel of Record

665965