**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

Plaintiff,

    v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

Defendants.
_____/

Case No. 1:13-cv-24583-PAS

**CLASS ACTION**

**NOTICE OF WITHDRAWAL OF DEFENDANTS'
MOTION AND SUPPORTING MEMORANDUM TO DISMISS
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

       Defendants, Taurus International Manufacturing, Inc., Forjas Taurus, S.A., and Taurus Holdings, Inc., withdraw their Motion and Supporting Memorandum to Dismiss Plaintiff's First Amended Class Action Complaint (Dkt. 79), without prejudice.  Defendants will respond to Plaintiff's First Amended Class Action Complaint within fourteen (14) days from the date of this Notice pursuant to Federal Rule of Civil Procedure 12(a)(4)(A).

Respectfully submitted this 9th day of February, 2015.

/s/ John P. Marino
John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email: jmarino@sgrlaw.com

and

Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:   (404) 815-3500
Fax:   (404) 815-3900
Email: tbumann@sgrlaw.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on February 9, 2015, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being furnished to counsel of record as identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via CM/ECF:

| | |
|---|---|
| **Angelo Marino, Jr.**<br>645 SE 5th Terrace<br>Fort Lauderdale, FL 33301-3160<br>Email: amjrpamail@aol.com<br>Attorneys for Plaintiff | **Todd Wheeles**<br>Morris, Haynes, Hornsby & Wheeles<br>3500 Colonnade Parkway, Suite 100<br>Birmingham, AL 35243<br>Email: twheeles@mhhlaw.net<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* |
| **David L. Selby, II**<br>Bailey & Glasser, LLP<br>3000 Riverchase Galleria, Suite 905<br>Birmingham, AL 35244<br>Email: dselby@baileyglasser.com<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* | **John W. Barrett**<br>Bailey & Glasser, LLp<br>209 Capital Street<br>Charleston, WV 25301<br>Email: jbarrett@baileyglasser.com<br>Attorneys for Plaintiff<br>*Admitted Pro Hac Vice* |
| **Thomas Scolaro**<br>Email: Scolaro@Leesfield.com<br>**Carol L. Finklehoffe**<br>Email: Finklehoffe@Leesfield.com<br>LEESFIELD & PARTNERS, P.A.<br>2350 South Dixie Highway<br>Miami, FL 33131<br>Telephone: (305) 854-4900<br>Facsimile: (305) 854-8266<br>Attorneys for Plaintiff | **Patricia M. Kipinis**<br>pkipnis@bailyglaser.com<br>Bailey & Glasser, LLP<br>135 Kings Highway E.<br>3d Fl. E.<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-0378<br>Facsimile: (304) 342-1110<br>Attorneys for Plaintiff |

                                                */s/ John P. Marino*
                                                Attorney for Defendants