UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-24583-PAS

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

## ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

THIS MATTER came before the Court upon Plaintiff's Unopposed Motion for Extension of Deadlines [DE 89]. Due to the unexpected passing of the defense attorney responsible for coordinating discovery as well as ongoing mediation – with the next mediation session set for March 5, 2015 – Plaintiff has requested a thirty-day extension for the deadline for discovery on class certification (currently February 16, 2015) and the deadline for a motion on class certification (currently March 16, 2015). Plaintiff has advised that the parties have been making diligent efforts to complete class discovery and extensively preparing for and pursuing mediation. Under these circumstances, Rule 1 of the Federal Rules of Civil Procedure would best be served by granting Plaintiff's motion, albeit for less time than Plaintiff is requesting. Accordingly, it is

ORDERED THAT

(1)　Plaintiff's Unopposed Motion for Extension of Deadlines [DE 89] is **GRANTED IN PART**.

(2)　The deadline for discovery relating to class certification is extended to **March 3, 2015**.

(3)　The deadline for filing a motion for class certification is extended until **March 31, 2015**.

(4)　NO FURTHER EXTENSIONS will be granted, absent extraordinary circumstances.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:　Counsel of Record
　　 Hon. William C. Turnoff