IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER, Individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

## NOTICE OF SETTING MATTER ON DISCOVERY CALENDAR

COMES NOW the Plaintiff and hereby provides notice that a hearing has been placed on Hon. William C. Turnoff's discovery calendar that will take place on Thursday, February 26, 2015 at 2:00 p.m. in Courtroom XI of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, Florida.

1. To date, Plaintiff has served five separate sets of Requests for Production of Documents to Defendant Forjas S.A. ("Forjas"). Forjas has objected to each of these Requests, in part, on the grounds that each one "violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*" and that each one "violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law…"

2. The parties have conferred in good faith (in person and telephone) and Forjas will not waive or withdraw this objection. As a result, Forjas has not produced any discovery

responses and has informed Plaintiff's counsel that Forjas will not agree to voluntarily provide witnesses for deposition absent a court order.

3. Pursuant to the Discovery Procedure for Magistrate Judge William C. Turnoff [DE 50], all source materials relevant to this dispute shall be delivered to Judge Turnoff's chambers by 12:00 p.m., Monday, February 23, 2015.

### CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel hereby certifies that counsel for Plaintiff has conferred with all parties that may be affected by the relief sought in a good faith effort to resolve the issues herein and has been unable to do so.

Respectfully submitted, this 17th day of February, 2015.

/s/ *David L. Selby, II*
David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.: (205) 988-9253
Email: dselby@baileyglasser.com

John W. Barrett *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
Tel.: (304) 345-6555
Email: jbarrett@baileyglasser.com

Todd Wheeles *(admitted pro hac vice)*
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net

>Angelo Marino, Jr. (FBN 151934)
>ANGELO MARINO, JR., P.A.
>645 S.E. 5th Terrace
>Ft. Lauderdale, Florida  33301
>Tel.:	(954) 765-0537
>Email:	amjrpamail@aol.com
>
>Carol Finklehoffe (FBN: 15903)
>Thomas Scolaro (FBN: 178276)
>Ira H. Leesfield (FBN: 140270)
>LEESFIELD & PARTNERS, P.A.
>2350 South Dixie Highway
>Miami, Florida  33131
>Tel.:	(305) 854-4900
>Email:	finklehoffe@leesfield.com
>	scolaro@leesfield.com
>	leesfield@leesfield.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, a true and correct copy of the foregoing was served upon all counsel of record via U.S. Mail, electronic mail, and/or by filing with the Clerk using the Court's CM/ECF system, which will send notification of and make available the same.

>/s/ *David L. Selby, II*
>David L. Selby, II