



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

   *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

   *Defendants.*

_____/

**Case No. 1:13-CV-24583**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### MOTION TO APPEAR *PRO HAC VICE,* CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY <u>RECEIVE NOTICES OF ELECTRONIC FILING</u>

Pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Timothy A. Bumann of the law firm of Smith, Gambrell & Russell, LLP., 1230 Peachtree St., N.E., Atlanta, Georgia 30309, for purposes of appearance as co-counsel on behalf of Defendant Forjas Taurus, S.A. (Mr. Bumann has been previoulsy admitted pro hac vice on behalf of Defendants Taurus International Manufacturing, Inc. ("TIMI") and Taurus Holdings, Inc. ("Taurus Holdings"), in this case (Dkt#32)), and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Timothy A. Bumann to receive electronic filings in this case, and in support thereof states as follows:

1. Timothy A. Bumann is not admitted to practice in the Southern District of Florida and is a member in good standing of the Georgia State Bar, Supreme Court of Georgia, United States District Court for the Northern District of Georgia, United States District Court for the Middle District of Georgia, Eleventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Second Circuit Court of Appeals, Third Court of Appeals, United States District Court for the Northern District of Indiana and the United States Supreme Court.

2. Movant, John P. Marino, of the law firm of Smith Gambrell & Russell, 50 N. Laura St., Suite 2600, Jacksonville, FL 32202, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. Pursuant to the local rules of this Court, Timothy A. Bumann has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached.

4. Timothy A. Bumann, through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, requests the Court to provide Notice of Electronic Filings to Timothy A. Bumann at email address: tbumann@sgrlaw.com.

## RULE 7.1 (a) (3) CERTIFICATION

Defendants' counsel has conferred with Plaintiff's counsel pursuant to Local Rule 7.1 (a) (3).  Plaintiff consents to the relief requested by this Motion.

WHEREFORE, John P. Marino, moves this Court to enter an Order permitting Timothy A. Bumann, to appear before this Court on behalf of Defendant Forjas Taurus, S.A (as well as Defendants TIMI and Taurus Holdings), for all purposes relating to the proceedings in this case and directing the Clerk to provide notice of electronic filings to Timothy A. Bumann.

Respectfully submitted,

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
Lindsey R. Trowell  (FNB 678783)
EMAIL: ltrowell@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   (904) 598-6100
Facsimile:   (904) 598-6300

*Attorneys for Defendants, Forjas Taurus, S.A.,
Taurus International Manufacturing, Inc., and
Taurus Holdings, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on February 20, 2015, the foregoing document is being served on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

**Angelo Marino , Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby , II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900

**Patricia M. Kipinis**
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ 08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff

_____
Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CHRIS P. CARTER,**

Individually and on behalf of all
others similarly situated,

      *Plaintiffs,*

v.

**FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,**

      *Defendants.*
_____/

Case No. 1:13-CV-24583
**CLASS ACTION**

**JURY TRIAL DEMANDED**

## CERTIFICATION OF TIMOTHY A. BUMANN

   Timothy A. Bumann, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of

the United States District Court for the Southern District of Florida; and (2) I am a member in

good standing of the Georgia State Bar, Supreme Court of Georgia, United States District

Court for the Northern District of Georgia, United States District Court for the Middle District

of Georgia, Eleventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Second

Circuit Court of Appeals, Third Court of Appeals, United States District Court for the Northern

District of Indiana and The United States Supreme Court.

                         Timothy A. Bumann

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

     *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

     *Defendants.*

_____/

**Case No. 1:13-CV-24583**

CLASS ACTION

JURY TRIAL DEMANDED

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE,* CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion to Appear Pro Hac Vice for Timothy

A. Bumann, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida

and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the

motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Timothy A. Bumann may appear and participate in this

action on behalf of Forjas Taurus, S.A., as well as Taurus International Manufacturing, Inc.

and Taurus Holdings, Inc. The Clerk shall provide electronic notification of all electronic

filings to Timothy A. Bumann at tbumann@sgrlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February,

2015.

_____
Judge Patricia A. Seitz
United States District Judge

Copies furnished to: All Counsel of Record