IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF FILING OF EXHIBITS A THROUGH D
TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT
FORJAS TAURUS, S.A. TO PARTICIPATE IN DISCOVERY (DKT. #101)**

Plaintiff, Chris Carter, hereby provides notice of filing of the attached Exhibits A through D which were inadvertently omitted from "Plaintiff's Motion to Compel Defendant Forjas Taurus S.A. to Participate in Discovery", Docket Entry 101, which was filed on March 4, 2015, in the above-referenced matter.

Date:  March 9, 2015                                           Respectfully submitted,


/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:         (954) 765-0537
Fax:         (954) 765-0545
Email:      amjrpamail@aol.com

700402

        David L. Selby, II *(admitted pro hac vice)*
        BAILEY & GLASSER, LLP
        3000 Riverchase Galleria, Suite 905
        Birmingham, Alabama 35244
        Tel.:     (205) 988-9253
        Email:  dselby@baileyglasser.com

        John W. Barrett *(admitted pro hac vice)*
        BAILEY & GLASSER, LLP
        209 Capitol Street
        Charleston, West Virginia  25301
        Tel.:     (304) 345-6555
        Email:  jbarrett@baileyglasser.com

        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing "Notice of Filing of Exhibits A through D to Plaintiff's Motion to Compel Defendant Forjas Taurus, S.A. to Participate in Discovery (Dkt. #101)" is being served on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s/ *Angelo Marino, Jr.*
        Angelo Marino, Jr.

700402