# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL MANUFACTURING,
INC., and TAURUS HOLDINGS, INC.,

    Defendants.

**CASE NO.: 1:13-cv-24583-PAS**

**CLASS ACTION**

## FORJAS TAURUS, S.A.'S RESPONSES AND OBJECTIONS TO
## PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF
## <u>DOCUMENTS TO DEFENDANT FORJAS TAURUS, S.A.</u>

Pursuant to Fed. R. Civ. P. 34, LR 26.1, and the Discovery Practices Handbook, Defendant Forjas Taurus, S.A. ("Forjas Taurus"), hereby responds and objects to *Plaintiff's First Set of Requests for Production of Documents to Defendant Forjas Taurus, S.A.,* as follows:

## <u>Note</u>

In spite of any instructions or definitions set forth by Plaintiff to the contrary, the Requests for Production of Documents are being responded to in accordance with Federal Rules of Civil Procedure, LR 26.1, and the Discovery Practices Handbook.

**Note**

No incidental or implied admissions of fact by respondent are made by the responses below. The only admissions are express admissions. The fact that respondent has answered any request to produce may not properly be taken as an admission that respondent accepts or admits the existence of any facts set forth or assumed by such request, or that such response constitutes admissible evidence. The fact that respondent has answered part or all of any discovery propounded is not intended to, and shall not be, construed as a waiver by respondent of all or any part of an objection by respondent to any request to produce or any claim or defense.

**Note**

The fact that a request has been responded to should not be construed as an affirmative representation that the fact set forth, or documents identified therein, constitute all facts or documents relevant to the request.

**Note**

The responses below are made using the Federal Rules of Civil Procedure, LR 26.1, the Discovery Practices Handbook., the common meaning of words and/or phrases, and the usual conventions of grammar as opposed to Plaintiff's instructions and definitions.

**Note**

Terms of art, if any, are so noted. Otherwise, all words have their ordinary and plain meaning as can be gleaned from any modern collegiate dictionary or from the knowledge gained by anyone doing a reasonable pre-suit inquiry.

**Note**

Respondent incorporates any and all valid objections to the discovery by other parties.

**Note**

Responses to the discovery by other parties, where relevant, are incorporated as if fully set forth herein.

**Note**

Responses offered over objection are made in an open spirit of cooperation. The responses are full and complete, unless otherwise noted.

**Note**

Any response made to a discovery request is subject to, and without waiving, any objection made to the same request.

**Note**

Service of this discovery response shall not constitute a waiver of any affirmative defense or claim against any party.

**Note**

The term "Subject Pistol" shall mean the Taurus Millennium Pro™ 140 Pistol referenced in Paragraph 47 of the Complaint.

**Note**

Forjas Taurus reserves the right to supplement the responses herein as discovery in this case progresses and additional documents are obtained or identified.

**Note**

These requests for production are being responded to on behalf of Forjas Taurus and incorporate acts known to agents of Forjas Taurus who were acting within the scope of their agency at the time in question.

**OBJECTIONS AND RESPONSES TO**
**FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.      *Please produce a copy of any written warranties provided by Forjas Taurus pertaining to the Taurus Millennium Pro™ 140 Pistol bearing Serial Number SCS98571.*

**Objections:** Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas Taurus further objects to the extent that the request calls for a legal conclusion as to what Plaintiff considers a "warranty," that Plaintiff has already represented in its initial disclosures that the actual warranty documentation shipped with the Subject Pistol is in the possession of counsel for Plaintiff, and has represented in its Complaint that Exhibit E "is the Limited Warranty that was provided by Taurus with Plaintiff's Class Pistol."

2.      *Produce copies of all documents, communications, or materials provided by Forjas Taurus to Seth K. Bredbury prior to his inspection of the Taurus Millennium Pro™ 140 Pistol bearing Serial Number SCS98571 at the offices of Morris, Haynes, Hornsby & Wheeles.*

**Objections:** Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the

request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas Taurus further objects that Mr. Bredbury has not been disclosed as an expert who may testify in this litigation so this request violates Fed. R. Civ. P. 26(b)(4), and no exception to the protections of Fed. R. Civ. P. 26(b)(4) exist.

3.      *Produce copies of all documents, communications, or materials received from Seth K. Bredbury prior to and after his inspection of the Taurus Millennium Pro™ 140 Pistol bearing Serial Number SCS98571 at the offices of Morris, Haynes, Hornsby & Wheeles.*

**Objections:**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas Taurus further objects that Mr. Bredbury has not been disclosed as an expert who may testify in this litigation so this request violates Fed. R. Civ. P. 26(b)(4), and no exception to the protections of Fed. R. Civ. P. 26(b)(4) exist.

4.   *Produce copies of all documents for which Forjas Taurus has provided a description in their [sic] Rule 26 Initial Disclosures.*

**<u>Objections:</u>**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

To the extent Plaintiff expects any such production to be made in the United States, Forjas Taurus further objects that the request is unduly burdensome.

Forjas Taurus further objects that this request misrepresents Forjas Taurus' initial disclosures and improperly expands the scope of Forjas Taurus' burden under Fed. R. Civ. P. 26(a)(1)(A)(ii). Forjas Taurus's initial disclosures provided a general description of categories of documents that Forjas Taurus may ultimately use to support its defenses. Forjas Taurus's initial disclosures did not identify any specific documents, and has not identified any such documents. Among other things, Forjas Taurus has not identified specific documents because discovery has only recently commenced and Forjas Taurus's investigation into Plaintiff's claims is ongoing. Further, Forjas Taurus has not identified specific documents because the Court has requested that Plaintiff replead its Complaint and Forjas Taurus expects that the scope of its defenses could change accordingly.

5.    *Produce copies of all documents pertaining to the defenses raised by Forjas Taurus in the Joint Scheduling Report [Doc. 40].*

**<u>Objections:</u>** Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

To the extent Plaintiff expects any such production to be made in the United States, Forjas Taurus further objects that the request is unduly burdensome.

Forjas Taurus objects that this request is overbroad and improper.  *Discovery Practices Handbook* ¶III(A)(1).  Forjas Taurus further objects that this Request is premature because discovery has only recently commenced, Forjas Taurus's investigation into Plaintiff's claims is ongoing, and Forjas Taurus has not yet identified specific documents that it may use to support its defenses. Among other things, Forjas Taurus has not identified specific documents because discovery has only recently commenced and Forjas Taurus's investigation into Plaintiff's claims is ongoing.  Further, Forjas Taurus has not identified specific documents because the Court has requested that Plaintiff replead its Complaint and Forjas Taurus expects that the scope of its defenses could change accordingly.

6.    *Produce copies of all insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action against*

*Forjas Taurus or to indemnify or reimburse Taurus Holdings, Inc. and/or Forjas Taurus, SA for payments made to satisfy a judgment on behalf of Forjas Taurus.*

**Objections:**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

7.   *Produce copies of all documents pertaining to and/or which support the representations made by Forjas Taurus in their Rule 7.1 Corporate Disclosure Statement [Doc. 42].*

**Objections:**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

8.     *Produce copies of any documents pertaining to distribution agreements with Forjas Taurus, SA and/or Taurus Holdings, Inc.*

**Objections:**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

9.     *Produce copies of the Product Manual pertaining to and/or which would have been shipped with the Taurus Millennium Pro™ 140 Pistol bearing Serial Number SCS98571.*

**Objections:**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas Taurus further objects that any documents shipped with the Subject Pistol are now in Plaintiff's possession, and Plaintiff has already represented in its initial disclosures that the manual shipped with the Subject Pistol is in the possession of Plaintiff's counsel.

10.    *Produce copies of any Product Manuals which pre-date and/or are earlier versions of the Product Manuals pertaining to the Taurus Millennium Pro™ 140 Pistol bearing Serial Number SCS9857.*

**Objections:**    Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

11.    *Produce copies of any Product Manuals which post-date and/or are later and/or revised versions of the Product Manuals pertaining to the Taurus Millennium Pro™ 140 Pistol bearing Serial Number SCS9857.*

**Objections:**    Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

12.    *Produce copies of any documents pertaining to and which show the total number of Taurus Millennium Pro™ 140 Pistols distributed by Forjas Taurus to the United*

States, including, but not limited to those Taurus Millennium Pro™ 140 Pistols distributed to and through Taurus International Manufacturing, Inc.

**Objections:**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas Taurus further objects to the production of additional documents "pertaining to" these documents as overbroad and unduly burdensome, and because such further discovery is unreasonably cumulative and duplicative, and the information can be obtained from another source that is more convenient, less burdensome, and less expensive. Any responsive documents are maintained outside the United States and number in the hundreds of thousands.   The expenditure of effort and resources required to locate, identify, compile, screen, and produce the additional distribution records for all purchasers of the Taurus Millennium Pro PT140 model would greatly outweigh the benefit, if any, of the requested information given the facts and other circumstances of this case.

At present, it is estimated that the records associated with the 162,500 pistols known to have been sold since 1999, there are thousands of separate sets of records, which consist of multiple pages of documents, and it is estimated that it would take numerous man-hours to simply identify and retrieve those documents.  It is estimated that the cost to screen, redact and

produce those documents would take additional man-hours and involve additional vendor costs. No new information would be revealed in response to this request beyond that which has already been produced by TIMI. Accordingly, the burden and expense of the requested discovery outweighs any benefit considering the needs of the case, the amount in controversy, Forjas Taurus's resources, the importance of the issues at stake in the action, and the importance of the discovery in resolving the issues.

Forjas Taurus further objects that these records contain confidential business information regarding the purchaser of firearms, and Plaintiff has refused to enter into a protective order to protect against the disclosure of information that is either confidential, or governed by multiple federal and state regulations restricting the transfer of firearms technology, which would protect against disclosure of documents to persons not directly involved with this litigation.

*13.    Produce copies of organizational charts for Forjas Taurus and any documents pertaining to organizational charts and/or chain of command between Forjas Taurus and Taurus International Manufacturing, Inc. and/or between Taurus Holdings and Forjas Taurus, S.A.*

**Objections:**   Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Date: June 16, 2014

Respectfully Submitted,


     /s/ David A. Mobley

Timothy A. Bumann *(admitted Pro Hac Vice)*
David A. Mobley (FBN 571571)
EMAIL: tbumann@sgrlaw.com
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Attorneys for Defendant Forjas Taurus, S.A.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 16, 2014, the foregoing *Forjas Taurus, S.A.'s Responses and Objections to Plaintiff's First Set of Requests for Production of Documents to Defendant, Forjas Taurus S.A.* was served on the counsel of record via e-mail as indicated below:

**Angelo Marino , Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby , II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLp
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
Attorneys for Plaintiff

**Patricia M. Kipinis**
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ  08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff


    /s/ *David A.Mobley*
David A. Mobley (*Florida Bar 571571*)

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC.,
and TAURUS HOLDINGS, INC.,

        Defendants.

CASE NO.:
1:13-cv-24583-PAS

CLASS ACTION

**FORJAS TAURUS' S.A.'S
RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FORJAS TAURUS, S.A.**

Pursuant to Fed. R. Civ. P. 34, LR 26.1, and the Discovery Practices Handbook, Defendant Forjas Taurus, S.A. ("Forjas"), hereby responds and objects to *Plaintiff's Second Set of Requests for Production of Documents to Defendant Forjas Taurus S.A.,* as follows:

**Note**

In spite of any instructions or definitions set forth by Plaintiff to the contrary, the Requests for Production of Documents are being responded to in accordance with Federal Rules of Civil Procedure, LR 26.1, and the Discovery Practices Handbook.

**Note**

No incidental or implied admissions of fact by respondent are made by the responses below. The only admissions are express admissions. The fact that respondent has answered any request to produce may not properly be taken as an admission that respondent accepts or admits

1

the existence of any facts set forth or assumed by such request, or that such response constitutes admissible evidence.   The fact that respondent has answered part or all of any discovery propounded is not intended to, and shall not be, construed as a waiver by respondent of all or any part of an objection by respondent to any request to produce or any claim or defense.

### Note

The fact that a request has been responded to should not be construed as an affirmative representation that the fact set forth, or documents identified therein, constitute all facts or documents relevant to the request.

### Note

The responses below are made using the Federal Rules of Civil Procedure, LR 26.1, the Discovery Practices Handbook, the common meaning of words and/or phrases, and the usual conventions of grammar as opposed to Plaintiff's instructions and definitions.

### Note

Terms of art, if any, are so noted.   Otherwise, all words have their ordinary and plain meaning as can be gleaned from any modern collegiate dictionary or from the knowledge gained by anyone doing a reasonable pre-suit inquiry.

### Note

Respondent incorporates any and all valid objections to the discovery by other parties.

### Note

Responses to the discovery by other parties, where relevant, are incorporated as if fully set forth herein.

2

**Note**

Responses offered over objection are made in an open spirit of cooperation. The responses are full and complete, unless otherwise noted.

**Note**

Any response made to a discovery request is subject to, and without waiving, any objection made to the same request.

**Note**

Service of this discovery response shall not constitute a waiver of any affirmative defense or claim against any party.

**Note**

Forjas reserves the right to supplement the responses herein as discovery in this case progresses and additional documents are obtained or identified.

**Note**

These requests for production are being responded to on behalf of Forjas and incorporate acts known to agents of Forjas who were acting within the scope of their agency at the time in question.

**Note**

Plaintiff improperly refers to Forjas, Defendant Taurus International Manufacturing, Inc. ("TIMI"), and Defendant Taurus Holdings, Inc. ("Holdings"), collectively, and attempts to define and treat these Defendants collectively. These entities are separate and distinct entities, and are not the same for any purpose. Any such allegation or inference that these entities are the

3

same or may be treated collectively is improper and is objected to. The term Forjas as used herein shall only mean Defendant Forjas Taurus, S.A.

## Note

Forjas rejects Plaintiff's use and definitions of the terms "Firing-Pin," "Striker," "Firing-Pin Block," "Trigger Lock," "Manual Safety Lever," "Safety Devices" and "Striker-Fired Pistols." The term Striker-Fired Pistol means the pistols identified by model in Paragraph 27 of the amended complaint, and the remaining terms have their commonly understood meaning.

## Note

Forjas rejects Plaintiff's use and definition of the term Forjas to the extent it seeks documents protected by the attorney-client privilege or work product protections.

## OBJECTIONS AND RESPONSES TO
## SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

1.       *Please produce all documents related to the "report[s] of some firearms discharging in Brazil" which are referenced in Paragraph 42 of your Answer [Doc. 54].*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

    2.    *Please produce all documents related to the "field technicians investigat[ion]" which support your contention in Paragraph 42 of your Answer [Doc. 54] "that the firearms worked as intended and had no defects, or that the firearms had been modified or altered."*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

    3.    *Produce an exemplar copy of the inspection form or checklist used by Forjas Taurus from 2000 to 2010 when they perform inspections, including drop tests, on STRIKER-FIRED PISTOL's [sic] manufactured by Forjas Taurus either at the time Forjas receives the STRIKER-FIRED PISTOL from Forjas Taurus and/or prior to the time Forjas sells and/or ships any STRIKER-FIRED PISTOL to TIMI or THI.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

4.      *Produce copies of all documents related to any policies, procedures, or guidelines in place as of 2000 through 2014 which describe what Forjas Taurus employees were expected to do prior to the time Forjas sold any STRIKER-FIRED PISTOL to TIMI or THI.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is overly broad and unduly burdensome and that the phrase "what Forjas Taurus employees were expected to do" is vague, ambiguous and fails to define the type, nature or scope of applicable requirements.

5.      *Produce copies of all documents, communications, or materials related to drop test [sic] performed by Forjas Taurus from 2000 to 2014 on STRIKER-FIRED PISTOLS manufactured by Forjas Taurus.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is overbroad, unduly burdensome and duplicative.

6.      *Produce copies of all documents, communications, or materials related to drop test [sic] performed by Forjas Taurus on STRIKER-FIRED PISTOLS manufactured by Forjas.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is overbroad, unduly burdensome and duplicative.

7.      *Produce copies of each United States or Brazil patents or patent applications for the "SAFETY DEVICES" referenced on page 19 of Exhibit C to Plaintiff's Complaint.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas Taurus further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

8.      *Produce copies of each United States or Brazil patents or patent applications for the "SAFETY DEVICES" on the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

**Objections:** Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

      9.     *All documents, uploaded customer inquiries, and complaints as it relates to unintended discharges of STRIKER-FIRED PISTOL's [sic] manufactured by Forjas Taurus.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the Request is overbroad, vague and ambiguous due to the fact that it is not limited geographically, and fails to define the terms "uploaded customer inquiries," "complaints" and "unintended discharges," which have no standard meaning.

Forjas further objects that this request is overly broad and unduly burdensome to the extent Forjas does not segregate, maintain, file or otherwise identify "documents, uploaded customer inquiries, and complaints as it relates to unintended discharges" in the requested manner, and that locating responsive documents would require numerous man-hours to search,

analyze and review documents evidencing thousands of written customer communications created since the time Striker-Fired Pistols were first exported by Forjas.

10.   *All records of repair, customer inquiries, and complaints in which Forjas Taurus received the customer's firearm directly from the customer or from TIMI for repair purposes as it relates to unintended discharges of STRIKER FIRED PISTOL's [sic] manufactured by Forjas Taurus or TIMI and/or serviced by Forjas.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the Request is overbroad, vague and ambiguous due to the fact that it is not limited geographically, and fails to define the terms "uploaded customer inquiries," "complaints" and "unintended discharges," which have no standard meaning.

Forjas further objects that this request is overly broad and unduly burdensome to the extent Forjas does not segregate, maintain, file or otherwise identify "documents, uploaded customer inquiries, and complaints as it relates to unintended discharges" in the requested manner, and that locating responsive documents would require numerous man-hours to search, analyze and review documents evidencing thousands of written customer communications created since the time Striker-Fired Pistols were first exported by Forjas.

11.   *Produce copies of all completed (internal or submitted) ATF Form 4590 (5330.5), i.e. ATF's "Factoring Criteria Weapons" for TAURUS STRIKER-FIRED PISTOLS which TIMI has obtained on behalf of Forjas Taurus and/or shared with Forjas Taurus.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

12.   *Produce copies of drop test results which Forjas Taurus has received from TIMI or any third party as it relates to STRIKER-FIRED PISTOLS manufactured by Forjas Taurus.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is overbroad, unduly burdensome and duplicative.

13.   *Produce copies of drop test results based upon drop test [sic] conducted by Forjas Taurus on STRIKER-FIRED PISTOLS manufactured by Forjas Taurus.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of

evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is overbroad, unduly burdensome and duplicative.

14.   *Produce copies of drop test results based upon drop test conducted by Forjas Taurus on STRIKER-FIRED PISTOLS manufactured by TIMI.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

15.   *Produce copies of drop test results based upon drop test conducted by any third party on behalf of Forjas Taurus for those STRIKER-FIRED PISTOLS manufactured by Forjas Taurus or TIMI.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is overbroad, unduly burdensome and duplicative.

16.     *Produce copies of those procedures used by Forjas Taurus in evaluating the design of SAFETY DEVICES in STRIKER-FIRED PISTOLS manufactured by Forjas Taurus or TIMI.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

17.     *An exemplar copy of the Instruction Manual along with each warning label that should have been attached to or accompanied Serial No. SCS9857 at the time of shipment from Forjas Taurus to TIMI or THI.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

18.     *All documents related to the design, assembly, and manufacture of the SAFETY DEVICES on the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

19.    *All documents related to the ability to unintentionally discharge a TAURUS STRIKER-FIRED PISTOL while the Safety is ON.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent that the request seeks the disclosure of attorney-client privileged or work product protected documents prepared in connection with this litigation in an effort to demonstrate that Taurus brand firearms do not spontaneously discharge as alleged by Plaintiff.

20.    *All documents related to the ability to unintentionally discharge a TAURUS STRIKER-FIRED PISTOL while the Safety is OFF.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent that the request seeks the disclosure of attorney-client privileged or work product protected documents prepared in connection with this litigation in an effort to demonstrate that Taurus brand firearms do not spontaneously discharge as alleged by Plaintiff.

21.    *All correspondence, interoffice memoranda, emails, summaries, or other written or recorded items pertaining to any and all potential defects or problems with the SAFETY DEVICES (1) prior to the date TAURUS became aware of Mr. Carter's unintended discharge or (2) after the date of the Mr. Carter's unintended discharge, but unrelated to Mr. Carter's unintended discharge.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent that the request seeks the disclosure of attorney-client privileged or work product protected documents prepared in connection with this litigation in an effort to demonstrate that Taurus brand firearms do not spontaneously discharge as alleged by Plaintiff.

22.    *Any and all correspondence, interoffice memoranda, emails, reports, summaries, or other written or recorded items sent to or received from the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and any other industry or federal organization or agency on behalf of Forjas Taurus by TIMI or their authorized representative pertaining to the following series or model: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent that the request seeks the disclosure of attorney-client privileged or work product protected documents prepared in connection with this litigation in an effort to demonstrate that Taurus brand firearms do not spontaneously discharge as alleged by Plaintiff.

23.    *The minutes and records of each design review meeting or other internal document that demonstrates consideration of the SAFETY DEVICES and testing of STRIKER FIRED PISTOLS which were prepared: (1) prior to the date TAURUS became aware of Mr.*

*Carter's unintended discharge or (2) after the date of the Mr. Carter's unintended discharge, but unrelated to Mr. Carter's unintended discharge.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner. Forjas further objects to the extent that the request seeks the disclosure of attorney-client privileged or work product protected documents prepared in connection with this litigation in an effort to demonstrate that Taurus firearms do not spontaneously discharge as alleged by Plaintiff.

24.     *Any and all safety system analysis or other written methodology used to evaluate the unintended discharge of STRIKER-FIRED PISTOLS while the safety is engaged or ON.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

16

Forjas further objects to the extent that the request seeks the disclosure of attorney-client privileged or work product protected documents prepared in connection with this litigation in an effort to demonstrate that Taurus firearms do not spontaneously discharge as alleged by Plaintiff.

25.     *Any and all safety system analysis or other written methodology used to evaluate the unintended discharge of STRIKER-FIRED PISTOLS while the safety is engaged or OFF.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent that the request seeks the disclosure of attorney-client privileged or work product protected documents prepared in connection with this litigation in an effort to demonstrate that Taurus firearms do not spontaneously discharge as alleged by Plaintiff.

26.     *All claims or notices of complaints, adverse incident reports, and inquiries related to alleged injuries or defects associated with STRIKER-FIRED PISTOLS for the ten (10) year period prior to Mr. Carter's unintended discharge and the two (2) year period subsequent thereto.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian

procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the phrases "claims or notices of complaints, adverse incident reports, and inquiries" and "alleged injuries or defects" are vague, ambiguous and unnecessarily overbroad and are not limited to the facts at issue in this litigation.

Forjas further objects that, to the extent this Request seeks documents related to customer interactions, this request is overly broad and unduly burdensome and to the extent that Forjas does not segregate, maintain, file or otherwise identify documents in the manner requested, and producing responsive documents will require numerous man-hours to search, analyze and review thousands of written customer communications created since the time the Striker-Fired Pistols were first designed, manufactured and exported by Forjas.

Forjas further objects that production would involve disclosure of thousands of customer service records, which are completely unrelated to this litigation and contain the identity, name of, and personal information related to, numerous purchasers of Taurus brand firearms, many of which are not within Plaintiff's definition of the Class Pistols, and that disclosure of such information would significantly harm Forjas's business interest if it was revealed that information had been voluntarily disclosed to Plaintiff.

27. *Each test protocol, test result, analysis, summary, videotape, photograph, film or other written or recorded item pertaining to SAFETY DEVICES on the STRIKER-FIRED PISTOLS performed either: (1) prior to the date of the subject incident, or (2) prepared after the date of the subject incident, which are unrelated to the subject incident.*

**Objections:**  Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of

evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the phrase "test protocol, test result, analysis, summary, videotape, photograph file or other written item" is vague, ambiguous and unnecessarily overbroad and are not limited to the facts at issue in this litigation.

28.    *All invoices, contracts, repair orders, or other documents pertaining to the receipt of, sale, shipment, and delivery of the PT 140 PRO Serial Number SCS98571 to TIMI or THI.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

29.    *A copy of each United State and/or Brazil patent or patent application for the PT 140 PRO.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian

procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

      30.    *Any and all engineering drawings, blueprints, and specifications for the SAFETY DEVICES on the following STRIKER-FIRED PISTOLS: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB11 COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

    **Objections:**    Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

      31.    *Any and all complaints or lawsuits received by Forjas Taurus relative to unintended discharge allegations with STRIKER-FIRED PISTOLS. This request is limited to the the ten (10) year period prior the subject incident and the two (2) year period subsequent thereto.*

    **Objections:**    Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

32.     *Any and all documents, warranties, brochures, labels, or other materials that have been changed or revised since the PT140PRO Serial Number SCS98571 was manufactured.*

**Objections: Objections:**     Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is vague, ambiguous, overly broad and unduly burdensome because it is not limited to a specific set of documents, seeks a line-by-line comparison of every document, brochure, label or other materials within its possession that has ever been "changed or revised" since 2009, does not reference what firearm(s) the request pertains to, and would require Forjas to conduct an inventory of every document in its possession and analyze those documents to determine if changes were subsequently made.

33.     *An organizational chart, book, or manual for this Defendant which includes the departments, committees, or groups involved in the design, distribution, sale, and testing of STRIKER-FIRED PISTOLS.*

**Objections:**  Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian

procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

34.      *Any and all documents regarding consideration and design alternatives to minimize the risk of unintended discharges for STRIKER-FIRED PISTOLS, including, but not limited to differences between the TRIGGER LOCK and TRIGGER SAFETY.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

35.      *Any and all videos and photographs of any and all inspections or testing of the PT140PRO Serial Number SCS98571 or any other STRIKER-FIRED PISTOLS since Forjas Taurus was made aware of the unintended discharge of Serial Number SCS98571.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent the request seeks documents related to an expert opinion by a person who has not been disclosed as someone who may testify in this litigation.

36.     *Any and all reports, notes, recordings, emails, test results, and invoices [sic] Seth Bredbury pertaining to STRIKER-FIRED PISTOLS.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request seeks documents related to an expert opinion by Seth Bredbury because he has not been disclosed as someone who may testify in this litigation.

37.     *Any and all versions of Instruction or Operating Manuals for PT140 PRO, prior to production of Serial Number SCS98571 and after production of Serial Number SCS98571.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

38.     *Any and all warnings and/or memorandums and/or recalls related to STRIKER FIRED PISTOLS for the past ten (10) years. This request is not limited to the United States.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*,

which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request is not limited geographically.

39.    *Any and all insurance policies in place for Forjas (not including workers' compensation coverage) since 2000 to present.*

**Objections:**  Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol,* which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

40.    *Any and all writings, reports, emails, documents, and images related to the removal and/or discontinuation of any of the SAFETY DEVICE designs used on the MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT models.*

**Objections:**  Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol,* which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian

procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

41.     *Any and all documents, including, memorandums, minutes of meetings, and investigations of the New Products Team with Forjas Taurus related to any complaints, investigations, warranty claims, warranty repairs, or service policy repairs dealing with unintended discharges, firing-pin block malfunctions, and drop tests.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

42.     *Any and all correspondence, emails, notes, memos by and between Forjas Taurus, its lawyers and representatives and Seth Bredbury prior to the date Forjas Taurus became aware of Mr. Carter's incident and since the date Forjas Taurus became aware of Mr. Carter's incident.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request seeks documents related to an expert opinion by Seth Bredbury because he has not been disclosed as someone who may testify in this litigation.

43.     *Any and all invoices, bills, receipts, cleared checks, accounting records of any kind by and between Taurus, and/or its lawyers, and/or representatives, and Seth Bredbury prior to the date Forjas Taurus became aware of Mr. Carter's incident and since the date Forjas Taurus became aware of Mr. Carter's incident.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that the request seeks documents related to an expert opinion by Seth Bredbury because he has not been disclosed as someone who may testify in this litigation.

44.     *Any and all invoices, bills, receipts, cleared checks, accounting records of any kind by and between Forjas Taurus, and/or its lawyers, and/or representatives, and any expert or consultant who has examined any STRIKER-FIRED PISTOL at Forjas Taurus or their lawyers request as it relates to unintended discharge claims and/or failed SAFETY DEVICES.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian

procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent the request seeks documents related to an expert opinion by someone who has not been disclosed as a person who may testify in this litigation, and the extent is seeks information protected by the attorney-client privilege and work product protections.

45.    *A copy of the "specifications and standards" as referenced in the TAURUS SERVICE POLICY on page 24 of Exhibit C to Plaintiff's Complaint for the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

46.    *All documents related to the actual inspection and test fire of Serial No. SCS98571 in order to ensure that it conformed to TAURUS "specifications and standards" as referenced in the TAURUS SERVICE POLICY on page 24 of Exhibit C to Plaintiff's Complaint. If these documents do not exist, then produce an example of the inspection and test fire documents to have been completed on a PT140 PRO in order to ensure that it conformed to TAURUS "specifications and standards" as referenced in the TAURUS SERVICE POLICY on page 24 of Exhibit C to Plaintiff's Complaint.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

47.     *All reports prepared by or on behalf of experts retained by Forjas Taurus in other litigation (disclosed and not disclosed to Plaintiff's counsel in that litigation) as it relates to allegations of unintended discharge of STRIKER-FIRED PISTOLS. This request also includes litigation in which Forjas Taurus may not have been named as a party, but TIMI was named as party and shared or made Forjas Taurus aware of these reports.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects to the extent the request seeks documents related to an expert opinion by someone who has not been disclosed as a person who may testify in litigation, and the extent is seeks information protected by the attorney-client privilege and work product protections.

48.     *For each year of production, produce the "registration card[s]" you have received from any source, individuals or distributors, which are related to the following models:*

*24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

49.     *For each year of production, produce the "exploded view" documents of the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2. For purposes of this request, the "exploded view" refers to those documents which would be included with the operating manuals.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

50.     *For each year of production, produce the "part list" documents of the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT;*

*MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2. For purposes of this request, the "part list" refers to those documents which would be included with the operating manuals.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

51.    *For each year of production, produce the part list documents of the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2. For purposes of this request, the part list refers to those documents which Forjas would rely upon when replacing or repairing parts on these particular models.*

**Objections:** Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

52.     *All documents related to Forjas's applications, bids, or other attempts to get on the approved list for any federal, state, or local enforcement agency as it relates to the purchase and use of STRIKER-FIRED PISTOLS.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Forjas further objects that its marketing activities are trade secret and confidential commercial information that has no possible bearing on the issues in this litigation, and that improper disclosure of this information would harm its business interests.

53.     *A copy of the TAURUS catalog for the first year in which STRIKER-FIRED PISTOL was first introduced by TAURUS for sale in the United States and every subsequent year in which a STRIKER-FIRED PISTOL was included in the catalog.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

54.     *A copy of the operating manuals, for each year of production, of the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT;*

*MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

**Objections:**   Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol,* which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

55.     *For each year of production, produce all documents related to the "PRODUCT ENROLLMENT" (i.e.   http://www.taurususa.com/product-enrollment.cfm)   the customer information you have received from any source, individuals or distributors, which are related to the following models: 24/7 PRO; 24/7 OSS; 24/7 OSS DS; 24/7 PRO DS; 24/7 G2; 24/7 G2 COMPACT; MILLENNIUM PRO; COMPACT MILLENNIUM PRO; MILLENNIUM PRO COMPACT; MILLENNIUM PRO SUB-COMPACT; 700 SERIES; 732 and 738 TCP SERIES; 709 and 740 SLIM SERIES; 609 TI PRO; DT HYBRID and DT INTEGRAL; 738 TCP COMPACT; 700 SLIM; MILLENNIUM G2.*

**Objections:**    Forjas objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol,* which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Date: December 19, 2014

Respectfully Submitted,

_/s/ David A. Mobley_

Timothy A. Bumann *(admitted Pro Hac Vice)*
David A. Mobley (FBN 571571)
EMAIL: tbumann@sgrlaw.com
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Attorneys for Defendant Taurus International Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 19, 2014, the foregoing *Forjas Taurus, S.A.'s Responses and Objections to Plaintiff's Second Set of Requests for Production of Documents to Defendant, Forjas Taurus S.A.* was served on the counsel of record via e-mail as indicated below:

**Angelo Marino, Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby, II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
Attorneys for Plaintiff

**Patricia M. Kipinis**
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ 08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff


_/s/ David A.Mobley_
David A. Mobley (*Florida Bar 571571*)

34

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,

Individually and on behalf of all others similarly situated,

Plaintiff,

vs.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC.,
and TAURUS HOLDINGS, INC.,

Defendants.

CASE NO.:
1:13-cv-24583-PAS

CLASS ACTION

**FORJAS TAURUS S.A.'S RESPONSES AND OBJECTIONS TO
PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS TO DEFENDANT  FORJAS TAURUS S.A.**

Pursuant to Fed. R. Civ. P. 34, LR 26.1, and the Discovery Practices Handbook,

Defendant Forjas Taurus S.A. ("Forjas Taurus"), hereby responds and objects to *Plaintiff's*

*Third Set of Requests for Production of Documents to Defendant Forjas Taurus S.A.,* as follows:

**Note**

In spite of any instructions or definitions set forth by Plaintiff to the contrary, the

Requests for Production of Documents are being responded to in accordance with Federal Rules

of Civil Procedure, LR 26.1, and the Discovery Practices Handbook.

**Note**

No incidental or implied admissions of fact by respondent are made by the responses

below.  The only admissions are express admissions.  The fact that respondent has answered any

request to produce may not properly be taken as an admission that respondent accepts or admits

1

the existence of any facts set forth or assumed by such request, or that such response constitutes admissible evidence.   The fact that respondent has answered part or all of any discovery propounded is not intended to, and shall not be, construed as a waiver by respondent of all or any part of an objection by respondent to any request to produce or any claim or defense.

### Note

The fact that a request has been responded to should not be construed as an affirmative representation that the fact set forth, or documents identified therein, constitute all facts or documents relevant to the request.

### Note

The responses below are made using the Federal Rules of Civil Procedure, LR 26.1, the Discovery Practices Handbook, the common meaning of words and/or phrases, and the usual conventions of grammar as opposed to Plaintiff's instructions and definitions.

### Note

Terms of art, if any, are so noted.   Otherwise, all words have their ordinary and plain meaning as can be gleaned from any modern collegiate dictionary or from the knowledge gained by anyone doing a reasonable pre-suit inquiry.

### Note

Respondent incorporates any and all valid objections to the discovery by other parties.

### Note

Responses to the discovery by other parties, where relevant, are incorporated as if fully set forth herein.

SGR/12670679.2

**Note**

Responses offered over objection are made in an open spirit of cooperation. The responses are full and complete, unless otherwise noted.

**Note**

Any response made to a discovery request is subject to, and without waiving, any objection made to the same request.

**Note**

Service of this discovery response shall not constitute a waiver of any affirmative defense or claim against any party.

**Note**

Forjas Taurus reserves the right to supplement the responses herein as discovery in this case progresses and additional documents are obtained or identified.

**Note**

These requests for production are being responded to on behalf of Forjas Taurus and incorporate acts known to agents of Forjas Taurus who were acting within the scope of their agency at the time in question.

**Note**

Plaintiff improperly refers to Forjas Taurus and Taurus International Manufacturing, Inc. ("TIMI"), collectively, and attempts to define and treat these Defendants collectively. These entities are separate and distinct entities, and are not the same for any purpose. Any such allegation or inference that these entities are the same or may be treated collectively is improper

3

and is objected to.  The term Forjas Taurus as used herein shall only mean Defendant Forjas Taurus S.A.

<u>Note</u>

Forjas Taurus rejects Plaintiff's use and definitions of the terms "Firing-Pin," "Striker," "Firing-Pin Block," "Trigger Lock," "Manual Safety Lever," "Safety Devices," "Striker-Fired Pistols," "False Safety Defect," "Drop Fire Defect," and "Safety Defect."  The term Striker-Fired Pistol means the pistols identified by model in Paragraph 27 of the amended complaint, and the remaining terms have their commonly understood meaning.

<u>Note</u>

Forjas Taurus rejects Plaintiff's use and definition of the term Forjas Taurus to the extent it seeks documents protected by the attorney-client privilege or work product protections.

### OBJECTIONS AND RESPONSES TO
### THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    *Please produce your complete file and all materials relating or documents pertaining to ISO 9001-2008 Certificate(s), approval of the ISO 9001-2008 certification, applications for ISO certification, approvals of ISO applications, denials of ISO application, any and all documents submitted in order to obtain ISO certification, audit plans, any and all audit reports, any and all documents identifying all nonconformities, observations, and opportunities for improvement, all corrective actions taken, corrective and preventive action reports, quality management systems, quality management manuals, document retention policies, recommendations, correspondence, bills, and invoices.*

**<u>OBJECTION</u>**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian

4

procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

2. *Please produce any and all documents which support your statement that "Our quality is recognized all over the world. Besides carrying ISO-9001:2008 certification and being approved by the Underwriters Laboratories (UL) in the United States, we have also earned RWTUV (Rheinisch Westfolischer Technisher Uberwachungs-Verein e V., Germany) certification."*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

3. *Produce all documents pertaining to budgets prepared by TIMI and/or their C.F.O which reflect the costs associated with TIMI becoming I.S.O. certified.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

4. *Produce all documents pertaining outside or third-party consultants that TIMI consulted with to inform TIMI what it would take to become I.S.O. certified, including, educating TIMI on the I.S.O. 9001 certified process.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

5. *Produce all documents pertaining outside or third-party consultants that Forjas Taurus consulted with to inform Forjas Taurus what it would take to become I.S.O. certified, including, educating TIMI on the I.S.O. 9001 certified process.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

6. *Produce all documents pertaining to TIMI'S decision to not become I.S.O. certified and/or move forward with the I.S.O. 9001 compliance.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*,

SGR/12670679.2

which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

7.      *Please produce any and all documents which support your website statement (past and current) that:*

> *There was cause for celebration in 1994 when Forjas Taurus   received the prestigious ISO 9001 designation from the International Organization for Standardization for superior manufacturing and marketing practices. Only one other firearms company in the world has obtained this designation. Currently, Taurus U.S.A. is at work to share this honor with the parent company.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

8.      *Any and all RWTUV (Rheinisch Westfolischer Technisher Uberwachungs-Verein e V., Germany) Certificate(s).*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request

7

violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

9.      *Your complete file and documents pertaining to any and all efforts to obtain RWTUV Certification. This request specifically includes: applications for certification, denials of application, any and all documents submitted in order to obtain certification, audit plans, any and all audit reports, any and all documents identifying all nonconformities, observations, and opportunities for improvement, all corrective actions taken, corrective and preventive action reports, quality management systems, quality management manuals, document retention policies, recommendations, correspondence, bills, and invoices.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

10.      *Any and all communications between Forjas Taurus and any third party certification body (i.e. Underwriters Laboratories or) pertaining to your effort and attempt to obtain ISO 9001 certification.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as

8

American attorneys, to take evidence in this manner.

11.     *Any and all communications between TIMI and any third party certification body (i.e. Underwriters Laboratories or) pertaining to your effort and attempt to obtain ISO 9001 certification*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

12.     *Any and all communications and documents between Forjas Taurus and any third party certification body pertaining to your effort and attempt to obtain RWTUV certification.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

13.     *Any and all communications and documents between TIMI and any third party certification body pertaining to your effort and attempt to obtain RWTUV certification.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*,

9

which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

14.    *Please produce all documents pertaining to the design failure mode, effects, and criticality analysis (DFMECA) developed during the design of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

15.    *Please produce all documents pertaining to the process failure mode, effects, and criticality analysis (PFMECA) developed during the manufacturing of the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as

10

American attorneys, to take evidence in this manner.

16.     *Please produce all documents pertaining to the design reviews based on failure modes (DBRFM) developed during the design of the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

17.     *Please produce all documents pertaining to the design reviews based on failure modes (DBRFM) developed during the manufacturing of the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

18.     *Please produce all documents pertaining to the fault tolerance analyses (FTA) performed during the design of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*,

SGR/12670679.2

which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

19.     *Please produce all documents pertaining to the preliminary hazard analyses (PHA) performed during the design of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

20.     *Please produce all documents pertaining to the root case analyses (RCA) including all diagrams developed during the design of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as

12

American attorneys, to take evidence in this manner.

21.    *Please produce all documents pertaining to items of critical concern identified during the design of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

22.    *Please produce all documents pertaining to items of critical concern identified with the SAFETY DEVICES during the manufacturing of CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

23.    *Please produce all documents pertaining to the manufacturing tolerances of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*,

13

which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

24. *Please produce all documents pertaining to the decision by TAURUS to add the blade-type trigger safety (as found on the G2 Models) to Taurus STRIKER-FIRED PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

25. *Please produce all documents that pertain to any performance testing standards for the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

14

26.     *Please produce all documents that pertain to any performance testing results for SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

27.     *Please produce all documents that pertain to any safety testing standards for the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

28.     *Please produce all documents that pertain to any International Standards Organization (ISO, for example ISO-9001) certification (for the years the CLASS PISTOLS were manufactured) of the plants which manufacture, assemble or distribute the CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of

15

evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

29.     *Please produce all documents that pertain to any customer complaints, work orders, refunds, replacements, or warranty repairs related to the SAFETY DEVICES and SAFETY DEFECTS with CLASS PISTOLS.*

**OBJECTION**:  Forjas Taurus objects that the request violates, and fails to comply with, the requirements of the *Inter-American Convention on Letters Rogatory and Additional Protocol*, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  Forjas further objects that the request violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Date: January 8, 2015

Respectfully Submitted,

     */s/ David A. Mobley*
Timothy A. Bumann *(admitted Pro Hac Vice)*
David A. Mobley (FBN 571571)
EMAIL: tbumann@sgrlaw.com
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900

SGR/12670679.2

John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Attorneys for Defendant Taurus International Manufacturing, Inc.*

SGR/12670679.2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 8, 2015, the foregoing *Taurus International Manufacturing, Inc.'s Responses and Objections to Plaintiff's Third Set of Requests for Production of Documents to Defendant, Taurus International Manufacturing, Inc.* was served on the counsel of record via e-mail as indicated below:

**Angelo Marino, Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby, II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLp
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
Attorneys for Plaintiff

**Patricia M. Kipinis**
pkipnis@baileyglasser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ  08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff

   /s/ *David A.Mobley*
David A. Mobley (*Florida Bar 571571*)

18

## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all others similarly situated,

        Plaintiff,

    vs.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC.,
and TAURUS HOLDINGS, INC.,

        Defendants.

**CASE NO.:
1:13-cv-24583-PAS**

**CLASS ACTION**

### FORJAS TAURUS S.A.'S OBJECTIONS TO PLAINTIFF'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS FORJAS TAURUS S.A. AND TAURUS INTERNATIONAL MANUFACTURING, INC.

Pursuant to Fed. R. Civ. P. 34, LR 26.1, and the Discovery Practices Handbook, Defendant Forjas Taurus, S.A. ("Forjas"), hereby responds and objects to *Plaintiff's Fourth Set of Requests for Production of Documents to Defendants Forjas Taurus, S.A. and Taurus International Manufacturing, Inc.,* as follows:

#### Note

In spite of any instructions or definitions set forth by Plaintiff to the contrary, the Requests for Production of Documents are being responded to in accordance with Federal Rules of Civil Procedure, LR 26.1, and the Discovery Practices Handbook.

#### Note

No incidental or implied admissions of fact by respondent are made by the responses below. The only admissions are express admissions. The fact that respondent has answered any request to produce may not properly be taken as an admission that respondent accepts or admits the existence of any facts set forth or assumed by such request, or that such response constitutes

1

admissible evidence. The fact that respondent has answered part or all of any discovery propounded is not intended to, and shall not be, construed as a waiver by respondent of all or any part of an objection by respondent to any request to produce or any claim or defense.

**Note**

The fact that a request has been responded to should not be construed as an affirmative representation that the fact set forth, or documents identified therein, constitute all facts or documents relevant to the request.

**Note**

The responses below are made using the Federal Rules of Civil Procedure, LR 26.1, the Discovery Practices Handbook, the common meaning of words and/or phrases, and the usual conventions of grammar as opposed to Plaintiff's instructions and definitions.

**Note**

Terms of art, if any, are so noted. Otherwise, all words have their ordinary and plain meaning as can be gleaned from any modern collegiate dictionary or from the knowledge gained by anyone doing a reasonable pre suit inquiry.

**Note**

Respondent incorporates any and all valid objections to the discovery by other parties.

**Note**

Responses to the discovery by other parties, where relevant, are incorporated as if fully set forth herein.

**Note**

Responses offered over objection are made in an open spirit of cooperation. The responses are full and complete, unless otherwise noted.

**Note**

Any response made to a discovery request is subject to, and without waiving, any objection made to the same request.

**Note**

Service of this discovery response shall not constitute a waiver of any affirmative defense or claim against any party.

**Note**

Respondent reserves the right to supplement the responses herein as discovery in this case progresses and additional documents are obtained or identified.

**Note**

These requests for production are being responded to on behalf of Forjas and incorporate acts known to agents of Forjas who were acting within the scope of their agency at the time in question.

**Note**

Forjas interprets "Taurus" in the below discovery requests to mean Forjas Taurus, S.A. and responds accordingly.

### OBJECTIONS AND RESPONSES TO FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

*1.     Please produce all documents that pertain to any customer complaints, work orders, refunds, replacements, or warranty repairs with respect to the performance of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial

3

authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

      **2.**     ***Please produce all documents pertaining to your acceptable complaint and/or failure rates regarding the SAFETY DEVICES on the CLASS PISTOLS.***

      <u>**OBJECTION:**</u>

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

      **3.**     ***Please produce all documents pertaining to how thermal expansion of the pistol components changes the function and safety of the SAFETY DEVICES on CLASS PISTOLS.***

      <u>**OBJECTION:**</u>

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

      **4.**     ***Please produce all documents pertaining to how reported failures of the SAFETY DEVICES on the CLASS PISTOLS are used by TAURUS to update manufacturing FMECAs for the CLASS PISTOLS.***

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

5.   *Please produce all documents pertaining to how reported failures of the SAFETY DEVICES are used by TAURUS to update design FMECAs for the CLASS PISTOLS.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

6.   *Please produce all documents pertaining to 3D Computer Aided Design (CAD) models developed by TAURUS to analyze the performance and safety of the SAFETY DEVICES on the CLASS PISTOLS.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority

of foreign persons, such as American attorneys, to take evidence in this manner.

**7.    Please produce all documents pertaining to dynamic models developed to analyze the safety of the SAFETY DEVICES on CLASS PISTOLS.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**8.    Please produce any and all standard operating procedures, manuals or policies pertaining to Quality Assurance and/or Quality Control regarding the manufacture, assembly, testing, and distribution of the CLASS PISTOLS.**

**OBJECTIONS:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**9.    Please produce any and all standard operating procedures, manuals or policies related to record retention as it pertains to customer complaints, replacements, refunds, work orders, warranty registration records, and any other records which would contain customer contact information.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the

6

United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

> **10.   Please produce any and all standard operating procedures, manuals, policies, or documents pertaining to monitoring customer complaints, replacements, refunds, work orders, warranty repairs, problems or trends with the CLASS PISTOLS.**

**<u>OBJECTION</u>:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

> **11.   Please produce any and all standard operating procedures, manuals, policies, or documents pertaining to the repair and maintenance of CLASS PISTOLS.**

**<u>OBJECTION</u>:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*12.    Please produce all documents pertaining to work orders and warranty repairs related to the SAFETY DEVICES on the CLASS PISTOLS for the five year period prior to the subject incident (July 2008 to July 2013) and two year period subsequent (July 2013 to July 2014).*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*13.    Please produce all electronically maintained customer reports, complaints, notifications, adverse incident reports, or inquiries (received in any form i.e. over the phone, via website, in writing or by TIMI) of problems or defects with TAURUS STRIKER-FIRED PISTOLS involving the SAFETY DEVICES or SAFETY DEFECTS as described, including any unintended discharges, for the five year period prior to the subject incident (July 2008 to July 2013) and two year period subsequent (July 2013 to July 2014).*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*14.    Please produce any lawsuits filed against Taurus in any jurisdiction pertaining to TAURUS STRIKER-FIRED PISTOLS.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American

Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

15. *Please produce all contracts, agreements, understandings or similar documents between TIMI and FORJAS TAURUS S.A. pertaining to the purchase, sale and/or distribution of TAURUS STRIKER-FIRED PISTOLS.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

16. *Please produce all correspondence or documents between TIMI and FORJAS TAURUS S.A. regarding the design and manufacture of TAURUS STRIKER-FIRED PISTOLS.*

**OBJECTION:**

Overbroad and not calculated to lead to the discovery of admissible evidence concerning Plaintiff's false safety theory or drop safety theory as applied to the Class Pistols as they are defined by agreement for the purposes of discovery. The request also violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law

because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**17.     Please produce a copy of each patent or patent application for the SAFETY DEVICES in the CLASS PISTOLS.**

<u>**OBJECTION**</u>**:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**18.     Please produce a copy of each patent or patent application for the SAFETY DEVICES in the G2 TAURUS STRIKER-FIRED PISTOLS.**

<u>**OBJECTION**</u>**:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**19.     Please produce any and all warnings and/or memorandums and/or recalls issued by TAURUS which would pertain to the CLASS PISTOLS.**

<u>**OBJECTION**</u>**:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the

United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

    **20.  Please produce any and all safety system analysis or other written methodology used to evaluate the SAFETY DEVICES, unintentional discharges of the CLASS PISTOLS.**

    <u>**OBJECTION:**</u>

    The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

    **21.  Please produce each test protocol, test result, analysis, summary, videotape, photograph, film, or other written or recorded item documents pertaining to the SAFETY DEVICES on the CLASS PISTOLS.**

    <u>**OBJECTION:**</u>

    Attorney Work Product and Attorney Client privileged. The request also violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*22.    Please produce any and all documents, memorandum, or correspondence evidencing any investigation, actions, changes or measures taken by TAURUS after being notified or becoming aware of complaints raised by the Brazilian Military Police of unintentional discharges with the CLASS PISTOLS or Taurus 24/7.*

**OBJECTION:**

Attorney Client and Work Product privileged. The request also violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*23.    Please produce any and all communications, correspondence, letters, emails, between TAURUS and Dennis Millett regarding or relating to his returning his Taurus 24/7 pistol to TAURUS for evaluation and repair due as a result of an alleged defect which caused the gun to discharge with the safety on.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*24.    Please produce any and all repair or maintenance records regarding or documents pertaining to the Taurus 24/7 pistol submitted to TAURUS by Dennis Millett.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American

Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

25. *Please produce any and all evaluation, test results or findings by TAURUS relating or documents pertaining to the Taurus 24/7 pistol submitted to TAURUS by Dennis Millett.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

26. *Please produce any and all communications, correspondence, letters, emails, between TAURUS and John Bonno pertaining to his Taurus 24/7.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner..

27.     *Please produce any and all repair or warranty records pertaining to the Taurus 24/7 pistol submitted to TAURUS by John Bonno.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

28.     *Please produce any and all evaluation, test results or findings by TAURUS pertaining to the Taurus 24/7 pistol submitted to TAURUS by John Bonno.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

29.     *Please produce any and all communications, correspondence, letters, emails, between TAURUS and Wade Wilson pertaining to the unintentional discharge of his Taurus 24/7.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial

authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

30.   **Please produce any and all repair or maintenance records pertaining to the Taurus 24/7 pistol submitted to TAURUS by Wade Wilson.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

31.   **Please produce any and all evaluation, test results or findings by TAURUS pertaining to the Taurus 24/7 pistol submitted to TAURUS by Wade Wilson.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

32.   **Please produce any and all communications, correspondence, letters, emails, between TAURUS and Jordan Blevin pertaining to the unintentional discharge of his Taurus 24/7 pistol.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*33.*      *Please produce any and all repair or maintenance records pertaining to the Taurus 24/7 pistol submitted to TAURUS by Jordan Blevin.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*34.*      *Please produce any and all evaluation, test results or findings by TAURUS pertaining to the Taurus 24/7 pistol submitted to TAURUS by Jordan Blevin.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority

16

of foreign persons, such as American attorneys, to take evidence in this manner.

      **35.**     ***Please produce any and all documents showing the contacting information for Dennis Millett, John Bonno, Wade Wilson, and Jordan Blevin.***

    <u>**OBJECTION**</u>:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Date:   January 14, 2015.

                       Respectfully Submitted,

                       _____*/s/ David A. Mobley*_____
                       Timothy A. Bumann *(admitted Pro Hac Vice)*
                       David A. Mobley (FBN 571571)
                       EMAIL: tbumann@sgrlaw.com
                       EMAIL: dmobley@sgrlaw.com
                       SMITH, GAMBRELL & RUSSELL, LLP
                       1230 Peachtree Street, NE
                       Promenade, Suite 3100
                       Atlanta, Georgia 30309
                       Telephone: (404) 815-3500
                       Facsimile: (404) 815-3900

                       John P. Marino (FBN 814539)
                       EMAIL: jmarino@sgrlaw.com
                       SMITH, GAMBRELL & RUSSELL, LLP
                       50 N. Laura Street, Suite 2600
                       Jacksonville, FL 32202
                       Telephone: 904-598-6100
                       Facsimile: 904-598-6300
                       *Attorneys for Defendant Forjas Taurus S.A.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2015, the foregoing *Forjas Taurus, S.A.'s Objections to Plaintiff's Fourth Set of Requests for Production of Documents to Defendants Forjas Taurus S.A. and Taurus International Manufacturing Inc.* was served on the counsel of record via e-mail as indicated below:

**Angelo Marino, Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby, II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLp
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
Attorneys for Plaintiff

**Patricia M. Kipinis**
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ 08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff

_____/s/ David A. Mobley_____
David A. Mobley (Florida Bar 571571)

18

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all others similarly situated,

        Plaintiff,

    vs.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL MANUFACTURING, INC.,
and TAURUS HOLDINGS, INC.,

        Defendants.

**CASE NO.:**
**1:13-cv-24583-PAS**

**CLASS ACTION**

## FORJAS TAURUS, S.A.'S
## OBJECTIONS TO PLAINTIFF'S FIFTH SET OF
## REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
## <u>TAURUS INTERNATIONAL MANUFACTURING, INC.AND FORJAS TAURUS, S.A.</u>

Pursuant to Fed. R. Civ. P. 34, LR 26.1, and the Discovery Practices Handbook, Defendant

Forjas Taurus, S.A. ("Forjas"), hereby objects to *Plaintiff's Fifth Set of Requests for Production of*

*Documents to Defendants Taurus International Manufacturing, Inc. and Forjas Taurus, S.A.* as

follows:

### <u>Note</u>

In spite of any instructions or definitions set forth by Plaintiff to the contrary, the Requests

for Production of Documents are being responded to in accordance with Federal Rules of Civil

Procedure, LR 26.1, and the Discovery Practices Handbook.

### <u>Note</u>

No incidental or implied admissions of fact by respondent are made by the responses

below. The only admissions are express admissions. The fact that respondent has answered any

request to produce may not properly be taken as an admission that respondent accepts or admits the

existence of any facts set forth or assumed by such request, or that such response constitutes

admissible evidence.   The fact that respondent has answered part or all of any discovery propounded is not intended to, and shall not be, construed as a waiver by respondent of all or any part of an objection by respondent to any request to produce or any claim or defense.

### Note

The fact that a request has been responded to should not be construed as an affirmative representation that the fact set forth, or documents identified therein, constitute all facts or documents relevant to the request.

### Note

The responses below are made using the Federal Rules of Civil Procedure, LR 26.1, the Discovery Practices Handbook, the common meaning of words and/or phrases, and the usual conventions of grammar as opposed to Plaintiff's instructions and definitions.

### Note

Terms of art, if any, are so noted.   Otherwise, all words have their ordinary and plain meaning as can be gleaned from any modern collegiate dictionary or from the knowledge gained by anyone doing a reasonable pre suit inquiry.

### Note

Respondent incorporates any and all valid objections to the discovery by other parties.

### Note

Responses to the discovery by other parties, where relevant, are incorporated as if fully set forth herein.

### Note

Responses offered over objection are made in an open spirit of cooperation.  The responses are full and complete, unless otherwise noted.

2

**Note**

Any response made to a discovery request is subject to, and without waiving, any objection made to the same request.

**Note**

Service of this discovery response shall not constitute a waiver of any affirmative defense or claim against any party.

**Note**

Forjas reserves the right to supplement the responses herein as discovery in this case progresses and additional documents are obtained or identified.

**Note**

These requests for production are being responded to on behalf of Forjas and incorporate acts known to agents of Forjas who were acting within the scope of their agency at the time in question.

## OBJECTIONS TO FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

***1.        Produce copies of any documents pertaining to and which show the total number of CLASS PISTOLS distributed by TIMI in the United States, including, but not limited to the Importers Firearms Acquisition Records required by ATF.***

### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority

3

of foreign persons, such as American attorneys, to take evidence in this manner.

**2.     *Please produce exemplar copies of any written warranties which would have been provided with each of the Taurus Models included in the CLASS PISTOLS description.***

**<u>OBJECTION:</u>**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**3.     *Please produce exemplar copies of the Product and/or Owners Manuals for each of the Taurus Models (including any updates or changes for different years) included in the CLASS PISTOLS description.***

**<u>OBJECTION:</u>**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**4.     *Please produce all "Work Orders" and related documents pertaining to the CLASS PISTOLS. This includes, but is not limited to, all information obtained by you when a "Work Order" is completed on-line by an owner.***

**<u>OBJECTION:</u>**

4

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**5.      Please produce the federal mandated "bound book in which entries are written" for all records of the acquisition and disposition according to 27 CFR § 478.122.  This request is limited to those records for the CLASS PISTOLS.**

### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**6.      Please produce all "sales reports" which the "Sales Director" for "Taurus Holdings, Inc." would prepare in conjunction with the IT department.  This request is limited to the CLASS PISTOLS.**

### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

5

*7.     Please produce all documents (internal and public) pertaining to "product launches" of the TAURUS STRIKER-FIRED PISTOLS that include a trigger-blade safety, including, but not limited to, the Millennium G2, 24/7 G2, and 24/7 G2 Compact.  This includes any documents which describe why the trigger-blade safety is an improvement and/or safer design.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*8.     Please produce all documents, including emails or other written communications, which pertain to TAURUS decision to change the design of the STRIKER-FIRED PISTOLS to include a trigger-blade safety (i.e. G2 Models).*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

*9.     Please produce all documents, including emails or other written communications, which pertain to the decision to include in certain manuals, the following statement: "WARNING: To properly apply the manual safety lever, the trigger must be in its forward-most position, otherwise the lever can be moved upwards, but will not be fully engaged."*

**OBJECTION:**

6

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**10.   Please produce all documents, including emails or other written communications, from and to Amaro DaSilva (or the Firearm Production and Repair Manager at the relevant times) pertaining to problems or complaints from customers regarding either of the SAFETY DEFECTS with the CLASS PISTOLS as described, including, unintended discharges.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**11.   Please produce all documents, including emails or other written communications, from and to Russo Horta (or the Production Supervisor at the relevant times) pertaining to problems or complaints from customers regarding either of the SAFETY DEFECTS with the CLASS PISTOLS as described, including, unintended discharges.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority

7

of foreign persons, such as American attorneys, to take evidence in this manner.

**12.     Please produce all documents pertaining to training which customer service agents are given with regard to questions to ask when dealing with an unintended discharge or the SAFETY DEFECTS, as described.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**13.     Please produce all documents, including emails or other written communications, from and to the Customer Service Manager at the relevant times pertaining to problems or complaints from customers regarding either of the SAFETY DEFECTS as described, including, unintended discharges.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**14.     Please produce all documents pertaining to the training and use of the computer program used by TAURUS to retrieve records of repairs performed by TAURUS.**

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American

SGR/12696344.1

Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**15.     *Please produce all documents pertaining to the training and use of the computer program used by TAURUS as tracking system for any repairs to TAURUS firearms.***

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**16.     *Please produce all letters received from customers as part of your "Shipping Instructions" for any CLASS PISTOLS shipped to TIMI for repair, inspection, or evaluation of the problem. This request is limited to CLASS PISTOLS in which the repair, inspection, or evaluation involved the SAFETY DEFECTS or unintended discharges.***

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

9

17.    *Please produce all documents pertaining to "Work Orders" or "Service Requests" on CLASS PISTOLS which involve a "Point of Failure" categorized as a "Misfire."*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

18.    *Please produce all documents pertaining to "Work Orders" or "Service Requests" on CLASS PISTOLS which involve an "Area of Concern" categorized as any of the following: Firing Pin, Firing Block, Firing Pin Retaining Pin, Firing Pin Spring, Safety, Sear, Striker, Striker Return Spring, Striker Sleeve, Striker Spring, Trigger, Trigger Bar, Trigger Block Safety, Trigger Guard, Trigger Spring, and Trigger Strut.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.  The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

19.    *Please produce all documents pertaining to "Work Orders" or "Service Requests" on CLASS PISTOLS in which the "chain of events preceding the issue(s)" includes a description related to the SAFETY DEFECTS or an unintended discharge.*

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the

10

United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**20.   *Please produce all notifications, alerts, or other similar communications in which TAURUS has advised owners of any TAURUS made firearm of problems, including safety issues with the firearms for which the consumer is take advantage of the Taurus Unlimited Lifetime Repair Policy.™***

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**21.   *Please produce all documents pertaining to the systems TAURUS has in place to notify owners of any problems with their firearms, including, safety upgrades, recalls, or retrofits.***

**OBJECTION:**

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

11

**22.    Please produce all communications and documents pertaining to TAURUS consideration, contemplation, discussion, recommendation, or advice that owners of CLASS PISTOLS be notified in any way for purposes of a recall, retrofit, or safety upgrade to the CLASS PISTOLS.**

#### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**23.    Please produce all documents, including U.S. distribution records, which would show that total number of CLASS PISTOLS distributed in the United States.**

#### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities.   The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**24.    Please produce all documents, including internal reports, pertaining to the return rate for the CLASS PISTOLS.**

#### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial

SGR/12696344.1

authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**25.      Please produce all documents pertaining to any testing and inspection by TIMI of the following pistols prior to the time these pistols were distributed by TIMI in the United States to TIMI distributors or others for sale to the public. The pistols relevant to this request include the pistols described in Exhibit A, attached hereto.**

### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

**26.      Please produce all documents pertaining to any testing and inspection by Forjas Taurus of the following pistols prior to the time these pistols were shipped to TIMI. The pistols relevant to this request include the pistols described in Exhibit A.**

### OBJECTION:

The request violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol, which is the treaty in place between the United States and Brazil that authorizes the taking of evidence by American courts and judicial authorities. The request further violates Brazilian international sovereignty, Brazil's judicial sovereignty, and Brazilian procedural law because Brazilian law does not recognize the authority of foreign persons, such as American attorneys, to take evidence in this manner.

Respectfully Submitted,

_/s/ Timothy A. Bumann_
Timothy A. Bumann *(admitted Pro Hac Vice)*

13

David A. Mobley (FBN 571571)
EMAIL: tbumann@sgrlaw.com
EMAIL: dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900


John P. Marino (FBN 814539)
EMAIL: jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Attorneys for Defendant Forjas Taurus, S.A.*

SGR/12696344.1

## CERTIFICATE OF SERVICE

I certify that on January 14th, 2015, the foregoing Forjas Taurus, S.A. Objections to Plaintiff's Fifth Set of Requests for Production of Documents to Defendants, Taurus International Manufacturing, Inc. and Forjas Taurus, S.A. was served on the counsel of record via e-mail as indicated below

**Angelo Marino, Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**David L. Selby, II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLp
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900
Facsimile: (305) 854-8266
Attorneys for Plaintiff

**Patricia M. Kipinis**
pkipnis@baileyglasser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ  08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff

_____/s/ Timothy A. Bumann_____

Timothy A. Bumann  *admitted pro hac vice*