# EXHIBIT B

# BAILEY GLASSER LLP



3000 Riverchase Galleria
Suite 905
Birmingham, AL 35244
Tel: 205.988.9253
Toll Free: 877.852.0342
Fax: 205.733.4896

David L. Selby, II
dselby@baileyglasser.com

August 11, 2014

**VIA E-MAIL ONLY**

David A. Mobley, Esq.
SMITH, GAMBRELL &
RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309

> Re:  **Chris P. Carter, et al. v. Forjas Taurus S.A., et al.**
> Case No. 1:13-cv-24583-PAS
>
> Plaintiff's FRCP 37(a)(1) Letter Re: Forjas Taurus, S.A. Objections to
> Plaintiff's First Set of Request of Production

Dear David:

This follows receipt of Forjas Taurus, S.A.'s ("Forjas Taurus") Objections to Plaintiff's First Set of Request of Production. The purpose of this letter is to address Forjas Taurus's objections in an effort to resolve those issues without court action.

Forjas Taurus has objected to every single request for production and provided no documents or written responses based on their position that the discovery "violates, and fails to comply with, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol." Please explain why discovery should not be produced by Forjas Taurus for all the same reasons service was permitted.

The general proposition of *Kreimerman v. Casa Veerkamp, S.A.*, 22 F.3d 634, 647 (5th Cir. 1994) – that the Inter-American Convention on Letters Rogatory does not foreclose other methods of service – also applies to evidence. In other words, the Convention does not forbid the exchange of discovery under the Federal Rules of Civil Procedure. Notably, both items are covered in Article 2 of the Convention:

Article 2

This Convention shall apply to letters rogatory, issued in conjunction with proceedings in civil and commercial matters held before the appropriate authority of one of the States Parties to this Convention, that have as their purpose:

a. The performance of procedural acts of a merely formal nature, such as service of process, summonses or subpoenas abroad;

b. The taking of evidence and the obtaining of information abroad, unless a reservation is made in this respect.

*See also Societe Nationale Industrielle Aerospatiale v. S.D. Iowa,* 482 U.S. 522, 529 (1987) (Hague Evidence Convention does not provide the exclusive and mandatory procedures for obtaining documents and information located within the territory of a foreign signatory).

I would also point out that Judge Seitz's orders regarding the waiver of service and the entry of a joint scheduling order certainly presume that discovery will be exchanged by Forjas Taurus. Further, given the representations by Mr. Bumann at the Rule 16(b) hearing that the parties would work through any discovery challenges posed by your client's domicile in Brazil, we are somewhat surprised by this objection. If Forjas Taurus had intended that the waiver of service for this case would not apply to the exchange of discovery then they should have informed Judge Seitz and Plaintiff's counsel of their specific reservation with respect to discovery.

Please let me know if Forjas Taurus will withdraw this objection. If Forjas Taurus will not withdraw this objection, then please provide a written response to the points we have raised so that will be in a better position to discuss with Magistrate Judge Turnoff.

Sincerely,

David L. Selby, II

DLS/ds

cc:     All Counsel of Record Via E-Mail Only

*Promenade, Suite 3100*
*1230 Peachtree Street, N.E.*
*Atlanta, Georgia 30309-3592*
*Main: 404 815-3500*
*Fax: 404 815-3509*
*www.sgrlaw.com*

**SMITH, GAMBRELL & RUSSELL, LLP**

*Attorneys at Law*

*David A. Mobley*
*Direct Tel:  404-815-3712*
*Direct Fax:  404-685-7012*
*dmobley@sgrlaw.com*

December 24, 2014

**VIA REGULAR MAIL AND E-MAIL**

David L. Selby, II
Bailey Glasser LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244

> Re:    *Chris P. Carter v. Forjas Taurus, et al. – S.D. Fla. Case No.: 13-24583*
> *Correspondence Dated August 11, 2014*
> *First Requests for Production to Forjas Taurus, S.A.*

Dear David:

We are in receipt of your letter dated August 11, 2014, regarding *Forjas Taurus'* *Responses and Objections to Plaintiff's First Set of Requests for Production of Documents to Defendant Forjas Taurus, S.A.*, which were served on June 16, 2014. Forjas Taurus objected to the discovery because Mr. Carter served discovery in a manner that disregards, among other things, a treaty in place between the United States and Brazil. As your letter acknowledges, proper methods of discovery exist for serving discovery on Brazilian citizens, but your client seems unwilling to pursue discovery in that manner. Forjas Taurus remains committed to resolving this dispute without intervention of the Court, but we will need to find a solution that respects both your client's need for discovery and our client's rights.

Very truly yours,

SMITH, GAMBRELL & RUSSELL, LLP

David A. Mobley

DAM/dcb
cc:    Counsel of Record (via e-mail)



*Atlanta, Georgia | Frankfurt, Germany | Jacksonville, Florida | New York, New York | Washington, D.C.*

**SGR** SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys at Law*

*Promenade, Suite 3100*

*1230 Peachtree Street, N.E.*

*Atlanta, Georgia 30309-3592*

Hasler

12/24/2014

US POSTAGE   $00.48

David L. Selby, II
Bailey Glasser LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244

35244$2330 C020