# EXHIBIT C

**From:** David L. Selby II
**Sent:** Monday, January 26, 2015 10:50 AM
**To:** 'Marino, John'
**Cc:** Bumann, Timothy A.; John W. Barrett; Eric Snyder; Todd Wheeles; Matt Ford; Melissa Chapman
**Subject:** Carter v. Taurus

John:

Just to follow up from our conversation on Friday, please confirm whether depositions are going forward on Thursday (Jan. 29) and Friday (Jan. 30) for the topics listed in Paragraphs 3, 6, 7, 9, 11, and 15 as set out in Plaintiff's December 18, 2014 30(b)(6) Notice. Also, let me know whether TIMI will be able to produce any of the documents requested in Plaintiff's Notice in advance of the depositions on Jan. 29 and 30. If yes, then let's discuss best arrangements for us to get those documents ahead of time, i.e. drop box or other secure link, so as to avoid delays with regular mail.

A couple of other housekeeping items. We still need the other dates as soon as possible for the representatives who will testify on the remaining topics set forth in Plaintiff's 30(b)(6) Notice. Specifically, the topics referenced in paragraphs 1, 2, 4, 5, 8, 10, 12, 13, 14, and 16 through 20. We also never got a response to our January 2, 2015 email requesting deposition dates for the following individuals: Robert Morrison, David Blenker, Mark Kresser, Sarah Perry, Eduardo Barrows, and Scott Rothenberg. I have attached Notices for their depositions with the understanding that we are certainly willing to be reasonable about any necessary rescheduling. We just want to make sure we get all these pending depositions scheduled as soon as possible so as not to prejudice Plaintiff in advance of any upcoming deadlines.

In addition, there is still the outstanding issue with Forjas Taurus Objections to all of Plaintiff's discovery based on their position that the discovery "violates and fails to comply with the, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol." I had exchanged letters and emails with David Mobley regarding this issue prior to the parties agreed discovery stay, but based on my last conversations with Tim it appears that we need to get this issue before the Magistrate.

I know we had talked about using some of the time at mediation on February 2nd to discuss the outstanding discovery issues, therefore, I wanted to get this to you in advance so we will be better prepared to discuss.

Thanks.

**David L. Selby, II**
**Bailey & Glasser LLP**
**T: 205.682.7575**

**From:** David L. Selby II
**Sent:** Wednesday, February 04, 2015 2:56 PM
**To:** John Marino
**Cc:** Tim Bumann; Todd Wheeles
**Subject:** Carter v. Taurus - Forjas Taurus Objections

John:

I wanted to follow up from our discussions yesterday with regard to the outstanding discovery dispute regarding Forjas Taurus Objections to all of Plaintiff's discovery based on their position that the discovery "violates and fails to comply with the, the requirements of the Inter-American Convention on Letters Rogatory and Additional Protocol." The parties have conferred and made a good faith effort to resolve this dispute. It is my understanding that Forjas Taurus will not provide any discovery responses or make themselves available for deposition until this discovery dispute is resolved. As discussed, we need to get this dispute on Magistrate Judge William C. Turnoff's regular discovery calendar. Of course, it is critical for Plaintiff that we get this dispute resolved as soon as possible so that we may proceed with discovery, including, depositions of Forjas Taurus.

Pursuant to the requirements of the Discovery Procedure for Magistrate Judge William C. Turnoff, the movant must contact the chambers of Judge Turnoff and place the matter on the next available discovery calendar. The movant is to confer with opposing counsel to confirm availability before contacting Judge Turnoff. The discovery calendar is held every Thursday, from 2:00 pm to 4:00 pm at the Federal Court House.

Please let me know as soon as possible if Thursday February 19 works for you guys.

Thanks so much.