# EXHIBIT D

```
                         IN THE CIRCUIT COURT OF THE
                         11TH JUDICIAL CIRCUIT IN
                         AND FOR MIAMI-DADE COUNTY, FLORIDA
                         GENERAL JURISDICTION DIVISION
                         CASE NO.  2013-14439-CA-01
```

MICHAEL E. NETZ, individually,

    Plaintiff,

vs.

TAURUS INTERNATIONAL
MANUFACTURING, INC., a
Florida Corporation for Profit,
and FORJAS TAURUS, S.A., a
Foreign Corporation,

    Defendant.
_____/

```
                         Miami-Dade County Courthouse,
                         73 West Flagler Street,
                         Miami, Florida,
                         Friday, May 2, 2014,
                         8:30 a.m.
```

    The above-entitled cause came on for hearing before The Honorable Jerald Bagley, Circuit Judge, at the Miami-Dade County Courthouse pursuant to notice.

APPEARANCES:
    LEESFIELD & PARTNERS, P.A., by
    CAROL FINKLEHOFFE, ESQ., of counsel
    THOMAS SCOLARO, ESQ., of counsel
    On behalf of the Plaintiff.

    SMITH, GAMBRELL & RUSSELL, LLP, by
    TIMOTHY A. BUMANN, ESQ., of counsel
    JOHN F. WEEKS, IV, ESQ., of counsel
    on behalf of the Defendant.

```
 1    Brazilian company.  For example, I don't have the
 2    design plans.  I don't have the manufacturing plans.
 3    This all relates to the interrelationship between the
 4    two parties and we're entitled to the discovery.
 5           MR. BUMANN:  Your Honor, if revenue is the
 6    issue on jurisdiction, I think I would be sanctioned,
 7    based on what I learned in law school, if I took the
 8    position that this Court did not have in personam
 9    jurisdiction of Forjas Taurus once they're served.
10    It's clear that the product is designed, sold with
11    the intent to put it into the North American market.
12    It entered the North American market.  I have no
13    argument that you wouldn't have in personam
14    jurisdiction.  So if that obviates this whole issue,
15    then, please, let's do that.
16           THE COURT:  Thank you.
17           Let's move on to the sixth request for
18    production.
19           MS. FINKLEHOFFE:  Again, Your Honor, the
20    sixth request for production deals with
21    communications between the Florida company and the
22    Brazilian company and what information did they
23    share, including what information did they give them
24    on, were they advised about this accident.  Opposing
25    counsel is objecting and arguing privilege.  He
```

```
 1                      CERTIFICATE
 2
 3   STATE OF FLORIDA        )
                             )  SS:
 4   COUNTY OF MIAMI-DADE    )
 5
             I, Amanda Diffee, Court Reporter, certify
 6   that I was authorized and did stenographically report
 7   the foregoing proceedings and that this transcript is
 8   a true and complete record of the proceedings.
 9
10           I further certify that I am not a relative,
11   employee, attorney, or counsel for any of the parties
12   nor am I a relative of, employee of any of the
13   parties; nor am I financially interested in the
14   action.
15
16
17           Dated this 7th day of May 2014.
18
19                          _____
                            AMANDA DIFFEE, Court Reporter
20                          Notary Public State of Florida
                            Commission No. 094663
21                          Expires March 23, 2018
22
23
24
25
```