# EXHIBIT A

Case 1:13-cv-24583-PAS Document 146-1 Entered on FLSD Docket 04/12/2015 Page 2 of 4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

    *Plaintiff*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants*.

Case No. 1:13-cv-24583

**CLASS ACTION**

## NOTICE REGARDING ALTERNATIVE SERVICE

    Defendant Forjas Taurus S.A., hereby files its notice to the Court pursuant to the *Order Following Hearing* dated April 23, 2014 (DE 44) (the "Order"). Subject to the additional requirements set forth by the Court in the Order, and for purposes of this case only, Forjas Taurus will accept service of process in this litigation pursuant to Fed. R. Civ. P. 4(d). The Waiver of Service in this case is contrary to Company policy and should not be interpreted to the effect that the Company will not insist on the formalities of International Law in the future. The Waiver is being granted in this case for good and valid reasons peculiar to this case and these circumstances.

    This 30th day of April, 2014.

*[SIGNATURES CONTINUED ON FOLLOWING PAGE]*

Respectfully submitted,

    */s/ David A. Mobley*
Timothy A. Bumann, Esq. (*Admitted Pro Hac Vice*)
tbumann@sgrlaw.com
David A. Mobley (FBN 571571)
dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3900


John P. Marino (FBN 814539)
jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE REGARDING ALTERNATIVE SERVICE** was served via transmission of Notices of Electronic Filing generated by CM/ECF, on this April 30, 2014 on the following counsel of record.

                                                                                                                   */s/ David A. Mobley*
                                                                                                                    Counsel for Defendants

### SERVICE LIST

David L. Selby, II
*(Admitted Pro Hac Vice)*
dselby@baileyglasser.com
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 682-7575
Facsimile: (205) 733-4896
Attorneys for Plaintiff Chris P. Carter

John W. Barrett
*(Admitted Pro Hac Vice)*
jbarrett@baileyglasser.com
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
Attorneys for Plaintiff Chris P. Carter

Patricia M. Kipinis
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ 08033
Telephone: (856) 795.0378
Facsimile: (304) 342.1110
Attorneys for Plaintiff Chris P. Carter

Angelo Marino, Jr.
amjrpamail@aol.com
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Telephone: (954) 765-0537
Facsimile: (954) 765-0545
Attorneys for Plaintiff Chris P. Carter

Todd Wheeles
*(Admitted Pro Hac Vice)*
twheeles@mhhlaw.net
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Telephone: (205) 324-4008
Facsimile: (205) 324-0803
Attorneys for Plaintiff Chris P. Carter