# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                     CASE NO. 13-24583-CIVIL-SEITA
 3

 4    CHRIS P. CARTER,                   Miami, Florida
      Individually and on behalf of
 5    all others similarly situated,

 6              Plaintiff,               April 23, 2014

 7        vs.                            10:05 a.m. to 12:49 p.m.

 8    FORJAS TAURUS, S.A.,
      TAURUS INTERNATIONAL
 9    MANUFACTURING, INC., and
      TAURUS HOLDINGS, INC.,
10
                Defendants.              Pages 1 to 107
11    _____

12
                  RULE 16(B) SCHEDULING CONFERENCE
13           BEFORE THE HONORABLE PATRICIA A. SEITZ,
                   UNITED STATES DISTRICT JUDGE
14

15
      APPEARANCES:
16

17    FOR THE PLAINTIFF:      DAVID L. SELBY, II, ESQ.
                              BAILEY & GLASSER, LLP
18                            300 Riverchase Galleria
                              Suite 905
19                            Birmingham, Alabama 35244
                                     -and-
20                            TODD WHEELES, ESQ.
                              MORRIS, HAYNES, HORNSBY & WHEELES
21                            3500 Colonnade Parkway
                              Suite 100
22                            Birmingham, Alabama 35243
                                     -and-
23                            ANGELO MARINO, JR., ESQ.
                              645 Southeast Fifth Terrace
24                            Fort Lauderdale, Florida 33301

25
```

```
 1          MR. BUMANN:  And we have other clients.  We have a lot
 2   of clients out of Brazil.
 3          THE COURT:  It is the sleeping giant if it ever gets
 4   its --
 5          MR. BUMANN:  It is.
 6          THE COURT:  -- if I were not an American, I would be a
 7   Brazilian.
 8          MR. BUMANN:  Well, I'm sure they would be pleased to
 9   have your Honor as a citizen.
10          THE COURT:  And they are very aggressive.  If you were
11   born there or you are a child of someone that is born there,
12   you are automatically a Brazilian citizen.
13          MR. BUMANN:  They're very protective of their
14   sovereignty, as the Court must be aware.
15          THE COURT:  I'm very sensitive to that.
16          MR. BUMANN:  And that's really what the -- what our
17   12(b)(5) is bottomed on.
18          THE COURT:  And this is my practical side again for the
19   Plaintiff, is that, in looking at the case law, the Eleventh
20   Circuit's decision discussing the Ninth Circuit's decision, it
21   would appear to me that you've satisfied -- my concern for the
22   Plaintiff is, if I deny the motion to dismiss, you all are
23   going to have a problem enforcing your judgment in Brazil.
24          And so my question back to you is:  What prevents you
25   from -- if I deny the motion, but you proceed with the letters
```

rogatory if you want to make sure that you have an enforceable judgment?

The problem that I have is that the purposes of service -- and this is my additional question that I need the Defendants to answer -- is that, in Brazil, I cannot -- I do not know and none of the affidavits have discussed what does the Brazilian judge do.

What is the process? What is the criteria whereby the judge evaluates the sufficiency of the complaint? Is it like a motion to dismiss that you look at -- I mean, if the causes of action are causes of action that are cognizable in either federal law -- US federal law or US common law, Brazil, being a code country, may not have similar.

So how does a Brazilian judge make that evaluation or is it simply a form issue that they -- sort of like a pleading standard has to put the Defendant on notice? What is involved in that? How long does that take?

MR. BUMANN: I've represented Forjas Taurus for 25 years. And my experience, myself, has been, if the service is not by letters rogatory, the Brazilian Supreme Court doesn't even look any further. The complaint -- the judgment is not honored.

THE COURT: Okay. And that I understand.

Mine right now is a practical question as to: What is involved in the process of issuing the letters rogatory?

that. And what I need to do is go and talk to the client and determine whether they're in this case willing to waive that service. And I'm happy to do that.

And I will educate them concerning -- or make sure that they understand and remind them -- because they do have new corporate counsel down south -- about the service costs issue and they may very well change their mind.

THE COURT: Or what they can do, if they want to go through the form, they can work in tandem with the Plaintiff to facilitate and move it through the process. Don't you think?

Because I'm trying to figure out what to do here because I am concerned for the Plaintiff that the realities are, if you try and -- if you get a judgment and you try and enforce it in Brazil, I think you're going to have problems. So all of this is a waste of time.

It's the old adage: If the judgment is not collectible, it's not worth the paper that it's printed on. I don't think any of us here are interested in just churning our wheels for that purpose.

So I think you need to start the process. The question that I have here is: Given the very respected counsel that I have on both sides, how can we take care of the concerns that your client has?

And I can understand you don't want to open the floodgates to anyone willy-nilly, you know, sending stuff down.

```
 1  Honor, by May 1st?
 2          THE COURT:  Right.  And then you all are going to
 3  report as well as to the resolution of the service issue.
 4          MR. JOHN MARINO:  Should we do that as a notice to the
 5  Court or an amended --
 6          THE COURT:  Yes.
 7          I'm inclined to deny the motion to dismiss with the
 8  instruction to the Plaintiff that, if it's not resolved this
 9  way, to proceed with the -- just in an abundance of caution
10  because, if you get a judgment, that's the only way you'll be
11  able to enforce it in Brazil.
12          MR. BUMANN:  So you would deny or grant the 12(b)(5)
13  motion?
14          THE COURT:  No.  I'm going to deny it.
15          MR. BUMANN:  Deny it.  Okay.
16          THE COURT:  Right.  Because I think, as far as the
17  Eleventh Circuit law, they have done what they need to do.
18          MR. BUMANN:  Okay.
19          THE COURT:  The concern that I have is, in looking at
20  what was actually provided to me, it looked like the question
21  was that, for enforcement purposes -- and that was the
22  concern that the Brazilian justices had -- that they would not
23  give full faith and credit.
24          MR. BUMANN:  Exactly, your Honor.
25          THE COURT:  And that goes back to the sovereignty
```

1   issue.  But, quite frankly, it looks to me more like a form
2   over substance issue.
3       But I don't -- but that's the practicalities.  I do not
4   want to create any offense to the Brazilian Government, the
5   Brazilian state or the citizens of Brazil.  And I'm just
6   looking at it practically speaking.
7       MR. BUMANN:  Does the Court have -- assuming that I'm
8   successful, which I believe I will be, in getting them to waive
9   service once we get the translation done, does the Court have
10  any deadline in mind for when we need to get with -- because
11  we've got to get with the translators, pick a translator and
12  get the thing done.
13      THE COURT:  I leave that up to you.  I've given you the
14  names and the phone numbers so you -- you all are very
15  experienced.
16      MR. BUMANN:  I just didn't know if the Court had a
17  particular deadline that it had in mind for that.
18      THE COURT:  I presume that the --
19      MR. SELBY:  The Plaintiffs will take care of getting
20  that done immediately, translated.
21      THE COURT:  And that should help you in your
22  discussions so that, by May 1, I will know that it's, A, been
23  translated -- and you need to call her today -- that that issue
24  can be resolved.
25      Because I'd like to keep all of the parties on track as