# EXHIBIT E

Contact Us      Find U.S. Embassies & Consulates

# TRAVEL.STATE.GOV
U.S. DEPARTMENT OF STATE · BUREAU OF CONSULAR AFFAIRS

SEARCH

## LEGAL CONSIDERATIONS

- U.S. Citizenship Laws & Policies
- **International Judicial Assistance**
- International Treaties & Agreements
- International Child Support Enforcement

Service of Process | Obtaining Evidence | Enforcement of Judgements | Authentication of Documents | Retaining a Foreign Attorney | **Country Information**



# Brazil
**Official Name:** Federative Republic of Brazil

LAST UPDATED: NOVEMBER 15, 2013

Party to Hague Service Convention?   **No**
Party to Hague Evidence Convention?   **No**
Party to Hague Apostille Convention?   **No**
Party to Inter-American Convention?   **Yes**
Service of Process by Mail?   **N/A**

### Country Information



### Enroll in Step
Enrolling in this free service will allow us to better assist you in case of an emergency while you are abroad.

**ENROLL**

### DISCLAIMER
DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.

**Collapse All**

**Embassies and Consulates**   −

### U.S. Embassy Brasilia
**SES 801- Avenida das Nacoes, Lote 03**
**70403-900 - Brasilia, DF Brazil**
**Telephone:** +(55)(61) 3312-7000
**Emergency After-Hours Telephone:** +(55)(61) 3312-7400
**Fax:** (61) 3312-7651

✉ BrasiliaACS@state.gov

## CONSULATES

**Consular Agency in Brasilia's Consular District**
**Manaus Consular Agency**
**Edificio Atrium, Suite 306**
**Rua Franco de Sá, 310**
**69.079-210 Manuas AM Brazil**
**Telephone:** +(55)(92) 3611-3333

### U.S. Consulate General Recife

**Rua Goncalves Maia, 163, Boa Vista**
**50070-060 - Recife, PE Brazil**
**Telephone:** +(55)(81) 3416-3050 or +(55)(81) 3416-3080
**Emergency After-Hours Telephone:** +(55)(81) 3416-3060 or +(55)(81) 9916-9470
**Fax:** +(55)(81) 3231-1906

✉ RecifeACS@state.gov

**Consular Agency in Recife's Consular District**
**U.S. Consular Agency Fortaleza**
**Avenida Santos Dumont 2828, Aldeota, Suite 708**
**Telephone:** +(55)(85) 3021-5200
**Fax:** +(55)(85) 3021-3888

### U.S. Consulate General Rio de Janeiro

**Avenida Presidente Wilson, 147, Castelo**
**20030-020, Rio de Janeiro,RJ Brazil**
**Telephone:** +(55)(21) 3823-2000
**Emergency After-Hours Telephone:** +(55)(21) 3823-2029
**Fax:** +(55)(21) 3823-2093

✉ acsrio@state.gov

**Consular Agency in Rio de Janeiro's Consular District**
**U.S. Consular Agency Salvador da Bahia**
**Avenida Tancredo Neves, 1632, Caminho das Arvores**
**Salvador Trade Center-Torre Sul,room 1401,**
**41820-020 - Salvador, Bahia Brazil**
**Telephone:** +(55)(71) 3113-2090/2091/2092
**Emergency After-Hours Telephone:** Please contact the U.S. Consulate General in Rio de Janeiro: (21) 3823-2029
**Fax:** +(55)(71) 3113-2092

### U.S. Consulate General Sao Paulo

**Rua Henri Dunant, 500,**
**Chacara Santo Antonio,**
**04709-110 - Sao Paulo, SP Brazil**
**Telephone:** +(55)(11) 3250-5000
**Emergency After-Hours Telephone:** +(55)(11) 3250-5373
**Fax:** +(55)(11) 3250-5159

✉ SaopauloACS@state.gov

**Consular Agency in Sao Paulo's Consular District**
**U.S. Consular Agency Porto Alegre**

Avenida Assis Brasil 4320 Store 84 (Boulevard Strip Mall)
Parque Sao Sebastiao
91110-000 Porto Alegre, RS Brazil
**Telephone:** +(55)(51) 3226-3344
**Fax:** (51) 3226-3344

## List of Attorneys

[List of Attorneys](#) – U.S. Embassy Brasilia

## Helpful Links

- [U.S. Embassy Brazil web page](#)
- [Brazil Ministry of Justice](#)
- [Brazil Ministry of Foreign Affairs](#)

## Service of Process

Brazil is not a party to the [Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters](#). The United States and Brazil are parties to the [Inter-American Convention on Letters Rogatory](#) and [Additional Protocol](#). The U.S. Central Authority for the treaty is the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Washington, D.C.  Requests for service under the Inter-American Convention on Letters Rogatory and Additional Protocol may be sent to the U.S. Department of Justice's contractor, [Process Forwarding International](#) (PFI), for transmittal to the Brazilian Central Authority.

See also our [Service Under the Foreign Sovereign Immunities Act](#) (FSIA) feature and [FSIA Checklist](#) for questions about service on a foreign state, agency or instrumentality.

## Criminal Matters

U.S. federal or state prosecutors should also contact the [Office of International Affairs, Criminal Division, Department of Justice](#) for guidance about the Treaty between the Government of the United States of America and the Government of Brazil on Mutual Legal Assistance in Criminal Matters.

**Defense Requests in Criminal Matters:** Criminal defendants or their defense counsel seeking judicial assistance in obtaining evidence or in effecting service of documents abroad in connection with criminal matters may do so via the [letters rogatory](#) process.

## Obtaining Evidence in Civil and Commercial Matters

Brazil is not a party to the [Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters](#). Compulsion of evidence from an unwilling witness in civil or commercial matters must be taken before a Brazilian court pursuant to letters rogatory.

Brazil

### Taking Voluntary Depositions of Willing Witnesses

Brazil is not a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. The United States is not a party to the evidence provisions of the Inter-American Convention on Letters Rogatory and Additional Protocol. Brazilian authorities do not permit persons, such as American attorneys, to take depositions for use in a court in the United States before a U.S. consular officer, with the assistance of a Brazilian attorney, or in any other manner. Brazilian law views the taking of depositions for use in foreign courts as an act that may be undertaken in Brazil only by Brazilian judicial authorities. The Government of Brazil asserts that, under Brazilian Constitutional Law, only Brazilian judicial authorities are competent to perform acts of a judicial nature in Brazil. Brazil has advised it would deem taking depositions in Brazil by foreign persons to be a violation of Brazil's judicial sovereignty. Such action potentially could result in the arrest, detention, expulsion, or deportation of the American attorney or other American participants. The United States recognizes the right of judicial sovereignty of foreign governments based on customary international law and practice.  It is the State Department's understanding that the Brazilian prohibition on taking depositions by foreign persons extends to telephone or video teleconference depositions initiated from the United States of a witness in Brazil. The U.S. Embassy or Consulates in Brazil could in no way participate in, or otherwise sanction, such a proceeding. The State Department advises U.S. citizens contemplating participation in such a proceeding, without Brazil's concurrence, obtained through diplomatic channels, to consider carefully the possible legal consequences of doing so. Requests for Brazilian judicial assistance in taking a deposition must be addressed to the Ministry of Justice (Ministerio da Justica, Esplanada dos Ministerios - Bloco T, 70064-900 - Brasilia, DF, Brazil and should be made after consultation with a Brazilian attorney.

### Authentication of Documents

Brazil is **not** a party to the Hague Convention Abolishing the Legalization of Foreign Public Documents.  Documents issued in the United States may be authenticated for use in Brazil by (a) contacting the U.S. Department of State Authentications Office and (b) then having the seal of the U.S. Department of State authenticated by the Embassy of Brazil in Washington, D.C.Documents issued in U.S. states must first be authenticated by the designated state authority, generally the state Secretary of State.

Brazil

- :: About Us
- :: Newsroom
- :: Reports and Statistics
- :: Legal Considerations

- :: Find a U.S. Embassy or Consulate
- :: Contact Us
- :: Careers
- :: Consular Notification and Access

**STAY CONNECTED**

| Dipnote Blog | @travelgov |
| Facebook | Youtube |
| Flickr | RSS |

| travel.state.gov | U.S. Passports & International Travel | Students Abroad | U.S. Visa | Intercountry Adoption | International Parental Child Abduction |



Privacy * Copyright & Disclaimer * FOIA * No FEAR Act Data * Office of the Inspector General * USA.gov * GobiernoUSA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State.