# EXHIBIT 1

```
       IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF FLORIDA

                CASE NO.: 1:13-CV-24583-PAS



CHRIS P. CARTER,
Individually and on behalf of all
Others similarly situated,

      Plaintiffs,

vs.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

      Defendants.
_____/



            VIDEO DEPOSITION OF DAVID BLENKER

         TAKEN ON BEHALF OF THE DEFENDANTS
                 FEBRUARY 27, 2015
              10:18 a.m. TO 4:36 p.m.

            SHULA'S HOTEL AND GULF CLUB
                  6842 MAIN STREET
             MIAMI LAKES, FLORIDA  33014








REPORTED BY:
CATHERINE ROJAS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
```



UNIVERSAL COURT REPORTING    877.291.3376    www.UCRinc.com

| | | |
|---|---|---|
| 1 | Q | Okay.  More than 10 years ago? |
| 2 | A | I can't confirm that. |
| 3 | Q | Okay. |
| 4 | A | I don't have the date in my head. |
| 5 | Q | Okay.  And does he still do work on behalf of Taurus, Si Bloom? |
| 7 | A | Yes. |
| 8 | Q | Okay.  In what capacity does he do work? |
| 9 | A | He's a consultant. |
| 10 | Q | Okay.  And when he is paid, would he be -- would he be paid through a TIMI account or through Taurus Holdings account? |
| 13 | A | Through TIMI account. |
| 14 | Q | Okay.  Who is the current president of TIMI? |
| 15 | A | Anthony Acitelli. |
| 16 | Q | Okay.  And how long has Anthony been the president? |
| 18 | A | Since end of July, 2014. |
| 19 | Q | Okay.  And who proceeded Anthony as president? |
| 20 | A | Mark Kresser. |
| 21 | Q | Okay.  And what was the reason for Mark Kresser leaving? |
| 23 | A | There was a change of control in stock at Forjas Taurus that drove management changes. |
| 25 | Q | Okay.  And when you say management changes, it |



Blenker, David   02-27-2015                  Page 22 of 194

```
 1  was a decision of board past level to let Mark Kresser
 2  go?
 3       A    Correct.
 4       Q    Okay.  And they would also be a Forjas
 5  decision as to who the president of TIMI would be?
 6       A    Correct.
 7       Q    Okay.  Is your position also control that way?
 8            MR. BUMANN:  Object to form.
 9       A    Probably, yes.
10       Q    (By Mr. Selby) Is there a board of directors
11  for TIMI?
12       A    Yes.
13       Q    Okay.  Is there a board of directors for
14  Taurus Holdings?
15       A    Yes.
16       Q    Okay.  And is there a board of directors for
17  Forjas?
18       A    Yes.
19       Q    Okay.  And do the three of the entities share
20  some of the same board of directors?
21       A    Yes.
22       Q    Okay.  Who are some of the board of directors
23  that are shared, what are their names?
24       A    Currently?
25       Q    Yes.
```



```
 1      A     Fernando is.
 2      Q     Fernando is, okay.  And was Luis in 2000 was
 3  he also a board member of Forjas?
 4      A     Yes.
 5      Q     Okay.  And the next is yourself, correct?
 6      A     Correct.
 7      Q     Okay.  And at the time you were also board
 8  member of Taurus Holdings, correct -- I mean, I'm sorry,
 9  this is Taurus -- you were also a board member of TIMI?
10      A     No, I was just a -- just an officer.
11      Q     Okay. And in 2000 -- when you say you were
12  just an officer, you were the chief financial officer
13  for TIMI?
14      A     Correct.
15      Q     Do you -- you hold yourself out or in any
16  capacity to be an employee of Taurus Holdings?
17            MR. BUMANN:  Object to form.
18      A     I don't understand the question.
19      Q     (By Mr. Selby) Okay.  Your paycheck, does it
20  come from Taurus Holdings or from TIMI?
21      A     From Taurus Holdings.
22      Q     Okay.  And if somebody were to ask you, you
23  know, Mr. Blenker, you are the chief financial officer
24  for which company?
25      A     Taurus Holdings.
```



877.291.3376
www.UCRinc.com

```
 1      Q    Okay.  And Taurus Holdings owns 100 percent of
 2  TIMI, correct?
 3      A    Correct.
 4      Q    Okay.  And Forjas owns 100 percent of Taurus
 5  Holdings?
 6      A    Correct.
 7      Q    The next one down there, is that Si Bloom?
 8      A    Correct.
 9      Q    Okay.  And do you know whether or not -- let's
10  go ahead and -- what I'm going to do is go ahead and
11  just mark, so it will help you with the records
12  referencing what I'm talking about and this is the same
13  set of documents -- and this is the same set of
14  documents for TIMI, Plaintiff's Exhibit 15, and do you
15  recognize those documents as being the business reports
16  and/or records kept by the Secretary of State, State of
17  Florida?
18           (Thereupon, Plaintiff's Exhibit 15 was entered
19           into the record.)
20      A    Yes.
21      Q    (By Mr. Selby) Okay.  Now, TIMI and Taurus
22  Holdings are both companies operating under the laws of
23  Florida and/or incorporated in Florida, correct?
24      A    Correct.
25      Q    And both Taurus Holdings and TIMI are
```



```
 1  incorporated for the purpose of importing and
 2  distributing Taurus branded firearms that are made in
 3  Brazil by Forjas?
 4          MR. BUMANN:  Object to form.
 5      A   Yes.
 6      Q   (By Mr. Selby) Would it be correct that since
 7  the time that TIMI and THI Taurus Holdings -- excuse me,
 8  was incorporated in the State of Florida that at all
 9  times they -- there has been at least one board member
10  that is also a board member of Forjas?
11      A   Correct.
12      Q   And is it your understanding, for the most
13  part; there has been actually at least two board members
14  of Forjas that have always also been board members of
15  Taurus and TIMI?
16      A   Correct.
17      Q   How often, Mr. Blenker, do you -- do you go to
18  Forjas over Brazil?
19      A   Minimum once a year.
20      Q   Okay.  And is that for an annual meeting?
21      A   No.
22      Q   Okay.  And when you say, minimum once a year,
23  let's just use currently like for last year 2014, how
24  many trips did you make?
25      A   One.
```



```
 1      Q    And what was the purpose of that trip?
 2      A    To discuss sales and -- and production and
 3  -- and -- and the status for where we are in new
 4  production.
 5      Q    Okay.  If -- has there ever been a time in
 6  your position as CFO where you've asked and needed
 7  information from Forjas whether it's documents or just
 8  answer to a question that they refused to provide you
 9  the information or the documents?
10      A    Yes.
11      Q    Okay.  Give me some examples?
12      A    Just detailed information that that either
13  Forjas did not understand what I was asking for.
14      Q    Okay.
15      A    Financial related.
16      Q    Okay.  Other than -- they understood what you
17  were asking for, had they ever refused to provide you
18  documents or information?
19      A    No.
20      Q    If you will, Mr. Blenker, look at the last
21  page of -- well, look at the year 2014 for Plaintiff's
22  Exhibit 14 and 15 and it should be both, the last page
23  of each one.
24           Now, for 2014 at that time for -- and we'll
25  first look at Taurus International, who are the board
```



```
 1      A    Correct.
 2      Q    Okay.  Do you deal with Mr. Morrison in any
 3  way in his role as a consultant?
 4      A    No.
 5      Q    If you would go to -- you don't mind me do
 6  this, let me just keep these in order here on
 7  Plaintiff's Exhibit 15 and let's just start with -- let
 8  me see that one as well, as far as Plaintiff's Exhibit
 9  14 and starting -- we already went on the first page on
10  the year 2000, but if you just go to year 2001 identify
11  for me the individuals in 2001 that were also board of
12  directors with Forjas?
13      A    Carlos Murgel, Luis Estima.
14      Q    Okay.  What about for the next year for 2002,
15  who -- what individuals listed there in 2002 were also
16  board of directors for Forjas?
17      A    Carlos Murgel, Luis Estima.
18      Q    Okay.  And what about for 2003?
19      A    Carlos Murgel, Luis Estima.
20      Q    Okay.  And 2004?
21      A    Carlos Murgel, Luis Estima.
22      Q    Okay.  And 2005?
23      A    Carlos Murgel, Luis Estima.
24      Q    Okay.  And 2006?
25      A    Sorry, it's a different form.
```



```
 1      Q    That's fine.
 2      A    I believe I'm looking at the list on the right
 3   if I'm not mistaken, it's on different form.  Mr.
 4   Estima.
 5      Q    Okay.  What about the gentleman Ruy Soares
 6   that listed above Mr. Bloom?
 7      A    Mr. Soares?
 8      Q    Yes.
 9      A    He was -- he is not a board member to my
10   understanding at Forjas Taurus.
11      Q    Okay.
12           THE VIDEOGRAPHER:  Mr. Blenker, this is the
13      videographer, I would like to kindly ask you to
14      please speak up.
15           THE WITNESS:  Okay.
16           THE VIDEOGRAPHER:  Thank you, sir.
17      Q    (By Mr. Selby) What about for 2007?
18      A    Luis Estima.
19      Q    Okay.  In 2008?
20      A    Luis Estima.
21      Q    Okay.  Mr. Soares is not, correct?
22      A    As I understand that's correct.
23      Q    Okay.  And then the next page behind the 2008,
24   flip it over.  What's your understanding what that
25   addition in changes to officers and directors?  Is that
```



877.291.3376
www.UCRinc.com

```
 1  where you add Mr. Estima -- it's noting that he is the
 2  CEO of Forjas, correct?
 3          MR. BUMANN:  Object to form.
 4      A   It's adding that he is the CEO of Taurus
 5  Holdings.
 6      Q   (By Mr. Selby) Okay.  So, in 2008 Mr. Estima
 7  was the CEO of Taurus Holdings?
 8      A   Yes.
 9      Q   In 2009 -- and again, same question, as to
10  identify who's on here as an officer or director also of
11  Forjas?
12      A   Luis Estima.
13      Q   Okay.  And at that time was he also the CEO of
14  Taurus Holdings?
15      A   Correct.
16      Q   Okay.  In 2010 who on there is also identified
17  as a director or officer of Forjas?
18      A   Luis Estima.
19      Q   At the time he was also the CEO of Taurus
20  Holdings, correct?
21      A   Correct.
22      Q   And then 2011 he was also the shared director
23  or officer with Forjas?
24          MR. BUMANN:  Object to form.
25      A   Luis Estima.
```



```
 1      Q     (By Mr. Selby) Okay.  And on the next page on
 2   for 2011 it identifies -- who is that been identified as
 3   CEO?
 4      A     Ruy Soares.
 5      Q     Okay.  And is Ruy still involved in any way
 6   with Taurus Holdings, TIMI or Forjas?
 7      A     One correction, here this document is for
 8   Tamel Properties.
 9      Q     Okay.  Now who is Tamel Properties?
10      A     That's the -- under Taurus Holdings, Tamel
11   Properties owns the facility.
12      Q     Okay.  Is the sole purpose of Tamel Properties
13   was it created for purposes of owning the Real property?
14            MR. BUMANN:  Object to form.
15      A     Correct.
16      Q     (By Mr. Selby) Tamel Properties is 100 percent
17   owned by Taurus Holdings?
18      A     Correct.
19      Q     Okay.  In 2011, who are the chair officers or
20   directors between Taurus Holdings and Forjas?
21      A     Luis Estima.
22      Q     And at the time, during where we're talking
23   about Mr. Estima -- Luis Estima that is, what was your
24   understanding of his title at Forjas?
25      A     Chairman of the Board.
```