UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

Defendants.
_____/

Case No. 1:13-cv-24583-PAS

Class Action

## JOINT MOTION TO STAY NEAR TERM HEARINGS AND DEADLINES

The parties in this case jointly move the Court to stay the case for thirty (30) days so that they may focus their immediate efforts as outlined below. The parties state as follows in support of this joint motion:

1.     Pursuant to the Court's Order of Referral to Mediation [DE 51], the parties have participated in five separate mediation sessions with Mediator Rodney A. Max. These mediation sessions have occurred in person in Miami, Ft. Lauderdale, Birmingham and Atlanta. In between these sessions, the parties conferred extensively by telephone, both directly and with Mr. Max's assistance. Following the final mediation session on March 18, the parties met for a full day on March 19 to complete the negotiations.

2.     This mediation process has resulted in a proposed confidential term sheet, subject to presentation to and approval by Defendants' Boards of Directors, including those located

John W. Barrett (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:  (304) 345-6555
Fax:  (304) 342-1110
Email: jbarrett@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:  (205) 324-4008
Fax:  (205) 324-0803
Email:  twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:  (954) 765-0537
Fax:  (954) 765-0545
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:  (305) 854-4900
Fax:  (305) 854-8266
Email: finklehoffe@leesfield.com
　　　　scolaro@leesfield.com
　　　　leesfield@leesfield.com

Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:  (404) 815-3500
Fax:  (404) 815-3900
Email:  tbumann@sgrlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 23, 2015, a copy of the foregoing was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system, which provides notice and a copy of the filing to counsel.

/s/ *John P. Marino*
Attorney

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

         Plaintiff,

v.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC. and
TAURUS HOLDINGS, INC.,

         Defendant.
_____/

CASE NO. 1:13-CV-24583-PAS

CLASS ACTION

## MEDIATOR'S INTERIM REPORT TO COURT

Please be advised that as a result of the extraordinary and professional efforts of the attorneys and their clients (over several mediation sessions), the above styled case has been successfully mediated such that a confidential proposed term sheet has been prepared and executed by counsel, subject to presentation to and approval of Defendants' Boards of Directors. Said approval is being sought on or before April 3, 2015.

In light of this significant progress counsel for the parties will be filing an agreed motion to stay further litigation efforts for thirty days to accommodate these efforts.

As Mediator, I join in asking the Court's indulgence which will permit needed focus and attention (and perhaps international travel) to present and seek approval. I anticipate counsel (or me as Mediator) further reporting to the Court in this regard on or before April 3rd.

Respectfully submitted,

*/s/ Rodney Max*

Rodney A. Max

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

Case No. 1:13-CV-24583-PAS

CLASS ACTION

## ORDER GRANTING JOINT MOTION TO STAY

THIS MATTER came before the Court upon the parties' Joint Motion to Stay Near Term Hearings and Deadlines [DE 108] (the "Joint Motion") and the recent Mediator's Report filed in this case [DE 107]. For the reasons set forth in the Joint Motion and the Mediator's Report, it is

ORDERED THAT

(1) The Parties Joint Motion [DE 108] is **GRANTED**.

(2) This case is stayed for thirty (30) days pending further order of the Court.

(3) The parties shall further report to the Court on or before April 3, 2015 as set forth in the Joint Motion and the Mediator's Report.

**DONE AND ORDERED** in Miami, Florida, this ___ day of March, 2015.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Hon. William C. Turnoff