UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

Plaintiff,                                                    **Case No. 1:13-cv-24583-PAS**

v.                                                                    Class Action

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

Defendants.
_____/

## NOTICE OF STRIKING JOINT MOTION TO STAY NEAR TERM HEARINGS AND DEADLINES AS INCOMPLETE

Defendants file this Notice of Striking the Joint Motion to Stay Near Term Hearings and Deadlines [Dkt. 108] ("Joint Motion to Stay") as an incomplete document. The complete Joint Motion to Stay will be filed.

1

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:    (904) 598-6300
Email:  jmarino@sgrlaw.com

Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:   (404) 815-3500
Fax:    (404) 815-3900
Email:  tbumann@sgrlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 23, 2015, a copy of the foregoing was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system, which provides notice and a copy of the filing to counsel.

/s/ *John P. Marino*
Attorney