UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

Defendants.
_____/

Case No. 1:13-cv-24583-PAS

Class Action

## JOINT MOTION TO STAY NEAR TERM HEARINGS AND DEADLINES

The parties in this case jointly move the Court to stay the case for thirty (30) days so that they may focus their immediate efforts as outlined below. The parties state as follows in support of this joint motion:

1.      Pursuant to the Court's Order of Referral to Mediation [DE 51], the parties have participated in five separate mediation sessions with Mediator Rodney A. Max. These mediation sessions have occurred in person in Miami, Ft. Lauderdale, Birmingham and Atlanta. In between these sessions, the parties conferred extensively by telephone, both directly and with Mr. Max's assistance. Following the final mediation session on March 18, the parties met for a full day on March 19 to complete the negotiations.

2.      This mediation process has resulted in a proposed confidential term sheet, subject to presentation to and approval by Defendants' Boards of Directors, including those located

1

overseas. Defendants will present and seek approval of the term sheet from the Defendants' Boards of Directors on or before April 3, 2015.

3. Subject to and contingent upon approval by the Defendants' Boards of Directors, the parties will prepare and execute a final Settlement Agreement for presentation to the Court on or before April 24, 2015.

4. The parties request a stay for thirty (30) days to allow them to focus their immediate attention on these efforts.

5. The mediator concurs that a stay is justified in these circumstances. A copy of his Mediator's Report [DE 107] filed this same day is attached as Exhibit A.

6. Counsel for the parties or the meditator will report to the Court on or before April 3, 2015.

7. If it is necessary to request that the stay be lifted the parties will meet and confer regarding new dates for current deadlines and hearings.

8. A proposed order granting this joint motion is attached as Exhibit B.

WHEREFORE, the parties jointly request that the Court enter an order staying the near term hearings and deadlines in this case for the reasons set forth above, together with such further relief as the Court deems proper.

Respectfully submitted,

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| */s/ David L. Selby* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.:  (205) 988-9253 | Tel.:  (904) 598-6100 |
| Fax:  (205) 733-4896 | Fax:  (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email:  jmarino@sgrlaw.com |

John W. Barrett (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
Tel.: (304) 345-6555
Fax: (304) 342-1110
Email: jbarrett@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.: (205) 324-4008
Fax: (205) 324-0803
Email: twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.: (954) 765-0537
Fax: (954) 765-0545
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida 33131
Tel.: (305) 854-4900
Fax: (305) 854-8266
Email: finklehoffe@leesfield.com
  scolaro@leesfield.com
  leesfield@leesfield.com

Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.: (404) 815-3500
Fax: (404) 815-3900
Email: tbumann@sgrlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 23, 2015, a copy of the foregoing was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system, which provides notice and a copy of the filing to counsel.

/s/ *John P. Marino*
Attorney

3

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

v.

FORJAS TAURUS, S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC. and
TAURUS HOLDINGS, INC.,

        Defendant.
_____/

CASE NO. 1:13-CV-24583-PAS

CLASS ACTION

## MEDIATOR'S INTERIM REPORT TO COURT

Please be advised that as a result of the extraordinary and professional efforts of the attorneys and their clients (over several mediation sessions), the above styled case has been successfully mediated such that a confidential proposed term sheet has been prepared and executed by counsel, subject to presentation to and approval of Defendants' Boards of Directors. Said approval is being sought on or before April 3, 2015.

In light of this significant progress counsel for the parties will be filing an agreed motion to stay further litigation efforts for thirty days to accommodate these efforts.

As Mediator, I join in asking the Court's indulgence which will permit needed focus and attention (and perhaps international travel) to present and seek approval. I anticipate counsel (or me as Mediator) further reporting to the Court in this regard on or before April 3rd.

Respectfully submitted,

*/s/ Rodney Max*

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished via U.S. this 23rd day of March, 2015, to the following:

David Selby, Esquire
Bailey & Glasser
3000 Riverchase Galleria Suite 905
Birmingham, AL 35244
205-988-9253 / 205-733-4896
dselby@baileyglasser.com

David A. Mobley, Esquire
Timothy A. Bumann, Esquire
Smith, Gambrell & Russell
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592
404-815-3500 / 404-815-3900
dmobley@sgrlaw.com
tbumann@sgrlaw.com

John W. Barrett, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555 / 304-342-1110
jbarrett@baileyglasser.com

John P. Marino, Esquire
Smith Gambrell Russell, LLP
50 N. Laura Street Suite 2600
Jacksonville, FL 32202
904-598-6104 / 904-598-6204
jmarino@sgrlaw.com

Angelo Marino, Jr., Esquire
Angelo Marino, Jr., P.A.
645 Southeast 5th Terrace
Ft. Lauderdale, FL 33301-3160
954-765-0537 / 954-765-0545
amjrpamail@aol.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

                                /

**Case No. 1:13-CV-24583-PAS**

CLASS ACTION

**ORDER GRANTING JOINT MOTION TO STAY**

THIS MATTER came before the Court upon the parties' Joint Motion to Stay Near Term Hearings and Deadlines [DE 110] (the "Joint Motion") and the recent Mediator's Report filed in this case [DE 107]. For the reasons set forth in the Joint Motion and the Mediator's Report, it is

ORDERED THAT

(1)    The Parties Joint Motion [DE 110] is **GRANTED**.

(2)    This case is stayed for thirty (30) days pending further order of the Court.

(3)    The parties shall further report to the Court on or before April 3, 2015 as set forth in the Joint Motion and the Mediator's Report.

**DONE AND ORDERED** in Miami, Florida, this ___ day of March, 2015.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Hon. William C. Turnoff