UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583

**ORDER GRANTING JOINT MOTION TO STAY NEAR TERM HEARINGS AND DEADLINES PENDING SETTLEMENT APPROVAL**

THIS MATTER came before the Court on the parties' Joint Motion to Stay Near Term Hearings and Deadlines [DE 110] and the Mediator's Interim Report to the Court [DE 107]. Under the current schedule, the parties are set for a discovery hearing before Judge Turnoff on March 25, 2015; the deadline for filing a motion for class certification is March 31, 2015; and fact and expert witness lists must be exchanged over the next three weeks. However, the parties have advised that they have reached a settlement, subject to board approval from Defendants' Boards of Directors on or before April 3, 2015. They have further advised that they will prepare and file an executed Settlement Agreement by April 24, 2015. Accordingly, they request to stay the case for thirty (30) days. Under these circumstances, a brief stay of pending deadlines while the settlement is being finalized best serves the interests of Federal Rule of Civil Procedure 1. Therefore, it is

**ORDERED THAT**:

1

(1) The parties' Joint Motion to Stay Near Term Hearings and Deadlines [DE 110] is **GRANTED**.

(2) The case is hereby **STAYED** until **Thursday, April 23, 2015**.

(3) By no later than **April 3, 2015**, the parties must file a status report as to whether the settlement has been approved.

    a. In the event the settlement is approved, the parties must file a final, executed Settlement Agreement by **April 24, 2015**.

    b. In the event the settlement is not approved, the stay shall automatically lapse on **April 3, 2015**. The deadlines will be reset as follows:

| Date | Deadline |
| --- | --- |
| **April 10, 2015** | Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| **April 13, 2015** | Deadline for Motion for Class Certification. |
| **April 14, 2015** | Hearing on Motion to Compel before Judge Turnoff. |
| **April 14, 2015** | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| **April 21, 2015** | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1. K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| **May 5, 2015** | All discovery must be completed. |
| **May 12, 2015** | Mediation must be completed. |

| | |
|---|---|
| **May 15, 2015** | All *Daubert* motions shall be filed. Counsel shall submit courtesy copies of all briefs and exhibits. |
| **July 6, 2015** | All dispositive pretrial motions and memoranda of law must be filed. A **minimum of fifteen (15) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report. |
| **October 19, 2015** | (a) **Joint** pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation**. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**  <br><br>(b) **Joint** proposed jury instructions (jury cases) or findings of facts and conclusions of law (non-jury cases) outlining (I) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised; **and**  <br><br>(c) **Joint** Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. **The parties shall work together to prepare the Summary**. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation. |
| **October 23, 2015** | All Motions in Limine shall be filed. |
| **November 4, 2015** | Pretrial conference. |
| **November 9, 2015** | Final proposed jury instructions or findings of fact and conclusions of law must be submitted. (*A copy shall be e-mailed to Chambers in WordPerfect formal at seitz@flsd.uscourts.gov*), each party's list indicating each witness who will testify at trial, a one sentence |

3

      synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

**November 10, 2015** Calendar Call.

**November 16, 2015** Trial Date.

  (4) In accordance with the Notice of Striking [DE 109], the parties' first Motion to Stay [DE 108] is **STRIKEN**.

  **DONE AND ORDERED** in Miami, Florida, this 24th day of March, 2015.

              PATRICIA A. SEITZ
              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
  Hon. William C. Turnoff

4