

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

Case No. 1:13-CV-24583

CLASS ACTION

JURY TRIAL DEMANDED

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING

Pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of John F. Weeks IV of the law firm of Smith, Gambrell & Russell, LLP., 1230 Peachtree St., N.E., Atlanta, Georgia 30309, for purposes of appearance as co-counsel on behalf of Defendants, Forjas Taurus, S.A. ("Forjas"), Taurus International Manufacturing, Inc. ("TIMI") and Taurus Holdings, Inc. ("Taurus Holdings"), in the above-styled case only. Defendants further move to permit John F. Weeks IV to receive electronic filings in this case pursuant to Rule 2B of the CM/ECF Administrative Procedures, and in support thereof states as follows:

    1.    John F. Weeks IV is not admitted to practice in the Southern District of Florida

and is a member in good standing of the Georgia State Bar, Georgia Court of Appeals, Supreme Court of Georgia, the United States District Court for the Northern District of Georgia, and the United States District Court for the Middle District of Georgia.

2. Movant, John P. Marino, of the law firm of Smith Gambrell & Russell, 50 N. Laura St., Suite 2600, Jacksonville, FL 32202, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. Pursuant to the local rules of this Court, John F. Weeks IV has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. John F. Weeks IV, through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, requests the Court to provide Notice of Electronic Filings to John F. Weeks IV at email address: jweeks@sgrlaw.com.

**RULE 7.1 (a) (3) CERTIFICATION**

Defendants' counsel has conferred with Plaintiff's counsel pursuant to Local Rule 7.1(a)(3). Plaintiff consents to the relief requested by this Motion.

2

WHEREFORE, John P. Marino, moves this Court to enter an Order permitting John F. Weeks IV, to appear before this Court on behalf of Forjas Taurus, TIMI and Taurus Holdings, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John F. Weeks IV.

                Respectfully submitted,

                /s/ John P. Marino
                John P. Marino (FBN 814539)
                EMAIL: jmarino@sgrlaw.com
                Lindsey R. Trowell (FNB 678783)
                EMAIL: ltrowell@sgrlaw.com
                SMITH, GAMBRELL & RUSSELL, LLP
                50 N. Laura Street, Suite 2600
                Jacksonville, FL  32202
                Telephone:  (904) 598-6100
                Facsimile:   (904) 598-6300

*Attorneys for Defendants, Forjas Taurus, S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 6, 2015, the foregoing document is being served on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system:

**Angelo Marino, Jr.**
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Email: amjrpamail@aol.com
Attorneys for Plaintiff

**David L. Selby, II**
Bailey & Glasser, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Email: dselby@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Thomas Scolaro**
Email: Scolaro@Leesfield.com
**Carol L. Finklehoffe**
Email: Finklehoffe@Leesfield.com
**Ira H. Leesfield** (FBN: 140270)
leesfield@leesfield.com
Leesfield & Partners, P.A.
2350 South Dixie Highway
Miami, FL 33131
Telephone: (305) 854-4900

**Todd Wheeles**
Morris, Haynes, Hornsby & Wheeles
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email: twheeles@mhhlaw.net
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**John W. Barrett**
Bailey & Glasser, LLP
209 Capital Street
Charleston, WV 25301
Email: jbarrett@baileyglasser.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**Patricia M. Kipinis**
pkipnis@bailyglaser.com
Bailey & Glasser, LLP
135 Kings Highway E.
3d Fl. E.
Haddonfield, NJ 08033
Telephone: (856) 795-0378
Facsimile: (304) 342-1110
Attorneys for Plaintiff

_____
Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

Case No. 1:13-CV-24583

**CLASS ACTION**

*Plaintiffs,*

**JURY TRIAL DEMANDED**

v.

**FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,**

*Defendants.*
_____/

## CERTIFICATION OF JOHN F. WEEKS IV

John F. Weeks, IV, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Georgia State Bar, Georgia Court of Appeals, Supreme Court of Georgia, the United States District Court for the Northern District of Georgia, and the United States District Court for the Middle District of Georgia.

_____
John F. Weeks IV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

Case No. 1:13-CV-24583

CLASS ACTION

JURY TRIAL DEMANDED

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND
### REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion to Appear Pro Hac Vice for John F. Weeks IV, Consent to Designation, and Request to Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. John F. Weeks IV may appear and participate in this action on behalf of Forjas Taurus, S.A., Taurus International Manufacturing, Inc. and Taurus

Holdings, Inc. The Clerk shall provide electronic notification of all electronic filings to John F. Weeks IV at jweeks@sgrlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2015.

_____
Judge Patricia A. Seitz
United States District Judge

Copies furnished to: All Counsel of Record

*Bank of America Tower*
*50 North Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Tel: 904 598-6100*
*Fax: 904 598-6300*
*www.sgrlaw.com*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

*John P. Marino*
*Direct Tel:   (904) 598-6114*
*Direct Fax:  (904) 598-6214*
*fdepaolo@sgrlaw.com*

April 6, 2015

**VIA FEDERAL EXPRESS**
(305) 523-5100

Clerk of the Court
U.S. District Court for the Southern District of Florida
Miami Division
400 N. Miami Avenue
Miami, FL 33128

      Re:   *Chris P. Carter v. Forjas Taurus, et al.*; Case No.: 13-24583; United States District Court for the Southern District of Florida; Miami Division

Dear Sir or Madam:

Enclosed for filing in connection with the above matter is (1) an original Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"); (2) a proposed Order Granting Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing; (3) Certification of John F. Weeks IV; and (4) a check in the required amount of $75.00.

Please call if you have any questions or require any additional information.

                                      Very truly yours,

                                      John P. Marino

Enclosures

cc:   John F. Weeks IV, Esq. (w/out encls., via email only)



*Atlanta, Georgia | Frankfurt, Germany | Jacksonville, Florida | New York, New York | Washington, D.C.*

| From: (904) 598-6104 | Origin ID: NRBA | **FedEx** Express | Ship Date: 06APR15 |
|---|---|---|---|
| John Marino | | | ActWgt: 1.0 LB |
| Smith Gambrell Russell LLP | | | CAD: 105048935/INET3610 |
| 50 North Laura Street | | | |
| Suite 2600 | | | Delivery Address Bar Code |
| Jacksonville, FL 32202 | | | |

J151215022303uv

SHIP TO: (305) 523-5100        **BILL SENDER**

**Clerk of the Court**
**USDC for Southern District of FL**
**400 N. Miami Avenue**

**MIAMI, FL 33128**

Ref #      1579
Invoice #  Laura Carnley
PO #       061954.004
Dept #     1579

TRK# 7732 9687 5603
0201

TUE - 07 APR 8:00A
FIRST OVERNIGHT

X1 MPBA

33128
FL-US
MIA

537J2/8FC5/EE4B

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.