IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

     *Plaintiffs*,

v.

     Case No. 1:13-cv-24583-PAS

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

     **CLASS ACTION**

     *Defendants*.

### Joint Motion to Extend the Deadline for Filing Motion to Certify Class

For the reasons stated in the Mediator's April 10, 2015 Interim Report to the Court (ECF No. 116), the parties respectfully request an extension of the deadline to file a motion for class certification until Friday, April 17, 2015.

Dated: 04/10/2015

**Respectfully submitted,**

/s/ John P. Marino
John P. Marino (FBN: 814539)
**SMITH, GAMBRELL & RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.: (904) 598-6100
Fax: (904) 598-6300
Email: jmarino@sgrlaw.com

Timothy A. Bumann (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL, LLP**
120 Peachtree Street NE
Promenade, Suite 3100
Atlanta Georgia 30309

*/s/ Carol L. Finklehoffe*
Carol L. Finklehoffe (FBN: 0015903)
Email: Finklehoffe@Leesfield.com
**LEESFIELD SCOLARO, P.A.**
2350 South Dixie Highway
Miami, FL 33131
Telephone:    (305) 854-4900
Facsimile:    (305) 854-8266

Angelo Marino, Jr. (FBN 151934)
**Angelo Marino, Jr., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:   (954) 765-0537

Tel: 404-815-3500                         Fax:    (954) 765-0545
Email:  tbumann@sgrlaw.com                Email: amjrpamail@aol.com

*Counsel for the Defendants*              David L. Selby, II *(admitted pro hac vice)*
                                          **Bailey & Glasser, LLP**
                                          3000 Riverchase Galleria, Suite 905
                                          Birmingham, Alabama 35244
                                          Tel.:   (205) 988-9253
                                          Email:  dselby@baileyglasser.com

                                          John W. Barrett *(admitted pro hac vice)*
                                          **Bailey & Glasser, LLP**
                                          209 Capitol Street
                                          Charleston, West Virginia  25301
                                          Tel.:   (304) 345-6555
                                          Email: jbarrett@baileyglasser.com

                                          Todd Wheeles *(admitted pro hac vice)*
                                          **Morris, Haynes, Hornsby & Wheeles**
                                          3500 Colonnade Parkway, Suite 100
                                          Birmingham, AL 35243
                                          Email: twheeles@mhhlaw.net

                                          *Counsel for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing **"<u>Joint Motion to Extend the Deadline for Filing Motion to Certify Class</u>"** is being served on the counsel of record via email on this 10th day of April, 2015 on the service list attached.

                                          */s/ Carol L. Finklehoffe*
                                          Carol L. Finklehoffe (FBN: 0015903)

## SERVICE LIST

**Angelo Marino, Jr., Esq.**
Email: amjrpamail@aol.com
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Telephone: (954) 765-0537
Facsimile:  (954) 765-0545
*Attorneys for Plaintiff Chris P. Carter*

**David L. Selby , II, Esq.**
*(Admitted Pro Hac Vice)*
Email:  dselby@baileyglasser.com
BAILEY & GLASSER, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 682-7575
Facsimile:  (205) 733-4896
*Attorneys for Plaintiff Chris P. Carter*

**John W. Barrett, Esq.**
*(Admitted Pro Hac Vice)*
Email:  jbarrett@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capital Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile:  (304) 342-1110
*Attorneys for Plaintiff Chris P. Carter*

**Timothy A. Bumann, Esq.**
*(Admitted Pro Hac Vice)*
Email:  tbumann@sgrlaw.com
**David A. Mobley, Esq.**
Email:  dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
 Promenade, Suite 3100
 Atlanta, GA  30309
Telephone: (404) 815-3500
Facsimile:  (404) 815-3900
*Counsel for Defendants Forjas Taurus S.A.,*
*Taurus International Manufacturing, Inc.,*
*and Taurus Holdings, Inc.*

**John P. Marino, Esq.**
Email:  jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Counsel for Defendants Forjas Taurus S.A.,*
*Taurus International Manufacturing, Inc.,*
*and Taurus Holdings, Inc.*

**Patricia M. Kipinis, Esq.**
Email:  pkipnis@bailyglaser.com
BAILEY & GLASSER, LLP
135 Kings Highway E. , 3d Floor E.
Haddonfield, NJ 08033
Telephone: (856) 795.0378
Facsimile:   (304) 342.1110
*Attorneys for Plaintiff Chris P. Carter*

**Todd Wheeles, Esq.**
*(Admitted Pro Hac Vice)*
Email:  twheeles@mhhlaw.net
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Telephone: (205) 324-4008
Facsimile:   (205) 324-0803
*Attorneys for Plaintiff Chris P. Carter*

**Eric B. Snyder, Esq.**
(Admitted Pro Hac Vice on 01/30/2015)