UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

    *Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants*.

Case No. 1:13-cv-24583

## ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING MOTION TO CERTIFY CLASS

THIS MATTER is before the Court on the Joint Motion to Extend the Deadline for Filing Motion to Certify Class [DE 117]. The parties and mediator [DE 116] have advised that a revised settlement agreement has been executed, subject to final approval from Defendants' Boards of Directors by April 17, 2015. They are seeking a four-day extension to file the Motion for Class Certification. Therefore, it is

**ORDERED THAT**:

(1) The Joint Motion to Extend the Deadline for Filing Motion to Certify Class [DE 117] is **GRANTED**. By no later than **April 17, 2015 at 9:00 a.m.**, the parties must either file a status report notifying the Court that the settlement has been approved or the Motion for Class Certification.

(2) <u>NO FURTHER EXTENSIONS</u> will be granted, absent extraordinary cause.

(3) All other deadlines and hearings [*see* DE 111, 113] remain unchanged.

**DONE AND ORDERED** in Miami, Florida, this 10th day of April, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Parties and/or Counsel of Record
    Hon. William C. Turnoff