IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br><br>Individually and on behalf of all<br>others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>FORJAS TAURUS, S.A.,<br>TAURUS INTERNATIONAL MANUFACTURING,<br>INC., and TAURUS HOLDINGS, INC.,<br><br>      Defendants. | **CASE NO.: 1:13-cv-24583-PAS** |

## DEFENDANTS' WITNESS LIST

Defendants Forjas Taurus, S.A., Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. ("Defendants") make the following fact witness disclosures pursuant to the Court's Order Granting Joint Motion to Stay Near Term Hearings and Deadlines Pending Settlement Approval, dated March 24, 2015:

1. Chris P. Carter
   c/o Todd Wheeles
   Morris, Haynes, Hornsby & Wheeles
   3500 Colonnade Parkway, Suite 100
   Birmingham, AL 35243

   c/o David L. Selby
   Bailey & Glasser, LLP
   300 Riverchase Galleria, Suite 905
   Birmingham, AL 35244

2. Scott Carter
   26138 Great River Road
   Princeton, Iowa

SGR/12944389.1

3. Master Sargent Kevin Winslow, director
   Quad City Metropolitan Enforcement Group
   P.O. Box 910
   Moline, IL 61266

4. Colonel Michael R. Zerbonia
   Illinois State Police
   801 South Seventh Street
   Suite 300-N
   Springfield, IL 62705

5. Sheriff Dennis Conrad
   Scott County Courthouse
   400 West Fourth Street
   Davenport, IA 52801

6. Anthony Acitelli
   c/o Timothy A. Bumann
   Smith, Gambrell & Russell
   1230 Peachtree St, NE
   Suite 3100
   Atlanta, GA 30309

7. David Blenker
   c/o Timothy A. Bumann
   Smith, Gambrell & Russell
   1230 Peachtree St, NE
   Suite 3100
   Atlanta, GA 30309

8. Robert Crescenzi
   c/o Timothy A. Bumann
   Smith, Gambrell & Russell
   1230 Peachtree St, NE
   Suite 3100
   Atlanta, GA 30309

9. Kimberly Intagliata
   c/o Timothy A. Bumann
   Smith, Gambrell & Russell
   1230 Peachtree St, NE
   Suite 3100
   Atlanta, GA 30309

10. Scott Rothenberg
    c/o Timothy A. Bumann
    Smith, Gambrell & Russell
    1230 Peachtree St, NE
    Suite 3100
    Atlanta, GA 30309

11. Mark Kresser
    c/o Timothy A. Bumann
    Smith, Gambrell & Russell
    1230 Peachtree St, NE
    Suite 3100
    Atlanta, GA 30309

12. Robert Morrison
    c/o Timothy A. Bumann
    Smith, Gambrell & Russell
    1230 Peachtree St, NE
    Suite 3100
    Atlanta, GA 30309

13. Tim Brandt
    c/o Timothy A. Bumann
    Smith, Gambrell & Russell
    1230 Peachtree St, NE
    Suite 3100
    Atlanta, GA 30309

14. Defendants reserve the right to call all witnesses listed by Plaintiff

15. Defendants reserve the right to call any necessary rebuttal witnesses.

This 10th day of April, 2015

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP


____/s/ John P. Marino_____
John P. Marino (FBN:814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel: (904) 598-6100
Fax: (904) 598-6300

Email: jmarino@sgrlaw.com

and

Timothy A. Bumann *(admitted pro hac vice)*
Georgia Bar No. 094535
John F. Weeks IV *(admitted pro hac vice)*
Georgia Bar No. 335529
John Autry *(admitted pro hac vice)*
Georgia Bar No. 029029
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309
Phone:  (404) 815-3603
Fax:     (404) 685-6903