UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

      **Case No. 1:13-CV-24583**

      CLASS ACTION

      JURY TRIAL DEMANDED

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Order Granting Joint Motion to Extend the Deadline for Filing Motion to Certify Class [Dkt. 118]. Defendants' Boards of Directors have approved the April 9, 2015 Proposed Settlement Term Sheet and instructed Defendants' counsel to pursue a class settlement as set forth in the term sheet.

The parties will expeditiously file a joint motion to stay current deadlines so that they may pursue the proposed class settlement. The parties anticipate filing a motion for preliminary approval, along with a final settlement agreement and exhibits, on or before May 15, 2015.

Respectfully submitted,

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| */s/ David L. Selby* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.:  (205) 988-9253 | Tel.:  (904) 598-6100 |
| Fax:  (205) 733-4896 | Fax:  (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email: jmarino@sgrlaw.com |
| | |
| John W. Barrett (*Admitted Pro Hac Vice*) | Timothy A. Bumann (*Admitted Pro Hac Vice*) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 209 Capitol Street | 120 Peachtree Street, NE |
| Charleston, West Virginia 25301 | Promenade, Suite 3100 |
| Tel.:  (304) 345-6555 | Atlanta, Georgia 30309 |
| Fax:  (304) 342-1110 | Tel.:  (404) 815-3500 |
| Email: jbarrett@baileyglasser.com | Fax:  (404) 815-3900 |
| | Email:  tbumann@sgrlaw.com |

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:  (205) 324-4008
Fax:  (205) 324-0803
Email: twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.:  (954) 765-0537
Fax:  (954) 765-0545
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida 33131
Tel.:  (305) 854-4900
Fax:  (305) 854-8266
Email: finklehoffe@leesfield.com
          scolaro@leesfield.com
          leesfield@leesfield.com

## **CERTIFICATE OF SERVICE**

I certify that on April 16, 2015, a copy of the foregoing was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system, which provides notice and a copy of the filing to counsel.

/s/ *John P. Marino*
Attorney
