UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

Case No. 1:13-CV-24583

CLASS ACTION

JURY TRIAL DEMANDED

**JOINT MOTION TO STAY TO ALLOW PARTIES
TO SEEK APPROVAL OF PROPOSED CLASS SETTLEMENT**

Plaintiff, Chris P. Carter, and Defendants, Forjas Taurus, S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc. (the "Taurus Companies") (collectively the "Parties"), jointly move the Court for entry of an order staying the events and deadlines set forth in the Court's Order Granting Joint Motion to Stay Near Term Hearings and Deadlines Pending Settlement Approval [Dkt. 111] (the "Scheduling Order") to allow the Parties to submit formal settlement documents and seek approval of a proposed class settlement. The Parties will seek preliminary approval of the proposed class settlement on or before May 15, 2015. The Parties state as follows in support of this joint motion:

    1.    On March 24, 2015, the Court entered the Scheduling Order currently governing this matter.

2. The Parties participated in several mediation conferences before Mediator Rodney Max. As the Court has been advised in the Joint Status Report, the Parties executed a Proposed Settlement Term Sheet on April 9, 2015. *See* Dkt. 120.

3. The Taurus Companies' Boards of Directors have approved the April 9, 2015 Proposed Settlement Term Sheet and instructed the Taurus Companies' counsel to pursue a class settlement as set forth in the term sheet.

4. Given the proposed class settlement, the Parties respectfully request that the events and deadlines set forth in the Scheduling Order be stayed pending the Parties' filing a motion for preliminary approval of the proposed class settlement (along with a Settlement Stipulation and related documents), and the Court's consideration of the proposed class settlement.

5. A proposed order is attached as Exhibit "A" to this joint motion pursuant to Local Rule 7.1(a)(2).

## MEMORANDUM OF LAW

Plaintiff and the Taurus Companies request that the Court enter the attached proposed order staying the events and deadlines set forth in the Scheduling Order. Allowing the requested relief will ensure that the Parties' and the Court's resources are not unnecessarily expended while the proposed class settlement is finalized and the Parties seek approval from the Court.

Settlements are encouraged to conserve judicial resources. *See Murchison v. Grand Cypress Hotel Corp.*, 13 F.3d 1483, 1486 (11th Cir. 1994); *BR Products North America, Inc. v. Oakridge at Winegard, Inc.*, 469 F.Supp.2d 1128, 1133 (M.D. Fla. 2007) (noting that "settlement agreements are favored as an efficient way to settle disputes and as a means to conserve judicial resources"); *Sands v. Wagner & Hunt, P.A.*, 09-60557-CIV, 2009 WL 2730469 (S.D. Fla. Aug.

28, 2009) (holding that "[s]ettlement agreements are highly favored, and will be enforced whenever possible") (quoting *Robbie v. City of Miami*, 469 So. 2d 1384, 1385 (Fla. 1985)).

Courts have held that the pursuit of a settlement is a reasonable basis for a stay. *See Newman v. Sun Capital, Inc.*, No. 2:09-CV-445-FTM-29, 2012 WL 3715150 (M.D. Fla. Aug. 28, 2012) (citing the Court's earlier ruling that "the Court clearly has the discretionary authority to grant a reasonable stay in a case, and pursuit of a settlement can be a reasonable basis for a stay."); *Diaz v. HSBC Bank USA, N.A.*, No. 13-21104-CIV, 2014 WL 1218701 (S.D. Fla. Mar. 24, 2014) (discussing prior stay of proceeding upon request during pending settlement negotiations and before preliminary approval of the settlement).

WHEREFORE, Plaintiff and the Taurus Companies respectfully request that the Court stay the events and deadlines set forth in the Scheduling Order while the proposed class settlement is finalized and the Parties seek approval from the Court, together with such further relief as the Court deems proper.

Respectfully submitted,

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| */s/ David L. Selby* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.: (205) 988-9253 | Tel.: (904) 598-6100 |
| Fax: (205) 733-4896 | Fax: (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email: jmarino@sgrlaw.com |
| | |
| John W. Barrett (*Admitted Pro Hac Vice*) | Timothy A. Bumann (*Admitted Pro Hac Vice*) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 209 Capitol Street | 120 Peachtree Street, NE |
| Charleston, West Virginia 25301 | Promenade, Suite 3100 |
| Tel.: (304) 345-6555 | Atlanta, Georgia 30309 |
| Fax: (304) 342-1110 | Tel.: (404) 815-3500 |
| Email: jbarrett@baileyglasser.com | Fax: (404) 815-3900 |
| | Email: tbumann@sgrlaw.com |

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.: (205) 324-4008
Fax: (205) 324-0803
Email: twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.: (954) 765-0537
Fax: (954) 765-0545
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida 33131
Tel.: (305) 854-4900
Fax: (305) 854-8266
Email: finklehoffe@leesfield.com
　　　　scolaro@leesfield.com
　　　　leesfield@leesfield.com

**CERTIFICATE OF SERVICE**

I certify that on April 17, 2015, a copy of the foregoing was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system, which provides notice and a copy of the filing to counsel.

                              /s/ *John P. Marino*
                              Attorney

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

 *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

 *Defendants.*
_____/

**Case No. 1:13-CV-24583**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**ORDER STAYING CASE AND SUSPENDING THE COURT'S SCHEDULING ORDER**

THIS MATTER came before the Court upon the Joint Motion to Stay to Allow Parties to Seek Approval of Proposed Class Settlement [Dkt. 121] (the "Joint Motion to Stay") filed by the Parties.

The Court having reviewed this matter, and based on the reasons set forth in the Joint Motion to Stay, it is ORDERED and ADJUDGED that:

1. The Joint Motion to Stay is GRANTED;

2. The events and deadlines set forth in the Court's Order Granting Joint Motion to Stay Near Term Hearings and Deadlines Pending Settlement Approval [Dkt. 11] entered on March 24, 2015 are stayed; and

3. The Parties shall seek preliminary approval of the proposed class action settlement on or before May 15, 2015.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of April, 2015.

                                                                                                       _____
JUDGE PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record