UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583

### ORDER GRANTING JOINT MOTION TO STAY TO ALLOW PARTIES TO SEEK APPROVAL OF PROPOSED CLASS SETTLEMENT

THIS MATTER is before the Court on the Joint Motion to Stay to Allow Parties to Seek Approval of Proposed Class Settlement [DE 121]. The parties have advised that a Proposed Settlement Term Sheet has been executed by the parties and approved by Defendants' Boards of Directors. They have represented that they will file a proposed class settlement with the Court for preliminary approval by May 15, 2015. Therefore, it is

**ORDERED THAT**:

(1)     The Joint Motion to Stay to Allow Parties to Seek Approval of Proposed Class Settlement [DE 121] is **GRANTED**. The case is hereby **STAYED**.

(2)     By no later than **May 15, 2015**, the parties must file a motion for preliminary approval, along with a final executed settlement agreement and any exhibits thereto.

**DONE AND ORDERED** in Miami, Florida, this _21st_ day of April, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Hon. William C. Turnoff

1