UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendant.
_____/

**ORDER SCHEDULING HEARING**

THIS MATTER came before the Court on the parties' Joint Motion and Supporting Memorandum for Preliminary Approval of Class Action Settlement [DE 123]. Review of the motion demonstrates that a hearing is required to address several issues, including how the parties reached the $30,000,000 damages cap and whether the named plaintiff, who owns a PT-140 Millennium PRO [DE 73, p.18], is a member of the class under the proposed definition, because it appears to include only the PT-140 Millennium and not plaintiff's model. Therefore, it is

    ORDERED THAT

    A hearing is scheduled for **June 23, 2015 at 10:00 a.m.**

    DONE AND ORDERED in Miami, Florida, this _4th_ day of June, 2015.

                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
       All Counsel of Record