IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

     *Plaintiffs*,

v.

                                      Case No. 1:13-cv-24583-PAS

FORJAS TAURUS S.A.,                           **CLASS ACTION**
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

     *Defendants*.

**MOTION TO ALLOW LAPTOP COMPUTERS AT THE JUNE 23, 2015
HEARING ON THE JOINT MOTION FOR PRELIMINARY APPROVAL**

Pending now before the Court is the Parties' Joint Motion for Preliminary Approval, which is set for Hearing on June 23, 2015 (the "Hearing"). Plaintiff comes now and hereby requests permission to bring two (2) laptop computers into the courtroom for this Hearing. To support this Motion, Plaintiff submits the following.

1.     The Parties have now settled the claims in this action and have submitted their Joint Motion for Preliminary Approval [DE 123].

2.     In its June 16, 2015 Order, this Court has identified a number of complex issues to be addressed and discussed by the Parties at the Hearing.

3.     In the event Plaintiff would need to access information that is stored electronically on a laptop computer, Plaintiff would like to bring a primary laptop, as well as a backup laptop to the Hearing.

Wherefore, premises considered, Plaintiff respectfully requests this Court grant this Motion and enter an Order directing the U.S. Marshals and any other related courthouse

personnel to permit Plaintiff to bring two laptop computers into the courtroom for use at the

June 23, 2015 Hearing.

Dated:  June 22, 2015                                          Respectfully submitted,

    /s/ *Carol L. Finklehoffe*
Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD SCOLARO, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:         (305) 854-4900
Email:       finklehoffe@leesfield.com
                  scolaro@leesfield.com


/s/ *David L. Selby, II*
David L. Selby, II *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:         (205) 988-9253
Email:       dselby@baileyglasser.com


John W. Barrett *(admitted pro hac vice)*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:         (304) 345-6555
Email:       jbarrett@baileyglasser.com


Todd Wheeles *(admitted pro hac vice)*
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Email:       twheeles@mhhlaw.net


Angelo Marino, Jr. (FBN 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:         (954) 765-0537
Email:       amjrpamail@aol.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2015, a true and correct copy of the foregoing has been served by filing with the Clerk using the Court's electronic filing system which will send notification of and make available the same to all counsel of record.

/s/ *Carol L. Finklehoffe*
Carol Finklehoffe (FBN: 15903)

## SERVICE LIST

**Angelo Marino, Jr., Esq.**
Email: amjrpamail@aol.com
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
Telephone:         (954) 765-0537
Facsimile:         (954) 765-0545
*Attorneys for Plaintiff Chris P. Carter*

**David L. Selby , II, Esq.**
*(Admitted Pro Hac Vice)*
Email:  dselby@baileyglasser.com
BAILEY & GLASSER, LLP
300 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone:         (205) 682-7575
Facsimile:         (205) 733-4896
*Attorneys for Plaintiff Chris P. Carter*

**John W. Barrett, Esq.**
*(Admitted Pro Hac Vice)*
Email:  jbarrett@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capital Street
Charleston, WV 25301
Telephone:         (304) 345-6555
Facsimile:         (304) 342-1110
*Attorneys for Plaintiff Chris P. Carter*

**Timothy A. Bumann, Esq.**
*(Admitted Pro Hac Vice)*
Email:  tbumann@sgrlaw.com
**David A. Mobley, Esq.**
Email:  dmobley@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
 Promenade, Suite 3100
 Atlanta, GA  30309
Telephone:         (404) 815-3500
Facsimile:         (404) 815-3900
*Counsel for Defendants Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*

**John P. Marino, Esq.**
Email:  jmarino@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: 904-598-6100
Facsimile: 904-598-6300
*Counsel for Defendants Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*

**Patricia M. Kipinis, Esq.**
Email:  pkipnis@bailyglaser.com
BAILEY & GLASSER, LLP
135 Kings Highway E. , 3d Floor E.
Haddonfield, NJ 08033
Telephone:          (856) 795.0378
Facsimile:          (304) 342.1110
*Attorneys for Plaintiff Chris P. Carter*

**Todd Wheeles, Esq.**
*(Admitted Pro Hac Vice)*
Email:  twheeles@mhhlaw.net
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Telephone:          (205) 324-4008
Facsimile:          (205) 324-0803
*Attorneys for Plaintiff Chris P. Carter*

**Eric B. Snyder, Esq.**
(Admitted Pro Hac Vice on 01/30/2015)