UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,

Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v().

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583

**ORDER GRANTING MOTION TO ALLOW LAPTOP COMPUTERS
AT THE JUNE 23, 2015 HEARING**

THIS MATTER is before the Court on Plaintiff's Motion to Allow Laptop Computers at the June 23, 2015 Hearing on the Joint Motion for Preliminary Approval [DE 126]. Upon review, it is

**ORDERED THAT**:

(1)   Plaintiff's Motion to Allow Laptop Computers at the June 23, 2015 Hearing on the Joint Motion for Preliminary Approval [DE 126] is **GRANTED**.

(2)   Plaintiff may bring **two (2)** laptop computers and their power cords into the courtroom for the June 23, 2015 hearing.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of June, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

CC:   All Parties and/or Counsel of Record