**CIVIL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE

CASE NO. 13-24583   DATE 6/23/15

CLERK V. Saadi   REPORTER William Romanishin

TITLE OF CASE Carter v. Forjas Taurus et al.

P. ATTORNEY John Barrett, David Selby

D. ATTORNEY John Marino, Kristen Bracken

REASON FOR HEARING Hearing on Motion for Preliminary Settlement Approval

TIME ON RECORD 1 hour 37 minutes

RESULT OF HEARING Order to Follow; Amended Proposed Order due by July 14, 2015

CASE CONTINUED TO N/A

MISC. N/A