UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendants.
_____/

## ORDER REQUIRING AMENDED PROPOSED ORDER

THIS MATTER is before the Court on the parties' Joint Motion and Supporting Memorandum for Preliminary Approval of Class Action Settlement [DE 123] and the June 23, 2015 hearing on the Motion. Based on the hearing at which counsel and the Claims Administrator were present and provided extensive factual basis to support their Motion, the parties have satisfied the Court's questions. Therefore, it is

ORDERED THAT

By **July 14, 2015**, the parties will submit an amended Proposed Order Granting Preliminary Approval of Class Action Settlement setting forth the factual information disclosed at the hearing.

DONE AND ORDERED in Miami, Florida, this 23rd day of June, 2015.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
        All Counsel of Record