## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

      Defendants.

_____/

**Case No. 1:13-cv-24583-PAS**

Class Action

## NOTICE OF FILING PROPOSED CLASS NOTICES

      Plaintiff and Defendants jointly submit the attached revised proposed class notices for the Court's consideration following the June 23, 2015 hearing on their Joint Motion and Supporting Memorandum for Preliminary Approval of Class Action Settlement [Dkt. 123]. The revised proposed Publication Notice is attached as Exhibit A. The revised proposed Website Notice is attached as Exhibit B.

Respectfully submitted,

Counsel for Plaintiffs

/s/ David L. Selby
David L. Selby, II (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:   (205) 988-9253
Fax:    (205) 733-4896
Email: dselby@baileyglasser.com



John W. Barrett (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:   (304) 345-6555
Fax:    (304) 342-1110
Email:  jbarrett@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:   (205) 324-4008
Fax:    (205) 324-0803
Email:  twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:   (954) 765-0537
Fax:    (954) 765-0545
Email:  amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Fax:    (305) 854-8266
Email:  finklehoffe@leesfield.com
        scolaro@leesfield.com
        leesfield@leesfield.com

Counsel for Defendants

/s/ John P. Marino
John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:    (904) 598-6300
Email:  jmarino@sgrlaw.com



Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:   (404) 815-3500
Fax:    (404) 815-3900
Email:   tbumann@sgrlaw.com

**CERTIFICATE OF SERVICE**

I certify that on July 14, 2015, a copy of the foregoing document was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system, which provides notice and a copy of the filing to counsel.

/s/ *John P. Marino*
Attorney

# EXHIBIT A

## Publication Notice

### If You Own a Taurus Pistol
### A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

#### The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols
*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar www._____.com*

#### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

#### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on [date of preliminary approval]: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols"). The settlement doesn't include Taurus G2 model pistols.

#### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferrable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

#### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from Month 00, 2015 until Month 00, 2015.

#### WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by **Month 00, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **Month 00, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **Month 00, 2015**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information,** call toll-free 1-(xxx) xxx-xxxx, or visit www._____.com, or write to _____, c/o Heffler Claims Group, P.O. Box _____, Philadelphia, PA 19102-8430.

---

[1] The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.

# EXHIBIT B

<u>**Website Notice**</u>

**If You Own a Taurus Pistol**

**A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects**

**The Settlement Provides an Enhanced Warranty, Safety Training,
and a Cash Payment for Returned Pistols**

*A court authorized this notice. This is not a solicitation from a lawyer.*

A settlement has been proposed in a class action lawsuit about alleged safety defects in the following Taurus-branded firearms:   PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and/or PT-24/7 (the "Class Pistols").  The settlement does not include Taurus G2 model pistols.

Your legal rights are affected whether you act or do not act.  <u>Read this notice carefully</u>.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get a payment. |
| **EXCLUDE YOURSELF** | Receive no payment.  This is the only option that allows you to ever be part of any other lawsuit against the Defendants[1] or anyone else about the legal claims in this case. |
| **OBJECT** | Write to the Court about why you do not like the settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the settlement. |
| **DO NOTHING** | Receive Enhanced Lifetime Warranty and Safety Training at no cost. |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after appeals are resolved. Please be patient.

- Any questions?  Read on and visit www._____.

---

[1] The Defendants in the lawsuit are Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. These Defendants are also referred to collectively in this notice as "the Taurus Companies."

1

## WHAT THIS NOTICE CONTAINS

Basic Information................................................................................................................
    1. Why did I get this notice package? ...................................................................
    2. What is this lawsuit about?................................................................................
    3. What is a class action? ......................................................................................
    4. Why is there a settlement?.................................................................................
Who is in the Settlement? ..................................................................................................
    5. How do I know if I am part of the settlement?...................................................
The Settlement Benefits – What You Get ..........................................................................
    6. What does the settlement provide?....................................................................
How You Get Benefits – Submitting a Clam Form.............................................................
    7. Will I know how much I will get when I send my Class Pistol back?...................
    8. How will I send my Class Pistol back? ..............................................................
    9. How can I get a payment or other benefits?......................................................
    10. When will I receive benefits?...........................................................................
    11. Will I have to pay taxes on the limited cash payment? ...................................
    12. What am I giving up if I stay in the Settlement Class?....................................
Excluding Yourself From The Settlement...........................................................................
    13. How do I exclude myself from the settlement?................................................
    14. If I do not exclude myself, can I sue the Defendants or anyone else for the same thing later? .......
    15. If I exclude myself, can I get benefits from this settlement?............................
The Lawyers Representing You ..........................................................................................
    16. Do I have a lawyer in this case?........................................................................
    17. How will the lawyers be paid? .........................................................................
Objecting To The Settlement .............................................................................................
    18. How do I tell the Court that I do not like the settlement? ...............................
    19. What is the difference between objecting and excluding?................................
The Court's Final Approval Hearing ..................................................................................
    20. When and where will the Court decide whether to approve the settlement? ...................
    21. Do I have to come to the hearing?....................................................................
    22. May I speak at the hearing?.............................................................................
If You Do Nothing ...............................................................................................................
    23. What happens if I do nothing at all? ...............................................................
Getting More Information ..................................................................................................
    24. Are there more details about the settlement? .................................................
    25. How do I get more information? ......................................................................
    26. Will my identity as a Class Member be kept confidential?...............................

## BASIC INFORMATION

| 1. | Why is this notice being provided? |
|---|---|

This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

A class action is a lawsuit in which one or more individuals sue an individual(s), company or other entity on behalf of all other people who are in a similar position. Collectively, these people are referred to as a "Class" or "Class Members." In a class action, the court resolves certain legal issues, legal claims and defenses for all Class Members in one lawsuit, except for those who ask to be excluded from the Class. (See below for more information about excluding yourself from the Class.)

| 2. | What is this lawsuit about? |
|---|---|

This lawsuit is about alleged safety defects in the following Taurus-branded firearms:   PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and/or PT-24/7. The lawsuit asserts that these alleged safety defects may cause some Class Pistols to unintentionally fire with the safety in the "on" or "safe" position when the trigger is pulled and some Class Pistols may unintentionally fire when dropped or bumped.  The Taurus Companies stand by the Class Pistols and vigorously deny all allegations of wrongdoing and liability. The lawsuit does not involve Taurus G2 model pistols.

| 3. | What is a class action? |
|---|---|

In a class action, one or more people, called class representatives (in this case, Chris P. Carter) sue on behalf of people who have similar claims.  One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.  A judge in the United States District Court for the Southern District of Florida, Miami Division, is overseeing this class action.

| 4. | Why is there a settlement? |
|---|---|

The Court did not decide in favor of Plaintiff or Defendants.  Instead, both sides agreed to a settlement. That way, they avoid the time and expense of going to trial.  The Class Representative and his attorneys think the settlement is best for everyone.

## WHO IS IN THE SETTLEMENT

| 5. | How do I know if I am part of the settlement? |
|---|---|

The Court previously decided that everyone who fits the following description is a Settlement Class Member:

All Persons or entities of the United States, Commonwealth of Puerto Rico, U.S. Virgin Islands, and Guam who own one or more of the following Taurus-branded firearms on _____:  PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7.  Excluded from the Settlement Class are all state, local or federal governments, bodies or agencies, the District Court Judge and Magistrate Judge to whom the lawsuit is assigned and any member of their staffs and immediate families, as well as all persons who

3

validly request exclusion from the Settlement Class.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

| 6. | What does the settlement provide? |
|----|-----------------------------------|

If approved, the proposed settlement will provide the following: the Taurus Companies will pay the costs of notice and administration; will pay a class representative incentive payment of up to $15,000; will make safety training available to all Settlement Class Members; will pay a cash payment to Settlement Class Members who timely submit a valid claim form and return their Class Pistol to the Taurus Companies; and will provide enhanced lifetime warranty benefits.  More specifically:

1)  **Safety Training** - The Taurus Companies have produced special and particularized safety training addressing the operation and handling of Class Pistols.  Among other things, this safety training addresses proper handling and carrying to avoid dropping a pistol; educates owners concerning the safety features and safety systems in the Class Pistols; and provides information and instructions on how to properly store, pack, and ship the Class Pistols for return to the Taurus Companies.

    The training video can be viewed online at [insert website URL] or you can request a hard copy DVD by calling ____ or mailing ____.

2) **Settlement Payment Option** - Settlement Class Members may elect to return their Class Pistol to the Taurus Companies and receive a payment of up to $200 per Class Pistol. The Taurus Companies will pay shipping costs. The minimum payment if every Class Pistol were returned would be $31.  The actual amount that you will receive will depend on the total number of Class Pistols returned.  The amount of the cash payments will be based on the following schedule:

    a)  if less than 10,000 Class Pistols are returned, the payment for each returned Class Pistol shall be $200;

    b)  if 10,001 to 20,000 Class Pistols are returned, the payment for each returned Class Pistol shall be $175;

    c)  if 20,001 to 200,000 Class Pistols are returned, the  payment for each returned Class Pistol shall be $150; and

    d)  if more than 200,000 Class Pistols are returned, the payment for each returned Class Pistol shall be less than $150 and shall be equal to a $30 Million aggregate cap divided by the number of Class Pistols returned.

You will not know the payment amount until after the deadline to return Class Pistols has passed and the exact number of Class Pistols returned for payment is known.  If you return your Class Pistol for a payment, it will not be returned to you even if the payment amount is less than you want.

3)  **Enhanced Warranty** - The Taurus Companies agree to modify its existing warranty for all Class Pistols to allow any owner to submit a warranty claim at any time.  The Class Pistol will be

inspected by the Taurus Companies at no cost and repaired or replaced with a new pistol as necessary. The Taurus Companies will pay all costs associated with this enhanced warranty, including but not limited to the cost of shipping to and from the Taurus Companies and the cost to inspect the Class Pistol.

Complete details about the Enhanced Warranty can be found in the Enhanced Lifetime Warranty policy available here: [insert website URL]

## HOW YOU GET BENEFITS – SUBMITTING A CLAIM FORM

**7.      How will I send my Class Pistol back?**

On the settlement website, there is a safety video to be viewed prior to packing and shipping your Class Pistol. This video has important safety information. We will also provide you with a Shipping Checklist to be completed before securing the box for shipment.  With a valid claim for the cash payment, you will receive a prepaid shipping label, with the shipping costs paid by the Taurus Companies. Failing to properly disarm your Class Pistol and ship it in accordance with federal law could result in injury, harm, or damage and subject you to penalties. You must follow all instructions.

**8.      How can I get a payment?**

To ask for a payment, you must submit a claim form and return your Class Pistol at the Taurus Companies' expense. Visit the settlement website (www._____.com) to get a claim form. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. You may register online now through the website to get information about when you can submit a claim form. You may also check the settlement website to determine when you can submit a claim.  While we cannot know exactly when this date will be, if the Court approves the settlement at the Final Approval Hearing on _____ and there are no appeals, the claims period will begin to run on ___, and will end on ___.

To send your Class Pistol back to the Taurus Companies, you will receive a preprinted label and Shipping Checklist. You will then receive a cash payment, based upon the total number of Class Pistols returned, as set forth above.

**9.      When will I receive the benefits?**

The Court will hold a hearing on _____, to decide whether to approve the settlement. If the Court approves the settlement, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take up to a year or more. The settlement website will keep you informed of the progress of the settlement.  Please be patient.  The safety training will be available immediately on the website below.

**10.      Will I have to pay taxes on the cash payment?**

The parties cannot provide tax advice and encourage you to seek tax advice from your accountant or advisor.  Depending upon the amount of your payment, pursuant to IRS regulations, you and/or the government may receive a 1099 reflecting the payment for your Class Pistol.

| 11. | What am I giving up if I stay in the Settlement Class? |
|---|---|

Unless you exclude yourself, you will remain a Settlement Class Member. This means that you cannot sue, continue to sue, or be part of any other lawsuit against the Taurus Companies (refer to question no. 13 below) or anyone else about the claims and legal issues in this case.  If you stay in the Settlement Class, all of the Court's orders will apply to you and legally bind you.

The lawsuit and settlement does not cover or release any claims for personal injuries or property damage (other than damage to the Class Pistols themselves).  If you have claims for personal injuries or property damage (other than damage to the Class Pistols themselves) now or in the future, this settlement does not prohibit you from suing the Defendants to recover for those damages.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| 12. | How do I exclude myself from the settlement? |
|---|---|

If you want to keep the right to sue or continue to sue the Defendants or anyone else, on your own, about the legal issues in this case, then you must take steps to get out.   This is called excluding yourself – or is sometimes referred to as opting out of the Settlement Class.   Defendants may withdraw from and terminate the settlement if a certain number of putative Settlement Class Members exclude themselves.

To exclude yourself from the settlement, you must submit a letter by mail saying that you want to be excluded from the Settlement Class in *Chris P. Carter v. Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*, Case No. 1:13-cv-24583, U.S.D.C., S.D. Florida.  You must include your name, address, telephone number, serial number of your Class Pistol(s), and signature.  You must mail your exclusion request so that it is postmarked no later than _____, to:

> Chris P. Carter v. Forjas Taurus S.A.
> c/o_____
> _____
> _____

You cannot exclude yourself by phone or by e-mail.  If you mail an exclusion request by the deadline, you will not get any settlement benefits and you cannot object to the settlement.  You will not be legally bound by anything that happens in the lawsuit. You may be able to sue (or continue to sue) the Defendants in the future. The Administrator will file a list containing your name with the Court so that you will not be bound by the Settlement.

| 13. | If I do not exclude myself, can I sue the Defendants or anyone else for the same thing later? |
|---|---|

No.  Unless you exclude yourself, you give up the right to sue the Defendants or anyone else for the claims resolved by this settlement.

You must exclude yourself from the Settlement Class to participate in any litigation against the Defendants or anyone else regarding the claims resolved by this settlement.   Remember, the exclusion deadline is_____.

| 14. | If I exclude myself, can I get benefits from this settlement? |
|---|---|

No. If you exclude yourself, do not send in your Class Pistol or a Claim Form to ask for any benefits. But, you may sue, continue to sue, or be part of a different lawsuit.

## THE LAWYERS REPRESENTING YOU

| 15. | Do I have a lawyer in this case? |
|---|---|

The lawyers and law firms of Bailey & Glasser LLP and Morris, Haynes, Wheeles, Knowles & Nelson represent you and the other Settlement Class Members. Together, these lawyers are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 16. | How will the lawyers be paid? |
|---|---|

Class Counsel will ask the Court for an award of attorneys' fees, costs, and expenses of up to $9,000,000, payable by the Taurus Companies over 3 yearly installments starting one year after the settlement is final. The motion for attorneys' fees and costs and plaintiff incentive awards will be posted on www._____.com after they are filed. The Court may award less than this amount. If approved, these funds will be paid *in addition* to the relief available to Settlement Class Members. In other words, no benefits to Settlement Class Members will be reduced by payment of attorneys' fees and expenses.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the settlement or some part of it.

| 17. | How do I tell the Court that I do not like the settlement? |
|---|---|

If you are a Settlement Class Member, you can object to the settlement if you do not like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views and you may have to give a deposition. (If you object, you can still participate in the settlement – and receive money if it is approved – notwithstanding your objection.)

To object, you must send a letter saying that you object to the *Chris P. Carter v. Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.* settlement. The objection must include the following: (i) the name of the lawsuit; (ii) the objecting Settlement Class Member's full name, address, telephone number, serial number of the Class Pistol(s) and signature (an attorney's signature is not sufficient); (iii) a statement that the objector is a Settlement Class Member and an explanation of the basis upon which the objector claims to be a Settlement Class Member; (iv) all grounds for the objection, accompanied by any legal support known to the objector or his or her counsel; (v) the identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection; (vi) a statement confirming whether the objector or any counsel representing the objector intends to personally appear and/or testify at the Final Approval Hearing; (vii) a list of any persons who may be called to testify at the approval hearing in support of the objection (viii) the number of times in which the objector, objector's counsel (if any), or objector's counsel's law firm (if any) has objected to a class action settlement within the five years preceding the date that the objector files the objection and the caption of each case in which

7

such an objection was made; and (ix) a statement disclosing any consideration that the objector, objector's counsel (if any), or objector's counsel's law firm (if any) has received in connection with the resolution or dismissal of an objection to a class action settlement within five years preceding the date that the objector files the objection.   Mail the objection to the Claims Administrator, Settlement Class Counsel, and the Taurus Companies' Counsel at the following addresses so that it is postmarked no later than _____:

| Chris P. Carter v. Forjas Taurus, S.A. c/o Heffler | David L. Selby, II John W. Barrett BAILEY & GLASSER, LLP 3000 Riverchase Galleria, Suite 905 Birmingham, AL 35244 | John P. Marino SMITH GAMBRELL & RUSSELL, LLP 50 North Laura Street Suite 2600 Jacksonville, FL 32202 |
|---|---|---|

| **18.** | **What is the difference between objecting and excluding?** |
|---|---|

By objecting, you will be filing a pleading with the Court outlining that you do not like the settlement. Objecting is simply telling the Court that you do not like something about the settlement.   You can object only if you stay in the Settlement Class.   All pleadings and identities of parties are public records and cannot be filed in secret.   Excluding yourself is telling the Court that you do not want to be part of the Settlement Class.   If you exclude yourself, you have no basis to object because the case no longer affects you.   If you object, you still can submit a Claim Form.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the settlement.   You may attend and you may ask to speak, but you do not have to.

| **19.** | **When and where will the Court decide whether to approve the settlement?** |
|---|---|

The Court will hold a Final Approval Hearing at _____ a.m. on _____, 2016, at _____.   At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate.   If there are objections, the Court will consider them.   The Court will listen to people who have asked to speak at the hearing.   The Court may also decide how much to pay Settlement Class Counsel and the Class Representative. After the hearing, the Court will decide whether to approve the settlement.   We do not know how long these decisions will take.

| **20.** | **Do I have to come to the hearing?** |
|---|---|

No.   Settlement Class Counsel will answer any questions from the Court regarding the settlement. However, you are welcome to come at your own expense.   If you send an objection, you do not have to come to Court to talk about it.   As long as you mailed your written objection on time, the Court will consider it.   You may also pay your own lawyer to attend, but it is not necessary.

| 21. | May I speak at the hearing? |
|-----|------------------------------|

You may ask the Court for permission for you or your lawyer to speak at the Final Approval Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *Chris P. Carter v. Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.*" Be sure to include your name, address, telephone number, and your signature. If your lawyer intends to speak at the Final Approval Hearing, your letter must also include the name, address, and telephone number of your lawyer. Your Notice of Intent to Appear must be mailed to the Claims Administrator, Settlement Class Counsel, and the Taurus Companies' counsel at the above addresses and postmarked no later than

_____.

You cannot speak at the Final Approval Hearing if you exclude yourself.

## IF YOU DO NOTHING

| 22. | What happens if I do nothing at all? |
|-----|--------------------------------------|

If you do nothing, you will get no money, but will receive the enhanced lifetime warranty and safety training.  But, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit about the legal issues in this case, ever again.

## GETTING MORE INFORMATION

| 23. | Are there more details about the settlement? |
|-----|-----------------------------------------------|

This notice summarizes the proposed settlement. More details are in the Class Settlement Agreement. You can get a copy of the Class Settlement Agreement online or by writing to the Claims Administrator at:

Chris P. Carter v. Forjas Taurus, S.A., et al.
c/o Heffler

_____

_____

| 24. | How do I get more information? |
|-----|--------------------------------|

You can visit the settlement website at www._____.com where you will find answers to common questions about the settlement, a Claim Form, plus other information. You may also contact Settlement Class Counsel at BAILEY & GLASSER, LLP, 3000 Riverchase Galleria, Suite 905, Birmingham, AL 35244.

| 25. | Will my identity as a Class Member be kept confidential? |
|-----|----------------------------------------------------------|

Certain matters involving class action settlements are public record.  Objections and opt-outs will be public record and the Parties, the Court and others may review them.  Additionally, the Court may review claim submissions.  These records are also subject to subpoena by law enforcement, government agencies and/or other entities.


_____ __, 2015    The Honorable Patricia A. Seitz, United States District Court Judge