**CIVIL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE

CASE NO. 13-24583   DATE 7/30/2015

CLERK Y. Saadi   REPORTER Gizella Baan-Proulx

TITLE OF CASE Carter v. Forjas Taurus et al.

P. ATTORNEY David Selby

D. ATTORNEY John Marino

REASON FOR HEARING Telephone Conference on Preliminary Approval & Notice

TIME ON RECORD 10 Minutes

RESULT OF HEARING Order to Follow

CASE CONTINUED TO N/A

MISC. N/A