**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:13-CV-24583-PAS**

```
FILED by __PG__ D.C.

DEC 0 8 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI
```

CHRIS P. CARTER,
Individually and on behalf of all
Others similarly situated,

     *Plaintiff*                              **CLASS ACTION**

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

     *Defendants*

---

**OBJECTION TO PROPOSED SETTLEMENT AND CLASS CERTIFICATION,**
**AND NOTICE OF INTENT TO APPEAR AT FINAL APPROVAL HEARING**

MAY IT PLEASE THE COURT:

     This class action should be decertified, and the Proposed Settlement rejected, because the interests of the Settlement Class have not been adequately protected.

     The undersigned is a Settlement Class Member ("Member") by virtue of ownership of firearms affected by this litigation. Member has experience dealing with Taurus and the Taurus Unlimited Lifetime Repair warranty. Member purchased Millennium Pro Class Pistols for personal protection in reliance upon that warranty.

     Member has never before filed an Objection to a class action settlement. If the Proposed Settlement were not such a harsh raw deal for the class, Member would not have filed this objection. The Proposed Settlement's "substantial adverse effects"[1] and monetary loss for the class make this bargain unacceptable.

     Member intends to appear at the Final Approval Hearing and has no objection to being deposed.

---

[1] See *Kamilewicz v Bank of Boston, 92 F.3rd 506 (7th Cir. 1996),* wherein a class action settlement in Alabama cost Dexter Kamilewicz $91.33 to recover $2.19 on the merits.

Recitals required in order to object to the Proposed Settlement, as listed at taurscartersettlement.com, are attached hereto as Exhibit A.


## I.   Introduction

Cornell's John C. Coffee Jr. in 1995 described a shift in the function of the class action: "Once a sword for plaintiffs, it is becoming a shield for defendants." *John C. Coffee Jr., Corruption of the Class Action: The New Technology of Collusion, 80 Cornell L. Rev. 851 (1995).*

Member asks the Court to consider whether this lawsuit is being used by Taurus as a means to terminate its Unlimited Lifetime Repair Warranty for 966,335 Class Pistols.

There are no facts to support the contention that plaintiff has standing to represent the class.  Plaintiff did not purchase a class pistol. Plaintiff suffered no "injury in fact". There is no proof that Class Pistols are defective. The sparse record suggests that it was plaintiff's violation of basic firearm safety rules that caused the unintended discharge of a pistol.  There are no facts in the record to support certification as a class action.

Likewise, there are no facts in the record reflecting any effort made to establish the differing values of the nine Class Pistols and their variations.  There are no facts reflecting any effort made to determine values of the 966,355 claims. There are no subclasses based on the different designs and the different models of the Class Pistols.

The paucity of facts in the record is reflected in the inadequacy of the Proposed Settlement and the direct harm that would be caused to the class. Using round numbers, the G2 is a $200 pistol. It is offered as a replacement for the $400 Class Pistols.  If every Class Pistol were replaced, this $200 per-pistol loss would alone cost the class more than $180 million in out of pocket losses, not even considering additional losses that would also be incurred by the class. (900,000 pistols x $200 loss = $180 million)  The $150-$200 cash option would cause similar losses to the class.

Equally significant and damaging is Taurus' termination of parts and repair support for Class Pistols retained by the class. Exhibits B, C and D.   Contrary to what the Court has been told, Taurus' actions over the past several months demonstrate that the owners of 966,335 Class Pistols would *lose* warranty repair rights under the Proposed Settlement's "Enhanced Warranty".

The proposed Release is not limited to claims arising out of the alleged defect. The Release would also shield Taurus from liability arising out of the termination of the Taurus Unlimited Lifetime Repair Warranty for all Class Pistols.

In summary, the Proposed Settlement would cause more than $180 million in out-of-pocket losses to the class.  And its effect would be similar to a bankruptcy discharge and release of Taurus' *obligation to repair* under the Unlimited Repair warranty.

The key to understanding the Proposed Settlement is a familiarization with the already existing Taurus Unlimited Lifetime Repair warranty.

\*\*\*



Above image:  Includes free shipping.
http://images.kygunco.com/Black_Friday_2015/Black-Friday-2015-click.pdf

Below images:  On 11/28/2015, PT111 G2 price went back up to $189.99 ($239.99 minus $50 rebate).[2]  http://www.kygunco.com/taurus-pt-111-millennium-pro-g2-9mm-blue-121-32-inches-semi-automatic--64002



Taurus PT-111
Millennium Pro
G2 9mm Blue
12+1 3.2 Inches
Semi-Automatic
Mfg#:
1-111031G2-12
Regular Price:
$249.99
Sale Price:
$239.99
a In-Stock



**Taurus PT140
Millennium G2
40 SW 3.5in
Blue 10RD
Pistol
Mfg#:
1-140031G2-11
$237.99
Out of Stock**

---

[2] See Also, G2 PT111 $189.99 after Taurus rebate on 12/1/2015
http://www.deguns.net/ProductDetails.asp?ProductCode=1-111031G2-12



Taurus PT140 Millennium Pro Stainless Finish.   Price $389.99.

Taurus 24/7 Pro Blued Finish.   Price $399.00

Photo taken by Member on November 23, 2015 at sporting-goods store in Metairie, LA.

## The Taurus Unlimited Lifetime Repair Policy™



**REPAIR POLICY**

The Taurus Unlimited Lifetime Repair Policy™ is just that. The lifetime of the gun...not the buyer. This is the first warranty of its type in the industry. No other manufacturer has the confidence to extend this kind of offer. Except us. We know how good our guns are, and we are not afraid to stand behind them... for a lifetime.

Simply put, our unprecedented repair policy stands firmly behind every firearm imported or manufactured by Taurus International. The full terms are we will repair your Taurus firearm FREE OF CHARGE for the lifetime of the firearm

We at Taurus are totally committed to the very highest standards of quality, dependability, and most of all, customer satisfaction. Our Unlimited Lifetime Repair Policy assures you of that commitment. Should you need to take advantage of our repair policy, please follow the directions on the shipping instruction link and our work order form, which you can print out and send in with your firearm. We don't expect you to need it, but in the rare instance that you do, it's all right here for you.

Our Unlimited Lifetime Repair Policy extends to all Taurus firearms imported or manufactured by Taurus International Manufacturing, Inc.

This warranty does not cover grips, sights, accessories, cosmetic defects after one year, or damage caused by customer abuse at any time. Taurus will not be responsible for these items.

http://www.taurususa.com/repair-policy.cfm     Emphasis added.

# Enhanced Warranty

Taurus is providing an Enhanced Warranty for the following "Class Pistols": PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 pistols manufactured before 2013 (including the "PRO" series of each of these models). Some important facts about your Enhanced Warranty:

- **No claim or claim form is required and there is no specific time to act;**
- **It is automatic and continues for the lifetime of the Class Pistol;**
- **Taurus will pay certain additional costs previously paid by owners;**
- **Your Class Pistol will be inspected, repaired or replaced as necessary for life at no cost, subject to applicable laws;**
- **You can keep your Class Pistol and use the Enhanced Warranty settlement benefits at any time.**

The following chart shows the changes from the original warranty under the Taurus Unlimited Lifetime Repair Policy™ to the Enhanced Warranty settlement benefits:

| | Original Warranty | Enhanced Warranty | |
|---|---|---|---|
| 1  After inspection, if problems are not covered under the warranty you will receive an actual cost quotation for work | YES | NO | |
| 2  Inspections will have a minimum labor charge of $35. | YES | NO | X |
| 3  Taurus will pay the full cost of shipping each pistol to Miami (currently estimated approximately $100+) | NO | YES | X |
| 4  Free shipping of pistol is transferrable. | NO | YES | |
| 5  Complete inspection of pistol will be made and a determination as to repair or replacement. | NO | YES | X |
| 6  All warranty repairs will be made to the pistol and the costs paid by Taurus. | NO | YES | X |
| 7  The warranty is available for the lifetime of the Class Pistol | NO | YES | X |
| 8  The warranty is fully transferrable. | NO | YES | X |
| 9  A new replacement pistol with added safety features will be returned to the owner if the Class Pistol cannot be repaired. | NO | YES | X |
| 10  Warranty does not require a claim form to be submitted in a specific time period. | NO | YES | |

**[Enumeration added by Member]**          **[ X's added by Member ]**

## II.   An Enhanced Warranty?

Life experience tells us that when a company uses the marketing term "Enhanced" to describe a product, it's time to grab your valuables and prepare to be hammered.  And the misleading information in the Enhanced Warranty Notice offends the sensibilities.

In the Court's June 16, 2015 Order Identifying Issues For Preliminary Approval Hearing, the parties were specifically asked about the Enhanced warranty:

> **"(8)  How is the 'Warranty Enhancement' different or an improvement over the warranty gun owners already have?  What does it mean that the safety defects will be 'addressed'?  Will the guns just be inspected or can they be fixed?"**  DE 125, Page 2

The Enhanced Warranty document posted online includes a chart purporting to show the added benefits of the Enhanced Warranty compared with the benefits already existing under the original Taurus Unlimited Lifetime Repair Policy warranty.

As will be detailed below, the chart lists ten items of comparison.  Seven out of the ten items listed are inaccurate or misleading.

The Claims Administrator did a nice job presenting the information in an easy-to-read format. Because the Enhanced Warranty document is based upon information provided to the Claims Administrator by the parties,[3] what follows is not intended as a slight to the performance of the Claims Administrator.

For ease of presentation, inaccuracies contained in the Enhanced Warranty chart will be addressed out of order.  Inaccuracies with shorter explanations will be presented first.

The significance of the inaccuracies is not only the procedural invalidity of the Notice.  The inaccuracies are important because they illustrate a major part of the inadequacy and unfairness of the Proposed Settlement.

\*\*\*

---

[3] DE 131

## A.

### $35 minimum labor charge for warranty repairs?

The 2nd item listed in the Enhanced Warranty chart is inaccurate.

|  | Original Warranty | Enhanced Warranty |
|---|---|---|
| Inspections will have a minimum labor charge of $35. | **YES** | **NO** |

Under the original warranty, there is **<u>no</u>** $35 minimum labor charge for warranty repairs.

The original Taurus Unlimited Lifetime Repair Policy states:

> **"Simply put, our unprecedented repair policy stands firmly behind every firearm imported or manufactured by Taurus International. The full terms are _we will repair your Taurus firearm FREE OF CHARGE_ for the lifetime of the firearm."**   Emphasis added.

Member has submitted more than one firearm to Taurus for warranty repair.

Member has never been charged a $35 labor charge or any labor charge of any kind.

***

## B.

### $100+ to ship each pistol to Miami?

Below are the 3rd and 4th items listed in the chart.

Member challenges the assertion that "$100+" is the cost of shipping each pistol to Miami.

Member objects to this Taurus shipping expense, incurred to further its corporate objectives, being treated as a 'benefit' to the class.

|  | Original Warranty | Enhanced Warranty |
|---|---|---|
| Taurus will pay the full cost of shipping each pistol to Miami (currently estimated approximately $100+) | NO | YES |
| Free shipping of pistol is transferable. | NO | YES |

Attached as Exhibit E is a copy of a shipping label previously sent by Taurus to Member for a FedEx 2nd Day Air shipment of a Millennium Pro PT140 from Louisiana to Miami for a follow-up repair under the original warranty. The amount actually paid by Taurus for this shipping label may be ascertainable directly from FedEx.

Attached as Exhibit F is a schedule prepared by Member from information available at fedex.com showing the relative cost to ship a five pound medium box via FedEx 2nd Day Air to Miami from Louisiana ($30.21), from Nebraska ($39.97), from Maine ($43.67), from California ($46.24), and from Washington State ($49.14).

With 966,355 items to ship, presumably Taurus has negotiated a discounted corporate rate lower than that published for the average consumer at fedex.com.

And will Class Members receive an IRS Form1099 for this supposed $100+ benefit?

***

## C.

### Lifetime Warranty?

The 7th item listed in the Enhanced Warranty chart is inaccurate.

|  | Original Warranty | Enhanced Warranty |
|---|---|---|
| The warranty is available for the lifetime of the Class Pistol. | NO | YES |

The original warranty **is** available for the lifetime of the Class Pistol.

Here is the language from the original Taurus Unlimited Lifetime Repair Policy:

> **"Simply put, our unprecedented repair policy stands firmly behind every firearm imported or manufactured by Taurus International. The full terms are _we will repair your Taurus firearm_ FREE OF CHARGE _for the lifetime of the firearm"_.** Emphasis added.

## D.

### Transferable warranty?

The 8th item listed in the Enhanced Warranty chart is inaccurate.

|  | Original Warranty | Enhanced Warranty |
|---|---|---|
| The warranty is fully transferable. | NO | YES |

The original warranty **is** fully transferable.

Here is the language from the original Taurus Unlimited Lifetime Repair Policy:

> **"The Taurus Unlimited Lifetime Repair Policy™ is just that. _The lifetime of the gun...not the buyer_. This is the first warranty of its type in the industry. No other manufacturer has the confidence to extend this kind of offer. Except us. We know how good our guns are, and we are not afraid to stand behind them... for a lifetime."** Emphasis added.

***

11

# E.

## No More Warranty Repairs or Parts For Class Pistols

The 5th and 6th items listed in the Enhanced Warranty chart are inaccurate. Both items state the polar opposite of reality.

| | | |
|---|---|---|
| Complete inspection of pistol will be made and a determination as to repair or replacement. | NO | YES |

Original Warranty      Enhanced Warranty

| | | |
|---|---|---|
| All warranty repairs will be made to the pistol and the costs paid by Taurus. | NO | YES |

Under the original warranty, Member has shipped Class Pistols to Taurus for repair. At no cost to Member, the Taurus service department then made inspections to verify mechanical problems, made good faith efforts to repair, and shipped the repaired pistols back to Member. Exhibit G.   If Taurus stated they could not repair, a replacement was offered.

In the July 23, 2015 Status Conference, the following exchange took place:

> "THE COURT:  So when you say repair or replace, does 'repair' mean that they're going to add a new trigger blade safety or are they just going to take the old weapon and give them one that's been manufactured since 2013?
>
> MR MARINO: *__At this time there's not a one size-fits-all fix.__*  I don't know whether we may be able to develop a trigger blade safety or something like that to correct the alleged defects.  In the instance that we can't put a trigger blade safety on it or can't correct the alleged defects, they will be offered a new pistol.  Those pistols have the trigger blade safety on them." Emphasis added.   DE 131, Page 26.  Exhibit H.

Taurus has no fix for the alleged defect.  So unlike under the original warranty, Taurus is not repairing Class Pistols sent in for a 'determination as to repair or replacement.' Class members who have already shipped Class Pistols to Taurus tell similar stories.  No Class Pistols are being repaired or returned.

Even Class Pistols sent in for normal warranty repair work, unrelated to the alleged defect, are not repaired or returned. Exhibit B. Class members are told by Taurus that "it has been decided" to replace their Class Pistols with a G2. Exhibit I. There is no disclosure by Taurus that the Manufacturers Suggested Retail Price (MSRP) of the G2 is significantly less than the MSRP of the returned pistol.

So it is misleading to suggest that Class Pistols returned to Taurus under the Enhanced Warranty will be inspected to determine *whether* the Class Pistol can be repaired. It appears Taurus has already made that decision, and Taurus has stopped repairing Class Pistols.

Additionally, Taurus has already suspended selling parts for Class Pistols. This prevents class members or local gunsmiths from making repairs. Exhibits C, D.

Class members report being told by Taurus that, although the class members could not purchase needed repair parts, the Class Pistols should be sent in to be repaired. However, once Taurus obtained possession of the Class Pistols, Taurus then refused to repair or return the Class Pistols to the owners.[4]  Exhibit J.

**F.**
**_If_ the Class Pistol cannot be repaired?**

The 9th item of the chart is misleading.

Original Warranty     Enhanced Warranty

| A new replacement pistol with added safety features will be returned to the owner if the Class Pistol cannot be repaired. | NO | YES |
|---|---|---|

---

[4] 2015 Florida Statutes   812.014 Theft.—

   (1) A person commits theft if he or she knowingly obtains or uses, or endeavors to obtain or to use, the property of another with intent to, either temporarily or permanently:
   (a) Deprive the other person of a right to the property or a benefit from the property.
   (b) Appropriate the property to his or her own use or to the use of any person not entitled to the use of the property.
....    4(c) It is grand theft of the third degree and a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084, if the property stolen is:   ....   A firearm.
*http://www.leg.state.fl.us/statutes/index.cfm?App_mode=Display_Statute&URL=0800-0899/0812/Sections/0812.014.html*

First, the offer of a replacement firearm by Taurus is nothing new and it is certainly not an enhancement. Under the original warranty, Member was offered a replacement pistol after being told that Member's pistol would not be repaired.

Secondly, and as already stated in the previous section, it is misleading to suggest to class members that "*IF* Class Pistols cannot be repaired," then they will be replaced. According to defense counsel, Taurus has no fix for the alleged defect. Taurus is not repairing Class Pistols. A more accurate statement would be: *Under the Enhanced Warranty, Class Pistols sent to Taurus will not be repaired or returned.* Exhibits B, J.

Finally, class members who have pressed for the return of their Class Pistols report being told by Taurus that the ATF would be notified if their pistols were returned. Exhibit K.

### G.

### Suspension of Parts Availability

How significant is Taurus' refusal to sell parts for Class Pistols?

As the saying goes, for want of a nail the kingdom was lost. So pictured below as an example is a broken "Captive Firing Pin Spring Assembly" from a PT140. It is about the size of a 2 ½ inch finishing nail, except that it is made out of some type of plastic. It has a tiny washer on one end, and a plastic threaded nut on the other end. Between the washer and the nut is a tiny spring. It cost less than $10 when available from Taurus.

The small plastic nail-like part is prone to breakage. These pistols cannot function once the Captive Firing Pin Spring Assembly breaks.

Taurus' refusal to sell this inexpensive part means that a class member's $400 pistol becomes useless when its Captive Firing Pin Spring Assembly breaks.

14



*Parts from PT140 Captive Firing Pin Spring Assembly
From left to right:*

Washer, spring, and plastic nut
Broken plastic rod
2 ½ inch finishing nail for comparison
Unbroken captive firing pin spring assembly.

\*\*\*

**EXCERPT, Taurus chat transcript**
November 23, 2015   Chat ID is SMX112315074953-77184.

"…. **Steve** 7:50:14 PM
   Hi Samantha, I'd like to order some parts for my PT140, Serial Number SBR34141.
   I need a *Firing Pin*, in the manual it's listed as Part Number 1.12
   I'd like also to order *3 **Captive Firing Pin Spring Assemblies***, Part Number 1.13
   And *3 Firing Pin Return Springs*, Part Number 1.11
   Thanks.

**saragon** 7:51:07 PM
*<u>Unfortunately at this time these parts are not available and there is no note of them</u>*
*<u>coming back into stock.</u>* I also want to advise you that your firearm is included in a
proposed class settlement. Information related to this matter can be found at
www.tauruscartersettlement.com . A Third Party Administrator has set up this site, and
can handle inquiries. Please visit the website to learn more.

**Steve** 7:53:29 PM
That's not good news. *<u>Are there any parts still available for this PT140?</u>*

**saragon** 7:53:45 PM
*<u>No not at this time</u>*. .... "

Exhibit D.  Emphasis added.


                                    ***




Below is an excerpt from a comment posted online by another class member dealing with

the consequences of Taurus' suspension of parts availability for Class Pistols.

> **"PT 24/7 Pro C parts not available...**
>
> Just had an IM exchange with Taurus.
>
> They just told me that the captive firing pin spring
> assembly and the recoil spring for this are not in stock and
> not expected to be.
>
> *<u>So, I have an obsolete gun</u>*. ...."
>
> http://www.taurusarmed.net/forums/taurus-product-
> problems/151864-pt-24-7-pro-c-parts-not-available.html
> 11-17-2015, 04:57 PM, Post #1.  Emphasis added.



                                    ***

### H.

To summarize, inaccuracies in the Enhanced Warranty chart illustrate that the interests of the class have not been adequately protected. The chart lists ten items of comparison.  Seven of the ten items are inaccurate or misleading.

This class action should be decertified, and the Proposed Settlement rejected.

## III.   $30 Million?

Under the Proposed Settlement, Taurus keeps any part of the $30 million cap not used during the short 120 day period for filing cash claims.

However there are no facts in the record, nor could there be, to support the $150 to $200 per-pistol cash value for the Class Pistols.  The $150 to $200 amounts offered are inadequate and unrelated to purchase price, current values of Class Pistols, or the values of class member claims.

Member suggests the parties pulled the $150-$200 per-pistol value out of their hats, and that the $150-$200 number was purposely set very low in order to discourage class members from selecting the cash option.[5]

If the G2 Millenniums can sell for less than $200 including shipping, then the per unit cost to manufacture a G2 is significantly less than the $150-$200 cash option.  It is simply cheaper for Taurus to replace a Class Pistol with a G2 Millennium that costs relatively little to manufacture, than it is for Taurus to pay $200 cash for a Class Pistol that cost a class member $400.

Likewise, the 120 day window for filing cash claims is too short.  The 120 day window appears designed to limit the number of class members who will learn of the cash option in time to apply. As most Settlement Class Members will receive no actual notice, the time frame for filing cash claims should not be limited.

Finally, is Taurus intending to send an IRS Form 1099 if anyone elects the cash option?  If so, this should be disclosed to the class.

***

---

[5] " That pistol cost $400, not sure why anyone would want a $200 pistol in return?" http://www.taurusarmed.net/forums/millennium-pro-pistols/150097-taurus-settlement-video-2.html. Excerpt from class member comment posted online. Post #16 at page 2.

## IV.   Class Firearm Value and Class Member Claim Value

**(2). "What method did the parties use to assess the monetary value of each class member's claim? What is the value of each gun? What is the expected recovery? What are the facts supporting these answers?"**

Questions asked by the Court in the June 16, 2015 *Order Identifying Issues For Preliminary Approval Hearing.* DE 125.

The parties have not provided any factual basis for assessing the monetary value of each class member's firearm, or for evaluating the value of each class member's claim.

### A.   What is the value of each Class Pistol?

Member suggests that the purchase price of each Class Pistol should be the primary standard for measuring the loss of each firearm, and that purchase price is just one element of the full loss sustained by each class member.

Firearms are like jewelry. They retain their value very well and often increase in value. The fact that firearms are no longer manufactured does not cause their value to go down. Rather, scarcity keeps the value high. And with the Taurus Unlimited Lifetime Repair warranty, *the functional life expectancy of every Class Pistol is unlimited*, which also keeps value high.

Nonetheless, attached as Exhibit L is a compilation of used values for Class Pistols prepared by Member based upon information obtained from the Genitron Handgun Database.

According to Genitron, estimated used values range from $310 to $480 for the various Class Pistols in very good to excellent condition.

Genitron's estimate of $345 for a used PT140 Millennium Pro with a blued finish is consistent with Member's experience. The Genitron estimate illustrates the inadequacy of the $150-$200 per pistol cash option. For example, a class member receiving $200 for the pistol in this example would incur a $145 out-of-pocket monetary loss.

Member challenges the claim in the settlement website's FAQ that the payment structure and class pistol valuation amounts were based "in large part by arriving at average retail values of Class Pistols established by industry-accepted publications, including S.P. Fjestad and Blue Book of Gun Values (36th ed. 2015)." There was no mention of author S.P. Fjestad's Blue Book of Gun Values in the July 23, 2015 Status Conference. DE 131. There are no facts in the record to justify treating every Class Pistol the same. And there are no facts in the record that would justify such a low valuation of the Class Pistols.

### B.   What is the value of each class member's claim?

There are 966,335 answers to this question. The class members' claims are not susceptible to common proof. *In re Terazosin Hydrochloride, 220 F.R.D. 672, (2004)(pdf p 20).* There are no facts in the record regarding the differing values of any of the 966,355 claims.

An example is listed below to illustrate types of out-of-pocket losses that should be included in the evaluation of every claim, regardless whether the damages are caused by the Proposed Settlement or by an alleged defect.

The parties state that Taurus is no longer shipping Class Pistols to its distributors.[6] However, new Class Pistols are still available at the retail level. For example, on November 23, 2015, a new stainless Millennium Pro PT140 was available for $389.99 plus tax, and a new PT 24/7 Pro in 40S&W was available for $399.00 plus tax, at a sporting-goods store in Metairie, Louisiana. Photos of these two pistols are shown on page 4 herein.

The starting point for evaluating a claim's value is each firearm's purchase price. Using plaintiff's PT140 Millennium Pro firearm as an example, and acknowledging that it was a gift to him, that PT140 was purchased on December 21, 2009 for $426.93. DE 1, Par. 47. Similarly, Member paid $424.11 for a new Millennium Pro PT140 on September 26, 2013. Exhibit M.

Listed next are additional costs commonly incurred by firearm owners.

---

[6] DE 131 Page 30

**Cost of additional magazines.**  Class Pistols are semi-automatic firearms, and they are useless without the magazines that hold the bullets. Magazines can bend, malfunction, or fail. Therefore class members often purchase additional magazines, sometimes many extra magazines.  Taurus lists the cost for a PT140 Pro Magazine as $36 + shipping.  (Part # PT140MPRO).

**Cost of molded retention holsters.**  Taurus recommends a holster designed specifically for your particular handgun for better retention.  Many people have more than one holster. Member paid $50.20 for a kydex holster custom molded to the contours of a PT140. Because it is custom molded, it is useless for other pistols.

**After-market accessories.**  Many people improve their firearms with things like high visibility sights, or even sights visible at night.  Member paid a gunsmith $109 to add high-visibility sights to Member's PT140.  Others pay more.  Like molded holsters, after-market sights are often model specific and useless for other pistols.

**The cost to verify function.**  A semi-automatic pistol is a machine with approximately 70 parts.  Machines fail, or sometimes a lemon slips through quality control. Sometimes a particular type of ammunition will not function well in a particular weapon.

Because a firearm might be needed one day to save someone's life, it is considered good sense to first make sure the firearm functions correctly by firing a minimum number of the particular type and brand of ammunition that will be carried in the firearm.  A few say firing 100 rounds is enough to verify function.  Others say 1,000 rounds is appropriate.  Member's PT140, serial number SEY80658, failed and needed repair after firing approximately 500 rounds. While some self-defense ammunition costs over $1 per round, the cost of 500 rounds of generic ammunition to verify function would be about $200. (50 rounds per box x 10 boxes @ $20 per box = $200).

Example Summary

$426.93 Purchase Price
$ 36.00 One Additional Magazine
$ 50.20 Molded Retention Holster
$ 109.00 High Visibility Sights
$ 200.00 Ammunition To Verify Function

$ 822.13  Total Out-Of-Pocket Loss

Using the above assumptions, the out-of-pocket monetary loss in this claim example would be $822.13.  The $200 offered for this pistol would cause a $622.13 out-of-pocket monetary loss.

Of course, the Proposed Settlement would hurt some class members more than others.[7]  But if the assumptions in this example were valid for every Class Pistol, then the total financial loss for the class would be approximately $540 million. ($600 loss x 900,000 pistols = $540,000,000.)

### C.   Is Replacement with a G2 Millennium a fair bargain?

**"If there is not a fix, they'll be given a G2 model."**  Page 32.

**"Taurus is continuing to manufacture this same series and model, but it now has the enhanced safety benefits. So in two years from now, if somebody was to get a G2 pistol, they're not going to look at the G2 pistol and say, well, this is, you  know, not anything close to what I had before.  It is but with the enhanced safety benefits."** Page 33.

*Corrected Transcript of Status Conference.*  DE 131.

The G2 Millennium pistol is a cheaper version of the Millennium and Millennium Pro Class Pistols. While similar in size and shape, the G2 is a different pistol, both internally and externally.

According to Taurus' published MSRP for each pistol, the value of the G2 is $181 less than the value of the Millennium Pro Class Pistols.

The MSRP listed by Taurus for the PT140 Millennium Pro is $483.  Exhibit N. The MSRP listed by Taurus for the G2 pistol is $301.52. Exhibit O.

Actual selling prices are less than MSRP, but reflect a similar difference in value. Member paid $424.11 for a new Millennium Pro PT140 in 2013. Exhibit M The cost of plaintiff's PT140 was $426.93 in 2009. DE 1, Par. 47.

G2 Millennium pistols can be purchased for less than $200.  See page 3, above.

---

[7] "The economics of all this alone make me want to puke. I sure don't want to return 1500+ to slowly, if ever, maybe get back 600." *http://www.taurusarmed.net/forums/millennium-pro-pistols/150097-taurus-settlement-video-3.html.*  Excerpt from comment posted on 10/18/2015 Page 2, Post #22.

So is it a fair bargain for a class member to receive a G2 pistol available in the $200 price range as a replacement for a Class Pistol valued in the $400 price range?

No.

Regardless of the measure of damages used to evaluate the loss to class members, it is unfair for Taurus to replace a Class Pistol with the $200 Millennium G2.  The cash schedule amounts of $150-$200 are equally unfair to the class.

| | Class Member's Claim Value | G2 Value | Class Member's Loss |
|---|---|---|---|
| Example:  PT140 Millennium Pro | | | |
| If MSRP is used: | $483 minus | $302 | = $181 |
| If market value is used: | $345 minus | $200 | = $145 |
| If purchase price is used: | $424 minus | $200 | = $224 |
| If full value of class member's claim is used: | $822 minus | $200 | = $622 |

Again using the jewelry analogy, imagine a customer returning a $400 string of pearls to a merchant because of a broken clasp.  Would it be fair for the merchant to offer a replacement string of pearls priced at $200, with the merchant keeping the $400 pearls, and with the customer getting an IRS Form 1099 for $200?

Of course not.

It *would* be fair and customary for the merchant to replace the clasp on the $400 pearls, at no cost to the customer. That would make the customer whole.

And trigger replacement, at no cost to class members, is an option being offered by Remington to make a reported 7.85 million rifle owners whole in order to resolve a different trigger issue in Remington's pending class action.

Remington's Legal Notice of Settlement provides as follows:

"**Settlement Class Members may be entitled to:**

**(1) _have their trigger mechanism retrofitted_
with a new X-Mark Pro or other connectorless
trigger mechanism _at no cost to the class members_;**

**(2) receive a voucher code for Remington products
redeemable at Remington's online store; and/or**

**(3) be refunded the money they spent to replace
their Model 700 or Seven's original Walker trigger mechanism
with an X-Mark Pro trigger mechanism."**

*Excerpt from Remington's Legal Notice Of Settlement*
Exhibit P. Emphasis Added.

## V.   The Cash Payment Schedule Is Arbitrary

In addition to the offered $150-$200 cash amounts being too low, the schedule used for calculating payments based on the number of returned pistols is arbitrary.

Until the $30 million cap has been reached, why should the number of returned pistols determine the amount received by each class member?[8]

### Example 1

If 10,000 pistols are returned:

The first 10,000 receive $200          Cost to Taurus:  $200 x 10,000 = $2,000,000

However, if 10,001 pistols are returned:

The first 10,000 receive  $175          Cost to Taurus:  $175 x 10,000 = $1,750,000

**One extra pistol cost the first 10,000 Class Members $250,000.**

---

[8] Although unlikely, if all 966,355 Class Pistols were returned for cash during the short 120 day claim period, Taurus would pay $31.05 for each Class Pistol. ($30,000,000 cap divided by 966,355 pistols = $31.05).

**Example 2**

If 20,000 pistols are returned:

The first 20,000 receive  $175          Cost to Taurus:  $175 x 20,000 = $3,500,000

However, if 20,001 pistols are returned:

The first 20,000 receive  $150        Cost to Taurus:  $150 x 20,000= $3,000,000

**One extra pistol cost  the first 20,000 Class Members $500,000.**

## VI.    The Safety Training Videos

"Safety Training-The Taurus Companies shall produce and make available **special and particularized** safety training available to Settlement Class Members."

*Proposed Settlement Agreement and Release*, page 18. Emphasis added.

***

"Safety Training-The Taurus Companies have produced **special and particularized** safety training addressing the operation and handling of class pistols."

*Tauruscartersettlement.com*   Emphasis added.

***

"It was very important to us as class counsel that first and foremost with this settlement is that **the public be made aware, the consumers that own these pistols be made aware**, so part of this other benefit of the third prong of this settlement is the safety training.  The safety training is going to encompass directly **these particular issues**.  So it will not just be the latest gun safety video.  **It is specifically tailored** as a result of this settlement **to the alleged defects**."

*Corrected Transcript of Status Conference.*  DE 131, Pages 24-25.

***

Safety training videos are a great idea. But for purposes of the Proposed Settlement, what is the value of the videos actually produced?

The published videos do not fulfill the promise to disclose to Class Members *special and particularized* information about how the alleged defects can lead to an inadvertent discharge of the Class Pistols.

The published videos simply repeat longstanding (and essential) safety maxims such as "keep your finger off the trigger until you are ready to fire," "keep the muzzle pointed in a safe direction," and "never trust a safety mechanism."

The only possible reference that Member could find that seems specifically tailored to the facts in this case was in the first video entitled "Class Action". At minute 1:27, the speaker made the following twelve second statement:

> **"There is evidence that some Taurus brand polymer frame pistols will malfunction if damaged, handled or misused in violation of the applicable instruction manual or commonly accepted safety practices."**

*www.tauruscartersettlement.com/safetytrainingvideo/* 1:25-1:37.

That sounds a bit like a description of the facts in this case. But this warning's generalized language could also apply to a curling iron or an electric hair dryer. The videos do not give class members any specific guidance on how to avoid injury from the alleged defect.

In fact, the language in this warning implies that if your Class Pistol is not damaged, and if it is handled in accordance with the applicable instruction manual and commonly accepted safety practices, then the Class Pistol would not malfunction.

Are Class Pistols defective? If so, what is the defect?

Many class members will be keeping their Class Pistols. Accurate information is essential for their safety and the safety of others. A future tragedy might be avoided with videos that do get specific about any undisputed results of expert testing related to alleged defects.

***

## VII.   "(5) What Is The Nature Of The Alleged Defects?"

Question asked by the Court in the June 16, 2015 *Order Identifying Issues For Preliminary Approval Hearing.*  DE 125, Page 2.

Nearly a million class members could lose hundreds of millions of dollars, yet there are no facts in the record to tell them why.  No experts were deposed. No expert reports were submitted.[9]  What is the defect that justifies this proposed loss?

Many class members will be keeping their class pistols.  If a defect exists that can get them killed, is not now the time to disclose the defect to the class?

In support of their Proposed Settlement, the parties assert the obvious: Class pistols have no "trigger blade safety"[10] or "trigger safety" as it is referred to in the Taurus PT 111/140 Millennium G2 instruction manual.

But so what?  Most of the firearms in the current Taurus catalog have no trigger safety.  Isn't the trigger safety redundant when the manual safety is properly engaged?  A trigger safety only does half the job of a manual safety.  A properly engaged manual safety should protect against an inadvertent pull of the trigger, for example when pulling a pistol out of a holster.  A trigger safety would not.  Both a manual safety and a trigger safety should protect against a 'drop fire'.

The glaring omission from the record, and from the description of the "drop tests" at the July 23, 2015 Status Conference, is this unspoken and unanswered question:

**Do Class Pistols fire when dropped
if the manual safety is properly engaged?**

If the answer is yes, then that information should be disclosed to the class.

But if the answer is no, and a 'drop fire" can be prevented with a simple sweep of the thumb to engage the manual safety, then the absence of a trigger safety is a red herring.

It is unfair to the class to leave these questions unanswered.

---

[9] DE 131, Pages 19, 20.
[10] DE 131 Page 13

26



Manual Safety



Trigger Safety

*Images from Taurus PT111/140 Millennium G2 Manual*

## VIII.   The Proposed Release

A settlement release that would affect 966,355 class members should be limited to potential claims arising out of the alleged defect, and the alleged defect should be properly identified in the release.  However, the Proposed Release does not limit its effect to claims arising out of the alleged defect.

> **"The Released Claims include all known and unknown claims, actions, and causes of action relating to the Settlement Class Members' purchase and/or ownership of the Class Pistols".**
>
> *Settlement Agreement and Release*, Page 24.

For example, the Proposed Release would shield Taurus from liability arising out of what appears to be its effort to terminate the Taurus Unlimited Lifetime Repair Warranty for all Class Pistols.

A settlement release should specifically exclude claims unrelated to the alleged defect.  The release language is too broad.

\*\*\*

27

## IX.   No Construction Against Drafter

**"This Settlement Agreement will be deemed to have been drafted jointly by the Parties, and any rule that a document shall be interpreted against the drafter will not apply."**

*Settlement Agreement and Release*, Page 30.

This clause should be deleted.  The document certainly appears to have been drafted by Taurus, and normal rules of interpretation should apply.

## X.   Notice By Publication

Because of the amount of monetary loss that would be inflicted upon the class by the Proposed Settlement, due process should require actual notice before Settlement Class members could be bound. Class members should be given an opportunity to be heard regarding their actual losses and the value of their individual claims.   Notice by publication is insufficient.

## XI.   Issuance of IRS 1099 Forms

The Proposed Settlement states that the Claims Administrator shall issue IRS 1099 forms as required by the Internal Revenue Code.  DE 123, Page 34.

The Notice should disclose to the class how the amounts to be included on those IRS 1099 forms would be determined.

## XII.   Administrative Objections

### A. Opt Out Right Requirements

The Proposed Settlement sets the same date for both opting out and for objecting, which can discourage objections.  DE 123, Page 20.  Class members who opt out do so because they have objections to the terms of a proposed settlement.  If the dates for opting out and objecting are the same, then a class member can either opt out or object, but cannot do both.  Thus a class member may elect to opt out rather than provide the Court with good faith objections.

The deadline for a party to opt out should not occur until after final approval of a settlement.

## B. No Address Provided For Mailing Objections To The Court

The tauruscartersettlement.com FAQ entitled "How do I tell the Court that I do not like the settlement?" states that Objections must be filed with the Court. *https://www.tauruscartersettlement.com/faqs/#q17*

However, no mailing or physical address for the Court is included in the Notice.

## C. Non-Performance By Taurus

The Proposed Settlement provides no time frame for performance by Taurus under either the replacement or the cash option.  It provides neither penalties nor an inexpensive means of dispute resolution should Taurus fail to perform in a timely fashion.

## XIII.   Certification "For Settlement Purposes"

**"And he further seems to claim that, because his Pistol fired when dropped, literally <u>hundreds of thousands of other different and distinct pistols, manufactured in different ways and at different times over the course of nearly twenty years,</u> must therefore also be defective."**

From *Defendant's Motion And Supporting Memorandum To Dismiss Plaintiff's First Amended Class Action Complaint.* DE 79, Page 3. Emphasis added.

Procedural due process is important. It should not be legally sufficient for the parties to merely assert that "for settlement purposes" a case is properly certified.

Plaintiff suffered no injury in fact. The Class Pistols are not all the same. The values of the 966,355 claims are not all the same. There is no proof of the alleged defect. The class has not been adequately protected.  With so much at stake, the full legal standards for certification should apply.

Unfortunately, the parties are no longer in an adversarial posture. Based on what is in the record, the only solution that would protect the Settlement Class is decertification.

\*\*\*

## XIV.   Conclusion

For the reasons set forth above, this class action should be decertified, and the Proposed Settlement rejected.

RESPECTFULLY SUBMITTED:

**Steven A Glaviano, Pro Se**
**609 W William David Pkwy Suite 102**
**Metairie LA  70005**
**(504) 835-8887**
**TrustGroup@aol.com**

This OBJECTION TO CLASS ACTION SETTLEMENT, OBJECTION TO CLASS CERTIFICATION, AND NOTICE OF INTENT TO APPEAR AT FINAL APPROVAL HEARING was mailed to the Claims Administrator, Settlement Class Counsel, and the Taurus Companies' Counsel, per the requirements set forth at www.tauruscartersettlement.com, at the below addresses on December ___4___, 2015.

Chris P. Carter v. Forjas Taurus, S. A.
c/o Heffler Claims Group
PO Box 230
Philadelphia, PA 19120-0230

John P. Marino
Smith, Gambrell and Russell, LLP
50 North Laura Street  Suite 2600
Jacksonville, FL 32202

David L. Selby, II
John W. Barrett
Bailey & Glasser, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244

**Steven A Glaviano**

# UNITED STATES DISTRICT COURT
## SOUTHRN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
Others similarly situated,

   *Plaintiff*        CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

   *Defendants*

_____

## Objection Recitals Stated As Required
## <u>At www.tauruscartersettlement.com</u>

**(i)**  **The name of the lawsuit:**

   *See caption above.*

**ii)**  **The objecting Settlement Class Member's full name, address, telephone number, serial number of the Class Pistol and signature (an attorney's signature is not sufficient):**

   *Steven A Glaviano,*
   *609 W William David Pkwy Suite 102, Metairie LA  70005*
   *(504) 835-8887*

   *PT140 Millennium Pro*
   *Serial Number:  SEY80658    Model 1-140039PDT*

## EXHIBIT A
## PAGE 1 OF 3

(iii)   **A statement that the objector is a Settlement Class Member and an explanation of the basis upon which the objector claims to be a Settlement Class Member:**

*The undersigned is a Settlement Class Member based upon the ownership of class firearms including the PT140 identified by serial number above.*

(iv)   **All grounds for the objection, accompanied by any legal support known to the objector or his or her counsel:**

*Specific objections and legal support are listed in the Objection To Proposed Settlement And Class Certification, And Notice Of Intent To Appear At Final Approval Hearing document to which this Exhibit A is attached.*

(v)   **The identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection:**

*Not represented by counsel.*
*The undersigned has a Juris Doctor degree from LSU Law School.*

(vi)   **A statement confirming whether the objector or any counsel representing the objector intends to personally appear and/or testify at the Final Approval Hearing:**

*Member intends to appear and/or testify at the Final Approval Hearing, without additional counsel.*

(vii)   **A list of any persons who may be called to testify at the approval hearing in support of the objection:**

*Any witness called by any other party.*
*Additional witnesses: To be determined.*

(viii)   **The number of times in which the objector, objector's counsel (if any), or objector's counsel's law firm (if any) has objected to a class action settlement within the five years preceding the date that the objector files the objection and the caption of each case in which such an objection was made:**

*None; not applicable.*

**EXHIBIT A**
**PAGE 2 OF 3**

(ix)   A statement disclosing any consideration that the objector, objector's counsel (if any), or objector's counsel's law firm (if any) has received in connection with the resolution or dismissal of an objection to a class action settlement within five (5) years preceding the date that the objector files the objection:

*None.*

(x)   If the objector or his/her counsel has not objected to any other class settlement in any court in the United States in the previous five (5) years, he/she must affirmatively state so in the written materials filed in connection with the objection to the settlement:

*The undersigned affirmatively states that he has not, in the previous five (5) years, or at any time, submitted any other objections, individually or through counsel, to any other class action in any court, state or otherwise in the United States or any other country.*

(xi)   *Undersigned has no objection to being deposed.*

Steven A Glaviano
609 W William David Pkwy Suite 102
Metairie LA  70005
(504) 835-8887
TrustGroup@aol.com

**EXHIBIT A**
**PAGE 3 OF 3**

**EXHIBIT B**
**PAGE _ι_ OF 4**

**TAURUS REFUSAL TO PERFORM WARRANTY REPAIR**
**UNRELATED TO LITIGATION**

**TAURUS REFUSAL TO RETURN CLASS PISTOL**

**EXCERPTS** from online posts by BF****:

## "Who has a class pistol in limbo at Taurus right now?

11-20-2015, 10:37 AM    Page 1 Post #1

*I recently sent my 745 mil pro for a lite strike issue* only to find out it was part of the lawsuit and *now have lost my carry pistol*. Who else is in this boat?

(Emphasis added)

**********************************

11-20-2015 at 05:54 PM. Page 1 Post #8

Welcome to taurususa Brandon *****, saragon will be right with you. Your *chat ID is SMX112015111459-72756.*
**saragon** 11:15 PM

Thank you for contacting Customer Care. My name is Samantha. I will be assisting you today!

**saragon** 11:15 PM
Good Afternoon, How may I help you today?

**Brandon ******* 11:15 PM
I'm looking for information on a pistol *I sent in for repair* a couple weeks ago.

**Brandon ******* 11:15 PM
serial number is nyc------
**saragon** 11:16PM
I can definitely assist you

**EXHIBIT B**

**PAGE _1_ OF 4**

**EXHIBIT B**
**PAGE _2_ OF 4**

**saragon** 11:16PM
If you would please for security reasons verify the address on the account?

**Brandon \*\*\*\*\*** 11:16 PM
---------- phoenix az

**saragon** 11:17 PM
Thank you

**saragon** 11:17 PM
*Your model pistol is currently included in a proposed Class Action Settlement..* All information related to the matter can be found at www.tauruscartersettlement.com. A Third Party Administrator has set up this site, and can handle inquiries. Please visit the website to learn more.

**Brandon \*\*\*\*\*** 11:17 PM
*I want to know if it's being repaired or replaced*

**saragon** 11:18 PM
Please visit www.tauruscartersettlement.com for further assitance.

**Brandon \*\*\*\*\*** 11:18 PM
*I didn't send it in for the lawsuit. I sent it in for repair*

**saragon** 11:19 PM
please contact the phone number on http://www.tauruscartersettlement.com/

**Brandon \*\*\*\*\*** 11:21 PM
*So it's my understanding that you've taken possession of my property and now 1. repair 2. replace or 3. return it to me?*

**saragon** 11:21 PM
All information related to the matter can be found at www.tauruscartersettlement.com. A Third Party Administrator has set up this site, and can handle inquiries. Please visit the website to learn more.

**Brandon \*\*\*\*\*** 11:21 PM
They can't tell me what your doing with my pistol. *They don't have my pistol*

**saragon** 11:22 PM
Please visit www.tauruscartersettlement.com for further assitance.

**Brandon \*\*\*\*\*** 11:23PM
*Where is my pistol?*

**EXHIBIT B**

**PAGE _2_ OF 4**

**EXHIBIT B**
**PAGE 3 OF 4**

Susan has joined the chat.

**Susan** 11:24 PM
Hello Brandon this is s

**Susan** 11:24 PM
Susan - Saragon got called away

saragon has left the chat.

**Brandon *****  11:24 PM
_Ok, can you tell me what's going on with my repair?_

**Susan** 11:27 PM
I see your firearm is part of the class action law suite

**Susan** 11:28 PM
Unfortunately we can only refer you to the web site that Saragon gave you

**Susan** 11:28 PM
all the information you need is on the site

**Brandon *****  11:30 PM
No it's not. I've seen the website. _All I know is my firearm is in Taurus' possession and I want it either repaired or replaced_. Its not my fault it's part of a class action law suit.

**Brandon *****  11:33 PM
_Just because someone is suing taurus does not relieve Taurus from it's responsibility to its customers regarding the "lifetime" warranty they're always bragging about._

**Susan** 11:33 PM
you can click on the contact me tab and put in your information and someone will contact you

**Brandon *****  11:34 PM
I'm contacting you now.

**Susan** 11:36 PM
ok I will discontinue the chat

**Brandon *****  11:36 PM
_Taurus is in possession of a firearm that represents a substantial amount of money that i cannot afford to replace at the moment_. If you have any will to make it right the pistol needs to be replaced.

**EXHIBIT B**

**PAGE 3 OF 4**

**EXHIBIT B**
**PAGE _4_ OF 4**

**Susan** 11:37 PM
I understand how you are feeling Brandon however A Third Party Administrator has set up this site, and can handle inquiries. Please visit the website to learn more.

**Brandon \*\*\*\*\*** 11:38 PM
*I didn't buy a pistol from a third party administrator.*

**Susan** 11:38 PM
yes sir

11-20-2015 at 05:54 PM. "

http://www.taurusarmed.net/forums/millennium-pro-pistols/152025-who-has-class-pistol-limbo-taurus-right-now.html   At Page 1.  Emphasis added.

**\*\*\*\*\*** Poster's name redacted.

**EXHIBIT B**

**PAGE _4_ OF 4**

**EXHIBIT C**
**PAGE 1 OF 1**

## REPLACEMENT PARTS NO LONGER AVAILABLE

**Taurus Online Chat Excerpt November 16, 2015**

Welcome to taurususa Steve, saragon will be right with you. **Your chat ID is SMX111615074842-64369.**

**saragon 7:48:45 PM**
  Thank you for contacting Customer Care. My name is Samantha. I will be assisting you today!

**saragon 7:48:47 PM**
  Good Afternoon, How may I help you today?

**Steve 7:49:20 PM**
  *Hello Saragon, can you tell me the cost for a __barrel for my MilPro PT140__? The serial number is SBR34053. In the firearm manual the barrel is listed as part number 2.*

**saragon 7:52:26 PM**
  **__Unfortunately at this time this barrel is not available and there is no note of them coming back into stock.__** I also want to advise you that your firearm is included in a proposed class settlement. Information related to this matter can be found at www.tauruscartersettlement.com A Third Party Administrator has set up this site, and can handle inquiries. Please visit the website to learn more.

**Steve 7:54:31 PM**
  **Ok. What about the __captive recoil spring assembly__. Its listed as part number 3 in the manual.**

**saragon 7:55:24 PM**
  **__Unfortunately at this time these parts are not available .__**

**Steve 7:57:00 PM**
  Ok, thanks for your time Saragon.

**saragon 7:57:14 PM**
  You are welcome. It was a pleasure assisting you today. Have a great day!

**Steve 7:57:33 PM**
  Bye.

Steve has ended the chat.

(Emphasis added)

**EXHIBIT C**
**PAGE 1 OF 1**

## EXHIBIT D

## REPLACEMENT PARTS NO LONGER AVAILABLE II

**Taurus Online Chat Excerpt November 23, 2015**

Welcome to taurususa Steve, saragon will be right with you. Your **chat ID is SMX112315074953**-77184.

**saragon 7:49:54 PM**
  Thank you for contacting Customer Care. My name is Samantha. I will be assisting you today!

**saragon 7:49:56 PM**
  Good Afternoon, How may I help you today?

**Steve 7:50:14 PM**
  Hi Samantha, I'd like to order some parts for my PT140, Serial Number SBR34141.
  I need a _**Firing Pin**_, in the manual it's listed as Part Number 1.12
  I'd like also to order _**3 Captive Firing Pin Spring Assemblies**_, Part Number 1.13
  And _**3 Firing Pin Return Springs**_, Part Number 1.11
  Thanks.

**saragon 7:51:07 PM**
  _**Unfortunately at this time these parts are not available and there is no note of them coming back into stock**_. I also want to advise you that your firearm is included in a proposed class settlement. Information related to this matter can be found at www.tauruscartersettlement.com . A Third Party Administrator has set up this site, and can handle inquiries. Please visit the website to learn more.

**Steve 7:53:29 PM**
  That's not good news. _**Are there any parts still available for this PT140?**_

**saragon 7:53:45 PM**
  _**No not at this time.**_

**Steve 7:54:56 PM**
  Ok, thanks for your time Samantha.

**saragon 7:55:14 PM**
  You're welcome it was a pleasure assisting you today. Have a great day!

saragon has ended the chat.

Emphasis Added.

## EXHIBIT D    PAGE 1 OF 1

**EXHIBIT**

E

From:  (504) 835-8887
Steve Glaviano

509 West William David Parkway
Suite 102
METAIRIE, LA 70005

Origin ID: MSYA

**FedEx**
Express

E

Ship Date: 23OCT14
ActWgt: 5.0 LB
CAD: 103033965/INET3550

**Delivery Address Bar Code**

SHIP TO:  (305) 624-1115
**Jeffrey Rosales**
**Taurus International**
**16175 NW 49 AVE.**

**MIAMI, FL 33014**

BILL SENDER

Ref #   547715

RMA # SZL54719
Return Reason:

**RETURNS MON-FRI**
** 2DAY **

TRK#
0223    **7900 7687 8825**

**33014**
FL-US

522G1/0F84/8AC9

After printing this label
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1  Fold the printed page along the horizontal line
2  Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**EXHIBIT**

E

**EXHIBIT F**
**PAGE 1 of 1**

FEDEX 2ND DAY AIR SHIPPING RATES COMPILED FROM FEDEX.COM

THE PUBLISHED SHIPPING ADDRESS FOR TAURUS REPAIRS IS:

Taurus International
ATTN: Repair Department
16175 NW 49 Avenue
Miami, FL 33014

FEDEX.COM lists the following costs to ship a 5lb medium box dropped off for 2nd Day Air delivery to the Taurus zip code of 33014:

| From Metairie Louisiana | 70005: | $30.21 |
|---|---|---|
| From Lincoln Nebraska | 68503 | $39.97 |
| From Bangor Maine | 04401 | $43.67 |
| From Seattle Washington | 98104: | $49.24 |
| From San Francisco CA | 94117 | $46.24 |

* This schedule assumes Taurus has not negotiated a better corporate rate.

https://www.fedex.com/ratefinder/standalone?method=goToPackageInfoPage&validate=false

Prepared by the undersigned on November 21, 2015

**EXHIBIT F**
**PAGE 1 of 1**





# Warranty Repair

**Service Order:** 551579
**Model:** 1-140039PDT
**Serial #:** SEY80658
**Date:** 12/17/2014

STEVEN A GLAVIANO

609 W WILLIAM DAVID PKWY STE 102

METAIRIE, LA 70005

**Dear Valued Customer,**

Your Firearm has been repaired under our Lifetime Repair Policy™

Thank You for being a Taurus owner.

Sincerely,
Customer Service

**Resolution**

| Point of Failure | Area of Concern | Diagnostic Code | Closed |
|---|---|---|---|
| Function | Magazine Release | Damaged | Replaced |
| Function | Extractor Spring | Damaged | Replaced |
| Function | Barrel | Damaged | Replaced |

**Ammo Tested:**

| Rounds | Brand | Ammo Description |
|---|---|---|
| 20 | Winchester | 40 S&W  180 GR FMJ |

**Comments**

PLEASE NOTE: INDICATOR SPRING WAS REPLACED

Please help us rate your satisfaction with our Customer Service / Repair departments.
Fill out our form at: http://www.taurususa.com/surveys.cfm



**EXHIBIT**

H

PAGE 1 of 2

26

```
 1  will all work.  But what Your Honor is stating is correct.
 2  It's going to work similar to that process.
 3          MR. MARINO:  Yes.  Basically we anticipate it would
 4  work that you'd call Taurus and say I want to send my gun back
 5  to have it inspected, and Taurus would send a shipping label
 6  basically, so that the customer won't be up-fronting the
 7  money.  Taurus will send a shipping label and there will be
 8  detailed instructions on how to package a weapon, how to do
 9  all that.  We're also anticipating having detailed
10  instructions on the settlement website on how to package your
11  weapon, how to send it back and how to do all that the right
12  way.
13          THE COURT:  Is the claims administrator going to be
14  responsible for operating the website?
15          MR. MARINO:  Yes.
16          THE COURT:  So when you say repair or replace, does
17  "repair" mean that they're going to add a new trigger blade
18  safety or are they just going to take the old weapon and give
19  them one that's been manufactured since 2013?
20          MR. MARINO:  At this time, Your Honor, there's not a
21  one-size-fits-all fix.  I don't know whether we may be able to
22  develop a trigger blade safety or something like that to
23  correct the alleged defects.  In the instance that we can't
24  put a trigger blade safety on it or can't correct the alleged
25  defects, they will be offered a new pistol.  Those pistols
```





**EXHIBIT**

H

PAGE 1 of 2

EXHIBIT
H
PAGE 2 of 2

1  have the trigger blade safety on them.

2            THE COURT:  Well, this helps me, because I was

3  wanting to address the safety defects, what does that mean.

4            MR. SELBY:  And, Your Honor, as part of the overall

5  settlement benefits -- and this deals with all three prongs of

6  the settlement benefits -- there's no release of personal

7  injury claims.

8            I think this is a very important fact, and that is,

9  that this is not a settlement in which the defendant wanted to

10 encompass or the plaintiffs encompass pistols that would be

11 outside of the defined limited class pistols.  This is limited

12 to the pistols that our experts tested and this particular

13 series that had the defect.  So there's not pistols being

14 released in this claim, in this settlement, that don't have

15 these common design defects.  It's not a let's just throw it

16 all in.  It's specifically limited to these 966,000 pistols.

17           THE COURT:  In the definition, shouldn't we be

18 listing in parens after the 140 Millennium the Pro?  I'm just

19 concerned that somebody looking at this -- I'm not a weapon

20 owner and I have not handled one in I won't tell you how long.

21 So somebody who handles one may understand your analogy using

22 the Taurus, that one has leather seats and the other one

23 doesn't but it's still a Taurus or a Ram 150.

24           MR. SELBY:  Your Honor, we can certainly do that.

25           I will add to your inquiry that, going back to John's

EXHIBIT
H
PAGE 2 of 2

**EXHIBIT I**
**PAGE 1 OF 1**

**TAURUS ONLINE CHATS WITH CLASS MEMBERS WHO INQUIRED ABOUT THEIR CLASS PISTOLS**

1. **EXCERPT** from online post 10-27-2015, 08:52 PM

" ****
dayana 1:46 AM
***at this time it has been decided to replace your firearm with a new version of the model.***
In order to process the replacement we need you to choose a dealer in your area and have the dealer fax us a copy of their FFL for processing to 786-441-2108....."

Glen**** 1:47:29 AM
*What model will they replace it with?*

Glen**** 1:47:46 AM
***it will be replaced with model 111g2***        **** "

*http://www.taurusarmed.net/forums/millennium-pro-pistols/147059-post-your-dates-returned-pistols-dates-you-got-response-replacement-14.html.* Page 14, Post #136. Emphasis added.  Poster's last name redacted by Member

---

2. **EXCERPT** from online post 10-20-2015, 10:24 AM

" ****
Mr. H***, ***at this time it has been decided to replace your firearm with a new version of the model***. In order to process the replacement we need you to choose a dealer in your area and have the dealer fax us a copy of their FFL for processing.Please have the dealer of your choice to work with to fax it to 786-441-2108 or taurusffl@taurususa.com. Please include the service order number 578878

**austin h***
🕐10:20 a.m.
***What are you replacing my firearm with?***

**saragon**
🕐10:20 a.m.
***The 140 G2***      **** "

*http://www.taurusarmed.net/forums/taurus-product-problems/145905-my-pt-140-issue-7.html*  Page 7, post # 67.   Emphasis added.  Poster's last name redacted by Member.

**EXHIBIT I**
**PAGE 1 OF 1**

**EXHIBIT J**
**PAGE 1 OF 1**

**Taurus Refused To Sell Part, Told Owner To Return, Not Repaired, Not Returned**

---

**EXCERPT** from online post RO** 10-07-2015, 06:53 AM

"Going on 4 months *since I sent my PT 24/7Pro DS in to simply have the decocker indicator replaced. They would not send me the part and sent me a prepaid mailing label to send the gun in to them. After they received the gun I was informed it would be replaced with a new gun.* I couldn't finger out why until I learned about the settlement and that my model was part of the recall. After a very long wait I told them to send me the first model that came in, either a 24/7 G2 or a Millennium G2. Turns out it is the Millennium G2.  Supposedly, the replacement has been approved and the new gun cleaned and test fired and now only waiting to be packed and shipped."

http://www.taurusarmed.net/forums/millennium-pro-pistols/147059-post-your-dates-returned-pistols-dates-you-got-response-replacement-8.html  At page 8, post # 76. Emphasis added.  Poster's name redacted by Member.

---

**EXCERPT** from online post by HIP**** on 09-23-2015, 08:03 PM

" ****

Full story on this...My pistol was sent back just before all this "recall/voluntary recall/safety inspection" garbage started.  My brother-in-law had my PT111 Pro cleaning it in his new sonic cleaner. *Somehow the slide stop/takedown lever was lost. Since he works in a gunsmith shop, he told me that he could get me a replacement part with no problems.* Sure.

Some weeks later I ask about how it's coming along and am told *Taurus CS declined to sell him the part. The pistol had to be returned for repair, even just a missing part, under their warranty.*     So...I'm expecting it to come back in a few weeks.

B-in-l calls me saying *Taurus CS refused to sent the pistol back* as it is part of a "safety recall." This was the phrase they used during several calls by him to get more info or my gun back.   After the third long call, *he was told that a new pistol would be sent to me as a replacement. The G2 version. What about the mags bought to go with the orginal*?

*At first CS said they would replace the mags on a 1 for 1 basis. Next call to check on a time for receiving the G2, he was told that no exchange would happen.  **** "*

http://www.taurusarmed.net/forums/millennium-pro-pistols/147059-post-your-dates-returned-pistols-dates-you-got-response-replacement-4.html At page 4, post #39 Emphasis added.  Poster's name redacted by Member.

**EXHIBIT J**
**PAGE 1 OF 1**

**EXHIBIT K**

Taurus Telling Class Members ATF Would Be Notified If Pistol Returned

---

**EXCERPT** Posted online by ****MAX 10-14-2015, 05:52 PM

"***Tammy was the supervisor*** that I spoke with and s***he told me that the atf would be notified that the gun being returned to me will not be deemed safe*** because it has not gone through the inspection process. She said nothing about not meeting factory specs. It ***almost seemed as though she was threatening me against having it sent back to me with out having it inspected***. Kind of pissed me off. 10 weeks and no word."

http://www.taurusarmed.net/forums/millennium-pro-pistols/147059-post-your-dates-returned-pistols-dates-you-got-response-replacement-9.html   Post # 90 at Page 9.

Emphasis added.  Poster's name redacted by Member

---

Posted online by ***TOR 10-12-2015, 03:20 PM

***Got a call back from a supervisor***. No change really. The agents are given something to copy and paste and they really can't deviate from that. Taurus has not made a decision and that is causing issues to the front line staff who doesn't know anything. ***They told me that all firearms that are of the nine models in the settlement will be stopped for the inspection. Even if they are coming in for warranty work.*** It seemed, though I was not told directly, that the inspections are waiting on a corporate decision and they are using the 'overwhelming' demand line to spin the lack of response. ***You can ask for your firearm to be returned but it will require the ATF letter stating the weapon did not meet factory specs when leaving Taurus.*** Doesn't mean it is unsafe but it means that Taurus doesn't accept liability.

I guess I am waiting, because I don't want the liability and I feel there was an issue. ***I did say that I don't 100% believe that all firearms are being stopped if they are part of the group but she said that I was wrong.*** I also told her that for my first Taurus firearm, this issue was paramount in my decision to purchase another. I doubt I am the only one. I toll her to send the critique up the line but I am not sure it will make it.

http://www.taurusarmed.net/forums/millennium-pro-pistols/147059-post-your-dates-returned-pistols-dates-you-got-response-replacement-9.html   Post # 89 at Page 9

Emphasis added.  Poster's name redacted by Member

---

**EXHIBIT K**
**PAGE 1 OF 1**

**EXHIBIT L**
**PAGE _1_ OF 2**

**Schedule of MSRP and USED values of Taurus Class Pistols.**

Information obtained from the Genitron Handgun Database at www.Genitron.com.
on November 21, 2015.

---

Information about listed pricing obtained from Genitron.com.

**"MSRP"** pricing indicates the Manufacturer's Suggested Retail Price for a *new gun*.
**"Used Est."** pricing indicates the average *private market* value of a *used gun* in "Excellent" to "Very Good" condition.

These two prices basically represent the most to the least you might pay for a new model, or like-new used model. Typically the price you will pay for a gun will fall somewhere in between, your better value being closer to the Used Est. price than the MSRP price.

REF: *"Blue Book of Gun Values" - "Standard Catalog of Firearms"*
NRA *"Modern Firearm Condition Descriptions"*
*Excellent:* New condition, used but little, no noticeable marring of wood or metal, bluing perfect, (except at muzzle or sharp edges).
*Very Good:* In perfect working condition, no appreciable wear on working surfaces, no corrosion or pitting, only minor surface dents or scratches.

---

| TAURUS CLASS PISTOL | MSRP | USED VALUE |
|---|---|---|
| PT111 MILLENIUM STAINLESS | 516 | 410 |
| PT111 MILLENIUM BLUE GRAY FINISH | 500 | 410 |
| | | |
| PT111 MILLENIUM STAINLESS | 438 | 335 |
| PT111 MILLENIUM BLUE | 422 | 310 |
| | | |
| PT111 MILLENIUM PRO TITANIUM | 655 | 480 |
| PT111 MILLENIUM PRO STAINLESS | 483 | 330 |
| PT111 MILLENIUM PRO BLUE | 467 | 310 |
| | | |
| PT132 MILLENIUM PRO STAINLESS | 483 | 345 |
| PT132 MILLENIUM PRO BLUE | 467 | 310 |
| | | |
| PT132 MILLENIUM STAINLESS | 438 | 300 |
| PT132 MILLENIUM BLUE | 422 | 300 |

**EXHIBIT L**
**PAGE _1_ OF 2**

**EXHIBIT L**
**PAGE 2 OF 2**

**Schedule of MSRP and USED values of Taurus Class Pistols.**

Information obtained from the Genitron Handgun Database at www.Genitron.com.
on November 21, 2015.

| TAURUS CLASS PISTOL | MSRP | USED VALUE |
|---|---|---|
| PT138 MILLENIUM PRO STAINLESS | 483 | 345 |
| PT138 MILLENIUM PRO BLUE | 467 | 310 |
| PT140 MILLENIUM PRO STAINLESS | 498 | 350 |
| PT140 MILLENIUM PRO  BLUE | 483 | 345 |
| PT140 MILLENIUM STAINLESS | 476 | 335 |
| PT140 MILLENIUM BLUE | 461 | 310 |
| PT145 MILLENIUM PRO STAINLESS | 498 | 350 |
| PT145 MILLENIUM PRO BLUE | 483 | 345 |
| PT745 STAINLESS | 498 | 350 |
| PT745 BLUE | 483 | 345 |
| PT609 TITANIUM | 670 | 490 |
| PT640 | NOT FOUND | |
| PT 24/7 OSS BLUE LONG SLIDE | 623 | 415 |

PREPARED ON NOVEMBER 21, 2015
FROM INFORMATION OBTAINED AT WWW.GENITRON.COM

**EXHIBIT L**
**PAGE 2 OF 2**

**EXHIBIT M**
**PAGE 1 OF 1**

Receipt for Member's PT140 Millenium Pro
Serial Number SEY80658.

Member paid $424.11 on 9/26/2013 ($389.99 plus tax)

Driver's License Information Redacted by Member.

**EXHIBIT M**
**PAGE 1 OF 1**

EXHIBIT



N



## MILLENNIUM PRO™ 140 .40 S&W PISTOL IN BLUE STEEL

### Technical Specs

**Order #: 1-140031P**

**Finish:** Blue Steel

**Grips:** Checkered Polymer

**Rate of Twist:** 1:16"

**Frame:** Compact

**Front Sight:** Heinie

**Safety:** Firing Pin Block, Manual Safety, Manual Safety, Trigger Block

**Rear Sight:** Straight-8

**Model: 140BP**

**Status:** Discontinued

**Capacity:** 10 +1

**Barrel Length:** 3.25"

**Width:** 1.125"

**Length:** 6-1/8"

**Trigger Type:** Smooth

**Grooves Turn:** Right

**UPC: 7-25327-31129-4**

**Caliber:** .40

**Weight:** 18.7 oz

**Height:** 5.125"

**Action:** DA/SA

**Grooves:** 6

**MSRP:** $483.00

### Description

EXHIBIT



N





## Taurus 140G2 Pistol | .40 Cal Polymer Grip 10 Rds + 1 Blue

![Taurus 140G2 Pistol]

## Technical Specs

**Order #:**
**1-140031G2-10**
**Finish:** Blue

**Capacity:** 10 +1

**Action:** SA/DA

**MSRP:** $301.00

**Model:**
**140G2**
**Status:** Available
**Weight:** 22 oz.
**Length:** 6.24"

**UPC: 7-25327-61061-8**

**Caliber:** .40

**Barrel Length:** 3.2"

**Safety:** Loaded Chamber Indicator, Manual Safety, Manual Safety, Taurus Security System, Trigger safety

## Description





## <u>LEGAL NOTICE OF SETTLEMENT</u>

**If you own certain Remington firearms, you may be eligible for benefits from a class action settlement.**

A proposed nationwide Settlement has been preliminarily approved in a class action lawsuit involving certain Remington firearms. The class action lawsuit claims that trigger mechanisms with a component part known as a trigger connector are defectively designed and can result in accidental discharges without the trigger being pulled. The lawsuit further claims that from May 1, 2006 to April 9, 2014, the X-Mark Pro® trigger mechanism assembly process created the potential for the application of an excess amount of bonding agent, which could cause Model 700 or Seven bolt-action rifles containing such trigger mechanisms to discharge without a trigger pull under certain limited conditions. The lawsuit contends that the value and utility of these firearms have been diminished as a result of these alleged defects. Defendants deny any wrongdoing.

### Who's included?

The Settlement provides benefits to:

(1) Current owners of Remington Model 700, Seven, Sportsman 78, 673, 710, 715, 770, 600, 660, XP-100, 721, 722, and 725 firearms containing a Remington trigger mechanism that utilizes a trigger connector;

(2) Current owners of Remington Model 700 and Model Seven rifles containing an X-Mark Pro trigger mechanism manufactured from May 1, 2006 to April 9, 2014 who did not participate in the voluntary X-Mark Pro product recall prior to April 14, 2015; and

(3) Current and former owners of Remington Model 700 and Model Seven rifles who replaced their rifle's original Walker trigger mechanism with an X-Mark Pro trigger mechanism.

### What does the Settlement provide?

Settlement Class Members may be entitled to: (1) have their trigger mechanism retrofitted with a new X-Mark Pro or other connectorless trigger mechanism at no cost to the class members; (2) receive a voucher code for Remington products redeemable at Remington's online store; and/or (3) be refunded the money they spent to replace their Model 700 or Seven's original Walker trigger mechanism with an X-Mark Pro trigger mechanism.

### How can I obtain benefits?

Submit a Claim Form. Claim Forms can be found at www.remingtonfirearmsclassaction settlement.com or by calling 1-800-876-5940.

### What are my legal rights?

Even if you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants yourself, you must exclude yourself from the Settlement Class by **October 5, 2015.** If you stay in the Settlement Class, you may object to the Settlement by **October 5, 2015.**

The Court will hold a hearing on **December 14, 2015,** to consider whether to approve the Settlement and a request for attorneys' fees of up to $12.5 million, plus a payment of $2,500 for each named Plaintiff. You or your own lawyer may appear at the hearing at your own expense.

---

### For more information or a Claim Form:
**1-800-876-5940 or www.remingtonfirearmsclassactionsettlement.com**



# Exp

## Medium Box

**FedEx**
Express US Airbill

Tracking Number: 8088 3582 8703

Date: 12/14/2015

Sender's Name: Steven A Glaviano  Phone: 504 835 8287

Company:

Address: 609 W William David Pkwy Suite 102

State: LA  ZIP: 70005

**Internal Billing Reference**

To (Recipient's Name): Melanie  Phone:

Company: Clerk of Court – Filing

US DC Southern District of Florida

Address: 400 North Miami Avenue

City: Miami  State: FL  ZIP: 33108

4 Express Package Service

5 Packaging

6 Special Handling and Delivery Signature Options

7 Payment  Bill to:

2 or 3 Business Days

Recipient's Copy

Align bottom of peel-and-stick airbill or pouch here.

fedex.com 1.800.GoFedEx 1.800.463.3339

8088 3582 8703