UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

COURT FILE NO.: 1:13-cv-24583-PAS



CHRIS P. CARTER, on behalf of himself
and all others similarly situated,

    Plaintiffs,

FORJAS TAURUS S.A., et al.

    Defendants.

CLASS MEMBER
TROY KENNETH SCHEFFLER'S
NOTICE OF INTENT TO APPEAR
AND MOTION FOR LEAVE
TO APPEAR TELEPHONICALLY

Notice to parties:

Let this be notice that class member Troy Kenneth Scheffler intends to appear at the Final Approval Hearing in front of the Honorable Patricia A. Seitz at 10am on January 20th, 2016, at the Federal Justice Building, 400 North Miami Avenue, Miami, Florida 33128 to bring objection to the proposed class settlement in the above captioned case.

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Comes now class member Troy Scheffler with motion for leave to appear at the above noticed hearing telephonically. I make this motion under the following considerations:

1. My domicile is located in Minnesota making the cross country trip arduous.

2. That I am a disabled adult on Social Security Disability making the trip further impractical.

3. That due to my adjudicated disability of agoraphobia with panic disorder that this Court allowing for a telephonic appearance would be in accordance with Title II of the Americans With Disabilities Act of 1990the and the Rehabilitation Act of 1973 in presenting your humble petitioner a reasonable accommodation with regard to access to this court.

WHEREFORE,

For these stated reasons I pray the Court grant my motion for leave to appear telephonically.


Respectfully submitted,

Troy K. Scheffler
*Class Member-Pro Se*
965 104th Ave NW
Coon Rapids, MN 55433
763-225-7702

STATE OF MINNESOTA          )
                            )SS.
COUNTY OF ANOKA             )

Subscribed and affirmed before me this 4th day of December, 2015.

Notary Public

KRISTINA MARIE DENUCCIO
Notary Public
Minnesota
My Commission Expires January 31, 2020

{ 2 }

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

COURT FILE NO.: 1:13-cv-24583-PAS

CHRIS P. CARTER, on behalf of himself
and all others similarly situated,

    Plaintiffs,                                 **PROPOSED ORDER**

FORJAS TAURUS S.A., et al.

    Defendants.

Upon review of Class Member Troy Kenneth Scheffler's Motion for Leave to Appear Telephonically, this court finds the following:

That due to Mr. Scheffler's disability and his notice of intent to attend the Final Approval Hearing on January 20th, 2016, that it would be unreasonable for him to personally appear at the hearing to exercise his right to make objection to the proposed class settlement in the above captioned case.

Based upon these findings, **IT IS HEREBY ORDERED** that Class Member Troy Kenneth Scheffler shall be allowed to make his appearance telephonically via landline and will make appropriate preparation with the Clerk of Court.

**Wherefore,**

Troy Kenneth Scheffler's Motion for Leave to Appear telephonically is **GRANTED**.

DATED: _____                 _____



Troy Scheffler
965 104th Ave. N.W.
Coon Rapids, MN 55433-4976

U.S. District Court
Clerk-Civil
Federal Justice Building
400 North Miami Avenue
Miami, FL 33128