UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of
all others similarly situated,

    Plaintiff,                                         CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.

_____/

## NOTICE OF ATTORNEY APPEARANCE
## ON BEHALF OF OBJECTOR TERRY PENNINGTON

The undersigned attorney, STEPHEN D. FIELD, ESQ., enters his notice of appearance as counsel on behalf of Objector, TERRY PENNINGTON, and requests that the Court and Parties direct all mailings, notices, and service of motions, pleadings, discovery, and any other relevant documents to the undersigned.

WHEREFORE, attorney, STEPHEN D. FIELD, ESQ., hereby gives notice to the Court of his appearance as counsel on behalf of the Objector, TERRY PENNINGTON.

Dated: December 14, 2015
      Miami, Florida

STEPHEN D. FIELD, P.A.

By: /s/ Stephen D. Field
STEPHEN D. FIELD, ESQ.
Florida Bar No. 554111
Email: steve@field-law.com
102 E 49th Street
Hialeah, FL 33013
Telephone: (305) 698-3421
Direct Line: (305) 798-1335
Facsimile: (305) 698-1930
*Attorney for Objector Terry Pennington*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on December 14, 2015 and served by the same means on all counsel of record.

By: /s/ Stephen D. Field