12-1-15

FILED by mm D.C.
DEC 15 2015
STEVEN M. LARIMORE
CLERK U S DIST CT
S.D. of FLA - MIAMI

Richard Louis Jordan
2056 Walnut Creek Drive
Flint, MI 48532
810 733 7391
Re: Taurus PT 145 Pro Millennium Compact
Serial # NZA 78515
Case # 1:13 CV 24583 pas
Carter vs Taurus Int.

To Whom it may concern:

I am a settlement class member and would like to object to the settlement proposal for Carter vs Taurus. If a member of the lawsuit, like myself, has written proof of the cost of the firearm and accessories like magazines, holsters, night sights, day lights etc they should be reimbursed for these expenses either thru money or replacement of accessories. Enclosed please find copies of the original receipts for a new firearm, 4 extra wordclips and 1 additional 12 rd clip & sleeve direct from Taurus for $51.70.

Clearly most gun owners spend 2 to 3 times as much on accessories, which only work on that particular Model, than they do on the gun itself. I would expect Taurus to make me whole in the amount of $611.31. This does not include the holster cost which might be used for a different gun. To just replace the gun and wait maybe 1 year to get it according to Taurus is terrible. So far

over

I am losing faith in this Company (Taurus) in trying to do the right thing for their customers.

I would like a new compac 24/7 45 firearm with 4 extra 10rd clips and 2 x 12 rd clips with sleeves. I believe this is a reasonable settlement and should be accomplished in 8 to 10 weeks time. Also any transfer fee from gun dealer should be reimbursed ~~also~~

I have never objected to any other case and will not attend hearing. Taurus has had my firearm since 8/17/2015 already.

Summary expenses
Williams Gun receipt                $654.96
  for gun + clips
Taurus invoice for spare mag        $51.70
                                    _____
                                    $706.66
Minus Holsters cost                 - 95.35
                                    _____
                                    $611.31 due me

Feel free to contact me anytime.
                    Sincerely,
                    Richard J Jordan

MUZZALL GRAPHICS (517) 339-7266 

2-245459



7389 Lapeer Rd.
P.O. Box 329
Davison, Mich. 48423
Phone 810-653-2131

Account Number _____     Date 12/23/06
Name Richard Louis Jordan              Salesperson Eli
Address 2056 Walnut Creek Drive         FFL No. _____
City Flint            State MI  Zip 4852   Exp. _____
Phone No. 810 733 7391
Drivers License No. J635 738 549 232     Exp. Date _____
Date of Birth 3/22/48    ☑ New   ☐ Delay   Date _____
4473 No. 070369          ☐ Used  ☑ Proceed Date 12/23/06
Date Firearm Picked-up _____    ☐ Denied  Date _____

| Quantity | Code No. | Description | W/H# | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 9606 | New Taurus PT145 45cp SN# NZA78515 incl. 2x10rd clips 3.3in | 1 | | | 360 | 00 |
| 4 | | Xtra 10rd clips @ 42 ea | 4 | | | 168 | 00 |
| 1 | | Blackie Holster | 1 | | | 89 | 95 |

Consistent with industry standards,
No refunds or exchanges can be honored.
SIGNED _Richard Jordan_  Date 12/23/06   Subtotal 617 | 95
Please save your receipt and send warranty card to the manufacturer   Sales Tax 37 | 01
as both will be needed should warranty work become necessary.
THANK YOU!                                                  Total 654 | 96



*called in 4/30*
*paid 4/30*

*what Gz mag will clip fit from PT 145*

SHIP TO: RICHARD JORDAN
RICHARD JORDAN
2056 WALNUT CREEK DR
FLINT, MI 48532

PAGE: 1 of 1
Print Date: 4/25/2012 11:03:04 AM
Order Number: 02-ORDCUS00120104



$65 TB

| Customer Order Number | Order Date 4/24/2012 | FED X GROUND | | | | |
|---|---|---|---|---|---|---|
| | | | Quantity | | | |
| Item | Description | | Ordered | Shipped | Backordered | U/M |
| 5-24745-12 | Fits all 247/45acp 12 Round | | 1 | 1 | 0 | EACH |
| UPC: 725327600299 | | | | | | |
| 26119366 | .45 CAL MAGAZINE SLEEVE | | 1 | 1 | 0 | EACH |
| UPC: | | | | | | |

Proudly Picked By: MARIA RODRIGUEZ          Total Serial Numbers: 0
Proudly Packed By:
Order Notes
MH,AC

*Pd with credit card*

# PNC BANK

Account # XXXX XXXX XXXX 4632
Statement closing date 05/21/12

## Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 04/25 | 04/25 | 2432300G57BPE7KSW | TAURUS INTERNATIONAL M  800-327-3776 FL | *clip for: PT/VS* | $51.70 |
| 05/15 | 05/15 | 2469216GR00E0N0B0 | VESTA *AT&T         866-608-3007 OR | *AT cell phone* | 106.00 |

## Fees

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $0.00 |

## Interest Charged

| | | | |
|---|---|---|---|
| 05/21 | 05/21 | Interest Charge on Purchases | 0.00 |
| 05/21 | 05/21 | Interest Charge on Cash Advances | 0.00 |
| | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

## How your interest charges were calculated

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE (MAY VARY) | DAYS IN BILLING CYCLE | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|---|
| Purchases | 11.990%(V) | 0.03285% | 31 | $0.00 | $0.00 |
| Cash advances | 21.990%(V) | 0.06025% | 31 | $0.00 | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

(V): Variable Rate

## 2012 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $0.00 |



**Important information - please read**

Card Services Online will be discontinued as of 8:00am ET on June 19, 2012.  To maintain online access to your credit card account, enroll in PNC Online Banking.  If you're already enrolled in PNC Online Banking, begin using it today to manage your credit card account.

Imagine yourself cheering on the top athletes in the world when you go to the London 2012 Olympic Games, courtesy of Visa®.  Use your PNC Bank Visa card or any Visa card between April 1 and May 31, 2012 to be automatically entered for a chance to win a trip to the London 2012 Olympic Games. To learn more, visit your nearest PNC branch or go to visa.com/london2012promo between April 1 and May 31, 2012.



R. Rogers
2056 Walnut Rede Dr
Flint, MI 48532

Federal Justice Building
Honorable Patricia Seitz
400 N. Miami Ave
Miami, Fla. 33128

Caton vs Townsin Settlement