UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

          **Case No. 1:13-CV-24583**

          CLASS ACTION

          JURY TRIAL DEMANDED

**JOINT MOTION FOR LEAVE TO EXCEED
PAGE LIMITATIONS TO RESPOND TO OBJECTIONS**

Defendants, Forjas Taurus, S.A., Taurus International Manufacturing, Inc. and Taurus Holding, Inc. (collectively, "Taurus") and Plaintiff, Chris P. Carter, move for entry of an order permitting the parties to file a joint memorandum exceeding twenty pages pursuant to Local Rule 7.1(c)(2). The parties state as follows in support of this motion:

1. The parties have entered into a proposed class settlement that this Court preliminarily approved on July 30, 2015 in its Order Granting Joint Motion for Preliminary Approval of Class Action Settlement, Preliminarily Approving Class Settlement and Granting Settlement Class Certification, and Setting Final Approval Hearing (Dkt. 133) (the "Preliminary Approval Order").

2. Only Four objections to the preliminarily approved class settlement have been filed by parties who claim to be members of the proposed settlement class. *See* Dkt. 136, 137, 141, 142 (the "Objections").

3. The parties intend to respond to the Objections. However, given that the response will address all four objections in one single pleading, the parties may require an additional ten pages to respond to the issues raised in the Objections.

4. A proposed Order is attached to this motion as Exhibit A pursuant to Local Rule 7.1(a)(2). A copy of the proposed Order will be sent to seitz@flsd.uscourts.gov pursuant to Rule 3(I)(6) of the CM/ECF Administrative Procedures of the Southern District of Florida.

5. Accordingly, the parties respectfully request that this Court entered the proposed Order attached as Exhibit A, allowing for entry of a response to the Objections up to thirty pages.

## RULE 7.1(a)(3) CERTIFICATION

The parties certify that they have conferred and agree to the relief requested in this motion pursuant to Local Rule 7.1(a)(3).

Respectfully submitted,

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| */s/ David L. Selby* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.:  (205) 988-9253 | Tel.:  (904) 598-6100 |
| Fax:  (205) 733-4896 | Fax:  (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email:  jmarino@sgrlaw.com |
| John W. Barrett (*Admitted Pro Hac Vice*) | Kristen W. Bracken (FBN: 092136) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 209 Capitol Street | 50 N. Laura Street, Suite 2600 |
| Charleston, West Virginia  25301 | Jacksonville, FL 32202 |
| Tel.:  (304) 345-6555 | Tel.:  (904) 598-6100 |
| Fax:  (304) 342-1110 | Fax:  (904) 598-6300 |
| Email: jbarrett@baileyglasser.com | Email:  kbracken@sgrlaw.com |
| Todd Wheeles (*Admitted Pro Hac Vice*) | Timothy A. Bumann (*Admitted Pro Hac Vice*) |
| MORRIS, HAYNES, HORNSBY & WHEELES | SMITH, GAMBRELL & RUSSELL, LLP |
| 3500 Colonnade Parkway, Suite 100 | 120 Peachtree Street, NE |
| Birmingham, AL 35243 | Promenade, Suite 3100 |
| Tel.:  (205) 324-4008 | Atlanta, Georgia 30309 |
| Fax:  (205) 324-0803 | Tel.:  (404) 815-3500 |
| Email: twheeles@mhhlaw.net | Fax:  (404) 815-3900 |
|  | Email:  tbumann@sgrlaw.com |

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:  (954) 765-0537
Fax:  (954) 765-0545
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:  (305) 854-4900
Fax:  (305) 854-8266
Email: finklehoffe@leesfield.com
         scolaro@leesfield.com
         leesfield@leesfield.com

## **CERTIFICATE OF SERVICE**

I certify that on December 18, 2015, a copy of the foregoing was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system, which provides notice and a copy of the filing to counsel.

/s/ *John P. Marino*
Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*

                                      /

**Case No. 1:13-CV-24583**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## ORDER GRANTING JOINT MOTION FOR LEAVE
## TO EXCEED PAGE LIMITATIONS TO RESPOND TO OBJECTIONS

THIS MATTER came before the Court upon the parties' Joint Motion for Leave to Exceed Page Limitations (Dkt. 143) (the "Motion for Leave") filed by the Parties.

The Court having reviewed this matter, and based on the reasons set forth in the Motion for Leave, it is ORDERED and ADJUDGED that:

    1.    The Motion for Leave is GRANTED;

    2.    The parties are authorized to file a joint response to the Objections of up to thirty pages.

**DONE AND ORDERED** in Chambers in Miami, Florida this _____ day of December, 2015.

                                                                 JUDGE PATRICIA A. SEITZ
                                                                 UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record