UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendant.
_____/

## ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS TO RESPOND TO OBJECTIONS

THIS MATTER is before the Court on the parties' Joint Motion for Leave to Exceed Page Limitations to Respond to Objections [DE 143]. There were four Objections to the preliminarily approved class settlement [DE 136, 137, 141, 142]. The parties have advised that they will respond to all four in one pleading, but may require an extra ten pages. Therefore, it is

ORDERED THAT

The parties' Joint Motion for Leave to Exceed Page Limitations to Respond to Objections [DE 143] is **GRANTED**. The parties may file one joint response to all Objections of up to **thirty pages**.

DONE AND ORDERED in Miami, Florida, this 21st day of December, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
       All Counsel of Record