IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

**JOINT RESPONSE TO TROY KENNETH SCHEFFLER'S
MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

Troy Kenneth Scheffler ("Scheffler") has filed an Opposition and Objection to Proposed Settlement [Doc. 137], along with a Notice of Intent to Appear and Motion for Leave to Appear Telephonically [Doc. 138]. The Court entered an Order [Doc. 139] stating that any Responses to Scheffler's Motion for Leave to Appear Telephonically are due by December 28, 2015. Plaintiff and Defendants jointly respond as follows:

Scheffler has filed at least 46 Complaints (most, if not all of them, are pro se) that the parties could identify through on-line court databases:

Federal District Court Cases

(1)   *Scheffler v. Crystal Police Dept.*, No. 00-2719 (D. Minn. 2000) (§1983 action against municipal police department; dismissed for failure to state a claim upon which relief may be granted);

(2)   *Scheffler v. Academy Collection Serv., Inc.*, No. 09-2206 (D. Minn. 2009) (FDCPA action; dismissed with prejudice upon settlement);

(3)   *Scheffler v. Nationwide Credit, Inc.*, No. 09-2787 (D. Minn. 2009) (FDCPA action; dismissed with prejudice upon settlement);

1

(4) *Scheffler v. Nat'l Enterprise Sys., Inc.*, No. 09-2788 (D. Minn. 2009) (FDCPA action against debt collector; dismissed with prejudice upon settlement);

(5) *Scheffler v. Collection Resources*, No. 09-2988 (D. Minn. 2009) (FDCPA action against debt collector; dismissed with prejudice upon settlement);

(6) *Scheffler v. Midpoint Resolution Group, LLC*, No. 09-3080 (D. Minn. 2009) (FDCPA action against debt collector; dismissed without prejudice for lack of prosecution);

(7) *Scheffler v. United Collection Bureau, Inc.*, No. 09-3089 (D. Minn. 2009) (FDCPA action against debt collector; dismissed with prejudice on the merits);

(8) *Scheffler v. ER Solutions, Inc.*, No. 09-3543 (D. Minn. 2009) (FDCPA action against debt collector; dismissed with prejudice on the merits);

(9) *Scheffler v. AllianceOne Receivables Mgmt., Inc.*, No. 09-3612 (D. Minn. 2009) (FDCPA action against debt collector; dismissed with prejudice on the merits);

(10) *Scheffler v. Omni Credit Serv. of Florida, Inc.*, No. 09-3715 (D. Minn. filed Dec. 29, 2009) (FDCPA action against debt collector);

(11) *Scheffler v. Molin, et al.*, No. 11-3279 (D. Minn. 2011) (§1983 action against municipality for violation of First and Fourteenth Amendments; summary judgment granted in favor of Defendants), *aff'd*, No. 14-5410 (8th Cir. Feb. 26, 2014), *cert. denied*, (U.S. Oct. 6, 2014) (No. 13-1008);

(12) *Scheffler v. Integrity Fin. Partners, Inc., et al.*, No. 12-188 (D. Minn. 2012) (FDCPA action against debt collector; summary judgment granted in favor of Defendants), *voluntarily dismissed*, No. 14-2301 (8th Cir. Feb. 4, 2015);

(13) *Scheffler v. NCO Fin. Sys., Inc.*, No. 12-189 (D. Minn. 2012) (FDCPA action against debt collector; dismissed with prejudice on the merits);

(14) *Scheffler v. Dohman, et al.*, No. 13-106 (D. Minn. 2013) (§1343 action against state, *inter alia*, to recover vehicle repossessed as consequence of DWI convictions and to seek protection under the ADA); summary judgment granted in favor of Defendants), *aff'd*, No. 13-3785 (8th Cir. May 12, 2015), *cert. denied*, (U.S. Nov. 9, 2015) (No. 15-6225);

(15) *Scheffler v. Hamline University*, No. 13-935 (D. Minn. 2013) (ADA action against university for wrongful suspension from enrollment; dismissed with prejudice upon settlement);

(16) *Scheffler v. Pinnacle Credit Serv., LLC, et al.*, No. 14-1 (D. Minn. 2014) (FDCPA action against debt collector; dismissed upon settlement);

(17) *Scheffler v. Roy, et al.*, No. 14-1692 (D. Minn. 2014) (§1983 action against department of corrections for requiring driver's license as identification for prison visitors; dismissed upon settlement);

(18) *Scheffler v. Messerli & Kramer P.A.*, No. 14-1933 (D. Minn. 2014) (FDCPA action against law firm attempting to collect debt; Defendant's motion to dismiss granted), *aff'd*, No. 14-3435 (8th Cir. June 29, 2015), *cert. denied*, (U.S. Nov. 30, 2015) (No. 15-6424);

(19) *Scheffler v. Minnesota Dept. of Human Res.*, No. 14-2946 (D. Minn. 2014) (ADA action against government for denying reinstatement of state healthcare benefits); Defendants motions to dismiss granted), *aff'd*, No. 15-1635 (8th Cir. Aug. 7, 2015), *cert. denied*, (U.S. Nov. 16, 2015) (No. 15-6131); (same complaint was previously brought in Minnesota state court and subsequently dismissed by the trial court; the dismissal was affirmed by the state Court of Appeals; the state Supreme Court denied petition for review);

(20) *Scheffler v. Equifax, Inc.*, No. 15-3340 (D. Minn. 2015) (pending FDCPA action, removed from state court);

(21) *Scheffler v. McDonough, et al.*, No. 15-3707 (D. Minn. 2015) (pending §1983 action against municipal police department);

(22) *Scheffler v. Menomonie*, No. 3:08-607 (W.D. Wis. 2008) (§1983 action against municipal police department; *in forma pauperis* motion denied and judgment entered against Scheffler dismissing the case);

(23) *Scheffler v. County of Dunn*, No. 3:08-622 (W.D. Wis. 2008) (§1983 action against sheriff's department for not producing department video footage; jury verdict for Plaintiff in the amount of $40,000.00);

(24) *Scheffler v. Folczyk, et al.*, No. 3:10-370 (W.D. Wis. 2010) (§1983 action against Menomonie police employees and alleged attacker; dismissed with prejudice upon settlement);

(25) *Scheffler v. Pellett*, No. 3:12-78 (W.D. Wis. 2012) (§1983 action against Menomonie police officer; dismissed with prejudice on the merits); and

(26) *Scheffler v. Lee, et al.*, No. 3:14-373 (W.D. Ky. 2014) (pending §1983 action against municipal police officer and EMT related to Plaintiff's arrest and incarceration for disorderly conduct and alcohol intoxication).

Minnesota State Court Cases

(1) *Scheffler v. Pawn America, Inc.*, No. 02-CO-09-181 (Minn. Dist. Ct. 2009);

(2) *Scheffler v. Rochelle*, No. 02-CO-09-11046 (Minn. Dist. Ct. 2009);

(3) *Scheffler v. Wayzata Nissan*, No. 27-CO-09-1450 (Minn. Dist. Ct. 2009);

(4) *Scheffler v. Lowe's Companies, Inc.*, No. 27-CO-09-1451 (Minn. Dist. Ct. 2009);

(5) *Scheffler v. Murphy, et al.*, No. 02-CO-09-1623 (Minn. Dist. Ct. 2009);

(6) *Scheffler v. Klungseth.*, No. 02-CV-10-15 (Minn. Dist. Ct. 2010);

(7) *Scheffler v. Klungseth.*, No. 02-CV-10-7955 (Minn. Dist. Ct. 2010);

(8) *In re: Motor Vehicle Forfeiture*, No. 02-CV-10-9218 (Minn. Dist. Ct. 2010);

(9) *Scheffler v. Comm'r of Pub. Safety*, No. 02-CV-11-991 (Minn. Dist. Ct. 2011);

(10) *Scheffler v. Comm'r of Pub. Safety*, No. 02-CV-11-3598 (Minn. Dist. Ct. 2011);

(11) *Scheffler v. Murphy, et al.*, No. 02-CV-12-3111 (Minn. Dist. Ct. 2012);

(12) *Scheffler v. Newegg.com, et al.*, No. 02-CV-12-1327 (Minn. Dist. Ct. 2012);

(13) *Scheffler v. H&H TV and Electronics, Inc., et al.*, No. 02-CV-13-4742 (Minn. Dist. Ct. 2013);

(14) *Scheffler v. Tellin*, No. 82-CV-14-553 (Minn. Dist. Ct. 2014);

(15) *Scheffler v. Comm'r of Pub. Safety*, No. 02-CV-14-2500 (Minn. Dist. Ct. 2014);

(16) *Scheffler v. Bear Claw Construction, LLC*, No. 02-CV-14-1686 (Minn. Dist. Ct. 2014);

(17) *Scheffler v. Century Link, Inc.*, No. 27-CV-14-8242 (Minn. Dist. Ct. 2014);

(18) *Scheffler v. City of Anoka, et al.*, No. 02-CV-15-2550 (Minn. Dist. Ct. 2015);

(19) *Scheffler v. T-Mobile USA, Inc.*, No. 62-CO-15-2588 (Minn. Dist. Ct. 2015);

(20) *Scheffler v. Equifax, Inc.*, No. 62-CV-15-5092 (Minn. Dist. Ct. 2015); and

(21) *Scheffler v. Scott, et al.*, No. 02-CV-15-5693 (Minn. Dist. Ct. 2015).

Based on a review of multiple court databases for the federal and state court cases identified above, it does not appear that Scheffler has previously filed any Motions for Leave to Appear Telephonically in any of these cases. It is also not clear whether Scheffler has provided the necessary information for the Court to determine if he should be excused from meeting the

4

conditions set by the Court's Preliminary Approval Order [Doc. 133], namely, requiring objectors to attend in person.

That said, Plaintiff and Defendants take no position on whether Scheffler should be permitted to appear telephonically. The parties respectfully leave this to the Court's discretion.

Respectfully submitted,

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| /s/ David L. Selby<br>David L. Selby, II (*Admitted Pro Hac Vice*)<br>BAILEY & GLASSER, LLP<br>3000 Riverchase Galleria, Suite 905<br>Birmingham, Alabama 35244<br>Tel.:  (205) 988-9253<br>Fax:  (205) 733-4896<br>Email: dselby@baileyglasser.com | /s/ John P. Marino<br>John P. Marino (FBN: 814539)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>50 N. Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>Tel.:  (904) 598-6100<br>Fax:  (904) 598-6300<br>Email: jmarino@sgrlaw.com |
| John W. Barrett (*Admitted Pro Hac Vice*)<br>BAILEY & GLASSER, LLP<br>209 Capitol Street<br>Charleston, West Virginia  25301<br>Tel.:  (304) 345-6555<br>Fax:  (304) 342-1110<br>Email: jbarrett@baileyglasser.com | Kristen W. Bracken (FBN: 092136)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>50 N. Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>Tel.:  (904) 598-6100<br>Fax:  (904) 598-6300<br>Email: kbracken@sgrlaw.com |
| Todd Wheeles (*Admitted Pro Hac Vice*)<br>MORRIS, HAYNES, HORNSBY & WHEELES<br>3500 Colonnade Parkway, Suite 100<br>Birmingham, AL 35243<br>Tel.:  (205) 324-4008<br>Fax:  (205) 324-0803<br>Email:  twheeles@mhhlaw.net | Timothy A. Bumann (*Admitted Pro Hac Vice*)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>120 Peachtree Street, NE<br>Promenade, Suite 3100<br>Atlanta, Georgia 30309<br>Tel.:  (404) 815-3500<br>Fax:  (404) 815-3900<br>Email:   tbumann@sgrlaw.com |
| Angelo Marino, Jr. (FBN: 151934)<br>**ANGELO MARINO, JR., P.A.**<br>645 S.E. 5th Terrace<br>Ft. Lauderdale, Florida  33301<br>Tel.:  (954) 765-0537<br>Fax:  (954) 765-0545<br>Email: amjrpamail@aol.com | |

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
**LEESFIELD & PARTNERS, P.A.**
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Fax:   (305) 854-8266
Email: finklehoffe@leesfield.com
        scolaro@leesfield.com
        leesfield@leesfield.com

## CERTIFICATE OF SERVICE

I certify that on December 28, 2015, a copy of the foregoing was served upon all counsel of record through filing this document with the Clerk using the Court's CM/ECF system.  I further certify that copies of the foregoing were served by U.S. Mail to:

| | |
|---|---|
| Stephen D. Field, Esq.<br>Stephen D. Field, P.A.<br>102 E. 49th Street<br>Hialeah, FL  33013<br>Tel.:  (305) 698-3421<br>Fax:  (305) 698-1930<br>Email:  steve@field-law.com<br>Attorney for Objector Pennington | Richard Louis Jordan<br>2056 Walnut Creek Drive<br>Flint, Michigan  48532<br><br>Steven A. Glaviano<br>609 W. William David Pkwy<br>Suite 102<br>Metairie, Louisiana  70005 |
| Troy Kenneth Scheffler<br>965 104th Ave. NW<br>Coon Rapids, Minnesota  55433 | |

/s/ *David L. Selby*
Attorney

6