UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendant.

_____/

**ORDER GRANTING IN PART TROY KENNETH SCHEFFLER'S MOTION
TO APPEAR REMOTELY VIA VIDEOCONFERENCE**

THIS MATTER is before the Court on Objector Troy Kenneth Scheffler's Motion for Leave to Appear Telephonically at the Final Approval Hearing [DE 138, 139]. Mr. Scheffler has argued, albeit without supporting documentation, that his disability would prevent him from appearing in person at the Final Approval Hearing. As the parties have noted, Mr. Scheffler is familiar with the legal system [*see* DE 145]. Telephonic appearance is disfavored by the Court; however, the Court will allow Mr. Scheffler to make the necessary arrangements and appear by **videoconference**. Therefore, it is

        ORDERED THAT

Troy Kenneth Scheffler's Motion for Leave to Appear Telephonically at the Final Approval Hearing [DE 138, 139] is **GRANTED IN PART.** Mr. Scheffler may appear remotely, but only by videoconference.

DONE AND ORDERED in Miami, Florida, this 5th day of January, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Honorable William C. Turnoff
All Counsel of Record