# EXHIBIT A

Plaintiff's Motion for Final Approval of Class Action
Settlement and Incorporated Memorandum of Law



PT 24/7 G2
INSTRUCTION MANUAL



General Safety, Operating Instructions and Limited Warranty

READ CAREFULLY BEFORE USING YOUR FIREARM

**Important: Keep this manual with your firearm.**

The information contained in this manual is useful, both for beginners and experienced shooters. In addition to important information about functioning, cleaning and care of the gun, the manual contains instructions that may be very helpful in shooting properly.

The most important rule of safe gun handling is always keep the muzzle pointed in a safe direction!



### 1) TRIGGER SAFETY

This device is designed to preclude the backward movement of the **trigger bar** to prevent an accidental discharge in case the firearm is dropped. The system is disengaged when the **trigger** is pulled to the rear.



### 2) FIRING PIN BLOCK

The **firing pin block**, which is designed to prevent the **firing pin** from going forward and striking the primer, is engaged until the **trigger** is in its final rearward position. This device is designed to preclude an accidental discharge.



### 3) LOADED CHAMBER INDICATOR

When a **cartridge** is loaded in the chamber the loaded chamber indicator end protrudes and its **red colored** surface can be easily seen or felt without the need of moving back the **slide**.



## PT 111/140 MILLENNIUM G2
### INSTRUCTION MANUAL



## General Safety, Operating Instructions and Limited Warranty

READ CAREFULLY BEFORE USING YOUR FIREARM

**Important: Keep this manual with your firearm.**

The information contained in this manual is useful, both for beginners and experienced shooters. In addition to important information about functioning, cleaning and care of the firearm, the manual contains instructions that may be very helpful in shooting properly.

The most important rule of safe firearm handling is always keep the muzzle pointed in a safe direction!



### 1) TRIGGER SAFETY

This device is designed to preclude the backward movement of the trigger bar to prevent an accidental discharge in case the firearm is dropped. The system is disengaged when the trigger is pulled to the rear.



### 2) FIRING PIN BLOCK

The firing pin block, which is designed to prevent the firing pin from going forward and striking the primer, is engaged until the trigger is in its final rearward position. This device is designed to preclude an accidental discharge should the firearm be dropped.



### 3) LOADED CHAMBER INDICATOR

When a cartridge is loaded in the chamber the loaded chamber indicator end protrudes and its red colored surface can be easily seen or felt without the need of moving back the slide.