# EXHIBIT B

Plaintiff's Motion for Final Approval of Class Action Settlement and Incorporated Memorandum of Law

```
 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF FLORIDA

 3

 4    CASE NO. 1:12-CV-24583-PAS

 5    CLASS ACTION

 6

 7    CHRIS P. CARTER, Individually and on behalf of

 8    all others similarly situated,

 9                Plaintiffs,

10    vs.

11    FORJAS TAURUS S.A., TAURUS INTERNATIONAL

12    MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,

13                Defendants.

14

15

16             VIDEOTAPED DEPOSITION

17                    OF

18             KIMBERLY INTAGLIATA

19                April 7, 2015

20

21    REPORTED BY:   Eleanor S. Pickett

22                   Certified Court Reporter and

23                   Notary Public
```

  21      Q.   So if the customer calls and says

  22  hey, I've heard about the drop fire issue with

  23  Taurus pistols, I've read this on the Internet,

```
 1   and, you know, I don't feel safe with my

 2   pistol, I want y'all to replace it, would

 3   y'all?

 4              MR. MARINO:  Object to form.

 5        Q.    (BY MR. SELBY:)  Pursuant to your

 6   normal warranty?

 7        A.    Due to normal warranty, most

 8   likely not.

 9        Q.    Would you based on what you know

10   now?

11              MR. MARINO:  Object to form.

12        A.    No, sir, I don't believe I would

13   change based on what's been said over the last

14   two days.

15

16

17

18

19

20

21

22

23
```