# EXHIBIT  D

Plaintiff's Motion for Final Approval of Class Action
Settlement and Incorporated Memorandum of Law

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

     *Plaintiff,*

v.

                         **Case No. 1:13-CV-24583-PAS**

                         CLASS ACTION

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

     *Defendants.*

     I, JEANNE C. FINEGAN declare as follows:

**INTRODUCTION**

1.     I am President and Chief Media Officer of HF Media, LLC, Inc. ("HF Media") a division of Heffler Claims Group ("Heffler"). This Declaration is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.

2.     Pursuant to the *Order Granting Joint Motion for Preliminary Approval of Class Action Settlement, Preliminarily Approving Class Settlement and Granting Settlement of Class Certification and Setting Final Approval Hearing*, (the "Order"), paragraph 12, dated July 30, 2015, Heffler was appointed by this Court to help develop and implement the legal notice program (the "Notice Program") and perform the duties of the Claims Administrator in this matter. The robust program adopted and approved by this Court was designed with a modern approach to notice, including traditional, online, mobile and social media.  In fact, upon final post analysis of the media delivery, this Notice Program exceeded our original projections to reach approximately 86 percent of the target audience with an average frequency of 5 times, i.e., the affected class members defined in paragraphs 18 and 19 below.

3.     Paragraph 4 of the Order defines the "Settlement Class" as follows:

*All Persons or entities of the United States, Commonwea1th of Puerto Rico, U.S. Virgin Islands, and Guam who own one or more of the following Taurus-branded fire arms on the date of preliminary approval: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT- 745 Millennium; PT-609; PT-640; and PT-24/7. Excluded from the Settlement Class are all state, local or federal governments, bodies or agencies, the District Court Judge and Magistrate Judge to whom the lawsuit is assigned and any member of their staffs and immediate families, as well as all persons who validly request exclusion from the Settlement Class.*

4.      I submit this Declaration to provide the Court and the parties to the Action a report regarding the successful implementation of the Notice Program as it relates to the Publication and Internet/Media Notice ("Notice Program"), and details concerning the overall reach of the Notice Program.

5.      This Declaration explains how this comprehensive Notice Program is estimated to have reached[1] approximately 86 percent of the target audience with an average frequency of 5 times and attracted more than 230,000 people to the website (even before considering the additional audience delivery of earned media resulting from more than 314 news mentions and over 6,125 social media shares).[2]

6.      This Declaration will also describe why the Notice Program in this case is consistent with (and, indeed, exceeds) similar Court-approved notice programs in other actions, and is well-designed to give the best notice practicable under the circumstances.

7.      The Media Notice program commenced on October 13, 2015 pursuant to the Court's Order and was substantially completed on November 12, 2015.

8.      Pursuant to paragraph 16 of the Order, "all costs of providing notice to the Settlement Class, processing Claim Forms, making settlement payments, and otherwise administering the settlement shall be paid by the Taurus Companies as provided in the Settlement Agreement."  The total estimated budget costs of providing notice to the Settlement

---

[1] Net Reach measures the number of people exposed (unduplicated), and Frequency is a report of the number of exposures. In advertising, this is commonly referred to as a "Reach & Frequency" analysis, where "Reach" refers to the estimated percentage of the unduplicated audience exposed to the campaign, and "Frequency" refers to how many times, on average, the target audience had the opportunity to see the message.  The calculations are used by advertising and communications firms worldwide, and have become a critical element to help provide the basis for determining adequacy of notice in class actions.
[2] *See Exhibit G, page 15.* Earned media means press coverage of a settlement by any newspaper, magazine, website, radio or television station that was not purchased as part of the Notice Program.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

2

Class, processing Claim Forms, making settlement payments, and otherwise administering the settlement is $1.5 million.

## Qualifications

9.      The credentials that qualify me to provide an expert opinion include more than 30 years of communications and advertising experience. I am the only Notice Expert accredited in Public Relations (APR) by the Universal Accreditation Board, a program administered by the Public Relations Society of America. I have further provided testimony before Congress on issues of notice. I have also lectured, published and been cited extensively on various aspects of legal noticing, product recall and crisis communications. I have planned and implemented some of the most high-profile government enforcement actions for the Federal Trade Commission and the Securities and Exchange Commission.   In addition, I have served as an expert to the Consumer Product Safety Commission (CPSC) to determine ways in which the CPSC can increase the effectiveness of its product recall campaigns.

10.      I have served as an expert directly responsible for the design and implementation of hundreds of class action notice programs, some of which are the largest and most complex programs ever implemented in both the United States and in Canada. My work includes a wide range of class actions and regulatory and consumer matters that include product liability, construction defect, antitrust, asbestos, medical pharmaceutical, human rights, civil rights, telecommunications, media, environmental, securities, banking, insurance and bankruptcy.

11.      Further, I have been at the forefront of modern notice, integrating new media and social media into court approved legal notice programs in cases such as *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass. 2011), and *In re: Skechers Toning Shoes Products Liability Litigation*, No. 3:11-MD-2308-TBR (W.D. Ky.2012).

12.      As detailed below, courts have repeatedly recognized my work as an expert:

(a)   For example, in his order granting the Motion for Settlement in ***In re: Skechers Toning Shoes Products Liability Litigation***, No. 3:11-MD-2308-TBR (W.D. Ky. 2012), the Honorable Thomas B. Russell stated:

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

3

… The comprehensive nature of the class notice leaves little doubt that, upon receipt, class members will be able to make an informed and intelligent decision about participating in the settlement.

(b) **Quinn v. Walgreen Co**., 12 Civ 8187- VB (S.D.N.Y. 2015) (Jt Hearing for Final App, March. 5, 2015, transcript page 40-41).   During the Hearing on Final Approval of Class Action, the Honorable Vincent L. Briccetti praised Ms. Finegan, noting:

"The notice plan was the best practicable under the circumstances. … [and] the proof is in the pudding." This settlement has resulted in more than 45,000 claims which is 10,000 more than the Pearson case and more than 40,000 more than in a glucosamine case pending in the Southern District of California I've been advised about.  So the notice has reached a lot of people and a lot of people have made claims.

(c) **Brody v. Merck & Co., Inc., et al.,** No. 3:12-cv-04774-PGS-DEA (D.N.J.) (Jt. Hearing for Prelim. App., Sept. 27, 2012, transcript page 34).   During the Hearing on the Joint Application for Preliminary Approval of Class Action, the Honorable Peter G. Sheridan praised my work, noting:

Ms. Finegan did a great job in testifying as to what the class administrator will do. So, I'm certain that all the class members or as many that can be found, will be given some very adequate notice in which they can perfect their claim.

(d) **DeHoyos, et al. v. Allstate Ins. Co**., No. 01-CA-1010 (W.D. Tex. 2001). Similarly, in the Amended Final Order and Judgment Approving Class Action Settlement, the Honorable Fred Biery stated:

[T]he undisputed evidence shows the notice program in this case was developed and implemented by a nationally recognized expert in class action notice programs. … This program was vigorous and specifically structured to reach the African-American and Hispanic class members. Additionally, the program was based on a scientific methodology which is

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

4

used throughout the advertising industry and which has been routinely embraced routinely [sic] by the Courts.

13.     A comprehensive description of my credentials and experience that qualify me to provide expert opinions on the adequacy of class action notice programs is attached as Exhibit A.

## CAFA Notification

14.     In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1715(b) Heffler provided notice of the proposed settlement.  On May 22, 2015, Heffler served a CAFA Notice and accompanying enclosures by First Class Certified U.S. Mail to all 50 state Attorneys General, the U.S. Attorney General, the acting ATF Director and appropriate U.S. Acting Territorial Attorneys General. Attached as Exhibit B is the signed CAFA Notice with a detailed list of contacts and a description of the enclosures.

## Notice Program Methodology

15.      In order to provide an expert opinion and analysis, HF Media uses a scientific methodology (discussed herein) that is used throughout the advertising industry, and one that has been embraced by courts throughout the United States.   See *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993) (experts must: apply a technique that may be tested by peers and use industry accepted methodology); *Kumho Tire Co. v. Carmichael,* 526 U.S. 137 (1999) (same).

16.     In formulating our media suggestions, we have studied data provided by nationally syndicated media research bureaus, including GfK Mediamark Research and Intelligence, LLC[3]  ("MRI") and comScore.[4]

17.     MRI and online measurement currency comScore, among others, provide media consumption habits and audience delivery verification of targeted populations.  These data are

---

[3] Source: GfK MRI Doublebase 2015. GfK MRI is a nationally syndicated research tool.  It is the leading supplier of multi-media audience research, and provides comprehensive reports on demographic, lifestyle, product usage and media exposure. MRI conducts more than 26,000 personal interviews annually to gather their information, and is used by more than 450 advertising agencies as the basis for the majority of media and marketing campaigns.

[4] Source: comScore October 2015. comScore is a global Internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and Internet usage data. comScore maintains a proprietary database of more than two million consumers who have given comScore permission to monitor their browsing and transaction behavior, including online and offline purchasing.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

5

used by advertising agencies nationwide as the basis to select the most appropriate media to reach specific target audiences.

18.     Specifically, this research identifies which media channels are favored by the target audience (*i.e.*, the potential class members), including, for example, browsing behaviors on the internet, on social media channels, and in magazines.

19.     While traditional media[5] is typically purchased based on both demographic (*i.e.*, age, gender, ethnicity, income, education) and psychographic (*i.e.*, lifestyle, product and brand preference, media usage, and media definition) characteristics, online media including internet and mobile may be purchased through more granular target audience characteristics including shopping behaviors.  Here, we are applying the most sophisticated and modern "media relevant" approach to audience targeting, similar to that which is used by large brands to select the most appropriate digital and social media platforms to communicate with customers and market products.

20.     Based on these tools, we are able to measure and report to the Court the percentage of the Settlement Class that will be reached by the Notice Program and how many times the target audience had the opportunity to see the message.  In advertising, this is commonly referred to as a "Reach and Frequency" analysis, where "Reach" refers to the estimated percentage of the unduplicated audience exposed to the campaign, and "Frequency" refers to how many times, on average, the target audience had the opportunity to see the message. The calculations are used by advertising and communications firms worldwide, and have become a critical element to help provide the basis for determining adequacy of notice in class actions.

## Media Selection And Appropriate Calculation of
## Net Reach across Print and Online

21.     Combining and calculating media delivery across print and digital requires that we use similar target audience definitions across all media channels. In certain instances a specific behavioral target definition such as "*owns a hand gun*" is not always available in both print measurement provided by MRI and online measurement provided by comScore. This is

---

[5] Traditional media is a reference to pre-internet media: magazine, newspaper, terrestrial radio, and broadcast and cable television.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

6

true here. While MRI does provide a definition of, "own a hand gun," comScore, does not provide a definition specific to own a hand gun. Therefore, in order to appropriately combine the net reach for this Notice Program, we must look to a more broad demographic target found in both databases. The demographic target is identified through the analysis of MRI demographic and qualitative characteristics specific to handgun owners. This analysis reveals that approximately 69 percent of hand gun owners are men, and of those, 77 percent are age 25-64 and nearly 67 percent have household income of more than $60,000.

22.     Therefore, in order to appropriately combine the print and online media delivery of this Notice Program, HF Media used a demographic definition, found in both databases which captures the greatest concentration of handgun owners: "Men 25-64 with Household income of $60,000 or more." The final media delivery analysis was calculated based on the demographic definition of this target audience.  In this fashion, we are able to assume that those who purchased the hand guns at issue in this litigation are a subset of the larger demographic described above.

23.     While this program is measured against the broader demographic target, we were mindful to use the specific MRI definition of "own a hand gun" as a guide to select the most appropriate print media favored by those who own hand guns. Importantly, while this program is appropriately weighted to a male target, it also reached a female audience within the same demographic as well as reaching older and younger age demographics.

## Publication elements – Magazine

24.     Magazines are now commonly referred to as traditional media. Based on MRI data nearly 80 percent of those who own handguns read one or more magazines during an average month. Further, we see that nearly 88 percent of handgun owners are online.

25.     The magazines below were selected based on the highest coverage and index[6] against the target audience (hand gun owners and the broader demographic target) characteristics.

---

[6] Index is a media metric that describes a target audience's inclination to use a given outlet. An index over 100 suggests a target population's inclination to use a medium to a greater degree than the rest of the population. For example, an index of 157 would mean that the target is 57 percent more likely than the rest of the population to use a medium.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

7

Additionally, specific titles including *American Rifleman* and *Guns & Ammo* were selected based on their previous inclusion in Taurus advertising campaigns.



NRA's American Rifleman is the monthly flagship magazine of the NRA, with an estimated circulation of 2,077,683.  The summary notice was published once as a half-page, black and white ad.



Athlon Sports is the nation's premier weekly sports newspaper insert appearing in over 500 local newspapers across the United States.  Athlon Sports has a circulation of 8,911,402. The Summary notice was published once as a 2/5-page black and white ad.



Field & Stream is a widely distributed monthly magazine with an estimated circulation of 1,205,753. The summary notice was published once as a half-page black and white ad.



Gun's & Ammo – is a monthly gun enthusiast magazine with a circulation of 396,281. The summary notice was published once as a half-page black and white ad.



National Geographic is a nationally distributed monthly magazine with an estimated circulation of over 3,404,745. *National Geographic* also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The summary notice was published once as a half-page, black and white ad.



*People Magazine* is a widely distributed weekly title with an estimated circulation of 3,469,098.  *People Magazine* is the number one women's magazine in the United States. Importantly, it also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The summary notice was published as a half-page, black and white ad.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

8



*Sports Illustrated* reports on the world of sports through in-depth articles, photography and stories. *Sports Illustrated* also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The summary notice was published once as a half-page, black and white ad.  *Sports Illustrated* has a circulation of 3,044,430.

26.     Combined, the magazines employed for this Notice Program have a circulation of over 22,509,392, with 134,490,000 readers.[7]

27.     Pursuant to this Court's Order, section C, the magazines described above were published as follows:

| Publication | On-Sale Date | Issue Date |
|-------------|:------------:|-----------:|
| *People Magazine* | 10/16/15 | October 26, 2015 |
| *Athlon Sports* | 10/18/15 | October 2015 |
| *American Rifleman* | 10/20/15 | November  2015 |
| *Field & Stream* | 10/20/15 | November  2015 |
| *Sports Illustrated* | 10/21/15 | October 26, 2015 |
| *National Geographic* | 10/27/15 | November 2015 |
| *Guns & Ammo* | 11/3/15 | December 2015 |

Attached as Exhibit C are true and correct copies of the proof of publication tear sheets.

## **Publication Elements - Newspaper U.S. Territories**

28.     The notice program also included the largest general circulation newspapers in the U.S. Territories, including the U.S. Virgin Islands, Puerto Rico and Guam. The newspapers include:

> **The Guam Pacific Daily News** - circulation of over 20,000.
> The summary notice was published once in English.

> **The Puerto Rico El Vocero** - circulation of over 229,685.
> The summary notice was published once in Spanish.

---

[7] Source: 2015 SRDS and 2015 GfK MRI. Readers per copy ("RPC") are those in addition to the subscriber to reads a magazine.  Readers are calculated using a pass along factor. Each magazine has a unique pass along.  For example, *American Rifleman* reports an RPC of 2.60; *Field & Stream* reports an RPC of 6.59 and *Sports Illustrated* 6.12.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

9

> **The San Juan Daily News** - circulation of 50,000.
> The summary notice was published once in English.
>
> **The U.S. Virgin Islands Daily News** - circulation of over 13,343.
> The Summary notice was published once in English.

29.    Pursuant to this Court's Order, section C, the newspapers were published as follows:

| Territorial Newspaper | On-Sale Date | Issue Date |
|---|---|---|
| Pacific Daily News, Guam | 10/13/15 | 10/13/15 |
| El Vocero, Puerto Rico | 10/13/15 | 10/13/15 |
| San Juan Daily Star, Puerto Rico | 10/13/15 | 10/13/15 |
| Virgin Islands Daily News | 10/14/15 | 10/14/15 |

30.    Attached as Exhibit D are true and correct copies of the proof of publication tear sheets from the newspapers described in paragraphs 28 and 29.

## Publication Elements - Internet

31.    Internet advertising was a particularly helpful method of providing notice in this case, given that according to MRI, 88 percent of handgun owners are online. Here, HF Media incorporated the most cutting edge data and technology to appropriately deliver ads on the websites that users tend to heavily browse. As part of a programmatic (algorithmic purchase and sale of advertising) approach, using online audience targeting and contextual targeting HF Media purchased banners targeted to this audience including Men 25-64 (with household income of more then $60,000) as well as women of the same demographic. Over 213,349,000 impressions[8] were served for this Notice Program.  Banner ads were served in the U.S. and U.S. Territories: Guam, Puerto Rico and the U.S. Virgin Islands.

---

[8] An impression is an opportunity to see a message or advertisement. An impression (in the context of online advertising) is when an ad is fetched from its source, and is countable. Each time an ad is fetched it is counted as one impression, or an opportunity to see an ad.

32.     The *online* program alone is estimated to have reached over 36,000,000 men ages 25-64.  This was accomplished by employing two premium online display networks, comprised of hundreds of premium individual websites, and Facebook and Google AdWords (keywords).

33.     Importantly, the Banner ads provided information for visitors to self-identify themselves as potential Settlement Class Members, where they may  "click" on the banner and then link directly to the official website for more information and where they may register online, or seek additional information including frequently asked questions and important court deadlines and documents.  Attached as Exhibit E are sample screen shots as the banner ads appeared during the Notice Program.

## Search Words

34.     HF Media worked with the parties to establish key search terms for the notice program on Google AdWords, where links appear on the search result pages of keyword/phrase searches. The Google Adwords ads were served when a user's Google search included keywords that were determined to be relevant to the settlement, such as *Taurus, Taurus guns, Taurus pistol, Taurus Firearm, Taurus handgun, Taurus Safety, Taurus lawsuit, Taurus return, Taurus Settlement*, as well as the gun models covered under the settlement.

## Social Media

35.     The Notice Program also included online banner ads on Facebook, appearing in the form of news feed ads and right side display ads.  Attached as Exhibit F are screenshots of the Notice Program ads as they appeared on Facebook.

## Media Outreach

36.     On October 13, 2015, a multimedia news release ("MNR") was issued over PR Newswire's US1 newsline.  The MNR was blend of a traditional press release with multi-media elements including a specific link to the safety video "*Learn how to identify the Taurus pistols involved in this Settlement*," which alone received over 4,300 views. The MNR also included links to related court documents including the Settlement Agreement and the Enhanced Lifetime Warranty.  To further enhance the outreach, a press release was issued to the NRA.  Attached as Exhibit G is a .pdf screen shot of the MNR.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

11

37.     My staff and I closely monitored various media for resulting articles and news mentions and social media shares. As of December 9, 2015 over 314 news mentions and articles and 6,125 social media shares have appeared in the United States and Guam concerning the Settlement. The extensive mentions include numerous gun enthusiast media outlets, among others the NRA's "*Shooting Illustrated*," Guns.com, Officer.com and blogs such as Ammoland, the Firearmblog and mainstream television and newspaper websites including *The International Business Times,* AL.com and online news sites such as Yahoo!News, Reuters, and Bloomberg. Attached as Exhibit H is an Executive Summary of the results.  Also attached as Exhibit I is a media outlet coverage report.

## Official Settlement Website

38.     Pursuant to the Settlement Agreement Heffler maintains an official website: *www.tauruscartersettlement.com*.  Importantly, the site was optimized for mobile visitors so that information loads on their mobile device quickly. This was an important consideration, given the fact that over 65 percent of the settlement web site traffic originated from a mobile device. The website served as a landing page for the banner advertising, where Settlement Class Members may continue to obtain further information about the class action, their rights, and related information, including the Safety Video, Enhanced Warranty, Settlement Agreement, Court Orders, and Plaintiff's Motion for Approval of Fees, Expenses, and Incentive Awards. The website address was prominently displayed in the publication notice and is accessible 24-hours a day, 7-days a week.

39.     Evidence for the success of this robust notice program is found in the impressive amount of visitor traffic to this website.  As of December 9, 2015, 234,000 users (people) have visited this website, with over 301,700 sessions,[9] and of these sessions, nearly 57,000 sessions originated from Puerto Rico, over 4,000 from Guam and nearly 700 from the U.S. Virgin Islands. Also, the site has a significant engagement factor, with over 22 percent of this traffic returning to the site multiple times. To date, the five safety videos have received a total of 5,506 views, which are over and above the MNR view count described in paragraph 31.  We also note that since the notice program concluded, between 200-to-500 visitors continue to browse the site's pages each day.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

12

## Toll Free Telephone Helpline

40.     Pursuant to the Settlement Agreement, on or before October 14, 2015, Heffler created an Interactive Voice Response (the "IVR") system which established a 24-hour toll-free telephone line, 1.844.528.0180, where callers may obtain information about the class action. Heffler added the option on the IVR system which allows someone to speak to a live operator. The staff members of the Heffler Call Center were trained in the details of this settlement so that they could provide information to Class Members. To date, the toll free number has received 1,609 IVR calls and 485 calls directed to a live operator. This IVR system will remain active until Heffler is instructed by the parties to deactivate the call center.

## Opt-Outs Requests for Exclusion and Objections

41.     The deadline for Class Members to request to be excluded from the Settlement was a postmarked deadline of December 14, 2015. The deadline to file objections to the Settlement was December 14, 2015. As of this date, Heffler has not received any requests for exclusion and only four objections

## Conclusion

42.     In my opinion, the outreach efforts employed for this Notice Program rank it among the most robust in the last few years. This program reflected a particularly appropriate, highly targeted and modern way to provide notice to this Settlement Class. As described above, class notice occurred though traditional media, online media, mobile media, social media and through earned media, with the media campaign alone reaching approximately 86 percent of the target audience with an average frequency of 5 times.  When combined with the other methods of notice, the overall effort, which includes over 314 news mentions and 6,125 social media shares, no doubt achieved an even greater reach of the target audience. In my opinion, the robust and multifaceted efforts used in this Notice Program are of the highest modern communication standards, are reasonably calculated to provide notice, and are consistent with best practicable court approved notice programs in similar matters and the Federal Judicial Center's guidelines concerning appropriate reach.

43.     Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the

---

[9] A session is a period of time that a user is actively engaged with a website.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

13

foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 30, 2015 in Tigard, Oregon.

JEANNE C. FINEGAN

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

14

**Heffler Claims**
Group

# Exhibit A

## Jeanne C. Finegan CV



# JEANNE C. FINEGAN, APR

### BIOGRAPHY



Jeanne Finegan, APR, is President of HF Media, LLC. (a division of Heffler Claims Group), named by *Diversity Journal* as one of the "Top 100 Women Worth Watching," has more than 25 years of communications and advertising experience and is a distinguished legal notice and communications expert.   During her tenure, she has planned and implemented hundreds of high profile, complex legal notice communication programs.  She is a recognized notice expert in both the United States and in Canada, with extensive international notice experience spanning more than 140 countries and over 40 languages.

Ms. Finegan has lectured, published and has been cited extensively on various aspects of legal noticing, product recall and crisis communications. She has served the Consumer Product Safety Commission (CPSC) as an expert to determine ways in which the Commission can increase the effectiveness of its product recall campaigns.  Further, she has planned and implemented large-scale government enforcement notice programs for the Federal Trade Commission (FTC) and the Securities and Exchange Commission (SEC).

Ms. Finegan is accredited in Public Relations (APR) by the Universal Accreditation Board, which is a program administered by the Public Relations Society of America (PRSA), and has served on examination panels for APR candidates. Additionally, she has served as a judge for prestigious PRSA awards.

Ms. Finegan has provided expert testimony before Congress on issues of notice, and expert testimony in both state and federal courts regarding notification campaigns.  She has conducted numerous media audits of proposed notice programs to assess the adequacy of those programs under Fed R. Civ. P. 23(c)(2) and similar state class action statutes.

She was an early pioneer of plain language in notice (as noted in a RAND study,[1]) and continues to set the standard for modern outreach as the first notice expert to integrate social and mobile media into court approved legal notice programs.

In the course of her class action experience, courts have recognized the merits of, and admitted expert testimony based on, her scientific evaluation of the effectiveness of notice plans.  She has designed legal notices for a wide range of class actions and consumer matters that include product liability, construction defect, antitrust, medical/pharmaceutical, human rights, civil rights, telecommunication, media, environment, government enforcement actions, securities, banking, insurance, mass tort, restructuring and product recall.

---

1 Deborah R. Hensler et al., CLASS ACTION DILEMAS, PURSUING PUBLIC GOALS FOR PRIVATE GAIN.  RAND (2000).



## JUDICIAL COMMENTS AND LEGAL NOTICE CASES

In evaluating the adequacy and effectiveness of Ms. Finegan's notice campaigns, courts have repeatedly recognized her excellent work.  The following excerpts provide some examples of such judicial approval.

***In re: Skechers Toning Shoes Products Liability Litigation***, No. 3:11-MD-2308-TBR (W.D. Ky. 2012).  In his Final Order and Judgement granting the Motion for Preliminary Approval of Settlement, the Honorable Thomas B. Russell stated:

> … ***The comprehensive nature of the class notice leaves little doubt that, upon receipt, class members will be able to make an informed and intelligent decision about participating in the settlement.***

***Brody v. Merck & Co., Inc., et al,*** No. 3:12-cv-04774-PGS-DEA (N.J.) (Jt Hearing for Prelim App, Sept. 27, 2012, transcript page 34).   During the Hearing on Joint Application for Preliminary Approval of Class Action, the Honorable Peter G. Sheridan praised Ms. Finegan, noting:

> ***Ms. Finegan did a great job in testifying as to what the class administrator will do. So, I'm certain that all the class members or as many that can be found, will be given some very adequate notice in which they can perfect their claim.***

***Quinn v. Walgreen Co., Wal-Mart Stores Inc.,*** 7:12 CV-8187-VB (NYSD) (Jt Hearing for Final App, March. 5, 2015, transcript page 40-41).   During the Hearing on Final Approval of Class Action, the Honorable Vincent L. Briccetti gave accolades to Ms. Finegan, noting:

> ***"The notice plan was the best practicable under the circumstances.  … [and] "the proof is in the pudding. This settlement has resulted in more than 45,000 claims which is 10,000 more than the Pearson case and more than 40,000 more than in a glucosamine case pending in the Southern District of California I've been advised about.  So the notice has reached a lot of people and a lot of people have made claims."***

***In Re: TracFone Unlimited Service Plan Litigation,*** *No. C-13-3440 EMC (ND Ca).* In the Final Order and Judgment Granting Class Settlement, July 2, 2015, the Honorable Edward M. Chen noted:

> ***"…[D]epending on the extent of the overlap between  those class members who will automatically receive a payment and those who filed claims, the total claims rate is estimated to be approximately 25-30%. This is an excellent result...***

***DeHoyos, et al. v. Allstate Ins. Co.***, No. SA-01-CA-1010 (W.D.Tx. 2001).  In the Amended Final Order and Judgment Approving Class Action Settlement, the Honorable Fred Biery stated:

*[T]he undisputed evidence shows the notice program in this case was developed and implemented by a nationally recognized expert in class action notice programs. … This program was vigorous and specifically structured to reach the African-American and Hispanic class members.  Additionally, the program was based on a scientific methodology which is used throughout the advertising industry and which has been routinely embraced routinely [sic] by the Courts.  Specifically, in order to reach the identified targets directly and efficiently, the notice program utilized a multi-layered approach which included national magazines; magazines specifically appropriate to the targeted audiences; and newspapers in both English and Spanish.*

*In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. MA.).  The Honorable F. Dennis Saylor IV stated in the Final Approval Order:

*The Court finds that the dissemination of the Class Notice, the publication of the Summary Settlement Notice, the establishment of a website containing settlement-related materials, the establishment of a toll-free telephone number, and all other notice methods set forth in the Settlement Agreement and [Ms. Finegan's] Declaration and the notice dissemination methodology implemented pursuant to the Settlement Agreement and this Court's Preliminary Approval Order… constituted the best practicable notice to Class Members under the circumstances of the Actions.*

**Bezdek v. Vibram USA and Vibram FiveFingers** LLC, No 12-10513 (D. MA) The Honorable Douglas P. Woodlock stated in the Final Memorandum and Order:
*…[O]n independent review I find that the notice program was robust, particularly in its online presence, and implemented as directed in my Order authorizing notice. …I find that notice was given to the Settlement class members by the best means "practicable under the circumstances." Fed.R.Civ.P. 23(c)(2).*

*Gemelas v. The Dannon Company Inc.,* No. 08-cv-00236-DAP (N.D. Ohio).  In granting final approval for the settlement, the Honorable Dan A. Polster stated:

*In accordance with the Court's Preliminary Approval Order and the Court-approved notice program, [Ms. Finegan] caused the Class Notice to be distributed on a nationwide basis in magazines and newspapers (with circulation numbers exceeding 81 million) specifically chosen to reach Class Members. … The distribution of Class Notice constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. 1715, and any other applicable law.*

*Pashmova v. New Balance Athletic Shoes, Inc.*, 1:11-cv-10001-LTS (D. Mass). The Honorable Leo T. Sorokin stated in the Final Approval Order:

*The Class Notice, the Summary Settlement Notice, the web site, and all other notices in the Settlement Agreement and the Declaration of [Ms Finegan], and the notice*

*methodology implemented pursuant to the Settlement Agreement: (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated to apprise Class Members of the pendency of the Actions, the terms of the Settlement and their rights under the settlement … met all applicable requirements of law, including, but not limited to, the Federal Rules of Civil Procedure, 28 U.S.C. § 1715, and the Due Process Clause(s) of the United States Constitution, as well as complied with the Federal Judicial Center's illustrative class action notices.*

**Hartless v. Clorox Company**, No. 06-CV-2705 (CAB) (S.D.Cal.).  In the Final Order Approving Settlement, the Honorable Cathy N. Bencivengo found:

*The Class Notice advised Class members of the terms of the settlement; the Final Approval Hearing and their right to appear at such hearing; their rights to remain in or opt out of the Class and to object to the settlement; the procedures for exercising such rights; and the binding effect of this Judgment, whether favorable or unfavorable, to the Class. The distribution of the notice to the Class constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. §1715, and any other applicable law.*

**McDonough et al v. Toys 'R' Us et al,** No. 09:-cv-06151-AB (E.D. Pa.).  In the Final Order and Judgment Approving Settlement, the Honorable Anita Brody stated:

*The Court finds that the Notice provided constituted the best notice practicable under the circumstances and constituted valid, due and sufficient notice to all persons entitled thereto.*

**In re: Pre-Filled Propane Tank Marketing & Sales Practices Litigation,** No. 4:09-md-02086-GAF (W.D. Mo.)  In granting final approval to the settlement, the Honorable Gary A. Fenner stated:

*The notice program included individual notice to class members who could be identified by Ferrellgas, publication notices, and notices affixed to Blue Rhino propane tank cylinders sold by Ferrellgas through various retailers. ... The Court finds the notice program fully complied with Federal Rule of Civil Procedure 23 and the requirements of due process and provided to the Class the best notice practicable under the circumstances.*

**Stern v. AT&T Mobility Wireless**, No. 09-cv-1112 CAS-AGR (C.D.Cal. 2009).  In the Final Approval Order, the Honorable Christina A. Snyder stated:

*[T]he Court finds that the Parties have fully and adequately effectuated the Notice Plan, as required by the Preliminary Approval Order, and, in fact, have achieved better results than anticipated or required by the Preliminary Approval Order.*

*In re: Processed Egg Prods. Antitrust Litig.*, MDL No. 08-md-02002 (E.D.P.A.).  In the Order Granting Final Approval of Settlement , Judge Gene E.K. Pratter stated:

> *The Notice appropriately detailed the nature of the action, the Class claims, the definition of the Class and Subclasses, the terms of the proposed settlement agreement, and the class members' right to object or request exclusion from the settlement and the timing and manner for doing so.… Accordingly, the Court determines that the notice provided to the putative Class Members constitutes adequate notice in satisfaction of the demands of Rule 23.*

*In re Polyurethane Foam Antitrust Litigation*, 10- MD-2196 (N.D. OH). In the Order Granting Final Approval of Voluntary Dismissal and Settlement of Defendant Domfoam and Others, the Honorable Jack Zouhary stated:

> *The notice program included individual notice to members of the Class who could be identified through reasonable effort, as well as extensive publication of a summary notice. The Notice constituted the most effective and best notice practicable under the circumstances of the Settlement Agreements, and constituted due and sufficient notice for all other purposes to all persons and entities entitled to receive notice.*

*Rojas v Career Education Corporation*, No. 10-cv-05260 (N.D.E.D. IL) In the Final Approval Order dated October 25, 2012, the Honorable Virgina M. Kendall stated:

> *The Court Approved notice to the Settlement Class as the best notice practicable under the circumstance including individual notice via U.S. Mail and by email to the class members whose addresses were obtained from each Class Member's wireless carrier or from a commercially reasonable reverse cell phone number look-up service, nationwide magazine publication, website publication, targeted on-line advertising, and a press release.  Notice has been successfully implemented and satisfies the requirements of the Federal Rule of Civil Procedure 23 and Due Process.*

*Golloher v Todd Christopher International, Inc. DBA Vogue International (Organix), No. C 1206002 N.D CA.*  In the Final Order and Judgment Approving Settlement, the Honorable Richard Seeborg stated:

> *The distribution of the notice to the Class constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. §1715, and any other applicable law.*

*Stefanyshyn v. Consolidated Industries*, No. 79 D 01-9712-CT-59 (Tippecanoe County Sup. Ct., Ind.). In the Order Granting Final Approval of Settlement, Judge Randy Williams stated:

*The long and short form notices provided a neutral, informative, and clear explanation of the Settlement. … The proposed notice program was properly designed, recommended, and implemented … and constitutes the "best practicable" notice of the proposed Settlement. The form and content of the notice program satisfied all applicable legal requirements. … The comprehensive class notice educated Settlement Class members about the defects in Consolidated furnaces and warned them that the continued use of their furnaces created a risk of fire and/or carbon monoxide. This alone provided substantial value.*

*McGee v. Continental Tire North America, Inc. et al*, No. 06-6234-(GEB) (D.N.J.).

*The Class Notice, the Summary Settlement Notice, the web site, the toll-free telephone number, and all other notices in the Agreement, and the notice methodology implemented pursuant to the Agreement: (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated to apprise Class Members of the pendency of the Action, the terms of the settlement and their rights under the settlement, including, but not limited to, their right to object to or exclude themselves from the proposed settlement and to appear at the Fairness Hearing; (c) were reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notification; and (d) met all applicable requirements of law, including, but not limited to, the Federal Rules of Civil Procedure, 20 U.S.C. Sec. 1715, and the Due Process Clause(s) of the United States Constitution, as well as complied with the Federal Judicial Center's illustrative class action notices,*

*Varacallo, et al. v. Massachusetts Mutual Life Insurance Company, et al*., No. 04-2702 (JLL) (D.N.J.).  The Court stated that:

[A]*ll of the notices are written in simple terminology, are readily understandable by Class Members, and comply with the Federal Judicial Center's illustrative class action notices. … By working with a nationally syndicated media research firm, [Finegan's firm] was able to define a target audience for the MassMutual Class Members, which provided a valid basis for determining the magazine and newspaper preferences of the Class Members. (Preliminary Approval Order at p. 9). . . . The Court agrees with Class Counsel that this was more than adequate. (Id. at § 5.2).*

*In re: Nortel Network Corp., Sec. Litig.*, No. 01-CV-1855 (RMB) Master File No. 05 MD 1659 (LAP) (S.D.N.Y.).  Ms. Finegan designed and implemented the extensive United States and Canadian notice programs in this case.  The Canadian program was published in both French and English, and targeted virtually all investors of stock in Canada.  *See* www.nortelsecuritieslitigation.com.  Of the U.S. notice program, the Honorable Loretta A. Preska stated:

*The form and method of notifying the U.S. Global Class of the pendency of the action as a class action and of the terms and conditions of the proposed Settlement … constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.*

Regarding the B.C. Canadian Notice effort: *Jeffrey v. Nortel Networks*, [2007] BCSC 69 at para. 50, the Honourable Mr. Justice Groberman said:

*The efforts to give notice to potential class members in this case have been thorough. There has been a broad media campaign to publicize the proposed settlement and the court processes.  There has also been a direct mail campaign directed at probable investors.  I am advised that over 1.2 million claim packages were mailed to persons around the world.  In addition, packages have been available through the worldwide web site* nortelsecuritieslitigation.com *on the Internet.  Toll-free telephone lines have been set up, and it appears that class counsel and the Claims Administrator have received innumerable calls from potential class members. In short, all reasonable efforts have been made to ensure that potential members of the class have had notice of the proposal and a reasonable opportunity was provided for class members to register their objections, or seek exclusion from the settlement.*

*Mayo v. Walmart Stores and Sam's Club*, No. 5:06 CV-93-R (W.D.Ky.).  In the Order Granting Final Approval of Settlement, Judge Thomas B. Russell stated:

*According to defendants' database, the Notice was estimated to have reached over 90% of the Settlement Class Members through direct mail.*
*The Settlement Administrator … has classified the parties' database as 'one of the most reliable and comprehensive databases [she] has worked with for the purposes of legal notice.'… The Court thus reaffirms its findings and conclusions in the Preliminary Approval Order that the form of the Notice and manner of giving notice satisfy the requirements of Fed. R. Civ. P. 23 and affords due process to the Settlement Class Members.*

*Fishbein v. All Market Inc*., (d/b/a **Vita Coco**) No. 11-cv-05580  (S.D.N.Y.).  In granting final approval of the settlement, the Honorable J. Paul Oetken stated:

*"The Court finds that the dissemination of Class Notice pursuant to the Notice Program…constituted the best practicable notice to Settlement Class Members under the circumstances of this Litigation … and was reasonable and constituted due, adequate and sufficient notice to all persons entitled to such notice, and fully satisfied the requirements of the Federal Rules of Civil Procedure, including Rules 23(c)(2) and (e), the United States Constitution (including the Due Process Clause), the Rules of this Court, and any other applicable laws."*

*Lucas, et al. v. Kmart Corp.*, No. 99-cv-01923 (D.Colo.), wherein the Court recognized Jeanne Finegan as an expert in the design of notice programs, and stated:

> *The Court finds that the efforts of the parties and the proposed Claims Administrator in this respect go above and beyond the "reasonable efforts" required for identifying individual class members under F.R.C.P. 23(c)(2)(B).*

*In re: Johns-Manville Corp.* **(Statutory Direct Action Settlement, Common Law Direct Action and Hawaii Settlement)**, No 82-11656, 57, 660, 661, 665-73, 75 and 76 (BRL) (Bankr. S.D.N.Y.). The nearly half-billion dollar settlement incorporated three separate notification programs, which targeted all persons who had asbestos claims whether asserted or unasserted, against the Travelers Indemnity Company.  In the Findings of Fact and Conclusions of a Clarifying Order Approving the Settlements, slip op. at 47-48 (Aug. 17, 2004), the Honorable Burton R. Lifland, Chief Justice, stated:

> *As demonstrated by Findings of Fact (citation omitted), the Statutory Direct Action Settlement notice program was reasonably calculated under all circumstances to apprise the affected individuals of the proceedings and actions taken involving their interests, Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950), such program did apprise the overwhelming majority of potentially affected claimants and far exceeded the minimum notice required. . . . The results simply speak for themselves.*

*Pigford v. Glickman and U.S. Department of Agriculture***,** No. 97-1978. 98-1693 (PLF) (D.D.C.). This matter was the largest civil rights case to settle in the United States in over 40 years. The highly publicized, nationwide paid media program was designed to alert all present and past African-American farmers of the opportunity to recover monetary damages against the U.S. Department of Agriculture for alleged loan discrimination.  In his Opinion, the Honorable Paul L. Friedman commended the parties with respect to the notice program, stating;

> *The parties also exerted extraordinary efforts to reach class members through a massive advertising campaign in general and African American targeted publications and television stations. . . . The Court concludes that class members have received more than adequate notice and have had sufficient opportunity to be heard on the fairness of the proposed Consent Decree.*

*In re: Louisiana-Pacific Inner-Seal Siding Litig.*, Nos. 879-JE, and 1453-JE (D.Or.).  Under the terms of the Settlement, three separate notice programs were to be implemented at three-year intervals over a period of six years.  In the first notice campaign, Ms. Finegan implemented the print advertising and Internet components of the Notice program.  In approving the legal notice communication plan, the Honorable Robert E. Jones stated:

*The notice given to the members of the Class fully and accurately informed the Class members of all material elements of the settlement…[through] a broad and extensive multi-media notice campaign.*

Additionally, with regard to the third-year notice program for Louisiana-Pacific, the Honorable Richard Unis, Special Master, commented that the notice was:

*…well formulated to conform to the definition set by the court as adequate and reasonable notice.   Indeed, I believe the record should also reflect the Court's appreciation to Ms. Finegan for all the work she's done, ensuring that noticing was done correctly and professionally, while paying careful attention to overall costs.  Her understanding of various notice requirements under Fed. R. Civ. P. 23, helped to insure that the notice given in this case was consistent with the highest standards of compliance with Rule 23(d)(2).*

*In re: Expedia Hotel Taxes and Fees Litigation*, No. 05-2-02060-1 (SEA) (Sup. Ct. of Wash. in and for King County).  In the Order Granting Final Approval of Class Action Settlement, Judge Monica Benton stated:

*The Notice of the Settlement given to the Class … was the best notice practicable under the circumstances.  All of these forms of Notice directed Class Members to a Settlement Website providing key Settlement documents including instructions on how Class Members could exclude themselves from the Class, and how they could object to or comment upon the Settlement.  The Notice provided due and adequate notice of these proceeding and of the matters set forth in the Agreement to all persons entitled to such notice, and said notice fully satisfied the requirements of CR 23 and due process.*

*Rene Rosales v. Fortune Ins. Co.*, No. 99-04588 CA (41) (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).  Ms. Finegan provided expert testimony in this matter.  She conducted an audit on behalf of intervening attorneys for the proposed notification to individuals insured with personal injury insurance.
Based upon the audit, Ms. Finegan testified that the proposed notice program was inadequate. The Court agreed and signed an Order Granting Intervenors' Objections to Class Action Settlement, stating:

*The Court finds that Ms. Finegan is qualified as an expert on class notice and effective media campaigns.  The Court finds that her testimony is credible and reliable.*

*Thomas A. Foster and Linda E. Foster v. ABTco Siding Litigation*, No. 95-151-M (Cir. Ct., Choctaw County, Ala.).  This litigation focused on past and present owners of structures sided with Abitibi-Price siding.  The notice program that Ms. Finegan designed and implemented was national in scope and received the following praise from the Honorable J. Lee McPhearson:

*The Court finds that the Notice Program conducted by the Parties provided individual notice to all known Class Members and all Class Members who could be identified through reasonable efforts and constitutes the best notice practicable under the circumstances of this Action.  This finding is based on the overwhelming evidence of the adequacy of the notice program.  … The media campaign involved broad national notice through television and print media, regional and local newspapers, and the Internet (see id. ¶¶9-11) The result: over 90 percent of Abitibi and ABTco owners are estimated to have been reached by the direct media and direct mail campaign.*

**Wilson v. Massachusetts Mut. Life Ins. Co.**, No. D-101-CV 98-02814 (First Judicial Dist. Ct., County of Santa Fe, N.M.). This was a nationwide notification program that included all persons in the United States who owned, or had owned, a life or disability insurance policy with Massachusetts Mutual Life Insurance Company and had paid additional charges when paying their premium on an installment basis. The class was estimated to exceed 1.6 million individuals. www.insuranceclassclaims.com.  In granting preliminary approval to the settlement, the Honorable Art Encinias found:

*[T]he Notice Plan [is] the best practicable notice that is reasonably calculated, under the circumstances of the action.  …[and] meets or exceeds all applicable requirements of the law, including Rule 1-023(C)(2) and (3) and 1-023(E), NMRA 2001, and the requirements of federal and/or state constitutional due process and any other applicable law.*

**Sparks v. AT&T Corp.**, No. 96-LM-983 (Third Judicial Cir., Madison County, Ill.). The litigation concerned all persons in the United States who leased certain AT&T telephones during the 1980's. Ms. Finegan designed and implemented a nationwide media program designed to target all persons who may have leased telephones during this time period, a class that included a large percentage of the entire population of the United States.
In granting final approval to the settlement, the Court found:

*The Court further finds that the notice of the proposed settlement was sufficient and furnished Class Members with the information they needed to evaluate whether to participate in or opt out of the proposed settlement. The Court therefore concludes that the notice of the proposed settlement met all requirements required by law, including all Constitutional requirements.*

**In re: Georgia-Pacific Toxic Explosion Litig.**, No. 98 CVC05-3535 (Ct. of Common Pleas, Franklin County, Ohio).  Ms. Finegan designed and implemented a regional notice program that included network affiliate television, radio and newspaper.  The notice was designed to alert adults living near a Georgia-Pacific plant that they had been exposed to an air-born toxic plume and their rights under the terms of the class action settlement.  In the Order and Judgment finally approving the settlement, the Honorable Jennifer L. Bunner stated:

*[N]otice of the settlement to the Class was the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The Court finds that such effort exceeded even reasonable effort and that the Notice complies with the requirements of Civ. R. 23(C).*

*In re: American Cyanamid*, No*. CV-97-0581-BH-M (S.D.Al.). The media program targeted Farmers who had purchased crop protection chemicals manufactured by American Cyanamid. In the Final Order and Judgment, the Honorable Charles R. Butler Jr. wrote:

*The Court finds that the form and method of notice used to notify the Temporary Settlement Class of the Settlement satisfied the requirements of Fed. R. Civ. P. 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all potential members of the Temporary Class Settlement.*

*In re: First Alert Smoke Alarm Litig.*, No. CV-98-C-1546-W (UWC) (N.D.Al.). Ms. Finegan designed and implemented a nationwide legal notice and public information program. The public information program ran over a two-year period to inform those with smoke alarms of the performance characteristics between photoelectric and ionization detection. The media program included network and cable television, magazine and specialty trade publications. In the Findings and Order Preliminarily Certifying the Class for Settlement Purposes, Preliminarily Approving Class Settlement, Appointing Class Counsel, Directing Issuance of Notice to the Class, and Scheduling a Fairness Hearing, the Honorable C.W. Clemon wrote that the notice plan:

*…constitutes due, adequate and sufficient notice to all Class Members; and (v) meets or exceeds all applicable requirements of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Alabama State Constitution, the Rules of the Court, and any other applicable law.*

*In re: James Hardie Roofing Litig.,* No. 00-2-17945-65SEA (Sup. Ct. of Wash., King County). The nationwide legal notice program included advertising on television, in print and on the Internet. The program was designed to reach all persons who own any structure with JHBP roofing products. In the Final Order and Judgment, the Honorable Steven Scott stated:

*The notice program required by the Preliminary Order has been fully carried out… [and was] extensive. The notice provided fully and accurately informed the Class Members of all material elements of the proposed Settlement and their opportunity to participate in or be excluded from it; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with Civ. R. 23, the United States Constitution, due process, and other applicable law.*

*Barden v. Hurd Millwork Co. Inc., et al,* No. 2:6-cv-00046 (LA) (E.D.Wis.) ("*The Court approves, as to form and content, the notice plan and finds that such notice is the best practicable under*

the circumstances under Federal Rule of Civil Procedure 23(c)(2)(B) and constitutes notice in a reasonable manner under Rule 23(e)(1)."*)

*Altieri v. Reebok*, No. 4:10-cv-11977 (FDS) (D.C.Mass.) (**"The Court finds that the notices … constitute the best practicable notice….. The Court further finds that all of the notices are written in simple terminology, are readily understandable by Class Members, and comply with the Federal Judicial Center's illustrative class action notices."**)

*Marenco v. Visa Inc.,* No. CV 10-08022 (DMG) (C.D.Cal.) (**"[T]he Court finds that the notice plan…meets the requirements of due process, California law, and other applicable precedent. The Court finds that the proposed notice program is designed to provide the Class with the best notice practicable, under the circumstances of this action, of the pendency of this litigation and of the proposed Settlement's terms, conditions, and procedures, and shall constitute due and sufficient notice to all persons entitled thereto under California law, the United States Constitution, and any other applicable law."**)

*Palmer v. Sprint Solutions, Inc.,* No. 09-cv-01211 (JLR) (W.D.Wa.) (**"The means of notice were reasonable and constitute due, adequate, and sufficient notice to all persons entitled to be provide3d with notice."**)

*In re: Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation*, No. 1:08-md-01982 RDB (D. Md. N. Div.) (**"The notice, in form, method, and content, fully complied with the requirements of Rule 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled to notice of the settlement."**)

*Sager v. Inamed Corp. and McGhan Medical Breast Implant Litigation*, No. 01043771 (Sup. Ct. Cal., County of Santa Barbara) (**"Notice provided was the best practicable under the circumstances."**).

*Deke, et al. v. Cardservice Internat'l,* Case No. BC 271679, slip op. at 3 (Sup. Ct. Cal., County of Los Angeles) (**"The Class Notice satisfied the requirements of California Rules of Court 1856 and 1859 and due process and constituted the best notice practicable under the circumstances."**).

*Levine, et al. v. Dr. Philip C. McGraw, et al*., Case No. BC 312830 (Los Angeles County Super. Ct., Cal.) (**"[T]he plan for notice to the Settlement Class … constitutes the best notice practicable under the circumstances and constituted due and sufficient notice to the members of the Settlement Class … and satisfies the requirements of California law and federal due process of law."**).

*In re: Canadian Air Cargo Shipping Class Actions*,  Court File No. 50389CP, Ontario Superior Court of Justice, Supreme Court of British Columbia, Quebec Superior Court (**"I am satisfied the

**Heffler Claims**
Group

*proposed form of notice meets the requirements of s. 17(6) of the CPA  and the proposed method of notice is appropriate."*).

*Fischer et al v. IG Investment Management, Ltd. et al*, Court File No. 06-CV-307599CP, Ontario Superior Court of Justice.

*In re: Vivendi Universal, S.A. Securities Litigation*, No. 02-cv-5571 (RJH)(HBP) (S.D.N.Y.).

*In re: Air Cargo Shipping Services Antitrust Litigation*, No. 06-MD-1775 (JG) (VV) (E.D.N.Y.).

*Berger, et al., v. Property ID Corporation, et al.*, No. CV 05-5373-GHK (CWx) (C.D.Cal.).

*Lozano v. AT&T Mobility Wireless*, No. 02-cv-0090 CAS (AJWx) (C.D.Cal.).

*Howard A. Engle, M.D., et al., v. R.J. Reynolds Tobacco Co., Philip Morris, Inc., Brown & Williamson Tobacco Corp.,* No. 94-08273 CA (22) (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

*In re: Royal Dutch/Shell Transport Securities Litigation,* No. 04 Civ. 374 (JAP) (Consolidated Cases) (D. N.J.).

*In re: Epson Cartridge Cases, Judicial Council Coordination Proceeding*, No. 4347 (Sup. Ct. of Cal., County of Los Angeles).

*UAW v. General Motors Corporation*, No: 05-73991 (E.D.MI).

*Wicon, Inc. v. Cardservice Intern'l, Inc.*, BC 320215 (Sup. Ct. of Cal., County of Los Angeles).

*In re: SmithKline Beecham Clinical Billing Litig.*, No. CV. No. 97-L-1230 (Third Judicial Cir., Madison County, Ill.).  Ms. Finegan designed and developed a national media and Internet site notification program in connection with the settlement of a nationwide class action concerning billings for clinical laboratory testing services.

*MacGregor v. Schering-Plough Corp.,* No. EC248041 (Sup. Ct. Cal., County of Los Angeles).  This nationwide notification program was designed to reach all persons who had purchased or used an aerosol inhaler manufactured by Schering-Plough.  Because no mailing list was available, notice was accomplished entirely through the media program.

*In re: Swiss Banks Holocaust Victim Asset Litig.*, No. CV-96-4849 (E.D.N.Y.).  Ms. Finegan managed the design and implementation of the Internet site on this historic case.  The site was developed in 21 native languages.  It is a highly secure data gathering tool and information hub, central to the global outreach program of Holocaust survivors. www.swissbankclaims.com.

***In re: Exxon Valdez Oil Spill Litig.***, No. A89-095-CV (HRH) (Consolidated) (D. Alaska).   Ms. Finegan designed and implemented two media campaigns to notify native Alaskan residents, trade workers, fisherman, and others impacted by the oil spill of the litigation and their rights under the settlement terms.

***In re: Johns-Manville Phenolic Foam Litig.***, No. CV 96-10069 (D. Mass).  The nationwide multi-media legal notice program was designed to reach all Persons who owned any structure, including an industrial building, commercial building, school, condominium, apartment house, home, garage or other type of structure located in the United States or its territories, in which Johns-Manville PFRI was installed, in whole or in part, on top of a metal roof deck.

***Bristow v Fleetwood Enters Litig.***, No Civ 00-0082-S-EJL (D. Id).   Ms. Finegan designed and implemented a legal notice campaign targeting present and former employees of Fleetwood Enterprises, Inc., or its subsidiaries who worked as hourly production workers at Fleetwood's housing, travel trailer, or motor home manufacturing plants. The comprehensive notice campaign included print, radio and television advertising.

***In re: New Orleans Tank Car Leakage Fire Litig.***, No 87-16374 (Civil Dist. Ct., Parish of Orleans, LA) (2000). This case resulted in one of the largest settlements in U.S. history.  This campaign consisted of a media relations and paid advertising program to notify individuals of their rights under the terms of the settlement.

***Garria Spencer v. Shell Oil Co.***, No. CV 94-074(Dist. Ct., Harris County, Tex.).  The nationwide notification program was designed to reach individuals who owned real property or structures in the United States which contained polybutylene plumbing with acetyl insert or metal insert fittings.

***In re: Hurd Millwork Heat Mirror™ Litig.***, No. CV-772488 (Sup. Ct. of Cal., County of Santa Clara).  This nationwide multi-media notice program was designed to reach class members with failed heat mirror seals on windows and doors, and alert them as to the actions that they needed to take to receive enhanced warranties or window and door replacement.

***Laborers Dist. Counsel of Alabama Health and Welfare Fund v. Clinical Lab. Servs., Inc***, No. CV–97-C-629-W (N.D. Ala.). Ms. Finegan designed and developed a national media and Internet site notification program in connection with the settlement of a nationwide class action concerning alleged billing discrepancies for clinical laboratory testing services.

***In re: StarLink Corn Prods. Liab. Litig.***, No. 01-C-1181 (N.D. Ill)..  Ms. Finegan designed and implemented a nationwide notification program designed to alert potential class members of the terms of the settlement.

***In re: MCI Non-Subscriber RatePayers Litig.***, MDL Docket No. 1275, 3:99-cv-01275 (S.D.Ill.).  The advertising and media notice program, found to be "more than adequate" by the Court, was designed with the understanding that the litigation affected all persons or entities who were

customers of record for telephone lines presubscribed to MCI/World Com, and were charged the higher non-subscriber rates and surcharges for direct-dialed long distance calls placed on those lines. www.rateclaims.com.

*In re: Albertson's Back Pay Litig.*, No. 97-0159-S-BLW (D.Id.).  Ms. Finegan designed and developed a secure Internet site, where claimants could seek case information confidentially.

*In re: Georgia Pacific Hardboard Siding Recovering Program*, No. CV-95-3330-RG (Cir. Ct., Mobile County, Ala.).  Ms. Finegan designed and implemented a multi-media legal notice program, which was designed to reach class members with failed G-P siding and alert them of the pending matter. Notice was provided through advertisements, which aired on national cable networks, magazines of nationwide distribution, local newspaper, press releases and trade magazines.

*In re: Diet Drugs* **(Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig**., Nos. 1203, 99-20593.  Ms. Finegan worked as a consultant to the National Diet Drug Settlement Committee on notification issues.   The resulting notice program was described and complimented at length in the Court's Memorandum and Pretrial Order 1415, approving the settlement,

*In re: Diet Drugs* **(Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig**., 2000 WL 1222042, Nos. 1203, 99-20593 (E.D.Pa. Aug. 28, 2002).

Ms. Finegan designed the Notice programs for multiple state antitrust cases filed against the Microsoft Corporation.  In those cases, it was generally alleged that Microsoft unlawfully used anticompetitive means to maintain a monopoly in markets for certain software, and that as a result, it overcharged consumers who licensed its MS-DOS, Windows, Word, Excel and Office software. The multiple legal notice programs designed by Jeanne Finegan and listed below targeted both individual users and business users of this software.  The scientifically designed notice programs took into consideration both media usage habits and demographic characteristics of the targeted class members.

*In re: Florida Microsoft Antitrust Litig. Settlement*, No.  99-27340 CA 11 (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

*In re: Montana Microsoft Antitrust Litig. Settlement*, No. DCV 2000 219 (First Judicial Dist. Ct., Lewis & Clark Co., Mt.).

*In re: South Dakota Microsoft Antitrust Litig. Settlement*, No. 00-235(Sixth Judicial Cir., County of Hughes, S.D.).

*In re: Kansas Microsoft Antitrust Litig. Settlement*, No. 99C17089 Division No. 15 Consolidated Cases (Dist. Ct., Johnson County, Kan.) ("The Class Notice provided was the best notice

practicable under the circumstances and fully complied in all respects with the requirements of due process and of the Kansas State. Annot. §60-22.3.").

***In re: North Carolina Microsoft Antitrust Litig. Settlement***, No. 00-CvS-4073 (Wake) 00-CvS-1246 (Lincoln) (General Court of Justice Sup. Ct., Wake and Lincoln Counties, N.C.).

***In re: ABS II Pipes Litig.***, No. 3126 (Sup. Ct. of Cal., Contra Costa County). The Court approved regional notification program designed to alert those individuals who owned structures with the pipe that they were eligible to recover the cost of replacing the pipe.

***In re: Avenue A Inc. Internet Privacy Litig.***, No: C00-1964C (W.D. Wash.).

***In re: Lorazepam and Clorazepate Antitrust Litig.***, No. 1290 (TFH) (D.C.C.).

***In re: Providian Fin. Corp. ERISA Litig.***, No C-01-5027 (N.D. Cal.).

***In re: H & R Block., et al Tax Refund Litig.***, No. 97195023/CC4111 (MD Cir. Ct., Baltimore City).

***In re: American Premier Underwriters, Inc, U.S. Railroad Vest Corp.***, No. 06C01-9912 (Cir. Ct., Boone County, Ind.).

***In re: Sprint Corp. Optical Fiber Litig.***, No: 9907 CV 284 (Dist. Ct., Leavenworth County, Kan).

***In re: Shelter Mutual Ins. Co. Litig.***, No. CJ-2002-263 (Dist.Ct., Canadian County. Ok).

***In re: Conseco, Inc. Sec. Litig.***, No: IP-00-0585-C Y/S CA (S.D. Ind.).

***In re: Nat'l Treasury Employees Union, et al.***, 54 Fed. Cl. 791 (2002).

***In re: City of Miami Parking Litig.***, Nos. 99-21456 CA-10, 99-23765 – CA-10 (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

***In re: Prime Co. Incorporated D/B/A/ Prime Co. Personal Comm.***, No. L 1:01CV658 (E.D. Tx.).

***Alsea Veneer v. State of Oregon A.A***., No. 88C-11289-88C-11300.


## SEC ENFORCEMENT NOTICE PROGRAM EXPERIENCE

***SEC v. Vivendi Universal, S.A., et al.,*** Case No. 02 Civ. 5571 (RJH) (HBP) (S.D.N.Y.).
The Notice program included publication in 11 different countries and eight different languages.

***SEC v. Royal Dutch Petroleum Company***, No.04-3359 (S.D. Tex.)

**HEFFLER Claims Group**

## FEDERAL TRADE COMMISSION NOTICE PROGRAM EXPERIENCE

***FTC v. TracFone Wireless, Inc***., Case No. 15-cv-00392-EMC.

***FTC v. Skechers U.S.A., Inc.,*** No. 1:12-cv-01214-JG (N.D. Ohio).

***FTC  v. Reebok International Ltd.***,  No. 11-cv-02046 (N.D. Ohio)

***FTC v. Chanery and RTC Research and Development LLC [Nutraquest]***, No :05-cv-03460 (D.N.J.)

## BANKRUPTCY EXPERIENCE

Ms. Finegan has designed and implemented hundreds of domestic and international bankruptcy notice programs.  A sample case list includes the following:

***In re AMR Corporation [American Airlines], et al.***, No. 11-15463 (SHL) (Bankr. S.D.N.Y.) ***("due and proper notice [was] provided, and … no other or further notice need be provided.")***

***In re Jackson Hewitt Tax Service Inc***., et al., No 11-11587 (Bankr. D.Del.) (2011). The debtors sought to provide notice of their filing as well as the hearing to approve their disclosure statement and confirm their plan to a large group of current and former customers, many of whom current and viable addresses promised to be a difficult (if not impossible) and costly undertaking. The court approved a publication notice program designed and implemented by Finegan and the administrator, that included more than 350 local newspaper and television websites, two national online networks (24/7 Real Media, Inc. and Microsoft Media Network), a website notice linked to a press release and notice on eight major websites, including CNN and Yahoo. These online efforts supplemented the print publication and direct-mail notice provided to known claimants and their attorneys, as well as to the state attorneys general of all 50 states. The *Jackson Hewitt* notice program constituted one of the first large chapter 11 cases to incorporate online advertising.

***In re: Nutraquest Inc.***, No. 03-44147 (Bankr. D.N.J.)

***In re: General Motors Corp. et al***, No. 09-50026 (Bankr. S.D.N.Y.).  This case is the 4th largest bankruptcy in U.S. history.   Ms. Finegan and her team worked with General Motors restructuring attorneys to design and implement the legal notice program.

***In re: ACandS, Inc.,*** No. 0212687 (Bankr. D.Del.) (2007) (***"Adequate notice of the Motion and of the hearing on the Motion was given."***).

***In re: United Airlines***, No. 02-B-48191 (Bankr. N.D Ill.).  Ms. Finegan worked with United and its restructuring attorneys to design and implement global legal notice programs.  The notice was

published in 11 countries and translated into 6 languages. Ms. Finegan worked closely with legal counsel and UAL's advertising team to select the appropriate media and to negotiate the most favorable advertising rates. www.pd-ual.com.

*In re: Enron*, No. 01-16034 (Bankr. S.D.N.Y.).   Ms. Finegan worked with Enron and its restructuring attorneys to publish various legal notices.

*In re: Dow Corning,* No. 95-20512 (Bankr. E.D. Mich.).   Ms. Finegan originally designed the information website.  This Internet site is a major information hub that has various forms in 15 languages.

*In re: Harnischfeger Inds.*, No. 99-2171 (RJW) Jointly Administered (Bankr. D. Del.).  Ms. Finegan designed and implemented 6 domestic and international notice programs for this case. The notice was translated into 14 different languages and published in 16 countries.

*In re: Keene Corp.*, No. 93B 46090 (SMB), (Bankr. E.D. MO.).   Ms. Finegan designed and implemented multiple domestic bankruptcy notice programs including notice on the plan of reorganization directed to all creditors and all Class 4 asbestos-related claimants and counsel.

*In re: Lamonts*, No. 00-00045 (Bankr. W.D. Wash.).   Ms. Finegan designed an implemented multiple bankruptcy notice programs.

*In re: Monet Group Holdings*, Nos. 00-1936 (MFW) (Bankr. D. Del.).  Ms. Finegan designed and implemented a bar date notice.

*In re: Laclede Steel Co.*, No. 98-53121-399 (Bankr. E.D. MO.).   Ms. Finegan designed and implemented multiple bankruptcy notice programs.

*In re: Columbia Gas Transmission Corp.*, No. 91-804 (Bankr. S.D.N.Y.).  Ms. Finegan developed multiple nationwide legal notice notification programs for this case.

*In re: U.S.H. Corp. of New York, et al*. (Bankr. S.D.N.Y.)  Ms. Finegan designed and implemented a bar date advertising notification campaign.

*In re: Best Prods. Co., Inc.,* No. 96-35267-T, (Bankr. E.D. Va.).   Ms. Finegan implemented a national legal notice program that included multiple advertising campaigns for notice of sale, bar date, disclosure and plan confirmation.

*In re: Lodgian, Inc., et al.*, No. 16345 (BRL) Factory Card Outlet – 99-685 (JCA), 99-686 (JCA) (Bankr. S.D.N.Y).

*In re: Internat'l Total Servs, Inc., et al.*, Nos. 01-21812, 01-21818, 01-21820, 01-21882, 01-21824, 01-21826, 01-21827 (CD) Under Case No: 01-21812 (Bankr. E.D.N.Y).

**Heffler Claims**
Group

*In re: Decora Inds., Inc. and Decora, Incorp.*, Nos. 00-4459 and 00-4460 (JJF) (Bankr. D. Del.).

*In re: Genesis Health Ventures, Inc., et al*, No. 002692 (PJW) (Bankr. D. Del.).

*In re: Tel. Warehouse, Inc., et al*, No. 00-2105 through 00-2110 (MFW) (Bankr. D. Del.).

*In re: United Cos. Fin. Corp., et al*, No. 99-450 (MFW) through 99-461 (MFW) (Bankr. D. Del.).

*In re: Caldor, Inc. New York, The Caldor Corp., Caldor, Inc. CT, et al.*, No. 95-B44080 (JLG) (Bankr. S.D.N.Y).

*In re: Physicians Health Corp., et al.*, No. 00-4482 (MFW) (Bankr. D. Del.).

*In re: GC Cos., et al.*, Nos. 00-3897 through 00-3927 (MFW) (Bankr. D. Del.).

*In re: Heilig-Meyers Co., et al.*, Nos. 00-34533 through 00-34538 (Bankr. E.D. Va.).


## PRODUCT RECALL AND CRISIS COMMUNICATION EXPERIENCE

***Reser's Fine Foods.*** Reser's is a nationally distributed brand and manufacturer of food products through giants such as Albertsons, Costco, Food Lion, WinnDixie, Ingles, Safeway and Walmart. Ms. Finegan designed an enterprise-wide crisis communication plan that included communications objectives, crisis team roles and responsibilities, crisis response procedures, regulatory protocols, definitions of incidents that require various levels of notice, target audiences, and threat assessment protocols.   Ms. Finegan worked with the company through two nationwide, high profile recalls, conducting extensive media relations efforts.

***Gulf Coast Claims Facility Notice Campaign.*** Finegan coordinated a massive outreach effort throughout the Gulf Coast region to notify those who have claims as a result of damages caused by the Deep Water Horizon Oil spill.  The notice campaign includes extensive advertising in newspapers throughout the region, Internet notice through local newspaper, television and radio websites and media relations. The Gulf Coast Claims Facility (GCCF) is an independent claims facility, funded by BP, for the resolution of claims by individuals and businesses for damages incurred as a result of the oil discharges due to the Deepwater Horizon incident on April 20, 2010.

***City of New Orleans Tax Revisions, Post-Hurricane Katrina***.  In 2007, the City of New Orleans revised property tax assessments for property owners.  As part of this process, it received numerous appeals to the assessments.  An administration firm served as liaison between the city and property owners, coordinating the hearing schedule and providing important information to property owners on the status of their appeal.  Central to this effort was the comprehensive outreach program designed by Ms. Finegan, which included a website and a



heavy schedule of television, radio and newspaper advertising, along with the coordination of key news interviews about the project picked up by local media.

## ARTICLES

Author, 'Being 'Media-Relevant' — What It Means And Why It Matters - Law360.com, New York (September 11, 2013, 2:50 PM ET).

Co-Author, "New Media Creates New Expectations for Bankruptcy Notice Programs," ABI Journal, Vol. XXX, No 9, November 2011.

Quoted Expert,  "Effective Class Action Notice Promotes Access to Justice: Insight from a New U.S. Federal Judicial Center Checklist," Canadian Supreme Court Law Review,  (2011), 53 S.C.L.R. (2d).

Co-Author, with Hon. Dickran Tevrizian – "Expert Opinion: It's More Than Just a Report…Why Qualified Legal Experts Are Needed to Navigate the Changing Media Landscape," BNA Class Action Litigation Report, 12 CLASS 464, 5/27/11.

Co-Author, with Hon. Dickran Tevrizian, Your Insight, "Expert Opinion: It's More Than Just a Report -Why Qualified Legal Experts Are Needed to Navigate the Changing Media Landscape," TXLR, Vol. 26, No. 21, 5/26/2011.

Quoted Expert, "Analysis of the FJC's 2010 Judges' Class Action Notice and Claims Process Checklist and Guide:  A New Roadmap to Adequate Notice and Beyond," BNA Class Action Litigation Report, 12 CLASS 165, 2/25/11.

Author, Five Key Considerations for a Successful International Notice Program, BNA Class Action Litigation Report, 4/9/10 Vol. 11, No. 7 p. 343.

Quoted Expert, "Communication Technology Trends Pose Novel Notification Issues for Class Litigators," BNA Electronic Commerce and Law, 15 ECLR 109 1/27/2010.

Author, "Legal Notice: R U ready 2 adapt?" BNA Class Action Report, Vol. 10 Class 702, 7/24/2009.

Author, "On Demand Media Could Change the Future of Best Practicable Notice," BNA Class Action Litigation Report, Vol. 9, No. 7, 4/11/2008, pp. 307-310.

Quoted Expert, "Warranty Conference: Globalization of Warranty and Legal Aspects of Extended Warranty," Warranty Week, warrantyweek.com/archive/ww20070228.html/ February 28, 2007.

Co-Author, "Approaches to Notice in State Court Class Actions," For The Defense, Vol. 45, No. 11, November, 2003.

Citation, "Recall Effectiveness Research: A Review and Summary of the Literature on Consumer Motivation and Behavior," U.S. Consumer Product Safety Commission, CPSC-F-02-1391, p.10, Heiden Associates, July 2003.

Author, "The Web Offers Near, Real-Time Cost Efficient Notice," American Bankruptcy Institute, ABI Journal, Vol. XXII, No. 5., 2003.

Author, "Determining Adequate Notice in Rule 23 Actions," For The Defense, Vol. 44, No. 9 September, 2002.

Author, "Legal Notice, What You Need To Know and Why," Monograph, July 2002.

Co-Author, "The Electronic Nature of Legal Noticing," The American Bankruptcy Institute Journal, Vol. XXI, No. 3, April 2002.

Author, "Three Important Mantras for CEO's and Risk Managers," - International Risk Management Institute, irmi.com, January 2002.

Co-Author, "Used the Bat Signal Lately," The National Law Journal, Special Litigation Section, February 19, 2001.

Author, "How Much is Enough Notice," Dispute Resolution Alert, Vol. 1, No. 6. March 2001.

Author, "Monitoring the Internet Buzz," The Risk Report, Vol. XXIII, No. 5, Jan. 2001.

Author, "High-Profile Product Recalls Need More Than the Bat Signal," - International Risk Management Institute, irmi.com, July 2001.

Co-Author, "Do You Know What 100 Million People are Buzzing About Today?" Risk and Insurance Management, March 2001.

Quoted Article, "Keep Up with Class Action," Kentucky Courier Journal, March 13, 2000.

Author, "The Great Debate - How Much is Enough Legal Notice?" American Bar Association – Class Actions and Derivatives Suits Newsletter, winter edition 1999.

**SPEAKER/EXPERT PANELIST/PRESENTER**

| | |
|---|---|
| SF Banking Attorney Assc. | Speaker, "How a Class Action Notice can Make or Break your Client's Settlement," San Francisco, CA May 2015. |
| Perrin Class Action Conf. | Faculty Panelist, "Being Media Relevant, What It Means and Why It Matters – The Social Media Evolution: Trends, Challenges and Opportunities," Chicago, IL May 2015. |
| Bridgeport Continuing Ed. | Speaker, Webinar "Media Relevant in the Class Notice Context." July, 2014. |
| Bridgeport Continuing Ed. | Faculty Panelist, "Media Relevant in the Class Notice Context." Los Angeles, California, April 2014. |
| CASD 5th Annual | Speaker, "The Impact of Social Media on Class Action Notice." Consumer Attorneys of San Diego Class Action Symposium, San Diego, California, September 2012. |
| Law Seminars International | Speaker, "Class Action Notice: Rules and Statutes Governing FRCP (b)(3) Best Practicable… What constitutes a best practicable notice? What practitioners and courts should expect in the new era of online and social media."  Chicago, IL, October 2011. ***Voted by attendees as one of the best presentations given.*** |
| CASD 4th Annual | Faculty Panelist, "Reasonable Notice - Insight for practitioners on the FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*. Consumer Attorneys of San Diego Class Action Symposium, San Diego, California, October 2011. |
| CLE International | Faculty Panelist, Building a Workable Settlement Structure, CLE International, San Francisco, California May, 2011. |
| CASD | Faculty Panelist, "21st Century Class Notice and Outreach." 3rd Annual Class Action Symposium CASD Symposium, San Diego, California, October 2010. |
| CASD | Faculty Panelist, "The Future of Notice." 2nd Annual Class Action Symposium CASD Symposium, San Diego California, October 2009. |
| American Bar Association | Speaker, 2008 Annual Meeting, "Practical Advice for Class Action Settlements:  The Future of Notice In the United States and |

<table>
<tr><td></td><td>Internationally – Meeting the Best Practicable Standard."</td></tr>
</table>

|  |  |
|---|---|
|  | Internationally – Meeting the Best Practicable Standard." |
|  | Section of Business Law Business and Corporate Litigation Committee – Class and Derivative Actions Subcommittee, New York, NY, August 2008. |
| Women Lawyers Assn. | Faculty Panelist, Women Lawyers Association of Los Angeles of Los Angeles, 2008. |
| (WLALA) CLE Presentation, | "The Anatomy of a Class Action."  Los Angeles, CA, February, 2008. |
| Warranty Chain Mgmt. | Faculty Panelist, Presentation Product Recall Simulation.  Tampa, Florida, March 2007. |
| Practicing Law Institute (PLI) | Faculty Panelist, CLE Presentation, 11th Annual Consumer Financial Services Litigation. Presentation: Class Action Settlement Structures – Evolving Notice Standards in the Internet Age.  New York/Boston (simulcast), NY March 2006; Chicago, IL April 2006 and San Francisco, CA, May 2006. |
| U.S. Consumer Product | Ms. Finegan participated as an expert panelist to the Consumer Product |
| Safety Commission | Safety Commission to discuss ways in which the CPSC could enhance and measure the recall process. As a panelist, Ms Finegan discussed how the CPSC could better motivate consumers to take action on recalls and how companies could scientifically measure and defend their outreach efforts.   Bethesda MD, September 2003. |
| Weil, Gotshal & Manges | Presenter, CLE presentation, "A Scientific Approach to Legal Notice Communication." New York, June 2003. |
| Sidley & Austin | Presenter, CLE presentation, "A Scientific Approach to Legal Notice Communication." Los Angeles, May 2003. |
| Kirkland & Ellis | Speaker to restructuring group addressing "The Best Practicable Methods to Give Notice in a Tort Bankruptcy." Chicago, April 2002. |
| Georgetown University Law | Faculty, CLE White Paper: "What are the best practicable methods to Center Mass Tort Litigation give notice? Dispelling the communications myth – A notice Institute disseminated is a notice communicated," Mass Tort Litigation Institute. Washington D.C., November, 2001. |

**HEFFLER CLAIMS**
Group

| | |
|---|---|
| American Bar Association | Presenter, "How to Bullet-Proof Notice Programs and What Communication Barriers Present Due Process Concerns in Legal Notice," ABA Litigation Section Committee on Class Actions & Derivative Suits. Chicago, IL, August 6, 2001. |
| McCutchin, Doyle, Brown | Speaker to litigation group in San Francisco and simulcast to four other & Enerson McCutchin locations, addressing the definition of effective notice and barriers to communication that affect due process in legal notice. San Francisco, CA, June 2001. |
| Marylhurst University | Guest lecturer on public relations research methods. Portland, OR, February 2001. |
| University of Oregon | Guest speaker to MBA candidates on quantitative and qualitative research for marketing and communications programs. Portland, OR, May 2001. |
| Judicial Arbitration & Mediation Services (JAMS) | Speaker on the definition of effective notice. San Francisco and Los Angeles, CA, June 2000. |
| International Risk Management Institute | Past Expert Commentator on Crisis and Litigation Communications. www.irmi.com. |
| The American Bankruptcy Institute Journal (ABI) | Past Contributing Editor – Beyond the Quill. www.abi.org. |

## BACKGROUND

Ms Finegan's past experience includes working in senior management for leading Class Action Administration firms including The Garden City Group ("GCG") and Poorman-Douglas Corp., ("EPIQ"). Ms. Finegan co-founded Huntington Advertising, a nationally recognized leader in legal notice communications. After Fleet Bank purchased her firm in 1997, she grew the company into one of the nation's leading legal notice communication agencies.

Prior to that, Ms. Finegan spearheaded Huntington Communications, (an Internet development company) and The Huntington Group, Inc., (a public relations firm). As a partner and consultant, she has worked on a wide variety of client marketing, research, advertising, public relations and Internet programs. During her tenure at the Huntington Group, client projects included advertising (media planning and buying), shareholder meetings, direct mail, public relations (planning, financial communications) and community outreach programs. Her past client list includes large public and privately held companies: Code-A-Phone Corp., Thrifty-Payless Drug Stores, Hyster-Yale, The Portland Winter Hawks Hockey Team, U.S. National Bank, U.S. Trust Company, Morley Capital Management, and Durametal Corporation.

Prior to Huntington Advertising, Ms. Finegan worked as a consultant and public relations specialist for a West Coast-based Management and Public Relations Consulting firm.

Additionally, Ms. Finegan has experience in news and public affairs. Her professional background includes being a reporter, anchor and public affairs director for KWJJ/KJIB radio in Portland, Oregon, as well as reporter covering state government for KBZY radio in Salem, Oregon. Ms. Finegan worked as an assistant television program/promotion manager for KPDX directing $50 million in programming.  She was also the program/promotion manager at KECH-22 television.

Ms. Finegan's multi-level communication background gives her a thorough, hands-on understanding of media, the communication process, and how it relates to creating effective and efficient legal notice campaigns.

### MEMBERSHIPS, PROFESSIONAL CREDENTIALS

**APR -** The Universal Board of Accreditation Public Relations Society of America – Accredited.
**Member of the Public Relations Society of America**
**Member Canadian Public Relations Society**

**Also see *LinkedIn* page.**

**Jeanne C. Finegan
Declaration**

# Exhibit  B

*Bank of America Tower*
*50 North Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Tel: 904 598-6100*
*Fax· 904 598-6300*
*www.sgrlaw.com*

## SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

May 22, 2015

<u>VIA FIRST CLASS CERTIFIED MAIL</u>

To:    All "Appropriate" Federal and State Officials Pursuant to 28 U.S.C. §1715
(See attached service list)

Re:    Notice of Proposed Class Action Settlement in *Chris P. Carter v. Forjas Taurus
S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.,*
<u>Case No. 1:13-cv-24583, United States District Court, Southern District of Florida</u>

Ladies and Gentlemen:

Our firm represents Defendants Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc. ("Defendants" or the "Taurus Companies") in the above referenced action (the "Action") currently pending in the United States District Court for the Southern District of Florida (the "Court"). Pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1715, the Taurus Companies notify you of the proposed settlement of the Action.

The Taurus Companies deny all allegations of wrongdoing and liability, but have decided to settle this Action solely in order to eliminate the burden, expense, and uncertainties of further litigation. The settlement is not an admission of wrongdoing.

The parties engaged in extensive negotiations regarding a possible settlement with the assistance of an experienced mediator, Rodney A. Max. These negotiations led to the parties executing a Settlement Agreement and Release. The parties filed a Joint Motion for Preliminary Approval of the proposed class settlement with the Court, which included the Settlement Agreement and Release, on May 15, 2015.

Pursuant to 28 U.S.C. § 1715(b), the documents referenced below are provided on the enclosed CD:

1.    **28 U.S.C. § 1715 (b)(l) - a copy of the complaint and any materials filed with the complaint and any amended complaints.**

    The Complaint and First Amended Class Action Complaint, along with Exhibits, are provided on the enclosed CD as Exhibit A.



*Atlanta, Georgia* ¦ *Frankfurt, Germany* ¦ *Jacksonville, Florida* ¦ *Washington, D.C.*

2.    **28 U.S.C. § 1715 (b)(2) - notice of any scheduled judicial hearing in the class action.**

As of today's date, a hearing on the Joint Motion for Preliminary Approval of the proposed class settlement has not been set.  There are no hearings scheduled in the Action at this time.

3.    **28 U.S.C. § 1715(b)(3) - any proposed or final notification to class members.**

Copies of the proposed Publication Notice and Website (Long Form) Notice to be provided to the class are provided on the enclosed CD as Exhibit B.

4.    **28 U.S.C.  § 1715(b)(4) - any proposed or final class action settlement.**

A copy of the Settlement Agreement and Release (with exhibits), is provided on the enclosed CD as Exhibit C.

5.    **28  U.S.C.  §  1715(b)(5)  -  any  settlement   or  other  agreement contemporaneously made between class counsel and counsel for defendants.**

There are no other settlements or other agreements between class counsel and counsel for Defendants beyond what is set forth in the Settlement Agreement and Release.

6.    **28 U.S.C. § 1715(b)(6) - any final judgment or notice of dismissal.**

There has been no final judgment or notice of dismissal entered at this time.

7.    **28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

The parties reasonably estimate that approximately one million Class Pistols were distributed in the United States and its territories.   The Taurus Companies currently do not know or have a means of reasonably determining the names and addresses of class members or how many class members reside in each state. The Taurus Companies therefore reasonably estimate that the number of class members residing in each state is approximately proportionate to each state's share of the overall national population.



*Atlanta, Georgia*   |   *Frankfurt, Germany*   |   *Jacksonville, Florida*   |   *Washington, D.C.*

8.      **28 U.S.C. § 1715(b)(8) - any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).**

There are no written judicial opinions relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6) at this time.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact us immediately so that the Taurus Companies can address any concerns or questions you may have.

Thank you.

Sincerely,

John P. Marino

Enclosures

cc: Class Counsel

**SGR**   *Atlanta, Georgia  ⋮  Frankfurt, Germany  ⋮  Jacksonville, Florida  ⋮  Washington, D.C.*

## <u>SERVICE LIST FOR CAFA NOTICE</u>

U.S. Attorney General
Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Alabama Attorney General
Luther Strange
501 Washington Ave. P.O. Box 300152
Montgomery, AL 36130-0152

Alaska Attorney General
Craig W Richards
P.O. Box 110300
Juneau, AK 99811-0300

American Samoa Attorney General
Talauega Eleasalo V. Ale
American Samoa Gov't, Exec. Ofc. Bldg, Utulei,
Territory of American Samoa
Pago Pago, AS 96799

Arizona Attorney General
Mark Brnovich
1275 W. Washington St.
Phoenix, AZ 85007

Arkansas Attorney General
Leslie Rutledge
323 Center St., Suite 200
Little Rock, AR 72201-2610

California Attorney General
Kamala Harris
1300 I St., Ste. 1740
Sacramento, CA 95814



*Atlanta, Georgia* ¦ *Frankfurt, Germany* ¦ *Jacksonville, Florida* ¦ *Washington, D.C.*

Colorado Attorney General
Cynthia Coffman
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Connecticut Attorney General
George Jepsen
55 Elm St.
Hartford, CT 06106

Delaware Attorney General
Matthew Denn
Carvel State Office Building
820 N. French St.,
Wilmington, DE 19801

District of Columbia Attorney General
Karl A. Racine
441 4th Street, NW, Suite 1100S
Washington, DC 20001

Florida Attorney General
Pamela J. Bondi
The Capitol, PL 01
Tallahassee, FL 32399-1050

Georgia Attorney General
Samuel S. Olens
40 Capitol Square, SW
Atlanta, GA 30334-1300

Guam Attorney General
Elizabeth Barrett-Anderson
Office of the Attorney General,  ITC Building
590 S. Marine Corps Dr, Ste. 706
Tamuning, Guam  96913

Hawaii Attorney General
Douglas S. Chin
425 Queen St.
Honolulu, HI 96813



Idaho Attorney General
Lawrence Wasden
Statehouse
Boise, ID 83720-1000

Illinois Attorney General
Lisa Madigan
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

Indiana Attorney General
Greg Zoeller
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN 46204

Iowa Attorney General
Tom Miller
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

Kansas Attorney General
Derek Schmidt
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

Kentucky Attorney General
Jack Conway
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Louisiana Attorney General
James D. "Buddy" Caldwell
P.O. Box 94095
Baton Rouge, LA 70804-4095

Maine Attorney General
Janet T. Mills
State House Station 6
Augusta, ME 04333



Maryland Attorney General
Brian Frosh
200 St. Paul Place
Baltimore, MD 21202-2202

Massachusetts Attorney General
Maura Healey
1 Ashburton Place
Boston, MA 02108-1698

Michigan Attorney General
Bill Shuette
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909-0212

Minnesota Attorney General
Lori Swanson
State Capitol, Ste. 102
St. Paul, MN 55155

Mississippi Attorney General
Jim Hood
Department of Justice
P.O. Box 220
Jackson, MS 39205

Missouri Attorney General
Chris Koster
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65101

Montana Attorney General
Tim Fox
Justice Bldg.
215 N. Sanders
Helena, MT 59620-1401

Nebraska Attorney General
Doug Peterson
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920



Nevada Attorney General
Adam Paul Laxalt
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

New Hampshire Attorney General
Joseph A. Foster
33 Capitol St.
Concord, NH 03301

New Jersey Attorney General
John Jay Hoffman
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

New Mexico Attorney General
Hector Balderas
P.O. Drawer 1508
Santa Fe, NM 87504-1508

New York Attorney General
Eric Schneiderman
Department of Law - The Capitol, 2nd fl.
Albany, NY 12224

North Carolina Attorney General
Roy Cooper
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629

North Dakota Attorney General
Wayne Stenehjem
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

Northern Mariana Islands Attorney General
Edward Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907



*Atlanta, Georgia* | *Frankfurt, Germany* | *Jacksonville, Florida* | *Washington, D.C.*

Ohio Attorney General
Mike DeWine
State Office Tower
30 E. Broad St.,
Columbus, OH 43266-0410

Oklahoma Attorney General
Scott Pruitt
313 NE 21st Street
Oklahoma City, OK 73105

Oregon Attorney General
Ellen F. Rosenblum
Justice Bldg.
1162 Court St., NE
Salem, OR 97301

Pennsylvania Attorney General
Kathleen Kane
1600 Strawberry Square
Harrisburg, PA 17120

Puerto Rico Attorney General
Cesar R. Miranda-Rodriguez
P.O. Box 902192
San Juan, PR 00902-0192

Rhode Island Attorney General
Peter Kilmartin
150 S. Main St.
Providence, RI 02903

South Carolina Attorney General
Alan Wilson
Rembert C. Dennis Office Building
P.O.Box 11549,
Columbia, SC 29211-1549

South Dakota Attorney General
Marty J. Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501



*Atlanta, Georgia* ⋮ *Frankfurt, Germany* ⋮ *Jacksonville, Florida* ⋮ *Washington, D.C.*

Tennessee Attorney General
Herbert H. Slatery, III
425 5th Avenue North
Nashville, TN 37243

Texas Attorney General
Ken Paxton
Capitol Station
P.O.Box 12548
Austin, TX 78711-2548

Utah Attorney General
Sean Reyes
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

Vermont Attorney General
William H. Sorrell
109 State St.
Montpelier, VT 05609-1001

Acting Virgin Islands Attorney General
Terri Griffiths
Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802

Virginia Attorney General
Mark Herring
900 East Main St.
Richmond, VA 23219

Washington Attorney General
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

West Virginia Attorney General
Patrick Morrisey
State Capitol
1900 Kanawha Blvd., E.
Charleston, WV 25305



Wisconsin Attorney General
Brad Schimel
Wisconsin Department of Justice, State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707-7857

Wyoming Attorney General
Peter K. Michael
State Capitol Bldg.
Cheyenne, WY 82002

Acting ATF Director
Thomas E. Brandon
99 New York Avenue, NE
Washington, DC 20226

**Jeanne C. Finegan
Declaration**

# Exhibit  C



**ONLY IN** *People*

## *Sister Wives'* Meri Tells All
### How I Got Tricked Into an Online Relationship—with a Woman

# People

October 26, 2015

**TRUE CRIME**
## DEADLY HYPNOSIS AT SCHOOL?
### 3 Teens Dead

# Exclusive
# At home with CARRIE UNDERWOOD!

## CONFESSIONS OF A NEW MOM
### Body issues, breast-feeding struggles and how she makes her marriage work
### **PLUS** Carrie's personal family photos

SHOCKING NEW DETAILS
## Teresa Giudice
## HER LIFE IN PRISON

$4.99

8 88526 10227 5     43>

## If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

**The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols**

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar www.TaurusCarterSettlement.com*

### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferrable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

### WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by December 14, 2015, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by December 14, 2015 and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on January 20, 2016, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

This is only a Summary. For detailed information, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1]The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
[2]The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**



THE BEST THING TO HAPPEN TO ME IN MY…

**TEENS** Going to New Zealand and shooting *Heavenly Creatures*, she says.

**20s** "Having my children [Mia and Joe]," says the star (with Threapleton in '00).

so far her 40s are shaping up to be anything but quaintly quiet. Her role as real-life marketing executive Joanna Hoffman in the new biopic *Steve Jobs* is earning serious Oscar buzz, with critics praising the heart she brings opposite Michael Fassbender's portrayal of the Apple visionary. "The real Joanna is a very warm, quite funny woman," says Winslet, "who has a groundedness and an almost fearlessness that comes from a place of being confident and comfortable with who she is,"

The same could be said for Winslet. "Kate is a wonderful partner on a film," says *Steve Jobs* director Danny Boyle. "She would just fix everything. She would organize everything—you know, extras, any kind of problem, even people crying." Adds her costar Seth Rogen: "She's hilarious and fun to hang out with. And she is not afraid to offer her input into a situation."

Winslet says she has grown into a caretaker on-set, especially now that she's a mom to kids Mia, 15, Joe, 11, and

**THE ORIGINAL APPLE CREW** Hoffman (second from left) "was really the work wife of Steve Jobs," says Winslet. "She had his back, and he had hers."





## If You Own a Taurus Pistol
### A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

**The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols**

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar*
*www.TaurusCarterSettlement.com*

#### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

#### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

#### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistols to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

#### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

#### WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by December 14, 2015, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by December 14, 2015 and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on January 20, 2016, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information**, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1] "The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
[2] The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**



## Q&A

### NBA

# CHRIS BOSH



Miami Heat big man Chris Bosh has done it all — as a 10-time All-Star, two-time NBA champion and Olympic gold medalist. But the 31-year-old is at a crossroads after suffering from blood clots, or a pulmonary embolism (www.treatmyclot.com), in his lung last February. We caught up with Bosh to talk about his health and the upcoming season.

[Q] **What were the symptoms of your pulmonary embolism?** First there was a strange severe shooting pain. It started out mild, but it eventually increased. Shooting pains in the whole left side of my body, pretty much in my torso. Shortness of breath from fluid being in my lungs and just a lot of pain, debilitating pain.

[Q] **How are you feeling?** I feel awesome. I'm slowly building back up from pretty much zero, so it's been quite a process.

[Q] **Do you think the Heat have a championship-caliber team?** I feel that the Eastern Conference is pretty much wide open, and it's right there for the taking. We have to make sure that we're aggressive.

[Q] **How do you guys match up with the Cleveland Cavaliers and your former teammate, LeBron James?** They're a very good team. Of course, everybody knows what they can do and especially having LeBron — that's a huge advantage for guys. They're looking like the team to beat right now in the East, so we have to challenge them.

[Q] Do the "Big 3" — you, Dwyane Wade and LeBron James — still hang out? We don't hang out as much. We're all married with children. We have dad conversations more than anything else.

[Q] **What is it that makes Heat president Pat Riley so cool?** He just has an aura. You can see it; when he walks in the room you can feel it. Pat's done it all, he's seen it all, and he's been around for a long time. And he's an interesting guy. He's got a story for everything.

[Q] **What would winning a third championship ring mean to you?** It would mean that I have three championships. (Laughs) I don't know. I mean this is one of those things you never really know until it's all over. It's the journey that kind of changes you and molds you.

AP Photo/Wilfredo Lee



LES BAER'S HEMI 572 & STINGER .45s

November 2015

# AMERICAN Rifleman

**The World's Oldest And Largest Firearm Authority**

olymer Bullets?

ld War Garands

828U

# Benelli's 828U BREAKING WITH TRADITION

AMERICANRIFLEMAN.ORG

**NRA** Official Journal of the National Rifle Association



to utilize stocks stamped with such numbers. The profile of the stock behind the receiver heel on the IHC Garand was noticeably narrower than found on the contemporary H&R M1 stocks. Early production IHC stocks were stamped with an Ordnance escutcheon emblem ("crossed cannons") on the right side of the stock and a small—and often indistinct—"P" proof firing mark stamped on the bottom of the pistol grip. This was the only known case of a final inspection stamp on a post-war M1 rifle being applied to the right side of the stock. Slightly later examples typically had the more commonly seen "circled P" proofmark (sans serif) applied to the face of the grip but still had the "crossed cannons" escutcheon stamped on either the left or right side. Circa October 1953, in the approximate 4.45 million serial number range, the "crossed cannons" stamp was replaced by a 1/2" Defense Acceptance Stamp on the left side of the stock.

International Harvester eventually accepted additional M1 production contracts totaling 418,443 rifles. Despite numerous setbacks and glitches experienced throughout the production program, the company worked diligently to overcome every obstacle put in its path, self-inflicted and otherwise. Just when it appeared that the company was going to successfully complete its M1 rifle production commitments, another complication arose. In September 1955, IHC's parent company negotiated a sale of the Evansville facility to Whirlpool Corp. To add insult to injury,

**continued on p. 98**

*The 1/2"-tall Defense Acceptance Stamp (top) replaced the "crossed cannons" in October 1953. Overton was the chief supplier of IHC stocks. It also, uncharacteristically, stamped the barrel channels with a three- or four-digit number (below).*



## If You Own a Taurus Pistol
## A Settlement Has Been Proposed in a Class
## Action Lawsuit that Alleges Safety Defects

**The Settlement Provides an Enhanced Warranty,
Safety Training, and a Cash Payment for Returned Pistols**

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar www.TaurusCarterSettlement.com*

### WHAT'S THIS ABOUT?
There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

### WHO'S INCLUDED?
You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

### WHAT DOES THE SETTLEMENT PROVIDE?
Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferrable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

### HOW DO YOU ASK FOR A PAYMENT?
You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

### WHAT ARE YOUR OTHER OPTIONS?
If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information**, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1] The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
[2] The "PRO" series of each model is included.

## www.TaurusCarterSettlement.com

# Reasons to Join NRA

1. For Your Freedom
2. For Your Family
3. For Your Community
4. For Your Country
5. For Your Future

**TELL YOUR FRIENDS**

Since 1871, NRA has focused on the future. Preserving your natural freedom to self-defense along with our traditional shooting and hunting values, requires you to take a stand. NRA unites like-minded folks in a membership that cannot be ignored, but it needs your support.



# FALL HUNTING ISSUE

# FIELD & STREAM



GUN TEST

BARGAIN MUZZLELOADERS RANKED AND RATED
P. 85

THE SOUL OF THE TOTAL OUTDOORSMAN ✖ NOVEMBER 2015

## 11TH ANNUAL
# BEST DAYS OF THE RUT

**9 MUST-HUNT DATES**

**EXPERT TACTICS FOR EVERY PHASE**

**RUT REPORTS FOR YOUR REGION**

**BONUS**
SPECIAL FOLDOUT SECTION:
GIANT READER BUCKS P. 57

- ✕ SQUIRREL DOGGING
- ✕ EASY COYOTES
- ✕ DUCK PARADISE
- ✕ HOT TROUT FLIES
- ✕ PETZAL VS. RATS
- ✕ QUAIL POINTERS
- ✕ LONG-RANGE SHOOTING MYTHS
- ✕ MONSTER MUSKIES
- ✕ ELK CORN DOGS
- ✕ GIGGING OZARK TRASH FISH
- ✕ KNIFE TLC

DOES BEFORE BROS:
A RUTTING 8-POINTER
LOOKS FOR HOT SIGN



$4.99 US/$5.99 CAN

FIELDANDSTREAM.COM

0 73361 08790 6

11

### If You Own a Taurus Pistol
### A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

**The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols**

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar*
*www.TaurusCarterSettlement.com*

#### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

#### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

#### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferrable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

#### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

#### WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary.** For detailed information, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter *v.* Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1]The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
[2]The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**



CAMPFIRE



**KEVIN BUSHNICK**
HAYWARD, WIS.
Fishing for muskies on Moose Lake.

CONSERVATION

# HEROES OF CONSERVATION

A muskie fisherman creates an all-volunteer program to get thousands of kids involved in the outdoors **By Mike Toth**

I N 2008, Bushnick was volunteering for an overnight youth fishing event when a young son of one of the fathers on the trip was asked what it was that he wanted most. The boy replied, "To go fishing with my dad, but he's always working," and then started crying.

The experience so moved Bushnick that in 2010 he founded the Youth Conservation Alliance, which is an all-volunteer organization with the overall goal of teaching kids about the outdoors through hunting and fishing.

The group's multifaceted approach includes fishing days with an emphasis on muskies, field and camping trips, wildlife and environmental study programs, school seminars, and other events that strive to involve the entire community.

The YCA now has several hundred volunteers and supporters who have reached well over 10,000 kids through the fishing and educational events.

"When a kid walks up to you and gives you a hug and says, 'Thank you,' that's cool," says Bushnick, 51, a former computer networking specialist. "That's what this is all about."



**TELL US YOUR STORY!**
fieldandstream.com/heroes

*Nominate yourself or a friend as a Hero of Conservation. Projects featured here receive a $500 grant.*



# NBA *Preview*

**Double Issue**
*October 26, 2015*
**SI.COM   @SINOW**

# Sports Illustrated

**SI's Surefire Finals Pick**
*Cavs vs. Thunder*
P. 64

**PLUS**

**40 Years After Game 6**
*How Reds–Red Sox Changed Sports Forever*
By Tom Verducci
P. 104

**Miracle (and Heartbreak)**
*In the Big House*
By Michael Rosenberg
P. 34

**THE MENTOR**
**Kobe Bryant**

*Prepare To Get*

# SCHOOLED

*The Education Of the Game's Next Generation Begins*
*by Lee Jenkins P. 42*

**THE STUDENT**
**D'Angelo Russell**

**1975 WORLD SERIES**

line of vision. Alerted by Simmons, Coyle looked up. "Oh, my God," he said. "Let's take that."

Coyle punched up the replay from the camera, which was operated by Lou Gerard. Two minutes and 11 seconds had passed since Fisk hit the home run. Finally the world saw it: an isolation shot of Fisk as the ball was in the air. Three times Fisk waved with his arms to his right, trying to semaphore the baseball fair. When he saw it hit the ball fair, Fisk jumped in delight and then jumped again. Coyle froze the shot on Fisk's second jump.

In the NBC studios in New York, John Filippelli, a young desk assistant who was cutting highlights of the game and would later work side by side with Coyle as a producer, was struck by the sight of Fisk. "Wow, that's the shot you remember," Filippelli said. "It goes back to an adage I used many times: The way you document a game is almost as important as the game itself."

"It was arguably one of the greatest replays of all time," Weisman said. Thirty-four years later, speaking to author Mark Frost for his exquisite 2009 book, *Game Six*, Weisman revealed that it was Simmons, not Coyle, who deserved credit for noticing the Fisk reaction shot. But before doing so, Weisman spoke with Coyle's widow about it. Coyle had died in 1996. Before Simmons died in 2010, Weisman had spoken to him and his wife who, Weisman said, "thanked me for setting the record straight. She said, 'You know Chet could never have told that story himself.'"

The record of the Game 6 telecast was not fully set, though. A whopper of a legend remained.

■ **THE LEGEND** goes like this: Gerard caught one of the most famous images in sports television history, the one that allegedly "invented" the reaction shot, only because a rat the size of a cat was at his feet and Gerard was too afraid to swing his camera to follow the flight of Fisk's home run ball. The story of this happy accident has been told time and time again over 40 years.

But when Leggett visited Coyle at his New Jersey home the week after the World Series, Coyle said only that Gerard "was fighting off rats in there most of the night. He had to keep one eye on the game and another out for rats. When Fisk hit the ball toward leftfield, nobody could tell if it would be fair or foul, so it was great for us when one of our cameras got a good shot of it hitting the pole." Coyle did not say that Gerard had broken from The Bible to stay on Fisk because a rat appeared. But over subsequent years, and with increased fervor,

the director and the cameraman delighted in telling that tale.

"Wink, wink," said Weisman. "First it was a rat by his foot, then after a couple of years it was a rat on his shoulder, and then it was a rat under his hat eating a ham sandwich. . . . Just one of the rumors and the wives' tales and the exaggerations that came out of the game."

If Gerard really was supposed to stay on the action, how could a camera inside the leftfield wall follow the flight of a baseball hitting the leftfield foul pole? And the shot from the high third camera of Fisk jumping—Coyle's first replay—wasn't that a reaction shot? And going all the way back to Coyle's first World Series, in 1947, wasn't the shot of Joe DiMaggio kicking the dirt after getting robbed by Al Gionfriddo a reaction shot?

"I don't think you can say it was the first [reaction shot]," Weisman said of the Fisk image. "I think you can say it popularized it. It made it more important to show people's emotions and reactions away from the ball. That was raw emotion from Fisk. It made you smile. It was inarguable after that about showing the thrill of victory."



**FAIR, BUT NEVER GONE**
In 2005 the Red Sox made Fisk's legacy official by naming Fenway's leftfield pole after the catcher.

■ **ANDERSON FELT TERRIBLE** after Game 6. He thought his pitching moves had doomed his club. He saw Rose and Johnny Bench in that tiny visitors' clubhouse and barked, "Big Red Machine, my ass."

"Sparky, relax," Rose said. "Did you see that celebration they had? We got 'em right where we want them. We just played in one of the greatest games ever. Don't worry. We'll win tomorrow."

The Reds did win Game 7 the next night. It was the highest-rated telecast to date, and has been exceeded only by Game 6 of the 1980 Series. "More surprising than the huge numbers for the seventh game is the fact that they occurred during prime evening hours, when viewers supposedly prefer situation comedies, dramatic series and variety shows to sports," Leggett wrote. "Sponsors, promoters and the networks will have to rethink their old assumptions about baseball and prime-time sports telecasts."

Kuhn crowed in his book that Fisk's home run would not have had nearly the same impact if he had hit it at 4:30 on a weekday afternoon, as the pressmen would have had it. Said Weisman, "I guarantee the ratings for Game 6 grew the longer that game went on. If that game in 1975 was a blowout or didn't go extra innings, who knows what would have happened. But it really saved baseball. Madison Avenue bought in."

There was no going back. NBC asked Kuhn for a fourth night game in the next World Series. The commissioner granted it

ELISE AMENDOLA/AP

"on an experimental basis," scheduling Game 2 as the first weekend night game in Series history. It was held in frigid weather in Cincinnati. Comically, Kuhn watched the game without an overcoat but with long johns underneath his suit. Before the game, Yogi Berra, a Yankees coach, snapped, "What are we playin' for? The championship of Nielsen?" By '85 the World Series had become an all-prime-time event.

Game 6 in 1975 ignited a revival of baseball that would last more than a decade, something Anderson seemed to understand even as he left Fenway after Game 7. "We didn't win the World Series," the skipper said. "Baseball did."

Attendance rose 5% in 1976, *Monday Night Baseball* ratings went up 19% and All-Star Game ratings went up 28%. The next television contract, signed in 1979, doubled baseball's annual take from the networks. The 10 highest-rated World Series all occurred in the window of 1971–86.

(The period of remarkable growth was also ignited by another event, two months after Fisk hit his home run: a ruling that ended baseball's reserve clause and paved the way for free agency. The average salary in 1975 was $45,000. By '78 it was $100,000.)

Televised sports quickly became not only a prime-time fixture but also an all-the-time fixture. Four years after the 1975 World Series, Simmons left NBC to help launch and lead ESPN, taking Connal with him. Weisman went on to become one of the greatest sports producers in the industry and now oversees MSNBC's *Morning Joe*. Stockton was in demand after the '75 Series: NBC hired him to call NFL games, and two years later he moved to CBS, where he became the network's lead basketball broadcaster. Forty years later he can hardly walk through an airport without someone recognizing him and saying, "If it stays fair. . . ."

"I've been blessed to call some great events over the years," Stockton said. "That remains No. 1. Nothing has ever surpassed it."

In 1998, *TV Guide* ranked the Fisk home run as the top moment in the history of televised sports. Since then the reaction shot has often replaced the action shot as how we best remember a great moment: Gibson pumping his fist as he rounds the bases, Carter leaping near first base, Gonzalez with his arms raised, Freese spiking his helmet between his legs, Bautista flipping his bat. . . .

Coyle made sure it would be that way. After the 1975 Series he made a rare amendment to Harry's Bible: camera operators heretofore were instructed to stay on their shots for another five seconds after the play ended. "After this game," Weisman said, "it went from the Old Testament to the New Testament. The edict was to stay for the reaction."

The image of Fisk waving the ball fair instantly became more powerful than the home run itself. Change that night was as clear as the bells of St. Luke's. We would never look at sports on TV the same way again.  □

---

## If You Own a Taurus Pistol
## A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

**The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols**

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar*
*www.TaurusCarterSettlement.com*

### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferrable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

### WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information**, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1] The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
[2] The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**



## If You Own a Taurus Pistol
## A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

### The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols

*The United States District Court
for the Southern District of Florida authorized this notice.*

**Para una notificación en Español, visitar
*www.TaurusCarterSettlement.com***

#### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies' ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

#### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

#### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

#### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

#### WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by December 14, 2015, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by December 14, 2015 and you may be able to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on January 20, 2016, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

This is only a Summary. For detailed information, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1]The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
[2]The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**

---

IF YOU PURCHASED ONE OR MORE LOACKER QUADRATINI WAFER PRODUCTS AT ANY TIME FROM MARCH 6, 2010 TO SEPTEMBER 3, 2015, YOU MAY BE ENTITLED TO COMPENSATION FROM A CLASS ACTION SETTLEMENT.

**What is the purpose of this notice?** A settlement has been proposed in a class action pending in the Superior Court of the State of California for the County of Santa Clara ("Court") titled *Romero, et al. v. Loacker USA, Inc.,* Case No. 1-14-cv-274434. If the Court gives final approval to the settlement, Loacker will offer refunds to each class member (defined below) who properly and timely completes a Claim Form. The purpose of this notice is to inform you of the action and the settlement so that you may decide what steps to take in relation to it.

**What is the lawsuit about?** The lawsuit claims that Loacker violated certain laws by labeling and advertising its Quadratini wafer products as "All Natural" and "natural" when they contain allegedly synthetic, artificial, and highly processed ingredients, including chemical preservatives and artificial flavors. Loacker denies that it falsely advertised or marketed its products, denies all claims made against it, denies that it violated any laws, and denies that its labeling is false or misleading. *No court has decided which side is right. Both sides agreed to settle the case.*

**Am I a class member?** Class members include all persons in the United States who, at any time from March 6, 2010, through September 3, 2015, made retail purchases of one or more Loacker Quadratini wafer products in all sizes and flavors that were labeled "All Natural" or "natural" and contained one or more of the following ingredients: cocoa processed with alkali, sodium acid pyrophosphate, soy lecithin, and sodium hydrogen carbonate, glucose syrup, dextrose, milk powders, coffee powders, fruit powders, sugar, and coconut oil.

**What relief does the settlement provide?** In exchange for a release of claims from each class member who doesn't opt out, Loacker will create a cash settlement fund in the amount of $1,200,000. This amount is inclusive of all payments to class members who submit timely and valid claims, as well as Court-approved attorneys' fees and costs, service payments to the class representatives, and settlement administration costs. Class members with proof of purchase may receive a refund of $3.29 for each qualifying product they purchased. Class members without proof of purchase may receive a refund of $3.29 for each qualifying product they purchased up to a maximum of five (5) products. The amount of money that class members receive may ultimately be increased or decreased depending on the number of other claims that are submitted and the value of those claims.

As part of the settlement Loacker has also agreed to remove the words "All Natural" or "natural" from its labels and statements made on its website(s) representing that its Quadratini products are "All Natural" or "natural."

**How do I submit a claim?** To receive compensation under this settlement you must timely complete a valid Claim Form. A Claim Form is available on the Internet at the Settlement Website www.quadratiniclaims.com. The deadline to submit a Claim Form is November 30, 2015.

**What are my other options?** If you don't want to be legally bound by the settlement, you must exclude yourself by November 30, 2015, or you won't be able to sue Loacker over the legal claims in the lawsuit. If you exclude yourself, you cannot receive compensation from this settlement. If you stay in the settlement, you may object to it by November 30, 2015. A detailed notice available at the website below explains how to exclude yourself or object. The Court will hold a hearing on January 8, 2016 at 9:00 a.m. in Dept. 1., to consider whether to approve the settlement, a request by the lawyers representing class members for attorneys' fees and costs, and for the named plaintiffs' request for incentive awards for their services. You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the settlement and its terms, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the settlement, visit www.quadratiniclaims.com. You may also write to the Settlement Administrator at: CPT Group, Inc., 16630 Aston, Irvine, CA 92606.

**COMING TO AMERICA**
KAHLES K 6-24x56i

**TRADITIONS** STRIKER-FIRED
**VORTEK** MUZZLELOADER

PATRICK SWEENEY ON
**APPENDIX CARRY**

gunsandammo.com



# GUNS&AMMO

DECEMBER 2015

**EXCLUSIVE**

# WALTHER'S FIRST

G&A shoots the all-
new **PPQ M2** in a
carry-size big bore.

# .45

PAGE 40

2015
**HANDGUN
OF THE
YEAR**
PAGE 46



WHAT DOES A
**1,000-HP SHELBY**
HAVE IN COMMON
WITH A **1911**?
FLIP TO PAGE 80



**.308 WIN**

**RICHARD MANN:**
"IT'S ALL YOU NEED TO HUNT
NORTH AMERICA'S BIG GAME."





gunsandammo.com      USA $4.99

12

0  70989 34805  9

The 30-inch barrel on the Vortek muzzleloader is chrome moly, meaning that it much easier to maintain than standard carbon steel. Three quick passes of Traditions' presoaked EZ Clean patches was usually all that was needed to make loading an easier experience during our performance testing. Being that it is a 30-inch barrel — long by modern-day standards — shooters benefit from a gain of 100 to 150 feet per second of increased velocity, which can extend this muzzleloader's effective reach beyond 250 yards depending on the load configuration. (Hence the "LDR" moniker.)

Though the barrel measures 30 inches, the chrome moly steel and barrel flutes actually help balance and handling characteristics. Muzzleloaders typically have a reputation of feeling heavy towards the muzzle. The Vortek Strikerfire model that the G&A staff has been evaluating for the last 12 months is completely the opposite. The muzzle end feels almost weightless and is quick to point.

Pull the large skeletonized button in front of the triggerguard, and the action easily opens to reveal the Vortek's stainless-steel Accelerator breechplug. Though the rifle is provided with a small, purpose-built wrench, this one-piece breechplug is knurled, super-easy to unscrew by hand (assuming basic maintenance is performed after each shooting session and fouling isn't neglected). It's as fast as three to four full turns by hand.

While on the topic of cleaning, removing one screw under the receiver allows the entire trigger assembly to be removed. It is incredibly quick to disassemble and clean this Vortek muzzleloader.

Not having an exposed hammer system, this striker-fired model also helps prevent the action's exposure to weather. Wet weather's access through the conventional hammer's slot is no longer a passage for moisture that otherwise threatens the functionality of a muzzleloader's internals.

The Monte Carlo stock is quite comfortable. It has a welcoming comb and a rubber recoil pad that absorbs much of the felt recoil against the shoulder. Traditions calls it the Stow-N-Go pad because it is also removable by pressing a pair of buttons on the stock's sides to reveal enough

## If You Own a Taurus Pistol
## A Settlement Has Been Proposed in a Class
## Action Lawsuit that Alleges Safety Defects
### The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar www.TaurusCarterSettlement.com*

**WHAT'S THIS ABOUT?**

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

**WHAT DOES THE SETTLEMENT PROVIDE?**

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

**HOW DO YOU ASK FOR A PAYMENT?**

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**

If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information,** call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1] The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.

[2] The "PRO" series of each model is included.

### www.TaurusCarterSettlement.com



Jeanne C. Finegan
Declaration

# Exhibit  D

Tuesday, October 13, 2015   Pacific Daily News   guampdn.com

# Woman's hidden HIV status must be brought to light



**DEAR ABBY**
JEANNE
PHILLIPS

**DEAR ABBY:** I'm writing regarding the letter from "She's Killing Them in Indiana" (July 8) and your response to the writer, whose friend is HIV-positive and doesn't tell her partners her diagnosis. I am a disease intervention specialist (DIS) in Indiana and work specifically with STDs like HIV.

In Indiana there is a duty to warn law that requires anyone who is HIV-positive to inform any past or present sexual or needle-sharing partners of her/his HIV status. At the time of diagnosis, all providers inform the patient of this, and DIS's like me are required to get a signed copy of this law from HIV-positive individuals.

This year there was a large outbreak of HIV in a rural southern area of Indiana. More than 100 new infections occurred within just three short months. If individuals like this woman do not inform partners, then the risk is high for another outbreak.

The person who wrote you should contact the Indiana State Department of Health's Recalcitrant Program and inform them of this situation. All information is kept confidential. Counseling could be provided, and then if she continues not informing, legal action could be taken against her. — MELISSA MURAWSKI

**DEAR MELISSA: Readers were upset about the gravity of that letter. They felt it was not only a health issue but also one of morality, and the legal issues could land the writer's friend in serious trouble, including jail. You are right that the person who wrote that letter should contact the appropriate authorities and report her friend's dangerous and risky behavior.**

**DEAR ABBY:** My wife and I have been together for 10 years. Like all couples do, we've had our ups and downs, but we love each other very much. Two months ago, we welcomed our first son into our family; we are overjoyed.

Raising a newborn has its challenges because babies don't come with an owner's manual. Our communication has always been good, and we work hard in our relationship to keep it that way.

But something my wife does bothers me. She talks about me to the baby. An example: "Apparently you're too stressful for Daddy right now, but not for me." I understand that he's only 2 months old and can't understand her, but I don't feel disparaging me in front of him is right. Am I being overly sensitive? — NEEDS HELP IN NEW YORK

**DEAR NEEDS HELP: I don't think you're being overly sensitive. It is important for an infant's development that the parents talk to him or her. Your wife is forming a habit that both of you may regret later. It implies that she is the "good mommy" and you are the "bad daddy" who can't deal with his son. If this continues, at some point the boy WILL get the message.**

## ON THE **FRIDGE**

Continued from Page 16

**TODAY**
**Arbor day:** Plant a Tree for Your Tomorrow from 10 a.m. to noon Oct. 13 at Ypao beach in Tumon, 9 a.m. Oct. 15 at the Guam Sports Complex in Dededo, and 9 a.m. Oct. 22 at Talofofo Bay Surfside and Ipan Beach. Contact Justin at 300-7977 or j5anto5@yahoo.com.

**"A Place to Stand":** The Guam Humanities Council presents "A Place to Stand."

Screening of "Blood In Blood Out" at 6 p.m. Oct. 13 at the University of Guam Fine Arts Theatre. Tickets are $10 for adults and $7 for students. Community screening of "A Place to Stand" 6:30 p.m. Oct. 15 at Southern High Auditorium. Tickets are $15 for adults and $8 for students. Gala dinner and film premier at 6 p.m. Oct. 17 at the Westin Resort Guam; tickets are $150 per person. Contact the Guam Humanities Council at 472-4461/0 or email monaeka_ghc@teleguam.net.

**TOMORROW**
**FestPac Coordinating committee:** The Guam FestPac 2016 Coordinating Committee will meet at 2 p.m. Oct. 14, at the Governor's Large Conference Room at Adelup. Contact Brea Bailey at brea.bailey@caha.guam.gov.

**ONGOING**
**Gift of hope:** Calling all groups, families, companies and individuals to make a differ-

See ON THE FRIDGE, Page 18

**If You Own a Taurus Pistol**
**A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects**

The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar www.TaurusCarterSettlement.com.*

**WHAT'S THIS ABOUT?**
There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**
You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").² The settlement doesn't include Taurus G2 model pistols.

**WHAT DOES THE SETTLEMENT PROVIDE?**
Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

**HOW DO YOU ASK FOR A PAYMENT?**
You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**
If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information**, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

¹The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
²The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**



**6th ANNUAL**
**Spartans**
**FUN RUN**

SANTA BARBARA CATHOLIC SCHOOL
*65 Years of Educating Mind, Heart, and Spirit*

**Saturday, October 17, 2015**
Showtime: 5:15AM • Go Time: 6:00AM

**Grand Prize: Roundtrip ticket to the Philippines**

Route: Micronesia Mall, Marine Corps Drive, to Harmon Loop Road and Back

Prices: $10/adult; $7/child under 13; Family Package (5 bibs with at least 1 adult) - $5.00 discount Race Day: $12.00 • Bibs available at the SBCS Business Office (Tel: 632-5578) and at Hornet Sporting Goods.

T-shirts will be provided to the first 400 finishers for 5K and first 100 finishers for 2K. Certificates will be awarded to the top 10 male and top 10 female runners for both Pee Wee and 2K divisions while medals will be awarded to the top 3 male/female runners in all other categories.

Proceeds will go to the Santa Barbara Catholic School Faculty and Curriculum Development Fund.

Community First   TGIFridays   Senator Dennis Rodriguez Jr.
Paradise Fitness Center   Sylvan Learning Center
Jeida Guam Tarza   Westsource   Java Hut Coffee Shop
American Grocery   BICS   Hilton Guam   Graphic Center
Micronesia Mall   Guam International Country Club
I Love Guam   Jack in the Box   Bank of Guam
Bank Pacific   Micronesian Brokers, Inc.   MD
Micropac, Inc.   Marianas Electronics   MVP   Anonymous
Pacific Daily News   Touch of Incarnation Salon
ACI Catering   Onward Beach Resort   Philippine Airlines
VMB   Megamixx 101.9   South Pacific Petroleum - Circle K 76
Infusion   McDonald's of Guam   National Office Supply
Coca Cola - Foremost   Larkin Family Chiropractic Clinic
Jones and Guerrero Company, Inc.   Wendy's
International Distributors, Inc.   Hawaiian Rock
Hornet Sporting Goods   DLR Corporation   *Thank You*
MEDPHARM   Pacific Star Resort and Spa

## Si usted es propietario de una Pistola Taurus
## Se ha propuesto un Acuerdo de Resolución a una
## Demanda Colectiva por supuestos defectos de seguridad

### El Acuerdo de Resolución propone una garantía mejorada, capacitación en seguridad, y un pago en efectivo a cambio de la devolución de una pistola

*El Tribunal de Distrito de los Estados Unidos para el Distrito del Sur de la Florida [The United States District Court for the Southern District of Florida] autorizó el presente aviso.*

#### ¿DE QUÉ SE TRATA ESTO?

Se ha propuesto un Acuerdo de Resolución para una Demanda Colectiva respecto a supuestos defectos de seguridad en ciertas pistolas de la marca Taurus. Esta demanda alega que las Pistolas del Grupo (definida a continuación) se pueden disparar accidentalmente aun cuando el seguro está en la posición "on" [activado] o "safe" [seguro], así como si se caen o golpean. El grupo de empresas Taurus[1] (en lo sucesivo "Taurus") respalda las Pistolas del Grupo, y rechaza todos los alegatos de prácticas indebidas y cualquier responsabilidad.

#### ¿QUIÉNES ESTÁN INCLUIDOS?

Usted podría ser Miembro del Grupo Afectado, y pudiera tener derechos bajo el presente Acuerdo de Resolución si usted es un individuo o entidad residente en los Estados Unidos, Puerto Rico, las Islas Vírgenes de los Estados Unidos o Guam y era propietario de una o más unidades de las siguientes armas marca Taurus al día 30 de julio de 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; y PT-24/7 (en lo sucesivo las "Pistolas del Grupo").[2] El Acuerdo de Resolución no incluye a las pistolas modelo Taurus G2.

#### ¿QUÉ PROPORCIONA EL ACUERDO DE RESOLUCIÓN?

Los Miembros del Grupo de Resolución podrán devolver sus Pistolas del Grupo a Taurus (el costo del envío será cubierto por Taurus) y recibir hasta $200 por pistola, dependiendo del número total de unidades devueltas, sin rebasar la suma total de $30 millones. El monto exacto del pago será determinado después de que haya pasado la fecha límite de devolución y se conozca la cantidad exacta de Pistolas del Grupo devueltas. Si usted devuelve su Pistola del Grupo para recibir un pago, la pistola no le será devuelta en caso de que el pago que reciba sea inferior a lo que usted deseaba.

Taurus también proporcionará una garantía ampliada de por vida, transferible y sin costo, que permitirá a los dueños presentar capacitación bajo garantía en cualquier momento. Taurus también cubrirá los costos de envío e inspección, así como la reparación y reemplazo de toda pistola que sea necesario. Taurus también proporcionará capacitación en seguridad a todos los Miembros del Grupo Afectado. Taurus también cubrirá los costos de notificación y administración, un pago al representante del grupo por hasta $15,000, y los gastos y costas legales de los Abogados del Grupo por hasta $9 millones, pagaderos a lo largo de 4 años.

#### ¿CÓMO PUEDO SOLICITAR UN PAGO?

Usted debe enviar un formulario de reclamación y devolver su Pistola del Grupo para poder recibir un pago. El envío será pre-pagado por Taurus. Usted podrá enviar su reclamación hasta *después de que* el Acuerdo de Resolución se haya aprobado de manera definitiva y se hayan resuelto todas las apelaciones. Aún no se conoce esta fecha. Usted puede registrarse en este momento a través del sitio web para que se le informe cuándo podrá enviar un formulario de reclamación. Visite el sitio web para determinar cuándo podrá enviar una reclamación. Si el Tribunal aprueba el Acuerdo de Resolución y no se presentan apelaciones, el período de recepción de reclamaciones correrá aproximadamente del 24 de febrero de 2016 al 23 de junio de 2016.

#### ¿CUÁLES SON SUS OTRAS OPCIONES?

Si usted no desea quedar ligado al Acuerdo de Resolución, usted deberá excluirse a más tardar **del día 14 de diciembre de 2015**, o de lo contrario usted no podrá emprender ni proseguir con ninguna demanda en contra de Taurus respecto a las reclamaciones legales relacionadas con este caso. Si usted se excluye, no podrá recibir dinero de este Acuerdo de Resolución. Usted podrá objetar este Acuerdo de Resolución enviándonos una objeción a más tardar el **día 14 de diciembre de 2015** y tendrá derecho a realizar una declaración. Las objeciones y decisiones de exclusión serán parte de un registro público, que podría contener la identidad de los Miembros del Grupo. Usted podrá encontrar información detallada en este sentido en el sitio web. Si usted no hace nada, usted recibirá la garantía ampliada de por vida y la capacitación en seguridad, pero no recibirá ningún pago y estará ligado al Acuerdo de Resolución.

Antes de que realizar cualquier pago, el Tribunal celebrará una Audiencia Final de Aprobación **el día 20 de enero de 2016**, en la que se considerará si se aprueba el Acuerdo de Resolución. Usted podrá asistir a dicha audiencia, pero no tiene que hacerlo. El Tribunal también considerará la solicitud de pago de los gastos y costas legales de los Abogados, así como el otorgamiento de un incentivo. El escrito con la solicitud de dichos gastos y costas legales, así como del incentivo antes mencionado se publicará en el sitio web.

**El presente es solo un resumen. Para obtener información detallada,** llame al número gratuito 1-(844) 528-0180,  visite www.TaurusCarterSettlement.com, o escriba a Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1]El "Grupo de Empresas Taurus" se refiere a Forjas Taurus, S.A., Taurus Holdings, Inc. y Taurus International Manufacturing, Inc. El Grupo de Empresas Taurus son la parte demandada en la Demanda Colectiva.

[2]La serie "PRO" de cada modelo está incluido en el Grupo.

### www.TaurusCarterSettlement.com



TU APORTACIÓN AYUDA A QUE
## EL CÁNCER
## SEA LO DE MENOS



TOCA UNA VIDA

**Durante 30 años** hemos colaborado con individuos, familias y empresas en su proceso de facilitar a las comunidades acceso a recursos y oportunidades. Mediante el establecimiento de un fondo para otorgar donativos, becas, premios y reconocimientos podemos impactar el desarrollo socio-económico de Puerto Rico.

Juntos podemos tocar una vida… y cambiar una historia.

### www.fcpr.org



30 años
FUNDACIÓN COMUNITARIA
DE PUERTO RICO

21 < EL VOCERO DE PUERTO RICO < MARTES, 13 DE OCTUBRE DE 2015

**Local** News | **8** Tuesday, October 13, 2015

The San Juan Daily Star

---

## If You Own a Taurus Pistol
## A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

**The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols**

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar www.TaurusCarterSettlement.com.*

### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferrable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

### WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information,** call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1]The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.

[2]The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**

---

# Senator Decries Poor State of Roads in Western PR

By MARIA MIRANDA SIERRA
mirandasanjuanstar@gmail.com

Popular Democratic Party (PDP) Sen. Gilberto Rodríguez asked that dozens of highways in the western region of Puerto Rico be declared in a state of emergency due to their advanced state of deterioration.

Rodríguez noted that highways PR-105, PR-106, PR-108, PR-110, PR-111, PR-115, PR-119, PR-125, PR-354, PR-403, PR-420, PR-444, PR-446 and PR-464, in the towns of Mayagüez, San Sebastián, Las Marías and Moca are all in dire need of repair and maintenance.

Rodríguez argued that the highways in Isabela, San Germán, Añasco and Rincón are in the same situation due to lack of maintenance, which has contributed to their deteriorated state and is affecting the residents and visitors who use the highways every day for various reasons.

"For the most part, the severely deteriorated state of the highways is due to the lack of maintenance by the [commonwealth] Highways and Transportation Authority [HTA] and the Department of Transportation and Public Works [DTOP], which poses a serious threat to motorists and pedestrians who use them," the lawmaker said.

Rodríguez said that "historically the western part of the [island] has been a forgotten area, and the residents of the district of Mayagüez and Aguadilla, as well as hundreds of thousands of visitors, are affected by the deplorable conditions of the roads."

"While this occurs, resources are used in the metropolitan area, so our constituents in the western region are dismayed by the lack of maintenance of the roads they use, causing them daily hardship and hindering their access to their jobs, homes and schools for their children," he added.

Rodríguez said he was concerned about the increase in traffic accidents that have been reported in recent months on roads in the region, mainly because of the conditions in which they are in the western region.

"I call on the Highways Authority and on the Department of Transportation and Public Works to carry out mandatory improvements that will ensure the safety of drivers who use those routes due to the fact that hundreds of thousands of lives are at risk," Rodríguez said.

The affected highways are often used by citizens who live in the San Juan metropolitan area when engaging in internal tourism," the lawmaker pointed out. The towns of Rincón, Añasco, Aguadilla and Mayagüez are popular internal tourism municipalities known for their beautiful beaches and peaceful town squares. Rincón and Aguadilla are also popular surfing towns, and many popular surfing contests take place there, attracting tourists from outside Puerto Rico as well.



Gilberto Rodríguez

**38** The Virgin Islands Daily News   **FOOD IDEAS**   Wednesday, October 14, 2015

# Fall pumpkins bring thoughts of chocolate swirl loaf

**By Milwaukee Journal Sentinel**

It happens every fall. Pumpkin Mania.

Pumpkin beer? Check.

Pumpkin spice lattes? Absolutely.

Pumpkin pie, cake, cookies and other traditional baked goods? You bet.

My husband would eat pumpkin pie every day if he could. In a not-so-subtle hint, he devoted most of our large garden this year to pumpkins, now abundant on the meandering vines in varying stages of ripeness.

As early as August, the pitches for new pumpkin-flavored products start coming in. And they continue.

The latest: pumpkin pie gelato and habanero pumpkin spice wings, the latter part of a new seasonal menu at World of Beer.

OK, we get it. We like the change of seasons and the associated dishes and flavors that each one brings. Pumpkin and its companion spices are not only universally pleasing, but they also evoke Americana (pilgrims and all that).

But anything can be overdone.

That said, I did try a few noteworthy new pumpkin products this year.

New from Chobani is its "Flip" Pumpkin Harvest Crisp pack: pumpkin-flavored Greek yogurt with a separate portion of crunchy pie crust pieces, pecans and glazed pumpkin seeds to mix in. Nice pumpkin flavor, a little tang, good sweet crunch.

Dancing Deer Baking Co., a mail-order artisanal online bakery out of Boston, offers new Pumpkin Spice Dessert Bites, addictive chewy little squares that are part of a new Pumpkin-Palooza Gift Medley, along with pumpkin chewy cookies and pumpkin shortbread cookies.

However, new pumpkin spice almonds from Planters — while deli-cious — tasted much more of spice and only faintly of pumpkin.

More satisfying were the pumpkin tortilla chips I picked up at Trader Joe's. The pure pumpkin flavor comes through, a nice blend with the corn, with just a tiny hint of spice (and they're not sweet).

But frankly, when it comes to pumpkin foods, I'd rather just take to my kitchen and bake something from scratch.

And in that arena, I've always been partial to two classic pairings: pumpkin and chocolate and pumpkin and cream cheese. I can never stop with one piece of that classic, moist pumpkin sheet cake topped with a thick layer of cream cheese frosting. The pumpkin cake roll with cream cheese filling is another pumpkin siren song.

This recipe has been a favorite for nearly a decade. With its pretty swirls of chocolate amid the orange pumpkin batter, it straddles the line between quick bread and cake. Enjoy it with coffee or tea, or perhaps a pumpkin spice latte.

And if you really want to go pumpkin-crazy, you can bake it in a new loaf pan from King Arthur Flour; when you invert the bread, the top displays a raised pumpkin harvest scene design.

## Pumpkin Chocolate Swirl Loaf

This favorite fall quick bread originally appeared with a column by Diane Rosen Worthington.

**1¾ cups unbleached flour**
**1 teaspoon baking powder**
**1 teaspoon baking soda**
**1½ teaspoons pumpkin pie spice**
**½ teaspoon salt**
**½ cup (1 stick) unsalted butter, room temperature**
**1¼ cups sugar**
**3 eggs**
**1 cup canned pumpkin**
**1 teaspoon vanilla extract**
**4 ounces semisweet or bitter-sweet chocolate, cut into pieces**

**Preparation**

Preheat oven to 350 degrees. Butter and flour a 9-by-5-inch non-stick loaf pan.

In a mixing bowl, combine flour, baking powder, baking soda, pumpkin pie spice and salt and stir together.

In a large bowl, with electric mixer, beat butter until softened. Add sugar and continue beating. Add eggs and beat until well blended. Add pumpkin, vanilla and finally the flour mixture, beating just until well-blended.

Melt chocolate in a double boiler over medium-high heat until totally melted, about 5 minutes. Or melt in a glass bowl in microwave for about 1½ to 2 minutes, or until completely melted and smooth.

Spoon half the batter into prepared loaf pan. Drop spoonfuls of half the chocolate on top of batter and then swirl chocolate into batter with a wooden skewer. Repeat with remaining batter and chocolate, making sure to swirl chocolate into pumpkin well (but leaving very visible streaks).

Bake loaf in preheated oven about 1 hour or until skewer inserted into center comes out clean. Let loaf cool at least 15 minutes, then invert onto a wire rack. Serve warm or at room temperature, sliced.

*Makes 12 servings*

---

# City to eateries: Use paper plates in California drought

FORT BRAGG, Calif. (AP) — A California city has ordered restaurants to cut back on dishwashing by using disposable plates, cutlery and cups as a way to save water during the fourth year of drought in the state.

Officials in declared a water emergency after a river the provides the coastal town's drinking water got so low that ocean water seeped into city pipes, The San Francisco Chronicle reported Tuesday.

The City Council ordered residents and businesses to cut water use by 30 percent compared to last year's consumption rate.

Residents were barred from washing cars, irrigating lawns and maintaining landscaping with water. Restaurants and hotels are required to use disposable flatware and serve water only upon request.

"We're in uncharted territory," Fort Bragg public works director Tom Varga told the Santa Rosa Press-Democrat.

Some restaurant owners are balking at the restrictions.

"You might be able to cut a filet mignon with a plastic knife, but you are not going to cut a New York," said Jim Hurst, co-owner of a restaurant that overlooks the Noya River. "It seems to me there are other ways to save water."

---

## If You Own a Taurus Pistol
### A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

*The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols*

*The United States District Court for the Southern District of Florida authorized this notice.*

*Para una notificación en Español, visitar*
*www.TaurusCarterSettlement.com*

**WHAT'S THIS ABOUT?**

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies¹ ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").² The settlement doesn't include Taurus G2 model pistols.

**WHAT DOES THE SETTLEMENT PROVIDE?**

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

**HOW DO YOU ASK FOR A PAYMENT?**

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**

If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by providing an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval Hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information**, call toll-free 1-(844) 528-0180, or visit www.TaurusCarterSettlement.com, or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

¹The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. and Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.
²The "PRO" series of each model is included.

**www.TaurusCarterSettlement.com**



**VI Oral Surgery, Inc.**

Touching lives...one face at a time.

St. Thomas: Paragon Medical Building • 777-5950
St. Croix: Barron Spot Village Mall • 719-3864

**www.VIOralSurgery.com**

**Dr. Horace Griffith – Oral and Facial Surgeon**

• Oral surgery - St Thomas, St. Croix, Antigua and Dominica
• Oral and Maxillofacial surgery
• Botox Facial Reconstruction
• Wisdom tooth removal and sedation
• Diagnose & treat facial pain, facial Infections



Restore your smile. Reclaim your confidence!
Care Credit • Patient payment plans

# Jeanne C. Finegan Declaration

# Exhibit  E

Taurus : 160x600
Site : Fairfaxhighsports.org



Taurus : 300x250
Site : Si.com



Taurus : 728x90
Site : Sportinglife.com



Taurus : 160x600
Site : Forbes.com



Taurus : 300x250
Site : Foxbusiness.com



Taurus : 728x90
Site : Dailyfinance.com



64 HHI $60K+_728x90



ntial & Proprietary

Y

64 HHI $60K+_160x600



ntial & Proprietary

Jeanne C. Finegan
Declaration

# Exhibit  F



**Class Action Notice**

This lawsuit includes certain Taurus PT Millennium or 24/7 models-Your rights are affected



**Taurus Class Settlement**

www.TaurusCarterSettlement.com

Learn More

Public

Like · Comment · Share · Like Page · Full Story · Save · More · Sponsored

**Jeanne C. Finegan Declaration**

# Exhibit G

12/10/2015                    If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

Share        Share



Like   139

 0

# If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

**If you own certain Taurus Pistols, a class action settlement may affect you.**

Tweet

**Register for Additional Information
(http://www.TaurusCarterSettlement.com/register/)**



(http://www.multivu.com/players/English/7650451-taurus-pistol-proposed-class-action-settlement/gallery/video/3991f927-6584-4e8b-
b710-aeffcef0ee673/HR.jpg)
Watch a video of the Taurus pistols involved in this class action settlement.

**PR Newswire, Jacksonville, Florida, October 14, 2015**

The following statement is being issued by Morris, Haynes, Wheeles, Knowles & Nelson and Bailey & Glasser LLP (Class Counsel);
and Smith, Gambrell, & Russell, LLP (Taurus Counsel) regarding the Taurus Pistol settlement.

**If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects**
**The Settlement Provides an Enhanced Warranty, Safety Training, and a Cash Payment for Returned Pistols**

*The United States District Court for the Southern District of Florida authorized this notice.*
***Para una notificación en Español, visitar www.tauruscartersettlement.com (http://www.tauruscartersettlement.com)***

### WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus-branded pistols. This lawsuit alleges that Class Pistols (defined below) may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. The Taurus Companies[1] ("Taurus") stand by the Class Pistols and deny all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Settlement Class Member and have rights under this settlement if you are a resident or entity of the United States, Puerto Rico, U.S. Virgin Islands, or Guam and own one or more of the following Taurus-branded firearms on July 30, 2015: PT-111 Millennium; PT-132 Millennium; PT-138 Millennium; PT-140 Millennium; PT-145 Millennium; PT-745 Millennium; PT-609; PT-640; and PT-24/7 (the "Class Pistols").[2] The settlement doesn't include Taurus G2 model pistols.

### WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 per pistol, depending on the total number returned, not to exceed $30 million. The exact payment amount will be determined after the return deadline has passed and the exact number of returned Class Pistols is known. If you return your Class Pistol for a payment, it will not be returned to you even if the payment is less than you want.

Also, Taurus will provide a free, transferrable lifetime enhanced warranty that will allow owners to submit warranty claims at any time. Taurus will pay shipping and inspection costs, and will repair or replace the pistol as necessary. Taurus will also provide safety training to all Settlement Class Members. Taurus will pay for notice and administration, a class representative award of up to $15,000, and Class Counsels' attorneys' fees and costs up to $9 million, payable over 4 years.

### HOW DO YOU ASK FOR A PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately February 24, 2016 until June 23, 2016.

## WHAT ARE YOUR OTHER OPTIONS?

If you don't want to be bound by the settlement, you must exclude yourself by **December 14, 2015**, or you won't be able to sue, or continue to sue, Taurus about the legal claims in this case. If you exclude yourself, you can't get money from this settlement. You may object to this settlement by sending an objection by **December 14, 2015** and you may have to give a deposition. Objections and opt-outs will be public record, even if they contain the identity of Settlement Class Members. Detailed information is on the website. If you do nothing, you will still receive the lifetime enhanced warranty and safety training but will not receive a payment, and you will still be bound by the settlement.

Before money is paid, the Court will hold a Final Approval hearing on **January 20, 2016**, to consider whether to approve the settlement. You may attend the hearing, but you don't have to. The Court will also consider the request for attorneys' fees and costs and an incentive award. The motion for attorneys' fees, costs and awards will be on the website.

**This is only a Summary. For detailed information**, call toll-free 1-(844) 528-0180, or visit www.tauruscartersettlement.com (http://www.tauruscartersettlement.com), or write to Carter v. Forjas Taurus, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

[1]The "Taurus Companies" means Forjas Taurus, S.A., Taurus Holdings, Inc. And Taurus International Manufacturing, Inc. The Taurus Companies are the Defendants in the class action lawsuit.

[2]The "PRO" series of each model is included.

# # #

**Source:** Smith, Gambrell & Russell, LLP

## Resources

SETTLEMENT WEBSITE (HTTP://WWW.TAURUSCARTERSETTLEMENT.COM)

REGISTER FOR ADDITIONAL INFORMATION (HTTP://WWW.TAURUSCARTERSETTLEMENT.COM/REGISTER/)

FREQUENTLY ASKED QUESTIONS (HTTP://WWW.TAURUSCARTERSETTLEMENT.COM/FAQS/)

IMPORTANT SAFETY INFORMATION ABOUT YOUR PISTOL

(HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7650451-TAURUS-PISTOL-PROPOSED-CLASS-ACTION-SETTLEMENT/DOCUMENT/5D08A597-70AE-405A-99B7-27F777F4A0F9.PDF)

ENHANCED LIFETIME WARRANTY (HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7650451-TAURUS-PISTOL-PROPOSED-CLASS-ACTION-SETTLEMENT/DOCUMENT/95C431B2-FA16-4FED-BFCD-E265D69C9827.PDF)

SETTLEMENT AGREEMENT AND RELEASE (HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7650451-TAURUS-PISTOL-PROPOSED-CLASS-ACTION-SETTLEMENT/DOCUMENT/00233294-7C46-417F-88AB-BF58D27ED3CE.PDF)

COURT ORDER GRANTING PRELIMINARY APPROVAL (HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7650451-TAURUS-PISTOL-PROPOSED-CLASS-ACTION-SETTLEMENT/DOCUMENT/780AAEAF-297E-4895-B2BE-7E98C4D5C82F.PDF)

DOWNLOAD TAURUS CLASS PISTOL IDENTIFICATION VIDEO (HTTP://DOWNLOAD.ONSTREAMMEDIA.COM/ORIGIN/MULTIVU_ARCHIVE/VOD/7650451_CLASSACTION_1009.MOV)

# Jeanne C. Finegan Declaration

# Exhibit H



Carter v. Taurus Media Pickup

# Total Mentions



**ANALYSIS**

Large press coverage spikes included these top articles:

7/31/15: Settlement in Taurus Pistol Case Granted Preliminary Approval, Announces Bailey & Glasser and Morris, Haynes, Wheeles, Knowles & Nelson

10/14/15: If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

11/03/15: Lawsuit Filed Against Taurus International In Shooting Death of 11-year-old

# Top Content



**★ International Business Times**

**Bullets Beyond Recall: Defective Guns Outside US Government's Reach | International Business Times**

December 17, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 2527500 | 3397 | 4751 |

**★ NRA Shooting Illustrated**

**Taurus Proposes Settlement**

by Daniel McElrath    December 10, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 21647 | 2 | 40 |

**★ Yahoo! News**

**Settlement in Taurus Pistol Case Granted Preliminary Approval, Announces Bailey & Glasser and Morris, Haynes, Wheeles,...**

July 31, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 346275000 | 0 | 650997 |

**★ www.ammoland.com**

**Taurus Settlement and Drop-Safety Recall**

August 10, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | - | 25 | - |



⭐ **State Journal**

**Proposed settlement negotiated in faulty pistol design class action**

by Linda Harris    August 08, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|-----------|-----------|--------|----------------|
| ◯ neutral | 9750 | 0 | 18 |

⭐ **AL.com**

**Alabama man files lawsuit against gun maker Taurus; claims safety defect killed son**

by Kent Faulk    November 13, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|-----------|-----------|--------|----------------|
| ◖ negative | 917500 | 6 | 1724 |

⭐ **Examiner.com**

**Taurus settlement could affect as many as 100,000 semi-auto handguns - Allentown Outdoor Recreation**

August 12, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|-----------|-----------|--------|----------------|
| ◯ neutral | 2310000 | 1 | 4342 |

⭐ **Times West Virginian**

**Outdoors Column: Class-action lawsuit filed against gun-maker Taurus**

by Danny Snyder    August 02, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|-----------|-----------|--------|----------------|
| ◯ neutral | 4950 | 0 | 9 |



⭐ **Bangers and Mash**

[Taurus Class Action Lawsuit Settlement](#)

by Bangers and Mash   August 01, 2015

TAURUS

| 🔋 Sentiment | 👁 Viewership | ≪ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 100 | - | 0 |

⭐ **KOBTV New Mexico's NBC News**

[Taurus model pistols recalled for causing fatal misfires](#)

August 01, 2015

No photo available

| 🔋 Sentiment | 👁 Viewership | ≪ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 85000 | 0 | 159 |

⭐ **Guns.com**

[Claims in Taurus settlement to be collected in August](#)

by http://www.guns.com/author/daniel/   August 01, 2015

| 🔋 Sentiment | 👁 Viewership | ≪ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 177500 | 567 | 333 |

⭐ **AL.com**

[Taurus agrees to voluntary recall of nearly 1 million pistols](#)

July 31, 2015

| 🔋 Sentiment | 👁 Viewership | ≪ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 970000 | 0 | 1823 |



⭐ **InvestorPoint.com**

Settlement in Taurus Pistol Case Granted Preliminary Approval, Announces Bailey & Glasser and Morris

July 31, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 3500 | 0 | 6 |

⭐ **Business Insurance**

Gunmaker to pay $30 million settlement charges over defective pistol triggers

July 30, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ◑ negative | 26000 | 1 | 48 |

⭐ **Beaufort Observer.net**

Taurus settlement on nine semi-automatic pistols

July 30, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 1550 | 0 | 2 |

⭐ **Courthouse News Service**

Gun Maker to Pay $30M to Settle Class Action

July 29, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 43500 | 0 | 81 |



⭐ **Guns.com**

## Settlement could cost Taurus $30 million

by http://www.guns.com/author/daniel/     July 29, 2015

| 🔫 Sentiment | 👁 Viewership | ⤴ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⚪ neutral | 160750 | 1433 | 302 |

⭐ **Sipsey Street Irregulars**

## ATTN: Taurus Owners.

by Dutchman6     July 29, 2015

| 🔫 Sentiment | 👁 Viewership | ⤴ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⚪ neutral | 10000 | 1 | 18 |

⭐ **Gun Free Zone**

## Taurus just got an expensive lesson on Quality Control.

by Miguel     July 28, 2015

| 🔫 Sentiment | 👁 Viewership | ⤴ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⚪ neutral | 7500 | 6 | 14 |

⭐ **The Silicon Graybeard**

## Any Other Taurus Millennium Owners Here?

by Graybeard     August 20, 2015

| 🔫 Sentiment | 👁 Viewership | ⤴ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⚪ neutral | 1225 | 0 | 2 |



⭐ **Yahoo! Finance**

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

No photo available

| 📊 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
| --- | --- | --- | --- |
| ⭕ neutral | 19332500 | 0 | 36345 |

⭐ **Top Class Actions**

Taurus Safety Defect Class Action Settlement

by Courtney Coren    October 14, 2015

| 📊 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
| --- | --- | --- | --- |
| ⭕ neutral | 72500 | 3 | 136 |

⭐ **Officer.com**

Taurus Pistol Settlement Proposed in Class Action Lawsuit

by PR Newswire On Oct 14, 2015 Source: PRNewsWire    October 14, 2015

| 📊 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
| --- | --- | --- | --- |
| ⭕ neutral | 30000 | 15 | 56 |

⭐ **BLOOM**

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

No photo available

| 📊 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
| --- | --- | --- | --- |
| ⭕ neutral | 11405000 | 0 | 21441 |

⭐ **Reuters** ⧉

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

No photo available

| 🔋 Sentiment | 👁 Viewership | ⪼ Shares | 💲 Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 5155000 | - | 9691 |

⭐ **WAFB** ⧉

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

No photo available

| 🔋 Sentiment | 👁 Viewership | ⪼ Shares | 💲 Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 70000 | 0 | 131 |

⭐ **International Business Times** ⧉

Settlement in Taurus Pistol Case Granted Preliminary Approval, Announces Bailey & Glasser and Morris, Haynes, Wheeles,...

July 31, 2015

No photo available

| 🔋 Sentiment | 👁 Viewership | ⪼ Shares | 💲 Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 3050000 | 0 | 5734 |

⭐ **The Firearm Blog** ⧉

Taurus USA CEO Responds To Settlement, Class-Action Suit

by Nathaniel F    December 17, 2015



| 🔋 Sentiment | 👁 Viewership | ⪼ Shares | 💲 Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 201500 | 113 | 378 |

⭐ **BALLSEYE'S BOOMERS**

**Taurus Recall Alert**
by noreply@blogger.com (Glenn B)    August 03, 2015

No photo available

| 🌡 Sentiment | 👁 Viewership | ❮ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 125 | 0 | 0 |

⭐ **PR Web via Yahoo!**

**Lawsuit Filed Against Taurus International In Shooting Death of 11-year-old**
November 03, 2015

No photo available

| 🌡 Sentiment | 👁 Viewership | ❮ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 35097500 | 0 | 65983 |

⭐ **WIS-TV**

**If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects**
October 14, 2015



| 🌡 Sentiment | 👁 Viewership | ❮ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 122500 | 0 | 230 |

⭐ **The Vulgar Curmudgeon**

**Taurus To Recall Almost One Million Pistols**
by Phil    August 03, 2015

No photo available

| 🌡 Sentiment | 👁 Viewership | ❮ Shares | $ Ad Equivalency |
|---|---|---|---|
| ⭕ neutral | 250 | 0 | 0 |



⭐ **News 9**

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 110000 | 0 | 206 |

⭐ **WDAM-TV**

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 37500 | 0 | 70 |

⭐ **WLOX**

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ○ neutral | 55000 | 0 | 103 |

## ANALYSIS

The content above have been identified as top content.

# Highest Readership



**1   Yahoo! News**

Settlement in Taurus Pistol Case Granted Preliminary Approval, Announces Bailey & Glasser and Morris, Haynes, Wheeles,...

July 31, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| neutral | 346275000 | 0 | 650997 |

**2   PR Web via Yahoo!**

Lawsuit Filed Against Taurus International In Shooting Death of 11-year-old

November 03, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| neutral | 35097500 | 0 | 65983 |

**3   Yahoo! Finance**

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| neutral | 19332500 | 0 | 36345 |

**4   www.bloomberg.com**

Lawsuit Filed Against Taurus International In Shooting Death of 11-year-old

November 03, 2015

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| neutral | 11405000 | 0 | 21441 |



⑤ BLOOM

If You Own a Taurus Pistol A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects

October 14, 2015

No photo available

| 🌡 Sentiment | 👁 Viewership | ⤳ Shares | 💲 Ad Equivalency |
|---|---|---|---|
| ○ neutral | 11405000 | 0 | 21441 |

## ANALYSIS

Highest readership articles are based on the readership of each publication (how many people potentially read an article based on unique visitors to the publication's website) and how many times your keyword(s) appear in each article.

# Key Messages



**ANALYSIS**

Key message pull through shows how many times a keyword or phrase was mentioned in conjunction with a search

# Social Amplification



| | | |
|---|---|---:|
| | Total Shares | 6,125 |
| | Facebook | 6,043 |
| | Click count | 0 |
| | Comment count | 1,499 |
| | Like count | 3,339 |
| | Share count | 1,209 |
| | Twitter | 68 |
| | Google Plus | 6 |
| | LinkedIn | 8 |
| | StumbleUpon | 0 |
| | Pinterest | 0 |

**ANALYSIS**

The chart above shows Facebook driving the most engagement.

# Jeanne C. Finegan Declaration

# Exhibit I

## Carter v. Forjas Taurus S.A., Taurus International - News Mention Report

| | Total Online | 314 | | | | | |
| | Hard Copy | 1 | | | | | |

| Date | Media Type | Media Outlet | Mention Title | Link (*partial url) | Social | Country | State | City |
|---|---|---|---|---|---|---|---|---|
| December | News | **NRA Shooting Illustrated** | | Hard copy only | | | | |
| 12/28/15 | Blog | Hustler Money Blog | A Decent Proposal? | http://www.hustlermoneyblog.com/taurn | 0 | | | |
| 12/21/15 | News | Before Its News | Taurus Safety Defect Class Action Lawsuit | http://beforeitsnews.com/alternative/ | | | | |
| 12/19/15 | News | Predator Xtreme | Taurus ready to rebuild credibility, but hurdles still ahead | http://www.grandviewoutdoors.com/ | | | | |
| 12/17/15 | Blog | The Firearm Blog | Best Stories Of The Year At Grand View Outdoors | http://www.thefirearmblog.com/blog/ | | | | |
| 12/17/15 | News | International Business Times | Taurus USA CEO Responds To Settlement, Class-Action Suit | http://www.ibtimes.com/bullets-beyond- | 3,397 | | | |
| 12/12/15 | Blog | Gun News Blog | Bullets Beyond Recall: Defective Guns Outside US Government's | http://www.gunnewsblog.com/2015/12 | | | | |
| 12/11/15 | Blog | The Firearm Blog | Taurus class action lawsuit settled | | 5 | | | |
| 12/10/15 | News | NRA Shooting Illustrated | BREAKING: Taurus Class Action Settlement Reached, Your Gun M http://www.thefirearmblog.com/blog/ | | 2 | | | |
| 11/18/15 | News | Gun Free Zone | Taurus Proposes Settlement | https://www.gunfreezone.net | | | | |
| 11/12/15 | News | AL.com | The One Where Taurus Sends Firearms Tech Back 40 years | https://www.al.com | | | | |
| 11/12/15 | News | Aboutlawsuits | Alabama man files lawsuit .... Class action lawsuit | https://wwwaboutlawsuits.com | 6 | | Alabama | |
| 11/10/15 | News | Before It's News | Taurus Trigger Lawuits Filed.....class action settlement | http://www.beforeitsnews.com | | US | | |
| 11/7/15 | News | RN-T.com | Lawsuit against Taurus surface following settlement | http://www.northwestgeorgianews.com/ | | US | Georgia | Canton |
| 11/6/15 | News | AL.com | Maker of gun being sued on Gaylesville, Ala., death | http://www.al.com/news/anniston-gadsc | 3 | US | New Jersey | Jersey City |
| 11/5/15 | Blog | Gadsden Times | Gaylesville's child's shooting death subject of lawsuit | http://www.gadsdentimes.com/article/2l | | US | | |
| 11/5/15 | News | Gadsden Times | Gaylesville family sues gunmaker over son's death | http://www.gadsdentimes.com/article/2l | | US | Alabama | Gadsden |
| 11/4/15 | News | RN-T.com | Gaylesville family sues gunmaker over son's death | http://www.northwestgeorgianews.com/ | | US | Georgia | Calhoun |
| 11/4/15 | News | RN-T.com | Lawsuit filed in shooting death of Gaylesville 11-year-old | http://www.northwestgeorgianews.com/ | | US | Georgia | Calhoun |
| 11/3/15 | News | Tutorial Finder | Lawsuit file in shooting death of Gaylesville 11-year-old | http://www.TutorialFinder.com/articles/\ | | US | | |
| 11/3/15 | Blog | Military Technologies News | Lawsuit Filed Against Taurus International In Shooting Death | http://www.military-technologies.net/20 | | US | | |
| 11/3/15 | News | PR Web via Yahoo! | Lawsuit Filed Against Taurus International In Shooting Death | http://news.yahoo.com/lawsuit-filed-aga | | US | | |
| 11/3/15 | News | PR Newswire | Lawsuit Filed Against Taurus International In Shooting Death | http://www.prnewswire.com/news-relea | 1 | US | | |
| 11/3/15 | News | Indianapolis Business Journal | Lawsuit Filed Against Taurus International In Shooting Death | http://finance.ibj.com/ibj/news/read?GU | | US | Indiana | Indianapolis |
| 11/3/15 | News | Reuters | Lawsuit Filed Against Taurus International In Shooting Death | http://www.reuters.com/article/2015/11 | | US | | |
| 11/3/15 | News | Individual.com | Lawsuit Filed Against Taurus International In Shooting | http://www.individual.com/storyrss.php? | | US | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/sea | | US | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/frar | | US | | |
| 11/3/15 | News | TickerTech.com | Lawsuit Filed Against Taurus International In Shooting Death | http://www.tickertech.com/cgi/?a=news: | | US | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/mar | | US | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/rcla | | US | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/cbs: | | US | California | West Sacto |

| Date | Type | Source | Title | URL | Num | Region | City |
|---|---|---|---|---|---|---|---|
| 11/3/15 | News | Industrial Info Financials | Lawsuit Filed Against Taurus International In Shooting Death | http://financialmarkets.industrialinfo.con | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/tam | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/san | | California | San Diego |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/cra | | | |
| 11/3/15 | News | World Net Daily | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.wnd.com/worldnetdaily/r | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/ceo | | | |
| 11/3/15 | News | Nasdaq | Lawsuit Filed Against Taurus International In Shooting Death | http://www.nasdaq.com/press-release/la | | | |
| 11/3/15 | News | Minyanville | Lawsuit Filed Against Taurus International In Shooting Death | http://finance.minyanville.com/minyanvil | | | |
| 11/3/15 | News | BioSpace | Lawsuit Filed Against Taurus International In Shooting Death | http://investor.biospace.com/biospace/n | | | |
| 11/3/15 | News | www.bloomberg.com | Lawsuit Filed Against Taurus International In Shooting Death | http://www.bloomberg.com/research/m | | | |
| 11/3/15 | News | InvestorPoint.com | Lawsuit Filed Against Taurus International In Shooting Death | http://www.investorpoint.com/news/MA | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/stoc | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/sale | | | |
| 11/3/15 | News | Marketplace | Lawsuit Filed Against Taurus International In Shooting Death | http://thenumbers.marketplace.org/publ | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/ask, | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/tow | | | |
| 11/3/15 | News | Financial Content | Lawsuit Filed Against Taurus International In Shooting Death | http://markets.financialcontent.com/relic | | | |
| 11/3/15 | News | MoneyShow.com | Lawsuit Filed Against Taurus International In Shooting Death | http://stocks.moneyshow.com/intershow | | | |
| 11/3/15 | News | Fat Pitch Financials | Lawsuit Filed Against Taurus International In Shooting Death | http://quotes.fatpitchfinancials.com/fatp | | | |
| 10/19/15 | Blog | Hip25ave | Coupon Round-Up (10/18/2015) Settleements Taurus | http://hip2save.com/2015/10/18/coupor | 1 | | |
| 10/18/15 | Blog | Hubsly | Ô Taurus Safety Defect Class Action Lawsuit Settlement | http://www.hubsly.com/www-tauruscart | 1 | | |
| 10/14/15 | Blog | Top Class Actions | Taurus Safety Defect Class Action Settlement | http://topclassactions.com/lawsuit-settle | 3 | | |
| 10/14/15 | News | Officer.com | Taurus Pistol Settlement Proposed in Class Action Lawsuit | http://www.officer.com/news/12126333, | 15 | | |
| 10/14/15 | News | PR Newswire | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.prnewswire.com/news-relea | | | |
| 10/14/15 | News | WSFX-TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wsfx.com/story/30258048/if | | N Carolina | Wilmington |
| 10/14/15 | News | WXTX Fox 54 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wxtx.com/story/30258048/i | | Georgia | Columbus |
| 10/14/15 | News | AZ-TV7 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.aztv.com/story/30258048/if- | | Arizona | Phoenix |
| 10/14/15 | News | WMCTV.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wmcactionnews5.com/story, | | Tennessee | Memphis |
| 10/14/15 | News | KLTV 7 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kltv.com/story/30258048/if- | | Texas | Tyler |
| 10/14/15 | News | GTN News | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.mygtn.tv/story/30258048/if- | | Florida | Gainesville |
| 10/14/15 | News | 19 Action News | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.cleveland19.com/story/3025 | | Ohio | Cleveland |
| 10/14/15 | News | WIS-TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wistv.com/story/30258048/i | | S Carolina | Columbia |
| 10/14/15 | News | WTOC TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wtoc.com/story/30258048/if | | Georgia | Savannah |
| 10/14/15 | News | Wave 3 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wave3.com/story/30258048, | | Kentucky | Louisville |
| 10/14/15 | News | Tucsonewsnow | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.tucsonnewsnow.com/story/: | | Arizona | Tucson |
| 10/14/15 | News | NBC12 Online | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.nbc12.com/story/30258048/ | | Virginia | Richmond |
| 10/14/15 | News | 3 WRCB-TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wrcbtv.com/story/30258048 | | Tennessee | ookout Mountai |
| 10/14/15 | News | KCEN HD | in a Class Action Lawsuit that Alleges Safety Defects | http://www.kcentv.com/story/30258048, | | Texas | Temple |
| 10/14/15 | News | MyFoxTallahassee.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.myfoxtallahassee.com/story | | Florida | Midway |
| 10/14/15 | News | WAFB | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wafb.com/story/30258048/il | | Louisiana | Baton Rouge |
| 10/14/15 | News | TheStreet.com | If You Own A Taurus Pistol A Settlement Has Been Proposed | http://www.thestreet.com/story/133236 | | | |

Note: "US" appears in an unlabeled country column for all rows.

| Date | Type | Source | Headline | URL | Country | State | City |
|---|---|---|---|---|---|---|---|
| 10/14/15 | News | KSTC-TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://lifestyle.kstc45.com/story/302580- | US | Minnesota | Saint Paul |
| 10/14/15 | News | News 9 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.news9.com/story/30258048, | US | Oklahoma | Oklahoma City |
| 10/14/15 | News | Reuters | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.reuters.com/article/2015/10 | US | | |
| 10/14/15 | News | Kmph-kfre | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kmph-kfre.com/story/30258 | US | California | Fresno |
| 10/14/15 | News | WECT TV-6 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wect.com/story/30258048/if | US | N Carolina | Wilmington |
| 10/14/15 | News | KXXV-TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kxxv.com/story/30258048/if | US | Texas | Waco |
| 10/14/15 | News | Yahoo! Finance | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://finance.yahoo.com/news/own-tau | US | | |
| 10/14/15 | News | WAFF | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.waff.com/story/30258048/if | US | Alabama | Huntsville |
| 10/14/15 | News | WVNS | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wvnstv.com/story/30258048 | US | West VA | Ghent |
| 10/14/15 | News | KFMB-TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.cbs8.com/story/30258048/if | US | California | San Diego |
| 10/14/15 | News | WBOY | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wboy.com/story/30258048/i | US | West VA | Clarksburg |
| 10/14/15 | News | Wdrb | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wdrb.com/story/30258048/i | US | Kentucky | Louisville |
| 10/14/15 | News | KNDO KNDU | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.nbcrightnow.com/story/302 | US | Washington | Yakima |
| 10/14/15 | News | Fox 19 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.fox19.com/story/30258048/i | US | Ohio | Cincinnati |
| 10/14/15 | News | KPLC TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kplctv.com/story/30258048/ | US | Louisiana | Lake Charles |
| 10/14/15 | News | 35 WSEE | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.erienewsnow.com/story/302 | US | Pennsylvania | Erie |
| 10/14/15 | News | KOTV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.newson6.com/story/302580 | US | Oklahoma | Tulsa |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/stoc | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/fran | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/rcfa | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/sann | US | California | San Diego |
| 10/14/15 | News | Channel 8 Eyewitness News | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kikntv.com/story/30258048/ | US | Nebraska | Lincoln |
| 10/14/15 | News | WDAM-TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wdam.com/story/30258048/ | US | Mississippi | Hattiesburg |
| 10/14/15 | News | WLOX | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wlox.com/story/30258048/if | US | Mississippi | Biloxi |
| 10/14/15 | News | Individual.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.individual.com/storyrss.php? | US | | |
| 10/14/15 | News | KMEG 14 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.siouxlandnews.com/story/3C | US | Iowa | Sioux City |
| 10/14/15 | News | KiiiTV3.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kiiitv.com/story/30258048/I | US | Texas | Corpus Christi |
| 10/14/15 | News | Live 5 WCSC | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.live5news.com/story/30258 | US | South Carolina | Charleston |
| 10/14/15 | News | KTRE | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.KTRE.com/story/30258048/i | US | Texas | Lufkin |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/sale | US | | |
| 10/14/15 | News | Industrial Info Financials | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://financialmarkets.industrialinfo.con | US | | |
| 10/14/15 | News | KRHD TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.abc40.com/story/30258048/ | US | Texas | Bryan |
| 10/14/15 | News | Indianapolis Business Journal | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://finance.ibj.com/ibj/news/read?GU | US | Indiana | Indianapolis |
| 10/14/15 | News | WLBT | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.msnewsnow.com/story/3025 | US | Mississippi | Jackson |
| 10/14/15 | News | KSLA | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.ksla.com/story/30258048/if- | US | Louisiana | Shreveport |
| 10/14/15 | News | KHNL News 8 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.hawaiinewsnow.com/story/: | US | Hawaii | Honolulu |
| 10/14/15 | News | Pettinga Financial Advisors | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.pettinga.com/extendinter | US | | |
| 10/14/15 | News | KHQ Right Now | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.khq.com/story/30258048/if- | US | Washington | Spokane |
| 10/14/15 | News | NewsChannel6Now | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.newschannel6now.com/stor | US | Texas | Wichita Falls |
| 10/14/15 | News | Virtualization Conference & Expi | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.virtualizationconference.con | US | | |
| 10/14/15 | News | FOX 14 TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.fox14tv.com/story/30258041 | US | Kansas | Pittsburg |

| Date | Category | Name | Message | URL | Country | State | City |
|---|---|---|---|---|---|---|---|
| 10/14/15 | News | KXNet.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kxnet.com/story/30258048/i | US | N Dakota | Regent |
| 10/14/15 | News | KUSI.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kusi.com/story/30258048/if- | US | California | San Diego |
| 10/14/15 | News | KFVS12 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kfvs12.com/story/30258048, | US | Missouri | Cape Girardeau |
| 10/14/15 | News | KTVN | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.ktvn.com/story/30258048/if | US | Nevada | Reno |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/ask, | US | | |
| 10/14/15 | News | World Net Daily | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.wnd.com/worldnetdaily/r | US | | |
| 10/14/15 | News | CW Richmond WUPV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.cwrichmond.tv/story/30258 | US | Virginia | Richmond |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/tam | US | | |
| 10/14/15 | News | Wallstreetselect | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://investor.wallstreetselect.com/wss, | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/tow | US | | |
| 10/14/15 | News | Kuam News 8 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kuam.com/story/30258048/i | Guam | Guam | Dededo |
| 10/14/15 | News | Nebraska TV | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.nebraska.tv/story/30258048 | US | Nebraska | Kearney |
| 10/14/15 | News | WTVM | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wtvm.com/story/30258048/ | US | Georgia | Columbus |
| 10/14/15 | News | BLOOM | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.bloomberg.com/research/m | US | | |
| 10/14/15 | News | BioSpace | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://investor.biospace.com/biospace/n | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/reli | US | | |
| 10/14/15 | News | MoneyShow.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://stocks.moneyshow.com/intershow | US | | |
| 10/14/15 | News | Stock Nod | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://quotes.stocknod.com/stocknod/ne | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/amt | US | | |
| 10/14/15 | News | Marketplace | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://thenumbers.marketplace.org/publ | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/mar | US | | |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/sea | US | | |
| 10/14/15 | News | Minyanville | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://finance.minyanville.com/minyanvi | US | | |
| 10/14/15 | News | Fox 8 WVUE New Orleans | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.fox8live.com/story/3025804 | US | Louisiana | New Orleans |
| 10/14/15 | News | WFLX Fox 29 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wflx.com/story/30258048/if- | US | Florida | West Palm Beach |
| 10/14/15 | News | WLTZ 38 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wltz.com/story/30258048/if- | US | Georgia | Columbus |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/cra\ | US | | |
| 10/14/15 | News | KSWO | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kswo.com/story/30258048/i | US | Oklahoma | Lawton |
| 10/14/15 | News | WBOC TV 16 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wboc.com/story/30258048/i | US | Maryland | Salisbury |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/cbs | US | California | West Sacramento |
| 10/14/15 | News | WMBF | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wmbfnews.com/story/30258 | US | South Carolina | Myrtle Beach |
| 10/14/15 | News | InvestorPoint.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.investorpoint.com/news/NA | US | | |
| 10/14/15 | News | Fat Pitch Financials | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://quotes.fatpitchfinancials.com/fatp | US | | |
| 10/14/15 | News | WTRF | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wtrf.com/story/30258048/if- | US | West Virginia | Wheeling |
| 10/14/15 | News | KYTX CBS 19 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.cbs19.tv/story/30258048/if-\ | US | Texas | Tyler |
| 10/14/15 | News | Financial Content | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://markets.financialcontent.com/ceo | US | | |
| 10/14/15 | News | WSFA | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.wsfa.com/story/30258048/if | US | Alabama | Montgomery |
| 10/14/15 | News | Newschannel10 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.newschannel10.com/story/3 | US | Texas | Amarillo |
| 10/14/15 | News | KGBD | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.KCBD.com/story/30258048/i | US | Texas | Lubbock |
| 10/14/15 | News | TickerTech.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.tickertech.com/cgi/?a=news | US | | |
| 10/14/15 | News | WALB 10 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.walb.com/story/30258048/if | US | Georgia | Albany |

| Date | Type | Source | Title | URL | # | Country | State | City |
|---|---|---|---|---|---|---|---|---|
| 10/14/15 | News | ABC News 4 Charleston | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.abcnews4.com/story/30258 | | US | South Carolina | Mount Pleasant |
| 10/14/15 | News | Kait 8 | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kait8.com/story/30258048/i | | US | Arkansas | Jonesboro |
| 10/14/15 | News | KTEN.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.kten.com/story/30258048/if | | US | Texas | Denison |
| 10/14/15 | News | InvestorPoint.com | If You Own a Taurus Pistol A Settlement Has Been Proposed | http://www.investorpoint.com/news/MA | | US | | |
| 10/14/15 | News | The Shooter's Log | Taurus Settlement Details Released | http://blog.cheaperthandirt.com/taurus-s | 240 | US | | |
| 8/20/15 | Blog | The Silicon Graybeard | Any Other Taurus Millennium Owners Here? | | | US | | |
| 8/12/15 | News | Big News Net | A Class Action Against Taurus | | | US | | |
| 8/12/15 | News | Examiner.com | Taurus settlement could affect as many as 100,000 | http://www.statejournal.com/story/2972 | 1 | US | | |
| 8/8/15 | News | State Journal | Proposed settlement negotiated in faulty pistol design class actic | http://www.guns.com/2015/08/07/idahc | | US | West VA | Charleston |
| 8/7/15 | News | Guns.com | Idaho man suffered injury due to defect in Remington R51, lawsu | http://www.guns.com/2015/08/04/formi | 1363 | US | | |
| 8/4/15 | News | Guns.com | Former Taurus CEO lands new home with ammo company | http://ballseyesboomers.blogspot.com/2 | 312 | US | | |

| Date | Type | Source | Title | URL | Country | State | City |
|---|---|---|---|---|---|---|---|
| 8/3/15 | Blog | BALLSEYE'S BOOMERS | Taurus Recall Alert | http://760kfmb.com/story/29682009/set | US | | |
| 8/3/15 | News | 760kfmb.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://bustednuckles.blogspot.com/2015 | US | | |
| 8/3/15 | Blog | The Vulgar Curmudgeon | Taurus To Recall Almost One Million Pistols | http://www.760kfmb.com/story/296820( | US | | |
| 8/2/15 | News | 760kfmb.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | | US | | |
| 8/1/15 | Broadcast | KOB-ABQ (NBC) | Eyewitness News 4 @ 6:30 | http://www.newschannel10.com/story/2 | US | New Mexico | Albuquerque |
| 8/1/15 | News | News Channel 10 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.foxnebraska.com/story/2968 | US | | |
| 8/1/15 | News | Fox Nebraska KFXL | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.sandiegojack.com/story/296 | US | | |
| 8/1/15 | News | 100.7 Jack FM | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.fox21delmarva.com/story/2! | US | | |
| 8/1/15 | News | www.fox21delmarva.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | https://mashbang.wordpress.com/2015/( | US | | |
| 8/1/15 | Blog | Bangers and Mash | Taurus Class Action Lawsuit Settlement | | US | | |
| 8/1/15 | Broadcast | KOB-ABQ (NBC) | Eyewitness News 4 Weekend | http://www.tulsacw.com/story/2968200( | US | New Mexico | Albuquerque |
| 8/1/15 | News | Tulsa CW | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.cw15kwo.com/story/29682( | US | | |
| 8/1/15 | News | The CW15 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.myfoxmaine.com/story/2968 | US | | |
| 8/1/15 | News | Fox 23 Maine | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.KOB.com/article/stories/538 | US | | |
| 8/1/15 | News | KOBTV New Mexico's NBC | New Taurus model pistols recalled for causing fatal misfires | http://www.guns.com/2015/07/31/claim | US | New Mexico | Albuquerque |
| 8/1/15 | News | Guns.com | Claims in Taurus settlement to be collected in August | | US | | |
| 8/1/15 | Broadcast | KOB-ABQ (NBC) | Last Call With Carson Daly | | US | New Mexico | Albuquerque |
| 7/31/15 | Broadcast | KOB-ABQ (NBC) | Eyewitness News 4 @ 10 | http://www.trading-house.net/news/inte | US | New Mexico | Albuquerque |
| 7/31/15 | Broadcast | Trading-House | Settlement in Taurus Pistol Case Granted | http://www.ibtimes.com/press-release/2 | Germany | | |
| 7/31/15 | News | International Business Times | Settlement in Taurus Pistol Case Granted | http://www.tdtre.com/story/29682009/se | US | | |
| 7/31/15 | News | KTRE | Settlement in Taurus Pistol Case Granted | http://www.wave3.com/story/29682009, | US | Texas | Lufkin |
| 7/31/15 | News | Wave 3 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.abc40.com/story/29682009/ | US | Kentucky | Louisville |
| 7/31/15 | News | KRHD TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wafb.com/story/29682009/s | US | Texas | Bryan |
| 7/31/15 | News | WAFB | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kmph-kfre.com/story/29682 | US | Louisiana | Baton Rouge |
| 7/31/15 | News | KMPH Fox 26 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.TutorialFinder.com/articles/ | US | California | Fresno |
| 7/31/15 | News | Tutorial Finder | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kfvs12.com/story/29682009, | US | | |
| 7/31/15 | News | KFVS12 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wsfx.com/story/29682009/sa | US | Missouri | Cape Girardeau |
| 7/31/15 | News | WSFX-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.reviewseeker.com/articles/v | US | North Carolina | Wilmington |
| 7/31/15 | News | Review Seeker | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kuam.com/story/29682009/: | US | | |
| 7/31/15 | News | Kuam News 8 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.siouxlandnews.com/story/2! | Guam | Guam | Dededo |
| 7/31/15 | News | KMEG 14 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.nbc12.com/story/29682009/ | US | Iowa | Sioux City |
| 7/31/15 | News | NBC12 Online | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wxtx.com/story/29682009/s- | US | Virginia | Richmond |
| 7/31/15 | News | WXTX Fox 54 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kiiitv.com/story/29682009/s | US | Georgia | Columbus |
| 7/31/15 | News | KiiiTV3.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.nbcrightnow.com/story/2961 | US | Texas | Corpus Christi |
| 7/31/15 | News | KNDO KNDU | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.toledonewsnow.com/story/2 | US | Washington | Yakima |
| 7/31/15 | News | Fox Toledo | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kusi.com/story/29682009/se | US | Ohio | Toledo |
| 7/31/15 | News | KUSI.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://news.yahoo.com/settlement-taur | US | California | San Diego |
| 7/31/15 | News | Yahoo! News | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wlox.com/story/29682009/s | US | | |
| 7/31/15 | News | WLOX | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wect.com/story/29682( | US | Mississippi | Biloxi |
| 7/31/15 | News | WECT TV-6 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.abcnews4.com/story/29682( | US | North Carolina | Wilmington |
| 7/31/15 | News | ABC News 4 Charleston | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.fox24tv.com/story/29682005 | US | South Carolina | Mount Pleasant |

567

| Date | Type | Outlet | Description | URL | | Country | State | City |
|---|---|---|---|---|---|---|---|---|
| 7/31/15 | News | FOX 14 TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wmcactionnews5.com/story, | | US | Kansas | Pittsburg |
| 7/31/15 | News | WMCTV.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.walb.com/story/29682009/s | | US | Tennessee | Memphis |
| 7/31/15 | News | WALB 10 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wvnstv.com/story/29682009 | | US | Georgia | Albany |
| 7/31/15 | News | WVNS | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wdam.com/story/29682009/ | | US | West Virginia | Ghent |
| 7/31/15 | News | WDAM-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wsfa.com/story/29682009/s | | US | Mississippi | Hattiesburg |
| 7/31/15 | News | WSFA | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.prnewswire.com/news-relea | | US | Alabama | Montgomery |
| 7/31/15 | News | PR Newswire | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.ksla.com/story/29682009/se | 1 | US | | |
| 7/31/15 | News | KSLA | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.ktul.com/story/29682009/se | | US | Louisiana | Shreveport |
| 7/31/15 | News | KTUL | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.newswest9.com/story/2968; | | US | Oklahoma | Tulsa |
| 7/31/15 | News | KWES NewsWest 9 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.12newsnow.com/story/2968 | | US | Texas | Midland |
| 7/31/15 | News | 12 News Now | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://lifestyle.kstc45.com/story/296820( | | US | Texas | Beaumont |
| 7/31/15 | News | KSTC-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kcentv.com/story/29682009, | | US | Minnesota | Saint Paul |
| 7/31/15 | News | KCEN HD | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.hawaiinewsnow.com/story/; | | US | Texas | Temple |
| 7/31/15 | News | Hawaii News Now | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.cwrichmond.tv/story/29682( | | US | Hawaii | Honolulu |
| 7/31/15 | News | CW Richmond WUPV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kplctv.com/story/29682009/ | | US | Virginia | Richmond |
| 7/31/15 | News | KPLC TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.konet.com/story/29682009/; | | US | Louisiana | Lake Charles |
| 7/31/15 | News | KXNet.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wrcbtv.com/story/29682009 | | US | North Dakota | Regent |
| 7/31/15 | News | 3 WRCB-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.live5news.com/story/29682( | | US | Tennessee | ookout Mountai |
| 7/31/15 | News | Live 5 WCSC | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.msnewsnow.com/story/296( | | US | South Carolina | Charleston |
| 7/31/15 | News | WLBT | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wtvm.com/story/29682009/se | | US | Mississippi | Jackson |
| 7/31/15 | News | KLTV 7 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kait8.com/story/29682009/s | | US | Texas | Tyler |
| 7/31/15 | News | WTVM | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.19actionnews.com/story/29( | | US | Georgia | Columbus |
| 7/31/15 | News | Kait 8 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.klkntv.com/story/29682009/ | | US | Arkansas | Jonesboro |
| 7/31/15 | News | 19 Action News | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.14news.com/story/29682000 | | US | Ohio | Cleveland |
| 7/31/15 | News | Channel 8 Eyewitness News | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wset.com/story/29682009/s | | US | Nebraska | Lincoln |
| 7/31/15 | News | 14 WFIE | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.koxv.com/story/29682009/se | | US | Indiana | Evansville |
| 7/31/15 | News | WSET | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.myfoxtallahassee.com/story | | US | Virginia | Lynchburg |
| 7/31/15 | News | KXXV-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wfmj.com/story/29682009/s | | US | Texas | Waco |
| 7/31/15 | News | MyFoxTallahassee.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.khq.com/story/29682009/se | | US | Florida | Midway |
| 7/31/15 | News | WFMJ 21 - TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wboc.com/story/29682009/ | | US | Ohio | Youngstown |
| 7/31/15 | News | KHQ Right Now | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.cbs19.tv/story/29682009/set | | US | Washington | Spokane |
| 7/31/15 | News | WBOC TV 16 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wmbfnews.com/story/29682 | | US | Maryland | Salisbury |
| 7/31/15 | News | KYTX CBS 19 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.mlive.com/prnewswire/inde: | | US | Texas | Tyler |
| 7/31/15 | News | WMBF | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kswo.com/story/29682009/s | | US | South Carolina | Myrtle Beach |
| 7/31/15 | News | Michigan Live | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wtrf.com/story/29682009/st | | US | Michigan | Detroit |
| 7/31/15 | News | KSWO | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.nebraska.tv/story/29682009 | | US | Oklahoma | Lawton |
| 7/31/15 | News | WTRF | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wboy.com/story/29682009/; | | US | West Virginia | Wheeling |
| 7/31/15 | News | Nebraska TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kcbd.com/story/29682009/se | | US | Nebraska | Kearney |
| 7/31/15 | News | WBOY | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wflx.com/story/29682009/se | | US | West Virginia | Clarksburg |
| 7/31/15 | News | KCBD | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.TucsonNewsNow.com/story | | US | Texas | Lubbock |
| 7/31/15 | News | WFLX Fox 29 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | | | US | Florida | West Palm Beach |

| Date | Type | Source | Description | URL | Country | State | City |
|---|---|---|---|---|---|---|---|
| 7/31/15 | News | KOLD-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wltx.com/story/29682009/se | US | Arizona | Tucson |
| 7/31/15 | News | WLTZ 38 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.reuters.com/article/2015/07 | US | Georgia | Columbus |
| 7/31/15 | News | Reuters | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.newson6.com/story/296820 | US |  |  |
| 7/31/15 | News | KOTV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wtoc.com/story/29682009/s | US | Oklahoma | Tulsa |
| 7/31/15 | News | WTOC TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.ktvn.com/story/29682009/st | US | Georgia | Savannah |
| 7/31/15 | News | KTVN | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.mygtn.tv/story/29682009/se | US | Nevada | Reno |
| 7/31/15 | News | GTN News | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.aztv.com/story/29682009/se | US | Florida | Gainesville |
| 7/31/15 | News | AZ-TV7 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wandtv.com/story/29682005 | US | Arizona | Phoenix |
| 7/31/15 | News | WAND TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.abc3340.com/story/296820C | US | Illinois | Decatur |
| 7/31/15 | News | ABC 3340 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/stoc | US | Alabama | Birmingham |
| 7/31/15 | News | Financial Content | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.kten.com/story/29682009/s | US | Texas | Denison |
| 7/31/15 | News | KTEN.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/sani | US | California | San Diego |
| 7/31/15 | News | U-T San Diego | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://investor.biospace.com/biospace/n | US |  |  |
| 7/31/15 | News | BioSpace | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.erietvnews.com/story/29682 | US |  |  |
| 7/31/15 | News | 3S WSEE | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/relic | US | Pennsylvania | Erie |
| 7/31/15 | News | Reliance Trust | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/stoc | US |  |  |
| 7/31/15 | News | Financial Content | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/sea | US |  |  |
| 7/31/15 | News | SearchBug | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.wnd.com/worldnetdaily/r | US |  |  |
| 7/31/15 | News | WorldNetDaily | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://quotes.fatpitchfinancials.com/fatp | US |  |  |
| 7/31/15 | News | Fat Pitch Financials | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://thenumbers.marketplace.org/publi | US |  |  |
| 7/31/15 | News | Marketplace | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://optistock.visionmonday.com/vision | US |  |  |
| 7/31/15 | News | Vision Monday | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://stocks.moneyshow.com/intershow | US |  |  |
| 7/31/15 | News | MoneyShow.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.newschannel6now.com/stor | US |  |  |
| 7/31/15 | News | KAUZ | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.nasdaq.com/press-release/ta | US | Texas | Wichita Falls |
| 7/31/15 | News | Nasdaq | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.fox19.com/story/29682009/ | US |  |  |
| 7/31/15 | News | Fox 19 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.individual.com/storyrss.php? | US | Ohio | Cincinnati |
| 7/31/15 | News | Individual.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/mar | US |  |  |
| 7/31/15 | News | Market Pulse Navigator | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/tow | US |  |  |
| 7/31/15 | News | Town Hall | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/ask, | US |  |  |
| 7/31/15 | News | Ask.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/ceo | US |  |  |
| 7/31/15 | News | CEOWorld Magazine | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://financialmarkets.industrialinfo.con | US |  |  |
| 7/31/15 | News | Industrial Info Financials | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/cbsi | US |  |  |
| 7/31/15 | News | Good Day Sacramento | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wdrb.com/story/29682009/s | US | California | West Sacramento |
| 7/31/15 | News | Fox41.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://finance.minyanville.com/minyanvi | US | Kentucky | Louisville |
| 7/31/15 | News | Minyanville | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://quotes.stocknod.com/stocknod/ne | US |  |  |
| 7/31/15 | News | Stock Nod | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://finance.ibj.com/ibj/news/read?GU | US |  |  |
| 7/31/15 | News | Indianapolis Business Journal | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.cbs8.com/story/29682009/s | US | Indiana | Indianapolis |
| 7/31/15 | News | KFMB-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.tickertech.com/cgi/?a=newsi | US | California | San Diego |
| 7/31/15 | News | TickerTech.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.pettinga.com/extendinter | US |  |  |
| 7/31/15 | News | Pettinga Financial Advisors | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://investor.wallstreetselect.com/wss, | US |  |  |
| 7/31/15 | News | Wall Street Select | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/crav | US |  |  |

| Date | Type | Source | Headline | URL | | Country | State | City |
|------|------|--------|----------|-----|---|---------|-------|------|
| 7/31/15 | News | Crawford Financial Planning | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.bloomberg.com/research/m | | US | | |
| 7/31/15 | News | Bloomberg | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/tam | | US | | |
| 7/31/15 | News | Tamar Securities | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.statejournal.com/story/2968 | | US | | |
| 7/31/15 | News | State Journal | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/fran | | US | West Virginia | Charleston |
| 7/31/15 | News | Franklin Credit Management Co | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/aml | | US | | |
| 7/31/15 | News | A.M. Best | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.abc6.com/story/29682009/s | | US | | |
| 7/31/15 | News | ABCG.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.thestreet.com/story/132402 | | US | Rhode Island | Providence |
| 7/31/15 | News | TheStreet.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.katv.com/story/29682009/se | | US | | |
| 7/31/15 | News | KATV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.news9.com/story/29682009, | | US | Arkansas | Little Rock |
| 7/31/15 | News | News 9 | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/sale | | US | Oklahoma | Oklahoma City |
| 7/31/15 | News | Wall Street Business Network | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.k5thehometeam.com/story/ | | US | | |
| 7/31/15 | News | KFVE | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://markets.financialcontent.com/rcla | | US | Hawaii | Honolulu |
| 7/31/15 | News | RCL Advisors | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.wistv.com/story/29682009/s | | US | | |
| 7/31/15 | News | WIS-TV | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.4-traders.com/news/Settlem | | US | South Carolina | Columbia |
| 7/31/15 | News | 4 Traders | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.investorpoint.com/news/MA | | France | | |
| 7/31/15 | News | InvestorPoint.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.investorpoint.com/news/COI | | US | | |
| 7/31/15 | News | InvestorPoint.com | Settlement in Taurus Pistol Case Granted Preliminary Approval, | http://www.al.com/news/birmingham/in | | Germany | Alabama | Birmingham |
| 7/31/15 | News | AL.com | Taurus agrees to voluntary recall of nearly 1 million pistols | http://www.beaufortobserver.net/Article | | US | | |
| 7/30/15 | News | Beaufort Observer.net | Taurus settlement on nine semi-automatic pistols | http://www.courthousenews.com/2015/l | | US | | |
| 7/29/15 | News | Courthouse News Service | Gun Maker to Pay $30M to Settle Class Action | http://www.guns.com/2015/07/29/settle | | US | | |
| 7/29/15 | News | Guns.com | Settlement could cost Taurus $30 million | http://sipseystreetirregulars.blogspot.cor | 1433 | US | | |
| 7/29/15 | Blog | Sipsey Street Irregulars | ATTN: Taurus Owners. | http://www.thefirearmblog.com/blog/20 | 1 | | | |
| 7/28/15 | Blog | The Firearm Blog | Taurus Settles Defective Handgun Class-Action for $39 Million | http://gunfreezone.net/wordpress/index | 5 | US | | |
| 7/28/15 | Blog | Gun Free Zone | Taurus just got an expensive lesson on Quality Control. | | 6 | US | | |
| 7/27/15 | Broadcast | KETK (NBC) | KETK News at 10 | http://www.ammoland.com/post-stema | | US | Texas | Jacksonville |
| 7/20/15 | News | Ammoland | | http://www.ammoland.com/attachment- | | US | | |
| 7/18/15 | News | Ammoland | | | | US | | |