# EXHIBIT E

Plaintiff's Motion for Final Approval of Class Action Settlement and Incorporated Memorandum of Law



# TAURUS TITANIUM

**Setting the Standard for Firearms Technology with the New Millennium**

2000 Product Catalog & Retail Price List

TIMI001447

# TAURUS

## MILLENNIUM



*Double Action Only with Manual Safety*

**PT111SS**
Matte Stainless Steel Slide
Black Polymer Frame
9mm, 10+1 Capacity

*PT111B*

# MILLENNIUM... 10+1 CAPACITY IN AN ULTRA-COMPACT SIZE!

The affordable compact polymer frame you can trust with your life. A mere 18.7 ounces to carry. Ten rounds in the magazine, one in the chamber, and the lightweight frame makes this lifesaver a must for law enforcement and anyone concerned about personal safety. The double action only Taurus Millennium™ is available with either a blue or stainless steel slide.

## 3-POSITION SAFETY IS A TAURUS INNOVATION.


*Fig. 1*

*Try the ambidextrous Three-Position Safety on any Taurus pistol capable of firing in both single action and double action. It's easily operated and provided at no additional charge. Depress with your thumb (Fig. 1) and safely drop the hammer to de-cock the pistol. The safety returns to the OFF position, ready for double action shooting. Push the safety up (Fig. 2) and your cocked pistol is safe to carry in the single action mode. When applied to a de-cocked pistol, safety is ON and the first shot is double action.*


*Fig. 2*

## TAURUS RELIABILITY IN A POLYMER FRAME.

*Double Action Only with Manual Safety*

*PT138SS*



**PT138B**
Blue Steel Slide
Black Polymer Frame
.380 Auto, 10+1 Capacity

Another comfort to carry and have by your side. This .380 version of the Taurus Millennium™ fits well to the hand and weighs little more than a pound. The no-nonsense combat sights, tough construction and natural durability are derived from the original Taurus Millennium™ so popular for self-defense. Taurus celebrates more than half a century of manufacturing with this superbly engineered pistol built to perform well into the next century.

| MODEL | CALIBER | FINISH | ACTION | SHOTS | BARREL | SIGHTS | LENGTH | FEATURES | GRIPS | WEIGHT | M.S.R.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111B3 | 9mm | Blue Steel Slide, Black Polymer Frame | Double Action Only | 10 + 1 | 3.25" Barrel | 3-Dot Fixed | 6-1/8" | Manual Safety | Checkered | 18.7 oz. | $367.00 |
| 111SS3 | 9mm | Matte Stainless Steel Slide, Black Polymer Frame | Double Action Only | 10 + 1 | 3.25" Barrel | 3-Dot Fixed | 6-1/8" | Manual Safety | Checkered | 18.7 oz. | $383.00 |
| 138B3 | .380 | Blue Steel Slide, Black Polymer Frame | Double Action Only | 10 + 1 | 3.25" Barrel | 3-Dot Fixed | 6-1/8" | Manual Safety | Checkered | 18.7 oz. | $367.00 |
| 138SS3 | .380 | Matte Stainless Steel Slide, Black Polymer Frame | Double Action Only | 10 + 1 | 3.25" Barrel | 3-Dot Fixed | 6-1/8" | Manual Safety | Checkered | 18.7 oz. | $383.00 |

TIMI001469