# EXHIBIT  F

Plaintiff's Motion for Final Approval of Class Action
Settlement and Incorporated Memorandum of Law



TAURUS ®

PT 24/7 PRO
CAL .40
MADE IN BRAZIL

TAURUS INT. MFG.-MIAMI, FL.-USA

2006 CATALOG

# Taurus 24/7 Pro™



*Indexed Memory Pads along the grip frame provide an automatic finger locator for safe firearm handling as well as an aid to quick and accurate aim when using a traditional two-handed grip.*



Figure 1   Figure 2

*The 24/7 PRO trigger system solves the double action/single action dilemma once and for all. Figure 1 shows the trigger at full rest when a round is chambered. The trigger will travel freely to a single action short crisp pull. The firearm will have a short reset (Figure 2) for continual single action pull. If the round misfires then release the trigger and it will reset the trigger automatically (Figure 1) for a secondary strike capability.*



*The 24/7 Pro has the genuine Heinie 2-dot 'Straight Eight' sight system as standard equipment on all models.*

| MODEL | CALIBER | FINISH | CAPACITY | BARREL | SIGHTS | O.A.L. | GRIPS | WEIGHT | M.S.R.P. | UPC |
|---|---|---|---|---|---|---|---|---|---|---|
| 24/7-9BP-17 | 9mm | Blue Steel | 17+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 503 | 7-25327-60195-1 |
| 24/7-9BP-10 | 9mm | Blue Steel | 10+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 503 | 7-25327-60193-7 |
| 24/7-9SSP-17 | 9mm | Stainless Steel | 17+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 520 | 7-25327-60196-8 |
| 24/7-9SSP-10 | 9mm | Stainless Steel | 10+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 520 | 7-25327-60194-4 |
| 24/7-9SSi-17 | 9mm | Titanium | 17+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 617 | 7-25327-60252-1 |
| 24/7-9SSi-10 | 9mm | Titanium | 10+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 617 | 7-25327-60251-4 |
| 24/7-40BP-15 | .40 Cal. | Blue Steel | 15+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 503 | 7-25327-60199-9 |
| 24/7-40BP-10 | .40 Cal. | Blue Steel | 10+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 503 | 7-25327-60197-5 |
| 24/7-40SSP-15 | .40 Cal. | Stainless Steel | 15+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 520 | 7-25327-60200-2 |
| 24/7-40SSP-10 | .40 Cal. | Stainless Steel | 10+1 | 4" | 2-dot | 7-1/8" | Ribber Overmold | 27.2 oz | $ 520 | 7-25327-60198-2 |
| 24/7-45BP-12 | .45 ACP | Blue Steel | 12+1 | 4" | 2-dot | 7-1/8" | Ribber Grip | 27.2 oz | $ 503 | 7-25327-60203-3 |
| 24/7-45BP-10 | .45 ACP | Blue Steel | 10+1 | 4" | 2-dot | 7-1/8" | Ribber Grip | 27.2 oz | $ 503 | 7-25327-60201-9 |
| 24/7-45SSP-12 | .45 ACP | Stainless Steel | 12+1 | 4" | 2-dot | 7-1/8" | Ribber Grip | 27.2 oz | $ 520 | 7-25327-60204-0 |
| 24/7-45SSP-10 | .45 ACP | Stainless Steel | 10+1 | 4" | 2-dot | 7-1/8" | Ribber Grip | 27.2 oz | $ 520 | 7-25327-60202-6 |
| 24/7-9BC-17 | 9mm | Blue Steel | 17+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 503 | 7-25327-60255-2 |
| 24/7-9BC-10 | 9mm | Blue Steel | 10+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 503 | 7-25327-60253-8 |
| 24/7-9SSC-17 | 9mm | Stainless Steel | 17+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 520 | 7-25327-60256-9 |
| 24/7-9SSC-10 | 9mm | Stainless Steel | 10+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 520 | 7-25327-60254-5 |
| 24/7-9SSCTI-17 | 9mm | Titanium | 17+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 617 | 7-25327-60258-3 |
| 24/7-9SSCTI-10 | 9mm | Titanium | 10+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 617 | 7-25327-60257-6 |
| 24/7-40BC-15 | .40 Cal. | Blue Steel | 15+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 503 | 7-25327-60261-3 |
| 24/7-40BC-10 | .40 Cal. | Blue Steel | 10+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 503 | 7-25327-60259-0 |
| 24/7-40SSC-15 | .40 Cal. | Stainless Steel | 15+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 520 | 7-25327-60260-6 |
| 24/7-40SSC-10 | .40 Cal. | Stainless Steel | 10+1 | 3.3" | 2-dot | 6-3/8" | Ribber Overmold | 25.4 oz | $ 520 | 7-25327-60260-6 |
| 24/7-45BC-12 | .45 ACP | Blue Steel | 12+1 | 3.3" | 2-dot | 6-3/8" | Ribber Grip | 25.4 oz | $ 503 | 7-25327-60265-1 |
| 24/7-45BC-10 | .45 ACP | Blue Steel | 10+1 | 3.3" | 2-dot | 6-3/8" | Ribber Grip | 25.4 oz | $ 503 | 7-25327-60259-0 |
| 24/7-45SSC-12 | .45 ACP | Stainless Steel | 12+1 | 3.3" | 2-dot | 6-3/8" | Ribber Grip | 25.4 oz | $ 520 | 7-25327-60266-8 |
| 24/7-45SSC-10 | .45 ACP | Stainless Steel | 10+1 | 3.3" | 2-dot | 6-3/8" | Ribber Grip | 25.4 oz | $ 520 | 7-25327-60264-4 |
| 24/7PLS-9B-17 | 9mm | Blue Steel | 17+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 503 | 7-25327-60128-8 |
| 24/7PLS-9B-10 | 9mm | Blue Steel | 10+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 503 | 7-25327-60137-1 |
| 24/7PLS-9SS-17 | 9mm | Stainless Steel | 17+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 520 | 7-25327-60140-1 |
| 24/7PLS-9SS-10 | 9mm | Stainless Steel | 10+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 520 | 7-25327-60134-5 |
| 24/7PLS-40B-15 | .40 Cal. | Blue Steel | 15+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 503 | 7-25327-60107-4 |
| 24/7PLS-40B-10 | .40 Cal. | Blue Steel | 10+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 503 | 7-25327-60106-7 |
| 24/7PLS-40SS-15 | .40 Cal. | Stainless Steel | 15+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 520 | 7-25327-60109-8 |
| 24/7PLS-40SS-10 | .40 Cal. | Stainless Steel | 10+1 | 5" | 2-dot | 8-1/8" | Ribber Overmold | 29.1 oz | $ 520 | 7-25327-60108-1 |
| 24/7PLS-45B-12 | .45 ACP | Blue Steel | 12+1 | 5" | 2-dot | 8-1/8" | Ribber Grip | 29.1 oz | $ 503 | 7-25327-60165-4 |
| 24/7PLS-45B-10 | .45 ACP | Blue Steel | 10+1 | 5" | 2-dot | 8-1/8" | Ribber Grip | 29.1 oz | $ 503 | 7-25327-60141-8 |
| 24/7PLS-45SSP12 | .45 ACP | Stainless Steel | 12+1 | 5" | 2-dot | 8-1/8" | Ribber Grip | 29.1 oz | $ 520 | 7-25327-60166-1 |
| 24/7PLS-45SS-10 | .45 ACP | Stainless Steel | 10+1 | 5" | 2-dot | 8-1/8" | Ribber Grip | 29.1 oz | $ 520 | 7-25327-60142-5 |
| 24/7-9M | 9mm | 10 Round magazine for 24/7 Pro | | | **9mm Magazine** | | | | $ 36 | |
| 24/7-9M-17 | 9mm | 17 Round magazine for 24/7 Pro | | | | | | | $ 36 | |
| 24/7-40M | .40 Cal. | 10 Round magazine for 24/7 Pro | | | **.40 Cal. Magazine** | | | | $ 36 | |
| 24/7-40M-15 | .40 Cal. | 15 Round magazine for 24/7 Pro | | | | | | | $ 36 | |
| 24/7-45M | .45 ACP | 10 Round magazine for 24/7 Pro | | | **.45 ACP Magazine** | | | | $ 36 | |
| 24/7-45M-12 | .45 ACP | 12 Round magazine for 24/7 Pro | | | | | | | $ 36 | |

5