# EXHIBIT A

Joint Response in Opposition to
Objections to Class Settlement

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF FLORIDA

 3

 4    CASE NO. 1:12-CV-24583-PAS

 5    CLASS ACTION

 6

 7    CHRIS P. CARTER, Individually and on behalf of

 8    all others similarly situated,

 9                 Plaintiffs,

10    vs.

11    FORJAS TAURUS S.A., TAURUS INTERNATIONAL

12    MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,

13                 Defendants.

14

15

16                VIDEOTAPED DEPOSITION

17                        OF

18                KIMBERLY INTAGLIATA

19                  April 7, 2015

20

21    REPORTED BY:   Eleanor S. Pickett

22                   Certified Court Reporter and

23                   Notary Public
```

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21        Q.   So if the customer calls and says
22   hey, I've heard about the drop fire issue with
23   Taurus pistols, I've read this on the Internet,
```

```
 1   and, you know, I don't feel safe with my

 2   pistol, I want y'all to replace it, would

 3   y'all?

 4              MR. MARINO:  Object to form.

 5         Q.   (BY MR. SELBY:)  Pursuant to your

 6   normal warranty?

 7         A.   Due to normal warranty, most

 8   likely not.

 9         Q.   Would you based on what you know

10   now?

11              MR. MARINO:  Object to form.

12         A.   No, sir, I don't believe I would

13   change based on what's been said over the last

14   two days.

15

16

17

18

19

20

21

22

23
```