13cv 24583

Dear honorable Judge Seitz and counsel:

JAN -5

I am writing this on behalf of myself and another Taurus PT-145 owner. We have looked at the preliminary reports about the terms of the Taurus settlement. We are very pleased with the terms set out that allow:

1. repair of our pistols or
2. to replace them with another pistol if repairs cannot be made.

These solutions would be very acceptable to us. The problems we have are set out in the enclosed letter which was, or a close copy, was sent to the Taurus Company twice over the past several months. We have had no response from them.

To sum up our concerns: California, our state, has a list of approved handguns which can be brought into the state, sold or possessed here. There are currently no approved Taurus pistols on the California approved list. That precludes any replacement guns being sent to us according to California. Also, we were told by the California Attorney General's office that if any "serialized parts' were replaced the gun could not be returned to us in California.

That would leave us with the option of accepting $1-200.00 settlement which we will not do, or keeping the possibly unsafe pistols here, defeating the very purpose of this settlement.

We respectfully request that your final settlement order includes a provision that allows us in California to have our repaired pistols returned to us in any event, even if any "serialized parts" are replaced; or to have a new replacement pistol sent to us like residents of other states, whether it is on an approved list or not.

Respectfully submitted,

Dean McAdams
8574 San Vicente Drive,
Yucca Valley, CA  92284
deanomac1@hotmail.com

FILED by _____ D.C.

JAN 06 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

October 1,2015     second letter November 5, 2015

Taurus International

Dear sir: I am writing this on behalf of myself and some friends who are in the same situation as I am. We have PT 145 Taurus pistols and have contacted your company and
were told that our pistols are involved in the recent settlement matter. Unfortunately, we live in California.
We have a roster of "approved handguns" that can be sold in the state. When we bought the PT 145s they were on the approved list and we bought them for somewhere in the
neighborhood of $400.00 AS BEST WE CAN REMEMBER. THE PT 145 IS NOW OFF THE LIST OF APPROVED HANDGUNS, SO WE DECIDED TO ASK THE STATE IF WE CAN SEND THEM FOR REPAIRS AND
HAVE THEM RETURNED.

THE STATE SAID YES, PROVIDED THAT "NO SERIALIZED PARTS ARE REPLACED"  if those parts are replaced, the State of California says it would be illegal to have them sent back to
California. Our questions then are:
1. Are serialized parts involved in the repairs covered under the settlement?
2. IF repairs can be made, will the pistols be sent directly to our residences? we do not want to risk losing our PT 145s or getting mere $100 for them; we like the PT 145s
   and want to keep them, but are not going to risk losing them to this state.
3. What repairs are needed on these guns?
4. if they can not be repaired will you return them directly to us so we can have gunsmiths here  make repairs so they will be safe or dispose of them ourselves?
   Our reading of the the settlement shows that
5. if they can not be repaired, a new pistol could be sent. Would you send this to our home addrss as well?

None of us feel that this was the intent of the Court in this case to deprive us of our pistols or property without just compesation, so we may need to contact the Court to express our concerns and displeasure with the
positions taken by the State of California. We do not blame your company, but California. If we do not get satisfactory answers we will need to contact the Court directly


Sent from Windows Mail

**From:** Mcadams, Dean (ACGC)
8574 SanVicente Drive,  Yucca V alley, CA 92284
**deanomac1@hotmail.com**

✓ Honorable Patricia A. Seitz
Senior US District Court Judge
Federal Justice Bldg,; Room 11-4
400 North Miami Avenue
Miami, Florida    33128-1812


Atty David Selby II
Bailey and Glasser et al
3000 Riverchase Galleria ; Suite 905
Birmingham, Alabama 35244


Atty John Barrett
Bailey and Glasser et al
209 Capitol Street
Charleston, WV   25301


Atty M. Todd Wheeles
Morris, Haynes, Wheeles, Knowles & Nelson et al
3500 Colonade Parkway; Suite 100
Birmingham, Alabama   35243


Heffler Claim Group
P.O. Box 230
Philiadelphia,  PA
19107-0230


Taurus International
Settlement Division Attorneys
16175 NW 49th Avenue
Miami, Florida 33014



Case 1:13-CV-24583- Doc   123   Taurus International settlement matter

Dean Mc Adams
8574 San Vicente Drive
Yucca Valley CA 92284

7015 0640 0006 1579 7077

Honorable Patricia A. Seitz
Senior US District Court Judge
Federal Justice Bldg.; Room 11-4
400 North Miami Avenue
Miami, Florida   33128-1812

33128181039



U.S. POSTAGE PAID
MORONGO VALLEY, CA
92256
DEC 30 '15
AMOUNT
$6.74
00129133-05

1000

33128