IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

**JOINT RESPONSE TO OBJECTOR GLAVIANO'S MOTION
FOR EXPEDITED CLARIFICATION OF DEPOSITION REQUIREMENTS**

Plaintiff, individually and on behalf of the proposed Settlement Class, and Defendants jointly respond to Objector Steven A. Glaviano's Motion for Expedited Clarification of Deposition Requirements. Plaintiff and Defendants respond as follows:

1. Steven A. Glaviano filed a written objection. The Preliminary Approval Order states that, by submitting a written objection, an objector consents to deposition by Class Counsel and/or Defendants' Counsel prior to the Final Approval Hearing. (Order Granting Prelim. Approval at 20 and 25, ECF No. 133.)

2. Class Counsel has served Mr. Glaviano a Subpoena and Notice of Deposition for the date and time he agreed. Mr. Glaviano agrees that his deposition has been properly noticed, by consent, for January 14, 2016.

1

3. Mr. Glaviano has e-mailed Class Counsel, Defendants' Counsel, and the Court a Motion for Expedited Clarification of Deposition Requirements. According to the Motion, Mr. Glaviano is requesting the "Court's guidance on the parameters of his deposition." In his Motion, Mr. Glaviano, who Plaintiff believes is or was an attorney in Louisiana, states his understanding that, based on the Court's statement at the Preliminary Approval Hearing, his "deposition would be limited to the 'professional objector' issue."

4. Neither the Preliminary Approval Order nor the Court's statement support Mr. Glaviano's position. The Court has not limited the deposition as Mr. Glaviano suggests. The Preliminary Approval Order clearly states: "Any Settlement Class Member who submits a timely written objection shall consent to deposition by Class Counsel and/or Defendants' Counsel prior to the Final Approval Hearing." (Order Granting Prelim. Approval at 20 and 25, ECF No. 133.). Moreover, the Notice states, without qualification or limitation, that objectors "may have to give a deposition." (ECF No. 132 at 13.)

WHEREFORE, the Parties respectfully request this Court enter an order (1) confirming that objector depositions may address the facts and issues raised by the objector and (2) direct Objector Glaviano to give his deposition accordingly.

Respectfully submitted, this 12th day of January, 2016.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ David L. Selby, II* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.: (205) 988-9253 | Tel.: (904) 598-6100 |
| Fax: (205) 733-4896 | Fax: (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email: jmarino@sgrlaw.com |
| | |
| John W. Barrett (*Admitted Pro Hac Vice*) | Kristen W. Bracken (FBN: 092136) |
| Eric B. Snyder (*Admitted Pro Hac Vice*) | SMITH, GAMBRELL & RUSSELL, LLP |
| Patricia M. Kipnis (*Admitted Pro Hac Vice*) | 50 N. Laura Street, Suite 2600 |
| BAILEY & GLASSER, LLP | Jacksonville, FL 32202 |
| 209 Capitol Street | Tel.: (904) 598-6100 |
| Charleston, West Virginia 25301 | Fax: (904) 598-6300 |
| Tel.: (304) 345-6555 | Email: kbracken@sgrlaw.com |
| Fax: (304) 342-1110 | |
| Email: jbarrett@baileyglasser.com | Timothy A. Bumann (*Admitted Pro Hac Vice*) |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| Todd Wheeles (*Admitted Pro Hac Vice*) | 120 Peachtree Street, NE |
| MORRIS, HAYNES, HORNSBY & WHEELES | Promenade, Suite 3100 |
| 3500 Colonnade Parkway, Suite 100 | Atlanta, Georgia 30309 |
| Birmingham, AL 35243 | Tel.: (404) 815-3500 |
| Tel.: (205) 324-4008 | Fax: (404) 815-3900 |
| Fax: (205) 324-0803 | Email: tbumann@sgrlaw.com |
| Email: twheeles@mhhlaw.net | |

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.: (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida 33131
Tel.: (305) 854-4900
Email: finklehoffe@leesfield.com
   scolaro@leesfield.com
   leesfield@leesfield.com

## CERTIFICATE OF SERVICE

I hereby certify on January 12, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via email and by U.S. Mail, email, fax, and/or overnight courier:

Stephen D. Field, Esq.  
Stephen D. Field, P.A.  
102 E. 49th Street  
Hialeah, FL  33013  
Tel.:  (305) 698-3421  
Fax:  (305) 698-1930  
Email:  steve@field-law.com  
Attorney for Objector Pennington  

Richard Louis Jordan  
2056 Walnut Creek Drive  
Flint, Michigan  48532  

Steven A. Glaviano  
609 W. William David Pkwy  
Suite 102  
Metairie, Louisiana  70005  

Troy Kenneth Scheffler  
965 104th Ave. NW  
Coon Rapids, Minnesota  55433  

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

*/s/ John P. Marino*  
John P. Marino