UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

       Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

       Defendant.
_____/

## ORDER DENYING OBJECTOR STEVEN GLAVIANO'S REQUEST TO LIMIT HIS DEPOSITION

THIS MATTER is before the Court on Objector Steven A. Glaviano's Motion for Expedited Clarification of Deposition Requirements, which the Court permitted him [DE 155] to submit via email to the Court and the parties. Although he concedes his deposition was properly noticed, Mr. Glaviano argues that it should be limited in scope to the issue of whether he is a professional objector and should not go into the issues he raised in his Objections [DE 136]. In support of his argument, he cites portions of the June 23, 2015 Preliminary Approval Hearing transcript in which the Court and parties suggested that the reason for requiring objectors to consent to deposition was to determine whether they were professional objectors.

As the parties correctly note in their Joint Response [DE 156], the Court never limited such depositions to the professional objector issue either at the Hearing or in the Preliminary

Approval Order [*see* DE 133]. Nor does the plain language of the Class Notice limit objectors' depositions to any particular issue [*see* DE 132, p. 13]. Therefore, it is

ORDERED THAT

(1)     Objector Steven A. Glaviano's Motion for Expedited Clarification of Deposition Requirements is **DENIED**. His deposition is not limited to the issue of whether he is a professional objector, and he may be questioned on the issues properly noticed, consistent with the Federal and Local Rules of Civil Procedure.

(2)     The Court will email a copy of this Order to Mr. Glaviano to ensure receipt.

DONE AND ORDERED in Miami, Florida, this 13th day of January, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     Honorable William C. Turnoff
        All Counsel of Record