IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

## JOINT PROOF OF NOTICE

The Parties in the above-titled action respectfully submit this Joint Proof of Notice pursuant to the Court's Order Granting Joint Motion for Preliminary Approval of Class Action Settlement, Preliminary Approving Class Settlement and Granting Settlement Class Certification and Setting Final Approval Hearing dated July 30, 2015 (ECF No. 133) (the "Preliminary Approval Order"). The Parties incorporate by reference the Declaration of Jeanne C. Finegan in Support of Plaintiff's Motion for Final Approval (ECF No. 147-4). This Declaration was filed with the Court on January 6, 2016 and details the Notice implemented in this matter as approved and ordered by the Court.

Respectfully submitted, this 13th day of January, 2016.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ David L. Selby, II* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.:   (205) 988-9253 | Tel.:   (904) 598-6100 |
| Fax:   (205) 733-4896 | Fax:   (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email: jmarino@sgrlaw.com |
| | |
| John W. Barrett (*Admitted Pro Hac Vice*) | Kristen W. Bracken (FBN: 092136) |
| Eric B. Snyder (*Admitted Pro Hac Vice*) | SMITH, GAMBRELL & RUSSELL, LLP |
| Patricia M. Kipnis (*Admitted Pro Hac Vice*) | 50 N. Laura Street, Suite 2600 |
| BAILEY & GLASSER, LLP | Jacksonville, FL 32202 |
| 209 Capitol Street | Tel.:   (904) 598-6100 |
| Charleston, West Virginia 25301 | Fax:   (904) 598-6300 |
| Tel.:   (304) 345-6555 | Email: kbracken@sgrlaw.com |
| Fax:   (304) 342-1110 | |
| Email: jbarrett@baileyglasser.com | Timothy A. Bumann (*Admitted Pro Hac Vice*) |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| Todd Wheeles (*Admitted Pro Hac Vice*) | 120 Peachtree Street, NE |
| MORRIS, HAYNES, HORNSBY & WHEELES | Promenade, Suite 3100 |
| 3500 Colonnade Parkway, Suite 100 | Atlanta, Georgia 30309 |
| Birmingham, AL 35243 | Tel.:   (404) 815-3500 |
| Tel.:   (205) 324-4008 | Fax:   (404) 815-3900 |
| Fax:   (205) 324-0803 | Email:  tbumann@sgrlaw.com |
| Email: twheeles@mhhlaw.net | |

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.:   (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida 33131
Tel.:   (305) 854-4900
Email: finklehoffe@leesfield.com
         scolaro@leesfield.com
         leesfield@leesfield.com

**CERTIFICATE OF SERVICE**

     I hereby certify on January 13, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

| | |
|---|---|
| Stephen D. Field, Esq. | Richard Louis Jordan |
| Stephen D. Field, P.A. | 2056 Walnut Creek Drive |
| 102 E. 49th Street | Flint, Michigan  48532 |
| Hialeah, FL  33013 | |
| Tel.:  (305) 698-3421 | Steven A. Glaviano |
| Fax:  (305) 698-1930 | 609 W. William David Pkwy |
| Email:  steve@field-law.com | Suite 102 |
| Attorney for Objector Pennington | Metairie, Louisiana  70005 |

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota  55433

     I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

                                              */s/ David L. Selby, II*
                                              David L. Selby, II