IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

## **JOINT LIST – NOTICE OF NO OPT-OUTS**

The Parties in the above-titled action respectfully submit this notice pursuant to the Court's Order Granting Joint Motion for Preliminary Approval of Class Action Settlement, Preliminary Approving Class Settlement and Granting Settlement Class Certification and Setting Final Approval Hearing dated July 30, 2015 (ECF No. 133). The Parties inform the Court that neither the Parties nor the Class Administrator have received any written requests for exclusion.

Respectfully submitted, this 13th day of January, 2016.

Counsel for Plaintiff

*/s/ David L. Selby, II*
David L. Selby, II (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:   (205) 988-9253
Fax:   (205) 733-4896
Email: dselby@baileyglasser.com

John W. Barrett (*Admitted Pro Hac Vice*)
Eric B. Snyder (*Admitted Pro Hac Vice*)
Patricia M. Kipnis (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:   (304) 345-6555
Fax:   (304) 342-1110
Email: jbarrett@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:   (205) 324-4008
Fax:   (205) 324-0803
Email: twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:   (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Email: finklehoffe@leesfield.com
       scolaro@leesfield.com
       leesfield@leesfield.com

Counsel for Defendants

*/s/ John P. Marino*
John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email:  jmarino@sgrlaw.com

Kristen W. Bracken (FBN: 092136)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email:  kbracken@sgrlaw.com

Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:   (404) 815-3500
Fax:   (404) 815-3900
Email:   tbumann@sgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on January 13, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

Stephen D. Field, Esq.
Stephen D. Field, P.A.
102 E. 49th Street
Hialeah, FL  33013
Tel.:  (305) 698-3421
Fax:  (305) 698-1930
Email:  steve@field-law.com
Attorney for Objector Pennington

Richard Louis Jordan
2056 Walnut Creek Drive
Flint, Michigan  48532

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana  70005

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota  55433

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

*/s/ David L. Selby, II*
David L. Selby, II

3