UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*        CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

**ORDER REQUIRING REVISED CLASS NOTICE AND CONTINUING
FINAL APPROVAL HEARING**

THIS MATTER is before the Court on Plaintiff's Motion for Final Approval of Class Action Settlement [DE 147], the objections [DE 136, 137, 141, 142], the Motion for Return of Property [DE 150], the parties' Joint Response to the objections [DE 149], and the parties' submissions at today's hearing. Based on issues raised as to the sufficiency of the Class Notice, the clarity of the Release, and possible limitations on the shipment of firearms into certain states, the Court requires that the Notice be clarified as to the terms of the Enhanced Warranty and the scope of the Release and re-disseminated. Therefore, it is

ORDERED THAT

1) By **February 1, 2016 at 10:00 a.m.**, the parties must **amend and refile** the Notice prior to publication to inform potential Class Members of the following details of the Enhanced Warranty: (1) that no repair is currently available and (2) under this option, a Class

Member will receive a comparable G2 model as a replacement. The parties should also indicate under the Frequently Asked Questions section of the Website that Class Members should anticipate a minimum three-week turn-around if they choose the replacement option.

2) By **February 1, 2016 at 10:00 a.m.**, the parties must also clarify the scope of the Release and refile the amended Release with the Court prior to publishing it in the Notice and Website.

3) By no later than **February 1, 2016 at 10:00 a.m.**, the parties must advise the Court whether any state laws prohibit shipment of Taurus guns into their borders. If they do, the amended Notice must also advise potential Class Members in those states of such issues.

4) After the Court approves the revised Notice, the Claims Administrator shall begin publication of the Notice as soon as practicable and update the Website by no later than **February 22, 2016**, unless the parties advise the Court in their February 1st submission that that date must be changed.

5) Settlement Class Members shall be bound by all determinations and orders pertaining to the Final Approval Order, including the release of all claims, unless such persons timely opt-out with the new opt-out period of four weeks duration. The date of the opt-out deadline will be detailed in the parties' February 1st submission and prominently displayed on the Website.

6) The Final Settlement Approval Hearing is **CONTINUED** until **July 18, 2016 at 10:00 a.m.**

7) The Parties shall by no later than **July 7, 2016**, file proof of notice with the Court.

8) Any additional submissions in support of final approval of the proposed settlement and the Settlement Agreement, the motion for attorneys' fees, or the incentive award to Plaintiff, shall be filed with the Court no later than **July 7, 2016**.

9) All discovery and other pretrial proceedings between Plaintiff and the Taurus Companies in this Action, including the Motion to Compel [DE 101] remain **STAYED** until further order of the Court.

10) Pending final approval, all Settlement Class Members are hereby preliminarily enjoined from directly, on a representative basis or in any other capacity, commencing, prosecuting, intervening in, or participating as a plaintiff or class member in any action, arbitration, or proceeding in any court, arbitration forum or tribunal asserting any of the Released Claims against any of the Released Parties.

**DONE AND ORDERED** in Miami, Florida, this 20th day of January, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
*Pro se* Objectors
Stephen D. Field