JAN 25 2016

To: Senior Judge Patricia A. Seitz
United States District Judge
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812
(305) 523-5530

1-19-16

Ref.

- Taurus Class Action, Claims Administrator, c/o Heffler Claims Group
  PO Box 230 Philadelphia, PA 19107-0230   1-844-528-0180
    - Taurus Class Action, Claims Administrator, c/o Heffler Claims Group
      PO Box 230 Philadelphia, PA 19107-0230   1-844-528-0180

United States District Court for the Southern District of Florida, in Chris P. Carter v. Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc., Case No. 1:13-CV-24583-PAS,

2 Your Honor-

I have made attempts to contact the Attorneys at Heffler Claims via the assigned website :

Tauruscartersettlement.com/contact . I have sent TWO contact requests since December and called 1-844-528-0180. The recording at the number says nothing of use to anyone.

I have one Taurus PT 111 already at Taurus to be replaced by TAURUS. I have ANOTHER PT 111 that needs to be returned. It already takes 4-6 months to get a replacement. If we cannot get even a response that the contact was received- can we at least get an RMA# from Taurus, to allow us to return these pistols for EVENTUAL replacement? Obviously, this 'Claim Administrator ' has no idea what they are doing or has no intention of acting in a timely manner.

I am fortunate, that I can just go replace this 2nd pistol and hopefully, before I die it will get a RMA # and replaced. At 70 years old- that could happen! Others – this may be their only protection.

Your Honor- I request that you make an effort to nudge these folks into action. So far the only means to contact is from the web site- and it asks NO detail information about the pistol(s) and obviously generates no further information for the owner.

Respectfully,

Corbin L. Douthitt

412 Hillview Dr

Hurst TX 76054

817.228.8982

Cc: Heffler Claims Group

C.L. Albertelli
412 Killbrew Dr
Nuot 70 Floor/

USMS
INSPECTED

NORTH TEXAS P&DC
DALLAS TX 750
JAN 26 2016
RECEIVED

3312887718 0075

United States District Court
Attn: Judge Patricia A Seitz
Federal Justice Bldg-
400 north Miami Ave, Rm 11-4
Miami FLA 33128-1812