UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-24583-CV-SEITZ

CHRIS P. CARTER,

Individually and on behalf of all
Others similarly situated,

        Plaintiff,

vs.

FORJAS TAURUS S.A,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

        Defendants.
_____/

## ORDER REQUIRING VIDEOCONFERENCE

THIS MATTER is before the Court *sua sponte*. To assist the Court Reporter in making the record, it is

ORDERED THAT

(1) The parties are asked to arrange to attend the phone conference set for Monday, **February 1, 2016 at 3:00 p.m.** by **videoconference**.

(2) The parties should coordinate with the Court's Computer Services Department, 305-523-5600, by **Thursday, January 28, 2016 at 2:00 p.m.**

(3) By **Friday, January 29, 2016 at 12:00 p.m.**, the parties should jointly file a list of counsel who will be appearing by videoconference.

DONE AND ORDERED in Miami, Florida, this 27th day of January, 2016.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
        All Counsel of Record