IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

**JOINT NOTICE OF COUNSEL TO APPEAR
AT VIDEOCONFERENCE ON FEBRUARY 1, 2016**

The parties in the above-titled action respectfully submit this notice pursuant to the Court's Order Requiring Videoconference dated January 27, 2016 (ECF No. 172). The parties inform the Court that the following parties and counsel intend to appear by videoconference:

**Counsel for Plaintiff:**

- David L. Selby, II
- John W. Barrett

**Counsel for Defendants:**

- Timothy A. Bumann
- John P. Marino
- Kristen W. Bracken

**Notice Experts:**

- Jeanne Finegan
- Jim Prutsman

1


Respectfully submitted, this 29th day of January, 2016.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ David L. Selby, II* <br> David L. Selby, II (*Admitted Pro Hac Vice*) <br> BAILEY & GLASSER, LLP <br> 3000 Riverchase Galleria, Suite 905 <br> Birmingham, Alabama 35244 <br> Tel.:   (205) 988-9253 <br> Fax:   (205) 733-4896 <br> Email: dselby@baileyglasser.com | */s/ John P. Marino* <br> John P. Marino (FBN: 814539) <br> SMITH, GAMBRELL & RUSSELL, LLP <br> 50 N. Laura Street, Suite 2600 <br> Jacksonville, FL 32202 <br> Tel.:   (904) 598-6100 <br> Fax:   (904) 598-6300 <br> Email:  jmarino@sgrlaw.com |
| John W. Barrett (*Admitted Pro Hac Vice*) <br> Eric B. Snyder (*Admitted Pro Hac Vice*) <br> Patricia M. Kipnis (*Admitted Pro Hac Vice*) <br> BAILEY & GLASSER, LLP <br> 209 Capitol Street <br> Charleston, West Virginia  25301 <br> Tel.:   (304) 345-6555 <br> Fax:   (304) 342-1110 <br> Email: jbarrett@baileyglasser.com | Kristen W. Bracken (FBN: 092136) <br> SMITH, GAMBRELL & RUSSELL, LLP <br> 50 N. Laura Street, Suite 2600 <br> Jacksonville, FL 32202 <br> Tel.:   (904) 598-6100 <br> Fax:   (904) 598-6300 <br> Email:  kbracken@sgrlaw.com |
| Todd Wheeles (*Admitted Pro Hac Vice*) <br> MORRIS, HAYNES, HORNSBY & WHEELES <br> 3500 Colonnade Parkway, Suite 100 <br> Birmingham, AL 35243 <br> Tel.:   (205) 324-4008 <br> Fax:   (205) 324-0803 <br> Email: twheeles@mhhlaw.net | Timothy A. Bumann (*Admitted Pro Hac Vice*) <br> SMITH, GAMBRELL & RUSSELL, LLP <br> 120 Peachtree Street, NE <br> Promenade, Suite 3100 <br> Atlanta, Georgia 30309 <br> Tel.:   (404) 815-3500 <br> Fax:   (404) 815-3900 <br> Email:   tbumann@sgrlaw.com |
| Angelo Marino, Jr. (FBN: 151934) <br> ANGELO MARINO, JR., P.A. <br> 645 S.E. 5th Terrace <br> Ft. Lauderdale, Florida  33301 <br> Tel.:   (954) 765-0537 <br> Email: amjrpamail@aol.com | |
| Carol Finklehoffe (FBN: 15903) <br> Thomas Scolaro (FBN: 178276) <br> Ira H. Leesfield (FBN: 140270) <br> LEESFIELD & PARTNERS, P.A. <br> 2350 South Dixie Highway <br> Miami, Florida  33131 <br> Tel.:   (305) 854-4900 <br> Email:  finklehoffe@leesfield.com <br>            scolaro@leesfield.com <br>            leesfield@leesfield.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify on January 29, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

Stephen D. Field, Esq.
Stephen D. Field, P.A.
102 E. 49th Street
Hialeah, FL  33013
Tel.:  (305) 698-3421
Fax:  (305) 698-1930
Email:  steve@field-law.com
Attorney for Objector Pennington

Richard Louis Jordan
2056 Walnut Creek Drive
Flint, Michigan  48532

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana  70005

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota  55433

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

*/s/ John P. Marino*
John P. Marino