UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.
_____/

**Case No. 1:13-cv-24583-PAS**

Class Action

## JOINT NOTICE OF FILING

The parties jointly submit the following documents and information pursuant to the Court's Order Requiring Revised Class Notice and Continuing Final Approval Hearing (ECF No. 167) (the "Order"):

1. the proposed Supplemental Publication Notice is attached as Exhibit A;

2. the additional proposed Notice Media Plan developed by notice expert, Jeanne Finegan, is attached as Exhibit B; and

3. the proposed revised release language is attached as Exhibit C.

Pursuant to paragraph 1 of the Order, the proposed Supplemental Publication Notice informs potential Settlement Class Members of the following details of the Enhanced Warranty: (1) that no repair is currently available, and (2) under this option, a Class Member will receive a comparable G2 model as a replacement. It will further inform potential Settlement Class

Members of the new opt-out deadline, which will be four weeks from publication pursuant to the Order.

In addition, pursuant to paragraph 3 of the Order, the parties advise the Court that California, Massachusetts and the District of Columbia prohibit the shipment of Taurus Class Pistols and comparable G2 model pistols into their borders at this time.

The laws of certain states may prohibit the shipment of certain Taurus Class Pistols and comparable G2 model pistols into their borders based upon magazine capacity and other restrictions. These include at this time:

- Colorado and New Jersey prohibit the transfer of guns with magazines that accept more than fifteen (15) rounds. *See* Colo. Rev. Stat. § 18-12-301, *et seq*. and N.J. Stat. Ann. § 2C-39-1y.

- Connecticut, Hawaii, and New York prohibit the transfer of guns with magazines that accept more than ten (10) rounds. *See* Conn. Gen. Stat. § 53-202p(a), *et seq.*, Haw. Rev. Stat. Ann. § 134-8(c), and N.Y. Law § 265.02.

- Maryland prohibits the transfer of guns that are not on the state's roster of approved firearms. *See* Md. Code Ann. Pub. Safety § 5-405.

- While Illinois has no current restrictions, such transfer is prohibited by the municipality of Cook County, Illinois, as well as the cities of Chicago, Aurora, and Highland Park. *See* Chi. Mun. Code § 8-20-2010, *et seq.*, Cook Co. Code of Ord. 1-54-III-4 § 54-210, *et seq.*, Aurora Code of Ord. § 29-49, and Highland Park Code, XIII § 134.010(c), *et. set*.

The proposed Supplemental Publication Notice advises potential Settlement Class Members that they can receive a replacement under the Enhanced Warranty only if applicable law permits the shipping of a replacement pistol to their state and refers them to the settlement website for additional detailed information.

Respectfully submitted,

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ David L. Selby, II* | */s/ John P. Marino* |

David L. Selby, II (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:   (205) 988-9253
Fax:   (205) 733-4896
Email: dselby@baileyglasser.com

John W. Barrett (*Admitted Pro Hac Vice*)
Eric B. Snyder (*Admitted Pro Hac Vice*)
Patricia M. Kipnis (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:   (304) 345-6555
Fax:   (304) 342-1110
Email: jbarrett@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:   (205) 324-4008
Fax:   (205) 324-0803
Email: twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:   (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Email: finklehoffe@leesfield.com
          scolaro@leesfield.com
          leesfield@leesfield.com

John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email:  jmarino@sgrlaw.com

Kristen W. Bracken (FBN: 092136)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email:  kbracken@sgrlaw.com

Timothy A. Bumann (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:   (404) 815-3500
Fax:   (404) 815-3900
Email:   tbumann@sgrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify on February 1, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

Stephen D. Field, Esq.
Stephen D. Field, P.A.
102 E. 49th Street
Hialeah, FL  33013
Tel.:  (305) 698-3421
Fax:  (305) 698-1930
Email:  steve@field-law.com
Attorney for Objector Pennington

Richard Louis Jordan
2056 Walnut Creek Drive
Flint, Michigan  48532

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana  70005

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota  55433

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

*/s/ John P. Marino*
John P. Marino