# EXHIBIT A

# A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects in Taurus Pistols
Please read important information concerning your options

*Para una notificación en Español, visitar www._____.com*

### WHAT'S THIS ABOUT?

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

### WHAT ARE THE SETTLEMENT BENEFITS?

Taurus will provide a free, transferrable lifetime enhanced warranty benefit. Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G-2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus). They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately _____ until _____.

### WHAT ARE YOUR OTHER OPTIONS?

You can opt-out or object to the settlement, but must do so by _____. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on **July 18, 2016**, to consider whether to approve the settlement.

**This is a Supplemental Summary authorized by the Court. For detailed information**, call 1-844-528-0180, or visit www.tauruscartersettlement.com, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19102-0230.