# EXHIBIT B

## I.     NOTICE PROGRAM

1. Under the original notice plan, the Parties anticipated that notice would be provided one time to the class. The notice program was comprehensive and achieved its robust target reach and frequency, exceeding due process minimums and resulting in an impressive response.

2. A supplemental notice will be implemented pursuant to Judge Seitz's January 21, 2016 Order. In order to accomplish this in the best practicable and most reasonably calculated way, it is our intention to leverage on the heightened target audience awareness and overall visibility achieved through the first round of Notice, as well as the ongoing audience engagement with the official settlement website (which still receives approximately 800 to 1,000 visits a day and has 35 percent repeat visitors).

3. The reach of the Supplemental Notice program is consistent with (and, indeed, compared favorably to) other court-approved notice programs, and is designed to meet due process requirements. Further it is consistent with Federal Judicial Center Guidelines ("FJC") for adequate notice, and importantly, is reasonably calculated to reach[1] an estimated 75 percent of the target audience, that is, the affected members of the Settlement Class (the "Class Members"), with an average frequency of 2.7 times.

4. Importantly, the Supplemental Notice Program includes all elements employed in the first notice program, specifically:

- Publication of a 1/3-page short-form notice ("Summary Notice") in five nationally circulated consumer magazines and two gun enthusiast magazines. Distribution of *National Geographic*, *People* and *Sports Illustrated* includes circulation in the U.S. territories: U.S. Virgin Islands, Puerto Rico, and Guam.
- Publication of a the Summary Notice in local daily newspapers circulated in the U.S. Virgin Islands, Puerto Rico, and Guam;
- Online banner advertising specifically targeted to reach class members;
- A multimedia press release; U.S. and relevant territories;
- Social Media through Facebook;
- Search term advertising on Google Adwords;

---

[1] Reach is not reported by GfK Mediamark Research and Intelligence LLC in U.S. Territories.

- The informational website *www.tauruscartersettlement.com* will continue to function as an information hub on which the notices and other important Court documents are posted; and

- A toll-free information line 1-844-528-0180, where class members can call; 24/7 for more information about the Settlement, including but not limited to requesting copies of the claim form.

## II.   Publication – Magazine

5.   The magazines below were selected based on the highest coverage and index[2] against the target audience characteristics. Additionally titles were selected based on their previous inclusion in Taurus advertising campaigns.

6. 

NRA's American Rifleman is the monthly flagship magazine of the NRA, with an estimated circulation of 2,077,683. The summary notice will be published once as a third-page, black and white ad.

7. ATHLON SPORTS

Athlon Sports is the nation's premier weekly sports newspaper insert appearing in over 500 local newspapers across the United States. Athlon Sports has a circulation of 8,911,402. The Summary notice will be published once as a 3/10-page black and white ad.

8. FIELD & STREAM — THE SOUL of the AMERICAN OUTDOORS

Field & Stream is a widely distributed monthly magazine with an estimated circulation of 1,205,753. The summary notice will be published once as a third-page black and white ad.

---

[2] Index is a media metric that describes a target audience's inclination to use a given outlet. An index over 100 suggests a target population's inclination to use a medium to a greater degree than the rest of the population. For example, an index of 157 would mean that the target is 57 percent more likely than the rest of the population to use a medium.

9. **GUNS&AMMO**

Gun's & Ammo is a monthly gun enthusiast magazine with a circulation of 396,281. The summary notice will be published once as a third-page black and white ad.

10. **NATIONAL GEOGRAPHIC**

National Geographic is a nationally distributed monthly magazine with an estimated circulation of over 3,404,745. *National Geographic* also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The summary notice will be published once as a half-page, black and white ad.

11. **People**

*People Magazine* is a widely distributed weekly title with an estimated circulation of 3,469,098. *People Magazine* is the number one women's magazine in the United States. Importantly, it also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The summary notice will be published as a third-page, black and white ad.

12. **Sports Illustrated**

*Sports Illustrated* reports on the world of sports through in-depth articles, photography and stories. *Sports Illustrated* also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The summary notice will be published once as a third-page, black and white ad. *Sports Illustrated* has a circulation of 3,044,430.

13. Combined, the magazines employed for this Notice Program have a circulation of over 22,509,392, with 134,490,000 readers.[3]

### III.   Newspaper U.S. Territories

14. Importantly, consistent with the first notice program Notice will be publish once in each of the largest general circulation newspapers in the U.S. Territories, including the U.S.

---

[3] Source: 2015 SRDS and 2015 GfK MRI. Readers per copy ("RPC") are those in addition to the subscriber to reads a magazine. Readers are calculated using a pass along factor. Each magazine has a unique pass along. For example, *American Rifleman* reports an RPC of 2.60; *Field & Stream* reports an RPC of 6.59 and *Sports Illustrated* 6.12.

Virgin Islands, Puerto Rico and Guam, which include the following:

>**The Guam Pacific Daily News** - circulation of over 20,000.
>The summary notice was published once in English.
>
>**The Puerto Rico El Vocero** - circulation of over 229,685.
>The summary notice was published once in Spanish.
>
>**The San Juan Daily News** - circulation of 50,000.
>The summary notice was published once in English.
>
>**The U.S. Virgin Islands Daily News** - circulation of over 13,343.
>The Summary notice was published once in English

### IV.   Internet

15.   Consistent with the first Notice program, banner ads will target class members in this matter, across a variety of web properties selected for their effectiveness and relevance reaching this target audience. Importantly, banner ads will be served in the relevant U.S. Territories consistent with the first notice program

16.   The banner ads will provide information for visitors to self-identify themselves as potential Class Members, where they may "click" on the banner and then link directly to the official website for more information and where they may register online, file a claim, or seek additional information including frequently asked questions and important court deadlines and documents.

17.   To further increase visibility for those who may be seeking information about the Taurus hand guns at issue, the parties will incorporate previously employed search terms for the notice program on Google AdWords, where Links appear on the search result pages of keyword/phrase search.

### V.   Social Media

18.   **facebook.**
Facebook banner ads in the form of news feed ads and display ads to be served both online on

mobile/cellular devices.

## VI. Media Outreach

19. A multimedia news release ("MNR") will be issued over PR Newswire's US1 full-national newswire and it will be distributed to news outlets in Guam, the U.S. Virgin Islands and Puerto Rico. The MNR is a blend of a traditional press release with multi-media elements such as affected product photos, related court documents, up to five hyperlinks and social media tools into a dynamic HTML platform. The MNR features a prominent call to action button to drive engagement to the official website or claim form.

20. Consistent with the first notice program, the resulting news mentions across traditional and social media will be monitored and reported to this Court at the conclusion of the notice program.

## VII. OFFICIAL SETTLEMENT WEBSITE

21. Heffler continues to maintain *www.tauruscartersettlement.com* which has been optimized for mobile visitors so that information loads on their mobile device quickly. The website serves as a landing page for the banner advertising, where Class Members with immediately be alerted to the update concerning the clarification of the enhanced warranty with a link directly to Taurus' website were they can easily find detailed information concerning the G2 replacement pistol. Further, Settlement Class Members may continue to obtain further information about the class action, their rights, and related information, including the Safety Video, Enhanced Warranty, Settlement Agreement, Court Orders, and Plaintiff's Motion for Approval of Fees, Expenses, and Incentive Awards. The website address was prominently displayed in the publication notice and is accessible 24-hours a day, 7-days a week.

## VIII. Toll Free Telephone Helpline

22. Heffler continues to maintain the toll free telephone helpline, which is available 24-hours a day, 1-844-528-0180, where callers may obtain information about the class action.