# EXHIBIT C

The Released Claims include all known and unknown claims, actions, and causes of action relating to the Settlement Class Members' purchase and/or ownership of the Class Pistols. This Settlement covers and includes all such claims, actions, and causes of action, for losses or damages of any type and specifically provides the following release:

> The Releasing Parties fully release and forever discharge the Released Parties from any and all claims, demands, rights, damages, obligations, suits, debts, liens, contracts, agreements, and causes of action of every nature and description whatsoever, ascertained or unascertained, suspected or unsuspected, existing now or arising in the future, whether known or unknown, both at law and in equity which were or could have been brought against the Taurus Companies based upon, arising from, or related in any way to alleged defects in the design and manufacturing of the Class Pistols (or any component parts thereof) that may result in an unintended discharge, whether arising under statute, rule, regulation, common law or equity, and including, but not limited to, any and all claims, causes of action, rights or entitlements under any federal, state, local or other statute, law, rule and/or regulation, any consumer protection, consumer fraud, unfair business practices or deceptive trade practices laws, any legal or equitable theories, any claims or causes of action in tort, contract, products liability, negligence, fraud, misrepresentation, concealment, consumer protection, restitution, quasi-contract, unjust enrichment, express warranty, implied warranty, and/or any injuries, losses, damages or remedies of any kind, in law or in equity, under common law, statute, rule or regulation, including, but not limited to, compensatory damages, economic losses or damages, exemplary damages, punitive damages, statutory damages, restitution, or any other legal or equitable relief.  Released claims also include any claim for attorneys' fees, expenses, costs, and catalyst fees under any state's law or under federal law.
>
> Provided, however this Release specifically excludes claims for death, personal injury, or damage to property other than the Class Pistols themselves.