UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*                      CLASS ACTION

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

## ORDER APPROVING SUPPLEMENTAL
## NOTICE AND REVISED RELEASE LANGUAGE

THIS MATTER is before the Court upon the parties' Notice of Filing [DE 174] as required by the Court's Order Requiring Revised Class Notice and Continuing Final Approval Hearing [DE 167].

Having reviewed and considered the Supplemental Publication Notice [DE 174-1]; the additional proposed Notice Media Plan [DE 174-2]; and the revised Release language [DE 174-3], it is

ORDERED THAT

1.    The form and content of the Supplemental Publication Notice [DE 174-1] are approved. The Additional Media Plan [DE 174-2] is approved.

2.    The Revised Release [DE 174-3] is approved.

2

3.     The Claims Administrator shall begin publication of the Supplemental Publication Notice as soon as practicable and update the Settlement Website by no later than February 22, 2016.

4.     The Opt-out and Objection deadline is **April 18, 2016**.

**DONE AND ORDERED** in Miami, Florida, this ____ day of February, 2016.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
       Counsel of Record
       *Pro se* Objectors
       Stephen D. Field, Esq.