**CIVIL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE

CASE NO. 13-24583   DATE 2/1/16

CLERK Y. SAADI   REPORTER GLENDA TOWERS

TITLE OF CASE CARTER v. FORJAS TAURUS ET AL.

P. ATTORNEY JOHN BARRETT & DAVID SELBY

D. ATTORNEY JOHN MARINO, JOHN WEEKS & KRISTEN BRACKEN

REASON FOR HEARING STATUS CONFERENCE

TIME ON RECORD 23 minutes

RESULT OF HEARING ORDER TO FOLLOW

CASE CONTINUED TO N/A

MISC. N/A