**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*     CLASS ACTION

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

## JOINT MOTION TO RESTATE OPT OUT AND OBJECTION DEADLINE

Plaintiff, Chris P. Carter, and Defendants, Forjas Taurus, S.A., Taurus International Manufacturing, Inc. and Taurus Holdings, Inc., jointly move for entry of an order restating the new opt-out and objection deadline. The parties state as follows in support of this joint motion:

1. Following the status videoconference on February 1, 2016, the Court entered its Order Approving Supplemental Notice and Revised Release Language (DE 175) (the "Order").

2. The Order provides that the new opt-out and objection deadline is April 18, 2016.

3. The Additional Media Plan will conclude on or about April 18, 2016. Accordingly, the new opt-out and objection deadline should be May 18, 2016.

4. The parties therefore request entry of an order restating the new opt-out and objection deadline as May 18, 2016. A proposed order is attached as Exhibit A.

Respectfully submitted,

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ David L. Selby, II* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.:   (205) 988-9253 | Tel.:   (904) 598-6100 |
| Fax:    (205) 733-4896 | Fax:    (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email: jmarino@sgrlaw.com |
| | |
| John W. Barrett (*Admitted Pro Hac Vice*) | Kristen W. Bracken (FBN: 092136) |
| Eric B. Snyder (*Admitted Pro Hac Vice*) | SMITH, GAMBRELL & RUSSELL, LLP |
| Patricia M. Kipnis (*Admitted Pro Hac Vice*) | 50 N. Laura Street, Suite 2600 |
| BAILEY & GLASSER, LLP | Jacksonville, FL 32202 |
| 209 Capitol Street | Tel.:   (904) 598-6100 |
| Charleston, West Virginia 25301 | Fax:    (904) 598-6300 |
| Tel.:   (304) 345-6555 | Email: kbracken@sgrlaw.com |
| Fax:    (304) 342-1110 | |
| Email: jbarrett@baileyglasser.com | Timothy A. Bumann (*Admitted Pro Hac Vice*) |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| Todd Wheeles (*Admitted Pro Hac Vice*) | 120 Peachtree Street, NE |
| MORRIS, HAYNES, HORNSBY & WHEELES | Promenade, Suite 3100 |
| 3500 Colonnade Parkway, Suite 100 | Atlanta, Georgia 30309 |
| Birmingham, AL 35243 | Tel.:   (404) 815-3500 |
| Tel.:   (205) 324-4008 | Fax:    (404) 815-3900 |
| Fax:    (205) 324-0803 | Email:  tbumann@sgrlaw.com |
| Email: twheeles@mhhlaw.net | |

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:   (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Email:  finklehoffe@leesfield.com
            scolaro@leesfield.com
            leesfield@leesfield.com

## **CERTIFICATE OF SERVICE**

I hereby certify on February 2, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

Stephen D. Field, Esq.
Stephen D. Field, P.A.
102 E. 49th Street
Hialeah, FL  33013
Tel.:  (305) 698-3421
Fax:  (305) 698-1930
Email:  steve@field-law.com
Attorney for Objector Pennington

Richard Louis Jordan
2056 Walnut Creek Drive
Flint, Michigan  48532

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana  70005

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota  55433

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

                                                                       */s/ John P. Marino*
                                                                       John P. Marino

# EXHIBIT A

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*       CLASS ACTION

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

## ORDER RESTATING OPT OUT AND OBJECTION DEADLINE

THIS MATTER is before the Court upon the parties' Joint Motion to Restate Opt Out and Objection Deadline (DE 176) (the "Motion"). Having reviewed and considered the Motion, it is

ORDERED THAT

1.    The Motion is granted.

2.    The new opt-out and objection deadline is May 18, 2016.

**DONE AND ORDERED** in Miami, Florida, this ___ day of February, 2016.

                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
        Counsel of Record
        *Pro se* Objectors
        Stephen D. Field, Esq.