UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*        CLASS ACTION

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

**ORDER GRANTING THE PARTIES' JOINT MOTION AND
AMENDING THE OPT OUT AND OBJECTION DEADLINE**

THIS MATTER is before the Court upon the parties' Joint Motion to Restate Opt Out and Objection Deadline [DE 177]. The parties have advised that the Additional Media Plan will conclude on April 18, 2016 and thus request that the Opt Out and Objection Deadline set forth in the Court's Order Approving Supplemental Notice [DE 175] be extended to May 18, 2016. Therefore, it is

ORDERED THAT

1. The parties' Joint Motion to Restate Opt Out and Objection Deadline [DE 177] is **GRANTED**.

2. The new Opt Out and Objection Deadline is **May 18, 2016**.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of February, 2016.

    PATRICIA A. SEITZ
    UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
        Counsel of Record
        *Pro se* Objectors
        Stephen D. Field, Esq.