UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
Others similarly situated,

    *Plaintiff*

v.

CLASS ACTION

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants*

FILED by _PG_ D.C.
APR 20 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## OBJECTOR'S MOTION FOR PROTECTIVE ORDER

Now into Court comes the undersigned Settlement Class Member ("Member") who asks that the Court issue a Protective Order for the reasons set forth below.

Since December 4, 2015 when Member mailed an Objection to the Proposed Settlement to the Clerk of Court, Member's privacy has been violated multiple times and Member's identity has been stolen:

1) Member's Linkedin Account has been hacked and frozen;

2) Member's online Twitter account has been hacked and frozen;

3) Member has been subject to credit card fraud, and

4) Member's Google/YouTube video account was stolen.

In each case, the hacker(s) used email addresses and information previously used in communications with Taurus[1] or disclosed to counsel for plaintiff and counsel for defendant during Member's deposition. Additionally, the credit card used for fraudulent transactions was the same card previously used by Member for purchases from Taurus.[2]

---

[1] Exhibit A1-A2. Member's email address used by Taurus and FedEx to send a 2nd Day Air label for shipment of Taurus MilPro Serial Number SZL54719 back to Taurus for follow up warranty repair.
[2] Exhibit B

**I.** Counsel for defendants have admitted hiring Texas based Risk Settlements, who claim to provide class action parties with strategies to "**deal with objectors.**"[3]

On December 8, 2015 Member received an email from Risk Settlements seeking to join Member's LinkedIn account in order to access non-public information in Member's LinkedIn account.[4] Presumably, Risk Settlements was looking for information to use for personal attacks against Member, much like the parties' joint 21-count personal attack against the disabled Objector who requested permission to appear electronically at the January 20, 2016 hearing. (DE 145). While Member's LinkedIn account is dormant and contains little information, Member nonetheless did not allow Risk Settlements access to the account.

**II.** On December 28, 2015, Member received a second email[5] from another person from Texas, not known to Member, also seeking to join Member's LinkedIn account. No access was given.

**III.** Also on December 28, 2015, Member received notice from Capital One that a new online account had been set up for Member's credit card by someone using the email address and credit card number previously provided to Taurus. Member had not set up an online account or requested a user name. Member sent an email to Capital One asking if the December 28, 2015 email was fraudulent.[6]

On December 29, 2015, Member received notice from Capital One of fraudulent purchases.[7] Member asked Capital One to cancel the online account and credit card.

**IV.** On December 31, 2015, Member received notice from Twitter that Member's unused Twitter account was locked and that the "account may have been compromised...."[8] Member has not reinstated this account.

---

[3] http://risksettlements.com/class-action-consulting
[4] Exhibit C. See also, DE 160, Exhibit T, Objector's Response
[5] Exhibit D
[6] Exhibit E-1
[7] Exhibit E-2
[8] Exhibit F

**V.** During Member's January 14, 2016 deposition, counsel for plaintiff and counsel for defendants were informed that Member made a video showing that 7 out of 8 class pistols tested did not possess the "false safe" alleged defect. They were also informed that Member tested the same year, make, and model as plaintiff's pistol, and that it did not possess the "false safe" feature. During the deposition, plaintiff's counsel asked that member preserve the video.

On April 10, 2016, Member's Google/YouTube video account and identity was stolen by someone using information available to the parties. The hacker(s) took over the YouTube video account, which included videos of Member's daughter and son, and set up a new authentication email address and password, thereby locking Member out of the account.[9] Member has since regained access and deleted the YouTube account.

**VI.** On April 13, 2016, Member received notification from LinkedIn that Member's LinkedIn account was locked due to "risk to your LinkedIn account coming from outside LinkedIn.[10]

**VII.** 18 U.S. Code Section 1513 (b)(1) provides criminal penalties for engaging in any conduct which damages or attempts to damage the tangible property of another with intent to retaliate against a witness or party at an official proceeding.

**VIII.** 18 U.S. Code Section 1028 et seq provide criminal penalties for identity theft and attempted identity theft.

WHEREFORE Member asks that the Court issue a Protective Order appropriate under the circumstances.

---

[9] Exhibits G1-G2
[10] Exhibit H

3

<div style="text-align: right">

**RESPECTFULLY SUBMITTED:**

*[signature]*

**Steven A Glaviano, Pro Se**
**609 W William David Pkwy Suite 102**
**Metairie LA  70005**
**(504) 835-8887**
**TrustGroup@aol.com**

</div>

This pleading has been served upon the following parties via US Mail at the below addresses on April 18, 2016.

David L. Selby, II
John W. Barrett
Bailey & Glasser, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244

John P Marino
Smith, Gambrell and Russell, LLP
50 North Laura Street Suite 2600
Jacksonville, FL  322202

*[signature]*

**Steven A Glaviano**

4



**From:** FedEx Email/Online Label NoReply <emaillabel@fedex.com>
**To:** mrlucky353 <mrlucky353@aol.com>
**Subject:** Confirmation from FedEx Email/Online Label
**Date:** Thu, Oct 23, 2014 7:15 pm



Hello Steve Glaviano,

Taurus International has provided 1 shipping label for your convenience.

**Print your label** by 10/31/2014.

**Shipment summary**

Ship to: Taurus International
Item description: Pistol (1)
Return merchandise authorization (RMA): SZL54719
For shipment questions or expired label access call 3056241115.

**Recipient details**
Jeffrey Rosales
Taurus International
16175 NW 49 AVE.
MIAMI, FL 33014
US
3056241115

**Sender details**
Steve Glaviano
609 West William David Parkway
Suite 102
METAIRIE, LA 70005
US
5048358887

Want to learn more about using fedex.com? Go to **FedEx Support**.

Objector Exhibit A

1 of 2



After printing this label
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Objector Exhibit A

2 of 2



Capital One

Page 2 of 2
Customer Service 1-800-955-7070
www.capitalone.com

Mar. 08 - Apr. 07, 2015 31 Days in Billing Cycle

**Visa Signature** Account ending in 4081

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| | | May 04, 2015 |

Revolving Credit Limit:
Available Revolving Credit:
Cash Advance Credit Limit:
Available Credit for Cash Advances:

| Previous Balance | | Payments and Credits | + | Fees and Interest Charged | + | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | | | |

## TRANSACTIONS CONTINUED

TRANSACTIONS FOR STEVEN A GLAVIANO #4081 (CONTINUED)

| | | | |
|---|---|---|---|
| 16 | 25 MAR | | |
| 17 | 25 MAR | | |
| 18 | 26 MAR | | |
| 19 | 27 MAR | | |
| 20 | 31 MAR | | |
| 21 | 31 MAR | | |
| 22 | 02 APR | TAURUS INTERNATIONAL MFG305-6241115FL | $14.75 |
| 23 | 03 APR | | |
| 24 | 04 APR | | |
| 25 | 06 APR | | |

Total for Steven A Glaviano #4081

▶ Total Transactions This Period

FEES

Total Fees This Period $0.00

INTEREST CHARGED

Total Interest This Period $0.00

TOTALS YEAR TO DATE

Total Fees This Year $0.00
Total Interest This Year $0.00

Objector Exhibit B

1 of 1

1-2

COLR835E 6056 5000 404 07 150407 PAGE 00002 OF 00002 141553

**From:** Laura F. Hron <member@linkedin.com>
**To:** Steve Glaviano <TrustSteve@aol.com>
**Subject:** Steve, please add me to your LinkedIn network
**Date:** Tue, Dec 8, 2015 11:59 am

LinkedIn

Hi Steve,

I'd like to connect with you on LinkedIn.

**Laura F. Hron**
Research Director at Class Action Services Holdings dba Risk Settlements

[ Accept ]  [ View Profile ]

You are receiving Invitation emails. Unsubscribe
This email was intended for Steve Glaviano (Owner, TrustGroup Insurance Agency). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2015, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

Objector Exhibit C

1 of 1

**From:** Derek Reynolds <invitations@linkedin.com>
**To:** Steve Glaviano <TrustSteve@aol.com>
**Subject:** Steve, please add me to your LinkedIn network
**Date:** Mon, Dec 28, 2015 4:06 am

Steve Glaviano

## Hi Steve,
## I'd like to join your LinkedIn network.

### Derek Reynolds
SIGINT Analyst, Available November 2015
San Antonio, Texas Area

[View profile]   [Accept]

Change frequency | Unsubscribe | Help

You are receiving Invitation emails.

This email was intended for Steve Glaviano (Owner, TrustGroup Insurance Agency).
Learn why we included this.

© 2015 LinkedIn Corporation, 2029 Stierlin Court, Mountain View CA 94043. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Objector Exhibit __D__

__1__ of __1__

**From:** mrlucky353 <mrlucky353@aol.com>
**To:** abuse <abuse@capitalone.com>
**Subject:** Is this a fraudulent email? Fwd: Here's the username you requested
**Date:** Mon, Dec 28, 2015 3:20 pm

-----Original Message-----
From: Capital One <capitalone@email.capitalone.com>
To: mrlucky353 <mrlucky353@aol.com>
Sent: Mon, Dec 28, 2015 1:23 pm
Subject: Here's the username you requested

Keep it secure.



## You asked. We delivered.

Your username is stevengla45.

For your security, keep your username and password confidential—they're the keys to accessing your account.

If you did not make this change, or you need help accessing your account, please visit our Information Protection Center.

Thanks for choosing Capital One®.

**Important Information from Capital One**

Contact Us | Privacy | Security

To ensure delivery, add capitalone@email.capitalone.com to your address book.

This email was sent to mrlucky353@aol.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

The site may be unavailable during normal weekly maintenance or due to unforeseen circumstances.

You may receive customer service emails even if you have requested not to receive email marketing offers from Capital One.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/contact.

Objector Exhibit 2-1

1 of 2

From: Capital One <capitalone@email.capitalone.com>
To: mrlucky353 <mrlucky353@aol.com>
Subject: Please confirm your recent purchases
Date: Tue, Dec 29, 2015 8:27 pm

Question about your account

 CapitalOne

Sign In

## Do you recognize these purchases?

Re: Card ending in 4081

Our fraud defenses flagged one or more purchase(s) below as unusual for your VISA SIGNATURE card ending in 4081. Do you or an authorized user recognize these purchases? **If we've already spoken about this, you can ignore this email.**

Some things to consider when reviewing your purchases:

- If a dollar amount differs from your record, it could be a pre-authorization. For example, many gas stations pre-authorize an amount (usually between $1–$75) because they don't know how much gas you'll pump.

- If a purchase is legitimate but you want to cancel it, you have to contact the merchant directly.

| Date | Merchant Name | Amount |
|---|---|---|
| December 29, 2015 | GROUPON INC | $1999.00 |
| December 29, 2015 | GROUPON INC | $.00 |

✳ Fraudulent

**Everything's OK** — Choose Everything's OK if you're aware of these purchases and nothing is unusual.

**Something's Wrong** — Choose Something's Wrong if you think there might be an issue or are unsure of any purchase listed above.

To take a closer look at these purchases, sign in to your account to check out the details.

Simple. Flexible. Mobile.
Download the secure Capital One Mobile app.

**Important Information from Capital One®**

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalone@email.capitalone.com to your address book.

This email was sent to mrlucky353@aol.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Objector Exhibit _E_

_2_ of _2_

From: Twitter <password@twitter.com>
To: Can't Watch Anymore <mrlucky353@aol.com>
Subject: For security purposes, your Twitter account has been locked.
Date: Thu, Dec 31, 2015 11:02 am

Hi Can't Watch Anymore,



## Your account may have been compromised by a website or service not associated with Twitter.

We've locked your account @Rooster_Armadil to keep it safe. In order to log back in, you must change your password.

**Reset password**

### How do I know an email is from Twitter?

Links in this email will start with "https://" and contain "twitter.com." Your browser will also display a padlock icon to let you know a site is secure.

Help | Not my account | Email security tips

Objector Exhibit F

1 of 1

**From:** Google <no-reply@accounts.google.com>
**To:** mrlucky353 <mrlucky353@aol.com>
**Subject:** New sign-in from Firefox on Windows
**Date:** Sat, Apr 9, 2016 11:18 pm



### New sign-in from Firefox on Windows

Hi Rooster,
Your Google Account mrlucky353@aol.com was just used to sign in from Firefox on Windows.



**Rooster Armadillo**
mrlucky353@aol.com



**Windows**
Sunday, April 10, 2016 4:18 AM (GMT)
Firefox

**Don't recognize this activity?**
Review your recently used devices now.

Why are we sending this? We take security very seriously and we want to keep you in the loop on important actions in your account.
We were unable to determine whether you have used this browser or device with your account before. This can happen when you sign in for the first time on a new computer, phone or browser, when you use your browser's incognito or private browsing mode or clear your cookies, or when somebody else is accessing your account.

Best,
The Google Accounts team

This email can't receive replies. To give us feedback on this alert, click here.
For more information, visit the Google Accounts Help Center.

You received this mandatory email service announcement to update you about important changes to your Google product or account.

© 2016 Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

Objector Exhibit G

1 of 2

YouTube Help

YOUTUBE     FORUM

## Hacked YouTube account

Your account may have been compromised if you've experienced any of the following problems:

- **There are changes that you didn't make:** You may have noticed that certain things in your account have been changed, like your profile picture, personal descriptions, email settings, or sent messages
- **Videos have been uploaded which aren't yours:** In many hijackings, the hijacker will post videos on your account without your knowledge. If this is the case, you may have received email notifications regarding these videos, sometime in relation to penalties (strikes) against bad content.

## How to fix your account

I can still sign in to my account



I can't sign in to my account

You'll need to reset your password if you can't sign in.
To help keep your account safe in the future, view these tips on how to create a strong password and give your account extra security.

Share this:

**Was this article helpful?**

YES     NO

Objector Exhibit G

2 of 2

**From:** LinkedIn Security <security-noreply@linkedin.com>
**To:** Steve Glaviano <TrustSteve@aol.com>
**Subject:** Reset your LinkedIn password
**Date:** Wed, Apr 13, 2016 3:39 pm

LinkedIn

Hi Steve,

To make sure you continue having the best experience possible on LinkedIn, we're regularly monitoring our site and the Internet to keep your account information safe.

We've recently noticed a potential risk to your LinkedIn account coming from outside LinkedIn and just to be safe, we've locked your account for now. You'll need to reset your password in order to unlock your account. Here's how:

1. Go to the LinkedIn website.
2. Next to the password field, click the "Forgot your password" link, and enter your email address.
3. You'll get an email from LinkedIn asking you to click a link that will help you reset your password.
4. Once you've reset your password, a confirmation email will be sent to the confirmed email addresses on your account.

Thanks for helping us keep your account safe,
The LinkedIn Team

This email was intended for Steve Glaviano (Owner, TrustGroup Insurance Agency). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2016 LinkedIn Corporation, 2029 Stierlin Court, Mountain View CA 94043. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



Objector Exhibit  H

1  of  1

# TRUSTGROUP
Insurance Agency

**STEVE GLAVIANO**
*Managing Agent*

609 West William David Parkway
Suite 102
Metairie, LA 70005
Office: (504) 835-8887
Fax:     (504) 835-3024

April 18, 2016

Clerk of Court, USDC
Southern District of Florida
U.S. Courthouse
400 North Miami Avenue
Miami, FL  33128

Re:   Carter v Forjas Taurus S. A., et al.
      **Case No. 1:13-CV-24583-PAS**

Dear Sirs:

Enclosed for filing please find OBJECTOR'S MOTION FOR PROTECTIVE ORDER.

Sincerely,

Steven A Glaviano

SG/mbs



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.