UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*                                   CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

## ORDER DENYING OBJECTOR'S MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Objector's Motion seeking a Protective Order [DE 180] and Defendants' Response [DE 181]. Objector did not file a reply and Class Counsel remained silent.

Objector filed his motion without compliance with Local Rule 7.1. Such non-compliance alone is grounds to deny Objector's Motion. Local Rule 7.1(3). Nevertheless, the Court has considered Objector's Motion and finds no basis to grant the requested relief. The Motion rests on Objector's belief that Defendants have hacked into his various social media sites and used his credit card information without his permission. However, Objector has not specified the particular protective action he seeks, much less the Court's authority to take such action.[1]

---

[1] The Federal Rules of Civil Procedure only provide for "protective orders" in the context of discovery. *See* Fed. R. Civ. Pro. 26. No discovery is pending in this case.

Reading the Motion in a light most favorable to Objector, it appears Objector's desire is to have the alleged hacking and fraudulent actions investigated and stopped.  However, the Court is not the appropriate body to take such action.  It is not a crime scene investigator.  Courts are finders of fact and arbitrators of the law.  They must be provided with sufficient facts and legal authority upon which to take specific action.  Here, Objector makes neither a specific request nor provides any legal authority for granting such request.  Therefore, it is

ORDERED THAT

Objector's Motion for Protective Order [DE 180] is **DENIED**.

DONE AND ORDERED in Miami, Florida, this 17th day of May, 2016.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      *Pro se* Objectors
      Stephen D. Field

2