May 12, 2016

Ref:   Chris P. Carter v. Forjas Taurus S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc. settlement

The Honorable Senior Judge Patricia A. Seitz
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812



FILED by _____ D.C.
MAY 18 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Dear Judge Seitz,

I, Michael M. Reamy, am writing to object to the referenced settlement being brought before your court. I am a Settlement Class Member through my ownership of the following handguns which are affected by this action.

| Slide Stamp | Model | Serial No. | Year | False Safe |
|---|---|---|---|---|
| PT111Pro | 111BP | TDS84210 | 2011 | No |
| PT132Pro | 132BP | FEN67038 | 2011 | No |
| PT138Pro | 138BP | KDR57055 | 2011 | No |
| PT745 | 745BP | NDM32656 | 2011 | No |
| PT745 | 745BP | NFO54725 | 2012 | No |

My objection to the settlement is that the Defendant:
- Has not adequately identified the specific models and/or years of manufacture that are effected by the "False Safe" but rather, has unjustifiably caused the entire Series of this firearm to be included in this class action without basis.
- Has not adequately notified Series owners. The Defendant has relied only on social media but outside of that, very few owners are aware that there is a class action settlement concerning their pistols.
- Is implying that the owner's firearm, once returned in response to this settlement, will be inspected, repaired, or replaced when in fact there is no choice other than replacement of a different model of firearm.
- Is not specifically telling owner's who are returning firearms chambered in 32 Auto, 380 Auto, and 45 Auto that the replacement firearm being offered is not available in these cartridges.
- Is not telling owners that they are being sent a replacement pistol that has a $302 MSRP when the pistol that they are forced to return had an MRSP of $483 (PT745) nor will they, the customer, be compensated for the difference.

I feel that the Defendant should be required to:
- Identify the specific models and years of manufacture that prove problematic with the "False Safe" evaluation. As my model list indicates, I cannot replicate the issue that is the basis of this class action.
- Go further in contacting owners concerning the class action.
- Be upfront with the customer in letting them know that if a MilPro is sent in, it is not going to be repaired but be replaced with a G2. If a 32 Auto, 380 Auto, or 45 Auto is sent in, be honest with the customer by letting them know that either a 9mm Luger or 40 S&W is all that is available in return.
- Do something about the MSRP difference. These pistols were bought in good faith and the manufacturers choice in return does not adequately compensate the customer.

Because of my objections to the settlement, I do not intended to return my firearms to TaurusUSA. I do not plan to attend or testify at the hearing and I have not obtained legal counsel in preparing this objection. I have not been associated, in any manner, with any other class settlement in the previous five years.

I do thank you for your time and consideration.

Sincerely,

Michael Reamy
PO Box 957
Cuero, TX 77954
361-243-0107

Michael Reamy
PO Box 957
Cuero, TX 77954

CORPUS CHRISTI
TX 784 1 T
13 MAY 2016 PM

USMS
INSPECTED
RECEIVED

The Honorable Senior Judge Patricia A. Seitz
Federal Justice Building
400 North Miami Avenue, Room 11-4
Miami, Florida 33128-1812

33126$1610