**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FILED by _PG_ D.C.

JUN 1 0 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**Case No. 1:13-CV-24583-PAS**

CHRIS P. CARTER,
Individually and on behalf of all
Others similarly situated,

     *Plaintiff*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

     *Defendants*

CLASS ACTION

# NOTICE OF INTENT TO APPEAR

The undersigned intends to appear at the Final Approval Hearing on July 18, 2016.

RESPECTFULLY SUBMITTED:

**Steven A Glaviano, Pro Se**
**609 W William David Pkwy Suite 102**
**Metairie LA 70005**
**(504) 835-8887**
**TrustGroup@aol.com**

This Notice has been served upon the following via US Mail on June 6, 2016.

David L. Selby, II
John W. Barrett
Bailey & Glasser, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.: (205) 988-9253
Fax: (205) 733-4896


John P Marino
Smith, Gambrell and Russell, LLP
50 North Laura Street Suite 2600
Jacksonville, FL  322202
Telephone (904) 598-6100
Fax: (904) 598-6300

Chris P Carter v Forjas Taurus SA
c\o Heffler Claims Group
PO Box 230
Philadelphia PA  19107-0230

**Steven A Glaviano**

Steven A Glaviano
609 W William David Pkwy Suite 102
Metairie LA  70005

Clerk
South
U.S. (
400 N
Miam