UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*                              CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

## ORDER REGARDING TOPICS OF DISCUSSION FOR FINAL APPROVAL HEARING

THIS MATTER is before the Court *sua sponte*. After reviewing the pending motions and supporting memoranda, as well all objections and responses, the Court would like additional information to assist in its deliberations. Accordingly, it is

ORDERED THAT

Prior to the Final Approval Hearing scheduled for July 18, 2016, the parties shall confer and formulate responses to the following questions. The parties should be prepared to discuss these matters at the July 18, 2016 Hearing.

    1)    What does Taurus plan to do with each Class Pistol that is returned?

    2)    What is the parties' response to the issue of replacement accessories? What are common types of accessories? Are all accessories designed exclusively for a single model? What types of "accessory costs" will Class Members incur if their Class Pistol is returned under the Extended Warranty Option? Is the settlement fair, reasonable and adequate in light of these additional costs?

3) Describe the "Net Reach" of the Notice Program in light of the re-notice period following the January 20, 2016 Final Approval Hearing. What is the factual basis for such a conclusion?

4) Specify the alternative methods of notice, if any were considered, and why such options were disregarded.

5) What is the breakdown of administration costs? Has the total estimated claims administration cost increased in light of the re-notice period? If so, by how much? Provide a breakdown of these administration costs.

6) Dr. Safir states that the number of Class Pistols designed, manufactured and distributed by Taurus between the years of 1996-2013 is 955,796. What sources of records did Dr. Safir use to calculate this figure?

7) Assuming the Settlement's approval, when should the 4-month cash-payment claims period begin to run?

8) How and when will the safety video be made available?

9) To ensure proper application of the *Camden I* standard, please provide:

   a. How many total hours has Class Counsel expended on this matter to date?

   b. How many additional hours does Class Counsel expect to expend on this matter?

   c. What are the standard rates for each attorney?

   d. How much did Class Counsel spend on the Portugese-speaking lawyer and Chartered Accountant [DE 148-3, ¶ 6].

**DONE** and **ORDERED** in Miami, Florida, this 6th day of July, 2016.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record