IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

## JOINT PROOF OF NOTICE

The Parties in the above-titled action respectfully submit this Joint Proof of Notice pursuant to the Court's Order Requiring Revised Class Notice and Continuing Final Approval Hearing dated January 21, 2016 [DE 167]. The Parties incorporate by reference the Declaration of Jeanne C. Finegan in Support of Plaintiff's Additional Submissions in Support of Motion for Final Approval of Class Action Settlement. This Declaration is being filed with the Court contemporaneously herewith on July 7, 2016 and details the Notice implemented in this matter as approved and ordered by the Court.

Respectfully submitted, this 7th day of July, 2016.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ David L. Selby, II*<br>David L. Selby, II (*Admitted Pro Hac Vice*)<br>BAILEY & GLASSER, LLP<br>3000 Riverchase Galleria, Suite 905<br>Birmingham, Alabama 35244<br>Tel.:   (205) 988-9253<br>Fax:   (205) 733-4896<br>Email: dselby@baileyglasser.com | */s/ John P. Marino*<br>John P. Marino (FBN: 814539)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>50 N. Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>Tel.:   (904) 598-6100<br>Fax:   (904) 598-6300<br>Email:  jmarino@sgrlaw.com |

<div style="column-count:2">

John W. Barrett (*Admitted Pro Hac Vice*)
Eric B. Snyder (*Admitted Pro Hac Vice*)
Patricia M. Kipnis (*Admitted Pro Hac Vice*)
Marc R. Weintraub (FBN: 119976)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:   (304) 345-6555
Fax:   (304) 342-1110
Email: jbarrett@baileyglasser.com
         esnyder@baileyglasser.com
         pkipnis@baileyglasser.com
         mweintraub@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:   (205) 324-4008
Fax:   (205) 324-0803
Email:  twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:   (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Email: finklehoffe@leesfield.com
         scolaro@leesfield.com
         leesfield@leesfield.com

Kristen W. Bracken (FBN: 092136)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email: kbracken@sgrlaw.com

Timothy A. Bumann (*Admitted Pro Hac Vice*)
John Weeks (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:   (404) 815-3500
Fax:   (404) 815-3900
Email:  tbumann@sgrlaw.com
          jweeks@sgrlaw.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify on July 7, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

| | |
|---|---|
| Stephen D. Field, Esq. | Richard Louis Jordan |
| Stephen D. Field, P.A. | 2056 Walnut Creek Drive |
| 102 E. 49th Street | Flint, Michigan  48532 |
| Hialeah, FL  33013 | |
| Tel.: (305) 698-3421 | Steven A. Glaviano |
| Fax: (305) 698-1930 | 609 W. William David Pkwy |
| Email: steve@field-law.com | Suite 102 |
| Attorney for Objector Pennington | Metairie, Louisiana  70005 |
| | |
| Troy Kenneth Scheffler | Michael Reamy |
| 965 104th Ave. NW | P.O. Box 957 |
| Coon Rapids, Minnesota  55433 | Cuero, TX  77954 |
| | |
| Dean McAdams | |
| 8574 San Vicente Drive | |
| Yucca Valley, CA  92284 | |

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

*/s/ David L. Selby, II*
David L. Selby, II