# EXHIBIT 1

Plaintiff's Additional Submissions in Support of Motion
for Final Approval of Class Action Settlement

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

*Plaintiffs*,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

*Defendants*.

Case No. 1:13-cv-24583-PAS

**CLASS ACTION**

I, JEANNE C. FINEGAN declare as follows:

**INTRODUCTION**

1.      I am President and Chief Media Officer of HF Media, LLC, Inc. ("HF Media") a division of Heffler Claims Group ("Heffler"). This Declaration is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.

2.      Following the January 20, 2016 Final Approval Hearing, the Court entered an Order dated January 21, 2016 requiring the parties to supplement and re-disseminate the class notice [DE 167]. The Supplemental Notice was to address the scope of the Release, any possible limitations on the shipment of firearms into certain states, and clarify the terms of the Enhanced Warranty benefit.  I worked with the parties to prepare a Supplemental Publication Notice that addressed these issues. I also prepared a proposed Notice Media Plan to be implemented.  The parties submitted the proposed Supplemental Publication Notice and Additional Media Plan to

the Court on February 1, 2016 [DE 174].  A video status conference hearing with the Court was held this same date and I participated and answered the Court's questions. Following the hearing, the Court issued an Order approving the Supplemental Publication Notice and Additional Media Plan (collectively "Supplemental Notice Program") [DE 175].

3.      I submit this Declaration to provide the Court and the parties to the Action a report regarding the successful implementation of the Supplemental Notice Program and details concerning the overall reach of the Supplemental Notice Program.

4.      The Supplemental Notice Program was implemented pursuant to the Court's Orders dated January 21, 2016 and February 1, 2016.  In order to accomplish this in the best practicable and most reasonably calculated way, we leveraged on the heightened target audience awareness and overall visibility achieved through the first Notice Plan, as well as the ongoing audience engagement with the official settlement website.

5.      Pursuant to the Court's January 21, 2016 Order, Heffler updated the settlement website no later than February 22, 2016 and posted an announcement regarding the continuation of the final approval and the required Supplemental Notice.

6.      This Declaration explains how the Supplemental Notice Program is estimated to have reached[1] approximately 83 percent of the target audience with an average frequency of 3 times and attracted more than 166,000 users to the website since my last report, dated December 30, 2015. This brings the total users visiting the website to over 400,000 people. In addition to the previous 314 news mentions of this settlement, which I previously reported, the additional earned media in the supplemental program resulted in more than 221 news mentions and over

---

[1] Net Reach measures the number of people exposed (unduplicated), and Frequency is a report of the number of exposures. In advertising, this is commonly referred to as a "Reach and Frequency" analysis, where "Reach" refers to the estimated percentage of the unduplicated audience exposed to the campaign, and "Frequency" refers to how many times, on average, the target audience had the opportunity to see the message.  The calculations are used by advertising and communications firms worldwide, and have become a critical element to help provide the basis for determining adequacy of notice in class actions.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

3,796 engagements, which are social media likes, comments, shares, or downloads.[2]

7.     This Declaration will also describe why the Supplemental Notice Program in this case is consistent with (and, indeed, exceeds) similar Court-approved notice programs in other actions, and is well-designed to give the best notice practicable under the circumstances.

8.     The Media Notice program for the Supplemental Notice commenced on March 8, 2016 and was substantially completed on April 18, 2016.

9.     The total estimated range of budget costs to date for providing administration, including the first and supplemental notice to the Settlement Class, processing Claims Forms, making settlement payments, and otherwise administering the settlement is approximately $1.5 to $2 million.  This estimated range could increase depending on the future administration of the class benefits.

## Qualifications

10.     As before, the credentials that qualify me to provide an expert opinion include more than 30 years of communications and advertising experience. I am the only Notice Expert accredited in Public Relations (APR) by the Universal Accreditation Board, a program administered by the Public Relations Society of America. I have further provided testimony before Congress on issues of notice. I have also lectured, published and been cited extensively on various aspects of legal noticing, product recall and crisis communications. I have planned and implemented some of the most high-profile government enforcement actions for the Federal Trade Commission and the Securities and Exchange Commission.  In addition, I have served as an expert to the Consumer Product Safety Commission (CPSC) to determine ways in which the CPSC can increase the effectiveness of its product recall campaigns.

---

[2] Earned media means press coverage of a settlement by any newspaper, magazine, website, radio or television station that was not purchased as part of the Supplemental Notice Program.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg., Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

3

11.     I have served as an expert directly responsible for the design and implementation of hundreds of class action notice programs, some of which are the largest and most complex programs ever implemented in both the United States and in Canada. My work includes a wide range of class actions and regulatory and consumer matters that include product liability, construction defect, antitrust, asbestos, medical pharmaceutical, human rights, civil rights, telecommunications, media, environmental, securities, banking, insurance and bankruptcy.

12.     Further, I have been at the forefront of modern notice, integrating new media and social media into court approved legal notice programs in cases such as *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass. 2011), and *In re: Skechers Toning Shoes Products Liability Litigation*, No. 3:11-MD-2308-TBR (W.D. Ky. 2012).

13.     As detailed below, courts have repeatedly recognized my work as an expert:

(a) For example, in his order granting the Motion for Settlement in ***In re: Skechers Toning Shoes Products Liability Litigation***, No. 3:11-MD-2308-TBR (W.D. Ky. 2012), the Honorable Thomas B. Russell stated:

> … The comprehensive nature of the class notice leaves little doubt that, upon receipt, class members will be able to make an informed and intelligent decision about participating in the settlement.

(b) ***Quinn v. Walgreen Co***., 12-cv-8187-VB (S.D.N.Y. 2015) (Jt Hearing for Final App, March. 5, 2015, transcript page 40-41).   During the Hearing on Final Approval of Class Action, the Honorable Vincent L. Briccetti offered his praised Ms. Finegan, noting:

> "The notice plan was the best practicable under the circumstances . . . . [and] the proof is in the pudding." This settlement has resulted in more than 45,000 claims which is 10,000 more than the Pearson case and more than 40,000 more than in a glucosamine case pending in the Southern District of California I've been advised about.  So the notice has reached a lot of people and a lot of people have made claims.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

4

(c) **_Brody v. Merck & Co., Inc., et al.,_** No. 3:12-cv-04774-PGS-DEA (D.N.J.) (Jt. Hearing for Prelim. App., Sept. 27, 2012, transcript page 34).   During the Hearing on the Joint Application for Preliminary Approval of Class Action, the Honorable Peter G. Sheridan praised my work, noting:

> Ms. Finegan did a great job in testifying as to what the class administrator will do. So, I'm certain that all the class members or as many that can be found, will be given some very adequate notice in which they can perfect their claim.

(d) **_DeHoyos, et al. v. Allstate Ins. Co_**., No. 01-CA-1010 (W.D. Tex. 2001). Similarly, in the Amended Final Order and Judgment Approving Class Action Settlement, the Honorable Fred Biery stated:

> [T]he undisputed evidence shows the notice program in this case was developed and implemented by a nationally recognized expert in class action notice programs. … This program was vigorous and specifically structured to reach the African-American and Hispanic class members.  Additionally, the program was based on a scientific methodology which is used throughout the advertising industry and which has been routinely embraced routinely [sic] by the Courts.

14.    A comprehensive description of my credentials and experience that qualify me to provide expert opinions on the adequacy of class action notice programs is attached as Exhibit A.

## **CAFA Notification**

15.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1715(b) Heffler provided the Supplemental Notice as required by the Court.  On May 22, 2016, Heffler served a CAFA Notice and accompanying enclosures by First Class Certified U.S. Mail of the Supplemental Notice to all 50 state Attorneys General, the U.S. Attorney General, the acting ATF Director and appropriate U.S. Acting Territorial Attorneys General. Attached as Exhibit B is the signed CAFA Notice with a detailed list of contacts and a description of the enclosures for the Supplemental Notice.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg., Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

5

## Notice Program Methodology

16.     The Supplemental Notice Program includes all the methodologies employed in the First Notice Program.

17.     Based on these same methodologies and tools, we are able to measure and report to the Court the percentage of the Settlement Class that was reached by the Supplemental Notice Program and how many times the target audience had the opportunity to see the message.  As I have explained before, in advertising, this is commonly referred to as a "Reach and Frequency" analysis, where "Reach" refers to the estimated percentage of the unduplicated audience exposed to the campaign, and "Frequency" refers to how many times, on average, the target audience had the opportunity to see the message.   The calculations are used by advertising and communications firms worldwide, and have become a critical element to help provide the basis for determining adequacy of notice in class actions.

## Media Selection & Appropriate Calculation
## of Net Reach across Print and Online

18.     The Supplemental Notice Program included the same media selection employed in the First Notice Program. The media selection for the Supplemental Notice Program was based on the calculations of net reach across print and online media delivery that would make this Notice Program appropriate.

## Publication – Magazine

19.     As with the first notice program, the magazines below were selected for the Supplemental Notice Program based on the highest coverage and index[3] against the target

---

[3] Index is a media metric that describes a target audience's inclination to use a given outlet. An index over 100 suggests a target population's inclination to use a medium to a greater degree than the rest of the population. For example, an index of 157 would mean that the target is 57 percent more likely than the rest of the population to use a medium.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

6

audience (hand gun owners and the broader demographic target) characteristics. Additionally, as before, specific titles including *American Rifleman* and *Guns & Ammo* were selected based on their previous inclusion in Taurus advertising campaigns and their high index against the target.



NRA's American Rifleman is the monthly flagship magazine of the NRA, with an estimated circulation of 2,094,346. The Supplemental Summary Notice was published once as a 1/3-page, black and white ad.



Athlon Sports is the nation's premier weekly sports newspaper insert appearing in over 500 local newspapers across the United States. Athlon Sports has a circulation of 9,250,968. The Supplemental Summary Notice was published once as a 3/10-page black and white ad.



Field & Stream is a widely distributed monthly magazine with an estimated circulation of 1,263,157. The Supplemental Summary Notice was published once as a 1/3-page black and white ad.



Guns & Ammo – is a monthly gun enthusiast magazine with a circulation of 420,645. The Supplemental Summary Notice was published once as a 1/3-page black and white ad.

NATIONAL GEOGRAPHIC

National Geographic is a nationally distributed monthly magazine with an estimated circulation of over 3,538,623. *National Geographic* also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The Supplemental Summary Notice was published once as a 1/2-page, black and white ad.

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

7



*People Magazine* is a widely distributed weekly title with an estimated circulation of 3,537,318. *People Magazine* is the number one women's magazine in the United States. It also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The Supplemental Summary Notice was published as a 1/3-page, black and white ad.



*Sports Illustrated* reports on the world of sports through in-depth articles, photography and stories. *Sports Illustrated* also has distribution in the U.S. Virgin Islands, Puerto Rico and Guam. The Supplemental Summary Notice was published once as a 1/3-page, black and white ad. *Sports Illustrated* has a circulation of 3,021,065.

20.    Combined, the magazines employed for this Supplemental Notice Program have a circulation of over 22,509,000, and 134,490,000 readers.[4]

21.    Pursuant to this Court's Order, section C, the magazines described above were published as follows:

| Publication | On-Sale Date | Issue Date |
|---|---|---|
| *People Magazine* | 3/18/16 | 3/28/16 |
| *Athlon Sports* | 3/20/16 | March |
| *American Rifleman* | 4/17/16 | May |
| *Field & Stream* | 3/29/16 | April |
| *Sports Illustrated* | 3/23/16 | 3/28/16 |
| *National Geographic* | 3/29/16 | April |
| *Guns & Ammo* | 4/7/16 | May |

Attached as Exhibit C are true and correct copies of the proof of publication tear sheets.

---

[4] Source: 2015 SRDS and 2015 GfK MRI. Readers per copy ("RPC") are those in addition to the subscriber to reads a magazine. Readers are calculated using a pass along factor. Each magazine has a unique pass along. For example, American Rifleman reports an RPC of 2.60; *Field & Stream* reports an RPC of 6.59 and *Sports Illustrated* 6.12.

## Publication – Newspaper U.S. Territories

22.     The Supplemental Notice was published twice in each of the largest general circulation newspapers in the U.S. Territories, including the U.S. Virgin Islands, Puerto Rico and Guam. Pursuant to this Court's Order, section C, the newspapers were published as follows:

| Title | Circulation | Language | Issue Dates |
|---|---|---|---|
| *The Guam Pacific Daily News* | 20,000 | English | 3/8/16 & 3/22/16 |
| *The Puerto Rico El Vocero* | 229,685 | Spanish | 3/8/16 & 3/22/16 |
| *The San Juan Daily News* | 50,000 | English | 3/8/16 & 3/22/16 |
| *The U.S. Virgin Islands Daily News* | 13,343 | English | 3/9/16 & 3/23/16 |

Attached as Exhibit D are true and correct copies of the proof of publication tear sheets.

## Publication – Internet

23.     Consistent with the first notice program, the Supplemental *online* Notice Program employed three premium online display networks, which are comprised of hundreds of premium individual websites, as well as Facebook and Google AdWords (keywords).

24.     As with the First Notice Program, the Banner ads in the Second Notice Program provided information for visitors to self-identify themselves as potential Settlement Class Members, where they may "click" on the banner and then link directly to the official website for more information and where they may register online, or seek additional information including frequently asked questions and important court deadlines and documents.  Attached as Exhibit E are sample screen shots of the banner ads appeared during the Second Notice Program.

## Search Words

25.     HF Media worked with the parties to establish key search terms for the First Notice Program on Google AdWords, where links appear on the search result pages of keyword/phrase searches. The Google Adwords ads were served when a user's Google search

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg., Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

9

included keywords that were determined to be relevant to the settlement, such as *Taurus, Taurus guns, Taurus pistol, Taurus Firearm, Taurus handgun, Taurus Safety, Taurus lawsuit, Taurus return, Taurus Settlement*, as well as the gun models covered under the settlement. Based on the measured success of the Google Adwords used in the First Notice Program, we utilized the same keywords in the Supplemental Notice Program.

## Social Media – Facebook

26.     The Supplemental Notice Program also included online banner ads on Facebook, appearing in the form of news feed ads and right side display ads.  Attached as Exhibit F are screenshots of the Notice Program ads as they appeared on Facebook.

## Media Outreach

27.     On March 18, 2016, a multimedia news release ("MNR") was issued over PR Newswire's US1 newsline for the Supplemental Notice Program.  As before, the MNR was blend of a traditional press release with multi-media elements including a specific link to the safety video. The MNR also included links to related court documents including the Settlement Agreement and the Enhanced Lifetime Warranty and has received 17,355 views to date.  To further enhance the outreach, a press release was issued to the NRA.  Attached as Exhibit G is a screen shot of the MNR.

28.     My staff and I closely monitored various media for resulting articles and news mentions and social media engagements for the Supplemental Program. As of June 28, 2016 an additional 221 news mentions and articles and 3,796 social media engagements have appeared in the United States and Guam concerning the Settlement. The extensive mentions include articles in the January 22, 2016 edition of Newsweek and the June 2016 edition of Mother Jones.  News pick-up also included numerous gun enthusiast media outlets such as: the NRA's "*Shooting*

*Illustrated,*" Guns.com, Officer.com and blogs such as Ammoland, the Firearmblog and mainstream television and newspaper websites including The International Business Times, AL.com and online news sites such as Yahoo!News, Reuters, and Bloomberg. Attached as Exhibit H is an Executive Summary of the results. Also attached as Exhibit I is a media outlet coverage report of the Supplemental press release.

## Official Settlement Website

29.     Pursuant to the Settlement Agreement Heffler has continued to maintain an official website: *www.tauruscartersettlement.com*.  Importantly, as I stated before, the site was optimized for mobile visitors so that information loads on their mobile device quickly. This was an important consideration, given the fact that over 65 percent of the settlement website traffic originated from a mobile device. The website served as a landing page for the banner advertising, where Settlement Class Members may continue to obtain further information about the class action, their rights, and related information, including the Safety Video, Enhanced Warranty, Settlement Agreement, Court Orders, and Plaintiff's Motion for Approval of Fees, Expenses, and Incentive Awards. The website address was prominently displayed in the publication notice and is accessible 24-hours a day, 7-days a week.

30.     Strong evidence for the success of this robust notice program is found in the impressive amount of visitor traffic to this website.  As of June 28, 2016, in total, 402,337 users (people) have visited this website, with over 552,808 sessions,[5] and of these sessions, nearly 133,042 sessions originated from Puerto Rico, over 14,480 from Guam and nearly 1,381 from the U.S. Virgin Islands. Also, the site has a significant engagement factor, with over 27 percent of this traffic returning to the site multiple times. To date, the five safety videos have received a

---

[5] A session is a period of time that a user is actively engaged with a website.

total of 11,138 views. We also note that since the Supplemental Notice Program concluded, between 130-400 visitors continue to browse the site's pages each day.

## Toll Free Telephone Helpline

31.     Consistent with First Notice Plan, Heffler continued to maintain and operate Interactive Voice Response (the "IVR") system, which established a 24-hour toll-free telephone line, 1.844.528.0180, where callers may obtain information about the class action. Heffler added the option on the IVR system which allows someone to speak to a live operator. The staff members of the Heffler Call Center were trained in the details of this settlement so that they could provide information to Class Members. As of June 28, 2016, the toll free number has received 9,305 IVR calls and 4,575 calls directed to a live operator. This IVR system will remain active until Heffler is instructed by the parties to deactivate the call center.

## Opt-Outs Requests for Exclusion and Objections

32.     The deadline set forth in the Supplemental Notice for Class Members to request to be excluded from the Settlement was a postmarked deadline of May 18, 2016. The deadline to file objections to the Settlement was May 18, 2016. Following the Supplemental Notice, Heffler received 4 requests for exclusions or opt-outs, 1 new objection, and 3 objections from the same previous objectors.

## Conclusion

33.     In my opinion, the outreach efforts employed for the First Notice Program which reached an estimated 86 percent of this target audience, and Supplemental Notice Program, which reached and estimated 83 percent of this target audience rank among the most robust in the last few years. Both of the notice programs reflected a particularly appropriate, consistent, highly targeted and modern way to provide notice to this Settlement Class. As described above,

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

12

class notice occurred though traditional media, online media, mobile media, social media and through earned media.  When combined with the first program, the overall effort, which includes over 535 news mentions and 9,921 social media engagements, no doubt achieved an even greater reach of the target audience. In my opinion, the robust and multifaceted efforts used in this Supplemental Notice Program and the First Notice Program are of the highest modern communication standards, are reasonably calculated to provide notice, and are consistent with best practicable court approved notice programs in similar matters and the Federal Judicial Center's guidelines concerning appropriate reach.

34.    Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on **July 6, 2016** in Tigard, Oregon.

_Jeanne C Finegan_

JEANNE C. FINEGAN

Declaration of Jeanne C. Finegan APR
Carter v. Forjas Taurus S.A., Taurus International Mfg, Inc., and Taurus Holdings, Inc.,
Case No. 1:13-cv-24583-PAS

13

Jeanne C. Finegan Declaration

# Exhibit A



# JEANNE C. FINEGAN, APR

### BIOGRAPHY

Jeanne Finegan, APR, is President and Chief Media Officer of HF Media, LLC. (a division of Heffler Claims Group), named by *Diversity Journal* as one of the "Top 100 Women Worth Watching," has more than 30 years of communications and advertising experience and is a distinguished legal notice and communications expert.  During her tenure, she has planned and implemented hundreds of high profile, complex legal notice communication programs.  She is a recognized notice expert in both the United States and in Canada, with extensive international notice experience spanning more than 140 countries and over 40 languages.

Ms. Finegan has lectured, published and has been cited extensively on various aspects of legal noticing, product recall and crisis communications. She has served the Consumer Product Safety Commission (CPSC) as an expert to determine ways in which the Commission can increase the effectiveness of its product recall campaigns.  Further, she has planned and implemented large-scale government enforcement notice programs for the Federal Trade Commission (FTC) and the Securities and Exchange Commission (SEC).

Ms. Finegan is accredited in Public Relations (APR) by the Universal Accreditation Board, which is a program administered by the Public Relations Society of America (PRSA), and has served on examination panels for APR candidates. Additionally, she has served as a judge for prestigious PRSA awards.

Ms. Finegan has provided expert testimony before Congress on issues of notice, and expert testimony in both state and federal courts regarding notification campaigns.  She has conducted numerous media audits of proposed notice programs to assess the adequacy of those programs under Fed R. Civ. P. 23(c)(2) and similar state class action statutes.

She was an early pioneer of plain language in notice (as noted in a RAND study,[1]) and continues to set the standard for modern outreach as the first notice expert to integrate social and mobile media into court approved legal notice programs.

In the course of her class action experience, courts have recognized the merits of, and admitted expert testimony based on, her scientific evaluation of the effectiveness of notice plans.  She has designed legal notices for a wide range of class actions and consumer matters that include product liability, construction defect, antitrust, medical/pharmaceutical, human rights, civil rights, telecommunication, media, environment, government enforcement actions, securities, banking, insurance, mass tort, restructuring and product recall.

---

1 Deborah R. Hensler et al., CLASS ACTION DILEMAS, PURSUING PUBLIC GOALS FOR PRIVATE GAIN.  RAND (2000).

**HEFFLER Claims Group**

<u>**JUDICIAL COMMENTS AND LEGAL NOTICE CASES**</u>

In evaluating the adequacy and effectiveness of Ms. Finegan's notice campaigns, courts have repeatedly recognized her excellent work.  The following excerpts provide some examples of such judicial approval.

*In re: Skechers Toning Shoes Products Liability Litigation*, No. 3:11-MD-2308-TBR (W.D. Ky. 2012). In his Final Order and Judgement granting the Motion for Preliminary Approval of Settlement, the Honorable Thomas B. Russell stated:

> … *The comprehensive nature of the class notice leaves little doubt that, upon receipt, class members will be able to make an informed and intelligent decision about participating in the settlement.*

*Brody v. Merck & Co., Inc., et al,* No. 3:12-cv-04774-PGS-DEA (N.J.) (Jt Hearing for Prelim App, Sept. 27, 2012, transcript page 34).   During the Hearing on Joint Application for Preliminary Approval of Class Action, the Honorable Peter G. Sheridan praised Ms. Finegan, noting:

> *Ms. Finegan did a great job in testifying as to what the class administrator will do. So, I'm certain that all the class members or as many that can be found, will be given some very adequate notice in which they can perfect their claim.*

*Quinn v. Walgreen Co., Wal-Mart Stores Inc.,* 7:12 CV-8187-VB (NYSD) (Jt Hearing for Final App, March. 5, 2015, transcript page 40-41).   During the Hearing on Final Approval of Class Action, the Honorable Vincent L. Briccetti gave accolades to Ms. Finegan, noting:

> *"The notice plan was the best practicable under the circumstances.  … [and] "the proof is in the pudding. This settlement has resulted in more than 45,000 claims which is 10,000 more than the Pearson case and more than 40,000 more than in a glucosamine case pending in the Southern District of California I've been advised about.  So the notice has reached a lot of people and a lot of people have made claims."*

*In Re: TracFone Unlimited Service Plan Litigation, No. C-13-3440 EMC (ND Ca).* In the Final Order and Judgment Granting Class Settlement, July 2, 2015, the Honorable Edward M. Chen noted:

> *"…[D]epending on the extent of the overlap between  those class members who will automatically receive a payment and those who filed claims, the total claims rate is estimated to be approximately 25-30%. This is an excellent result…*

*DeHoyos, et al. v. Allstate Ins. Co.*, No. SA-01-CA-1010 (W.D.Tx. 2001).  In the Amended Final Order and Judgment Approving Class Action Settlement, the Honorable Fred Biery stated:

*[T]he undisputed evidence shows the notice program in this case was developed and implemented by a nationally recognized expert in class action notice programs. … This program was vigorous and specifically structured to reach the African-American and Hispanic class members.  Additionally, the program was based on a scientific methodology which is used throughout the advertising industry and which has been routinely embraced routinely [sic] by the Courts.  Specifically, in order to reach the identified targets directly and efficiently, the notice program utilized a multi-layered approach which included national magazines; magazines specifically appropriate to the targeted audiences; and newspapers in both English and Spanish.*

*In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. MA. 2011).  The Honorable F. Dennis Saylor IV stated in the Final Approval Order:

*The Court finds that the dissemination of the Class Notice, the publication of the Summary Settlement Notice, the establishment of a website containing settlement-related materials, the establishment of a toll-free telephone number, and all other notice methods set forth in the Settlement Agreement and [Ms. Finegan's] Declaration and the notice dissemination methodology implemented pursuant to the Settlement Agreement and this Court's Preliminary Approval Order… constituted the best practicable notice to Class Members under the circumstances of the Actions.*

**Bezdek v. Vibram USA and Vibram FiveFingers** LLC, No 12-10513 (D. MA) The Honorable Douglas P. Woodlock stated in the Final Memorandum and Order:
*…[O]n independent review I find that the notice program was robust, particularly in its online presence, and implemented as directed in my Order authorizing notice. …I find that notice was given to the Settlement class members by the best means "practicable under the circumstances." Fed.R.Civ.P. 23(c)(2).*

*Gemelas v. The Dannon Company Inc.,* No. 08-cv-00236-DAP (N.D. Ohio).  In granting final approval for the settlement, the Honorable Dan A. Polster stated:

*In accordance with the Court's Preliminary Approval Order and the Court-approved notice program, [Ms. Finegan] caused the Class Notice to be distributed on a nationwide basis in magazines and newspapers (with circulation numbers exceeding 81 million) specifically chosen to reach Class Members. … The distribution of Class Notice constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. 1715, and any other applicable law.*

*Pashmova v. New Balance Athletic Shoes, Inc.*, 1:11-cv-10001-LTS (D. Mass.). The Honorable Leo T. Sorokin stated in the Final Approval Order:

*The Class Notice, the Summary Settlement Notice, the web site, and all other notices in the Settlement Agreement and the Declaration of  [Ms Finegan], and the notice*

*methodology implemented pursuant to the Settlement Agreement: (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated to apprise Class Members of the pendency of the Actions, the terms of the Settlement and their rights under the settlement … met all applicable requirements of law, including, but not limited to, the Federal Rules of Civil Procedure, 28 U.S.C. § 1715, and the Due Process Clause(s) of the United States Constitution, as well as complied with the Federal Judicial Center's illustrative class action notices.*

***Hartless v. Clorox Company***, No. 06-CV-2705 (CAB) (S.D.Cal.).  In the Final Order Approving Settlement, the Honorable Cathy N. Bencivengo found:

*The Class Notice advised Class members of the terms of the settlement; the Final Approval Hearing and their right to appear at such hearing; their rights to remain in or opt out of the Class and to object to the settlement; the procedures for exercising such rights; and the binding effect of this Judgment, whether favorable or unfavorable, to the Class. The distribution of the notice to the Class constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. §1715, and any other applicable law.*

***McDonough et al v. Toys 'R' Us et al,*** No. 09:-cv-06151-AB (E.D. Pa.).  In the Final Order and Judgment Approving Settlement, the Honorable Anita Brody stated:

*The Court finds that the Notice provided constituted the best notice practicable under the circumstances and constituted valid, due and sufficient notice to all persons entitled thereto.*

***In re: Pre-Filled Propane Tank Marketing & Sales Practices Litigation,*** No. 4:09-md-02086-GAF (W.D. Mo.)  In granting final approval to the settlement, the Honorable Gary A. Fenner stated:

*The notice program included individual notice to class members who could be identified by Ferrellgas, publication notices, and notices affixed to Blue Rhino propane tank cylinders sold by Ferrellgas through various retailers. ... The Court finds the notice program fully complied with Federal Rule of Civil Procedure 23 and the requirements of due process and provided to the Class the best notice practicable under the circumstances.*

***Stern v. AT&T Mobility Wireless***, No. 09-cv-1112 CAS-AGR (C.D.Cal. 2009).  In the Final Approval Order, the Honorable Christina A. Snyder stated:

*[T]he Court finds that the Parties have fully and adequately effectuated the Notice Plan, as required by the Preliminary Approval Order, and, in fact, have achieved better results than anticipated or required by the Preliminary Approval Order.*

*In re: Processed Egg Prods. Antitrust Litig.*, MDL No. 08-md-02002 (E.D.P.A.). In the Order Granting Final Approval of Settlement , Judge Gene E.K. Pratter stated:

> *The Notice appropriately detailed the nature of the action, the Class claims, the definition of the Class and Subclasses, the terms of the proposed settlement agreement, and the class members' right to object or request exclusion from the settlement and the timing and manner for doing so.… Accordingly, the Court determines that the notice provided to the putative Class Members constitutes adequate notice in satisfaction of the demands of Rule 23.*

*In re Polyurethane Foam Antitrust Litigation*, 10- MD-2196 (N.D. OH). In the Order Granting Final Approval of Voluntary Dismissal and Settlement of Defendant Domfoam and Others, the Honorable Jack Zouhary stated:

> *The notice program included individual notice to members of the Class who could be identified through reasonable effort, as well as extensive publication of a summary notice. The Notice constituted the most effective and best notice practicable under the circumstances of the Settlement Agreements, and constituted due and sufficient notice for all other purposes to all persons and entities entitled to receive notice.*

*Rojas v Career Education Corporation*, No. 10-cv-05260 (N.D.E.D. IL) In the Final Approval Order dated October 25, 2012, the Honorable Virgina M. Kendall stated:

> *The Court Approved notice to the Settlement Class as the best notice practicable under the circumstance including individual notice via U.S. Mail and by email to the class members whose addresses were obtained from each Class Member's wireless carrier or from a commercially reasonable reverse cell phone number look-up service, nationwide magazine publication, website publication, targeted on-line advertising, and a press release. Notice has been successfully implemented and satisfies the requirements of the Federal Rule of Civil Procedure 23 and Due Process.*

*Golloher v Todd Christopher International, Inc. DBA Vogue International (Organix), No. C 1206002 N.D CA.* In the Final Order and Judgment Approving Settlement, the Honorable Richard Seeborg stated:

> *The distribution of the notice to the Class constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. §1715, and any other applicable law.*

*Stefanyshyn v. Consolidated Industries*, No. 79 D 01-9712-CT-59 (Tippecanoe County Sup. Ct., Ind.). In the Order Granting Final Approval of Settlement, Judge Randy Williams stated:

*The long and short form notices provided a neutral, informative, and clear explanation of the Settlement. … The proposed notice program was properly designed, recommended, and implemented … and constitutes the "best practicable" notice of the proposed Settlement. The form and content of the notice program satisfied all applicable legal requirements. … The comprehensive class notice educated Settlement Class members about the defects in Consolidated furnaces and warned them that the continued use of their furnaces created a risk of fire and/or carbon monoxide. This alone provided substantial value.*

*McGee v. Continental Tire North America, Inc. et al*, No. 06-6234-(GEB) (D.N.J.).

*The Class Notice, the Summary Settlement Notice, the web site, the toll-free telephone number, and all other notices in the Agreement, and the notice methodology implemented pursuant to the Agreement: (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated to apprise Class Members of the pendency of the Action, the terms of the settlement and their rights under the settlement, including, but not limited to, their right to object to or exclude themselves from the proposed settlement and to appear at the Fairness Hearing; (c) were reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notification; and (d) met all applicable requirements of law, including, but not limited to, the Federal Rules of Civil Procedure, 20 U.S.C. Sec. 1715, and the Due Process Clause(s) of the United States Constitution, as well as complied with the Federal Judicial Center's illustrative class action notices,*

*Varacallo, et al. v. Massachusetts Mutual Life Insurance Company, et al*., No. 04-2702 (JLL) (D.N.J.).  The Court stated that:

[A]*ll of the notices are written in simple terminology, are readily understandable by Class Members, and comply with the Federal Judicial Center's illustrative class action notices. … By working with a nationally syndicated media research firm, [Finegan's firm] was able to define a target audience for the MassMutual Class Members, which provided a valid basis for determining the magazine and newspaper preferences of the Class Members.  (Preliminary Approval Order at p. 9). . . .  The Court agrees with Class Counsel that this was more than adequate.  (Id. at § 5.2).*

*In re: Nortel Network Corp., Sec. Litig.*, No. 01-CV-1855 (RMB) Master File No. 05 MD 1659 (LAP) (S.D.N.Y.).  Ms. Finegan designed and implemented the extensive United States and Canadian notice programs in this case.  The Canadian program was published in both French and English, and targeted virtually all investors of stock in Canada.  *See* www.nortelsecuritieslitigation.com.  Of the U.S. notice program, the Honorable Loretta A. Preska stated:

*The form and method of notifying the U.S. Global Class of the pendency of the action as a class action and of the terms and conditions of the proposed Settlement … constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.*

Regarding the B.C. Canadian Notice effort: *Jeffrey v. Nortel Networks*, [2007] BCSC 69 at para. 50, the Honourable Mr. Justice Groberman said:

*The efforts to give notice to potential class members in this case have been thorough. There has been a broad media campaign to publicize the proposed settlement and the court processes.  There has also been a direct mail campaign directed at probable investors.  I am advised that over 1.2 million claim packages were mailed to persons around the world.  In addition, packages have been available through the worldwide web site* nortelsecuritieslitigation.com *on the Internet.  Toll-free telephone lines have been set up, and it appears that class counsel and the Claims Administrator have received innumerable calls from potential class members. In short, all reasonable efforts have been made to ensure that potential members of the class have had notice of the proposal and a reasonable opportunity was provided for class members to register their objections, or seek exclusion from the settlement.*

*Mayo v. Walmart Stores and Sam's Club*, No. 5:06 CV-93-R (W.D.Ky.).  In the Order Granting Final Approval of Settlement, Judge Thomas B. Russell stated:

*According to defendants' database, the Notice was estimated to have reached over 90% of the Settlement Class Members through direct mail.*
*The Settlement Administrator … has classified the parties' database as 'one of the most reliable and comprehensive databases [she] has worked with for the purposes of legal notice.'… The Court thus reaffirms its findings and conclusions in the Preliminary Approval Order that the form of the Notice and manner of giving notice satisfy the requirements of Fed. R. Civ. P. 23 and affords due process to the Settlement Class Members.*

*Fishbein v. All Market Inc*., (d/b/a **Vita Coco**) No. 11-cv-05580  (S.D.N.Y.).  In granting final approval of the settlement, the Honorable J. Paul Oetken stated:

*"The Court finds that the dissemination of Class Notice pursuant to the Notice Program…constituted the best practicable notice to Settlement Class Members under the circumstances of this Litigation … and was reasonable and constituted due, adequate and sufficient notice to all persons entitled to such notice, and fully satisfied the requirements of the Federal Rules of Civil Procedure, including Rules 23(c)(2) and (e), the United States Constitution (including the Due Process Clause), the Rules of this Court, and any other applicable laws."*

*Lucas, et al. v. Kmart Corp.*, No. 99-cv-01923 (D.Colo.), wherein the Court recognized Jeanne Finegan as an expert in the design of notice programs, and stated:

> *The Court finds that the efforts of the parties and the proposed Claims Administrator in this respect go above and beyond the "reasonable efforts" required for identifying individual class members under F.R.C.P. 23(c)(2)(B).*

*In re: Johns-Manville Corp.* **(Statutory Direct Action Settlement, Common Law Direct Action and Hawaii Settlement)**, No 82-11656, 57, 660, 661, 665-73, 75 and 76 (BRL) (Bankr. S.D.N.Y.). The nearly half-billion dollar settlement incorporated three separate notification programs, which targeted all persons who had asbestos claims whether asserted or unasserted, against the Travelers Indemnity Company.  In the Findings of Fact and Conclusions of a Clarifying Order Approving the Settlements, slip op. at 47-48 (Aug. 17, 2004), the Honorable Burton R. Lifland, Chief Justice, stated:

> *As demonstrated by Findings of Fact (citation omitted), the Statutory Direct Action Settlement notice program was reasonably calculated under all circumstances to apprise the affected individuals of the proceedings and actions taken involving their interests, Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950), such program did apprise the overwhelming majority of potentially affected claimants and far exceeded the minimum notice required. . . . The results simply speak for themselves.*

*Pigford v. Glickman and U.S. Department of Agriculture*, No. 97-1978. 98-1693 (PLF) (D.D.C.). This matter was the largest civil rights case to settle in the United States in over 40 years. The highly publicized, nationwide paid media program was designed to alert all present and past African-American farmers of the opportunity to recover monetary damages against the U.S. Department of Agriculture for alleged loan discrimination.  In his Opinion, the Honorable Paul L. Friedman commended the parties with respect to the notice program, stating;

> *The parties also exerted extraordinary efforts to reach class members through a massive advertising campaign in general and African American targeted publications and television stations. . . . The Court concludes that class members have received more than adequate notice and have had sufficient opportunity to be heard on the fairness of the proposed Consent Decree.*

*In re: Louisiana-Pacific Inner-Seal Siding Litig.*, Nos. 879-JE, and 1453-JE (D.Or.).  Under the terms of the Settlement, three separate notice programs were to be implemented at three-year intervals over a period of six years.  In the first notice campaign, Ms. Finegan implemented the print advertising and Internet components of the Notice program.  In approving the legal notice communication plan, the Honorable Robert E. Jones stated:

*The notice given to the members of the Class fully and accurately informed the Class members of all material elements of the settlement…[through] a broad and extensive multi-media notice campaign.*

Additionally, with regard to the third-year notice program for Louisiana-Pacific, the Honorable Richard Unis, Special Master, commented that the notice was:

*…well formulated to conform to the definition set by the court as adequate and reasonable notice. Indeed, I believe the record should also reflect the Court's appreciation to Ms. Finegan for all the work she's done, ensuring that noticing was done correctly and professionally, while paying careful attention to overall costs. Her understanding of various notice requirements under Fed. R. Civ. P. 23, helped to insure that the notice given in this case was consistent with the highest standards of compliance with Rule 23(d)(2).*

*In re: Expedia Hotel Taxes and Fees Litigation*, No. 05-2-02060-1 (SEA) (Sup. Ct. of Wash. in and for King County). In the Order Granting Final Approval of Class Action Settlement, Judge Monica Benton stated:

*The Notice of the Settlement given to the Class … was the best notice practicable under the circumstances. All of these forms of Notice directed Class Members to a Settlement Website providing key Settlement documents including instructions on how Class Members could exclude themselves from the Class, and how they could object to or comment upon the Settlement. The Notice provided due and adequate notice of these proceeding and of the matters set forth in the Agreement to all persons entitled to such notice, and said notice fully satisfied the requirements of CR 23 and due process.*

*Rene Rosales v. Fortune Ins. Co.*, No. 99-04588 CA (41) (11th Judicial Dist. Ct. of Miami-Dade County, Fla.). Ms. Finegan provided expert testimony in this matter. She conducted an audit on behalf of intervening attorneys for the proposed notification to individuals insured with personal injury insurance.
Based upon the audit, Ms. Finegan testified that the proposed notice program was inadequate. The Court agreed and signed an Order Granting Intervenors' Objections to Class Action Settlement, stating:

*The Court finds that Ms. Finegan is qualified as an expert on class notice and effective media campaigns. The Court finds that her testimony is credible and reliable.*

*Thomas A. Foster and Linda E. Foster v. ABTco Siding Litigation*, No. 95-151-M (Cir. Ct., Choctaw County, Ala.). This litigation focused on past and present owners of structures sided with Abitibi-Price siding. The notice program that Ms. Finegan designed and implemented was national in scope and received the following praise from the Honorable J. Lee McPhearson:

*The Court finds that the Notice Program conducted by the Parties provided individual notice to all known Class Members and all Class Members who could be identified through reasonable efforts and constitutes the best notice practicable under the circumstances of this Action.   This finding is based on the overwhelming evidence of the adequacy of the notice program. … The media campaign involved broad national notice through television and print media, regional and local newspapers, and the Internet (see id. ¶¶9-11) The result: over 90 percent of Abitibi and ABTco owners are estimated to have been reached by the direct media and direct mail campaign.*

***Wilson v. Massachusetts Mut. Life Ins. Co.***, No. D-101-CV 98-02814 (First Judicial Dist. Ct., County of Santa Fe, N.M.). This was a nationwide notification program that included all persons in the United States who owned, or had owned, a life or disability insurance policy with Massachusetts Mutual Life Insurance Company and had paid additional charges when paying their premium on an installment basis. The class was estimated to exceed 1.6 million individuals. www.insuranceclassclaims.com.  In granting preliminary approval to the settlement, the Honorable Art Encinias found:

*[T]he Notice Plan [is] the best practicable notice that is reasonably calculated, under the circumstances of the action.   …[and] meets or exceeds all applicable requirements of the law, including Rule 1-023(C)(2) and (3) and 1-023(E), NMRA 2001, and the requirements of federal and/or state constitutional due process and any other applicable law.*

***Sparks v. AT&T Corp.***, No. 96-LM-983 (Third Judicial Cir., Madison County, Ill.). The litigation concerned all persons in the United States who leased certain AT&T telephones during the 1980's. Ms. Finegan designed and implemented a nationwide media program designed to target all persons who may have leased telephones during this time period, a class that included a large percentage of the entire population of the United States.
In granting final approval to the settlement, the Court found:

*The Court further finds that the notice of the proposed settlement was sufficient and furnished Class Members with the information they needed to evaluate whether to participate in or opt out of the proposed settlement. The Court therefore concludes that the notice of the proposed settlement met all requirements required by law, including all Constitutional requirements.*

***In re: Georgia-Pacific Toxic Explosion Litig.***, No. 98 CVC05-3535 (Ct. of Common Pleas, Franklin County, Ohio).  Ms. Finegan designed and implemented a regional notice program that included network affiliate television, radio and newspaper.  The notice was designed to alert adults living near a Georgia-Pacific plant that they had been exposed to an air-born toxic plume and their rights under the terms of the class action settlement.  In the Order and Judgment finally approving the settlement, the Honorable Jennifer L. Bunner stated:

**HEFFLER CLAIMS**
Group

> *[N]otice of the settlement to the Class was the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The Court finds that such effort exceeded even reasonable effort and that the Notice complies with the requirements of Civ. R. 23(C).*

*In re: American Cyanamid*, No*.* CV-97-0581-BH-M (S.D.Al.). The media program targeted Farmers who had purchased crop protection chemicals manufactured by American Cyanamid. In the Final Order and Judgment, the Honorable Charles R. Butler Jr. wrote:

> *The Court finds that the form and method of notice used to notify the Temporary Settlement Class of the Settlement satisfied the requirements of Fed. R. Civ. P. 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all potential members of the Temporary Class Settlement.*

*In re: First Alert Smoke Alarm Litig.*, No. CV-98-C-1546-W (UWC) (N.D.Al.). Ms. Finegan designed and implemented a nationwide legal notice and public information program. The public information program ran over a two-year period to inform those with smoke alarms of the performance characteristics between photoelectric and ionization detection. The media program included network and cable television, magazine and specialty trade publications. In the Findings and Order Preliminarily Certifying the Class for Settlement Purposes, Preliminarily Approving Class Settlement, Appointing Class Counsel, Directing Issuance of Notice to the Class, and Scheduling a Fairness Hearing, the Honorable C.W. Clemon wrote that the notice plan:

> *…constitutes due, adequate and sufficient notice to all Class Members; and (v) meets or exceeds all applicable requirements of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Alabama State Constitution, the Rules of the Court, and any other applicable law.*

*In re: James Hardie Roofing Litig.,* No. 00-2-17945-65SEA (Sup. Ct. of Wash., King County). The nationwide legal notice program included advertising on television, in print and on the Internet. The program was designed to reach all persons who own any structure with JHBP roofing products. In the Final Order and Judgment, the Honorable Steven Scott stated:

> *The notice program required by the Preliminary Order has been fully carried out… [and was] extensive. The notice provided fully and accurately informed the Class Members of all material elements of the proposed Settlement and their opportunity to participate in or be excluded from it; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with Civ. R. 23, the United States Constitution, due process, and other applicable law.*

*Barden v. Hurd Millwork Co. Inc., et al,* No. 2:6-cv-00046 (LA) (E.D.Wis.) ("*The Court approves, as to form and content, the notice plan and finds that such notice is the best practicable under*

*the circumstances under Federal Rule of Civil Procedure 23(c)(2)(B) and constitutes notice in a reasonable manner under Rule 23(e)(1)."*)

*Altieri v. Reebok*, No. 4:10-cv-11977 (FDS) (D.C.Mass.) (*"The Court finds that the notices … constitute the best practicable notice….. The Court further finds that all of the notices are written in simple terminology, are readily understandable by Class Members, and comply with the Federal Judicial Center's illustrative class action notices."*)

*Marenco v. Visa Inc.,* No. CV 10-08022 (DMG) (C.D.Cal.) (*"[T]he Court finds that the notice plan…meets the requirements of due process, California law, and other applicable precedent. The Court finds that the proposed notice program is designed to provide the Class with the best notice practicable, under the circumstances of this action, of the pendency of this litigation and of the proposed Settlement's terms, conditions, and procedures, and shall constitute due and sufficient notice to all persons entitled thereto under California law, the United States Constitution, and any other applicable law."*)

*Palmer v. Sprint Solutions, Inc.,* No. 09-cv-01211 (JLR) (W.D.Wa.) (*"The means of notice were reasonable and constitute due, adequate, and sufficient notice to all persons entitled to be provide3d with notice."*)

*In re: Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation*, No. 1:08-md-01982 RDB (D. Md. N. Div.) (*"The notice, in form, method, and content, fully complied with the requirements of Rule 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled to notice of the settlement."*)

*Sager v. Inamed Corp. and McGhan Medical Breast Implant Litigation*, No. 01043771 (Sup. Ct. Cal., County of Santa Barbara) (*"Notice provided was the best practicable under the circumstances."*).

*Deke, et al. v. Cardservice Internat'l,* Case No. BC 271679, slip op. at 3 (Sup. Ct. Cal., County of Los Angeles) (*"The Class Notice satisfied the requirements of California Rules of Court 1856 and 1859 and due process and constituted the best notice practicable under the circumstances."*).

*Levine, et al. v. Dr. Philip C. McGraw, et al*., Case No. BC 312830 (Los Angeles County Super. Ct., Cal.) (*"[T]he plan for notice to the Settlement Class … constitutes the best notice practicable under the circumstances and constituted due and sufficient notice to the members of the Settlement Class … and satisfies the requirements of California law and federal due process of law."*).

*In re: Canadian Air Cargo Shipping Class Actions*,  Court File No. 50389CP, Ontario Superior Court of Justice, Supreme Court of British Columbia, Quebec Superior Court (*"I am satisfied the*

**Heffler Claims**
Group

*proposed form of notice meets the requirements of s. 17(6) of the CPA  and the proposed method of notice is appropriate."*).

*Fischer et al v. IG Investment Management, Ltd. et al*, Court File No. 06-CV-307599CP, Ontario Superior Court of Justice.

*In re: Vivendi Universal, S.A. Securities Litigation*, No. 02-cv-5571 (RJH)(HBP) (S.D.N.Y.).

*In re: Air Cargo Shipping Services Antitrust Litigation*, No. 06-MD-1775 (JG) (VV) (E.D.N.Y.).

*Berger, et al., v. Property ID Corporation, et al.*, No. CV 05-5373-GHK (CWx) (C.D.Cal.).

*Lozano v. AT&T Mobility Wireless*, No. 02-cv-0090 CAS (AJWx) (C.D.Cal.).

*Howard A. Engle, M.D., et al., v. R.J. Reynolds Tobacco Co., Philip Morris, Inc., Brown & Williamson Tobacco Corp.,* No. 94-08273 CA (22) (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

*In re: Royal Dutch/Shell Transport Securities Litigation,* No. 04 Civ. 374 (JAP) (Consolidated Cases) (D. N.J.).

*In re: Epson Cartridge Cases, Judicial Council Coordination Proceeding*, No. 4347 (Sup. Ct. of Cal., County of Los Angeles).

*UAW v. General Motors Corporation*, No: 05-73991 (E.D.MI).

*Wicon, Inc. v. Cardservice Intern'l, Inc.*, BC 320215 (Sup. Ct. of Cal., County of Los Angeles).

*In re: SmithKline Beecham Clinical Billing Litig.*, No. CV. No. 97-L-1230 (Third Judicial Cir., Madison County, Ill.).  Ms. Finegan designed and developed a national media and Internet site notification program in connection with the settlement of a nationwide class action concerning billings for clinical laboratory testing services.

*MacGregor v. Schering-Plough Corp.,* No. EC248041 (Sup. Ct. Cal., County of Los Angeles).  This nationwide notification program was designed to reach all persons who had purchased or used an aerosol inhaler manufactured by Schering-Plough.  Because no mailing list was available, notice was accomplished entirely through the media program.

*In re: Swiss Banks Holocaust Victim Asset Litig.*, No. CV-96-4849 (E.D.N.Y.).  Ms. Finegan managed the design and implementation of the Internet site on this historic case.  The site was developed in 21 native languages.  It is a highly secure data gathering tool and information hub, central to the global outreach program of Holocaust survivors. www.swissbankclaims.com.

*In re: Exxon Valdez Oil Spill Litig.*, No. A89-095-CV (HRH) (Consolidated) (D. Alaska).  Ms. Finegan designed and implemented two media campaigns to notify native Alaskan residents, trade workers, fisherman, and others impacted by the oil spill of the litigation and their rights under the settlement terms.

*In re: Johns-Manville Phenolic Foam Litig.*, No. CV 96-10069 (D. Mass).  The nationwide multi-media legal notice program was designed to reach all Persons who owned any structure, including an industrial building, commercial building, school, condominium, apartment house, home, garage or other type of structure located in the United States or its territories, in which Johns-Manville PFRI was installed, in whole or in part, on top of a metal roof deck.

*Bristow v Fleetwood Enters Litig.*, No Civ 00-0082-S-EJL (D. Id).  Ms. Finegan designed and implemented a legal notice campaign targeting present and former employees of Fleetwood Enterprises, Inc., or its subsidiaries who worked as hourly production workers at Fleetwood's housing, travel trailer, or motor home manufacturing plants. The comprehensive notice campaign included print, radio and television advertising.

*In re: New Orleans Tank Car Leakage Fire Litig.*, No 87-16374 (Civil Dist. Ct., Parish of Orleans, LA) (2000). This case resulted in one of the largest settlements in U.S. history.  This campaign consisted of a media relations and paid advertising program to notify individuals of their rights under the terms of the settlement.

*Garria Spencer v. Shell Oil Co.*, No. CV 94-074(Dist. Ct., Harris County, Tex.).  The nationwide notification program was designed to reach individuals who owned real property or structures in the United States which contained polybutylene plumbing with acetyl insert or metal insert fittings.

*In re: Hurd Millwork Heat Mirror™ Litig.*, No. CV-772488 (Sup. Ct. of Cal., County of Santa Clara).  This nationwide multi-media notice program was designed to reach class members with failed heat mirror seals on windows and doors, and alert them as to the actions that they needed to take to receive enhanced warranties or window and door replacement.

*Laborers Dist. Counsel of Alabama Health and Welfare Fund v. Clinical Lab. Servs., Inc*, No. CV–97-C-629-W (N.D. Ala.). Ms. Finegan designed and developed a national media and Internet site notification program in connection with the settlement of a nationwide class action concerning alleged billing discrepancies for clinical laboratory testing services.

*In re: StarLink Corn Prods. Liab. Litig.*, No. 01-C-1181 (N.D. Ill)..  Ms. Finegan designed and implemented a nationwide notification program designed to alert potential class members of the terms of the settlement.

*In re: MCI Non-Subscriber RatePayers Litig.*, MDL Docket No. 1275, 3:99-cv-01275 (S.D.Ill.).  The advertising and media notice program, found to be "more than adequate" by the Court, was designed with the understanding that the litigation affected all persons or entities who were

customers of record for telephone lines presubscribed to MCI/World Com, and were charged the higher non-subscriber rates and surcharges for direct-dialed long distance calls placed on those lines. www.rateclaims.com.

*In re: Albertson's Back Pay Litig.*, No. 97-0159-S-BLW (D.Id.).  Ms. Finegan designed and developed a secure Internet site, where claimants could seek case information confidentially.

*In re: Georgia Pacific Hardboard Siding Recovering Program*, No. CV-95-3330-RG (Cir. Ct., Mobile County, Ala.).  Ms. Finegan designed and implemented a multi-media legal notice program, which was designed to reach class members with failed G-P siding and alert them of the pending matter. Notice was provided through advertisements, which aired on national cable networks, magazines of nationwide distribution, local newspaper, press releases and trade magazines.

*In re: Diet Drugs* **(Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig.**, Nos. 1203, 99-20593.  Ms. Finegan worked as a consultant to the National Diet Drug Settlement Committee on notification issues.   The resulting notice program was described and complimented at length in the Court's Memorandum and Pretrial Order 1415, approving the settlement,

*In re: Diet Drugs* **(Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig.**, 2000 WL 1222042, Nos. 1203, 99-20593 (E.D.Pa. Aug. 28, 2002).

Ms. Finegan designed the Notice programs for multiple state antitrust cases filed against the Microsoft Corporation.  In those cases, it was generally alleged that Microsoft unlawfully used anticompetitive means to maintain a monopoly in markets for certain software, and that as a result, it overcharged consumers who licensed its MS-DOS, Windows, Word, Excel and Office software. The multiple legal notice programs designed by Jeanne Finegan and listed below targeted both individual users and business users of this software.  The scientifically designed notice programs took into consideration both media usage habits and demographic characteristics of the targeted class members.

*In re: Florida Microsoft Antitrust Litig. Settlement*, No.  99-27340 CA 11 (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

*In re: Montana Microsoft Antitrust Litig. Settlement*, No. DCV 2000 219 (First Judicial Dist. Ct., Lewis & Clark Co., Mt.).

*In re: South Dakota Microsoft Antitrust Litig. Settlement*, No. 00-235(Sixth Judicial Cir., County of Hughes, S.D.).

*In re: Kansas Microsoft Antitrust Litig. Settlement*, No. 99C17089 Division No. 15 Consolidated Cases (Dist. Ct., Johnson County, Kan.) ("The Class Notice provided was the best notice

**Heffler Claims**
Group

practicable under the circumstances and fully complied in all respects with the requirements of due process and of the Kansas State. Annot. §60-22.3.").

*In re: North Carolina Microsoft Antitrust Litig. Settlement*, No. 00-CvS-4073 (Wake) 00-CvS-1246 (Lincoln) (General Court of Justice Sup. Ct., Wake and Lincoln Counties, N.C.).

*In re: ABS II Pipes Litig.*, No. 3126 (Sup. Ct. of Cal., Contra Costa County). The Court approved regional notification program designed to alert those individuals who owned structures with the pipe that they were eligible to recover the cost of replacing the pipe.

*In re: Avenue A Inc. Internet Privacy Litig.*, No: C00-1964C (W.D. Wash.).

*In re: Lorazepam and Clorazepate Antitrust Litig.*, No. 1290 (TFH) (D.C.C.).

*In re: Providian Fin. Corp. ERISA Litig.*, No C-01-5027 (N.D. Cal.).

*In re: H & R Block., et al Tax Refund Litig.*, No. 97195023/CC4111 (MD Cir. Ct., Baltimore City).

*In re: American Premier Underwriters, Inc, U.S. Railroad Vest Corp.*, No. 06C01-9912 (Cir. Ct., Boone County, Ind.).

*In re: Sprint Corp. Optical Fiber Litig.*, No: 9907 CV 284 (Dist. Ct., Leavenworth County, Kan).

*In re: Shelter Mutual Ins. Co. Litig.*, No. CJ-2002-263 (Dist.Ct., Canadian County. Ok).

*In re: Conseco, Inc. Sec. Litig.*, No: IP-00-0585-C Y/S CA (S.D. Ind.).

*In re: Nat'l Treasury Employees Union, et al.*, 54 Fed. Cl. 791 (2002).

*In re: City of Miami Parking Litig.*, Nos. 99-21456 CA-10, 99-23765 – CA-10 (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

*In re: Prime Co. Incorporated D/B/A/ Prime Co. Personal Comm.*, No. L 1:01CV658 (E.D. Tx.).

*Alsea Veneer v. State of Oregon A.A.*, No. 88C-11289-88C-11300.


### SEC ENFORCEMENT NOTICE PROGRAM EXPERIENCE

*SEC v. Vivendi Universal, S.A., et al.,* Case No. 02 Civ. 5571 (RJH) (HBP) (S.D.N.Y.).
The Notice program included publication in 11 different countries and eight different languages.

*SEC v. Royal Dutch Petroleum Company*, No.04-3359 (S.D. Tex.)

**HEFFLER CLAIMS**
Group

## FEDERAL TRADE COMMISSION NOTICE PROGRAM EXPERIENCE

**FTC v. TracFone Wireless, Inc**., Case No. 15-cv-00392-EMC.

**FTC v. Skechers U.S.A., Inc.,** No. 1:12-cv-01214-JG (N.D. Ohio).

**FTC  v. Reebok International Ltd.**,  No. 11-cv-02046 (N.D. Ohio)

**FTC v. Chanery and RTC Research and Development LLC [Nutraquest]**, No :05-cv-03460 (D.N.J.)

## BANKRUPTCY EXPERIENCE

Ms. Finegan has designed and implemented hundreds of domestic and international bankruptcy notice programs.  A sample case list includes the following:

**In re AMR Corporation [American Airlines], et al.**, No. 11-15463 (SHL) (Bankr. S.D.N.Y.) **("**due and proper notice [was] provided, and … no other or further notice need be provided.")

**In re Jackson Hewitt Tax Service Inc**., et al., No 11-11587 (Bankr. D.Del.) (2011). The debtors sought to provide notice of their filing as well as the hearing to approve their disclosure statement and confirm their plan to a large group of current and former customers, many of whom current and viable addresses promised to be a difficult (if not impossible) and costly undertaking. The court approved a publication notice program designed and implemented by Finegan and the administrator, that included more than 350 local newspaper and television websites, two national online networks (24/7 Real Media, Inc. and Microsoft Media Network), a website notice linked to a press release and notice on eight major websites, including CNN and Yahoo. These online efforts supplemented the print publication and direct-mail notice provided to known claimants and their attorneys, as well as to the state attorneys general of all 50 states. The *Jackson Hewitt* notice program constituted one of the first large chapter 11 cases to incorporate online advertising.

**In re: Nutraquest Inc.**, No. 03-44147 (Bankr. D.N.J.)

**In re: General Motors Corp. et al**, No. 09-50026 (Bankr. S.D.N.Y.).  This case is the 4th largest bankruptcy in U.S. history.   Ms. Finegan and her team worked with General Motors restructuring attorneys to design and implement the legal notice program.

**In re: ACandS, Inc.**, No. 0212687 (Bankr. D.Del.) (2007) (**"Adequate notice of the Motion and of the hearing on the Motion was given."**).

**In re: United Airlines**, No. 02-B-48191 (Bankr. N.D Ill.).  Ms. Finegan worked with United and its restructuring attorneys to design and implement global legal notice programs.  The notice was

published in 11 countries and translated into 6 languages. Ms. Finegan worked closely with legal counsel and UAL's advertising team to select the appropriate media and to negotiate the most favorable advertising rates. www.pd-ual.com.

*In re: Enron*, No. 01-16034 (Bankr. S.D.N.Y.).  Ms. Finegan worked with Enron and its restructuring attorneys to publish various legal notices.

*In re: Dow Corning,* No. 95-20512 (Bankr. E.D. Mich.).  Ms. Finegan originally designed the information website.  This Internet site is a major information hub that has various forms in 15 languages.

*In re: Harnischfeger Inds.*, No. 99-2171 (RJW) Jointly Administered (Bankr. D. Del.).  Ms. Finegan designed and implemented 6 domestic and international notice programs for this case. The notice was translated into 14 different languages and published in 16 countries.

*In re: Keene Corp.*, No. 93B 46090 (SMB), (Bankr. E.D. MO.).  Ms. Finegan designed and implemented multiple domestic bankruptcy notice programs including notice on the plan of reorganization directed to all creditors and all Class 4 asbestos-related claimants and counsel.

*In re: Lamonts*, No. 00-00045 (Bankr. W.D. Wash.).  Ms. Finegan designed an implemented multiple bankruptcy notice programs.

*In re: Monet Group Holdings*, Nos. 00-1936 (MFW) (Bankr. D. Del.).  Ms. Finegan designed and implemented a bar date notice.

*In re: Laclede Steel Co.*, No. 98-53121-399 (Bankr. E.D. MO.).  Ms. Finegan designed and implemented multiple bankruptcy notice programs.

*In re: Columbia Gas Transmission Corp.*, No. 91-804 (Bankr. S.D.N.Y.).  Ms. Finegan developed multiple nationwide legal notice notification programs for this case.

*In re: U.S.H. Corp. of New York, et al*. (Bankr. S.D.N.Y.)  Ms. Finegan designed and implemented a bar date advertising notification campaign.

*In re: Best Prods. Co., Inc.,* No. 96-35267-T, (Bankr. E.D. Va.).  Ms. Finegan implemented a national legal notice program that included multiple advertising campaigns for notice of sale, bar date, disclosure and plan confirmation.

*In re: Lodgian, Inc., et al.*, No. 16345 (BRL) Factory Card Outlet – 99-685 (JCA), 99-686 (JCA) (Bankr. S.D.N.Y).

*In re: Internat'l Total Servs, Inc., et al.*, Nos. 01-21812, 01-21818, 01-21820, 01-21882, 01-21824, 01-21826, 01-21827 (CD) Under Case No: 01-21812 (Bankr. E.D.N.Y).

*In re: Decora Inds., Inc. and Decora, Incorp.*, Nos. 00-4459 and 00-4460 (JJF) (Bankr. D. Del.).

*In re: Genesis Health Ventures, Inc., et al*, No. 002692 (PJW) (Bankr. D. Del.).

*In re: Tel. Warehouse, Inc., et al*, No. 00-2105 through 00-2110 (MFW) (Bankr. D. Del.).

*In re: United Cos. Fin. Corp., et al*, No. 99-450 (MFW) through 99-461 (MFW) (Bankr. D. Del.).

*In re: Caldor, Inc. New York, The Caldor Corp., Caldor, Inc. CT, et al.*, No. 95-B44080 (JLG) (Bankr. S.D.N.Y).

*In re: Physicians Health Corp., et al.*, No. 00-4482 (MFW) (Bankr. D. Del.).

*In re: GC Cos., et al.*, Nos. 00-3897 through 00-3927 (MFW) (Bankr. D. Del.).

*In re: Heilig-Meyers Co., et al.*, Nos. 00-34533 through 00-34538 (Bankr. E.D. Va.).


## PRODUCT RECALL AND CRISIS COMMUNICATION EXPERIENCE

***Reser's Fine Foods.*** Reser's is a nationally distributed brand and manufacturer of food products through giants such as Albertsons, Costco, Food Lion, WinnDixie, Ingles, Safeway and Walmart. Ms. Finegan designed an enterprise-wide crisis communication plan that included communications objectives, crisis team roles and responsibilities, crisis response procedures, regulatory protocols, definitions of incidents that require various levels of notice, target audiences, and threat assessment protocols.  Ms. Finegan worked with the company through two nationwide, high profile recalls, conducting extensive media relations efforts.

***Gulf Coast Claims Facility Notice Campaign.*** Finegan coordinated a massive outreach effort throughout the Gulf Coast region to notify those who have claims as a result of damages caused by the Deep Water Horizon Oil spill.  The notice campaign includes extensive advertising in newspapers throughout the region, Internet notice through local newspaper, television and radio websites and media relations. The Gulf Coast Claims Facility (GCCF) is an independent claims facility, funded by BP, for the resolution of claims by individuals and businesses for damages incurred as a result of the oil discharges due to the Deepwater Horizon incident on April 20, 2010.

***City of New Orleans Tax Revisions, Post-Hurricane Katrina***.  In 2007, the City of New Orleans revised property tax assessments for property owners.  As part of this process, it received numerous appeals to the assessments.  An administration firm served as liaison between the city and property owners, coordinating the hearing schedule and providing important information to property owners on the status of their appeal.  Central to this effort was the comprehensive outreach program designed by Ms. Finegan, which included a website and a

heavy schedule of television, radio and newspaper advertising, along with the coordination of key news interviews about the project picked up by local media.

## ARTICLES

Author, Think All Internet Impressions are the Same? Think Again – Law360.com, New York (March 16, 2016, 3:39 ET).

Author, Why Class Members Should See An Online Ad More Than Once – Law360.com, New York (December 3, 2015, 2:52 PM ET).

Author, 'Being 'Media-Relevant' — What It Means And Why It Matters - Law360.com, New York (September 11, 2013, 2:50 PM ET).

Co-Author, "New Media Creates New Expectations for Bankruptcy Notice Programs," ABI Journal, Vol. XXX, No 9, November 2011.

Quoted Expert,  "Effective Class Action Notice Promotes Access to Justice: Insight from a New U.S. Federal Judicial Center Checklist," Canadian Supreme Court Law Review,  (2011), 53 S.C.L.R. (2d).

Co-Author, with Hon. Dickran Tevrizian – "Expert Opinion: It's More Than Just a Report…Why Qualified Legal Experts Are Needed to Navigate the Changing Media Landscape," BNA Class Action Litigation Report, 12 CLASS 464, 5/27/11.

Co-Author, with Hon. Dickran Tevrizian, Your Insight, "Expert Opinion: It's More Than Just a Report -Why Qualified Legal Experts Are Needed to Navigate the Changing Media Landscape," TXLR, Vol. 26, No. 21, 5/26/2011.

Quoted Expert, "Analysis of the FJC's 2010 Judges' Class Action Notice and Claims Process Checklist and Guide:  A New Roadmap to Adequate Notice and Beyond," BNA Class Action Litigation Report, 12 CLASS 165, 2/25/11.

Author, Five Key Considerations for a Successful International Notice Program, BNA Class Action Litigation Report, 4/9/10 Vol. 11, No. 7 p. 343.

Quoted Expert, "Communication Technology Trends Pose Novel Notification Issues for Class Litigators," BNA Electronic Commerce and Law, 15 ECLR 109 1/27/2010.

Author, "Legal Notice: R U ready 2 adapt?" BNA Class Action Report, Vol. 10 Class 702, 7/24/2009.

Author, "On Demand Media Could Change the Future of Best Practicable Notice," BNA Class Action Litigation Report, Vol. 9, No. 7, 4/11/2008, pp. 307-310.

Quoted Expert, "Warranty Conference: Globalization of Warranty and Legal Aspects of Extended Warranty," Warranty Week, warrantyweek.com/archive/ww20070228.html/ February 28, 2007.

Co-Author, "Approaches to Notice in State Court Class Actions," For The Defense, Vol. 45, No. 11, November, 2003.

Citation, "Recall Effectiveness Research: A Review and Summary of the Literature on Consumer Motivation and Behavior," U.S. Consumer Product Safety Commission, CPSC-F-02-1391, p.10, Heiden Associates, July 2003.

Author, "The Web Offers Near, Real-Time Cost Efficient Notice," American Bankruptcy Institute, ABI Journal, Vol. XXII, No. 5., 2003.

Author, "Determining Adequate Notice in Rule 23 Actions," For The Defense, Vol. 44, No. 9 September, 2002.

Author, "Legal Notice, What You Need To Know and Why," Monograph, July 2002.

Co-Author, "The Electronic Nature of Legal Noticing," The American Bankruptcy Institute Journal, Vol. XXI, No. 3, April 2002.

Author, "Three Important Mantras for CEO's and Risk Managers," - International Risk Management Institute, irmi.com, January 2002.

Co-Author, "Used the Bat Signal Lately," The National Law Journal, Special Litigation Section, February 19, 2001.

Author, "How Much is Enough Notice," Dispute Resolution Alert, Vol. 1, No. 6. March 2001.

Author, "Monitoring the Internet Buzz," The Risk Report, Vol. XXIII, No. 5, Jan. 2001.

Author, "High-Profile Product Recalls Need More Than the Bat Signal," - International Risk Management Institute, irmi.com, July 2001.

Co-Author, "Do You Know What 100 Million People are Buzzing About Today?" Risk and Insurance Management, March 2001.

Quoted Article, "Keep Up with Class Action," Kentucky Courier Journal, March 13, 2000.

Author, "The Great Debate - How Much is Enough Legal Notice?" American Bar Association – Class Actions and Derivatives Suits Newsletter, winter edition 1999.

## SPEAKER/EXPERT PANELIST/PRESENTER

| | |
|---|---|
| ABA National Symposium | Faculty Panelist, "Ethical Considerations in Settling Class Actions," New Orleans, LA  March 2016. |
| SF Banking Attorney Assn. | Speaker, "How a Class Action Notice can Make or Break your Client's Settlement," San Francisco, CA May 2015. |
| Perrin Class Action Conf. | Faculty Panelist, "Being Media Relevant, What It Means and Why It Matters – The Social Media Evolution: Trends, Challenges and Opportunities," Chicago, IL May 2015. |
| Bridgeport Continuing Ed. | Speaker, Webinar "Media Relevant in the Class Notice Context." July, 2014. |
| Bridgeport Continuing Ed. | Faculty Panelist, "Media Relevant in the Class Notice Context." Los Angeles, California, April 2014. |
| CASD 5th Annual | Speaker, "The Impact of Social Media on Class Action Notice." Consumer Attorneys of San Diego Class Action Symposium, San Diego, California, September 2012. |
| Law Seminars International | Speaker, "Class Action Notice: Rules and Statutes Governing FRCP (b)(3) Best Practicable… What constitutes a best practicable notice? What practitioners and courts should expect in the new era of online and social media."  Chicago, IL, October 2011. ***Voted by attendees as one of the best presentations given.*** |
| CASD 4th Annual | Faculty Panelist, "Reasonable Notice - Insight for practitioners on the FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*. Consumer Attorneys of San Diego Class Action Symposium, San Diego, California, October 2011. |
| CLE International | Faculty Panelist, Building a Workable Settlement Structure, CLE International, San Francisco, California May, 2011. |
| CASD | Faculty Panelist, "21st Century Class Notice and Outreach." 3nd Annual Class Action Symposium CASD Symposium, San Diego, California, |

**Heffler Claims Group**

|  | October 2010. |
|---|---|
| CASD | Faculty Panelist, "The Future of Notice." 2nd Annual Class Action Symposium CASD Symposium, San Diego California, October 2009. |
| American Bar Association | Speaker, 2008 Annual Meeting, "Practical Advice for Class Action Settlements: The Future of Notice In the United States and Internationally – Meeting the Best Practicable Standard." |
|  | Section of Business Law Business and Corporate Litigation Committee – Class and Derivative Actions Subcommittee, New York, NY, August 2008. |
| Women Lawyers Assn. | Faculty Panelist, Women Lawyers Association of Los Angeles of Los Angeles, 2008. |
| (WLALA) CLE Presentation, | "The Anatomy of a Class Action." Los Angeles, CA, February, 2008. |
| Warranty Chain Mgmt. | Faculty Panelist, Presentation Product Recall Simulation. Tampa, Florida, March 2007. |
| Practicing Law Institute (PLI) | Faculty Panelist, CLE Presentation, 11th Annual Consumer Financial Services Litigation. Presentation: Class Action Settlement Structures – Evolving Notice Standards in the Internet Age. New York/Boston (simulcast), NY March 2006; Chicago, IL April 2006 and San Francisco, CA, May 2006. |
| U.S. Consumer Product | Ms. Finegan participated as an expert panelist to the Consumer Product |
| Safety Commission | Safety Commission to discuss ways in which the CPSC could enhance and measure the recall process. As a panelist, Ms Finegan discussed how the CPSC could better motivate consumers to take action on recalls and how companies could scientifically measure and defend their outreach efforts. Bethesda MD, September 2003. |
| Weil, Gotshal & Manges | Presenter, CLE presentation, "A Scientific Approach to Legal Notice Communication." New York, June 2003. |
| Sidley & Austin | Presenter, CLE presentation, "A Scientific Approach to Legal Notice Communication." Los Angeles, May 2003. |

| | |
|---|---|
| Kirkland & Ellis | Speaker to restructuring group addressing "The Best Practicable Methods to Give Notice in a Tort Bankruptcy." Chicago, April 2002. |
| Georgetown University Law | Faculty, CLE White Paper: "What are the best practicable methods to Center Mass Tort Litigation give notice? Dispelling the communications myth – A notice Institute disseminated is a notice communicated," Mass Tort Litigation Institute. Washington D.C., November, 2001. |
| American Bar Association | Presenter, "How to Bullet-Proof Notice Programs and What Communication Barriers Present Due Process Concerns in Legal Notice," ABA Litigation Section Committee on Class Actions & Derivative Suits. Chicago, IL, August 6, 2001. |
| McCutchin, Doyle, Brown | Speaker to litigation group in San Francisco and simulcast to four other & Enerson McCutchin locations, addressing the definition of effective notice and barriers to communication that affect due process in legal notice.  San Francisco, CA, June 2001. |
| Marylhurst University | Guest lecturer on public relations research methods. Portland, OR, February 2001. |
| University of Oregon | Guest speaker to MBA candidates on quantitative and qualitative research for marketing and communications programs. Portland, OR, May 2001. |
| Judicial Arbitration & Mediation Services (JAMS) | Speaker on the definition of effective notice.  San Francisco and Los Angeles, CA, June 2000. |
| International Risk Management Institute | Past Expert Commentator on Crisis and Litigation Communications. www.irmi.com. |
| The American Bankruptcy Institute Journal (ABI) | Past Contributing Editor – Beyond the Quill. www.abi.org. |

## BACKGROUND

Ms Finegan's past experience includes working in senior management for leading Class Action Administration firms including The Garden City Group ("GCG") and Poorman-Douglas Corp., ("EPIQ"). Ms. Finegan co-founded Huntington Advertising, a nationally recognized leader in legal notice communications.  After Fleet Bank purchased her firm in 1997, she grew the company into one of the nation's leading legal notice communication agencies.

**Heffler Claims**
Group

Prior to that, Ms. Finegan spearheaded Huntington Communications, (an Internet development company) and The Huntington Group, Inc., (a public relations firm).  As a partner and consultant, she has worked on a wide variety of client marketing, research, advertising, public relations and Internet programs.  During her tenure at the Huntington Group, client projects included advertising (media planning and buying), shareholder meetings, direct mail, public relations (planning, financial communications) and community outreach programs. Her past client list includes large public and privately held companies: Code-A-Phone Corp., Thrifty-Payless Drug Stores, Hyster-Yale, The Portland Winter Hawks Hockey Team, U.S. National Bank, U.S. Trust Company, Morley Capital Management, and Durametal Corporation.

Prior to Huntington Advertising, Ms. Finegan worked as a consultant and public relations specialist for a West Coast-based Management and Public Relations Consulting firm.

Additionally, Ms. Finegan has experience in news and public affairs. Her professional background includes being a reporter, anchor and public affairs director for KWJJ/KJIB radio in Portland, Oregon, as well as reporter covering state government for KBZY radio in Salem, Oregon. Ms. Finegan worked as an assistant television program/promotion manager for KPDX directing $50 million in programming.  She was also the program/promotion manager at KECH-22 television.

Ms. Finegan's multi-level communication background gives her a thorough, hands-on understanding of media, the communication process, and how it relates to creating effective and efficient legal notice campaigns.

### MEMBERSHIPS, PROFESSIONAL CREDENTIALS

**APR -** The Universal Board of Accreditation Public Relations Society of America – Accredited.
**Member of the Public Relations Society of America**
**Member Canadian Public Relations Society**

---

**Also see *LinkedIn* page.**

Jeanne C. Finegan Declaration

# Exhibit B

*Bank of America Tower*
*50 North Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Tel: 904 598-6100*
*Fax: 904 598-6300*
*www.sgrlaw.com*

## SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys at Law*

May 22, 2015

VIA FIRST CLASS CERTIFIED MAIL

To:     All "Appropriate" Federal and State Officials Pursuant to 28 U.S.C. §1715
        (See attached service list)

Re:     Notice of Proposed Class Action Settlement in *Chris P. Carter v. Forjas Taurus
        S.A., Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.,*
        Case No. 1:13-cv-24583, United States District Court, Southern District of Florida

Ladies and Gentlemen:

Our firm represents Defendants Forjas Taurus S.A., Taurus International Manufacturing,
Inc., and Taurus Holdings, Inc. ("Defendants" or the "Taurus Companies") in the above
referenced action (the "Action") currently pending in the United States District Court for the
Southern District of Florida (the "Court").  Pursuant to Section 3 of the Class Action Fairness
Act ("CAFA"), 28 U.S.C. §1715, the Taurus Companies notify you of the proposed settlement of
the Action.

The Taurus Companies deny all allegations of wrongdoing and liability, but have decided
to settle this Action solely in order to eliminate the burden, expense, and uncertainties of further
litigation.  The settlement is not an admission of wrongdoing.

The parties engaged in extensive negotiations regarding a possible settlement with the
assistance of an experienced mediator, Rodney A. Max.  These negotiations led to the parties
executing a Settlement Agreement and Release.  The parties filed a Joint Motion for Preliminary
Approval of the proposed class settlement with the Court, which included the Settlement
Agreement and Release, on May 15, 2015.

Pursuant to 28 U.S.C. § 1715(b), the documents referenced below are provided on the
enclosed CD:

1.      **28 U.S.C. § 1715 (b)(l) - a copy of the complaint and any materials filed with
        the complaint and any amended complaints.**

        The Complaint and First Amended Class Action Complaint, along with Exhibits,
        are provided on the enclosed CD as Exhibit A.



*Atlanta, Georgia  |  Frankfurt, Germany  |  Jacksonville, Florida  |  Washington, D.C.*

2. **28 U.S.C. § 1715 (b)(2) - notice of any scheduled judicial hearing in the class action.**

As of today's date, a hearing on the Joint Motion for Preliminary Approval of the proposed class settlement has not been set. There are no hearings scheduled in the Action at this time.

3. **28 U.S.C. § 1715(b)(3) - any proposed or final notification to class members.**

Copies of the proposed Publication Notice and Website (Long Form) Notice to be provided to the class are provided on the enclosed CD as Exhibit B.

4. **28 U.S.C. § 1715(b)(4) - any proposed or final class action settlement.**

A copy of the Settlement Agreement and Release (with exhibits), is provided on the enclosed CD as Exhibit C.

5. **28 U.S.C. § 1715(b)(5) - any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.**

There are no other settlements or other agreements between class counsel and counsel for Defendants beyond what is set forth in the Settlement Agreement and Release.

6. **28 U.S.C. § 1715(b)(6) - any final judgment or notice of dismissal.**

There has been no final judgment or notice of dismissal entered at this time.

7. **28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

The parties reasonably estimate that approximately one million Class Pistols were distributed in the United States and its territories. The Taurus Companies currently do not know or have a means of reasonably determining the names and addresses of class members or how many class members reside in each state. The Taurus Companies therefore reasonably estimate that the number of class members residing in each state is approximately proportionate to each state's share of the overall national population.



*Atlanta, Georgia  |  Frankfurt, Germany  |  Jacksonville, Florida  |  Washington, D.C.*

8.    **28 U.S.C. § 1715(b)(8) - any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).**

There are no written judicial opinions relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6) at this time.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact us immediately so that the Taurus Companies can address any concerns or questions you may have.

Thank you.

Sincerely,

John P. Marino

Enclosures

cc: Class Counsel

## SERVICE LIST FOR CAFA NOTICE

U.S. Attorney General
Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Alabama Attorney General
Luther Strange
501 Washington Ave. P.O. Box 300152
Montgomery, AL 36130-0152

Alaska Attorney General
Craig W Richards
P.O. Box 110300
Juneau, AK 99811-0300

American Samoa Attorney General
Talauega Eleasalo V. Ale
American Samoa Gov't, Exec. Ofc. Bldg, Utulei,
Territory of American Samoa
Pago Pago, AS 96799

Arizona Attorney General
Mark Brnovich
1275 W. Washington St.
Phoenix, AZ 85007

Arkansas Attorney General
Leslie Rutledge
323 Center St., Suite 200
Little Rock, AR 72201-2610

California Attorney General
Kamala Harris
1300 I St., Ste. 1740
Sacramento, CA 95814



Colorado Attorney General
Cynthia Coffman
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Connecticut Attorney General
George Jepsen
55 Elm St.
Hartford, CT 06106

Delaware Attorney General
Matthew Denn
Carvel State Office Building
820 N. French St.,
Wilmington, DE 19801

District of Columbia Attorney General
Karl A. Racine
441 4th Street, NW, Suite 1100S
Washington, DC 20001

Florida Attorney General
Pamela J. Bondi
The Capitol, PL 01
Tallahassee, FL 32399-1050

Georgia Attorney General
Samuel S. Olens
40 Capitol Square, SW
Atlanta, GA 30334-1300

Guam Attorney General
Elizabeth Barrett-Anderson
Office of the Attorney General,  ITC Building
590 S. Marine Corps Dr, Ste. 706
Tamuning, Guam  96913

Hawaii Attorney General
Douglas S. Chin
425 Queen St.
Honolulu, HI 96813



Idaho Attorney General
Lawrence Wasden
Statehouse
Boise, ID 83720-1000

Illinois Attorney General
Lisa Madigan
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

Indiana Attorney General
Greg Zoeller
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN 46204

Iowa Attorney General
Tom Miller
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

Kansas Attorney General
Derek Schmidt
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

Kentucky Attorney General
Jack Conway
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Louisiana Attorney General
James D. "Buddy" Caldwell
P.O. Box 94095
Baton Rouge, LA 70804-4095

Maine Attorney General
Janet T. Mills
State House Station 6
Augusta, ME 04333



Maryland Attorney General
Brian Frosh
200 St. Paul Place
Baltimore, MD 21202-2202

Massachusetts Attorney General
Maura Healey
1 Ashburton Place
Boston, MA 02108-1698

Michigan Attorney General
Bill Shuette
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909-0212

Minnesota Attorney General
Lori Swanson
State Capitol, Ste. 102
St. Paul, MN 55155

Mississippi Attorney General
Jim Hood
Department of Justice
P.O. Box 220
Jackson, MS 39205

Missouri Attorney General
Chris Koster
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65101

Montana Attorney General
Tim Fox
Justice Bldg.
215 N. Sanders
Helena, MT 59620-1401

Nebraska Attorney General
Doug Peterson
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920



Nevada Attorney General
Adam Paul Laxalt
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

New Hampshire Attorney General
Joseph A. Foster
33 Capitol St.
Concord, NH 03301

New Jersey Attorney General
John Jay Hoffman
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

New Mexico Attorney General
Hector Balderas
P.O. Drawer 1508
Santa Fe, NM 87504-1508

New York Attorney General
Eric Schneiderman
Department of Law - The Capitol, 2nd fl.
Albany, NY 12224

North Carolina Attorney General
Roy Cooper
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629

North Dakota Attorney General
Wayne Stenehjem
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

Northern Mariana Islands Attorney General
Edward Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907



Ohio Attorney General
Mike DeWine
State Office Tower
30 E. Broad St.,
Columbus, OH 43266-0410

Oklahoma Attorney General
Scott Pruitt
313 NE 21st Street
Oklahoma City, OK 73105

Oregon Attorney General
Ellen F. Rosenblum
Justice Bldg.
1162 Court St., NE
Salem, OR 97301

Pennsylvania Attorney General
Kathleen Kane
1600 Strawberry Square
Harrisburg, PA 17120

Puerto Rico Attorney General
Cesar R. Miranda-Rodriguez
P.O. Box 902192
San Juan, PR 00902-0192

Rhode Island Attorney General
Peter Kilmartin
150 S. Main St.
Providence, RI 02903

South Carolina Attorney General
Alan Wilson
Rembert C. Dennis Office Building
P.O.Box 11549,
Columbia, SC 29211-1549

South Dakota Attorney General
Marty J. Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501



Tennessee Attorney General
Herbert H. Slatery, III
425 5th Avenue North
Nashville, TN 37243

Texas Attorney General
Ken Paxton
Capitol Station
P.O.Box 12548
Austin, TX 78711-2548

Utah Attorney General
Sean Reyes
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

Vermont Attorney General
William H. Sorrell
109 State St.
Montpelier, VT 05609-1001

Acting Virgin Islands Attorney General
Terri Griffiths
Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802

Virginia Attorney General
Mark Herring
900 East Main St.
Richmond, VA 23219

Washington Attorney General
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

West Virginia Attorney General
Patrick Morrisey
State Capitol
1900 Kanawha Blvd., E.
Charleston, WV 25305



Wisconsin Attorney General
Brad Schimel
Wisconsin Department of Justice, State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707-7857

Wyoming Attorney General
Peter K. Michael
State Capitol Bldg.
Cheyenne, WY 82002

Acting ATF Director
Thomas E. Brandon
99 New York Avenue, NE
Washington, DC 20226

**Jeanne C. Finegan Declaration**

# Exhibit C



BECOME AN NRA MENTOR TODAY! SEE P. 60

May 2016

# AMERICAN Rifleman

The World's Oldest And Largest Firearm Authority

Operator Upgrade
## SIG Sauer's Legion Series

NRA Official Journal of the National Rifle Association
AMERICANRIFLEMAN.ORG

Golden Bullseye Awards 2016

"The Revenant" Was Really About A Rifle

## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

**PLEASE READ**
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

**WHAT'S THIS ABOUT?**
A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**
You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

**WHAT ARE THE SETTLEMENT BENEFITS?**

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**
You can opt-out or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

This is a Supplemental Summary authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

www.TaurusCarterSettlement.com

# INLAND

*continued from p. 106*

but 4-minute-of-angle accuracy is a more-than-fair approximation of what the World War II rifles were capable of. Citing precision-bored barrels, more consistent bedding of the actions to the stocks and tighter tolerances throughout the guns, Inland claims its new-production rifles are considerably more accurate than the originals—with some samples purported to even manage 1- to 2-m.o.a. groups at 100 yds. While the accuracy testing we conducted with a factory-supplied M1 1945 did not approach those levels of precision, our results were certainly an improvement compared to what could be expected from the average 70-year-old war remnant. Initially we did experience a number of stoppages, however, they were quickly diagnosed as being magazine-induced, and we encountered no further issues after swapping out magazines.

In addition to the reasons listed above, since opening shop, Norton has discovered another, unforeseen yet welcome, factor contributing to the modern-day popularity of the M1 carbine—its frequent inclusion in video games. With countless combat-themed video games available on the market, he said it is not at all uncommon for him to encounter a young person who is obviously well-acquainted with the M1 carbine platform, but who will confess to him that he or she has never gotten to actually handle a real one.

It is because of this unflagging popularity across a broad range of demographics, however, that prices of original M1 carbines have continued to rise. While well-worn, more commonly produced examples could be had at gun shows as recently as five years ago for as little as $500, today these same models tend to start in the $800 range and go up from there—and may still be of dubious shootability. Meanwhile, superb-condition carbines in desirable configurations, such as the M1A1, can fetch premium price tags approaching $4,000. In a market such as this, opting instead to purchase a new-production Inland carbine, none of which retail for more than $1,200, makes a lot of sense.

After having the opportunity to extensively handle and fire several new-production Inland M1 carbines, it is apparent to me that the workers producing them have a thorough understanding of, and deep appreciation for, both the rifle's design and the enduring legacy of the original company—and that's exactly the kind of people I want to have reproducing such a historically vital gun. ↟

# Inland M1911s? ▬



The Inland Division of General Motors never got into the business of producing M1911s during World War II to assist in the war effort, although the company actually did produce a concept M1911 made from metal stampings during the war. But the pistol was never put into production due to it being larger and heavier than the standard M1911A1. The "new" Inland (Inland Mfg., LLC), however, offers two models for fans of John Moses Browning's masterpiece. Both guns are chambered in .45 ACP and are 100 percent made in America, featuring 5" barrels and feeding from seven-round, detachable-box magazines.

Inland founder Ron Norton calls his company's M1911 A1 Government "the M1911 that Inland 'could' have built." An accurate reproduction of the World War II-era pistol, the A1 Government (MSRP $749) wears a Parkerized finish and has an empty weight of 39 ozs. Meanwhile, the M1911 Custom Carry (MSRP $995) sports a stainless steel finish and features numerous modern refinements to the M1911 platform—including Novak-style sights, an extended beavertail, skeletonized hammer and trigger, front cocking serrations, and texturing on the frontstrap and mainspring housing. Inland offers Custom Shop options to its line of M1911 pistols, and also plans to introduce new handgun models to its line in the future. ↟



## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

### PLEASE READ
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

**WHAT'S THIS ABOUT?**
A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**
You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

**WHAT ARE THE SETTLEMENT BENEFITS?**

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**
**You can opt-out** or **object** to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

**This is a Supplemental Summary authorized by the Court.** For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

## www.TaurusCarterSettlement.com

**ATHLON'S**

# MUST-SEE MLB

The MLB landscape has changed following a scorching hot stove league this offseason. Here's a rundown of what's new and who's who heading into the 2016 season.



## BRONX BULLPEN

No team has ever had three relief pitchers record 100 strikeouts apiece in a single season. But following the acquisition of 100-mph man **Aroldis Chapman** (center), the Yankees have three closer-quality relievers who are coming off 100-K seasons — with Chapman (116), **Dellin Betances** (left, 131) and **Andrew Miller** (right, 100). Three fireballers don't equal one Mariano Rivera, but it's not a bad start (or finish, as it were).

### Welcome to Miami

**Barry Bonds** has stepped out of the shadows and is back in baseball — not as a Hall of Fame inductee, but as the Marlins' new hitting coach. The 51-year-old seven-time MVP and disputed home run king (single season: 73 in 2001; career: 762) will now help a young squad that includes reigning NL batting champ Dee Gordon and light-tower power hitter Giancarlo Stanton.



## Aces in New Places

Good pitching beats good hitting, at least when it comes to high-dollar new deals in free agency. 2012 Cy Young winner **David Price** used his quarter-billion-dollar left arm to sign a seven-year, $217 million contract with the Red Sox, and 2009 Cy Young winner **Zack Greinke** inked a six-year, $206.5 million agreement with the Diamondbacks. Both teams will look to get their money's worth this season.



## Curtain Calls

Two of the game's most colorful characters are going on farewell tours this season. Dodgers play-by-play icon **Vin Scully**, 88, will call it a career (maybe… hopefully not… please no…) after announcing games for the Brooklyn-L.A. franchise since 1950. And "Big Papi" **David Ortiz** will put his bat down after this year, following three World Series championships and more home runs than any designated hitter ever.



Clockwise from top left: Cliff Welch/Icon Sportswire/AP Images; Michael Ivins/Boston Red Sox/Getty IMages; Chris Carlson/ap Photo; Jeff Roberson/AP Photo; Mark J. Terrill/AP Photo; Ron Schwane/AP Photo



TURKEYS → **EXTREME SPRING TACTICS**   TROUT → **STILL-WATER CHEAT SHEET**
SHOTGUNS → **THE 60-YARD GOBBLER GUN**   AMMO → **NEW SUBSONIC ROUNDS**

**SLAB HAPPY**

KILLER LURES FOR SPAWNING CRAPPIES
**P.42**

# FIELD & STREAM

THE SOUL OF THE TOTAL OUTDOORSMAN ✕ APRIL 2016

# HOOKED UP!

## 29 EXPERT TIPS TO LAND TROPHY FISH

**BASS:** BLOCK A JUMPING LUNKER

**MUSKIES:** TRIGGER MONSTER STRIKES

**CATFISH:** BEAT A BIG ROLLING BLUE

**PLUS:** TRICKS FOR STRONGER KNOTS, SHARPER HOOKS, AND BETTER HOOKSETS

THE REUNION HUNT

A REMARKABLE STORY OF TRAGEDY AND FRIENDSHIP
BY T. EDWARD NICKENS

MAKE IT RAIN: GARY KLEIN COMES TIGHT TO A BASS ON PICKWICK LAKE

**CAMO**
THE MODERN HUNTER'S GUIDE TO FACE PAINT

**ROAD TRIP**
HEAVEY HUNTS TURKEYS WITH THE "SLAM MAN"

**GRUB**
BASS NOODLE SOUP & DUTCH-OVEN MAGIC

FIELDANDSTREAM.COM

# A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

**PLEASE READ**
**Important Information**
**Concerning Your Options**

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

### WHAT'S THIS ABOUT?

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

### WHAT ARE THE SETTLEMENT BENEFITS?

**Taurus will provide a free, transferable lifetime enhanced warranty benefit.**

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

**Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).**

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

### WHAT ARE YOUR OTHER OPTIONS?

**You can opt out** or **object** to the settlement, but must do so by May 18, 2016. If you do not opt out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

This is a Supplemental Summary authorized by the Court. For detailed information, visit the website, call 1 844 528 0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107 0230.

**www.TaurusCarterSettlement.com**



## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

### PLEASE READ
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

#### WHAT'S THIS ABOUT?

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

#### WHO'S INCLUDED?

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

#### WHAT ARE THE SETTLEMENT BENEFITS?

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

#### WHAT ARE YOUR OTHER OPTIONS?

You can opt-out or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

This is a Supplemental Summary authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

www.TaurusCarterSettlement.com

| Tikka T3x CTR | |
|---|---|
| Type: | Bolt action |
| Cartridge: | .308 Winchester (tested) |
| Capacity: | 10 rds. |
| Barrel: | 20 in., 1:11-in. twist |
| Overall Length: | 40 in. |
| Weight: | 7 lbs., 8 oz. |
| Stock: | Injection-molded polymer with additional wide forend and interchangeable grips |
| Grips: | Traditional and vertical inserts |
| Length of Pull: | 13.5 in. |
| Finish: | Matte blue |
| Trigger: | 3 lbs. |
| Sights: | None |
| MSRP: | $950 |
| Manufacturer: | Tikka, 800-929-2901 berettausa.com |



While the receiver-supported lug design makes for short bolt throw and slick bolt travel, Tikka took some heat over the narrow ejection port that comes on their rifles. New for the T3x is a wider ejection port that machines away a cosmetic beveled edge, but still manages to keep the ejection-side raceway. The new ejection port gives shooters better access to top-load the action without destroying one of the smoothest and fastest receivers.



The T3x CTR takes the same 10-round mag as the SAKO TRG-22.



The CTR has a cheek riser that helps us adapt to shooting with larger maintubes and objective lenses found with modern optics.

***The Science of Death***
**COMING BACK FROM THE BEYOND**

***Urban Parks***
***93 Spring Days***

**EXPLORER**
*Watch 'Faces of Death' Sunday, April 3, on the National Geographic Channel*

APRIL 2016



# NATIONAL
# GEOGRAPHIC



# The Photo Ark

One man's quest to document the world's animals,
one picture at a time

## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

PLEASE READ
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

**WHAT'S THIS ABOUT?**

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

### WHAT ARE THE SETTLEMENT BENEFITS?

**Taurus will provide a free, transferable lifetime enhanced warranty benefit.**

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

**Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).**

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**

**You can opt-out** or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

This is a **Supplemental Summary** authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

**www.TaurusCarterSettlement.com**

---


Grand Canyon National Park


Bow River Float, Banff National Park, Canada


Yosemite National Park

Yellowstone National Park

Come Explore Your National Parks with Caravan

# Visit America's National Parks
## Caravan Tours
### 8 to 10 Day Guided Vacations

**Caravan makes it so easy–and so affordable–for you to visit America's greatest national parks.** Caravan's quality tours feature complete sightseeing, professional Tour Directors and great itineraries, operated by one of the country's oldest and most respected guided tour companies.

**You can trust Caravan's 64 years of experience with tours of quality and value.** Join the smart shoppers and experienced travelers who rely on Caravan to handle all the details while you & your family enjoy a well-earned, worry-free vacation.

❝ *Two nights each in the Grand Canyon and Zion were superb* ❞ —*Client, Annandale, VA*

**Guided Vacations Since 1952.** tax & fees extra

| | | |
|---|---|---|
| Guatemala, Antigua & Tikal | 10 days | $1295 |
| Costa Rica Natural Paradise | 9 days | $1195 |
| Panama Canal Cruise & Tour | 8 days | $1195 |
| Nova Scotia & P.E.I. | 10 days | $1395 |
| • Canadian Rockies & Glacier | 9 days | $1595 |
| • Grand Canyon, Bryce & Zion | 8 days | $1395 |
| • California Coast & Yosemite | 8 days | $1395 |
| • Mt. Rushmore & Yellowstone | 8 days | $1295 |
| New England & Fall Foliage | 8 days | $1295 |

❝ *Brilliant, Affordable Pricing* ❞
—*Arthur Frommer, Travel Editor*

caravan
AMERICAS

## Free 28-pg Brochure
Caravan.com  1-800-Caravan





**'My Daughter Saw Heaven'**
ONE MOM'S AMAZING STORY

People

Reese! 40 & FAB!

EASY EASTER RECIPES! p. 77

**Ben Affleck**
**HOW HE'S STAYING FRIENDS WITH JEN**

*THE BACHELOR EXCLUSIVE!*

**'SHE WAS ALWAYS THE ONE'**

Ben Higgins & Lauren Bushnell
PHOTOGRAPHED EXCLUSIVELY FOR PEOPLE

The *My Big Fat Greek Wedding 2* Star

**Nia Vardalos**
**MY EMOTIONAL JOURNEY TO ADOPT A CHILD**

March 28, 2016

• Why Ben said 'I love you' to someone else—and how Lauren forgave him
• The decision he regrets most
• Their plans to wed (soon!)



ADVERTISEMENT

NEW ORLEANS ★ LOUISIANA

**2016 ESSENCE Festival.**

PRESENTED BY *Coca-Cola.*

**ESSENCE' CONCERT SERIES**

# JUNE 30–JULY 3

**BE SEEN** AND **BE HEARD** AT THE ULTIMATE PARTY
FOR COMMUNITY, MUSIC, AND INSPIRATION!

**MAIN STAGE**

MARIAH CAREY   NEW EDITION   MAXWELL   CHARLIE WILSON

BABYFACE   FAITH EVANS   CIARA   TYRESE

JEREMIH   ANDRA DAY

SUPERLOUNGE: BJ The Chicago Kid
Cyril Neville • Daley • Dej Loaf • Digable
Planets • Eric Bellinger • Estelle • Jidenna
Judith Hill • Kehlani • Lady LeShurr • Lalah
Hathaway • Leon Bridges • Lion Babe
Little Simz • MC Lyte • New Breed Brass
Band • Preservation Hall Jazz Band
Robert Glasper Experiment • St. Beauty
The Brand New Heavies • The Internet
Tink • V. Bozeman *and more!*

# BUY TICKETS NOW!

For Festival updates, ticket information, hotels,
and more, visit EssenceFestival.com or call Ticketmaster
at 800.745.3000

PRESENTING SPONSOR   MAJOR SPONSORS   HOST COMMITTEE

      

**#ESSENCEFEST** Sign up for the Festival newsletter and mobile text alerts for updates on talent
and the weekend events. All referenced trademarks are the property of their respective owners. All ticket
purchases subject to additional taxes and fees charged by Ticketmaster. See ticketmaster.com for details.

## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

**PLEASE READ
Important Information
Concerning Your Options**

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

**WHAT'S THIS ABOUT?**

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

**WHAT ARE THE SETTLEMENT BENEFITS?**

**Taurus will provide a free, transferable lifetime enhanced warranty benefit.**

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

**Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).**

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**

You can opt-out or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

This is a Supplemental Summary authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

www.TaurusCarterSettlement.com



**Men Behind the Curtain:** The Pirates' Pitch Doctor 56   First Base Coaches: The Spymasters 68

# 2016 BASEBALL Preview

March 28, 2016
**SI.COM**

*follow*
**@SINOW**

**DOUBLE ISSUE**

**SPECIAL REPORT**
**JOHNNY MANZIEL AND THE ABYSS**
*By* **Emily Kaplan**
P. 34

# THE EVEN YEAR ODDS

108 **SF's Secret Weapon:**
**That Every-Other-Year Magic**
**(AND ADDING ANOTHER ACE DOESN'T HURT)**

48 *Jake Arrieta:*
*Gentle Beast*
**BY TOM VERDUCCI**

73 *39 Pages of*
*Scouting Reports*

ABOVE, FROM LEFT: JOHNNY CUETO | BUSTER POSEY | MADISON BUMGARNER



**Men Behind the Curtain:** The Pirates' Pitch Doctor `56`   First Base Coaches: The Spymasters `68`

*2016* **BASEBALL** *Preview*

*March 28, 2016*
**SI.COM**
*follow*
**@SINOW**

**DOUBLE ISSUE**

**Sports Illustrated**

SPECIAL REPORT
**JOHNNY MANZIEL AND THE ABYSS**
*By* **Emily Kaplan**
P. 34

# LIFTOFF

`74` *We Take Back Our "Astros in 2017" World Series Prediction.... This Year Is the Year!* **(HISTORY SAYS SO)**

`48` *Jake Arrieta: Gentle Beast* **BY TOM VERDUCCI**

`73` *39 Pages of Scouting Reports*

ABOVE, FROM LEFT: CARLOS CORREA | DALLAS KEUCHEL | JOSE ALTUVE





**Men Behind the Curtain:** The Pirates' Pitch Doctor 56   First Base Coaches: The Spymasters 66

2016 **BASEBALL** *Preview*

March 28, 2016
SI.COM

*follow*
@SINOW

DOUBLE ISSUE

*Sports Illustrated*

SPECIAL REPORT
**JOHNNY MANZIEL AND THE ABYSS**
*By* Emily Kaplan
P. 34

# THE REVENANTS

100  **Cubs: Out of The Desert, into the World Series (Finally)**

48  **Jake Arrieta: Gentle Beast**
BY TOM VERDUCCI

73  **39 Pages of Scouting Reports**

ABOVE, FROM LEFT: ANTHONY RIZZO   JASON HEYWARD   JAKE ARRIETA   KRIS BRYANT



# BINGE-READING.
## IT'S ABOUT TO BE A THING.

## FULL ACCESS TO THE WORLD'S BEST MAGAZINES.

# texture

## FREE TRIAL AT TEXTURE.COM

last season (one reason why he interested GM Neal Huntington)—induces ground balls, and that plays to Pittsburgh's strength on defense. In 2013 the Pirates became one of the first organizations to regularly position their fielders based on opposing hitters' data—but the plan works only if Pittsburgh's pitchers execute their part.

Which, for the most part, they have. Under Searage the Pirates, according to research by analyst John Dewan, have led the majors in soft-hit percentage, ground ball rate and batting average against on grounders and balls designated as short liners. They are second in two-seam fastball and sinker usage. Dewan also looked back at the 10 starting pitchers the Pirates have acquired in the off-season since the end of 2010, when Searage arrived: As a unit they registered an uptick in two-seam fastball and sinker percentage, opponent soft-hit percentage and ground ball rate. The new Bucs saw their batting average against on grounders and short liners improve by nine points.

This season Niese will take the mound every fifth day knowing that he'll be armed with as thorough a scouting report as there is. Within the industry, Pittsburgh's analytics department is widely regarded as one of the most innovative. What truly sets the operation apart, though, is how seamlessly that department, headed by former Baseball Prospectus writer Dan Fox, works with the coaching staff. "I was resistant initially," Searage says of the analytic research, including TrackMan, "because it was something different. It was a process to realize how valuable it can be. Now it's just part of what we do."

**S** **TROLL** through the grounds of the Pirates' complex in Florida, in fact, and you quickly see a convergence of state-of-the-art technology, quirky innovation and analytics-based decision making. At the outdoor batting cages, players wear large white headsets, taking the latest toy—a virtual reality simulator—out for a spin. Nearby, catcher Francisco Cervelli crouches on the grass, facing a coach who tosses him



### RAY'S GUNS
Searage has built a loyal following on the mound and in the stands by blending analytics with his own experiences.

balls of varying sizes and weights (tennis balls, golf balls, Wiffle balls), which he catches with his bare left hand: a drill to refine his receiving skills. And in the bullpen a pitcher throws in front of staff members who include a video analyst adjusting a smartphone-sized camera fixed to the fence.

This universitylike setting creates a culture of creativity and collaboration in which "everyone's in it together," closer Mark Melancon says. "People don't care where you're from. You're allowed to be who you are." The coaches, instructors, therapists and consultants are there to offer all the information and support a player needs. A new pitcher might experience a bit of culture shock. Asked what he's learned about the Pirates after a few days in camp, Niese says, "That this team leads the league in meetings." He adds, "I knew about their reputation: They get the most out of their pitchers. Then you see that there's a lot of work that goes [into] that."

Searage's pitchers know that the organization always looks for new ways to help its pitchers stay healthy. That commitment is reflected in the attention







to sleep, nutrition and mindfulness, all aimed at helping the players' recovery process. Niese was also intrigued by the blinking device that Cole, who lockered next to him this spring, wore on the black compression shirt under his jersey.

The device measures a player's activity, and at the end of the day the player is texted two numbers: calories burned and "total load"—a number devised by the training staff that represents a player's total energy expenditure.

The device, which is not mandatory, "helps you to quantify what you're feeling," says Cole. "Take the weather: You can have two identical games in different climates, and you have to alter your training and preparation for the following start. One start, it's 96º and humid, and you're burning an extra 1,000 calories compared to a night game when it's 72º and partly cloudy. You can have the same [pitching] line in those two starts, but in reality, they are totally different."

The "total load" gives the coaching staff a way to quantify fatigue and adjust a pitcher's program accordingly, hopefully helping to prevent injuries. It's another new age tool that Searage, the old baseball man, has learned to embrace. "What jumps out at you here," says Niese,

"is the detail in how they talk about and do everything. It's all on a different level."

**B**EFORE HEADING OUT into the sunshine for a midday bullpen session, Uncle Ray has a story to tell. In 1993, several years after his itinerant and inconsequential playing career had come to an abrupt end—"I suddenly realized that no one was interested in a 34-year-old lefthander with an 83-mph fastball and bone chips in his arm," he says—Searage returned to Freeport, Long Island, where he had grown up. He spent his first months out of baseball as a construction worker making $10 an hour, lugging 12-foot pillars to be installed in cemetery mausoleums. He had a wife, three young sons, a rapidly depleting bank account and a rapidly expanding gut. "A rude awakening to life in the real world," he calls it.

A year into retirement he received a call from George Kissell, the longtime Cardinals executive who had a hand in drafting Searage out of West Liberty (W.Va.) University in 1976. Kissell wanted to know if he might be interested in a minor league coaching gig in Madison, Wis. "I was just beginning to wonder whether I'd be hammering nails, making $10 an hour for the rest of my life," says Searage. After nearly a decade with the Cardinals, he joined the Pirates in 2003 as a rookie league pitching coach.

Searage tells the story to make this point: He understands that sometimes when things look hopeless, a hand unexpectedly reaches out. The three-pitch mentality, pitching to contact, staying in your lane—these concepts are all part of what he does, but they are meaningless without understanding the larger idea of the Pirates.

"He understands what his guys are going through," Hurdle says of Searage. "He knows what it feels like to give up a solo shot to lose a game, to not be able to find home plate. He knows what it's like to be lower than low. The biggest thing is the pure compassion he has for these guys. And he's the first one to say, It's not his way. It's never one person's way. It's the Pirate Way. That's the mentality here, and it works." □

A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

**PLEASE READ**
Important Information
Concerning Your Options

Para una notificación en Español, visitar www.TaurusCarterSettlement.com

**WHAT'S THIS ABOUT?**
A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**
You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

**WHAT ARE THE SETTLEMENT BENEFITS?**

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**
You can opt-out or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

**This is a Supplemental Summary** authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

**www.TaurusCarterSettlement.com**

Jeanne C. Finegan Declaration

# Exhibit D

Tuesday, March 8, 2016

Pacific Daily News · guampdn.com

## ON THE FRIDGE

Continued from Page 18

call 486-6664.

### APRIL

**Autism Awareness Fair:** This year's Autism Awarness Fair with a theme of "Acceptance in Action" will be held from 10 a.m. to 2 p.m. April 2 at the Agana Shopping Center. Join and increase awareness to the island community and empower individuals with autism. For information, call 988-6771.

**Crab festival:** The 8th Annual Malesso Gupot Chamorro/ Crab Festival will take place

Tamaki Ichimura, 9, center, and other students of Yaeko Smith perform a traditional Japanese dance during the Japan Club of Guam's 12th annual arts and crafts fair at the Onward Beach Resort in Tamuning. This year, the 18th Arts and Crafts Fair will be held March 12 at Hotel Nikko Guam.

PDN FILE



April 8 to 10 at the Malesso Veteran Sons and Daughters pier park ground. There will be an assortment of activities and events for the public to enjoy. For information, call the Merizo Mayor's Office at 828-8312/2941/8772.

**GMH Ball:** The Guam Memorial Hospital Volunteers Association will hold its 51st Anniver-

sary Charity Ball from 6 p.m. to midnight April 23 at the Hyatt Regency Guam. Tickets are

$100 per person. For information, call Lena Calvo Rodriguez at 787-1573.

Follow us on



### MAY

**Pacific history conference:** The 22nd Pacific History Association Conference will be held May 19 to 21. This event will feature over 100 scholars from around the world. For details, visit www.uog.edu/phaconference.

**Relay for Life:** The American Cancer Society Relay For Life of Guam will be held from 6 p.m. May 20 to 12:01 a.m. May 21 at the George Washington High School Track in Mangilao. Call 477-9451 for details.



A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

## Taurus Pistols

PLEASE READ
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

**WHAT'S THIS ABOUT?**
A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**
You may be a Class Member if you are a resident or entity of the U.S., Fuerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 3C, 2015. The settlement doesn't include Taurus G2 model pistols.

**WHAT ARE THE SETTLEMENT BENEFITS?**

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**
You can opt-out or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlemen:.

This is a Supplemental Summary authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

www.TaurusCarterSettlement.com

EL VOCERO DE PUERTO RICO > MARTES, 8 DE MARZO DE 2016 > 24



**Liberty** — más opciones, al mejor precio.



añádele



ESPAÑOL+PRIMERA
**78 canales**

+

Telefonía
**ilimitada**
P.R. y EE.UU.

**10 MEGAS**
ilimitados
Más velocidad para que hagas streaming
en HD de tus películas y series favoritas.
POR SOLO
**$39.99***

3 SERVICIOS POR SOLO
**$49.99***
Caja HD y módem WiFi incluido

La **red de fibra óptica** más moderna,
con hasta **200 megas de internet**.

**Tele Ventas 787.355.6565**
**Servicio al Cliente 787.355.3535**

libertypr.com

Kioscos: Canóvanas: The Outlets, Barceloneta: Puerto Rico Premium Outlets, Caguas: Plaza Centro Mall, Las Catalinas Mall, Humacao: Plaza Palma Real, Plaza Las Américas 1er y 2do Nivel, San Patricio Plaza, Plaza Carolina y Plaza del Sol. **Oficinas Comerciales:** Hato Rey Urb. Tres Monjitas Edif. #1 Manuel Camuñas Hato Rey, PR 00919 • **Plaza Centro** Ave. Rafael Cordero Edif. 200 local #22 Caguas, PR 00727 • **Levittown** Ave. Sábana Seca Dr. Villalobos Toa Baja, PR 00727 • **Vega Alta Mall** State Road #2 Km. 29.7 Espinosa Ward Vega Alta, PR 00692 • **Hatillo** Calle Covalles Gandía Edif. #140 Hatillo, PR 00659 • **Luquillo** Luquillo Industrial Park Carr. 992 Km. 2.0 Luquillo, PR 00773

*Oferta válida del 2 de marzo al 31 de marzo 2016. Los precios mensuales de la oferta de internet valorada en $39.99 y en Triple Pack por $49.99 incluyen $10 de descuento durante los primeros 10 meses. Luego, aplican los precios regulares de Internet por $49.99 y $59.99 en combinación de Triple Pack. Oferta de vídeo incluye 78 canales del servicio de Español de Primera y más variedad de canales en HD. En combinación de Triple Pack recibes el servicio de vídeo de Español de Primera, 10 megas, caja HD, módem WiFi y Telefonía ilimitada a P.R. y EE.UU. Tarifas y servicios aplican a clientes residenciales, solamente donde haya facilidades. Coste de la instalación varía dependiendo del índice de crédito. Instalación estándar se define como 140" del tap a la residencia en donde existan facilidades. Instalación de televisores adicionales conllevan un cargo de $5.99 cada uno, precio regular de $21.99. Los servicios están sujetos a políticas de abuso de servicio o fraude, que se reserva el derecho a negar o terminar el(los) servicio(s) sin notificación a cualquier cliente que haga mal uso de ellos, o cuyo uso impacte adversamente la red de Liberty o al rendimiento. Cargos por televisores adicionales aplican. La facturación por correo conlleva un cargo de $3.00 mensuales. Liberty ofrece la opción de facturación electrónica E-Bill la cual no conlleva ningún cargo. Para acogerse a E-Bill puede visitar la página web, libertypr.com. Tarifas no incluyen impuestos, ni cargos gubernamentales cuyo cómputo podría variar sin previa notificación. Depósitos podrían aplicar de acuerdo a su índice de crédito. Requiere contrato de 12 meses. Otras restricciones podrían aplicar. El Hotel de los Secretos ©2016 Derechos Reservados Televisa, S.A. DE C.V. México MMXV.

---

## Se propone un acuerdo en una Demanda Colectiva que alega defecto de seguridad en **las pistolas Taurus**

SÍRVASE LEER
Información Importante
Sobre Sus Opciones

### ¿DE QUÉ SE TRATA?

Se propone un acuerdo de demanda colectiva para una demanda que alega defectos de seguridad en ciertas pistolas Taurus. En la demanda se alega que las "Pistolas de la Demanda Colectiva" pueden dispararse involuntariamente con el seguro en la posición de "activado" o "asegurado", y se pueden disparar involuntariamente si se caen o golpean. Taurus niega todas las alegaciones de delito y responsabilidad.

### ¿QUIÉN ESTÁ INCLUIDO?

Usted puede ser Miembro de la Demanda Colectiva si es residente o una entidad de los Estados Unidos, Puerto Rico, las Islas Vírgenes de los Estados Unidos o Guam y posee al menos una "Pistola de la Demanda Colectiva" (lo que incluye los modelos PT, Millennium y 24/7; visite el sitio web para ver el listado completo) al 30 de julio de 2015. El acuerdo no incluye las pistolas modelo Taurus G2.

### ¿CUÁLES SON LOS BENEFICIOS DEL ACUERDO?

**Taurus proporcionará un beneficio de garantía gratuita, transferible, mejorada vitalicia.**

Taurus correrá con los gastos de envío e inspección y reparará o reemplazará la pistola sin requerir que el dueño demuestre los presuntos defectos en el seguro de la misma. Actualmente no existe ningún tipo de reparación, de modo que las pistolas que bajo esta opción sean devueltas serán reemplazadas con una pistola de características actualmente comparables al modelo Taurus G2 (o modelo similar). Usted puede recibir una pistola de reemplazo únicamente si la ley aplicable permite que se envíen pistolas de reemplazo al estado en el que usted vive (para más detalles visite el sitio web). Si Taurus desarrolla alguna reparación, podrá reparar las Pistolas de la Demanda Colectiva en lugar de reemplazarlas. Taurus también proporcionará videos de capacitación de seguridad a todos los Miembros del Acuerdo de la Demanda Colectiva.

**Los Miembros del Acuerdo de la Demanda Colectiva que deseen un pago en efectivo podrán devolverle a Taurus sus Pistolas de la Demanda Colectiva (los costos de envío correrán por cuenta de Taurus).**

Recibirán hasta $200 por pistola, dependiendo de la cantidad total que sea devuelta. El total de pagos en efectivo no será superior a $30 millones. Si el Tribunal aprueba el acuerdo y no hay apelaciones, el período para reclamar pagos en efectivo irá desde aproximadamente el 22 de agosto de 2016 hasta el 20 de diciembre de 2016.

### ¿CUÁLES SON SUS OTRAS OPCIONES?

**Usted puede excluirse** u **objetar** el acuerdo, pero deberá hacerlo a más tardar el 18 de mayo de 2016. Si usted no se excluye, usted exime a Taurus de cualquier responsabilidad por presuntos defectos de diseño o fabricación que puedan resultar en un disparo involuntario. Si usted se excluye, no obtendrá un beneficio de este acuerdo.

El 18 de julio de 2016 el Tribunal realizará una audiencia continuada de Aprobación Final para considerar la aprobación del acuerdo.

**Este es un Resumen Complementario autorizado por el Tribunal.** Para información detallada visite el sitio web, comuníquese a través del 1-844-528-0180, o escriba a Demanda Colectiva Taurus, a la atención de Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.



**www.TaurusCarterSettlement.com**

The San Juan Daily Star | Tuesday, March 8, 2016 | **15 Mainland**

# Money Pours In as Move to Stop Donald Trump Expands

By MATT FLEGENHEIMER and
MAGGIE HABERMAN

Republicans hoping to halt Donald J. Trump's march to their party's presidential nomination emerged from the weekend's voting contests newly emboldened by Mr. Trump's uneven electoral performance and by some nascent signs that he may be peaking with voters.

Outside groups are moving to deploy more than $10 million in new attack ads across Florida and millions more in Illinois, casting Mr. Trump as a liberal, a huckster and a draft dodger. Mr. Trump's reed-thin organization appears to be catching up with him, suggesting he could be at a disadvantage if he is forced into a protracted slog for delegates.

And vote tallies on Saturday made clear that Mr. Trump has had at least some trouble building upon his intensely loyal following, leaving him increasingly dependent upon landslides in early voting.

In Louisiana, where Mr. Trump amassed a lead of more than 20 percentage points among those who cast votes before Saturday, Senator Ted Cruz of Texas effectively tied him among voters who cast their ballots on Saturday.

"Trump has to worry about the consistent late-voter rejection of his candidacy," said Newt Gingrich, the former House speaker and Republican presidential candidate.

Mr. Trump's losses to Mr. Cruz in Kansas and Maine on Saturday, coupled with closer-than-expected victories in Louisiana and Kentucky, have heightened the prospects for a two-man race, though many Republican leaders eye Mr. Cruz warily.

As his rivals have disparaged over the race's vulgar turn, Mr. Trump struck a subdued tone, by his standards, as returns came in late Saturday night. He aborted his first attempt to take the stage and left the room after asking reporters if the race in Kentucky had been called.

When he finally did speak, some of his usual bombast was missing, even as he insisted that it was time for Senator Marco Rubio to quit the race and that Mr. Cruz cannot win more moderate northeastern or coastal states.

"Donald Trump was uncharacteristically low energy," Mitt Romney, the Republican nominee in 2012, said in an interview Sunday on NBC's "Meet the Press," taunting Mr. Trump with the insult Mr. Trump had employed against Jeb Bush. Yet despite the renewed optimism of his opponents, the path to deny Mr. Trump the nomination remains narrow and arduous.

Mr. Cruz's emergence as the most credible alternative to Mr. Trump has proved both



Ted Cruz spoke Friday at the Conservative Political Action Committee conference in National Harbor, Md.

a boost and a complication for those seeking to derail the New Yorker. Mr. Cruz has tried to undercut calls for a contested convention to deny Mr. Trump the nomination, which Mr. Cruz says would yield a "manifest revolt" among voters. But Mr. Cruz has done little so far to threaten Mr. Trump's lead in the delegate race.

Much of Mr. Cruz's late-breaking support on Saturday seemed to come at the expense of Mr. Rubio, not Mr. Trump. And the Cruz campaign's message of ideological purity and religious faith is a less natural fit for many of the delegate-rich Midwestern and coastal states that remain on the map.

"Saturday proved that Trump can be contained and even beaten," said Scott Jennings, a longtime Republican strategist, who looked ahead to this summer's Republican convention in Cleveland. "The question is whether the field is going to allow for it moving forward. The most likely scenarios remain that Trump gets enough before Cleveland, or nobody does. The latter moved a little closer to realistic Saturday."

Mr. Rubio's path is much less certain, despite his lopsided victory in Puerto Rico on Sunday. Even his supporters said that the results on Saturday seriously undercut the premise of his bid: that he is the only candidate who can unify the Republican Party and defeat Mr. Trump.

"Look, I'm supportive of Marco; I'm very hopeful," said Mel Martinez, the former senator from Florida, who had supported Mr. Bush. "But it's a great concern that time has kind of caught up with this whole thing."

Rubio said in an interview Sunday that he "campaigned in Puerto Rico as a conservative" and still garnered more than 70 percent of the vote in an "open primary."

The senator says that "is evidence I can take conservatism to people who don't normally vote Republican" and win their support.

## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

PLEASE READ
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

### WHAT'S THIS ABOUT?

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

### WHAT ARE THE SETTLEMENT BENEFITS?

**Taurus will provide a free, transferable lifetime enhanced warranty benefit.**

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

**Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).**

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

### WHAT ARE YOUR OTHER OPTIONS?

**You can opt-out** or **object** to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

**This is a Supplemental Summary authorized by the Court.** For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

**www.TaurusCarterSettlement.com**

# Deaths CONTINUED FROM PAGE 8

Kim is survived by her companion, Sherwood Heyliger; brother, Paul Moron; sister-in-law, Bonnie Moron; nephews, Kenny Moron and Paul Moron Jr.; nieces, Ami Belcher and Moire Moron; great-nephews, Ryan Belcher and Cade Moron; great-niece, Kailey Belcher; uncles, Wilbur Lewis and William "Tito" Lewis; aunts, Edith Kean, Eugenia Rivera, Clarice "Rixie" Joseph and Beatrice Benjamin; numerous godchildren, cousins and special friends.


Kim Lewis

Relatives and friends are respectfully invited to attend the first viewing on Sunday, March 13, from 4 to 6 p.m. at the Celestial Chapel at Hurley Funeral Home. The second viewing will take place at Nisky Moravian Church at 9 a.m. on Monday, March 14. The service will follow at 10 a.m. Interment will be at Nisky Moravian Cemetery.

The family requests that an offering be given during the service toward the construction of the Moravian Multipurpose Educational Center.

Arrangements are under the care of Hurley Funeral Home and Cremation Center of St. Thomas and St. John

For online condolences, please visit www.hurleydavisfuneralhome.com

## Winston Cantois

With deep regret, the family announces the passing of Winston Cantois, known as the Whistler, who passed away peacefully at his residence.

The memorial service will be held on Saturday, March 12 at 9 a.m at Turnbull's Funeral Home.

Survivors of the late Winston Cantois include his mother, Amanda Donovan Cantois; father, Maxwell Cantois; aunt, Oliver Donovan Carty; brothers, Lucien (brother), Bernard (Recaldo), Glaston, Liston Sr. (Lusaka), Clinton (Paperman); sisters, Cecila, Lucia, Neamah, Violet, Senita, Sylvanita, Margarita; and family and friends too numerous to mention.


Winston Cantois

Funeral arrangements are entrusted to Turnbull's Funeral Home.

## Oliva B. Christian

The family of Oliva B. Christian is saddened to announce his passing on March 15 in his home after a valiant battle with cancer.

He was a man of many accomplishments and talents.

He will be severely missed by his wife of 35 years, Janet; their two children, Claudius Christian and Laurell Christian; his son, Oliver Christian.

He will also be fondly remembered by his brother, Lawrence Christian;

the entire Mahoney family; nephews, Gregory and "Junie"; nieces, Laurie and Linda Christian; great-nephew, Ryan; mother-in-law, Martha Muessig; sisters-in-law, Linda Clark and Patricia Murphy; and his buddies at ATS.


Oliva B. Christian

A celebration of his life will be held Friday, March 11, 2016, at Victor's New Hideout from 4 to 6 p.m. We hope to see his family and friends at that time to join us in giving him a final farewell.

Arrangements are under the care of Hurley Funeral Home and Cremation Center of St. Thomas and St. John

For online condolences, please visit www.hurleydavisfuneralhome.com

## Jeffery Abraham Velasquez

With deep regret, the family announces the passing of Jeffery Abraham Velasquez, who passed away on Feb. 23, 2016.

Funeral services will start with a viewing on Sunday, March 13, 2016, at Turnbull's Funeral Home from 3 to 5 p.m. A second viewing will be held on Monday, March 13, 2016, at Turnbull's Funeral Home Chapel from 9 to 10 a.m. The service starts at 10 a.m. Interment is at Eastern Cemetery.

Funeral arrangements and professional services are entrusted to Turnbull's Funeral Home.


Jeffery Abraham Velasquez

He is survived by his mother, Greisi Maria Infante Velasquez; father, Abraham Brown; sisters, Ashanty Infante Rosario, Solandri Brown; brothers, Michael Manuel Infante, Abraham Brown Jr.; and uncle, Luis Brown.

## Theodore Alonzo Vanterpool

Theodore (Teddy) Alonzo Vanterpool entered into eternal peace on Feb. 14, 2016, in Viera, Fla.

He was born in St. Thomas, U.S. Virgin Islands, on July 13, 1924, and was the second of 12 children born to the late James Theodore Vanterpool and Agatha Adele Vanterpool, nee Ferdinand.

He joined the military after graduating from high school and rose to the rank of sergeant in the U.S. Army, where he served his country in the Pacific during World War II. After his military service, Teddy lived in New York City; worked for the US. Postal Service; and became active as a union leader.

He transferred to the Emancipation Garden Post Office on Main Street, St Thomas, where he retired as a supervisor of postal operations.


Theodore Alonzo Vanterpool

He was also an active member of St. Andrew's Episcopal Church. Teddy relocated in 1996 to Melbourne, Fla., where he continued his church service at St. Paul's Anglican Church as usher and member of the Fellowship of St Andrew's. He enjoyed reading non-fiction, watching baseball, was a great handyman with skills learned from his father, who was a blacksmith. He also loved to travel and truly enjoyed life.

Ted was predeceased by his first wife, Iveria Jenkins Vanterpool, nee Samuel, and daughter, Iveria Vanterpool Oliver.

He leaves to mourn his wife, Violet Wright Vanterpool; daughter, LaVerne Vanterpool Hazy (Bill), son, Michael T. Vanterpool (Shirley); stepchildren, Marie Wright Pinney (Willis), Victoria (Vicki) Wright, Michael Wright (Yasmine) and Lewis Wright; grandchildren, Sean Lindsey, James Vanterpool, Lisa Vanterpool and Anthony Vanterpool; stepgrandchildren, Wilma M. Pinney and Willis Pinney II; 20 greatgrands; sister, Betty V. Dawson; brothers, Viggo (Miller) Vanterpool; brothers-in-law, Eric Dawson, James A.D. Francis, Rudel Chinnery; sisters-in-law, Gloria Vanterpool and Mercedita Vanterpool; a host of nieces, nephews, cousins, and friends too numerous to mention.

A memorial service will be held on March 12, 2016, at 11 a.m. at St. Paul's Anglican Church, 7200 N. Wickham Rd, Melbourne, Fla. 32940.

In lieu of flowers, donations can be made to St. Paul's. Arrangements are by Ammen Family Cremation & Funeral Care, Melbourne 321-724-2222. Share memories and sign guestbook at www. afccare.com.

## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

PLEASE READ
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

### WHAT'S THIS ABOUT?

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

### WHAT ARE THE SETTLEMENT BENEFITS?

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

### WHAT ARE YOUR OTHER OPTIONS?

You can opt-out or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

This is a Supplemental Summary authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.


3192 ALTONA AND WELGUNST
ST. THOMAS, VI 00802
Tel. (340) 774-1464 • Fax (340) 777-9895
Email: office@hurleydavis.com
www.hurleydavisfuneralhome.com

Hurley FUNERAL HOME

We provide a wide range of funeral services including pre-arranged funeral packages, cremation and sea burials. Feel free to contact us today.

COMPASSION DEDICATION SERVICE

Tuesday, March 22, 2016 · Pacific Daily News · guampdn.com

# Parents of teen cutter should not judge



**DEAR ABBY**
JEANNE PHILLIPS

**DEAR READERS:** I promised "Heartbroken Mom From Anywhere" (Oct. 5) to print letters from readers offering suggestions about helping her teen daughter, who is a cutter:

**DEAR ABBY:** I am a 33-year-old woman who has cut for many years, starting early in high school. What concerns me is the mom doesn't completely understand what's going on. Not many people do. Self-harm is a cry for help from someone who doesn't know how to voice his or her emotions. I, too, was bullied and didn't know how to express the pain I was feeling, so I took it out on my body. Over the years it became my coping mechanism, although an unhealthy one. Helping someone who is self-harming requires understanding AND A LICENSED PROFESSIONAL to identify the emotions and suggest better ways to express them. One that worked for me was doing puzzles. It was a way to keep my mind and hands busy. This teen also needs to know she is not alone. Parents need to listen. I cannot stress how important it is for cutters to know someone is there for them with love and no judgment. — KNOWS FROM EXPERIENCE IN MISSOURI

**DEAR ABBY:** I grew up in a dysfunctional household with abusive parents. When I would cut, it was like I could feel all my pent-up emotions leaking out through the wounds on my legs. The physical pain was bearable and distracted me from everything that was going on in my life, and I would feel a little bit better about myself and a little less desperate. Cutting is a powerful addiction. Even now, more than 10 years later, when things get bad I feel a compulsion to just make one small cut. What helped me to stop cutting wasn't counseling or medication. It was becoming passionate about active hobbies that allowed me to release my bottled-up feelings and stress and feel good at the same time. — FORMER CUTTER IN MINNESOTA

**DEAR ABBY:** I have worked in psychiatry for 10 years and have found that some of these children have been sexually molested. Some told their parents and were not believed because it was the mother's boyfriend, a family friend or a relative. Carrying this around is a heavy burden. Parents need to show the child they will look into the allegation. We should be a safe place for our kids to offload all their fears and insecurities, because we have a duty to protect them from abuse. — IN THE FIELD IN BROOKLYN, N.Y.

*Dear Abby is written by Abigail Van Buren, also known as Jeanne Phillips, and was founded by her mother, Pauline Phillips.*

*Contact Dear Abby at www.DearAbby.com or P.O. Box 69440, Los Angeles, CA 90069.*

---

## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

### Taurus Pistols

PLEASE READ
Important Information
Concerning Your Options

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

**WHAT'S THIS ABOUT?**

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegation of wrongdoing and liability.

**WHO'S INCLUDED?**

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

**WHAT ARE THE SETTLEMENT BENEFITS?**

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**

You can opt-out or object to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

This is a Supplemental Summary authorized by the Court. For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

**www.TaurusCarterSettlement.com**

---

## EASTER SPECIALS AND ACTIVITIES

**Guam Reef and Olive Spa Resort**
» **Main Restaurant and Lounge:** Enjoy an Easter Brunch buffet featuring an array of dishes and a free kids space for children to play in. 11 a.m. to 3 p.m. March 27 $42 per adult and $15 per child.
Call 646-6246 for reservations.

**Holiday Resort & Spa Guam**
» **La Brasserie Restaurant:** Easter Brunch 11 a.m. to 2 p.m. March 27 $35 per adult and $17.50 per child. Featuring an egg hunt, photobooth, live entertainment, and an Easter Bunny.
Call 645-3213 or 647-7272 for reservations.

**Jeff's Pirates Cove**
» **Easter Brunch at the cove:** 11 a.m. to 2 p.m. March 27 featuring a large assortment of dishes. $22 per adult and $11 per child.
Call 789-2683 for reservations.

**Onward Beach Resort**
» **Le Premier Restaurant:** Easter Champagne Brunch Buffet Two Seating's 10:30 a.m. and 12:30 p.m. March 27. $39 per adult and $18 per child. There also will be an Egg Hunt for children – open to restaurant guest only.
» **Sagano Restaurant:** Easter Sunday Brunch Buffet Two Seating's 10:30 a.m. and 12:30 p.m. Mar 27. $38 per adult and $19 per child. Featuring an Egg Hunt for children – Open to restaurant guest only.
Call 647-7714 or 647-7777 for reservations.

**Underwater World**
» **2nd Annual Seaster Hunt:** 11 a.m. to 2 p.m. March 27. Explore Underwater World to find all the hidden underwater eggs. Bring completed treasure map to redeem final prize and be entered to win an annual pass. Complimentary activity with child's Ocean Safari Admission Ticket.
Call 649-9191 for information.



GANNETT FILE
This Easter ham is one of several entrees you can enjoy on Easter Sunday. Go out with friends and family for brunch specials, egg hunts and more.



**PLUMERIA BINGO**
Benefiting Guam national Golf Federation
TUESDAY, MARCH 22, 2016   649-LUCK (5825)

**$20,000** PLUMERIA JACKPOT **53** NOS. OR LESS

| LETTER X GIVEAWAY | **$2,500** | INDIAN STAR GIVEAWAY | **$2,500** |
| **(7) PACKAGE GAMES** | **$2,000** | JUNIOR JACKPOT | **$10,000** 46 NOS. OR LESS $1000 CONSOLATION |

**BUNDLE BUY-INS:**
(Bundles include Packages Letter X, Junior Blackout, and Indian Star)
2+1 Pkg. PAPER ONLY..................$40
10+10 (Machine Only).................$40
BUNDLE A (30 + 20 Free, 3 Spec.)....$40
BUNDLE B (50 + 20 Free, 4 Spec.)....$60
BUNDLE C (60 +20 Free, 5 Spec.)....$80
BUNDLE D (80 +20 Free, 6 Spec.).....$100

**SPECIAL BUY-IN BOX:**
ORCHID PACKAGE:
(60 + 25 FREE PKGS)
6 SPEC........................................$75
PLUMERIA PACKAGE:
(100 PKGS) 12 SPECIALS...$120
Special Buy-ins include Set Early Bird & Double Actions, Letter X, Junior Blackout, Indian Star, and Plumeria Pot

**BUY 2 SAME BUY-IN GET 1 FREE**

Located at the Hakobutan Building Below Seafood Chef at the ITC Building Intersection Tamuning, Guam

**FREE WIFI**

***Management reserves the right to alter or cancel any event or program without prior notice.

## Se propone un acuerdo en una Demanda Colectiva que alega defecto de seguridad en las pistolas Taurus

**SÍRVASE LEER**
Información Importante
Sobre Sus Opciones

### ¿DE QUÉ SE TRATA?

Se propone un acuerdo de demanda colectiva para una demanda que alega defectos de seguridad en ciertas pistolas Taurus. En la demanda se alega que las "Pistolas de la Demanda Colectiva" pueden dispararse involuntariamente con el seguro en la posición de "activado" o "asegurado", y se pueden disparar involuntariamente si se caen o golpean. Taurus niega todas las alegaciones de delito y responsabilidad.

### ¿QUIÉN ESTÁ INCLUIDO?

Usted puede ser Miembro de la Demanda Colectiva si es residente o una entidad de los Estados Unidos, Puerto Rico, las Islas Vírgenes de los Estados Unidos o Guam y posee al menos una "Pistola de la Demanda Colectiva" (lo que incluye los modelos PT, Millennium y 24/7; visite el sitio web para ver el listado completo) al 30 de julio de 2015. El acuerdo no incluye las pistolas modelo Taurus G2.

### ¿CUÁLES SON LOS BENEFICIOS DEL ACUERDO?

**Taurus proporcionará un beneficio de garantía gratuita, transferible, mejorada vitalicia.**

Taurus correrá con los gastos de envío e inspección y reparará o reemplazará la pistola sin requerir que el dueño demuestre los presuntos defectos en el seguro de la misma. Actualmente no existe ningún tipo de reparación, de modo que las pistolas que bajo esta opción sean devueltas serán reemplazadas con una pistola de características actualmente comparables al modelo Taurus G2 (o modelo similar). Usted puede recibir una pistola de reemplazo únicamente si la ley aplicable permite que se envíen pistolas de reemplazo al estado en el que usted vive (para más detalles visite el sitio web). Si Taurus desarrolla alguna reparación, podrá reparar las Pistolas de la Demanda Colectiva en lugar de reemplazarlas. Taurus también proporcionará videos de capacitación de seguridad a todos los Miembros del Acuerdo de la Demanda Colectiva.

**Los Miembros del Acuerdo de la Demanda Colectiva que deseen un pago en efectivo podrán devolverle a Taurus sus Pistolas de la Demanda Colectiva (los costos de envío correrán por cuenta de Taurus).**

Recibirán hasta $200 por pistola, dependiendo de la cantidad total que sea devuelta. El total de pagos en efectivo no será superior a $30 millones. Si el Tribunal aprueba el acuerdo y no hay apelaciones, el período para reclamar pagos en efectivo irá desde aproximadamente el 22 de agosto de 2016 hasta el 20 de diciembre de 2016.

### ¿CUÁLES SON SUS OTRAS OPCIONES?

**Usted puede excluirse** u **objetar** el acuerdo, pero deberá hacerlo a más tardar el 18 de mayo de 2016. Si usted no se excluye, usted exime a Taurus de cualquier responsabilidad por presuntos defectos de diseño o fabricación que puedan resultar en un disparo involuntario. Si usted se excluye, no obtendrá un beneficio de este acuerdo.

El 18 de julio de 2016 el Tribunal realizará una audiencia continuada de Aprobación Final para considerar la aprobación del acuerdo.

**Este es un Resumen Complementario autorizado por el Tribunal.**
Para información detallada visite el sitio web, comuníquese a través del 1-844-528-0180, o escriba a Demanda Colectiva Taurus, a la atención de Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

**www.TaurusCarterSettlement.com**



Vista del Malecón en La Habana, a la llegada del convoy que transportaba al presidente Barack Obama y su familia a su arribo a la ciudad en días recientes. >AP

# Cuba impulsará los embarques aéreos

▶ **Fitch Ratings compara aeropuertos de la región**



**Carlos Antonio Otero**
>cotero@elvocero.com

@coteroaponte

El flujo de viajeros a través de los aeropuertos Luis Muñoz Marín en San Juan, Puerto Rico, y el de Punta Cana en República Dominicana, es visto como indicativo de lo que podrá alcanzar el José Martí en Cuba, con la apertura en las relaciones con Estados Unidos, y el inicio de vuelos comerciales entre ambos países.

Ese es el estimado que hace la agencia Fitch Ratings, según un informe de prensa publicado ayer, en el que menciona un "potencial crecimiento en el abordaje" rumbo a La Habana.

Desde principios de marzo, las principales aerolíneas estadounidenses comenzaron a someter propuestas de vuelos hacia Cuba, en el contexto de un acuerdo alcanzado en febrero para permitir que diariamente se produzcan unos 20 a La Habana, así como otros 90 vuelos diarios a otras nueve ciudades cubanas.

"Fitch considera que la normalización de las relaciones entre los EE.UU. y Cuba dará lugar a un modesto aumento de los viajes, sobre todo en Miami, que sirvió más de 44 millones de pasajeros totales en el año 2015", señaló la agencia en su informe.

Al establecer la comparación entre los aeropuertos de la región, Fitch mencionó que los principales destinos de Puerto Rico incluyen a Nueva York, Orlando y Miami, los cuales podrían ser compartidos con La Habana. Según datos citados de la Administración Federal de Aviación, los embarques del aeropuerto Luis Muñoz Marín en San Juan sumaron poco más de 4.1 millones el pasado año.

"Esto puede ser indicativo del potencial de La Habana. Sin embargo, la población de Cuba es aproximadamente tres veces mayor que la de Puerto Rico. A la larga, esto podría conducir a tasas de abordaje mayores para La Habana", agregó la agencia.

En cuanto a la República Dominicana, indicó que tiene una población similar a la de Cuba y el aeropuerto de Punta Cana registró 5.2 millones de embarques en 2013, y sus dos principales destinos son Toronto y París.

## Apple lanza el **iPhone SE** y una nueva iPad

**Blandon Bailey**
>cotero@elvocero.com

**CUPERTINO, California, EE.UU. (AP)** — Apple presentó el lunes un nuevo iPhone más pequeño, una nueva iPad para negocios y anunció una reducción en el precio de su Apple Watch. Los anuncios, ya esperados por muchos, buscan mantener el impulso comercial que tiene la empresa, mientras al mismo tiempo enfrenta desafíos enormes.

La empresa podría usar esto como palanca. Las ventas de su emblemático teléfono se han estancado después de aumentar a niveles récord que hicieron a Apple la mayor compañía del mundo por valor de mercado. Sin embargo, muchos se preguntan si Tim Cook puede idear otro gran hit.

El nuevo teléfono, llamado iPhone SE, es una versión mejorada del iPhone 5S de cuatro pulgadas lanzado en 2013 y está enfocado a los clientes que no se vieron atraídos por los modelos iPhone 6 que tienen pantalla más grande y que Apple lanzó hace dos años. El nuevo teléfono incluye funciones como Apple Play y un procesador más veloz, como el que solo se ofrecía en el iPhone 6.



Greg Joswiak, vicepresidente de mercadeo de productos de iOS, iPad y iPhone. >AP

**Local** News | **8** *Tuesday, March 22, 2016*                                    The San Juan Daily Star

# Patrols Against Drunk Driving to Pick Up During Holy Week

## A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

# Taurus Pistols

**PLEASE READ**
**Important Information**
**Concerning Your Options**

Para una notificación en Español, visitar
www.TaurusCarterSettlement.com

### WHAT'S THIS ABOUT?

A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed.  The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped.  Taurus denies all allegations of wrongdoing and liability.

### WHO'S INCLUDED?

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

### WHAT ARE THE SETTLEMENT BENEFITS?

Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

### WHAT ARE YOUR OTHER OPTIONS?

**You can opt-out** or **object** to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

**This is a Supplemental Summary authorized by the Court.** For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

## www.TaurusCarterSettlement.com

By MARIA MIRANDA SIERRA
mirandasanjuanstar@gmail.com



Traffic Safety Commission Director José Delgado said Monday that the campaign against drunk drivers will intensify this week with additional police patrols on island streets and roads.

"The Commission has been very active and will continue to be active all this week. Since last week we have had a campaign in the media against drunk driving," Delgado said in a radio interview with NotiUno.

He said that in 10 municipalities, agreements have already been established to hold community activities designed to discourage drunk driving.

San Juan, Carolina, Guaynabo, Guayama, Yauco, Ponce and Barceloneta are the towns where police will increase patrols patrols in an effort to prevent drivers from going out on the road under the effects of alcohol.

Delgado said that throughout the year, five to six advertising campaigns have been launched against motorists who drive under the influence of alcoholic beverages.

Delgado said deaths related to traffic accidents had declined as of March 21.

He said that in 2015, as of March 21, 16 pedestrians had died on the roads, while in 2016, the number is 11.

Meanwhile, 18 drivers have died in car accidents in 2016, three fewer than for the same period last year.

Seven passengers died in 2015 and four in 2016, while this year five motorcyclists have died, which is five fewer that in 2015.

"This year one cyclist has died, three fewer than in 2015, while there have been no reported deaths of people riding horses, involved in car accidents on the roads or streets," Delgado added.

Wednesday, March 23, 2016 — **VIRGIN ISLANDS** — *The Virgin Islands Daily News* **5**

# 23-year-old man found shot to death in Savan

**By SUZANNE CARLSON**
Daily News Staff

ST. THOMAS — A 23-year-old man was shot and killed early Tuesday morning, according to police.

The incident occurred at approximately 3:50 a.m. when police responded to a report of an unrespon-sive man on Rejerrings Gade in the Savan area, according to a news release from V.I. Police spokeswoman Sakeeda Freeman.

The victim was pronounced dead at the scene and later identified as Kishawn Fleming, Freeman said.

Freeman said Fleming suffered multiple gunshot wounds around his body.

The incident marks the territory's 13th homicide so far this year, including four on St. Croix and nine on St. Thomas.

Anyone with information about the murder can call the Major Crimes Unit at **340-714-9823**, **911**, or the anonymous tip service Crime Stop-pers USVI at **1-800-222-8477**.

— *Contact Suzanne Carlson at 340-714-9122 or email scarlson@ dailynews.vi.*

## Briefs

### Transfer Day parking restrictions on St. Croix

The V.I. Police Department will institute parking restrictions and street closings, scheduled for the 2016 Transfer Day Commemoration and U.S. Naturalization Ceremony, to be held in Christiansted town on March 31.

Effective from 6 a.m. until the completion of the event on March 31, the following parking restrictions will be in effect:

• No parking on King Street, from Queen Cross Street to the Wharf area.

• No parking on Church Street, between King and Company streets; no parking on Strand Lane.

• No parking on Hospital Street, between King and Company streets.

• Any vehicle found parked in the restricted areas, will be ticketed and/or towed at the owner's expense.

### Liquor sales restricted on Good Friday

The Department of Licensing and Consumer Affairs issued a statement to remind business owners and the public of the restrictions mandated by law on the serving of alcohol on Good Friday.

According to VIC Title 1, Chapter 11, Subsection 171(b):

Distilled liquor and drinks prepared therewith shall not be served in public places of refreshment between the hours of 9 a.m. and 4 p.m. on Good Friday. Whoever violates this subsection shall be fined not more than $200 or imprisoned not more than a year or both.

Distilled liquor includes spirits and can be defined as grain alcohol, with a high alcohol content. Examples of distilled spirits include brandy, whiskey, rum, gin and vodka. This does not include beverages such as beer, wine and cider, as they are fermented but not distilled and all have relatively low alcohol content, typically less than 15 percent, according to DLCA. Local cordials, such as Coquito and Guavaberry sales are not restricted on this day.

### Insurance licensing exam on St. Croix scheduled for April

The Lt. Governor's Office's Division of Banking and Insurance will administer the insurance licensing exam at 10 a.m. April 5 at the Division of Banking and Insurance at 1131 King Street, St. Croix.

Registration for the exam and payment of the $50 fee will be accepted until 3 p.m. April 4, also at the Division of Banking and Insurance's St. Croix office.

No registrations will be accepted after this date.

For more information, contact the Division of Banking and Insurance on St. Croix at **340-773-6459**.

## GOP

CONTINUED FROM PAGE 4

that the uncommitted delegates broke party rules.

"The party rules commanded me to inform the Republican National Committee of this automatic action, which I did in a letter to chairman Reince Priebus," Canegata said in the statement.

But Yob said Canegata is wrong, and the bylaws require written confirmation five days after the caucus has been certified, which hasn't happened yet.

In a written statement, Yob said Canegata, "is not a dictator and cannot unilaterally break the USVI GOP rules to hand select his preferred delegates. He has unfortunately decided once again to either not read the rules or not follow the rules."

Canegata could not be reached for comment on Yob's response.

Redfield said Tuesday that the caucus has not yet been certified and Canegata's action is premature.

"You never serve the wine before it's time," Redfield said.

Redfield said Canegata, "has unilaterally circumvented the rules of the party" and acted before certification and internal party grievances have been resolved.

One grievance deals with the status of Belardo de O'Neal as a party committeewoman, uncommitted delegate, and St. Croix Elections Board chairwoman.

"As far as I can see there's a conflict of interest," Redfield said.

Regarding Yob, Redfield said there is reluctance from many to accept newcomers.

"This is an emotional issue which I appreciate, but there is a legal issue, and the legal issue takes precedence, we've got to learn to get over it. Either that or take the American flag down and vote for independence," Redfield said. "I would call it a real kallaloo."

Redfield said no more decisions should be made until the legal process runs its course.

"Take a chill pill and swallow hard, and it will resolve itself," Redfield said. "I will abide by whatever the court says and whatever the process as it's allowed to continue will resolve this issue, and it's my hope that everybody in the party would do that and we've got to go to the convention united."

— *Contact Suzanne Carlson at 340-714-9122 or email scarlson@ dailynews.vi.*



• Office Printers
• Multifunction / All in One Printer
• Production Printers & Digital Presses
• Continuous Feed Printers
• Wide Format Printers
• Office Services and Support

**EXECUTIVE**
OFFICE EQUIPMENT

www.eoebusinesssupplies.com

**776-7399** ● **692-1399**

xerox
Authorized Sales Agent

A Settlement has been Proposed in a Class Action Lawsuit that Alleges Safety Defects in

## Taurus Pistols

**PLEASE READ**
Important Information Concerning Your Options

Para una notificación en Español, visitar
**www.TaurusCarterSettlement.com**

**WHAT'S THIS ABOUT?**
A class action settlement of a lawsuit alleging safety defects in certain Taurus pistols has been proposed. The lawsuit claims "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

**WHO'S INCLUDED?**
You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

**WHAT ARE THE SETTLEMENT BENEFITS?**
Taurus will provide a free, transferable lifetime enhanced warranty benefit.

Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects. No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for details). If Taurus develops a repair, it can repair rather than replace Class Pistols. Taurus will also provide safety training videos to all Settlement Class Members.

Settlement Class Members who want a cash payment may return their Class Pistol to Taurus (with shipping paid by Taurus).

They will receive up to $200 per pistol, depending on the total number returned. Total cash payments will not exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

**WHAT ARE YOUR OTHER OPTIONS?**
**You can opt-out** or **object** to the settlement, but must do so by May 18, 2016. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you will not get a benefit from this settlement.

The Court will hold a continued Final Approval hearing on July 18, 2016, to consider whether to approve the settlement.

**This is a Supplemental Summary authorized by the Court.** For detailed information, visit the website, call 1-844-528-0180, or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19107-0230.

**www.TaurusCarterSettlement.com**

Jeanne C. Finegan Declaration

# Exhibit E



March 18, 2016

# Taurus Pistols
# Screenshots



728x90 on [www.TrailerAddict.com](www.TrailerAddict.com)





2

# 300x250 on www.RingsideNews.org





3

160x600 on [www.StrategyPage.com](http://www.StrategyPage.com)





4



HF Media LLC

HF Media | Taurus Round 2

March 18th, 2016

## Men 25-64 HHI $60K+_MarApr16_300x250





## Men 25-64 HHI $60K+_MarApr16_300x250





## Men 25-64 HHI $60K+_MarApr16_728x90





## Men 25-64 HHI $60K+_MarApr16_728x90





## Men 25-64 HHI $60K+_MarApr16_160x600





## Men 25-64 HHI $60K+_MarApr16_160x600







# XAXIS

## HF Media PA_Taurus Round 2

Screenshots

HF Media PA_Taurus Round 2 : 160x600
Site : Shop.cbssports.com





HF Media PA_Taurus Round 2 : 160x600
Site : Sportsauthority.com





HF Media PA_Taurus Round 2 : 300x250
Site : Redflagdeals.com





HF Media PA_Taurus Round 2 : 300x250
Site : Midwestsports.com





HF Media PA_Taurus Round 2 : 728x90
Site : Ems.com





HF Media PA_Taurus Round 2 : 728x90
Site : Onlinesports.com





**Jeanne C. Finegan Declaration**

# Exhibit F





Jeanne C. Finegan Declaration

# Exhibit G

Share      Share



Like   117

   0

# Updated Information - A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects in Taurus Pistols

**Update for Taurus Firearm Owners, Class Action Settlement updated information available.**   Tweet

Register for Additional
Information
(http://www.TaurusCarterSettlement.com/register/)

**PR Newswire, Birmingham, Alabama, March 18, 2016**
The following statement is being issued by Bailey & Glasser LLP and Morris, Haynes, Wheeles, Knowles & Nelson (Class Counsel); and Smith, Gambrell, & Russell, LLP (Taurus Counsel) regarding the Taurus Pistol settlement.

**The Settlement Provides an Enhanced Warranty, a Cash Payment for Returned Pistols and Safety Training.**

*The United States District Court for the Southern District of Florida authorized a supplemental notice.*

*Para una notificación en Español, visitar www.tauruscartersettlement.com
(http://www.tauruscartersettlement.com/)*

## WHAT'S THIS ABOUT?

There is a proposed class action settlement about alleged safety defects in certain Taurus pistols. This lawsuit alleges that "Class Pistols" may unintentionally fire with the safety in the "on" or "safe" position, and may unintentionally fire when dropped or bumped. Taurus denies all allegations of wrongdoing and liability.

## WHO'S INCLUDED?

You may be a Class Member if you are a resident or entity of the U.S., Puerto Rico, U.S. Virgin Islands, or Guam and own at least one "Class Pistol" (these include PT, Millennium, and 24/7 models; see the website for a complete listing) on July 30, 2015. The settlement doesn't include Taurus G2 model pistols.

## WHAT ARE YOUR OPTIONS UNDER THE SETTLEMENT?

<u>Enhanced Warranty Option</u> - Taurus will provide a free, transferrable lifetime enhanced warranty benefit. Taurus will pay shipping and inspection costs and repair or replace the pistol, with no requirement that the owner prove the alleged safety defects No repair is currently available, so pistols returned under this option will be replaced with a comparable Taurus G2 (or similar) model pistol at this time. You can receive a replacement only if applicable law permits the shipping of a replacement pistol to your state (visit the website for more information). If Taurus develops a repair, it can repair rather than replace Class Pistols.

<u>Cash Payment Option</u> - Settlement Class Members who prefer cash payments may return their Class Pistol to Taurus (with shipping paid by Taurus) and receive up to $200 cash per pistol, depending on the total number returned, not to exceed $30 million. If the Court approves the settlement and there are no appeals, the claims period for cash payments will run from approximately August 22, 2016 until December 20, 2016.

You may register on the website to get information about how and when to seek relief.

Taurus will also provide safety training videos to all Settlement Class Members.

## HOW DO YOU ASK FOR A CASH PAYMENT?

You must submit a claim form and return your Class Pistol to receive a payment. Shipping is prepaid by Taurus. You can only submit a claim form *after* the settlement is finally approved and any appeals are concluded. This date is not yet known. You may register now through the website to get information about when you can submit a claim form. Visit the website to determine when you can submit a claim. If the Court approves the settlement and there are no appeals, the claims period will run from approximately August 22, 2016 until December 20, 2016.

## WHAT ARE YOUR OTHER OPTIONS?

You may opt-out or object to the settlement, but must do so by **May 18, 2016**. If you do not opt-out, you release Taurus from liability for alleged design or manufacturing defects that may result in an unintended discharge. If you opt-out, you can't get relief from this settlement.

The Court will hold a continued Final Approval hearing on **July 18, 2016**, to consider whether to approve the settlement.

**This is only a Supplemental Summary. For detailed information about the settlement, call toll-free 1-844-528-0180, visit www.tauruscartersettlement.com (http://www.tauruscartersettlement.com/), or write to Taurus Class Action, c/o Heffler Claims Group, P.O. Box 230, Philadelphia, PA 19102-0230.**

# # #

**Source:** Bailey & Glasser LLP and Morris, Haynes, Wheeles, Knowles & Nelson (Class Counsel); and Smith, Gambrell, & Russell, LLP (Taurus Counsel).

Share    Share

# Resources

SETTLEMENT WEBSITE (HTTP://WWW.TAURUSCARTERSETTLEMENT.COM)

REGISTER FOR ADDITIONAL INFORMATION
(HTTP://WWW.TAURUSCARTERSETTLEMENT.COM/REGISTER/)

ENHANCED WARRANTY
(HTTP://WWW.TAURUSCARTERSETTLEMENT.COM/DOCUMENTHANDLER.ASHX?
DOCPATH=/DOCUMENTS/FINAL_ENHANCED_WARRANTY.PDF)

SAFETY TRAINING
(HTTP://WWW.TAURUSCARTERSETTLEMENT.COM/SAFETYTRAININGVIDEO/)

FREQUENTLY ASKED QUESTIONS
(HTTP://WWW.TAURUSCARTERSETTLEMENT.COM/FAQS/)

IMPORTANT SAFETY INFORMATION ABOUT YOUR PISTOL
(HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7782551-TAURUS-PISTOL-SETTLEMENT-
UPDATE/DOCS/IMPORTANT-SAFETY-INFORMATION-ABOUT-YOUR-PISTOL-943020678.PDF)

ENHANCED LIFETIME WARRANTY
(HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7782551-TAURUS-PISTOL-SETTLEMENT-
UPDATE/DOCS/ENHANCED-LIFETIME-WARRANTY-1629223425.PDF)

SETTLEMENT AGREEMENT AND RELEASE
(HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7782551-TAURUS-PISTOL-SETTLEMENT-
UPDATE/DOCS/SETTLEMENT-AGREEMENT-AND-RELEASE-1741878757.PDF)

COURT ORDER GRANTING PRELIMINARY APPROVAL
(HTTP://WWW.MULTIVU.COM/PLAYERS/ENGLISH/7782551-TAURUS-PISTOL-SETTLEMENT-
UPDATE/DOCS/COURT-ORDER-GRANTING-PRELIMINARY-APPROVAL-872324474.PDF)

**Jeanne C. Finegan Declaration**

# Exhibit H



Carter v. Taurus Supplemental Summary - 221 news stories

# Carter v. Taurus Key Messages



**ANALYSIS** | Taurus over 3/08/16 - 7/22/16

Key message pull through shows how many times a keyword or phrase was mentioned in conjunction with your root search.

# Carter v. Taurus Social Amplification



**ANALYSIS** | Taurus over 3/08/16 - 7/22/16

The chart above shows which social media platforms are driving the most engagement. Click any of the bars on the chart to analyze the media outlets, journalists/bloggers, and articles/blog posts that are driving the most engagement on each social media platform.

# Carter v Taurus Top Articles



**Libertas and Latte**

A handy antidote to gun control dumbassery
by Constitutional Insurgent    May 31, 2016

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ⚪ neutral | 25 | 0 | 0 |

**GUN WATCH**

Washington Post: The Protection of Lawful Commerce in Arms Act: Facts and policy
by Dean Weingarten    May 30, 2016

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| 🔴 negative | 2824 | 0 | 5 |

**beforeitsnews.com**

Washington Post: The Protection of Lawful Commerce in Arms Act: Facts and policy | Alternative
by Gun Watch    May 29, 2016

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| 🔴 negative | 406150 | 0 | 763 |

**Top Class Actions**

Top Class Actions & Lawsuits Newsletter May 17, 2016
by Top Class Actions    May 17, 2016

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| 🔴 negative | 58500 | 0 | 109 |



⭐ www.washingtonpost.com

**The Protection of Lawful Commerce in Arms Act: Facts and policy**

by David Kopel        May 25, 2016

| 🏷 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 13397500 | 82 | 25187 |

⭐ Freedom Is Just Another Word...

**The Protection of Lawful Commerce in Arms Act: Facts and policy ..**

by MaddMedic        May 28, 2016

No photo available

| 🏷 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 600 | 0 | 1 |

⭐ Accident Lawyers

**The Protection of Lawful Commerce in Arms Act: Facts and policy**

by Nancy Dimick        May 25, 2016

| 🏷 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | - | 0 | - |

⭐ Bloomberg BNA

**Can Class Actions Solve the Gun Defects Problem?**

April 13, 2016

No photo available

| 🏷 Sentiment | 👁 Viewership | ↗ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 46000 | 2 | 86 |

⭐ **WAVE-LOU (NBC)**

WAVE News

by WAVE   April 11, 2016

| 🌡 Sentiment | 👁 Audience | $ Cost per Minute |
|---|---|---|
| ○ neutral | 27974 | - |

⭐ **NewsandTribune.com**

Clark County judge hears new info in 2013 homicide case

by ELIZABETH DEPOMPEI   April 11, 2016



| 🌡 Sentiment | 👁 Viewership | ≺ Shares | $ Ad Equivalency |
|---|---|---|---|
| ◐ negative | 8425 | 10 | 15 |

⭐ **Bloomberg BNA**

Gun Defects: No Forced Recalls, No Oversight, No Data

April 08, 2016

No photo available

| 🌡 Sentiment | 👁 Viewership | ≺ Shares | $ Ad Equivalency |
|---|---|---|---|
| ○ neutral | 46000 | 2 | 86 |

**ANALYSIS** | 3/08/16 - 6/28/16

The content above have been identified as top content. To access the full version of the content, click the content link above and then click the publication link you're interested in viewing.

# Highest Readership



**1**   www.washingtonpost.com

The Protection of Lawful Commerce in Arms Act: Facts and policy

by David Kopel   May 25, 2016

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ◯ neutral | 13397500 | 82 | 25187 |

**2**   beforeitsnews.com

Washington Post: The Protection of Lawful Commerce in Arms Act: Facts and policy | Alternative

by Gun Watch   May 29, 2016

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ◐ negative | 406150 | 0 | 763 |

**3**   Top Class Actions

Top Class Actions & Lawsuits Newsletter May 17, 2016

by Top Class Actions   May 17, 2016

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ◐ negative | 58500 | 0 | 109 |

**4**   Bloomberg BNA

Can Class Actions Solve the Gun Defects Problem?

April 13, 2016

No photo available

| Sentiment | Viewership | Shares | Ad Equivalency |
|---|---|---|---|
| ◯ neutral | 46000 | 2 | 86 |



**ANALYSIS** | Taurus over 3/08/16 - 7/22/16

Highest readership articles are based on the readership of each publication (how many people potentially read an article based on unique visitors to the publication's website) and how many times your keyword(s) appear in each article. Access the article by clicking the headline above and then click on the publication you're interested in.

# Carter v. Taurus Total Pickup

| Outlet Name | Media Type | Link |
|---|---|---|
| Libertas and Latte | Blog | https://libertasandlatte.wordpress.com/2016/05/31/a-handy-antidote-to-gun-control-dumbassery |
| GUN WATCH | Blog | http://gunwatch.blogspot.com/2016/05/washington-post-protection-of-lawful.html |
| beforeitsnews.com | News | http://beforeitsnews.com/alternative/2016/05/washington-post-the-protection-of-lawful-commerce-in-arms-act-facts-and-policy-3361341.html |
| Freedom Is Just Another Word... | Blog | https://maddmedic.wordpress.com/2016/05/28/the-protection-of-lawful-commerce-in-arms-act-facts-and-policy/ |
| www.washingtonpost.com | News | http://www.washingtonpost.com/news/volokh-conspiracy/wp/2016/05/24/the-protection-of-lawful-commerce-in-arms-act-facts-and-policy/ |
| Accident Lawyers | Blog | https://nancyedmick.wordpress.com/2016/05/25/the-protection-of-lawful-commerce-in-arms-act-facts-and-policy |
| Top Class Actions | Blog | https://topclassactions.com/archived-newsletters/335524-top-class-actions-lawsuits-newsletter-may-17-2016/ |
| Bloomberg BNA | News | http://www.bna.com/class-actions-solve-n57982069805/ |
| WAVE-LOU (NBC) | Broadcast | |
| NewsandTribune.com | News | http://www.newsandtribune.com/news/clark-county-judge-hears-new-info-in-homicide-case/article_eb0f0a5c-0016-11e6-9639-53b034487518.html |
| Bloomberg BNA | News | http://www.bna.com/gun-defects-no-n57982069629/ |
| Yahoo! Singapore | Online | https://sg.finance.yahoo.com/news/updated-information-settlement-proposed-class-131700918.html |
| Yahoo! | Online | http://finance.yahoo.com/news/updated-information-settlement-proposed-class-131700918.html |
| WXTX-TV FOX-54 (Columbus, GA) | Online | http://www.wxtx.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WXIX-TV FOX-19 (Cincinnati, OH) | Online | http://www.fox19.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WWBT-TV NBC-12 (Richmond, VA) | Online | http://www.nbc12.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WVUE-TV FOX-8 (New Orleans, LA) | Online | http://www.fox8live.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WVNS-TV CBS-59 (Ghent, WV) | Online | http://www.wvnstv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WUPV-TV CW-65 (Ashland, VA) | Online | http://www.cwrichmond.tv/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WTVM-TV ABC-9 (Columbus, GA) | Online | http://www.wtvm.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WTRF-TV CBS-7 (Wheeling, WV) | Online | http://www.wtrf.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WTOL-TV CBS-11 (Toledo, OH) | Online | http://www.toledonewsnow.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WTOC-TV CBS-11 (Savannah, GA) | Online | http://www.wtoc.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WTLH-TV FOX-49 (Tallahassee, FL) | Online | http://www.myfoxtallahassee.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WSFX-TV FOX-26 (Wilmington, NC) | Online | http://www.wsfx.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WSFA-TV NBC-12 (Montgomery, AL) | Online | http://www.wsfa.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WSET-TV ABC-13 (Lynchburg, VA) | Online | http://www.wset.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Write Club | Online | http://www.thewriteclub.co.uk/news/?doc=201603180917PR_NEWS_USPR_____MM43674&dir=1 |
| WRCB-TV NBC-3 (Chattanooga, TN) | Online | http://www.wrcbtv.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WRAL-TV CBS-5 (Raleigh, NC) | Online | http://markets.financialcontent.com/wral/news/read/31746910/updated_information_ |
| WPFO-TV FOX-23 (Portland, ME) | Online | http://www.myfoxmaine.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WOIO CBS-19 (Cleveland, OH) | Online | http://www.19actionnews.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WMC-TV NBC-5 (Memphis, TN) | Online | http://www.wmcactionnews5.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WMBF-TV NBC-32 (Myrtle Beach, SC) | Online | http://www.wmbfnews.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WLTZ-TV CW-38 (Columbus, GA) | Online | http://www.cw-gabama.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WLOX-TV ABC-13 (Biloxi, MS) | Online | http://www.wlox.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WLNE-TV ABC-6 (Providence, RI) | Online | http://www.abc6.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WLBT-TV NBC-3 (Jackson, MS) | Online | http://www.msnewsnow.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WISTV-TV NBC-10 (Columbia, SC) | Online | http://www.wistv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WICU-TV NBC-12 / WSEE-TV CBS-35 (Erie, PA) | Online | http://www.erietvnews.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Wichita Eagle [Wichita, KS] | Online | http://markets.financialcontent.com/kansas/news/read/31746910/updated_information_ |
| Wichita Business Journal | Online | http://www.bizjournals.com/wichita/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| WFXG-TV FOX-54 [Augusta, GA] | Online | http://www.wfxg.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WFMZ-TV IND-69 (Allentown, PA) | Online | http://www.wfmz.com/prnewswire?rkey=20160318MM43674&filter=2636 |
| WFMJ-TV NBC-21 [Youngstown, OH] | Online | http://www.wfmj.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WFLX-TV FOX-29 [West Palm Beach, FL] | Online | http://www.wflx.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WFIE-TV NBC-14 [Evansville, IN] | Online | http://www.14news.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WECT-TV NBC-6 [Wilmington, NC] | Online | http://www.wect.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WOSI-TV FOX-61 [Chattanooga, TN] | Online | http://www.myfoxchattanooga.com/story/31503124/updated-information-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WDRB-TV FOX-41 [Louisville, KY] | Online | http://www.wdrb.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WDAM-TV NBC-7 [Hattiesburg-Laurel, MS] | Online | http://www.wdam.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WCSC-TV CBS-5 [Charleston, SC] | Online | http://www.live5news.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WBOY-TV NBC-12 [Clarksburg, WV] | Online | http://www.wboy.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WBOC-TV FOX-21 (Salisbury, MD) | Online | http://www.fox21delmarva.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WAVE-TV NBC-3 [Louisville, KY] | Online | http://www.wave3.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Washington Business Journal | Online | http://www.bizjournals.com/washington/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| WAND-TV NBC-17 [Decatur, IL] | Online | http://www.wandtv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Wall Street Select | Online | http://investor.wallstreetselect.com/wss/news/read/31746910/updated_information_ |
| WALB-TV NBC-10 [Albany, GA] | Online | http://www.walb.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| WAFF-TV NBC-48 [Huntsville, AL] | Online | http://www.waff.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Value Investing News | Online | http://markets.financialcontent.com/fatpitch.valueinvestingnews/news/read/31746910/updated_information_ |
| Tribune [San Luis Obispo, CA] | Online | http://markets.financialcontent.com/mi.sanluisobispo/news/read/31746910/updated_information_ |
| Triangle Business Journal | Online | http://www.bizjournals.com/triangle/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Tri-City Herald [Kennewick, WA] | Online | http://markets.financialcontent.com/mi.tricityherald/news/read/31746910/updated_information_ |
| Ticker Technologies | Online | http://www.tickertech.com/cgi/?a=news&ticker=a&w=&story=201603201601180917PR_NEWS_USPR_____MM43674 |
| The Sun News [Myrtle Beach, SC] | Online | http://markets.financialcontent.com/mi.myrtlebeach/news/read/31746910/updated_information_ |
| The State [Columbia, SC] | Online | http://markets.financialcontent.com/mi.thestate/news/read/31746910/updated_information_ |
| The Sacramento Bee [Sacramento, CA] | Online | http://markets.financialcontent.com/mi.sacbee/news/read/31746910/updated_information_ |
| The Retail Times: International News | Online | http://theretailtimes.co.in/international_news.html?doc=201603180917PR_NEWS_USPR_____MM43674&dir=1 |
| The Bellingham Herald [Bellingham, WA] | Online | http://markets.financialcontent.com/mi.bellinghamherald/news/read/21960330/31746910/updated_information_ |
| Telegraph-Macon [Macon, GA] | Online | http://markets.financialcontent.com/mi.macon/news/read/31746910/updated_information_ |
| Tampa Bay Business Journal | Online | http://www.bizjournals.com/tampabay/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Tactics Magazine for Shopping Centers | Online | http://tacticsmagazine.com/landingpages/cnw-global-retail-news/?rkey=20160318MM43674&filter=5491 |
| Sun Herald [Biloxi, MS] | Online | http://markets.financialcontent.com/mi.sunherald/news/read/31746910/updated_information_ |
| Street Insider | Online | http://markets.financialcontent.com/streetinsider/news/read/31746910/updated_information_ |
| StockNod | Online | http://quotes.stocknod.com/stocknod/news/read/31746910/updated_information_ |
| Star Tribune [Minneapolis, MN] | Online | http://markets.financialcontent.com/startribune/news/read/31746910/updated_information_ |
| St. Louis Business Journal | Online | http://www.bizjournals.com/stlouis/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Spoke | Online | http://www.spoke.com/press_releases/56ec0e2cb42911dcfc56008689 |
| South Florida Business Journal | Online | http://www.bizjournals.com/southflorida/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Santa Cruz Sentinel (Santa Cruz, CA) | Online | http://markets.financialcontent.com/mng-ba.santacruzsentinel/news/read/31746910/updated_information_ |
| San Jose Mercury News | Online | http://markets.financialcontent.com/mercurynews/news/read/31746910/updated_information_ |
| San Francisco Business Times | Online | http://www.bizjournals.com/sanfrancisco/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| San Diego Union-Tribune [San Diego, CA] | Online | http://markets.financialcontent.com/sandiego/news/read/29966724/31746910/updated_information_ |
| San Antonio Business Journal | Online | http://www.bizjournals.com/sanantonio/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Sacramento Business Journal | Online | http://www.bizjournals.com/sacramento/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Rockford Register Star [Rockford, IL] | Online | http://markets.financialcontent.com/gatehouse.rrstar/news/read/31746910/updated_information_ |
| Reuters | Online | http://www.reuters.com/article/taurus-class-action-idUsnPn6sjsNpR+85+PRN20160318 |
| Puget Sound Business Journal | Online | http://www.bizjournals.com/seattle/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Press-Enterprise [Riverside, CA] | Online | http://markets.pe.com/pe/news/read/31746910/updated_information_ |
| PR Newswire | Online | http://www.prnewswire.com/news-releases/updated-information---a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols-300237057.html |
| Portland Business Journal | Online | http://www.bizjournals.com/portland/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Pittsburgh Business Times | Online | http://www.bizjournals.com/pittsburgh/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Philadelphia Business Journal | Online | http://www.bizjournals.com/philadelphia/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Pettinga Financial | Online | http://markets.pettinga.com/pettinga/news/read/29966686/31746910/updated_information_ |
| Panorama Daily | Online | http://panoramadaily.com/en/details/?rkey=20160318MM43674&filter=813 |
| Pacific Business News | Online | http://www.bizjournals.com/pacific/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Our Good Life | Online | http://www.terristeffes.com/p/news-flash.html?rkey=20160318MM43674&filter=921 |
| Orlando Business Journal | Online | http://www.bizjournals.com/orlando/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |

# Carter v. Taurus Total Pickup

| Outlet Name | Media Type | Link |
|---|---|---|
| Operation Deepdown | Online | http://operationdeepdown.com/newswire/?rkey=20160318MM43674&filter=231 |
| One News Page United States Edition | Online | http://www.onenewspage.us/prnewswire.php?rkey=20160318MM43674&filter=4884 |
| One News Page Global Edition | Online | http://www.onenewspage.com/prnewswire.php?rkey=20160318MM43674&filter=3669 |
| Olympian [Olympia, WA] | Online | http://markets.financialcontent.com/mi.theolympian/news/read/31746910/updated_information_ |
| Oklahoman [Oklahoma City, OK] | Online | http://markets.financialcontent.com/newsok/news/read/31746910/updated_information_ |
| News Tribune [Tacoma, WA] | Online | http://markets.financialcontent.com/mi.newstribune/news/read/31746910/updated_information_ |
| News Throttle | Online | http://newsthrottle.com/prnewswire/?rkey=20160318MM43674&filter=2499 |
| News & Observer [Raleigh, NC] | Online | http://markets.financialcontent.com/mi.newsob/news/read/31746910/updated_information_ |
| New York Business Journal | Online | http://www.bizjournals.com/newyork/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| New Mexico Business Weekly | Online | http://www.bizjournals.com/albuquerque/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Nashville Business Journal | Online | http://www.bizjournals.com/nashville/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Mystery Shopping Teacher | Online | http://mysteryshoppingteacher.com/prnewswire-news/?rkey=20160318MM43674&filter=2522 |
| myMotherLode.com [Sonora, CA] | Online | http://money.mymotherlode.com/clarkebroadcasting.mymotherlode/news/read/31746910/updated_information_ |
| Money.ca | Online | http://news.money.ca/2016/03/18/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols/ |
| Minneapolis / St. Paul Business Journal | Online | http://www.bizjournals.com/twincities/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Miami Herald [Miami, FL] | Online | http://markets.financialcontent.com/miamiherald/news/read/31746910/updated_information_ |
| Merril Edge | Online | https://www.merrilledge.com/research/story?stryKey=600-201603180917PR_NEWS_USPRX____MM43674-1 |
| Memphis Business Journal | Online | http://www.bizjournals.com/memphis/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| MarketWatch | Online | http://www.marketwatch.com/story/updated-information---a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols-2016-03-18 |
| Market Quote | Online | http://www.marketquote.org/press-releases/?doc=201603180917PR_NEWS_USPR____MM43674&dir=1 |
| Manhattanweek | Online | http://manhattanweek.com/?page_id=1478&rkey=20160318MM43674&filter=4133 |
| Manchester Mummy Blog | Online | http://www.manchestermummyblog.co.uk/q/headline-news.html?doc=201603180917PR_NEWS_USPR____MM43674&dir=1 |
| Los Angeles Business from bizjournals | Online | http://www.bizjournals.com/losangeles/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Long Beach Business [Long Beach, CA] | Online | http://markets.financialcontent.com/mng-lang.presstelegram/news/read/31746910/updated_information_ |
| Lexington Herald-Leader [Lexington, KY] | Online | http://markets.financialcontent.com/mi.kentucky/news/read/31746910/updated_information_ |
| KYTX-TV CBS-19 [Tyler, TX] | Online | http://www.cbs19.tv/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KXXV-TV ABC-25 [Waco, TX] | Online | http://www.kxxv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KXVO-TV CW-15 [Omaha, NE] | Online | http://www.cw15kxvo.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KX News - KXMB-TV CBS-12 [Bismarck, ND] / KXMC-TV | Online | http://www.kxnet.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KWTV-TV CBS-9 [Oklahoma City, OK] | Online | http://www.news9.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KWES-TV NBC-9 [Midland, TX] | Online | http://www.newswest9.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KUTV-TV CBS-2 [Salt Lake City, UT] | Online | http://markets.financialcontent.com/fourptsmedia.kutv/news/read/31746910/updated_information_ |
| KUSI-TV IND-51 [San Diego, CA] | Online | http://www.kusi.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KUAM-TV NBC-8 / CBS-11 [Hagatna, Guam] | Online | http://www.kuam.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KTVN-TV CBS-2 [Reno, NV] | Online | http://www.ktvn.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KTRE-TV ABC-9 [Lufkin, TX] | Online | http://www.ktre.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KTEN-TV NBC-10 [Denison, TX] | Online | http://www.kten.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KSWO-TV ABC-7 [Lawton, OK] | Online | http://www.kswo.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KSTC-TV IND-45 [Saint Paul, MN] | Online | http://lifestyle.kstc45.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KSLA-TV CBS-12 [Shreveport, LA] | Online | http://www.ksla.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KRHD-TV ABC-40 [Bryan-College Station, TX] | Online | http://www.abc40.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KQCW-TV CW-12/19 [Tulsa, OK] | Online | http://www.tulsacw.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KPLC-TV NBC-7 [Lake Charles-Lafayette, LA] | Online | http://www.kplctv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KOTV-TV CBS-6 [Tulsa, OK] | Online | http://www.newson6.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KOLD-TV CBS-13 [Tucson, AZ] | Online | http://www.tucsonnewsnow.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KMEG-TV CBS-14 [Sioux City, IA] | Online | http://www.siouxlandnews.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KLTV-TV ABC-7 [Tyler, TX] | Online | http://www.kltv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KLKN-TV ABC-8 [Lincoln, NE] | Online | http://www.klkntv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Kitchen Needs, Inc. | Online | http://www.shopkninc.com/news/?doc=201603180917PR_NEWS_USPR____MM43674&dir=1 |
| KIII-TV ABC-3 [Corpus Christi, TX] | Online | http://www.kiiitv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KHQ-TV NBC-6 [Spokane, WA] | Online | http://www.khq.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KHNL-TV NBC-8 [Honolulu, HI] | Online | http://www.hawaiinewsnow.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KFVS-TV CBS-12 [Cape Girardeau, MO] | Online | http://www.kfvs12.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KFVE-TV MyNetworkTV-5 [Honolulu, HI] | Online | http://k5thehometeam.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KFRE-TV CW-59 [Fresno, CA] | Online | http://www.kmph-kfre.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KFMB 100.7 Jack-FM [San Diego, CA] | Online | http://www.sandiegojack.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KFJX-TV FOX-14 [Pittsburg, KS] | Online | http://www.fox14tv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KFDA-TV CBS-10 [Amarillo, TX] | Online | http://www.newschannel10.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KCEN-TV NBC-9 [Temple, TX] | Online | http://www.kcentv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KCBD-TV NBC-11 [Lubbock, TX] | Online | http://www.kcbd.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KBMT-TV ABC-12 [Beaumont, TX] | Online | http://www.12newsnow.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KAUZ-TV CBS-6 [Wichita Falls, TX] | Online | http://kauz.membercenter.worldnow.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| KATV-TV ABC-7 [Little Rock, AR] | Online | http://www.katv.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Kansas City Star [Kansas City, MO] | Online | http://markets.financialcontent.com/mi.kansascity/news/read/31746910/updated_information_ |
| Kansas City Business Journal | Online | http://www.bizjournals.com/kansascity/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| KAIT ABC-8 [Jonesboro, AR] | Online | http://www.kait8.com/story/31503124/updated-information-a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols |
| Joyful Gifts by Julie | Online | http://joyfulgiftsbyjulie.biz/best-online-deals/?rkey=20160318MM43674&filter=4133 |
| Journal Online Philippines | Online | http://www.journal.com.ph/index2/?rkey=20160318MM43674&filter=3572 |
| Jacksonville Business Journal | Online | http://www.bizjournals.com/jacksonville/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Island Packet [Bluffton, SC] | Online | http://markets.financialcontent.com/mi.islandpacket/news/read/31746910/updated_information_ |
| Inside Bay Area | Online | http://markets.financialcontent.com/mng-ba.iba/news/read/31746910/updated_information_ |
| Infrosoft | Online | http://news.infrosoft.com/?doc=201603180917PR_NEWS_USPR____MM43674&dir=1 |
| IC Places | Online | http://markets.financialcontent.com/icplaces/news/read/31746910/updated_information_ |
| HPCwire | Online | http://markets.hpcwire.com/taborcomm.hpcwire/news/read/31746910/updated_information_ |
| Houston Business Journal | Online | http://www.bizjournals.com/houston/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Globe Advisor | Online | https://secure.globeadvisor.com/servlet/ArticleNews/story/PRNEWS/201603180917PR_NEWS_USPR |
| Global Newsweek | Online | http://globalnewsweek.com/prnewswire/index.html?doc=201603180917PR_NEWS_USPR____MM43674&dir=1 |
| Global Gujarat News | Online | http://www.globalgujaratnews.in/press-release/?Dir=25&doc=201603180917PR_NEWS_USPR____MM43674&dir=1 |
| Fresno Bee [Fresno, CA] | Online | http://markets.financialcontent.com/mi.fresnobee/news/read/31746910/updated_information_ |
| Fort Worth Star-Telegram [Fort Worth, TX] | Online | http://markets.financialcontent.com/mi.startelegram/news/read/31746910/updated_information_ |
| Denver Business Journal | Online | http://www.bizjournals.com/denver/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Dayton Business Journal | Online | http://www.bizjournals.com/dayton/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Dallas Business Journal | Online | http://www.bizjournals.com/dallas/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Daily Herald [Chicago, IL] | Online | http://finance.dailyherald.com/dailyherald/news/read/31746910/updated_information_ |
| Crowdfunding Probate | Online | http://www.crowdfundingprobate.com/crowdfunding-legal-news/?rkey=20160318MM43674&filter=4429 |
| Crowdfunding Lawsuits | Online | http://www.crowdfundinglawsuits.com/crowdfunding-legal-news/?rkey=20160318MM43674&filter=4133 |
| Creditmarket.co.uk | Online | http://www.creditmarket.co.uk/latest-finance-news/?doc=201603180917PR_NEWS_USPR____MM43674&dir=1 |
| Contra Costa Times | Online | http://markets.financialcontent.com/mng-ba.contracostatimes/news/read/31746910/updated_information_ |
| Columbus Ledger-Enquirer (Columbus, GA) | Online | http://markets.financialcontent.com/mi.ledgerenquirer/news/read/31746910/updated_information_ |
| CNBC | Online | http://www.cnbc.com/2016/03/18/pr-newswire-updated-information--a-settlement-has-been-proposed-in-a-class-action-lawsuit-that-alleges-safety-defects-in-taurus-pistols.html |
| Cincinnati Business Courier | Online | http://www.bizjournals.com/cincinnati/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Chicago Business News | Online | http://www.bizjournals.com/chicago/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Charlotte Business Journal | Online | http://www.bizjournals.com/charlotte/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Centre Daily Times [State College, PA] | Online | http://markets.financialcontent.com/mi.centredaily/news/read/31746910/updated_information_ |
| Business Review (Albany) | Online | http://www.bizjournals.com/albany/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Business Journal of the Greater Triad Area | Online | http://www.bizjournals.com/triad/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Business Journal of Phoenix | Online | http://www.bizjournals.com/phoenix/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Business Journal of Greater Milwaukee | Online | http://www.bizjournals.com/milwaukee/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Business First of Louisville | Online | http://www.bizjournals.com/louisville/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Business First of Columbus | Online | http://www.bizjournals.com/columbus/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |

# Carter v. Taurus Total Pickup

| Outlet Name | Media Type | Link |
|---|---|---|
| Business First of Buffalo | Online | http://www.bizjournals.com/buffalo/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Buffalo News [Buffalo, NY] | Online | http://markets.financialcontent.com/buffnews/news/read/31746910/updated_information_ |
| Bradenton Herald (Bradenton, FL) | Online | http://markets.financialcontent.com/mi.bradenton/news/read/31746910/updated_information_ |
| Boston Globe | Online | http://finance.boston.com/boston/news/read/31746910/updated_information_ |
| Boston Business Journal | Online | http://www.bizjournals.com/boston/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Bizjournals.com, Inc. | Online | http://www.bizjournals.com/prnewswire/press_releases/2016/03/18/MM43674 |
| Birmingham CityRoom [Birmingham, AL] | Online | http://cityroom.com/city-guides/birmingham/?doc=201603180917PR_NEWS_USPR_____MM43674&dir=1 |
| Birmingham Business Journal | Online | http://www.bizjournals.com/birmingham/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Belleville News-Democrat [Belleville, IL] | Online | http://markets.financialcontent.com/mi.belleville/news/read/31746910/updated_information_ |
| Baltimore Business Journal | Online | http://www.bizjournals.com/baltimore/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Aving Global News Network \| English | Online | http://us.aving.net/news/index.php?mn_name=prnewswire&doc=201603180917PR_NEWS_USPR_____MM43674&dir=1 |
| Austin Business Journal | Online | http://www.bizjournals.com/austin/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| Atlanta Business Chronicle | Online | http://www.bizjournals.com/atlanta/prnewswire/press_releases/Georgia/2016/03/18/MM43674?ana=prnews |
| AssignmentEditor.com | Online | http://assignmenteditor.com/pr-newswire-3/?rkey=20160318MM43674&filter=1673 |
| American Business Television | Online | http://americanbusinesstv.com/news-room/?rkey=20160318MM43674&filter=2274 |
| ADVFN | Online | http://www.advfn.com/news_Updated-Information-A-Settlement-Has-Been-Proposed-in-a-Class-Action-Lawsuit-t_70820570.html |
| 1st Discount Brokerage | Online | http://markets.financialcontent.com/1discountbrokerage/news/read/31746910/updated_information_ |
| PR Newswire (PRNAlert) | Twitter | https://twitter.com/PRNAlert/statuses/710817323960176642 |
| PRNbiz (PRNbiz) | Twitter | https://twitter.com/PRNbiz/statuses/710877710982184960 |
| PRNcnsmr (PRNcnsmr) | Twitter | https://twitter.com/PRNcnsmr/statuses/710847512895217664 |
| eddymacmillan (eddymacmillan1) | Twitter | https://twitter.com/eddymacmillan1/statuses/715910173383065600 |

Jeanne C. Finegan Declaration

# Exhibit I

# Updated Information - A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects in Taurus Pistols

English   Job Number: 7782551   Clear Time Mar 18, 2016 9:17 AM ET

View Release ⌄

## Assets
### What did I send with my releases?

   

‹  ›

## Pickup
### Where did my release get picked up?

210
total pickup

90,112,652
total potential audience

## Traffic
### What traffic did my release generate?

13,967
release views

3,388
web crawler hits

20,527
image views

12
document downloads

# Audience

Who are the audiences viewing my release?



**115**
media views

**740**
organization views

# Engagement

How are people engaging with my release?

**675**
total engagement actions

**307**
shares

**356**
click-throughs

**12**
downloads

# Industry Benchmarks

On a scale of 1 - 100, how this release performed compared to other similar releases.

**63**
total visibility

**67**
pickup

**78**
traffic

**44**
audience

**100**
engagement

# Pickup

## Overview

| | | |
|---|---|---|
| Total Pickup: **210** | **Exact Match:** 206 postings<br>**Twitter:** 4 tweets | |

| | | |
|---|---|---|
| Total Potential Audience: **90,112,652** | **Exact Match:** 90,103,139 visitors/day<br>**Twitter:** 9,513 followers | |

## Total Pickup Over Time

Total pickup since your content was distributed



## Total Pickup by Source Type          Total Pickup by Industry



- ● Broadcast Media (81/38.6%)
- ● Newspaper (79/37.6%)
- ● News & Information Service (32/15.2%)
- ● Twitter (4/1.9%)
- ● Trade Publications (4/1.9%)
- ● Other (10/4.8%)

- ● Media & Information (178/84.8%)
- ● Financial (15/7.1%)
- ● Retail & Consumer (5/2.4%)
- ● Tech (3/1.4%)
- ● Policy & Public Interest (2/1.0%)
- ● Other (7/3.3%)

# Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **206** exact matches with a total potential audience of **90,103,139**.

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience ▼ |
|---|---|---|---|---|---|
| YAHOO! FINANCE | Yahoo! ⊡ View Release | global | Portal | Media & Information | 76,000,231 visitors/day |
| | CNBC ⊡ View Release | United States | News & Information Service | Media & Information | 1,023,219 visitors/day |
| REUTERS | Reuters ⊡ View Release | global | News & Information Service | Media & Information | 672,795 visitors/day |
| MarketWatch | MarketWatch ⊡ View Release | United States | News & Information Service | Financial | 608,836 visitors/day |
| YAHOO! FINANCE SINGAPORE | Yahoo! Singapore ⊡ View Release | Singapore | Portal | Media & Information | 605,608 visitors/day |
| boston.com | Boston Globe ⊡ View Release | United States | Newspaper | Media & Information | 326,197 visitors/day |
| ADVFN | ADVFN ⊡ View Release | United States | Financial News Service | Financial | 241,103 visitors/day |
| Wichita Business Journal | Wichita Business Journal ⊡ View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |

| | Washington Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
|---|---|---|---|---|---|
| | Minneapolis / St. Paul Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Triangle Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business Journal of the Greater Triad Area<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Tampa Bay Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | St. Louis Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | South Florida Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Puget Sound Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | San Jose Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | San Francisco Business Times<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | San Antonio Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Sacramento Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Bizjournals.com, Inc.<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Portland Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Pittsburgh Business Times<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business Journal of Phoenix<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Philadelphia Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Pacific Business News<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Orlando Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | New York Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Nashville Business Journal<br>View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |

| | Business Journal of Greater Milwaukee 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
|---|---|---|---|---|---|
| | Memphis Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business First of Louisville 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Los Angeles Business from bizjournals 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Kansas City Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Jacksonville Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Houston Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Denver Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Dayton Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Dallas Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business First of Columbus 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Cincinnati Business Courier 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Chicago Business News 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Charlotte Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business First of Buffalo 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Boston Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Birmingham Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Baltimore Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Austin Business Journal 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Atlanta Business Chronicle 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | New Mexico Business Weekly 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |
| | Business Review (Albany) 🖥 View Release | United States | Newspaper | Media & Information | 204,256 visitors/day |

| | | | | |
|---|---|---|---|---|
| PR Newswire<br>⌨ View Release | United States | PR Newswire | Media & Information | 181,146 visitors/day |
| KWTV-TV CBS-9 (Oklahoma City, OK)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 64,586 visitors/day |
| KOTV-TV CBS-6 (Tulsa, OK)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 62,387 visitors/day |
| WISTV NBC-10 (Columbia, SC)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 47,788 visitors/day |
| WFMZ-TV IND-69 (Allentown, PA)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 43,673 visitors/day |
| WSFA NBC-12 (Montgomery, AL)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 40,826 visitors/day |
| KHNL-TV NBC-8 (Honolulu, HI)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 39,926 visitors/day |
| WAFF NBC-48 (Huntsville, AL)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 39,290 visitors/day |
| WWBT NBC-12 (Richmond, VA)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 38,460 visitors/day |
| KHQ-TV NBC-6 (Spokane, WA)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 37,017 visitors/day |
| WXIX FOX-19 [Cincinnati, OH]<br>⌨ View Release | United States | Broadcast Media | Media & Information | 30,346 visitors/day |
| WMC NBC-5 (Memphis, TN)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 30,263 visitors/day |
| WLOX ABC-13 (Biloxi, MS)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 28,792 visitors/day |
| KATV-TV ABC-7 (Little Rock, AR)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 26,889 visitors/day |
| KSLA CBS-12 (Shreveport, LA)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 25,734 visitors/day |
| WFIE NBC-14 [Evansville, IN]<br>⌨ View Release | United States | Broadcast Media | Media & Information | 25,380 visitors/day |
| KAUZ-TV CBS-6 (Wichita Falls, TX)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 25,329 visitors/day |
| WOIO CBS-19 (Cleveland, OH)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 24,737 visitors/day |
| WAVE NBC-3 (Louisville, KY)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 24,335 visitors/day |
| WVUE-TV FOX-8 (New Orleans, LA)<br>⌨ View Release | United States | Broadcast Media | Media & Information | 23,707 visitors/day |
| One News Page Global Edition<br>⌨ View Release | global | News & Information Service | Media & Information | 23,333 visitors/day |

| | | | | |
|---|---|---|---|---|
| KPLC NBC-7 (Lake Charles-Lafayette, LA)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 23,011 visitors/day |
| KAIT ABC-8 (Jonesboro, AR)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 22,125 visitors/day |
| KLTV ABC-7 (Tyler, TX)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 22,061 visitors/day |
| WCSC CBS-5 (Charleston, SC)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 21,991 visitors/day |
| WLBT NBC-3 (Jackson, MS)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 21,042 visitors/day |
| Daily Herald [Chicago, IL]<br>🖥 View Release | United States | Newspaper | Media & Information | 20,538 visitors/day |
| WSET-TV ABC-13 (Lynchburg, VA)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 20,470 visitors/day |
| Merrill Edge<br>🖥 View Release | United States | News & Information Service | Financial | 20,419 visitors/day |
| WRCB-TV NBC-3 (Chattanooga, TN)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 20,404 visitors/day |
| WDRB FOX-41 (Louisville, KY)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 19,284 visitors/day |
| KOLD CBS-13 (Tucson, AZ)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 18,983 visitors/day |
| WECT NBC-6 (Wilmington, NC)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 18,652 visitors/day |
| KTVN-TV CBS-2 (Reno, NV)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 18,039 visitors/day |
| Ticker Technologies<br>🖥 View Release | United States | News & Information Service | Financial | 18,007 visitors/day |
| WALB NBC-10 (Albany, GA)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 17,102 visitors/day |
| KFVS CBS-12 (Cape Girardeau, MO)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 16,774 visitors/day |
| KCBD NBC-11 (Lubbock, TX)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 16,636 visitors/day |
| WTOC CBS-11 (Savannah, GA)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 16,571 visitors/day |
| WDAM NBC-7 (Hattiesburg-Laurel, MS)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 15,336 visitors/day |
| WFMJ-TV NBC-21 (Youngstown, OH)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 15,176 visitors/day |
| KTRE ABC-9 (Lufkin, TX)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 15,041 visitors/day |
| WMBF NBC-32 (Myrtle Beach, SC)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 14,334 visitors/day |

| | | | | | |
|---|---|---|---|---|---|
| | WTOL CBS-11 (Toledo, OH)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 13,872 visitors/day |
| spoke | Spoke<br>🖥 View Release | United States | News & Information Service | Business Services | 11,569 visitors/day |
| | KCEN-TV NBC-9 (Temple, TX)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 9,403 visitors/day |
| | Press-Enterprise [Riverside, CA]<br>🖥 View Release | United States | Newspaper | Media & Information | 9,216 visitors/day |
| 12NEWS | KBMT-TV ABC-12 [Beaumont, TX]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 8,569 visitors/day |
| NEWS | KSWO-TV ABC-7 (Lawton, OK)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 7,438 visitors/day |
| WTVM | WTVM ABC-9 (Columbus, GA)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 7,211 visitors/day |
| WTRF | WTRF-TV CBS-7 (Wheeling, WV)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 6,426 visitors/day |
| WVAlways | WBOY-TV NBC-12 (Clarksburg, WV)<br>🖥 View Release | United States | Broadcast Media | Media & Information | 6,368 visitors/day |
| WRAL.com | WRAL-TV CBS-5 [Raleigh, NC]<br>🖥 View Release | United States | Broadcast Media | Media & Information | 5,841 visitors/day |
| StreetInsider.com | Street Insider<br>🖥 View Release | United States | Trade Publications | Financial | 5,841 visitors/day |
| StarTribune | Star Tribune [Minneapolis, MN]<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| U-T San Diego | San Diego Union-Tribune [San Diego, CA]<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| NewsOK | Oklahoman [Oklahoma City, OK]<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| Press-Telegram | Long Beach Press-Telegram [Long Beach, CA]<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| Santa Cruz Sentinel | Santa Cruz Sentinel (Santa Cruz, CA)<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| BayArea | Inside Bay Area<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| CONTRA COSTA TIMES | Contra Costa Times<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| Tri-City Herald | Tri-City Herald [Kennewick, WA]<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| The State | The State [Columbia, SC]<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| The Olympian | Olympian [Olympia, WA]<br>🖥 View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |

| | | | | |
|---|---|---|---|---|
| | Sun Herald [Biloxi, MS]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Fort Worth Star-Telegram [Fort Worth, TX]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Tribune [San Luis Obispo, CA]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | The Sacramento Bee [Sacramento, CA]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | News Tribune [Tacoma, WA]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | News & Observer [Raleigh, NC]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | The Sun News [Myrtle Beach, SC]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Miami Herald [Miami, FL]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Telegraph-Macon [Macon, GA]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Columbus Ledger-Enquirer (Columbus, GA)<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Lexington Herald-Leader [Lexington, KY]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Kansas City Star [Kansas City, MO]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Wichita Eagle [Wichita, KS]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Island Packet [Bluffton, SC]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Fresno Bee [Fresno, CA]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Centre Daily Times [State College, PA]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | Bradenton Herald (Bradenton, FL)<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | The Bellingham Herald [Bellingham, WA]<br>View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| | Belleville News-Democrat [Belleville, IL]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| | San Jose Mercury News<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |

| | | | | |
|---|---|---|---|---|
| IC Places<br>View Release | United States | News & Information Service | Media & Information | 5,841 visitors/day |
| Rockford Register Star [Rockford, IL]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| KUTV-TV CBS-2 (Salt Lake City, UT)<br>View Release | United States | Broadcast Media | Media & Information | 5,841 visitors/day |
| Value Investing News<br>View Release | United States | News & Information Service | Financial | 5,841 visitors/day |
| Buffalo News [Buffalo, NY]<br>View Release | United States | Newspaper | Media & Information | 5,841 visitors/day |
| 1st Discount Brokerage<br>View Release | United States | News & Information Service | Financial | 5,841 visitors/day |
| myMotherLode.com [Sonora, CA]<br>View Release | United States | Newspaper | Media & Information | 5,374 visitors/day |
| KUSI-TV IND-51 (San Diego, CA)<br>View Release | United States | Broadcast Media | Media & Information | 4,544 visitors/day |
| WVNS-TV CBS-59 (Ghent, WV)<br>View Release | United States | Broadcast Media | Media & Information | 3,649 visitors/day |
| KYTX CBS-19 [, TX]<br>View Release | United States | Broadcast Media | Media & Information | 3,589 visitors/day |
| KFDA CBS-10 (Amarillo, TX)<br>View Release | United States | Broadcast Media | Media & Information | 3,363 visitors/day |
| KIII-TV ABC-3 (Corpus Christi, TX)<br>View Release | United States | Broadcast Media | Media & Information | 3,067 visitors/day |
| WLNE-TV ABC-6 [Providence, RI]<br>View Release | United States | Broadcast Media | Media & Information | 2,873 visitors/day |
| Journal Online Philippines<br>View Release | Philippines | News & Information Service | Media & Information | 2,014 visitors/day |
| KMEG-TV CBS-14 (Sioux City, IA)<br>View Release | United States | Broadcast Media | Media & Information | 1,863 visitors/day |
| KXXV-TV ABC-25 (Waco, TX)<br>View Release | United States | Broadcast Media | Media & Information | 1,664 visitors/day |
| KX News - KXMB / KXMC / KXMA / KXMD<br>View Release | United States | Broadcast Media | Media & Information | 1,603 visitors/day |
| KWES-TV NBC-9 (Midland, TX)<br>View Release | United States | Broadcast Media | Media & Information | 1,326 visitors/day |
| KTEN NBC-10 (Denison, TX)<br>View Release | United States | Broadcast Media | Media & Information | 1,225 visitors/day |
| KFRE-TV CW-59 (Fresno, CA)<br>View Release | United States | Broadcast Media | Media & Information | 1,161 visitors/day |
| WICU-TV NBC-12 / WSEE-TV CBS-35 [Erie, PA]<br>View Release | United States | Broadcast Media | Media & Information | 885 visitors/day |
| WAND-TV NBC-17 (Decatur, IL)<br>View Release | United States | Broadcast Media | Media & Information | 866 visitors/day |

| | | | | |
|---|---|---|---|---|
| WFXG-TV FOX-54 (Augusta, GA)<br>⬚ View Release | United States | Broadcast Media | Media & Information | 850 visitors/day |
| Globe Advisor<br>⬚ View Release | Canada | News & Information Service | Financial | |
| WXTX-TV FOX-54 (Columbus, GA)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| WSFX-TV FOX-26 (Wilmington, NC)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| WFLX FOX-29 (West Palm Beach, FL)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| KQCW CW-12/19 (Tulsa, OK)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| Write Club<br>⬚ View Release | United Kingdom | News & Information Service | Media & Information | |
| Our Good Life<br>⬚ View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| Kitchen Needs, Inc.<br>⬚ View Release | United States | News & Information Service | Retail & Consumer | |
| KFMB 100.7 Jack-FM (San Diego, CA)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| One News Page Unites States Edition<br>⬚ View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| WTLH-TV FOX-49 (Tallahassee, FL)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| WPFO-TV FOX-23 (Portland, ME)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| WDSI-TV FOX-61 (Chattanooga, TN)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| Market Quote<br>⬚ View Release | United States | News & Information Service | Financial | |
| Manchester Mummy Blog<br>⬚ View Release | United Kingdom | Blog | | |
| KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| KLKN ABC-8 (Lincoln, NE)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| KFVE MyNetworkTV-5 [Honolulu, HI]<br>⬚ View Release | United States | Broadcast Media | Media & Information | |
| Global Gujarat News<br>⬚ View Release | India | Online News Sites & Other Influencers | Media & Information | |
| WBOC-TV FOX-21 (Salisbury, MD)<br>⬚ View Release | United States | Broadcast Media | Media & Information | |

| | | | | |
|---|---|---|---|---|
| | KFJX-TV FOX-14 [Pittsburg, KS]<br>☐ View Release | United States | Broadcast Media | Media & Information | |
| | WUPV-TV CW-65 [Ashland, VA]<br>☐ View Release | United States | Broadcast Media | Media & Information | |
| | KXVO-TV CW-15 (Omaha, NE)<br>☐ View Release | United States | Broadcast Media | Media & Information | |
| | WLTZ-TV CW-38 [Columbus, GA]<br>☐ View Release | United States | Broadcast Media | Media & Information | |
| | Crowdfunding Probate<br>☐ View Release | United States | News & Information Service | Policy & Public Interest | |
| | Crowdfunding Lawsuits<br>☐ View Release | United States | News & Information Service | Policy & Public Interest | |
| | Creditmarket.co.uk<br>☐ View Release | United Kingdom | News & Information Service | Financial | |
| | KRHD-TV ABC-40 [Bryan-College Station, TX]<br>☐ View Release | United States | Broadcast Media | Media & Information | |
| | Aving Global News Network | English<br>☐ View Release | global | News & Information Service | Tech | |
| | The Retail Times: International News<br>☐ View Release | India | Trade Publications | | |
| | Tactics Magazine for Shopping Centers<br>☐ View Release | Canada | Trade Publications | Retail & Consumer | |
| | StockNod<br>☐ View Release | United States | News & Information Service | Financial | |
| | Panorama Daily<br>☐ View Release | global | News & Information Service | Media & Information | |
| | Operation Deepdown<br>☐ View Release | United States | News & Information Service | Media & Information | |
| | News Throttle<br>☐ View Release | United States | News & Information Service | Media & Information | |
| | Money.ca<br>☐ View Release | Canada | News & Information Service | Financial | |
| | Infrosoft<br>☐ View Release | India | News & Information Service | Tech | |
| | Mystery Shopping Teacher<br>☐ View Release | United States | Blog | Retail & Consumer | |
| | Pettinga Financial<br>☐ View Release | United States | News & Information Service | Financial | |
| | HPCwire<br>☐ View Release | United States | Trade Publications | Tech | |
| | Manhattanweek<br>☐ View Release | United States | News & Information Service | Media & Information | |
| | KSTC-TV IND-45 (Saint Paul, MN)<br>☐ View Release | United States | Broadcast Media | Media & Information | |

| | | | | |
|---|---|---|---|---|
| Joyful Gifts by Julie ⊡ View Release | United States | Blog-Parental Influencers | Retail & Consumer | |
| Wall Street Select ⊡ View Release | United States | News & Information Service | Financial | |
| Global Newsweek ⊡ View Release | global | News & Information Service | Media & Information | |
| Birmingham CityRoom [Birmingham, AL] ⊡ View Release | United States | News & Information Service | Media & Information | |
| AssignmentEditor.com ⊡ View Release | global | News & Information Service | Media & Information | |
| American Business Television ⊡ View Release | United States | Broadcast Media | Financial | |

# Twitter

Your release was mentioned in **4** tweets so far, with an estimated total audience of 9,513 followers.

| Outlet Name | Sentiment | Potential Audience | Date Published |
|---|---|---|---|
| eddymacmillan(@eddymacmillan1)<br><br>Update for Taurus Firearm Owners, Class Action Settlement updated information available. https://t.co/33dr4NTiNx<br><br>View Tweet | | 39 Followers | 2016-04-01 10:34:20 EDT |
| PRNbiz   SocialPost<br><br>PRNbiz(@PRNbiz)<br><br>UPDATED Settlement Benefit Information Available for Taurus Firearm Owners. https://t.co/mKiDYAD2pf<br><br>View Tweet | | 2,245 Followers | 2016-03-18 13:17:08 EDT |
| PRNcnsmr   SocialPost<br><br>PRNcnsmr(@PRNcnsmr)<br><br>UPDATED Settlement Benefit Information Available for Taurus Firearm Owners. https://t.co/Gu8shuaq9h<br><br>View Tweet | | 1,186 Followers | 2016-03-18 11:17:08 EDT |
| PRNAlert   SocialPost<br><br>PR Newswire(@PRNAlert)<br><br>UPDATED Settlement Benefit Information Available for Taurus Firearm Owners. https://t.co/dj1fCMbC41<br><br>View Tweet | | 6,043 Followers | 2016-03-18 09:17:11 EDT |

## SocialPost

View activity relating to your SocialPost distribution

**39**

🐦 Posted at 2 hour intervals.

UPDATED Settlement Benefit Information Available for Taurus Firearm Owners. https://t.co/dj1fCMbC41

**53**

**41**

@PRNbiz
2,245 followers

@PRNAlert
6,043 followers

@PRNcnsmr
1,186 followers

## Social Activity

| **9,474** | **0** | **9,474** | **0** | **9,513** |
|---|---|---|---|---|
| Impressions | Retweets | SocialPost Audience | Clicks from Twitter | Total Potential Audience |

# Traffic

| **13,967** | **20,527** | **2,142,926** | **12** |
|:---:|:---:|:---:|:---:|
| Release Views | Image views with this release | All image views & downloads | Document downloads |

## Traffic Summary

### Release Views Trends
See when the traffic to your release occured.



## Traffic by Asset

Views, plays and downloads of your release and any assets you included with it. Any views, etc. of assets that can not be linked directly to this release are shown against each other further below ?



| Updated Information - A Settlement Has Been Proposed in a Class Action Lawsuit that Alleges Safety Defects in Taurus Pistols | 13,967 views |
|---|---|
| | 3,388 web crawler hits |
| Header | 20,527 Views |



COURT ORDER GRANTING PRELIMINARY APPROVAL                    2 Downloads

ENHANCED LIFETIME WARRANTY                                   3 Downloads

IMPORTANT SAFETY INFORMATION ABOUT YOUR PISTOL              5 Downloads

SETTLEMENT AGREEMENT AND RELEASE                            2 Downloads

# Traffic Details

This release has 13,967 views and 3,388 web crawler hits across all websites & networks.

## Release Views & Web Crawler Hits



| Websites | Views/Hits |
|---|---|
| Views On Our Websites | 13,822 |
| Mobile Views On Our Apps & Websites | 116 |
| ⌄ Views On Our Network (13) | 29 |
| Bizjournals.com, Inc. | 12 |
| TheStreet.com | 3 |
| ADVFN | 3 |
| WDRB FOX-41 (Louisville, KY) | 2 |
| WFMJ-TV NBC-21 (Youngstown, OH) | 1 |
| WFLX FOX-29 (West Palm Beach, FL) | 1 |
| Spoke | 1 |
| KUSI-TV IND-51 (San Diego, CA) | 1 |
| KSWO-TV ABC-7 (Lawton, OK) | 1 |
| KIDY-TV FOX-10 [San Angelo, TX] / KXVA-TV FOX-15 [Abilene, T | 1 |
| KBMT-TV ABC-12 [Beaumont, TX] | 1 |
| Birmingham Business Journal | 1 |
| ADVFN Germany | 1 |
| Web Crawler Hits | 3,388 |
| **Total** | **17,355** |

- 🟦 Views on Our Websites
- ⬛ Mobile views on our apps & websites
- 🟩 Views on Our Network
- 🟧 Web Crawler Hits

## Traffic Sources

See where your traffic originated, whether from search engines, social networks, or other sources, or how many visits were directly to the release. ❓

| Traffic Sources | Instances |
|---|---|
| Direct | 13,672 |
| ⌄ Search Engines (3) | 34 |
| Google | 29 |
| Yahoo! | 3 |
| Bing | 2 |
| ⌄ Social Media (2) | 28 |
| Facebook | 27 |
| Twitter | 1 |
| **Total** | **13,823** |

| Traffic Sources | Instances |
|---|---|
| ⌄ Our Sites (2) | 10 |
| prnewswire.com | 8 |
| multivu.com | 2 |
| ⌄ Other Sites (5) | 79 |
| pages.multivu.com | 69 |
| news.sys-con.com | 5 |
| quicken.com | 2 |
| bizjournals.com | 2 |
| .lexisnexis.com | 1 |
| **Total** | **13,823** |



- Direct
- Search Engines
- Social Media
- Our Sites
- Other Sites

## Search Engine Keywords

The search terms that visitors to your release use to find it. Note that Google increasingly does not make this data available. ❓

### Google keywords not available: 29

| Bing | taurus class action,%heffler claims group.com | 1 |
|---|---|---|
| | update for taurus firearm owners | 1 |
| **Total** | | **2** |



- taurus class action,%heffle...
- update for taurus firearm o...

## Image Views

See how many views your images are receiving, both on your release and on our image archive, photos.prnewswire.com. Note that Image Views may also include hits from search engines and other web crawlers. For more information on this view our Help pages.

| Image | Caption | Image Archive | Views With This Release | All Image Views | Downloads |
|---|---|---|---|---|---|
|  | Header | www.multivu.com | 20,527 | 2,142,926 (since Sep 03, 2015) | 0 |

## Document downloads

 2 downloads
COURT ORDER GRANTING PRELIMINARY APPROVAL

 3 downloads
ENHANCED LIFETIME WARRANTY

 5 downloads
IMPORTANT SAFETY INFORMATION ABOUT YOUR PISTOL

 2 downloads
SETTLEMENT AGREEMENT AND RELEASE

# Audience

| **115** | **740** |
|---|---|
| Media Views | Organization Views |

## Audience Summary

### Media Demographics

A break down of the industries covered, the media types and the locations of the journalists & bloggers accessing your release on PR Newswire for Journalists.



### Top Industries
### Top Media Types
### Top Countries

- United States
- India
- United Kingdom
- Canada
- France
- The rest

### Geo-segmentation

See where views of your release originated. ❓

Views by country



Views by state



Views by province



Views by country

# Audience Details

## Media Views

See the details of each media outlet from PR Newswire for Journalists that viewed your release.

| Outlet | Industry | Source Type | Country | Views |
|---|---|---|---|---|
| HotspotOrlando/AboutUS Magazine | Consumer Products, Entertainment, Media, Sports, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Other, Web/On-Line Service | United States | 2 |
| Your Address Magazine | Auto, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Web/On-Line Service | United States | 2 |
| **Total** | | | | **115** |

| | | | | |
|---|---|---|---|---|
| Aeronoticias | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | Peru | 2 |
| MMI Online | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | India | 2 |
| Event City Premier Magazine | Auto, Broadcast, Consumer Products, Entertainment, Features, General Business, Media, Other, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Other, Radio, Trade Periodicals, Web/On-Line Service | United States | 1 |
| KABC-TV | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Television | United States | 1 |
| NRIT media | Auto, Consumer Products, Entertainment, Sports, Technology, Travel | Trade Periodicals, Web/On-Line Service | Netherlands | 1 |
| France Media | Other | Trade Periodicals | United States | 1 |
| Biopharm Insight | Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Healthcare, Media, Other, Public Issues, Technology | Consumer Periodicals, Freelance/Writer, Newspaper, Other, Web/On-Line Service, Wire Service | United Kingdom | 1 |
| rajasthan patrika | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | India | 1 |
| Straatosphere | Auto, Consumer Products, Entertainment, Features, Media, Sports, Technology, Travel | Freelance/Writer, Web/On-Line Service | Singapore | 1 |
| Yehia Noo® | Financial Services | Blogger, Freelance/Writer, Web/On-Line Service | Jordan | 1 |
| ISoVegas | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger | United States | 1 |
| Richard Wright PCS | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer, Newspaper | United States | 1 |
| Buffalo News | Features | Newspaper | United States | 1 |
| Findable.in | Other | Web/On-Line Service | India | 1 |
| Bhopal Samachar | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger | India | 1 |
| Mergermarket | Healthcare | Web/On-Line Service | United States | 1 |
| Wade on Birmingham | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Web/On-Line Service | United States | 1 |
| BeautiMode | Broadcast, Consumer Products, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Media, Other, Public Issues, Sports, Technology, Travel | Web/On-Line Service | United States | 1 |
| News is my Business | General Business | Web/On-Line Service | Puerto Rico | 1 |
| **Total** | | | | **115** |

| GTI Gazette | Media | Web/On-Line Service | Ireland | 1 |
|---|---|---|---|---|
| Dainik Bhaskar | Auto, Other | Web/On-Line Service | India | 1 |
| Login Media Publishing | Entertainment | Other | India | 1 |
| Vavalam Infomedia P Ltd | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Freelance/Writer, Web/On-Line Service | India | 1 |
| Healtheventz | Broadcast, Environment, Healthcare | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | India | 1 |
| CS Direkt | Entertainment | Freelance/Writer | India | 1 |
| RT UK (RUSSIA TODAY TV) | Entertainment | Television | United Kingdom | 1 |
| CouponDaddy | Consumer Products, Financial Services, General Business, Media, Technology, Travel | Blogger, Freelance/Writer | India | 1 |
| N.A | General Business | Newspaper, Radio, Television, Trade Periodicals, Web/On-Line Service | India | 1 |
| www.aletheiaonline.it | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | Italy | 1 |
| NewsRx | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 1 |
| PV Solar Report | Energy | Web/On-Line Service | United States | 1 |
| Clearwind Media | Auto, Broadcast, Consumer Products, Energy, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Technology, Transportation, Travel | Television | United States | 1 |
| Victoria Media | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Other | Finland | 1 |
| Demotic Media Services | Auto | Web/On-Line Service | India | 1 |
| Bridge Street Journal | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | Australia | 1 |
| MMP, USA | Auto, Consumer Products, Energy, Environment, Financial Services, General Business, Healthcare, Technology, Transportation, Travel | Television | United States | 1 |
| CNBC | Broadcast, Consumer Products, Energy, Environment, Features, Financial Services, General Business, Healthcare, Other, Public Issues, Technology, Transportation, Travel | Web/On-Line Service | United States | 1 |
| InfoMED Agencia Internacional de Noticias | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | Mexico | 1 |
| Freelance | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer | United States | 1 |
| **Total** | | | | **115** |

| | | | | |
|---|---|---|---|---|
| H2 Creative Media Ltd | Consumer Products | Consumer Periodicals | United Kingdom | 1 |
| FH DORTMUND | Other | Other | Germany | 1 |
| Bloomberg TV Canada | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Television | Canada | 1 |
| MMP, USA | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Television | United States | 1 |
| skywavemedia.ltd | Broadcast | Web/On-Line Service | United Kingdom | 1 |
| Clear Wind Media | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer, Television | United States | 1 |
| Viewpointwest | Broadcast, Consumer Products, General Business, Media | Blogger | United Kingdom | 1 |
| daily mail group | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | United Kingdom | 1 |
| Dockins Broadcast Group | Broadcast | Radio, Television, Web/On-Line Service | United States | 1 |
| Raycom News Network | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 1 |
| Mediatime Network | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | Italy | 1 |
| Blogger | Consumer Products, General Business, Technology | Blogger | India | 1 |
| Designfax | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Other | France | 1 |
| la chica deportes | Auto, Broadcast, Entertainment, Features, Media, Sports, Travel | Blogger, Freelance/Writer, Television, Web/On-Line Service | United States | 1 |
| L'Atelier | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | Canada | 1 |
| HSFC | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger | United Kingdom | 1 |
| Al Motor News | Auto, Consumer Products, Energy, Heavy Industry, Media, Public Issues, Technology, Transportation | Blogger, Newspaper | Canada | 1 |
| The Times of India | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | India | 1 |
| PRESS TRUST OF INDIA | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Wire Service | India | 1 |
| **Total** | | | | **115** |

| WSFA 12 News | Other | Television | United States | 1 |
|---|---|---|---|---|
| City News Service | Auto, Broadcast, Entertainment, Features, Media, Sports, Technology | Web/On-Line Service | United States | 1 |
| Wolters Kluwer Health | Healthcare | Trade Periodicals | United States | 1 |
| Express Computer | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer | India | 1 |
| 01Men.com | Broadcast, Consumer Products, Entertainment, Environment, Healthcare, Media, Sports | Web/On-Line Service | France | 1 |
| London School of Journalism | Broadcast, Consumer Products, Entertainment, Environment, Features, General Business, Healthcare, Media, Public Issues, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United Kingdom | 1 |
| Shalomlife.com | Consumer Products, Entertainment, Features, Media, Travel | Web/On-Line Service | Canada | 1 |
| Efe News Services | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Other | United States | 1 |
| RELAXNEWS | Consumer Products, Entertainment, Travel | Wire Service | France | 1 |
| Virgin Radio | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Radio, Trade Periodicals, Web/On-Line Service | France | 1 |
| JMG LIVE | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 1 |
| Global Print Monitor | Auto, Consumer Products, Energy, Environment, Features, General Business, Heavy Industry, Media, Other, Technology | Trade Periodicals, Web/On-Line Service | Germany | 1 |
| Mealey Publications | Other | Trade Periodicals | United States | 1 |
| Colleges.com, Campaign.com | Public Issues | Web/On-Line Service | United States | 1 |
| ResourceShelf.Com | Entertainment, Financial Services, Media, Other, Technology | Web/On-Line Service | United States | 1 |
| MAN (NL) | Auto, Broadcast, Consumer Products, Entertainment, Features, Media, Other, Technology, Transportation, Travel | Consumer Periodicals, Freelance/Writer | France | 1 |
| World Television | Broadcast, Entertainment, Healthcare, Media, Other, Sports, Technology | Other, Television | United Kingdom | 1 |
| KMAX-TV | Entertainment | Television | United States | 1 |
| The Woman's Newspapers | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | United States | 1 |
| 944 magazine | Broadcast, Consumer Products, Entertainment, Features, Healthcare, Media, Travel | Freelance/Writer | United States | 1 |
| Silver Marketing Group | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Consumer Periodicals, Newspaper, Trade Periodicals, Web/On-Line Service | United States | 1 |
| indian movie news magazine | Other | Freelance/Writer | Singapore | 1 |
| **Total** | | | | **115** |

| Planet M | Consumer Products, Entertainment, Financial Services, General Business, Media, Sports, Technology, Travel | Blogger, Trade Periodicals, Web/On-Line Service | United States | 1 |
|---|---|---|---|---|
| Indo-Asian News Service | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Wire Service | India | 1 |
| Sampark Public Reations | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Public Issues, Sports, Technology, Transportation, Travel | Other | India | 1 |
| Business News Network | Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Public Issues, Sports, Technology, Transportation, Travel | Television | Canada | 1 |
| food and drink industry magazine | Consumer Products, Energy, Environment, Features, General Business, Healthcare, Heavy Industry, Media, Travel | Trade Periodicals | United Kingdom | 1 |
| UNI TV | Auto, Broadcast, Consumer Products, Energy, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Public Issues, Technology, Transportation | Television | India | 1 |
| HiringSquare.com | Auto, Broadcast, Consumer Products, Energy, Financial Services, General Business, Healthcare, Heavy Industry, Media, Technology, Transportation | Blogger, Web/On-Line Service | India | 1 |
| www.pluggd.in | Auto, Broadcast, Consumer Products, Entertainment, Environment, Features, Financial Services, General Business, Media, Other, Public Issues, Technology, Travel | Web/On-Line Service | India | 1 |
| LanieBugzLikes | Consumer Products, Entertainment, Environment, Features, General Business, Healthcare, Media, Technology, Travel | Blogger | United States | 1 |
| WOOD RADIO | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Radio | United States | 1 |
| Bloomberg News | Other | Wire Service | Netherlands | 1 |
| Slice Publications Ltd | Other | Other | New Zealand | 1 |
| www.nextfm.gr | Entertainment | Radio | Greece | 1 |
| Life According to Lina | Consumer Products, Entertainment, Media, Other, Technology, Travel | Blogger, Freelance/Writer, Web/On-Line Service | United States | 1 |
| Freelancer | Broadcast, Consumer Products, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Media, Public Issues, Technology, Transportation, Travel | Consumer Periodicals, Freelance/Writer, Newspaper, Trade Periodicals | India | 1 |
| Castleford Media Pty Ltd | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | Australia | 1 |
| Newsquest | Auto, Consumer Products, Energy, Environment, Features, Financial Services, General Business, Heavy Industry, Media, Public Issues, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Trade Periodicals, Web/On-Line Service | United Kingdom | 1 |
| Times of India Gujarat | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | India | 1 |
| HicksNewMedia | Auto, Consumer Products, Entertainment, Features, General Business, Healthcare, Media, Public Issues, Sports, Technology, Travel | Blogger, Freelance/Writer, Web/On-Line Service | United States | 1 |
| **Total** | | | | **115** |

| | | | | |
|---|---|---|---|---|
| Upfront News | Other | Wire Service | United States | 1 |
| Upfront News Online | Other | Wire Service | United States | 1 |
| network2media.com | Broadcast, Consumer Products, Features, Financial Services, Media | Web/On-Line Service | India | 1 |
| Business Standard | Broadcast, Consumer Products, Entertainment, Features, Media, Technology, Travel | Newspaper | India | 1 |
| Myiris.com | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | India | 1 |
| TelecomLead.com | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Public Issues, Sports, Technology, Transportation, Travel | Consumer Periodicals, Wire Service | India | 1 |
| Inside the Circle | Consumer Products, Entertainment, Media, Technology | Blogger, Freelance/Writer | United States | 1 |
| The Buzz Connection | Consumer Products, Other | Blogger | United States | 1 |
| Spenta Multimedia | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | India | 1 |
| NextIn Line Network | Broadcast, Entertainment, Features, Media | Blogger, Radio, Web/On-Line Service | United States | 1 |
| **Total** | | | | **115** |

## Organization Views

See which organizations have viewed your release

| Organization | Headquarters | Country | Location | Parent Organization | Industry | Views ⌄ |
|---|---|---|---|---|---|---|
| Alentus Corporation | 180 E Broad Street Suite 808 | US | UNITED STATES | Alentus Corporation | Telecommunications | 48 |
| Privax LTD | 8913 Complex Drive Suite 100 | US | UNITED STATES | Privax Limited | Media & Entertainment | 21 |
| M247 Ltd. | 1 Ball Green, Cobra Court | | UNITED STATES | | | 17 |
| Wang Hao | Ning Hai 88 | CN | UNITED STATES | | | 16 |
| Micfo, LLC. | 400 Galleria Pkwy, Suite 1500 | US | UNITED STATES | Micfo.com | Telecommunications | 12 |
| Privax Limited | 7 Moor street | US | UNITED STATES | | | 11 |
| IGI Corporation | 234 Clarendon Street | US | UNITED STATES | | | 10 |
| Petra Fashions | 35 Cherry Hill Road | US | UNITED STATES | Petra Fashions Inc | | 10 |
| Source Code Corp. | 575 University Avenue | US | UNITED STATES | | | 9 |
| Jack Cator | 8913 Complex Drive Suite 1000 | US | UNITED STATES | | | 9 |
| Soft Club Computer Systems | 68 Belingham St | US | UNITED STATES | | | 8 |
| GTT | 7900 Tysons One Place Suite 1450 | US | UNITED STATES | | | 7 |
| Versaweb, LLC | 1110 Palms Airport Dr Suite 110 | US | UNITED STATES | Versaweb LLC | Telecommunications | 7 |
| Marian Court College | 35 Little's Point Road | US | UNITED STATES | Marian Court College | Education | 6 |
| **Total** | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| ORG-GENER-72 | | | UNITED STATES | | | 6 |
| NOC | 67 Merchants Row | US | | | | 6 |
| Robert De Castro | | | UNITED STATES | | | 5 |
| Arrow Street Inc. | 212 Elm St. | US | UNITED STATES | | | 5 |
| The Light Plant Commission of the City of Paragould | 1901 Jones Rd. | US | UNITED STATES | Paragould Light Water & Cable | Energy & Utilities | 4 |
| Cooley, Manion, Moore & Jones, LLP | 21 Custom House St. | US | UNITED STATES | | | 4 |
| TPA-Division - CFL | 1218 Millennium Parkway | US | UNITED STATES | | | 4 |
| Nuclearfallout Enterprises, Inc. | 75 Broad St Suite 200 | US | UNITED STATES | | | 4 |
| AVAST cloud | | US | UNITED STATES | Avast | Software & Internet | 4 |
| ColoCrossing | 325 Delaware Avenue Suite 300 | US | UNITED STATES | ColoCrossing | Software & Internet | 4 |
| Robert Knapp | 800 S Hope Street | US | | | | 4 |
| FlokiNET ehf | | RO | | | | 3 |
| Safer_Social_Ltd | Nahmani_22 | ISRAEL | UNITED STATES | | | 3 |
| University of Missouri-Columbia | 615 Locust Street | US | UNITED STATES | Missouri School of Journalism | Education | 3 |
| IperWeb LLC | 16192 Coastal Highway | US | UNITED STATES | | | 3 |
| PriceWaterhouseCoopers, LLP | 4040 West Boy Scout Blvd | US | UNITED STATES | PricewaterhouseCoopers LLP | Business Services | 3 |
| Frankfort Plant Board | PO Box 308 | US | UNITED STATES | Frankfort Plant Board | Telecommunications | 3 |
| Gtek Computers LLC | 114 Lang Rd Suite B | US | UNITED STATES | | | 3 |
| Selectronics Corp. | 3898 Main Street | US | UNITED STATES | Waitsfield and Champlain Valley Telecom | Telecommunications | 3 |
| Ford Motor Company | P.O. Box 2053, RM E-1121 | US | UNITED STATES | Ford Motor Company | Manufacturing | 3 |
| Florida State University | Florida State University 644 West Call Street | US | UNITED STATES | Florida State University | Education | 3 |
| State of Maryland | 45 Calvert Street, Rm 418 | US | UNITED STATES | State Highway | Government | 3 |
| Co-Mo Comm Inc | PO Box 220 | US | UNITED STATES | | | 3 |
| MDU Pro LLC | 1809 N Black Horse Pike, Suite B3 | US | UNITED STATES | | | 3 |
| Cascade Access, LLC | 61 West Mesquite Blvd | US | UNITED STATES | CASCADE ACCESS LLC | Media & Entertainment | 3 |
| Daniel Winters | | | UNITED STATES | | | 3 |
| Ohio State University | Office of the Chief Information officer 1121 Kinnear Rd | US | UNITED STATES | The Ohio State University | Education | 3 |
| SFrame | 36 NE 2nd Street | US | | | | 3 |
| FortressITX | 333 Meadowlands Parkway, Suite 405 | US | UNITED STATES | | | 3 |
| HMA | 101 Possumtown Road | US | UNITED STATES | Health Management Associates , Inc. | Healthcare, Pharmaceuticals, & Biotech | 3 |
| Privax | 7 Moor Street | UK | UNITED STATES | | | 3 |
| ALNITECH-CLIENT-13 | | | UNITED STATES | | | 3 |
| State of Utah | 1 State Office Building 6th Floor | US | UNITED STATES | Utah Department of Transportation | Government | 2 |
| Kingdom Technology Solutions | 2635 Fairway Drive | US | UNITED STATES | | | 2 |
| Com-South | 250 Broad Street | US | UNITED STATES | COMSOUTH TELECOMMUNICATIONS INC | Telecommunications | 2 |
| Western Ohio Computer Organization | 129 East Court Street | US | UNITED STATES | | | 2 |
| Yelcot | 218 E Main St | US | UNITED STATES | | | 2 |
| Fusion Media | 1910 Mockingbird Lane | US | UNITED STATES | | | 2 |
| **Total** | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Oregon State University | Network Services Milne Hall 217 | US | UNITED STATES | Oregon State University | Education | 2 |
| Oklahoma State Regents for Higher Education | 655 Research Parkway | US | UNITED STATES | Oklahoma Municipal Retirement Fund | Financial Services | 2 |
| King County Gov | 401 5th AV Suite 700 | US | UNITED STATES | National Waste Prevention Coalition | Non-Profit | 2 |
| City of Monroe | 215 N. Broad St | US | UNITED STATES | City of Monroe | Government | 2 |
| Manifold Services Inc | 6101 Newport Rd | US | UNITED STATES | Edward Rose & Sons | Real Estate & Construction | 2 |
| ExpressVPN | 100 Matawan Rd., Suite 420 | US | | | | 2 |
| Rheinner Education Corp. | 25 Recreation Park Dr. | US | UNITED STATES | | | 2 |
| City of Windom | 443 10th Street | US | UNITED STATES | City of Windom | Government | 2 |
| Columbia Power and Water Systems | 201 Pickens Lane | US | UNITED STATES | Columbia Power & Water Systems | Energy & Utilities | 2 |
| AVERA MCKENNAN | 800 East 21st Street | US | UNITED STATES | Avera McKennan Hospital | Healthcare, Pharmaceuticals, & Biotech | 2 |
| Orange County Public Schools | 445 West Amelia Street | US | UNITED STATES | Orange County Public Schools Inc | Education | 2 |
| Fourway Computer Products, Inc. | 51601 State Road 933 N | US | UNITED STATES | Fourway Computer Products Inc | Telecommunications | 2 |
| GENESIS HEALTHCARE CORP | 1000 LINCOLN DR | US | UNITED STATES | | | 2 |
| Unitel Inc | 5 Main St PO Box 165 | US | UNITED STATES | Unitel Inc | Telecommunications | 2 |
| Hostwinds LLC | | | UNITED STATES | | | 2 |
| City of Phoenix | 251 W Washington | US | UNITED STATES | Phoenix Fire Department | Government | 2 |
| Indiana Office of Technology | Indiana Government Center North 100 North Senate Avenue, Room N551 | US | UNITED STATES | | | 2 |
| Voxility SRL | | RO | ROMANIA | | | 2 |
| Imagination, Inc. | 215 South Ohio Street | US | UNITED STATES | Destination ImagiNation Inc | Software & Internet | 2 |
| Smithville Digital, LLC | 1600 West Temperance St | US | UNITED STATES | Smithville Digital LLC | Telecommunications | 2 |
| Houston Independent School District | 4400 W 18th St. | US | UNITED STATES | Houston Independent School District | Education | 2 |
| Utah Valley University | 800 West University Parkway | US | UNITED STATES | Utah Valley University | Education | 2 |
| HOUSTON COMMUNITY COLLEGE SYSTEM | 3100 MAIN | US | UNITED STATES | | Education | 2 |
| CBS Corporation | 524 West 57th Street | US | UNITED STATES | CBS News | Media & Entertainment | 2 |
| Local Rank LLC. | Pictou | CA | UNITED STATES | | | 2 |
| Vicksburg Video, Inc. | 900 Highway 61 North | US | UNITED STATES | WEHCO Media Inc | Telecommunications | 2 |
| Myakka Technologies, Inc. | 28902 101st Dr E | US | UNITED STATES | Myakka Communications Inc | Telecommunications | 2 |
| Whirlpool Corporation Italy | | IT | GERMANY | | | 2 |
| The University of Alabama | A301 Gordon Palmer Hall Box 870346 | US | UNITED STATES | University of Alabama | Education | 2 |
| Pinellas County Schools | 301 4th Street S. W. | US | UNITED STATES | Pinellas County Schools | Government | 2 |
| HostDime.com, Inc. | 2603 Challenger Tech CT Suite 140 | US | UNITED STATES | HostDime.com Inc | Telecommunications | 2 |
| Kirill Zaritski | 100 Marina Drive, Apt. 112 | US | UNITED STATES | | | 2 |
| GFI West | 600 West 7th St. Suite 550 | US | UNITED STATES | | | 2 |
| BulkWeb Inc. | 350 Main St. | US | UNITED STATES | | | 2 |
| Teledifusora S.A. | Av. Ovidio Lagos, 502, 2000 - Rosario - SF | AR | ARGENTINA | | | 2 |
| Beamspeed | 2481 E. Palo Verde St | US | UNITED STATES | Beamspeed LLC | Media & Entertainment | 2 |
| Smyth Technology Group dba SmythNet | 116 Broad St | US | UNITED STATES | | | 2 |
| **Total** | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Root Level Technology | 17230 Huffmeister Rd. Ste C Ste C | | UNITED STATES | Root Level Technology LLC | Media & Entertainment | 2 |
| Digital Energy Technologies Limited | Busse Road, 2200, 60007 - Chicago - IL | US | | | | 2 |
| Pfizer Inc. | 235 E. 42nd Street | US | UNITED STATES | Pfizer Inc | Healthcare, Pharmaceuticals, & Biotech | 2 |
| STATE OF TENNESSEE | DEPARTMENT OF FINANCE AND ADMINISTRATION | US | UNITED STATES | | | 2 |
| CHIMICLE LAW | | US | UNITED STATES | | | 1 |
| GN ReSound | | DK | NETHERLANDS | | | 1 |
| Solidex IP PA Space | | BG | BULGARIA | | | 1 |
| Torys DBA Toryco Services | 79 Wellington, 26th Floor | US | CANADA | Torys LLP | Law Firms & Legal Services | 1 |
| root SA | | LU | LUXEMBOURG | | | 1 |
| Vellore | | IN | INDIA | | | 1 |
| THE NASDAQ OMX GROUP, INC. | One Liberty Plaza | US | UNITED STATES | NASDAQ | Software & Internet | 1 |
| O.F. MOSSBERG & SONS INC | 7 GRASSO AV | US | UNITED STATES | | | 1 |
| Connext LLC | 2655 G Ave | US | UNITED STATES | | | 1 |
| Ciena | 1201 Winterson Rd. | US | UNITED STATES | Ciena Corporation | Manufacturing | 1 |
| TRIUMPH FOODS | 5302 STOCKYARDS EXPWY | US | UNITED STATES | Triumph Foods LLC | Agriculture & Mining | 1 |
| Coeur d' Alene Tribe | 850 East A Street | US | UNITED STATES | Coeur d'Alene Tribe | Travel, Recreation, and Leisure | 1 |
| Hambilios LCC | 1605 W Olympic Blvd Ste 9021 | US | UNITED STATES | | | 1 |
| State University of New York at Stony Brook | 247 ECC Building | US | UNITED STATES | Stony Brook University | Education | 1 |
| FM Net | 58 Broadway | US | UNITED STATES | | | 1 |
| Motorola Inc. | 1299 East Algonquin Road | US | UNITED STATES | Motorola Inc | Manufacturing | 1 |
| Raytheon Company | 870 Winter Street | US | UNITED STATES | Raytheon | Manufacturing | 1 |
| Spanish Fork City | 65 S. 630 W. | US | UNITED STATES | spanish fork city cemetery | Consumer Services | 1 |
| Edgar Rental Corporation | 313 North 'C' Street P.O. Box 427 | US | UNITED STATES | Erc Communications Inc | Telecommunications | 1 |
| SimpleNode | 229 Te Moana Rd | NZ | UNITED STATES | | | 1 |
| KOLOKACIJE | | HR | CROATIA | | | 1 |
| Rockwell Collins, Inc. | 400 Collins Rd N.E. | US | UNITED STATES | Rockwell Collins Inc | Manufacturing | 1 |
| St. Lukes Hospital | 232 S.Woodsmill Rd | US | UNITED STATES | St. Luke's Cornwall Hospital | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Georgia Department of Education | 1970 Twin Tower East 205 Jesse Hill Jr. Drive SE | US | UNITED STATES | Georgia Department of Education | Education | 1 |
| Roanoke College | 221 College Lane | US | UNITED STATES | Roanoke College | Education | 1 |
| University of West Georgia | University of West Georgia Information Technology Services | US | UNITED STATES | State University of West Georgia | Education | 1 |
| THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS | 50 East North Temple | US | UNITED STATES | The Church of Jesus Christ of Latter-day Saints | Non-Profit | 1 |
| STI | | | UNITED STATES | | | 1 |
| Cedarville University | 251 North Main Street | US | UNITED STATES | Cedarville University | Education | 1 |
| Tri F Logistics | 8737 E CENTRAL AVE | US | UNITED STATES | | | 1 |
| GigeNET | | | UNITED STATES | | | 1 |
| **Total** | | | | | | **740** |

| AMERICAN EXPRESS | 3 WORLD FINANCIAL CTR | US | UNITED STATES | American Express Company | Financial Services | 1 |
|---|---|---|---|---|---|---|
| MBO Video, LLC | P.O. Box 575 | US | UNITED STATES | MBO Video | | 1 |
| Mecosta Osceola ISD | 15760 190th AVE Use as many Customer Address lines as needed to specify | US | UNITED STATES | Mecosta-Osceola ISD | Education | 1 |
| JACKSON ENERGY AUTHORITY | 250 N Highland Ave. | US | UNITED STATES | Jackson Energy Authority | Energy & Utilities | 1 |
| Friday, Eldredge & Clark, LLC | 400 W CAPITOL AVE STE 2000 | US | UNITED STATES | Friday Eldredge & Clark LLP | Law Firms & Legal Services | 1 |
| Lee County BoCC | 2000 Main Street Suite 800 | US | UNITED STATES | | | 1 |
| California State University, Office of the Chancellor | 401 Golden Shore | US | UNITED STATES | | | 1 |
| Performance Space 122 | 150 First Avenue | US | UNITED STATES | P.S. 122 | Cultural | 1 |
| City of Pasadena | 100 N. Garfield Ave, RM# N123 | US | UNITED STATES | Pasadena Public Library | Cultural | 1 |
| CLARKSVILLE DEPARTMENT OF ELECTRICITY | 2021 Wilma Rudolph Blvd. | US | UNITED STATES | Clarksville Department of Electricity | Energy & Utilities | 1 |
| University of Utah | University of Utah 585 Komas | US | UNITED STATES | University of Utah | Education | 1 |
| PARK MALIBU WATER | | US | UNITED STATES | | | 1 |
| CALDWELL MEMORIAL HOSPITAL | 411 MAIN ST | US | UNITED STATES | Caldwell Memorial Hospital Inc | Healthcare, Pharmaceuticals, & Biotech | 1 |
| DONOVAN INSURANCE INC | 6267 E DUPONT STATION CT | US | UNITED STATES | Donovan Insurance Inc | Insurance | 1 |
| California State University | 1000 East Victoria St | US | UNITED STATES | Moss Landing Marine Laboratories | Education | 1 |
| JOINK | 1362 WABASH AVE | US | UNITED STATES | Joink LLC | Software & Internet | 1 |
| WETA | 3939 Campbell Avenue | US | UNITED STATES | WETA | Media & Entertainment | 1 |
| Spectra Energy Corporation | 5400 WESTHEIMER COURT | US | CANADA | | | 1 |
| University of Kentucky | 123 McVey Hall | US | UNITED STATES | University of Kentucky | Education | 1 |
| TSC | 2 Willipie Street | US | UNITED STATES | Technology Service Corporation | Software & Internet | 1 |
| Paradise Valley Unified School District | 15002 N 32nd Street | US | UNITED STATES | Paradise Valley Unified School District | Education | 1 |
| SADA-PRTD Pool-IN7RAS9A | 200 S. LAUREL AVE BLDG-A | US | UNITED STATES | | | 1 |
| SkyCom1 | PO Box 23278 | US | UNITED STATES | | | 1 |
| AURORA UNIVERSITY | 347 S GLADSTONE AVE | US | UNITED STATES | Aurora University | Education | 1 |
| Albuquerque Public Schools | 725 University Blvd SE ITSD/Network | US | UNITED STATES | Albuquerque Public Schools | Education | 1 |
| DNow LP | 7402 North Eldridge Parkway | US | UNITED STATES | | | 1 |
| Jeremy Schreiner | 517 W 100 N Suite 225 | US | UNITED STATES | | | 1 |
| University of Minnesota | 2218 Univ Ave SE | US | UNITED STATES | University of Minnesota | Education | 1 |
| Texas State Technical College Harlingen | 1902 N. Loop 499 | US | UNITED STATES | Texas State Technical College | Education | 1 |
| Compass Bank | 701 South 32nd Street | US | UNITED STATES | BBVA Compass | Financial Services | 1 |
| Eastern Iowa IP, LLC | 332 Main St | US | UNITED STATES | | | 1 |
| GWI | | | UNITED STATES | | | 1 |
| INDIANA UNDERGROUND PLANT PROT | 1433 HOLEY MOLEY WAY | US | UNITED STATES | | | 1 |
| Purdue University Calumet | 2200 169th St. | US | UNITED STATES | Purdue University | Education | 1 |
| Lee Enterprises, Inc. | 201 N. Harrison St. Suite 600 | US | UNITED STATES | Lee Enterprises Inc. | Media & Entertainment | 1 |
| Vistabeam | 1225 Sage St | US | UNITED STATES | | | 1 |
| **Total** | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Northwestern College | 3003 Snelling Ave N | US | UNITED STATES | Northwestern College | Education | 1 |
| Facebook Inc | 1601 Willow Road | US | UNITED STATES | Facebook | Software & Internet | 1 |
| Commonwealth of Kentucky | 101 Cold Harbor Dr | US | UNITED STATES | | | 1 |
| ATMC | P.O. Box 3198 | US | UNITED STATES | ATMC INC | Telecommunications | 1 |
| Toya sp. z o.o. | | PL | POLAND | | | 1 |
| P.H.U MIROLAN | | PL | POLAND | | | 1 |
| BOWLING GREEN MUNICIPAL GENERAL | 801 CENTER ST | US | UNITED STATES | Bowling Green Municipal Utilities | Energy & Utilities | 1 |
| Macomb Community College | 14500 E. 12 Mile Road | US | UNITED STATES | Macomb Community College | Education | 1 |
| HAMMONTO CENTER | 43 N WHITE HORSE PIKE | US | UNITED STATES | | | 1 |
| University of Southern Indiana | 8600 University Blvd OC 46 | US | UNITED STATES | University of Southern Indiana | Education | 1 |
| Gainesville College | 3820 Mundy Mill Road | US | UNITED STATES | | Education | 1 |
| DSTS03 Residential | DSTS03 Hub site | US | UNITED STATES | | | 1 |
| Solberg | 22816 SE 267th PL | US | UNITED STATES | | | 1 |
| Brasfield & Gorrie | 3021 7TH AVE S | US | UNITED STATES | Brasfield & Gorrie LLC | Real Estate & Construction | 1 |
| State of Rhode Island | One Capitol Hill 2nd Floor - DOIT | US | UNITED STATES | Office of Library and Information Services | Government | 1 |
| Holland Systems Corporation | 120 N. Washington Square - Suite 1000 | US | UNITED STATES | Holland Vision Systems Inc | Manufacturing | 1 |
| Staples, Inc | 500 Staples Drive Flr 1E | US | UNITED STATES | Staples , Inc. | Retail | 1 |
| Hatch Associates | 301 N MAIN ST | US | UNITED STATES | Hatch Associates Inc | | 1 |
| TICKETSWEST | | US | UNITED STATES | | | 1 |
| University of Texas at Arlington | 701 S. Nedderman Drive B66 Davis Hall | US | UNITED STATES | University of Texas at Arlington | Education | 1 |
| Orange County Department of Education | 200 Kalmus Drive | US | UNITED STATES | Orange County Department of Education | | 1 |
| NORCOMP | 3300 INTERNATIONAL AIRPORT DR SUITE 200 | US | UNITED STATES | NorComp | Retail | 1 |
| Donohue & Associates | Hosting Center Address | | UNITED STATES | Donohue and Associates Inc. | Real Estate & Construction | 1 |
| Hunter College | Hunter College ICIT 695 Park Avenue, HN116 | US | UNITED STATES | Hunter College | Education | 1 |
| Salsgiver Engineering | 301 5th Street | US | UNITED STATES | Salsgiver Inc | Telecommunications | 1 |
| Cisco Systems, Inc. | 170 West Tasman Drive | US | UNITED STATES | Cisco Systems Inc | Manufacturing | 1 |
| Southern Illinois University | IT-Network Engineering | US | UNITED STATES | Southern Illinois University | Education | 1 |
| University of Southern California | 3434 South Grand Avenue Information Technology Services | US | UNITED STATES | University of Southern California | Education | 1 |
| Sjoberg's Inc | 315 N. Main Ave. | US | UNITED STATES | | | 1 |
| University of Wyoming | PO Box 3945 | US | UNITED STATES | University of Wyoming | Education | 1 |
| SYRACUSE RESEARCH CORPORATION | 4801 NW LOOP 410 | US | UNITED STATES | Syracuse Research Corporation | Software & Internet | 1 |
| Birmingham City Schools | 2015 N Park Place | US | UNITED STATES | Birmingham City Schools | Education | 1 |
| LH 2007 PROPERTIES LL | | US | UNITED STATES | | | 1 |
| Orangeburg-Calhoun Technical College | 3250 St. Matthews Road | US | UNITED STATES | Orangeburg-Calhoun Technical College | Education | 1 |
| Cky Murray Electric | 401 Olive Street | US | UNITED STATES | Murray Electric System | Telecommunications | 1 |
| NOBLE I DECATUR OP CO LLC | 130 CLAIREMONT AV | US | UNITED STATES | | | 1 |
| **Total** | | | | | | **740** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Kennesaw State University | 1000 Chastain Rd. | US | UNITED STATES | Kennesaw State University | Education | | 1 |
| Missouri University of Science and Technology | 104 Computer Science Bldg | US | UNITED STATES | Missouri University of Science and Technology | Education | | 1 |
| LAMARQUE FORD | 3101 WILLIAMS BLVD | US | UNITED STATES | Lamarque Motor Company | Retail | | 1 |
| Infobahn Outfitters, Inc. | P.O. Box 248 | US | UNITED STATES | Infobahn Outfitters , Inc. | Telecommunications | | 1 |
| Duren McNairy Holdings Inc | 8750 N CENTRAL EXPY | US | UNITED STATES | | | | 1 |
| County of Marin | 3501 Civic Center Drive | US | UNITED STATES | Marin County | Government | | 1 |
| COUNTY OF SANTA CLARA | 160 S MAIN | US | UNITED STATES | | | | 1 |
| IP SOFTWARE, LLC | 1769 VETERANS MEMORIAL PKWY | US | UNITED STATES | | | | 1 |
| University of California, Santa Cruz | University of California, Santa Cruz 1156 High Street | US | UNITED STATES | UC Santa Cruz | Education | | 1 |
| Alliance Community Hospital | 200 East State Street | US | UNITED STATES | Alliance Community Hospital | Healthcare, Pharmaceuticals, & Biotech | | 1 |
| Niagara Community TV CO-OP | 1081 Main St #1 PO Box 256 | US | UNITED STATES | | | | 1 |
| Orthopaedic Associates | 1450 E. Valley Road. Suite 201 | US | UNITED STATES | Orthopaedic Associates | Healthcare, Pharmaceuticals, & Biotech | | 1 |
| GLASGOW ELECTRIC PLANT | 100 MALLORY DRIVE | US | UNITED STATES | Glasgow Electric Plant Board | | | 1 |
| Indiana State University | Office of Information Technology 218 N 7th St. | US | UNITED STATES | Indiana State University | Education | | 1 |
| Hull | 2134 W Laburnum Ave | US | UNITED STATES | | | | 1 |
| University of Warsaw | | PL | POLAND | | Education | | 1 |
| Rutgers University | Computing Services 110 Frelinghuysen Road | US | UNITED STATES | Rutgers University | Education | | 1 |
| University of Washington | 4545 15th Ave NE | US | UNITED STATES | University of Washington | Education | | 1 |
| Rural Enterprises Inc | 2491 E 750 Ave | US | UNITED STATES | | | | 1 |
| SkyWerx Industries, LLC | 135 Country Center Dr Suite F PMB 214 | US | UNITED STATES | | | | 1 |
| BRB-BMF BRIB | 575 Morosgo Dr. NE | US | UNITED STATES | | | | 1 |
| CITY OF WAXAHACHIE | 401 S ROGERS ST | US | UNITED STATES | City of Waxahachie | Real Estate & Construction | | 1 |
| Sauce Labs Inc | 539 Bryant #303 | US | UNITED STATES | Sauce Labs Inc | Software & Internet | | 1 |
| LUMINEX CORPORATION | 12212 TECHNOLOGY BLVD BLDG MAIN FLR 1 RM TELCO | US | UNITED STATES | Luminex Corporation | Healthcare, Pharmaceuticals, & Biotech | | 1 |
| Midwest Cast Stone | 1610 State Ave | US | UNITED STATES | Midwest Cast Stone Inc | Manufacturing | | 1 |
| Gerber Childrens Wear | 7005 PELHAM RD FL 1 | US | UNITED STATES | Gerber Childrenswear LLC | Manufacturing | | 1 |
| Albany Parking Authority | 45 Hudson Ave. | US | UNITED STATES | Albany Parking Authority | Travel, Recreation, and Leisure | | 1 |
| Federal Aviation Administration | MMAC P.O. Box 25082 | US | UNITED STATES | Federal Aviation Administration | Government | | 1 |
| University of Florida/University Medical Center | Computing and Networking Services po box 112050 | US | UNITED STATES | University of Florida | Education | | 1 |
| Kentucky Department of Education | 15 Fountain Place | US | UNITED STATES | Kentucky Department of Education | Government | | 1 |
| The University of Memphis | 3706 Alumni Ave Jones Room 110 | US | UNITED STATES | University of Memphis Institute of Egyptian Art and Archaeology | Education | | 1 |
| city of Danville | 1040 Monument Street | US | UNITED STATES | City of Danville | Government | | 1 |
| East Arkansas Video, Inc. | 521 N. Washington Street | US | UNITED STATES | East Arkansas Cable TV | Telecommunications | | 1 |
| Nemont | 61 Hwy 13 S PO Box 600 | US | | Nemont Communications Inc | Telecommunications | | 1 |
| Elizabeth Arden (334890-1) | | | UNITED STATES | | | | 1 |
| **Total** | | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sisters of Mercy | 615 SOUTH NEW BALLAS ROAD | US | UNITED STATES | | | 1 |
| HiPoint Technology Services, Inc | 5533 Lincoln Avenue | US | UNITED STATES | HiPoint Technology Services Inc. | Software & Internet | 1 |
| RIVERSIDE CHEVROLET | 4270 U S HWY 231 | US | UNITED STATES | | | 1 |
| FVI | | | UNITED STATES | | | 1 |
| New York Cloud | 111 8th Ave | US | UNITED STATES | New York Cloud Apps | | 1 |
| Massachusetts Institute of Technology | Room W92-167 77 Massachusetts Avenue | US | UNITED STATES | Massachusetts Institute of Technology | Education | 1 |
| OIBW | | | UNITED STATES | | | 1 |
| Centrilogic, Inc. | 28 Mansfield Street | US | UNITED STATES | CentriLogic Inc | Software & Internet | 1 |
| GENERAL GROWTH PROPERTIES | 7900 SHELBYVILLE RD | US | UNITED STATES | General Growth Management , Inc. | Real Estate & Construction | 1 |
| Johnson Tom | 1069 MAIN ST | US | UNITED STATES | | | 1 |
| RUSSELL BOULDER LLC | 6555 BOULDER HWY | US | UNITED STATES | | | 1 |
| St. Jude Children's Research Hospital | 262 Danny Thomas Place | US | UNITED STATES | St. Jude Children's Research Hospital Inc | Healthcare, Pharmaceuticals, & Biotech | 1 |
| City of Austin, Texas | Communications and Technology Management 625 East 10th Street | US | UNITED STATES | Austin Public Library | Cultural | 1 |
| BRINES REFRIGERATION | | US | UNITED STATES | | | 1 |
| Lehigh University | 183 Computing Center, Building 8B | US | UNITED STATES | Lehigh University | Education | 1 |
| CS Technologies | 125 N Second St. | US | UNITED STATES | | | 1 |
| NT&T | 2308 S. 156th Circle | US | UNITED STATES | Nebraska Technology & Telecommunications Inc | Telecommunications | 1 |
| OlanMills Inc | 4325 Amnicola Hwy | US | UNITED STATES | Olan Mills Inc | Consumer Services | 1 |
| Skyline Membership Corp. | PO Box 759 | US | UNITED STATES | | | 1 |
| RIVERSIDE REGIONAL JAIL | 500 FOLAR TRL | US | UNITED STATES | Riverside Regional Jail | | 1 |
| Sailor | Enoch-Pratt Free Library | US | UNITED STATES | Maryland Statewide Independent Living Council | Non-Profit | 1 |
| Agri-Valley Services Inc. | 38 South Main Street | US | UNITED STATES | AVCI.net Inc | Telecommunications | 1 |
| City of Wyandotte.292520 | 3005 Biddle2nd Floor | US | UNITED STATES | City of Wyandotte | Government | 1 |
| Appverse Inc. | 20380 Town Center Lane Ste 240 | US | UNITED STATES | | | 1 |
| Carthage Water and Electric | 300 S River Street | US | UNITED STATES | Carthage Water & Electric | Energy & Utilities | 1 |
| EasyTech | Plaza pau de la Murtera 4c | ES | UNITED STATES | | | 1 |
| Dariusz Jaworski Firma "C3" | | PL | POLAND | | | 1 |
| Telentia Enterprise Customer | 939 W North Avenue Suite 750 | US | | | | 1 |
| Muscatine Power and Water | 3205 Cedar Street | US | UNITED STATES | Muscatine Power and Water | Energy & Utilities | 1 |
| Kings County Office of Education | Kings County Government Center | US | UNITED STATES | Lemoore Union Elementary School District | Education | 1 |
| Unus, Inc. | 605 Devonshire Street | US | UNITED STATES | | | 1 |
| Montana Sky West LLC | 912 W 9th St | US | UNITED STATES | | | 1 |
| Electronics Service Co of Hamlet LLC | 1927 Highway 74 E | US | UNITED STATES | | | 1 |
| TELEBEEP, INC. | 2404 Taylor Avenue | US | UNITED STATES | Telebeep Communications Inc | | 1 |
| GTECH Corporation | 55 Technology Way | | UNITED STATES | | | 1 |
| Dywidag Systems International USA | 320 marmon Dr | US | UNITED STATES | | | 1 |
| Stellar Association, LLC | 405 2nd Street E PO Box 156 | US | UNITED STATES | | | 1 |
| **Total** | | | | | | **740** |

| Department of Social and Health Services | 1115 Washington Street | US | UNITED STATES | Western State Hospital | Healthcare, Pharmaceuticals, & Biotech | 1 |
|---|---|---|---|---|---|---|
| Baylor College of Medicine | One Baylor Plaza 312 H | US | UNITED STATES | Baylor College of Medicine | Healthcare, Pharmaceuticals, & Biotech | 1 |
| BHN TPA Division | 1218 Millennium Parkway Customer Address: | US | UNITED STATES | | | 1 |
| Temple WAP | 2505 Hancock Drive | US | UNITED STATES | | | 1 |
| tzulo, inc. | 2607 Charter Oak Drive | US | UNITED STATES | | | 1 |
| AireBeam | PO BOX 2672 | US | UNITED STATES | | | 1 |
| ALEXHOST SRL | | MD | MOLDOVA, REPUBLIC OF | | | 1 |
| American Automobile Association | 1000 AAA Drive | US | UNITED STATES | American Automobile Association Inc | Non-Profit | 1 |
| Louisiana State University | 200 Computing Services Center | US | UNITED STATES | Louisiana State University | Education | 1 |
| Kent Intermediate School District | 2930 Knapp Ne | US | UNITED STATES | Kent Intermediate School District | Education | 1 |
| Rushmore Honda | 1632 E Mall DR | US | UNITED STATES | Rushmore Honda | Retail | 1 |
| City of Emporia | 522 Mechanic St | US | UNITED STATES | The City of Emporia | Government | 1 |
| Ondrej Remes | Budejovicka 1518/13a | CZ | | | | 1 |
| COMMUNITY BIBLE CHURCH | 2477 N LOOP 1604 E | US | UNITED STATES | Community Bible Church | Non-Profit | 1 |
| Millerbernd Design | 330 6TH ST S | US | UNITED STATES | Millerbernd Lighting | Software & Internet | 1 |
| Troy Belting | 70 Cohoes Rd. | US | UNITED STATES | Troy Belting Company | Energy & Utilities | 1 |
| Jacobi International Inc. | 800 Claughton, Suite 1505 | US | UNITED STATES | | | 1 |
| Pine City School District (ISD578) | 1400 6th St. S. | US | UNITED STATES | | | 1 |
| University of Michigan Medical Center (MCIT) | 4251 Plymouth Rd., Suite 3300 | US | UNITED STATES | University Michigan Med Ctr | Education | 1 |
| University of Louisville Physicians | 752 BARRET AVE | US | UNITED STATES | University of Louisville Physicians | Healthcare, Pharmaceuticals, & Biotech | 1 |
| City of Pittsburgh | 414 Grant Street Suite 604 | US | UNITED STATES | Pittsburgh Public Schools | Education | 1 |
| Murray State University | Information Systems, Room 115C I&T Center | US | UNITED STATES | Murray State University | Education | 1 |
| Legal Services of Alabama | 207 MONTGOMERY ST Bldg BELL Suite 1100 | US | UNITED STATES | | | 1 |
| University of Wisconsin Madison | 1210 W Dayton B332 | US | UNITED STATES | University of Wisconsin - Whitewater | Education | 1 |
| Little Rock School District | 7701 Scott Hamilton Dr. | US | UNITED STATES | Little Rock School District | Education | 1 |
| ORG-Island_View_Casino | | | UNITED STATES | | | 1 |
| Memorial Sloan Kettering | 1275 York Avenue | US | UNITED STATES | Memorial Sloan-Kettering Cancer Center | Healthcare, Pharmaceuticals, & Biotech | 1 |
| PPHU MATRIX Zbigniew Sojka | | PL | POLAND | | | 1 |
| University of Wisconsin - Stevens Point, WI | Information Technology, LRC 026 | US | UNITED STATES | University of Wisconsin-Stevens Point | Education | 1 |
| East Tennessee State University | Office Information Technology, Box 70728 | US | UNITED STATES | East Tennessee State University | Education | 1 |
| California State Polytechnic University - Pomona | Networking & Telecommunications 3801 West Temple Ave. | US | UNITED STATES | | | 1 |
| CRYSTAL AUTOMATION SYSTEMS INC | 617 E Lake St | US | UNITED STATES | Crystal Automation Systems, Inc | Education | 1 |
| Orange Polska Spolka Akcyjna | | PL | POLAND | | | 1 |
| **Total** | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wintek Corporation | 427 N 6th Street, Suite C | US | UNITED STATES | Wintek Corporation | Media & Entertainment | 1 |
| Arrowhead AEA5 | 1235 5th Ave South | US | UNITED STATES | | | 1 |
| Moline School District 40 | | | UNITED STATES | | | 1 |
| Powerhouse Management, Inc. | 1044 Liberty Park | US | UNITED STATES | | | 1 |
| U.S. Environmental Protection Agency | NC 54 at Alexander Drive NW | US | UNITED STATES | Environmental Protection Agency | Government | 1 |
| ITS | P. O. Box 17209 | US | UNITED STATES | Division of Air Quality | | 1 |
| Andrew Townsend | P.O. Box 1744 | US | UNITED STATES | | | 1 |
| ACTION FIRE & ALARM, INC | 404 Wilmont DR | US | UNITED STATES | | | 1 |
| Florida Legislature | 111 West Madison Street Suite G08 | US | UNITED STATES | The Florida Legislature, Office of Program Policy Analysis and Government Accoun | Manufacturing | 1 |
| EAGLE-Net Alliance | 11800 Ridge Parkway Suite 450 | US | UNITED STATES | EAGLE-Net Alliance | Media & Entertainment | 1 |
| WEBSECURE LTD | 2 WOODBERRY GROVE | | UNITED STATES | | | 1 |
| Accenture | 1950 Stemmons Freeway | US | UNITED STATES | Accenture LTD | Software & Internet | 1 |
| Clark County Information Systems | IT Department 500 S. Grand Central Pky | US | UNITED STATES | | | 1 |
| SOFTNYX PERU S.A.C. | Calle Carlos Krumdieck 287, , 51 - Lima - | PE | PERU | | | 1 |
| BANNER HEALTH | 1441 N 12TH ST | US | UNITED STATES | Banner Health | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Marshall University | Marshall University Computing Services 1 John Marshall Drive | US | UNITED STATES | Marshall University | Education | 1 |
| Arialink | 230 N Washington Square | US | UNITED STATES | Arialink LLC | Telecommunications | 1 |
| CREST OPERATIONS LLC | 4725 HWY 28 E | US | UNITED STATES | Crest Industries, LLC | Energy & Utilities | 1 |
| URS | 13630 BRIARWICK DR | US | UNITED STATES | URS Corporation | Real Estate & Construction | 1 |
| Ventrure Technologies - JAN LAN | 1230 Raymond Road | US | UNITED STATES | | | 1 |
| Paducah Power System | 1500 Broadway | US | UNITED STATES | Paducah Power System | Energy & Utilities | 1 |
| AP-MEDIA Andrzej Kuchta, Marcin Szmyd, Lukasz Sanocki S. C. | | PL | POLAND | | | 1 |
| IFX Corporation/Venezuela | Av. Principal el Bosque Torre Credicard Piso 5 Oficina 56 | VE | VENEZUELA, BOLIVARIAN REPUBLIC | | | 1 |
| McAfee Inc. | 5000 Headquarters Drive | US | UNITED STATES | McAfee , Inc. | Manufacturing | 1 |
| EBSCO Industries, Inc. | PO Box 1943 | US | UNITED STATES | EBSCO Industries Inc | Software & Internet | 1 |
| University of Chicago | 1155 E. 60th Street | US | UNITED STATES | University of Chicago | Education | 1 |
| DALLAS STARS, L.P.ATTN ACCOU | 4020 W PLANO PKWY | US | UNITED STATES | | | 1 |
| PIVOT | PO BOX 289 | US | UNITED STATES | Pivot Point Inc | | 1 |
| Team Orb | 901 N Pine St | US | UNITED STATES | | | 1 |
| McAfee, Inc. | 2821 Mission College Blvd. | US | UNITED STATES | McAfee , Inc. | Manufacturing | 1 |
| Intermountain Health Care | 4646 West Lake Park Blvd Fl. 22 | US | UNITED STATES | Cottonwood Hospital | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Litestream Holdings, LLC. | 500 S Australian Ave, Suite 120 | US | UNITED STATES | Litestream Holdings LLC | Telecommunications | 1 |
| AUERBACH CENTRA | | US | UNITED STATES | | | 1 |
| Gordon Cooper VoTech | 4801 N Harrison 4801 N Harrison | US | UNITED STATES | | | 1 |
| SHELDON ISD | 11411 C E KING PKWY | US | UNITED STATES | Sheldon ISD | Education | 1 |
| **Total** | | | | | | **740** |

| City of Wyandotte | Hosting Center Address | | UNITED STATES | Wyandotte LLC | Transportation & Storage | 1 |
|---|---|---|---|---|---|---|
| FranTech Solutions | 1621 Central Ave | US | | Frantech | | 1 |
| CLGW | 303 S Anthony St | US | UNITED STATES | | | 1 |
| AYERA TECHNOLOGIES, INC. | P.O. Box 576846 | US | UNITED STATES | Ayera Technologies Inc | Software & Internet | 1 |
| CLFD | | | | | | 1 |
| Intel Corporation | 2200 Mission College Blvd, P.O. Box 58119 | US | UNITED STATES | Intel Corporation | Manufacturing | 1 |
| Disney Worldwide Services, Inc. | 500 South Buena Vista Street | US | UNITED STATES | The Walt Disney Company | Manufacturing | 1 |
| DELAWARE STATE UNIVERSITY | 1200 NORTH DUPONT HIGHWAY | US | UNITED STATES | Delaware State University | Education | 1 |
| ColoUp | One Commerce Center - 1201 Orange St. #600 | US | UNITED STATES | | | 1 |
| MS Community College Board - JAN | 209 E Capitol Street | US | UNITED STATES | | Education | 1 |
| Brigham Young University | University Hill | US | UNITED STATES | Brigham Young University | Education | 1 |
| AUBURN BEAN and GRAIN | 321 AUBURN RD | US | UNITED STATES | | | 1 |
| Sam Houston State University | 1803 Ave I Bld AB1 room 131 Box 2449 | US | UNITED STATES | Sam Houston State University | Education | 1 |
| PureVPN | LA SALLE ST, 427, 60605 - Chicago - IL | | | | | 1 |
| Governors State University | 1 University Parkway | US | UNITED STATES | Governors State University | Education | 1 |
| B2NetSolutions | 8185 Sheridan Drive | US | UNITED STATES | | | 1 |
| McGraw-Hill Education | 2 Penn Plaza | US | UNITED STATES | McGraw-Hill Education | Media & Entertainment | 1 |
| ALNITECH-CLIENT-23 | | US | UNITED STATES | | | 1 |
| BoneVM LLC | | US | UNITED STATES | | | 1 |
| Gold VIP Club | 324 E. 11th St. Suite 1000 | US | UNITED STATES | | | 1 |
| Zhou Pizhong | 324 East 11th Street 10th Floor | US | UNITED STATES | | | 1 |
| HEALTHNOW NEW YORK, INC. | 257 W Genesee St | US | UNITED STATES | BlueCross BlueShield of Western New York | Insurance | 1 |
| University of Michigan Business and Finance Division | 3014 Fleming Administration Building 503 Thompson Street | US | UNITED STATES | University of Michigan | Education | 1 |
| Digital Energy Technologies Ltd | LA SALLE ST, 427, S 60605 - Chicago - LA | US | | | | 1 |
| American Beef Packers | 13677 YORBA AVE | US | UNITED STATES | American Beef Packers, Inc. | Government | 1 |
| University of South Alabama | Computer Services Center | US | UNITED STATES | University of South Alabama | Education | 1 |
| InstaVPS | 179 Social Hall Ave. Suite 200 | US | UNITED STATES | InstaVPS LLC | Telecommunications | 1 |
| City of Morganton | CoMPAS Suite A100 | US | UNITED STATES | City of Morganton | Government | 1 |
| Lake Superior State University | 1000 College Drive | US | UNITED STATES | Lake Superior State University | Education | 1 |
| Telebyte NW | PO Box 3162 | US | UNITED STATES | Telebyte NW | Telecommunications | 1 |
| Hoyos Consulting LLC | PO Box 453 | US | UNITED STATES | Hoyos Consulting LLC | Software & Internet | 1 |
| Caroline Wijono | 1709 ada sage In | US | UNITED STATES | | | 1 |
| TELESISTEMA S.R.L. | Hipolito Irigoyen, 1274, 4600 - San Salvador - | AR | ARGENTINA | | | 1 |
| Hallmark Cards Inc. | 2501 McGee Mail Drop 355 | US | UNITED STATES | Hallmark Cards Nederland B.V. | Manufacturing | 1 |
| Khalid Jahfali | PO Box 28 Alardha | SA | | | | 1 |
| Albany Medical Center | 43 New Scotland Avenue | US | UNITED STATES | Albany Medical Center | Healthcare, Pharmaceuticals, & Biotech | 1 |
| heartland-1 | | | UNITED STATES | | | 1 |
| Rochester Institute of Technology | 103 Lomb Memorial Drive | US | UNITED STATES | Rochester Institute of Technology | Education | 1 |
| **Total** | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| POHANKA TOYOTA OF SAL | 2010 N SALISBURY BLVD | US | UNITED STATES | | | 1 |
| IPVanish | 127 West Fairbanks Avenue # 217 | US | UNITED STATES | IPVanish | | 1 |
| HostMySite | 650 Pencader Drive | US | UNITED STATES | Hostmysite Inc | Telecommunications | 1 |
| Local Rank Inc. | 350 Main Street | US | | | | 1 |
| Apple Inc. | 20400 Stevens Creek Blvd., City Center Bldg 3 | IE | IRELAND | Apple Inc. | Manufacturing | 1 |
| YMCA of Greater New York | 5 West 63rd St. | | UNITED STATES | | | 1 |
| AnchorFree Inc. | 155 Constitution Dr. | US | UNITED STATES | AnchorFree Inc | Manufacturing | 1 |
| Viad Corp | 1850 North Central Ave. Ste 1900 | US | UNITED STATES | Viad Corp | Business Services | 1 |
| OppoBox | 100 E. Campus View Blvd, Suite 250 | US | | | | 1 |
| Alfa Oil Ltd. | | UA | UKRAINE | | | 1 |
| Schlumberger Limited | 5599 San Felipe Suite 1700 | US | UNITED STATES | Schlumberger Limited | Energy & Utilities | 1 |
| Allina Health System, Inc. | 2925 Chicago Ave | US | UNITED STATES | Allina Health hospitals | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Olo del Peru S.A.C | Av. Jorge Basadre, 362, San Isidro 27 - Lima - | PE | PERU | | | 1 |
| THE GOODYEAR TIRE RUBBER COMPANY | 100 GALLERIA OFFICENTRE | US | UNITED STATES | | | 1 |
| Express VPN | 113 Barksdale Professional Ctr | US | UNITED STATES | Express VPN | Telecommunications | 1 |
| Lapeer ISD | 1996 W. Oregon | US | UNITED STATES | Lapeer County ISD | Travel, Recreation, and Leisure | 1 |
| M&H Company d.o.o Sarajevo | | BA | BOSNIA AND HERZEGOVINA | | | 1 |
| HARMONY SCHOOL OF EXCELL | | US | UNITED STATES | | | 1 |
| NETCO Solutions, LTD | 8913 Complex Drive | US | UNITED STATES | | | 1 |
| C & W Enterprises | 7489 US Hwy South 1st flr computer room | US | UNITED STATES | | | 1 |
| Spectra Physics Scanning | 929 Terry St. | US | UNITED STATES | | | 1 |
| National Caucus and Center on Black Aged Inc NCBA | 1220 L Street NW, Suite 300 | US | UNITED STATES | | | 1 |
| SSDVirt | 1950 N Stemmons Fwy | US | UNITED STATES | | Computers & Electronics | 1 |
| COMMUNITY PRG | 226 E COLLEGE AVE | US | UNITED STATES | | | 1 |
| The University of Georgia | Computer Services Annex | US | UNITED STATES | UGA | Education | 1 |
| Ben Lomand | 311 N. Chancery Street | US | UNITED STATES | Ben Lomand Communications Inc | Telecommunications | 1 |
| Samuel Adams Pennsylvania Brewery Company | 7880 Penn Dr | US | UNITED STATES | Samuel Adams | Manufacturing | 1 |
| QPID Health, Inc. | 175 Federal St | | UNITED STATES | | | 1 |
| Orleans Parish Criminal Sheriffs Office | 2800 GRAVIER ST | | UNITED STATES | | | 1 |
| Board of Regents of the University System of Georgia | 2500 Daniells Bridge Rd Building 300 | US | UNITED STATES | University System of Georgia | Education | 1 |
| Indiana Department of Education | 115 W Washington Street, South Tower, Suite 600 | US | UNITED STATES | | | 1 |
| MOUNT IDA COLLEGE | 777 DEDHAM ST | US | UNITED STATES | Mount Ida College | Education | 1 |
| MINISTERIO DE EDUCACION | Calle Comercio y San Borja, 193, - Lima - | PE | PERU | | | 1 |
| CONTRONET | 11942 E. IRONWOOD DR. | US | UNITED STATES | Orena ControNet Inc | | 1 |
| Deluxe Corporation | 3660 Victoria Street N | US | UNITED STATES | Deluxe Corporation | Software & Internet | 1 |
| **Total** | | | | | | **740** |

| | | | | | | |
|---|---|---|---|---|---|---|
| DUN-RITE SPECIALISED | 1565 SOUTHERN BL | US | UNITED STATES | | | 1 |
| DRAKE CEMENT | 14500 N NORTHSIGHT BLVD | US | UNITED STATES | Drake Cement LLC | Manufacturing | 1 |
| University of California, San Diego | Administrative Computing & Telecommunications Attn: Hostmaster | US | UNITED STATES | University of California , San Diego | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Mayo Foundation for Medical Education and Research | 200 First Street Southwest | US | UNITED STATES | Mayo Clinic | Healthcare, Pharmaceuticals, & Biotech | 1 |
| ALLEGHENY COUNTY AIRPORT | 1002 Airport Boulevard | US | UNITED STATES | | | 1 |
| Hoffmann LaRoche, Inc. | 9115 Hague Road | US | UNITED STATES | | | 1 |
| Adirondack Community College | 640 Bay Road | US | UNITED STATES | Adirondack Community College | Education | 1 |
| Fairfax County Public Schools | 3701 Franconia Road | US | UNITED STATES | Fairfax County Public Schools | Education | 1 |
| FIRE SYSTEMS OF MICHIGAN | 26109 GRAND RIVER AVE | US | UNITED STATES | | | 1 |
| Lafayette Consolidated Government | 1314 Walker Road P.O. Box 4017-C | US | UNITED STATES | Lafayette Consolidated Government | | 1 |
| Dunwoody College of Technology | 818 DUNWOODY BLVD | US | UNITED STATES | Dunwoody College of Technology | Education | 1 |
| Tristream East Texas LLC. | 3237 CR 3204 | US | UNITED STATES | | | 1 |
| City of Virginia Beach, Virginia | Municipal Center | US | UNITED STATES | Virginia Beach Police Department | Government | 1 |
| The School Board of Brevard County | 2700 Judge Fran Jamieson Way | US | UNITED STATES | | | 1 |
| Department of Education | 2 Metrotech Center Suite 3600 | US | UNITED STATES | New York City Department of Education | Government | 1 |
| Northwestern State University | Office of Information Systems 200 Roy Hall | US | UNITED STATES | Northwestern State University | Education | 1 |
| Intuit Inc. | 2535 Garcia Avenue | US | UNITED STATES | Intuit Inc. | Software & Internet | 1 |
| University of Dallas | University of Dallas 1845 E. Northgate Drive | US | UNITED STATES | University of Dallas | Education | 1 |
| Hammer Residences, Inc. | 1909 East Wayzata Blvd | US | UNITED STATES | Hammer Residences Inc | | 1 |
| Columbia University | 612 W 115TH ST | US | UNITED STATES | Columbia University | Education | 1 |
| Login, Inc. | 4003 E Speedway Ste 119 | US | UNITED STATES | Login Inc | Telecommunications | 1 |
| University of Nevada, Reno | Information Technology/MS292,1644 N. Virginia | US | UNITED STATES | University of Nevada , Reno | Education | 1 |
| Washington State Board for Community & Technical Colleges | IT Division Suite 100 | US | UNITED STATES | Washington State Board for Community and Technical Colleges | | 1 |
| HICKS MOTTO | | US | UNITED STATES | | | 1 |
| CITY OF SHENANDOAH | 29955 I-45 NORTH | US | UNITED STATES | Shenandoah Restaurants | Travel, Recreation, and Leisure | 1 |
| Quality Technology Services, LLC. | 300 Satellite BLVD | US | UNITED STATES | Quality Technology Services | Software & Internet | 1 |
| Total | | | | | | 740 |

# Twitter Audience
The twitter accounts that have engaged with your release. See the tweets in the Pickup tab.
**Total Followers: 9,513**



eddymacmillan @eddymacmillan1

**39** Followers



**PR Newswire** @PRNAlert
**6,043** Followers

**PRNbiz** @PRNbiz
**2,245** Followers

**PRNcnsmr** @PRNcnsmr
**1,186** Followers

# Engagement

| **675** Total Engagement Actions | **356** Click-throughs | **307** Shares | **12** Downloads |
| --- | --- | --- | --- |

## Engagement Summary

### Engagement Timeline
See when your audience engaged with your release.



## Engagement Details
A break down of click-throughs, shares and other engagement actions.

## Click-throughs
The number of times your release sent visitors to the pages you linked to

| URL | Click-throughs |
| --- | --- |
| http://www.TaurusCarterSettlement.com/register/ | 278 |
| http://www.tauruscartersettlement.com/ | 40 |
| **Total** | **356** |

| URL | Click-throughs |
|---|---|
| http://www.TaurusCarterSettlement.com | 12 |
| http://www.tauruscartersettlement.com/safetytrainingvideo/ | 12 |
| http://www.TaurusCarterSettlement.com/faqs/ | 11 |
| http://www.tauruscartersettlement.com/documenthandler.ashx?docpath=/documents/final_enhanced_warranty.pdf | 3 |
| **Total** | **356** |

## Shares

A breakdown of the types of sharing your release generated.

| Type of share | Shares |
|---|---|
| Facebook Like | 274 |
| Twitter | 24 |
| Google | 9 |
| **Total Shares** | **307** |

## Downloads

Downloads of all files and documents with your release.

| Filename | Downloads |
|---|---|
| court-order-granting-preliminary-approval-872324474.pdf | 2 |
| enhanced-lifetime-warranty-1629223425.pdf | 3 |
| important-safety-information-about-your-pistol-943020678.pdf | 5 |
| settlement-agreement-and-release-1741878757.pdf | 2 |
| **Total** | **12** |

About PR Newswire    Contact PR Newswire    PR Newswire's Terms of Use Apply    Careers    Privacy    Site Map
RSS Feeds    Blog

Copyright PR Newswire Association LLC. All Rights Reserved. © 2016
A Cision company.

PR Newswire's Terms of Use Apply