# EXHIBIT 2

Plaintiff's Additional Submissions in Support of Motion
for Final Approval of Class Action Settlement

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

## DECLARATION OF DAVID L. SELBY, II
## IN SUPPORT OF PLAINTIFF'S ADDITIONAL SUBMISSIONS

I, David L. Selby, II, pursuant to 28 U.S.C. §1746, do hereby declare as follows:

This declaration is based upon my personal knowledge and I am submitting this declaration as part of Plaintiff's Additional Submission.

1. Class Counsel has personal knowledge of numerous incidents in which it is alleged that an unintended discharge of a Class Pistol resulted in a serious injury or death. A chronology of these incidents includes the following:

| | |
|---|---|
| February 14, 2005 | Adam M. was seriously injured from unintended discharge of Taurus PT-111. |
| April 30, 2009 | Craig P. was seriously injured from unintended discharge of Taurus PT-111. |
| November 24, 2009 | Judy P. was seriously injured from unintended discharge of Taurus PT-140. |
| February 18, 2011 | Scott A. was seriously injured from unintended discharge of Taurus PT-140. |
| December 20, 2013 | Class Action Filed. |

1

| Date | Event |
|---|---|
| February 18, 2014 | Jason F. was seriously injured from unintended discharge of Taurus 24/7. |
| May 1, 2014 | Nelson M. died of injuries resulting from unintended discharge of Taurus 24/7. |
| October 2, 2014 | Zachary D. was seriously injured from unintended discharge of Taurus PT-140. |
| October 21, 2014 | Nicholas A. was seriously injured from unintended discharge of Taurus 24/7. |
| November 7, 2014 | William P. was seriously injured from unintended discharge of Taurus PT-111. |
| November 9, 2014 | Karen M. was seriously injured from unintended discharge of Taurus PT-145. |
| February 15, 2015 | DJS (Minor) died from injuries resulting from unintended discharge of Taurus PT-609. |
| May 15, 2015 | Class Settlement Agreement. |
| November 21, 2015 | Rudy E. was seriously injured from unintended discharge of Taurus PT-745. |
| January 19, 2016 | First Final Approval Hearing. |
| April 15, 2016 | Richard A. was seriously injured from unintended discharge of Taurus PT-111. |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 7th day of July, 2016.

_David L. Selby, II_