UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
Others similarly situated,

    *Plaintiff*                               CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants*

_____

## SUPPLEMENT TO OBJECTION TO FINAL SETTLEMENT APPROVAL

The undersigned class Member submits the following:

### Taurus Has Just Reversed Its Position On Return Of Class Pistols.

For nearly a year, Taurus has been telling class members and the Court that class pistols could not be returned or repaired. Taurus has been saying that <u>all</u> class pistols would be replaced with the cheaper G2 pistols.

Taurus has just reversed its position. Taurus is now telling class members that they are *"re-evaluating"* their position and will *re-inspect* returned pistols. If the firearm does not pass re-inspection or cannot be repaired, **only then will the firearm be replaced**. According to Taurus, at this point, "all replacements are on hold until the repairs are completed".

Taurus' claims the receipt of a recent shipment of parts as justification for this reversal of position. There is no claim by Taurus that they miraculously designed, fabricated, tested and manufactured an engineering fix for the alleged defect during the two months since the filing of objections in May, 2016. See Exhibits VV 1-6 and below.

Dr Safir's estimate of settlement value was based upon the assumption that all class pistols would be replaced. That assumption is now invalid, rendering Dr Safir's report inapplicable and irrelevant.

Also, class members are entitled to specific notice of what they would receive in a settlement. The vague language of the settlement agreement, allowing Taurus to "address" class pistols any way they see fit, is a blank check for Taurus and inherently unfair to the settlement class.

Finally, this reversal of position is consistent with the assertion that class pistols are not defective.

---

### June 20, 2016 post by t*****a

"Well, just an update, I'm officially peeved. I sent my **PT145** to Taurus in August 2015. I've been chatting with them once a week since then. **They received it, and inspected it and determined it needed replaced.** Then I had an FFL dealer send them his information. They accepted it. **The response up until now has been that the 24/7 replacement was on back order.**

Today, I contacted Taurus again and the update today was "**At this time we will begin the inspection process in the next two weeks. If the firearms needs a repair, it will be repaired and returned to you. If the firearm cannot be repaired, only then will the firearm be replaced. At this point, all replacements are on hold until the repairs are completed.**"

WHAT!!!!!

Now we are going backwards. "

http://www.taurusarmed.net/forums/taurus-product-problems/156101-update-lawsuit-19.html Post 181. Emphasis added.

### June 27, 2016  post by C*******r

"Just got off the phone with "Tammy" who is a supposed manager at Taurus USA responding to my request for Anthony to call me to state **why they have reversed their claim about the guns that they have received for replacement.**

**She states that Taurus in Miami has <u>"just received a large shipment of parts that prompted them to want to reinspect the guns received to determine if they can be repaired'. I asked if that meant that they had a "fix" for the supposed problem with the Millennium series. She went back to the script and said that they will be "re-evaluated" for repair...and put a time frame of 6-8 months on this process.</u>** That means, if my calculations are close, that I may not receive either my original, fixed, pistol or a replacement until March 2017..which would put it maybe a year and a half after they received it.

I ended the conversation by telling her that my recommendation to any and all people considering a Taurus product is that they avoid doing so. If you get a good one, you're golden...if it is not good and needs repair, you are basically either on your own or at their mercy."

http://www.taurusarmed.net/forums/taurus-product-problems/156101-update-lawsuit-20.html  Post 197.  Emphasis added.

### July 8, 2016 post by C*******r

"New chat just concluded:

Jonathan **1:54:20 AM**
**At this time we will begin the inspection process in the next two weeks. If the firearms needs a repair, it will be repaired and returned to you. <u>If the firearm cannot be repaired, only then will the firearm be replaced. At this point, all replacements are on hold until the repairs are completed.</u>**

Me **1:54:48 AM**
I was told back in October that my gun would be replaced.

Me **1:54:58 AM**
In 4-6 months

Jonathan **1:57:05 AM**
Yes i under stand sir but we just received parts to have the firearm repaired and inspected

3

if the firearm passes inspection with the new repairs we will have them sent back and if not we will continue with the replacements

**Me 1:58:30 AM**
I have sold and given away over 300.00 worth of magazines, parts and holsters based upon your statement that you would replace my pistol with a 24/7 SS Compact in 45 ACP.

**Jonathan 2:00:26 AM**
I do apologize for that sir but these are the steps that we are proceeding with

**Me 2:06 AM**
Taurus is going to have to make good on those items if you return my original pistol.

**Jonathan 2:51 AM**
Yes sir that is why we are working on having them repaired again

**Me 2:04:19 AM**
<u>So Taurus will supply the 6 magazines, holsters and extra springs that I disposed of when Taurus advised me that I wouldn't need them anymore?</u>

**Jonathan 2:35 AM**
Unfortunately i'm not sure how that was brought up but **no we would not be able to supply you with that**

**Me 2:14 AM**
Well then you had better find the 24/7 SS Compact in 45 ACP that was promised.

**Jonathan 2:53 AM**
Sir at this moment you sent in a MILLENNIUM PT145 .45 ACP POLYMER PISTOL and thats whats being repaired until the inspections make the decision

**Me 2:58 AM**
I have a commitment from your firm that you are replacing that pistol.

**Jonathan 2:49 AM**
IF the firearm does not pass inspection with the new repairs then we will continue with the replacement

**Me 2:39 AM**
You cannot change the rules in the middle of the game. Read the above again...Taurus COMMITTED to replacing that pistol.

**Jonathan 2:14 AM**
Sir i understand but the latest update is that the parts are in and the firearm will be fixed if its does not pass inspection then we will continue with the replacement

4

**Me 2:☻:33 AM**
The "latest update" does not change the prior statements and advice from Taurus that <u>**my pistol, which was received the first week of August 2015, inspected by the first week of October 2015 and deemed un-repairable at that time. Then your firm advised me in writing that the firearm would be replaced.**</u>

**Jonathan 2:☻:33 AM**
Sir once again that is the latest updated information and those will be the steps we will be taking is their anything i can assist you with ?

**Me 2:19:10 AM**
Have a good weekend...and find my new pistol.

**Jonathan 2:20:27 AM**
Thank you sir you as well and please have in mind that we will have them repaired or replaced thank you again and have a goodnight

I am wondering how they will like having to respond to a small claims court suit filed in Illinois?"

http://www.taurusarmed.net/forums/taurus-product-problems/156101-update-lawsuit-21.html  Post #202.  Emphasis added.

---

RESPECTFULLY SUBMITTED:

*[signature]*

Steven A Glaviano, Pro Se
609 W William David Pkwy Suite 102
Metairie LA  70005
(504) 835-8887
TrustGroup@aol.com

This pleading has been served upon the following parties via US Mail or Federal Express at the below addresses on July 12, 2016.

David L. Selby, II
John W. Barrett
Bailey & Glasser, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244


John P Marino
Smith, Gambrell and Russell, LLP
50 North Laura Street Suite 2600
Jacksonville, FL  322202

**Steven A Glaviano**



HOME    FORUM    WHAT'S NEW?    ACTIVE TOPICS    GALLERY

New Posts    FAQ    Calendar    Community    Forum Actions    Quick Links

Forum    The Range    Taurus Product Problems    update on lawsuit.    Advanced S

User Name    Password

Results 181 to 190 of 206    Page 19 of 21

**Thread: update on lawsuit.**

Post #181

06-20-2016, 09:02 AM

**tonkota**
Junior Member



| Member #: | 49309 |
| Join Date: | Apr 2016 |
| Location: | INW |
| Posts: | 18 |
| Liked: | 12 times |

Well, just an update, I'm officially peeved. I sent my PT145 to Taurus in August 2015. I've been chatting with them once a week since then. They received it, and inspected it and determined it needed replaced. Then I had an FFL dealer send them his information. They accepted it. The response up until now has been that the 24/7 replacement was on back order.

Today, I contacted Taurus again and the update today was "At this time we will begin the inspection process in the next two weeks. If the firearms needs a repair, it will be repaired and returned to you. If the firearm cannot be repaired, only then will the firearm be replaced. At this point, all replacements are on hold until the repairs are completed."

WHAT!!!!!

Now we are going backwards.

Objector Exhibit V V

1 of 6

Page rotated 90°.



**Czechbikr**
Super Moderator

Member #: 5628
Join Date: Dec 2008
Posts: 19,031
Liked: 16645 times

06-27-2016, 11:53 AM

Reply With Quote #197

Just got off the phone with "Tammy" who is a supposed manager at Taurus USA responding to my request for Anthony to call me to state why they have reversed their claim about the guns that they have received for replacement.

She states that Taurus in Miami has "just received a large shipment of parts that prompted them to want to reinspect the guns received to determine if they can be repaired". I asked if that meant that they had a "fix" for the supposed problem with the Millennium series. She went back to the script and said that they will be "re-evaluated" for repair..and put a time frame of 6-8 months on this process. That means, if my calculations are close, that I may not receive either my original, fixed, pistol or a replacement until March 2017...which would put it maybe a year and a half after they received it.

I ended the conversation by telling her that my recommendation to any and all people considering a Taurus product is that they avoid doing so. If you get a good one, you're golden...if it is not good and needs repair, you are basically either on your own or at their mercy.

It is difficult to gain the truth from the media in this age. It is a huge puzzle with small pieces. In order to solve it, one must have perseverance, all of the pieces, imagination, time, and most of all...the desire to put the picture together. Our real trouble is that there are far too few people today with the desire to do this.

Share



**Fishinkeylargo**
Senior Member

06-27-2016, 12:17 PM

Reply With Quote #198

> Originally Posted by **Czechbikr**
>
> *Just got off the phone with "Tammy" who is a supposed manager at Taurus USA responding to my request for Anthony to call me to state why they have reversed their claim about the guns that they have received for replacement.*
>
> *She states that Taurus in Miami has "just received a large shipment of parts that prompted them to want to reinspect the guns received to determine if they can be repaired". I asked if that meant that they had a "fix" for the supposed problem*

FreeInAZ likes this.

07-08-2016, 08:26 PM

**Czechbikr**
Super Moderator





Member #: 5628
Join Date: Dec 2008
Posts: 19,031
Liked: 16647 times

Reply With Quote #202

It is difficult to gain the truth from the media in this age. It is a huge puzzle with small pieces. In order to solve it, one must have perseverance, all of the pieces, imagination, time, and most of all...the desire to put the picture together. Our real trouble is that there are far too few people today with the desire to do this.

New chat just concluded:

Jonathan 1:54:20 AM
At this time we will begin the inspection process in the next two weeks. If the firearm needs a repair, it will be repaired and returned to you. If the firearm cannot be repaired, only then will the firearm be replaced. At this point, all replacements are on hold until the repairs are completed.

Me 1:54:48 AM
I was told back in October that my gun would be replaced.

Me 1:54:58 AM
In 4-6 months

Jonathan 1:57:05 AM
Yes i under stand sir but we just recevied parts to have the firearm repaired and inspected if the firearm passes inspection with the new repairs we will have them sent back and if not we will continue with the replacements

Me 1:58:30 AM
I have sold and given away over 300.00 worth of magazines, parts and holsters based upon your statement that you would replace my pistol with a 24/7 SS Compact in 45 ACP.

Objector Exhibit V V

3 of 6

**Jonathan 2:00:26 AM**
I do apologize for that sir but these are the steps that we are proceeding with

**Me 2:06 AM**
Taurus is going to have to make good on those items if you return my original pistol.

**Jonathan 2:51 AM**
Yes sir that is why we are working on having them repaired again

**Me 2:04:19 AM**
So Taurus will supply the 6 magazines, holsters and extra springs that I disposed of when Taurus advised me that I wouldn't need them anymore?

**Jonathan 2:35 AM**
Unfortunately i'm not sure how that was brought up but no we would not be able to supply you with that

**Me 2:14 AM**
Well then you had better find the 24/7 SS Compact in 45 ACP that was promised.

**Jonathan 2:53 AM**
Sir at this moment you sent in a MILLENNIUM PT145 .45 ACP POLYMER PISTOL and thats whats being repaird until the inspections make the decision

Objector Exhibit VV

4 of 6

**Me 2:58 AM**
I have a commitment from your firm that you are replacing that pistol.

**Jonathan 2:49 AM**
IF the firearm does not pass inspection with the new repairs then we will continue with the replacement

**Me 2:39 AM**
You cannot change the rules in the middle of the game. Read the above again...Taurus COMMITTED to replacing that pistol.

**Jonathan 2:14 AM**
Sir i understand but the latest update is that the parts are in and the firearm will be fixed if its does not pass inspection then we will continue with the replacement

**Me 2:33 AM**
The "latest update" does not change the prior statements and advice from Taurus that my pistol, which was received the first week of August 2015, inspected by the first week of October 2015 and deemed un-repairable at that time. Then your firm advised me in writing that the firearm would be replaced.

**Jonathan 2:33 AM**
Sir once again that is the latest updated information and those will be the steps we will be taking is their anything i can assist you with ?

**Me 2:19:10 AM**
Have a good weekend...and find my new pistol.

Objector Exhibit VV

5 of 6

**FreeInAZ** °
Senior Member

| | |
|---|---|
| Member #: | 41091 |
| Join Date: | Feb 2014 |
| Posts: | 1,807 |
| Liked: | 1748 times |

07-08-2016, 08:49 PM

**Jonathan 2:20:27 AM**
Thank you sir you as well and please have in mind that we will have them repaired or replaced thank you again and have a goodnight

I am wondering how they will like having to respond to a small claims court suit filed in Illinois?

FreeInAZ, mingaa and ginelmore like this.

It is difficult to gain the truth from the media in this age. It is a huge puzzle with small pieces. In order to solve it, one must have perseverance, all of the pieces, imagination, time, and most of all...the desire to put the picture together. Our real trouble is that there are far too few people today with the desire to do this.

Reply With Quote
#203

Maybe you can start another class action on the poor handling of the 1st class action???

ginelmore likes this.

Objector Exhibit  VV

6 of 6

**STEVEN A GLAVIANO**

609 West William David Parkway
Suite 102
Metairie, LA 70005
Office: (504) 835-8887
Fax: (504) 835-3024
TrustGroup@aol.com

July 12, 2016


Clerk of Court, USDC
Southern District of Florida
U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Re: Carter v Forjas Taurus S. A., et al.
    **Case No. 1:13-CV-24583-PAS**

Dear Sirs:

Enclosed for filing please find
**SUPPLEMENT TO OBJECTION TO FINAL SETTLEMENT APPROVAL**


Sincerely,

*[signature]*

Steven A Glaviano

SG/mbs



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.