IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>*Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

**JOINT MOTION TO STRIKE**
**"SUPPLEMENT TO OBJECTION TO FINAL SETTLEMENT APPROVAL"**

For reasons that are not entirely clear, Objector Steven Glaviano ("Glaviano") does not like this settlement. Nonetheless, the Court has once denied his attempt to derail the process, and the parties have jointly responded to his renewed objections. [DE 182; 189]. His recent "supplement" to that objection, however, should be stricken from the record.

Mr. Glaviano's supplement simply has nothing to do with the issue before the Court. Rather, it appears to be nothing more than a compilation of unauthenticated, anonymous internet "chat room" complaints. Glaviano then relies upon these to argue that Taurus has somehow acted inconsistently with the settlement by advising consumers that their pistols may be repaired rather than replaced under Taurus's existing warranty.

But even if these dubiously-sourced representations were true, Glaviano misses the point: until the settlement is approved, Taurus has no obligation under the settlement to repair or replace any Class Pistols. In other words, until an obligation to repair or replace the Class Pistols

1

arises under an approved settlement, Glaviano's supplement is simply an unsubstantiated gripe about Taurus's customer service, not a legitimate challenge to the fairness, adequacy, or reasonableness of the settlement.

In addition, the parties note that Glaviano's supplement was untimely and filed without the Court's leave. *See* Fed. R. Civ. P. 6(b); L.R. Civ. P. 7.1(c). The deadline for objections was May 18, 2016. [DE 178]. While pro se litigants are sometimes entitled to a little leeway, the Eleventh Circuit has consistently required pro se parties to conform to procedural rules. *See Mosley v. Meristar Mgmt. Co.,* 137 Fed. App'x. 248, 250 (11th Cir. 2005). Glaviano, though acting on his own behalf in these proceedings, is a lawyer. Mr. Glaviano graduated law school from Louisiana State University in 1979 and actively practiced litigation for almost 20 years (Hr'g Tr. 38, Jan. 20, 2016) and was admitted to practice in the United States District Court for the Eastern District of Louisiana (Glaviano Dep. 103, Jan. 14, 2016). Moreover, Mr. Glaviano was represented by counsel during his deposition in this case. There is no reason for the Court to excuse his tardy — and irrelevant — submission. Accordingly, Glaviano's "Supplement to Objection to Final Settlement Approval" should be stricken.

Respectfully submitted, this 15th day of July, 2016.

Counsel for Plaintiff

*/s/ David L. Selby, II*
David L. Selby, II (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.:   (205) 988-9253
Fax:   (205) 733-4896
Email: dselby@baileyglasser.com

Counsel for Defendants

*/s/ John P. Marino*
John P. Marino (FBN: 814539)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email:  jmarino@sgrlaw.com

John W. Barrett (*Admitted Pro Hac Vice*)
Eric B. Snyder (*Admitted Pro Hac Vice*)
Patricia M. Kipnis (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:   (304) 345-6555
Fax:   (304) 342-1110
Email: jbarrett@baileyglasser.com
          esnyder@baileyglasser.com
          pkipnis@baileyglasser.com

Marc R. Weintraub (FBN: 119976)
BAILEY & GLASSER, LLP
360 Central Avenue
St. Petersburg, Florida 33701
Tel.:   (727) 894-6745
Fax:   (727) 894-2649
Email: mweintraub@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:   (205) 324-4008
Fax:   (205) 324-0803
Email: twheeles@mhhlaw.net

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:   (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:   (305) 854-4900
Email: finklehoffe@leesfield.com
          scolaro@leesfield.com
          leesfield@leesfield.com

Kristen W. Bracken (FBN: 092136)
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.:   (904) 598-6100
Fax:   (904) 598-6300
Email: kbracken@sgrlaw.com

Timothy A. Bumann (*Admitted Pro Hac Vice*)
John Weeks (*Admitted Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
120 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel.:   (404) 815-3500
Fax:   (404) 815-3900
Email:  tbumann@sgrlaw.com
            jweeks@sgrlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify on July 15, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

Stephen D. Field, Esq.
Stephen D. Field, P.A.
102 E. 49th Street
Hialeah, FL 33013
Tel.: (305) 698-3421
Fax: (305) 698-1930
Email: steve@field-law.com
Attorney for Objector Pennington

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota 55433

Dean McAdams
8574 San Vicente Drive
Yucca Valley, CA 92284

Richard Louis Jordan
2056 Walnut Creek Drive
Flint, Michigan 48532

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana 70005

Michael Reamy
P.O. Box 957
Cuero, TX 77954

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

>   */s/ David L. Selby, II*
>   David L. Selby, II