IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FORJAS TAURUS S.A.,<br>TAURUS INTERNATIONAL<br>MANUFACTURING, INC., and<br>TAURUS HOLDINGS, INC.,<br><br>    *Defendants*. | Case No. 1:13-cv-24583-PAS<br><br>**CLASS ACTION** |

## NOTICE OF FILING

COMES NOW the Plaintiff in the above-titled action and respectfully submits the attached Declaration of David L. Selby, II in Response to Order [DE 188] Regarding Topics of Discussion for Final Approval Hearing.

Respectfully submitted, this 15th day of July, 2016.

                                            Counsel for Plaintiff

                                            */s/ David L. Selby, II*
                                            David L. Selby, II (*Admitted Pro Hac Vice*)
                                            BAILEY & GLASSER, LLP
                                            3000 Riverchase Galleria, Suite 905
                                            Birmingham, Alabama 35244
                                            Tel.:   (205) 988-9253
                                            Fax:   (205) 733-4896
                                            Email: dselby@baileyglasser.com

John W. Barrett (*Admitted Pro Hac Vice*)
Eric B. Snyder (*Admitted Pro Hac Vice*)
Patricia M. Kipnis (*Admitted Pro Hac Vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia  25301
Tel.:     (304) 345-6555
Fax:     (304) 342-1110
Email:  jbarrett@baileyglasser.com

Marc R. Weintraub (FBN: 119976)
BAILEY & GLASSER, LLP
360 Central Avenue
St. Petersburg, Florida 33701
Tel.:     (727) 894-6745
Fax:     (727) 894-2649
Email:  mweintraub@baileyglasser.com

Todd Wheeles (*Admitted Pro Hac Vice*)
MORRIS, HAYNES, HORNSBY & WHEELES
3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243
Tel.:     (205) 324-4008
Fax:     (205) 324-0803
Email:  twheeles@mhhlaw.net

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida  33131
Tel.:     (305) 854-4900
Email:  finklehoffe@leesfield.com
            scolaro@leesfield.com
            leesfield@leesfield.com

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:     (954) 765-0537
Email:  amjrpamail@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify on July 15, 2016, I caused a true and correct copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

| | |
|---|---|
| Stephen D. Field, Esq.<br>Stephen D. Field, P.A.<br>102 E. 49th Street<br>Hialeah, FL  33013<br>Tel.:  (305) 698-3421<br>Fax:  (305) 698-1930<br>Email:  steve@field-law.com<br>Attorney for Objector Pennington | Richard Louis Jordan<br>2056 Walnut Creek Drive<br>Flint, Michigan  48532<br><br>Steven A. Glaviano<br>609 W. William David Pkwy<br>Suite 102<br>Metairie, Louisiana  70005 |
| Troy Kenneth Scheffler<br>965 104th Ave. NW<br>Coon Rapids, Minnesota  55433 | Michael Reamy<br>P.O. Box 957<br>Cuero, TX  77954 |
| Dean McAdams<br>8574 San Vicente Drive<br>Yucca Valley, CA  92284 | |

    I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

    */s/ David L. Selby, II*
    David L. Selby, II