IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS P. CARTER, Individually and on behalf of all others similarly situated, *Plaintiffs*, v. FORJAS TAURUS S.A., TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC., *Defendants*. | Case No. 1:13-cv-24583-PAS  **CLASS ACTION** |

**DECLARATION OF DAVID L. SELBY, II
IN RESPONSE TO ORDER [DE 188] REGARDING
TOPICS OF DISCUSSION FOR FINAL APPROVAL HEARING**

I, David L. Selby, II, pursuant to 28 U.S.C. §1746, do hereby declare as follows:

I am over the age of 18 and I am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted otherwise.

1. The Court entered an Order on July 7, 2016 [DE 188] advising the parties that she would like additional information to assist in her deliberations prior to the Final Approval Hearing scheduled for July 18, 2016. The purpose of this declaration is to assist the Court with those deliberations.

2. The total hours Class Counsel has expended on this matter to date totals 8,062.5 The rates for each attorney are set forth in Exhibit A. These rates are consistent with the hourly rates of attorneys of comparable experience practicing in the Southern District of Florida. *See* Declaration of David M. Buckner – Attached hereto as Exhibit B. *See also Marty v. Anheuser-*

1

*Busch Companies, LLC*, No. 13-cv-23656 (S.D. Fla. 2015); *see also Lanza v. Upscale Events*, No. 13-cv-80093 (S.D. Fla. 2014).

3. Based on our experience, I anticipate that Class Counsel will expend between 250 and 500 additional hours of attorney and non-attorney time on this matter, including, administration of settlement claims, continue to communicate with Class Members, handling various issues related to claims administration, and any responses to any potential appeals.

4. Class Counsel spent $9,128.58 on the Portugese-speaking lawyer. The Chartered Accountant is employed by Bailey Glasser LLP and his time would be included as part of the total hours and not an outside expense paid by Class Counsel.

5. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 14th day of July, 2016.

*[signature]*

David L. Selby, II

2

# EXHIBIT A

Declaration of David L. Selby, II in Response to Order [DE 188]
Regarding Topics of Discussion for Final Approval Hearing

**Exhibit A to the Declaration of David L. Selby, II dated July 14, 2016**

| Attorney | Years of Practice | Rate |
|---|---|---|
| Morris, Larry (MHH Law) | 48 | $685.00 |
| Marino, Angelo (Marino Firm) | 44 | $685.00 |
| Selby, David L. | 26 | $685.00 |
| Glasser, Brian A. | 22 | $685.00 |
| Finklehoffe, Carol (Leesfield) | 22 | $685.00 |
| Perrine, J. B. | 21 | $685.00 |
| Barrett, John W. | 19 | $685.00 |
| Joshi, Cary L | 14 | $640.00 |
| Wheeles, Todd (MHH Law) | 14 | $640.00 |
| Kipnis, Patricia M. | 13 | $640.00 |
| Snyder, Eric B. | 13 | $640.00 |
| Goldshaw, Leona Z. | 10 | $570.00 |
| Ford, Matthew J. | 10 | $570.00 |
| Forman, Isaac R. | 5 | $450.00 |
| Donovan, Ryan M. | 5 | $450.00 |

# EXHIBIT B

Declaration of David L. Selby, II in Response to Order [DE 188]
Regarding Topics of Discussion for Final Approval Hearing

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.

Case No. 1:13-cv-24583-PAS

**CLASS ACTION**

## DECLARATION OF DAVID M. BUCKNER

I, David M. Buckner, pursuant to 28 U.S.C. §1746, do hereby declare as follows:

1. I am an attorney admitted to practice in the Southern District of Florida. This declaration is based upon my personal knowledge. I have spent approximately 18 years practicing law in this District, eight of those as an Assistant United States Attorney and the last ten as a private practitioner. I am presently a partner at Buckner + Miles. My practice includes representing proposed classes of plaintiffs in class actions filed in this District and elsewhere around the country.

2. I have reviewed the Declaration of David L. Selby, II, of July 14, 2016, which sets forth, among other things, the hourly rates and years of experience of the attorneys involved in prosecuting this matter.

3. Based on my years of practice in this District and my knowledge of the hourly rates of attorneys here, including those with whom I have worked on class actions before this Court, the rates set forth in Exhibit A to Mr. Selby's Declaration are within the range of those attorneys

practicing in this District possessing similar years of experience. Indeed, some of the rates for the more experienced members of this list are below those of what I understand to be the rates of lawyers in this District with similar years of practice.

Respectfully submitted this 14th day of July, 2016.

David M. Buckner