**CIVIL MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE

CASE NO. 13-cv-24583    DATE 7/18/2016

CLERK  Shaw           REPORTER  G. Powers

TITLE OF CASE  Carter v. Forjas Taurus SA, et al

P. ATTORNEY  J. Barrett; D. Selby;

D. ATTORNEY  J. Manno; T. Bumann

REASON FOR HEARING  Final Approval of Class Action Settlement

TIME ON RECORD  1 hr, 20 min

RESULT OF HEARING  Order to Follow

CASE CONTINUED TO _____

MISC. _____