**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:13-CV-24583-PAS**

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

      *Plaintiff,*                            CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

      *Defendants.*
_____/

## ORDER SETTING VIDEO CONFERENCE

THIS MATTER is before the Court *sua sponte*. On July 28, 2016, the Court received an inquiry from Mr. Glenn Douglas, who asserts that he has opted out of the Class Settlement, regarding the Class Settlement's safety training videos and their compliance under the Americans with Disabilities Act. The Court requests the input of both parties on this matter. Therefore it is,

ORDERED THAT

1)      The parties shall appear by video conference on **Tuesday, August 9, 2016 at 10:00 a.m.** The parties are to call chambers no later than Thursday, August 4, 2016, regarding logistics for setting up the video connection.

2)      Prior to the conference, the parties shall also file the names of the four individuals who have chosen to opt-out of the Class Settlement.

**DONE** and **ORDERED** in Miami, Florida, this 2ᵈ day of August, 2016.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:      Counsel of Record