# Motion for Permission to Appeal In Forma Pauperis and Affidavit

~~United States Court of Appeals for the Eleventh Circuit~~
United States District Court for the Southern District of Florida

Chris P. Carter

v.

Forjas Taurus S.A., et al.

Court of Appeals No. _____
District Court No. 1:13-cv-24583-PAS

FILED by AP D.C.
AUG 02 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

REC'D by _____ D.C.
AUG 03 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 07-22-2016        Signed: _____

*1. My issues on appeal are:* I am appealing as a class member. The class settlement does not represent the interests of the class. Both parties have only been interested in hammering through a settlement to the point that they stayed discovery before anything was conclusively found wrong with the firearms. Class members are forced into making a woefully uninformed decision to keep a potentially dangerous firearm or return it for a loss. This in no way benefits the class. Furthermore, the class itself is untenable for a number of reasons in serving notice and the false expectation that firearm owners would openly object to the settlement by foregoing their privacy in peacefully owning a firearm by registering the firearm and serial number with a branch of the government to make an objection. This approved class settlement leaves the public at severe risk by a lack of discovery and lack of informed consent. I for one will not be returning my potentially dangerous firearm at a loss without more to go on, which places the public at risk.

Rev.: 2/14

2. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 70 | $ 0 | $ 70 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interests and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as Social Security, insurance payments) | $ 1389 | $ 0 | $ 1389 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 1459 | $ 0 | $ 1459 | $ 0 |

3. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

4. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

n/a

5. *How much cash do you and your spouse have?*  $ 20

2

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Financial One CU | Savings | $ 10 | $ 0 |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

6. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 154,000 | None | Make & Year: None |
| | | Model: |
| | | Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| None | | Make & Year |
| | | Model: |
| | | Registration #: |

7. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | n/a | n/a |

3

8. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| None | | |
| | | |
| | | |

9. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 1040 | $ 0 |
| Are real-estate taxes included? ■ Yes ■ No | $ | $ 0 |
| Is property insurance included? ☐ Yes ☐ No | $ | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 200 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 20 | $ 0 |
| Food | $ 120 | $ 0 |
| Clothing | $ 20 | $ 0 |
| Laundry and dry-cleaning | $ 20 | $ 0 |
| Medical and dental expenses | $ 10 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 20 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
|     Homeowner's or renter's | $ 0 | $ 0 |
|     Life | $ 0 | $ 0 |
|     Health | $ 53 | $ 0 |
|     Motor Vehicle | $ 0 | $ 0 |
|     Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
|     Motor Vehicle | $ 0 | $ 0 |
|     Credit card (name): _____ | $ 0 | $ 0 |
|     Department store (name): _____ | $ 0 | $ 0 |
|     Other: _____ | $ 0 | $ 0 |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| **Total monthly expenses** | $ 1503 | $ 0 |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes  ■ No     If yes, describe on an attached sheet.

11. Have you spent – or will you be spending – any money for expenses or attorney fees in connection with this lawsuit?

    ☐ Yes  ■ No     If yes, how much: $ _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.




13. State the city and state of your legal residence.

    Your daytime phone number: (763) 225-7702 _____
    Your age: 40 _____  Your years of schooling: 18 _____
    Last four digits of your Social Security number: 9105 _____

5