UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    Plaintiff,                                     **Case No. 1:13-cv-24583-PAS**

v.                                                      Class Action

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.
_____/

**JOINT NOTICE OF OPT-OUTS**

The parties jointly submit this notice pursuant to the Court's Order Setting Video Conference dated August 2, 2016 [DE 198]. The parties inform the Court that the Class Administrator has received requests for exclusion from the following:

1. Glenn Douglas
2. Jacob Smailes
3. Robert Hyson
4. Michael E. Meyers

Respectfully submitted on August 8, 2016.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| */s/ David L. Selby, II* | */s/ John P. Marino* |
| David L. Selby, II (*Admitted Pro Hac Vice*) | John P. Marino (FBN: 814539) |
| BAILEY & GLASSER, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 3000 Riverchase Galleria, Suite 905 | 50 N. Laura Street, Suite 2600 |
| Birmingham, Alabama 35244 | Jacksonville, FL 32202 |
| Tel.: (205) 988-9253 | Tel.: (904) 598-6100 |
| Fax: (205) 733-4896 | Fax: (904) 598-6300 |
| Email: dselby@baileyglasser.com | Email: jmarino@sgrlaw.com |
| | |
| John W. Barrett (*Admitted Pro Hac Vice*) | Kristen W. Bracken (FBN: 092136) |
| Eric B. Snyder (*Admitted Pro Hac Vice*) | SMITH, GAMBRELL & RUSSELL, LLP |
| Patricia M. Kipnis (*Admitted Pro Hac Vice*) | 50 N. Laura Street, Suite 2600 |
| BAILEY & GLASSER, LLP | Jacksonville, FL 32202 |
| 209 Capitol Street | Tel.: (904) 598-6100 |
| Charleston, West Virginia 25301 | Fax: (904) 598-6300 |
| Tel.: (304) 345-6555 | Email: kbracken@sgrlaw.com |
| Fax: (304) 342-1110 | |
| Email: jbarrett@baileyglasser.com | Timothy A. Bumann (*Admitted Pro Hac Vice*) |
| | SMITH, GAMBRELL & RUSSELL, LLP |
| Todd Wheeles (*Admitted Pro Hac Vice*) | 120 Peachtree Street, NE |
| MORRIS, HAYNES, HORNSBY & WHEELES | Promenade, Suite 3100 |
| 3500 Colonnade Parkway, Suite 100 | Atlanta, Georgia 30309 |
| Birmingham, AL 35243 | Tel.: (404) 815-3500 |
| Tel.: (205) 324-4008 | Fax: (404) 815-3900 |
| Fax: (205) 324-0803 | Email: tbumann@sgrlaw.com |
| Email: twheeles@mhhlaw.net | |

Angelo Marino, Jr. (FBN: 151934)
ANGELO MARINO, JR., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Tel.: (954) 765-0537
Email: amjrpamail@aol.com

Carol Finklehoffe (FBN: 15903)
Thomas Scolaro (FBN: 178276)
Ira H. Leesfield (FBN: 140270)
LEESFIELD & PARTNERS, P.A.
2350 South Dixie Highway
Miami, Florida 33131
Tel.: (305) 854-4900
Email: finklehoffe@leesfield.com
　　　　scolaro@leesfield.com
　　　　leesfield@leesfield.com

## CERTIFICATE OF SERVICE

I certify on August 8, 2016, I caused a copy of the foregoing to be served to the following parties via U.S. Mail, email, fax, and/or overnight courier:

Stephen D. Field, Esq.
Stephen D. Field, P.A.
102 E. 49th Street
Hialeah, FL  33013
Tel.:  (305) 698-3421
Fax:  (305) 698-1930
Email:  steve@field-law.com
Attorney for Objector Pennington

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota  55433

Dean McAdams
8574 San Vicente Drive
Yucca Valley, CA  92284

Richard Louis Jordan
2056 Walnut Creek Drive
Flint, Michigan  48532

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana  70005

Michael Reamy
P.O. Box 957
Cuero, TX  77954

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide notification of and make available the same to all counsel of record.

*/s/ John P. Marino*
Attorney