# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __ABM__
Aug 11, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 11, 2016

Troy Scheffler
965 104TH AVE NW
COON RAPIDS, MN 55433

Appeal Number: 16-15277-FF
Case Style: n v. Troy Scheffler, et al
District Court Docket No: 1:13-cv-24583-PAS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE September 12, 2016. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

FRAP 26.1 and the accompanying circuit rules on the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) provide that: (1) every party and amicus curiae must include a CIP within every motion, petition, brief, answer, response, and reply filed; (2) in addition, appellants and petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; and (3) within 14 days after the filing of the appellants' and petitioners' CIP, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a notice either indicating that the CIP is correct and complete, or adding any interested persons or entities omitted from the CIP.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se

filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Janet Mohler, FF
Phone #: (404) 335-6178

DKT-7CIV Civil Early Briefing

FILING FEE
PAID $0.00
In Forma Pauperis NBS
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

FILED by AP D.C.
AUG 0 2 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

CHRIS P. CARTER, )
Individually and on behalf of all )
others similarly situated, )
 )
 )
Plaintiff, )
 )  Case No. 1:13-cv-24583-PAS
v. )
 )
 )
FORJAS TAURUS S.A., )
TAURUS INTERNATIONAL )
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

Defendants.

REC'D by _____ D.C.
AUG 0 3 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF APPEAL

Notice is hereby given that Troy K. Scheffler, Class Member in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final "ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, GRANTING MOTION FOR ATTORNEY'S FEES AND INCENTIVE AWARD, AND OVERRULING OBJECTIONS TO SETTLEMENT" entered in this action on 07/22/2016.

Date: 07/22/2016

Troy Scheffler
Class Member
965 104th Ave. NW
Coon Rapids, MN 55433
763-225-7702
troyscheffler@gmail.com