```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100128072
Cashier ID: vthomas
Transaction Date: 08/16/2016
Payer Name: STEVEN A. GLAVIANO
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: STEVEN A. GLAVIANO
 Case/Party: D-FLS-1-13-CV-024583-001
 Amount:         $505.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 5525
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```