FILING FEE
PAID $505.00
In Forma Pauperis 128072
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-24583-PAS

FILED by AP D.C.
AUG 1 6 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

CHRIS P. CARTER,
Individually and on behalf of all
Others similarly situated,

 *Plaintiff*

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

 *Defendants*

CLASS ACTION

## NOTICE OF APPEAL

Notice is hereby given that the undersigned Objector and Member of the Settlement Class hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Plaintiff's Motion For Final Approval Of Class Action Settlement, Granting Motion For Attorneys' Fees And Incentive Award, And Overruling Objections To Settlement dated July 22, 2016 [DE 197], as well as all orders and opinions that merge therein, specifically including, but not limited to, the grant of the Joint Motion to Strike Objector Glaviano's Supplemental Objection [DE193].

RESPECTFULLY SUBMITTED:

*[signature]*

**Steven A Glaviano, Pro Se**
**609 W William David Pkwy Suite 102**
**Metairie LA 70005**
**(504) 835-8887**
**TrustGroup@aol.com**

This pleading has been served upon the following parties via US Mail at the below addresses on August 15, 2016.

David L. Selby, II
John W. Barrett
Bailey & Glasser, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244

John P Marino
Smith, Gambrell and Russell, LLP
50 North Laura Street Suite 2600
Jacksonville, FL 322202

*[signature]*

**Steven A Glaviano**

**STEVEN A GLAVIANO**

609 West William David Parkway
Suite 102
Metairie, LA 70005
Office: (504) 835-8887
Fax:    (504) 835-3024
TrustGroup@aol.com

August 15, 2016

Clerk of Court, USDC
Southern District of Florida
U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Re:   Carter v Forjas Taurus S. A., et al.
      **Case No. 1:13-CV-24583-PAS**

Dear Sirs:

Enclosed for filing please find a NOTICE OF APPEAL.

Also enclosed is out check in the amount of $505.00.

Sincerely,

*[signature]*

Steven A Glaviano

SG/mbs