UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of
all others similarly situated,

    Plaintiff,                                                  CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.
_____/

**NOTICE OF ATTORNEY APPEARANCE
ON BEHALF OF OBJECTOR RICHARD JORDAN**

The undersigned attorney, STEPHEN D. FIELD, ESQ., enters his notice of appearance as counsel on behalf of Objector, RICHARD JORDAN (previously *pro se*), and requests that the Court and Parties direct all mailings, notices, and service of motions, pleadings, discovery, and any other relevant documents to the undersigned.

WHEREFORE, attorney, STEPHEN D. FIELD, ESQ., hereby gives notice to the Court of his appearance as counsel on behalf of the Objector, RICHARD JORDAN.

Dated: August 19, 2015
       Miami, Florida

STEPHEN D. FIELD, P.A.

By: /s/ Stephen D. Field
STEPHEN D. FIELD, ESQ.
Florida Bar No. 554111
Email: steve@field-law.com
102 E 49th Street
Hialeah, FL 33013
Telephone: (305) 698-3421
Direct Line: (305) 798-1335
Facsimile: (305) 698-1930
*Attorney for Objector Richard Jordan*

**CERTIFICATE OF SERVICE**

I hereby certify on August 19, 2016, a copy of the foregoing was served by United States mail on the following:

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota 55433

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana 70005

Corbin Douthitt
412 Hillview Drive
Hurst, TX 76054

Michael M. Reamy
P.O. Box 957
Cuero, TX 77954

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide electronic notification to counsel of record.

By: /s/ Stephen D. Field