UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of
all others similarly situated,

    Plaintiff,                                        CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that RICHARD JORDAN, Objector in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following Order of the United States District Court Southern District of Florida: Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement, Granting Motion for Attorney's Fees and Incentive Award, and Overruling Objections to Settlement [DE 197].

Dated: August 19, 2015
       Miami, Florida

STEPHEN D. FIELD, P.A.

By:    /s/ Stephen D. Field
---
STEPHEN D. FIELD, ESQ.
Florida Bar No. 554111
Email: steve@field-law.com
102 E 49th Street
Hialeah, FL 33013
Telephone: (305) 698-3421
Direct Line: (305) 798-1335
Facsimile: (305) 698-1930
*Attorney for Objector Richard Jordan*

## CERTIFICATE OF SERVICE

I hereby certify on August 19, 2016, a copy of the foregoing was served by United States mail on the following:

Troy Kenneth Scheffler
965 104th Ave. NW
Coon Rapids, Minnesota 55433

Steven A. Glaviano
609 W. William David Pkwy
Suite 102
Metairie, Louisiana 70005

Corbin Douthitt
412 Hillview Drive
Hurst, TX 76054

Michael M. Reamy
P.O. Box 957
Cuero, TX 77954

I further certify that the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will provide electronic notification to counsel of record.

By:    /s/ Stephen D. Field