UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,
    *Plaintiff,*

CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,
    *Defendants.*
_____/

## ORDER ON SETTLEMENT MODIFICATION HEARING

THIS MATTER came before the Court for a hearing today to discuss the Court's Show Cause Order [DE 222] and the parties' Joint Notice of Modification to Settlement Agreement and Release [DE 220]. At the hearing, the parties provided additional factual details as to the reasons for the Modification Agreement. Based on representations made at the hearing, it is

ORDERED THAT

(1) The parties' Joint Notice of Modification to Settlement Agreement [DE 220] is **WITHDRAWN.**

(2) The Court's Show Cause Order [DE 222] is **VACATED**.

(3) Plaintiff's Motion for Order to Show Cause [DE 209] is **WITHDRAWN**.

(4) The hearing scheduled for October 11, 2016 is **TERMINATED**.

(5) The parties shall have until **October 3, 2016**, to seek the Court's approval of any proposed modification to the Settlement Agreement.

**DONE and ORDERED** in Miami, Florida, this 22nd day of September, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record