UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,
    *Plaintiff,*

CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,
    *Defendants.*
_____/

## ORDER ON ATTORNEYS' FEE MODIFICATION

THIS MATTER is before the Court on the parties' Joint Motion for Court Approval of Modified Implementation of Attorneys' Fee Payment [DE 227]. On July 22, 2016, the Court granted Plaintiff's Motion for Attorneys' Fees [DE 197], requiring Defendants to pay Class Counsel $9 million, spread over three annual payments of $3 million. The parties now seek to modify the fee payment scheme so as to require that Defendants make a one-time reduced payment of $8.3 million. The parties request the modification in light of non-party CBC Participacoes' recent acquisition of Defendant Forjas Taurus S.A. The parties further advise that the modified payment scheme will not affect the rights of Class Members in any way. Upon consideration of the Motion, and pursuant to the Court's continuing jurisdiction over the supervision and implementation of the Settlement Agreement [DE 197 at 31], it is

ORDERED THAT

(1) The Joint Motion for Court Approval of Modified Implementation of Attorneys' Fee Payment [DE 227] is **GRANTED**.

**DONE** and **ORDERED** in Miami, Florida, this 18th day of October, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record