UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 13-CV-24583

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    Defendants.
_____/

**Case No. 1:13-cv-24583-PAS**

Class Action

## ORDER

THIS MATTER is before the Court on the parties' proposed joint plan to conclude portions of the administration of the Class Settlement as discussed at the Status Conference on September 6, 2018. The discussion at the Conference included the parties' request to modify the administration facilities and resources that are available to Settlement Class Members. Having considered the discussion at the hearing and the parties' proposed order, it is

ORDERED THAT:

(1)    The settlement website maintained by the third-party administration, Heffler Claims Group, and accessed at www.TaurusCarterSettlement.com will remain operational for informational purposes through **January 1, 2019.**

(2)    The live call center, also maintained by Heffler Claims Group and accessed by calling 1-844-528-0180, will remain operational through **October 14, 2018.** The

live call center will deactivate and cease accepting calls on **October 15, 2018.** Settlement Class Members will be able to contact Defendants' Customer Service Department at that time for additional information at 305-624-1115 (telephone) or (305) 624-1126 (facsimile).

(3) The Interactive Voice Response (IVR) that provides automated messaging outlining the Frequently Asked Questions (and Responses) identified in the Class Notice approved by the Court will remain operational and available by calling 1-844-528-0180 through **January 1, 2019.**

(4) Settlement Class Members may continue to submit Enhanced Warranty claims under the Class Settlement.

    a. Beginning **October 15, 2018,** these claims should be submitted to Defendants' Customer Service Department at 305-624-1115 (telephone) or (305) 624-1126 (facsimile).

    b. Further information is available to the Settlement Class Members at https://www.taurususa.com/repair-policy-use.cfm.

(5) If any issues arise during the conclusion of the settlement administration, the parties are directed to notify the Court. A hearing will be set as needed to resolve any issues.

DONE AND ORDERED in Miami, Florida, this 18 day of September, 2018.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record